UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:19-cv-07736-VMK-JC

KINON SURFACE DESIGN, INC.,

    Plaintiff,

v.

HYATT INTERNATIONAL CORPORATION, HYATT INTERNATIONAL TECHNICAL SERVICES, INC., HYATT OF CHINA LIMITED, HYATT INTERNATIONAL HOTEL MANAGEMENT (BEIJING) CO., LTD., AND CHINA RESOURCES (DALIAN) CO., LTD.,

    Defendants.

## MOTION FOR ENTRY OF CLERK'S DEFAULT AS TO DEFENDANT CHINA RESOURCES (DALIAN) CO., LTD.

Plaintiff KINON SURFACE DESIGN, INC., by and through its undersigned counsel, hereby requests that the Clerk enter default in this matter against Defendant CHINA RESOURCES (DALIAN) CO., LTD. ("CRD") hereto on the ground that CRD have failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. The Declaration of JOEL B. ROTHMAN in Support of Motion for Entry of Clerk's Default ("Rothman Decl.") filed concurrently herewith demonstrates that on February 27, 2020, CRD was served with the Summons and a copy of the Complaint by sub-serving the Illinois Secretary of State, Department of Business Services, 501 South Second Street, Room 350, Springfield, Illinois, 62756, and by sending a copy of the Summons and Complaint by registered mail to CRD at 38/F, Dalian World Trade Center, No. 25, Tongxing Street, Zhongshan

District, Dalian, Lioaning, China.  The time allowed for CRD to respond to the Complaint has expired.  Neither Plaintiff nor the Court has granted CRD an extension of time to respond to the Complaint.  CRD has failed to answer or otherwise respond to the Complaint, or serve a copy of any Answer or other response upon Plaintiff's attorney of record.

Plaintiff is informed and believes that CRD is a corporation and is not considered an infant or incompetent person.  Plaintiff is informed and believes that the Servicemembers Civil Relief Act does not apply.

WHEREFORE, Plaintiff Kinon Surface Design, Inc. requests that a default be entered by the Clerk against Defendant  China Resources (Dalian) Co., Ltd. and for such other and further relief as to the Court deems just and proper in the premises.

Dated:  April 3, 2020                        Respectfully submitted,

*/s/Joel B. Rothman*
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

and

KEITH A. VOGT
IL Bar Number 6207971
keigh@vogtip.com

**KEITH VOGT LTD.**
111 West Jackson Boulevard
Suite 1700
Chicago, IL  60604

773.340.9469 – Telephone

and

YANLING JIANG
IL Bar Number 6309336
yanling@jiangip.com

**JIANGIP LLC**
111 West Jackson Boulevard
Suite 1700
Chicago, IL  60604
773.340.9469 – Telephone

*Attorneys for Plaintiff Kinon Surface Design, Inc.*

## CERTIFICATE OF SERVICE

  The undersigned does hereby certify that on April 3, 2020, a true and accurate copy of the foregoing document was sent via electronic mail by the Court's ECF System to all parties listed below on the Service List

            */s/Joel B. Rothman*
            JOEL B. ROTHMAN

## SERVICE LIST

Mr. Jonathan D. Goins
Lewis Brisbois Bisgaard & Smith, LLP
1180 Peachtree Street, NE
Suite 2900
Atlanta, GA 30309
404.2348.8585 – Telephone
404.467-8845 – Facsimile
jonathan.goins@lewisbrisbois.com

Mr. David L. Luck
Mr. Todd R. Ehrenreich
Lewis Brisbois Bisgaard & Smith, LLP
2 Alhambra Plaza
Suite 1110
Coral Gables, FL 33134
786.353.0223 – Telephone
david.luck@lewisbrisbois.com
todd.ehrenreich@lewisbrisbois.com

Ms. Cynthia Salazar
Lewis Brisbois Bisgaard & Smith, LLP
550 West Adams Street
Suite 300
Chicago, IL 60661
312.345.1718 – Telephone
312.345.1778 – Facsimile
cynthia.salazar@lewisbrisbois.com