**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CASE NO.:  1:19-cv-07736-VMK-JC**

KINON SURFACE DESIGN, INC.,

       Plaintiff,

v.

HYATT INTERNATIONAL
CORPORATION, HYATT
INTERNATIONAL TECHNICAL
SERVICES, INC., HYATT OF CHINA
LIMITED, HYATT INTERNATIONAL
HOTEL MANAGEMENT (BEIJING) CO.,
LTD., AND CHINA RESOURCES
(DALIAN) CO., LTD.,

       Defendants.

---

**DECLARATION OF JOEL B. ROTHMAN IN SUPPORT OF MOTION FOR ENTRY OF CLERK'S DEFAULT**

I, JOEL B. ROTHMAN, declare and say:

1.     I am an attorney duly licensed to practice before this Court, and I am counsel for Plaintiff KINON SURFACE DESIGN, INC. ("Hyatt") in the above-captioned matter.  I make this Declaration, which is filed in support of Plaintiff's Motion for Entry of Clerk's Default, and I could and would testify competently to the matters set forth herein.

2.     On November 22, 2019, Plaintiff filed its Complaint against Defendants Hyatt International Corporation, Hyatt International Technical Services, Inc., Hyatt of China Limited, Hyatt International Hotel Management (Beijing) Co., Ltd., and China Resources (Dalian) Co., Ltd. [ECF 1].

3.      On February 27, 2020, CRD was served with the Summons and a copy of the Complaint by sub-serving the Illinois Secretary of State, Department of Business Services, 501 South Second Street, Room 350, Springfield, Illinois, 62756, and by sending a copy of the Summons and Complaint by registered mail to CRD at 38/F, Dalian World Trade Center, No. 25, Tongxing Street, Zhongshan District, Dalian, Lioaning, China. Attached hereto as Exhibit "A" is a true and correct copy of the Affidavit of Service on file with the Court, reflecting that CRD was served by substitute service with its Summons and a copy of the Complaint to the Illinois Secretary of State, and a copy of the receipt for registered mail to CRD.

4.      The time allowed for CRD to respond to the Complaint has expired.

5.      CRD have not been granted an extension of time to respond to the Complaint.

6.      CRD have failed to answer or otherwise respond to the Complaint, or serve a copy of their Answer or other response upon Plaintiff's attorneys of record.

7.      I am informed and do not believe that CRD is an infant or incompetent person, and, upon information and belief, the Servicemembers Civil Relief Act does not apply.

I declare under perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 2, 2020.

_____
JOEL B. ROTHMAN

2

# Exhibit
# A

FORM **BCA-5.25** (rev. Dec. 2014)
**AFFIDAVIT OF COMPLIANCE**
**FOR SERVICE ON SECRETARY OF STATE**
Business Corporation Act

Department of Business Services
501 S. Second St., Rm. 350
Springfield, IL 62756
217-782-6961
www.cyberdriveillinois.com

Payment must be made by check or money
order payable to Secretary of State.

**FILED**

FEB 2 7 2020


SECRETARY OF STATE

9812-3903

**Filing Fee: $10**   File #: __   Approved: _____

——— Submit in duplicate ——— Type or Print clearly in black ink ——— Do not write above this line ———

1.   Title and Number of Case:

Kinon Surface Design, Inc._____   first named plaintiff    ⎤
        V.                                                      ⎟  Number: 1:19-cv-07736____
Hyatt of China Limited, et al._____   first named defendant  ⎦

2.   Name of corporation being served: China Resources (Dalian) Co., Ltd._____

3.   Title of court in which an action, suit or proceeding has been commenced: USDC Northern District of Illinois___

4.   Title of instrument being served: Summons and Complaint_____

5.   Basis for service on the Secretary of State: (check and complete appropriate box)

    a. ☐  The corporation's registered agent cannot with reasonable diligence be found at the registered office of record in Illinois.

    b. ☐  The corporation has failed to appoint and maintain a registered agent in Illinois.

    c. ☐  The corporation was dissolved on _____, _____; the conditions
           Month Day                          Year
           of paragraphs (a) or (b) above exist; and the action, suit or proceeding has been instituted against or
           has affected the corporation within five (5) years thereafter.

    d. ☐  The corporation's authority to transact business in Illinois has been withdrawn/revoked (circle one) on

           _____, _____ .
           Month Day          Year
    e. ☑  The corporation is a foreign corporation that has transacted business in Illinois without procuring authority,
           contrary to the provisions of the Business Corporation Act of 1983.

6.   Address to which the undersigned will cause a copy of the attached process, notice or demand to be sent by certified
     or registered mail: 38/F, Dalian World Trade Center, No. 25 Tongxing Street, Zhongshan District, Dalian, Lioani

7.   The undersigned affirms, under penalties of perjury, that the facts stated herein are true, correct and complete.

     _____   February 24        2020
           Signature of Affiant                 Month Day              Year
              (561   ) 404-4350
                Telephone Number

Return to (please type or print clearly):

     Joel B. Rotham, SRIPLAW_____
                   Name
     21301 Powerline Road, Suite 100_____
                   Street
     Boca Raton, FL 33433_____
     City/Town          State     Zip
     Printed by authority of the State of Illinois. January 2015 — 1 — C 213.11



CH093970787US

**UNITED STATES POSTAL SERVICE**®

## USPS Customs Declaration and Dispatch Note

- Print in English using blue or black ink.
- Complete all **SHADED** fields before acceptance.
- See the Privacy Notice on the reverse of Copy 4.

**SHIPMENT INFORMATION** (*Continued*) — BOXED AREA IS FOR USPS-USE ONLY

| | USPS Official Use | USPS Corporate Account | EMS Scheduled Delivery Date |
|---|---|---|---|
| | | | / / |

| Full Last Name | Full First Name | MI |
|---|---|---|
| James | Jamie | |

Business Name (if applicable)
SRIPLAW

| Total Postage/Fees (U.S. $) | Insured Value (U.S. $) | Insured Fee (U.S. $) |
|---|---|---|
| 33.37 | | |

Sender's Telephone
561.404.435

Address-1
21301 Powerline Rd. Suite 100

**7.** Sender's Email Address | **8.** Addressee's Email Address

Address-2

**9.** Exporter's Reference (If applicable and known) | **10.** Exporter's Telephone (If applicable and known)

City Boca Raton | State FL | ZIP Code™ 33433

**11.** Importer's Reference (If applicable and known) | **12.** Importer's Telephone (If applicable and known)

**ADDRESSEE'S INFORMATION**

| Full Last Name | Full First Name | MI |
|---|---|---|
| Dalian Co. LTD | | |

**13.** AES ITN (If applicable) | **14.** AES Exemption — NOEEI § (Check one if applicable)
☐ § 30.36  ☐ § 30.37 (a)  ☐ § 30.37 (h)
☐ § 30.37 (y)  ☐ Other

Business Name (If applicable)
China Resources

**15.** License Number (If applicable) | **16.** Certificate Number (If applicable) | **17.** Invoice Number (If applicable)

Addressee's Telephone

Address-1
38/F, DalianWorld Trade Center

**18.** Length (Inches) | **19.** Width (Inches) | **20.** Height (Inches)

Address-2
No.25 Tongxing St.ZhongShan District

Postal Code 116000

**21.** Restrictions (If applicable — check all that apply)
☐ Quarantine
☐ Sanitary/Phytosanitary Inspection

**22.** Nondelivery Instructions (Check one)
☐ Return to Sender
☐ Treat as Abandoned

| City Dalian | State/Province Liaoning | Country China |
|---|---|---|

**23.** Sender's Signature and Date
*[signature]* 3/7/2020

**SHIPMENT INFORMATION**

**1.** Category of Items (Check all that apply)
☐ Document  ☐ Commercial Sample  ☐ Merchandise  ☐ Dangerous Goods
☐ Gift  ☐ Returned Goods  ☐ Humanitarian Donation  ☐ Other ___

I certify the particulars given in this customs declaration are correct. This package does not contain any undeclared dangerous items, or items prohibited by legislation or by postal or customs regulations. I have met all applicable export filing requirements under federal law and regulations.

| **2.** Detailed Description of Contents (Enter only one item per line) | **3.** Quantity | **4.** Net Weight (Ea) Lbs. | Oz. | **5.** Value (Ea) U.S. $ |
|---|---|---|---|---|
| Documents | | | | 0 |

For Business Mailers, for items in Block 2 (if the information is known)

| **24.** HS Tariff Number | **25.** Country of Origin |
|---|---|
| | |

**6.** Total

PS Form **2976-R**, April 2016   PSN 7530-17-000-7992

IMPORTANT: This package may be opened officially.

4 – Sender's Copy

*[stamp: BRANCH BOCA RATON, FL]*

## USPS Customs Declaration and Dispatch Note

**INSURANCE AND INDEMNITY COVERAGE:** Priority Mail Express International® and Priority Mail International® parcels containing merchandise are insured against loss, damage, or missing contents up to $200 at no additional charge. Indemnity is limited to the lesser of the actual value of the contents or $200. If the parcel has been lost, or if it has been delivered to the addressee in damaged condition or with missing contents, payment is made to the sender, unless the sender waives the right to payment, in writing, in favor of the addressee. *Note:* Merchandise insurance that provides coverage greater than the included $200 merchandise insurance may be available, up to a maximum limit of $5,000, depending on country, content, and value — see IMM Exhibit 322.2 and the Individual Country Listings for insurance availability, limitations, and coverage. The purchase of merchandise insurance replaces the included $200 merchandise insurance.

Priority Mail Express International and Priority Mail International shipments containing only nonnegotiable documents are insured against loss, damage, or missing contents up to $100 for document reconstruction at no additional charge. No additional document reconstruction insurance is available for purchase.

**FILING CLAIMS:** To initiate an inquiry for loss, damage, or missing contents, call the International Research Group at 800-222-1811. File international indemnity inquiries and claims for loss within the time limits for the service purchased. File all claims for damage or missing contents immediately, and present the item, containers, packaging, and all contents received to the destination Post Office.

Submit evidence of mailing (e.g., original mailing receipts or wrapper) and evidence of value (e.g., sales receipt or repair estimate) in support of all claims. For complete regulations, see the IMM at *http://pe.usps.com.*

**EXCEPTIONS:** No coverage is provided for consequential losses, delay, concealed damage, spoilage of perishable items, items improperly packaged, items too fragile to withstand normal handling in the mails, or prohibited items. See *Mailing Standards of the United States Postal Service,* Domestic Mail Manual (DMM®) and the IMM for the specific types of losses that are covered, the limitation on coverage, the terms of insurance or indemnity, and the conditions of payment.

**IMPORTANT:** The Postal Service does not pay indemnity coverage for Priority Mail Express International parcels containing the following: coins; banknotes; currency notes, including paper money; securities of any kind payable to the bearer; traveler's checks; platinum, gold, and silver; precious stones; jewelry; watches; and other valuables or prohibited items. See the IMM for complete regulations.

### PRIVACY ACT STATEMENT

Your information will be used to satisfy reporting requirements for customs purposes. Collection is authorized by 39 U.S.C. 401, 403, 404, and 407; 13 U.S.C. 301–307; and 50 U.S.C. 1702. Providing the information is voluntary, but if not provided, we may not process your transaction. We do not disclose your information to third parties without your consent, except to facilitate the transaction, to act on your behalf or request, or as legally required. This includes the following limited circumstances: to a congressional office on your behalf; to financial entities regarding financial transaction issues; to a U.S. Postal Service auditor; to entities, including law enforcement, as required by law or in legal proceedings; to contractors and other entities aiding us to fulfill the service (service providers); to domestic and international customs pursuant to federal law and agreements; and to other governmental entities with authority over exportation. For more information regarding our privacy policies, visit *usps.com/privacypolicy.*

```
==========================================
              BOCA RIO BR
           8105 VIA ANCHO RD
              BOCA RATON
                  FL
               33433-9998
               110859-7500
03/06/2020     (800)275-8777      01:34 PM
==========================================
------------------------------------------
Product           Qty   Unit Price Price
------------------------------------------
US Flag Coil/100   1     $55.00    $55.00
------------------------------------------
Total:                             $55.00


------------------------------------------
AMEX                               $55.00
   Account #:XXXXXXXXXXXX3012
   Approval #:00868204
   Transaction #:0000964
   AID:A000000025010801            Chip
   AL:AMERICAN EXPRESS
   PIN:Not Required

==========================================
Device ID:  BCRTFLFGMOO
Receipt #: 840-33300437-1-89449-2


   In a hurry? Self-service kiosks offer
   quick and easy check-out. Any Retail
        Associate can show you how.

             Preview your Mail
             Track your Packages
             Sign up for FREE @
          www.informeddelivery.com


          HELP US SERVE YOU BETTER

         TELL US ABOUT YOUR RECENT
             POSTAL EXPERIENCE

                  Go to:
       https://postalexperience.com/npos

      840-3330-0437-001-00000-89449-02

          or scan this code with
           your mobile device:
```



```
          or call 1-800-410-7420.

             YOUR OPINION COUNTS
```

```
=======================================
              BOCA RIO BR
            8185 VIA ANCHO RD
         BOCA RATON, FL 33433-9998
               110859-0245
              (800)275-8777
           03/06/2020 01:33 PM
=======================================
=======================================
---------------------------------------
Product           Qty   Unit      Price
                        Price
---------------------------------------
PM International    1   $35.35    $35.35
Flat Rate Env
    (International)
    (China)
    (Flat Rate)
    (USPS Tracking #:CH093970787US)
PM International                   $0.00
Insurance
    (Up to $100.00 included)
---------------------------------------
Total:                           $35.35
---------------------------------------

---------------------------------------
Credit Card Remitd               $35.35
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXX3012)
    (Approval #:845119)
    (Transaction #:860)
    (AID:A000000025010801      Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)
---------------------------------------
```

In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

Please visit
https://www.usps.com/intl/customs.htm
to complete International Mail customs
forms online and to ship packages from
your home or office using
Click-N-Ship(R) service.

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE

Go to:
https://postalexperience.com/Pos

840-5327-0280-003-00068-23905-02

or scan this code with
your mobile device:

or call 1-800-410-7420.

YOUR OPINION COUNTS

Receipt #: 840-53270280-3-6823905-2
Clerk: 03