# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTICT OF ILLINOIS**
**EASTERN DIVISION**

**Case No. 1:19-CV-07736-KENDALL**

KINON SURFACE DESIGN, INC.,

      Plaintiff,

v.

HYATT INT'L CORPORATION., et al.,

      Defendants.

_____/

## DECLARATION OF JACQUES DELISLE

**I.**      **BACKGROUND AND QUALIFICATIONS**

     1.     My most recent C.V. is attached to this Declaration.  I am the Stephen A. Cozen Professor of Law, Professor of Political Science, Director of the Center for the Study of Contemporary China, and Co-Director of the Center for Asian Law at the University of Pennsylvania.  From 2009-2019, I was Director of the Center for East Asian Studies at the University of Pennsylvania (which was, for most of that period, a federally funded National Resource Center for East Asian Studies).

     2.     My research, writing, and teaching for more than thirty years have focused on contemporary Chinese law and Chinese politics and policy. My research has included work on Chinese courts and judicial processes, Chinese tort law and other issues of civil law and economic law, the role of law in China's economic development policies, China's approach to private and public international law, the rule of law in China, and China's foreign relations.

     3.     I specialized in Chinese law and Chinese politics while earning my J.D. at Harvard Law School and in the Ph.D. program in the Government Department at Harvard

University. I also focused partly on Chinese politics and policy at the Woodrow Wilson School at Princeton University, where I received an A.B.

4.　　I have published scholarship on these subjects in law reviews, international affairs journals, edited volumes and other media. I regularly conduct research on law, politics, and domestic and foreign policy in contemporary China, and I regularly monitor new laws and legal, political, and economic developments in China.

5.　　At the University of Pennsylvania (and as a visiting professor at other leading universities in East Asia and elsewhere), I teach courses and supervise law, social science, and business graduate students' theses and doctoral dissertations focusing on legal, political, and economic issues in contemporary China and China's external legal relations and foreign relations. I am a member of the faculty graduate group and have taught in the core curriculum of the Lauder Program at the Wharton School, a program that awards a joint M.B.A.-M.A. degree in regional studies, including in Chinese studies.

6.　　In addition to the China-focused work described above, I also conduct research and have published in the fields of international law, comparative law, tort law, and international law-related aspects of United States law. I have taught Torts at Penn since 1994 and a course on the common law of torts and contracts for civil lawyers at Waseda University in Tokyo. I also regularly teach courses on public international law, comparative law and politics, and international relations. I have been an honorary professor at Renmin University Law School, and I am an inaugural member of the global faculty of Peking University Law School, both of which are among China's top law schools.

7.　　I have served as a consultant, advisor, or lecturer for programs on United States and international law for Chinese lawyers, and programs supported by the United States government, major private foundations and international organizations to provide advice to

People's Republic of China (PRC) legislation-drafters and government officials, primarily in the fields of civil and economic law (including torts, property, company law, foreign investment and intellectual property) and legal controls of government regulation (including administrative procedure law). I also have conducted substantial research and scholarship on foreign legal advice and assistance programs (including those focusing on economic law and rule-of-law reforms) targeting China and other transitional post-socialist states.

8.      I am a member of the National Committee on United States-China Relations. I am a senior fellow and director of the Asia Program at the Foreign Policy Research Institute, where I oversee, and contribute to, lecture series, conferences, and publications on issues that include law, politics, economics and policy in the greater Chinese region. I have twice been vice chair of the Pacific Rim Interest Group of the American Society of International Law. I am a member of the International Academy of Comparative Law, the Board of Directors of the American Society of Comparative Law, and the Board of Directors of the American Association of Chinese Studies. I contribute to scholarly and policy-related programs on contemporary Chinese law and politics for such organizations. I regularly serve as a peer-reviewer for major United States and East Asian scholarly journals and presses in fields relevant to my scholarship, and for major United States and foreign providers of funding for academic research on the law and politics of the PRC. I serve on the editorial boards of several journals in my fields of specialization and as the co-editor of a series of books on Chinese law.

9.      Before joining the faculty at Penn, I did substantial work on issues of Chinese law and country conditions and aspects of China's external relations in my capacity as an attorney-advisor in the Office of Legal Counsel in the Department of Justice and in association with leading U.S.-based international law firms.

10.     I have twice been a member of the U.S. delegation to the U.S.-China Rule of Law Dialogue (a senior-level "track 1.5" dialogue—that is, mixed government official and academic / think tank private sector).   I frequently make presentations to the U.S. policy community (congressional commissions and staff, think tank sessions and task forces, and executive branch groups or individuals) on policy-relevant issues of China and China-related law and policy.

11.     I have served as an expert witness and consultant on matters of Chinese law, policies and practices in litigation in United States federal and state courts, arbitration proceedings and proceedings before federal agencies in many cases over more than fifteen years. The issues on which I have opined include those related to *forum non conveniens* (including the availability and adequacy of Chinese law and a Chinese forum) and bases for the enforcement of, or deference to, Chinese court decisions by U.S. courts, Chinese tort law, intellectual property law and contract law, Chinese civil procedure law and judicial process, Chinese law on choice of law and transnational judicial proceedings, Chinese laws, policies and practices concerning foreign investment and foreign companies' participation in the Chinese economy, and China's economic development policies and industrial policy.

12.     I have conducted extensive research in residence in China. Since 1986, I have traveled regularly to China and on several occasions been a visiting scholar or visiting researcher at major research universities in the region. I have frequent, extended discussions with PRC lawyers, judges, legal academics, social scientists, government officials and ordinary Chinese citizens in China and elsewhere. I read Chinese and speak Mandarin, the standard national dialect of Chinese. Much of my research is conducted in that language.

13.     I also have undertaken extensive research outside of the PRC on matters relating to Chinese law, politics and economics. In that capacity, I have reviewed documentary evidence and conducted many interviews of lawyers who advise and represent non-PRC clients who

conduct business in China, non-PRC business people who conduct business in China, and government officials and foundations, industry organizations, and other non-profit officers who have been involved in promoting or monitoring economic and legal reform in China.

## II.  OVERVIEW OF OPINIONS

- Based on my review of materials relevant to this case, *Kinon Surface Design, Inc. v. Hyatt Int'l Corporation et al.* (N.D. Ill.) ("*Kinon III*"), including Plaintiff's Complaint, the Hyatt Defendants' *Kinon III* declarations, and select *Kinon III* motion practice, as well as similar documentation from the now-withdrawn litigation between many of the same parties in the U.S. District Court for the Southern District of Florida ("*Kinon II*") litigation and select materials from the completed litigation between Plaintiff and Hyatt Corporation in that same court ("*Kinon I*"), and discussions with defense counsel, it is my understanding that the alleged copyright infringement at issue here, and the acts constituting that infringement, occurred in China through the alleged actions of the hotel owner, China Resources (Dalian) Co., Ltd. ("China Resources"—a company organized under the laws of the People's Republic of China and with its principal place of business in Dalian, China), and its interior designer, LTW Designworks Pte Ltd. ("LTW"—a company organized under the law of Singapore and based in Asia), and that the parties to potential litigation in a Chinese court—in addition to China Resources and LTW—would include Kinon Surface Design ("Kinon"—a company organized under the laws of New Jersey and with its headquarters and principal place of business Florida), Hyatt of China, Ltd. ("HOCL"—a company organized under the laws of Hong Kong and conducting much of its business in China), Hyatt International Hotel Management (Beijing) Co., Ltd. ("HIHM"—a company organized under the laws of the People's Republic of China and with its principal place of business in China), Hyatt International Technical Services, Inc. ("HITS"—a company organized under the laws of Delaware and based in Illinois), and Hyatt International Corporation ("HIC"—a company organized under the laws of Delaware and based in Illinois).  The opinions set forth in this declaration are based on these understandings.

- Chinese law and courts provide a mechanism by which parties can and do regularly sue and win suits to protect intellectual property rights (including copyright and including in cases involving facts or issues generally similar to those alleged by Plaintiff in this case) and to secure a range of remedies.

- A Chinese court would apply Chinese law in adjudicating Plaintiff's claims, and such law provides remedies for copyright infringement and other intellectual property harms.  Relevant Chinese law parallels or implements provisions in the major

international intellectual property treaties, to which China is a party, and more generally conforms to international intellectual property law standards.

- In the appropriate courts of China, the Hyatt Defendants could bring related claims against China Resources and LTW.

- The Chinese court system and judicial process that would adjudicate Plaintiff's claims in many respects parallels that of many other countries and provides elaborate procedures for civil adjudication. China receives relatively high marks in comparative "rule of law" rankings (near international medians). U.S. courts overwhelmingly have found China to provide an available and adequate forum for *forum non conveniens* and similar purposes, including in intellectual property rights cases. Expert and experienced analysts offer similarly relatively favorable assessments of China's judicial and related mechanisms for intellectual property rights protection, including in contexts analogous to Plaintiff's case.

- Plaintiff's case would be heard by Chinese courts that are of especially high quality, specifically intellectual property courts or divisions in economically developed and internationally open regions of China.

- China has legal and policy commitments and interests that support protection of intellectual property rights, and a regime for protecting intellectual property that is consistent with international legal obligations.

- China has a significant interest in having Chinese courts adjudicate intellectual property claims with significant connections to China, including where Chinese law is the applicable law, the infringement or infringing behavior occurs in China, and the parties include Chinese entities or entities operating in China. Chinese rules and practices governing transnational litigation (and especially discovery and provision of evidence) pose significant difficulties for litigating Plaintiff's claims in the United States (in comparison to litigating similar claims in China).

- A Chinese court would regard service of process on China Resources by the substituted means that I understand Plaintiff to have undertaken here—service on the Illinois State Secretary of State—as inadequate, legally ineffective service for proceedings in a Chinese court in a case involving foreign parties or interests and service against a China-located defendant for actions in China. China requires service to be made through processes set forth in the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention") and related Chinese law. A Chinese court would very likely decline to enforce a foreign court judgment against a defendant located in China and undertaking

the action relevant to the case in China (and not in the relevant U.S. jurisdiction) where service on that defendant was undertaken through such means.

## III. THE LAWS THAT A CHINESE COURT WOULD APPLY PROTECT INTELLECTUAL PROPERTY RIGHTS, INCLUDING COPYRIGHTS, AND PROVIDE REMEDIES, INCLUDING DAMAGES AND INJUNCTIVE RELIEF.

14.    A Chinese court would apply Chinese law to the claims Plaintiff has asserted in this litigation. Applicable Chinese intellectual property law provides remedies for copyright infringement and other related harms, and is in many respects similar to U.S. law and other foreign law, including U.S. laws that Plaintiff invokes as a basis for its claims.

### A. The laws of the People's Republic of China protect intellectual property rights, including copyrights in sculptural works, and provide a range of remedies, including damages and injunctive relief.

15.    Chinese choice of law principles and Chinese judicial practice indicate that a Chinese court would conclude that Chinese law is the law applicable to Plaintiff's claims.

16.    Chinese copyright laws are enacted within the framework set forth in the Constitution of the People's Republic of China.   The Constitution provides for the legal protection of interests that include copyright and other intangible property.[1]   The General Provisions of Civil Law of the People's Republic of China ("General Provisions") and the General Principles of Civil Law of the People's Republic of China ("General Principles") provide for the legal protection of copyrights.   The General Provisions and, before them, the General Principles, serve as a framework for civil law, providing the basic principles that apply to all civil law relationships and civil law rights (including intellectual property rights).[2]

---

[1] Constitution of the People's Republic of China (1982, as amended through 2018), arts. 5, 11, 13, 20, 32.

[2] The General Provisions of Civil Law (2017) largely superseded the General Principles of Civil Law (initially adopted in 1987, amended 2009).  The General Principles, however, have not been

17.     It is well-established and uncontroversial in Chinese law and practice that plaintiffs can, and do, bring successful claims directly under provisions in the General Provisions and General Principles, as well as under the more specialized intellectual property laws (such as those concerning copyright).  The General Provisions and General Principles provide that legal and natural persons, including foreigners, may hold civil law rights conferred by laws (including the General Provisions and General Principles themselves, other laws and regulations), that such rights are protected by law, that such rights generally may be assigned in whole or in part by contract, and that no organization or individual is permitted to infringe those rights.[3]

18.     Among the civil law rights that the General Provisions and the General Principles specifically recognize and protect are intellectual property rights, including rights of authorship / copyright in "works," patent rights, trademark rights, and other rights of "invention."[4]  The Tort Liability Law also protects a similar range of rights, including specifically "copyright" and "other personal and property rights and interests."[5]

19.     The terminology—and the legal meaning of those terms—in Chinese copyright law is generally consistent with copyright law elsewhere in the world, including the United

---

repealed and thus remain a valid source of law.  Where there is a conflict between the two, the General Provisions govern.

[3] General Provisions of the Civil Law of the People's Republic of China (2017), chs. 5, 8 (civil law rights and obligations), art. 3 (legal protection of civil law rights) General Principles of Civil Law of the People's Republic of China (1987, as amended through 2009), ch. 5 (civil law rights and obligations), ch. 8 (applicability to civil law rights and relationships involving foreign parties), art. 5 (legal protection of civil law rights).

[4] General Provisions, arts 123 (setting forth intellectual property rights), 120 (liability for infringement); General Principles, arts. 94-97 (setting forth intellectual property rights), 118 (liability for infringement).

[5] Tort Liability Law of the People's Republic of China, art. 2 (2010). Under the General Provisions, General Principles and in Chinese civil law generally, copyrights and many other civil law rights are not restricted to Chinese nationals and may be held by foreigners.

States. As is addressed more fully below, this is so in part because Chinese copyright laws have been crafted to conform to the demands of international treaties and the obligations China incurred when it joined the World Trade Organization and accepted the "TRIPs" requirements for intellectual property.

20. The Copyright Law of the People's Republic of China ("Copyright Law") and the Implementing Regulations for the Copyright Law ("Copyright Regulations"), protect "works" (*zuopin*) defined broadly as "intellectual creations" (*zhili chengguo*) in the fields of literature, arts, natural or social science, engineering, technology and other similar fields (*deng*), that have "originality" (*juyou duchuang xing*) and can be produced / reproduced in a tangible form (*neng yi mou zhong youxing xingshi*). Among the specific examples of original works that are protected are works of "aesthetic significance / meaning" (*you sehenmei yiyi*) that can be expressed in the form of physical "structures" (*guozhuwu*).[6]

21. Works of foreign creators outside of China are protected under Chinese law where the foreigner's work enjoys copyright protection under an international treaty to which both the foreigner's state and China are parties.[7] The U.S. and China are both parties to copyright-relevant treaties, including the Berne Convention, the WIPO Copyright Treaty, the Universal Copyright Convention, and the TRIPS Agreement (under the WTO Agreement).[8] China has

---

[6] Copyright Law of the People's Republic of China (2001 as amended, 2010), arts. 2, 3; State Council of the People's Republic of China, Implementing Regulations for the Copyright Law, arts. 2-4 (2013).

[7] Copyright Law, art. 2.

[8] Copyright relations between China and the United States were established, effective March 17, 1992, by a presidential proclamation pursuant to 17 U.S.C. § 104. *See* United States Copyright Office, International Copyright Relations of the United States, Circular 38A (Oct. 2019), n. 14.

adopted domestic law regulations to implement the international copyright treaties to which it is a party, and explicitly to protect foreign works consistent with those treaty obligations.[9]

22. The creator is (absent other legal provision or agreement assigning rights) the owner of the copyright. The owner of the copyright generally enjoys exclusive rights to publish, alter (or reject alteration), exhibit, produce, reproduce, distribute and disseminate a work, and to license others to conduct such activities. (The creator also has rights of attribution.) Infringement, including in the form of production / reproduction without permission, distortion, exploitation without payment, copying or disseminating, and other acts of infringement of copyright or related rights, is unlawful.[10]

23. China's laws set forth remedies for infringement of the copyright and related rights conferred by the substantive laws described above. These include damages and injunctive relief. The General Principles provide that the victim of infringement of covered intellectual property rights has "the right to demand cessation of the infringement, elimination of the [harmful] effects and compensation for harms suffered."[11] The General Provisions adopt different language but maintain the same basic legal rule in providing that the victim of "an infringement of civil law rights" (including copyright) has a right to require the infringer to assume "tort liability" (which includes compensation and cessation of infringement).[12]

24. More broadly, the General Provisions and General Principles provide that those who infringe the civil law rights of another must "assume civil liability" in forms that include (but are not limited to) ceasing the infringement, restoring the (pre-infringement) original state of

---

[9] State Council of the People's Republic of China, Rules on the Implementation of International Copyright Treaties (1992).

[10] Copyright Law, arts. 9-11, 20-21, 47-48, 57.

[11] General Principles, arts. 118, 134.

[12] General Provisions art. 120.

affairs, eliminating the harmful effects of the infringement, paying compensation for harm, and making an apology.[13]   The Tort Liability Law provides for essentially the same modes of assuming liability for tortious infringement of civil law rights, including copyright.[14]

25.     The Copyright Law and Copyright Regulations similarly provide that an infringer must bear civil liability in a manner appropriate to the circumstances of the case, in forms that include (but are not limited to) ceasing the infringement (that is, injunctive relief), eliminating the harmful effects, paying compensation for harm, and making an apology.  These remedies are available for all forms of infringement.

26.     Compensation is to be made on the basis of the right-holder's actual losses (which can be computed based on lost sales volume in the case of copyright infringement) or, where those are difficult to determine, on the basis of the infringer's unlawful gains or, where neither can be determined, an award of up to 500,000 *renminbi* per work (which is roughly equivalent to $70,000 USD as of the date of this declaration), based on the seriousness of the infringing act. The infringer is also liable for the reasonable costs incurred by the right-holder in ending the infringement. Chinese courts often award costs to the prevailing party.  Where a right-holder can demonstrate irreparable harm from ongoing infringement, the court also may grant immediate interim injunctive relief.  Administrative authorities also may issue orders requiring an infringer to cease infringement (and imposing fines and confiscating materials and property) where the public interest is threatened.   Administrative and criminal sanctions for infringers are also possible under some conditions.[15]

---

[13] General Principles, arts. 118, 134; General Provisions, arts. 120, 179.

[14] Tort Liability Law, art. 15.

[15]    Copyright Law, arts. 47-53; Copyright Regulations, art. 36; Supreme People's Court, Interpretation Concerning Certain Questions in the Application of Law in Adjudicating Copyright Civil Disputes, arts. 24-26, 29 (2002) ("Copyright Interpretation").

27.     Liability for infringement of civil law rights (in non-contractual cases) in China is generally joint and several.  The General Provisions and General Principles, the Tort Liability Law (and other laws) provide for imposing joint and several liability where two or more defendants jointly infringe a civil law right, resulting in harm to the plaintiff.[16]  Joint and several liability also applies where one defendant "instigates" or "helps" another in committing an infringing act.[17]  Cases in which plaintiffs successfully bring claims alleging infringements of intellectual property rights often include multiple defendants who face joint and several liability.

28.     Chinese law provides mechanisms whereby a defendant in a case can bring related claims against, or shift liability in whole or in part to,  third parties, and can do so in the same proceedings or in a separate proceeding. Under the Civil Procedure Law, a party that is a defendant in one proceeding (such as the Hyatt Defendants) may bring a separate action asserting any lawful claim that it has against a third party (such as China Resources or LTW), including a claim asserting that the third party should bear liability for some or all of the claims made by the plaintiff in the first action.  Alternatively, the Civil Procedure Law allows the court (typically at the request of the defendant in the initial action) to impose civil liability on a third party.  This generally entails the court summoning the third party to participate in the litigation, and the third party has the same procedural rights and obligations as the initial parties to the case.  If the third

---

[16]  General Provisions, art. 178; General Principles, art. 130; see also Copyright Interpretation, art. 5 (contemplating civil suits for copyright infringement involving joint defendants).  The Tort Liability Law generally adopts a regime of joint and several liability for those who jointly commit a tort and makes clear that the plaintiff may seek full recovery from any of the defendants subject to joint and several liability.  Tort Liability Law, arts. 2, 8-15.

[17]  Supreme People's Court, Opinions on Certain Questions Concerning Implementation of the General Principles of Civil Law (for Trial Implementation), art. 148 (1988) ("Opinions on Civil Law").

party fails to appear (without adequate reason), the court may impose liability on the third party [*renmin fayuan panjue chengdan minshi zeren de disan ren*] in the party's absence.[18]

29.     The Tort Liability Law, which adopts the principle that liability should track fault and the principle of joint and several liability, provides that where a third party (such as China Resources or LTW)—and not the defendant in a tort suit (such as the Hyatt Defendants)—has caused the harm to a plaintiff (such as Kinon), that third party must bear the tort liability [*disan ren yingdang chengdan qinquan zeren*].[19] Where a co-tortfeasor is found jointly and severally liable and has paid compensation in an amount exceeding its fault-based share, the Tort Liability Law provides that the over-paying tortfeasor has a right of contribution / indemnification from the under-paying tortfeasor [*you quan xiang qita liandai zeren ren zhuichang*].[20]

**B.      China is a party to the major international treaties for intellectual property rights protection, and incorporates the provisions, or requirements, of those treaties and international standards in its laws.**

30.     Chinese copyright law (as well as much other intellectual property law) tracks international standards. While much contemporary Chinese law has borrowed extensively from foreign models and assimilated to global norms, this has been especially the case in the area of intellectual property law. This point is widely recognized and uncontroversial.

31.     As a WTO member, China is a party to the Agreement on Trade-Related Aspects of Intellectual Property ("TRIPS"). China is also a party to the Berne Convention for the Protection of Literary and Artistic Works, the World Intellectual Property Organization

---

[18] Civil Procedure Law, art. 28; see also Wen Qin and Lei Yang, China: Litigation and Dispute Resolution 2020 §§ 4-5, https://iclg.com/practice-areas/litigation-and-dispute-resolution-laws-and-regulations/china. (Of course, a separate or consolidated action against a third party, such as China Resources or LTW, would require satisfaction of the jurisdictional and related requirements for domestic Chinese or foreign parties discussed elsewhere in this Declaration.)

[19] Tort Liability Law, art. 28.

[20] Tort Liability Law, art. 14.

Copyright Treaty, and the Universal Copyright Convention. The TRIPS agreement requires member states to comply with the substantive provisions of the Berne Convention.[21] In relevant portions, China's Copyright Law (along with related regulations) tracks the Berne Convention, and China adopted regulations to implement the Berne Convention and other copyright treaties. China is also a party to the Madrid Agreement Concerning the International Registration of Marks and the related Madrid Protocol, and the Paris Convention for the Protection of Industrial Property.

32.     China's official position that it has brought its intellectual property laws into compliance with its international obligations provides an additional impetus for Chinese courts to construe the language of relevant Chinese laws in a manner consistent with the provisions of the TRIPS Agreement and the Berne, Paris, and Madrid Conventions.

### C.     Chinese choice of law rules indicate that a Chinese court shall apply Chinese law to address Plaintiff's claims.

33.     A Chinese court, properly applying China's choice of law rules, would conclude that Chinese law would apply to Plaintiff's claims. In cases involving alleged infringement of intellectual property rights, Chinese courts apply the choice of law rules for tort cases generally and, where they exist, for intellectual property cases specifically.[22] Where a case involves only Chinese parties and relevant actions in Chinese territory, China's laws—including the provisions discussed earlier in this declaration—would apply. To the extent that the case involves a

---

[21]   World Trade Organization Agreement, Annex 1C (TRIPS), arts. 9-14, 15-24, 39 & fn. 10 (concerning copyright and Berne Convention, trademarks, trade secrets and Paris Convention); Berne Convention, arts. 1-21 & App.

[22]   The analysis here applies to a case in which there is no contractual relationship between a plaintiff claiming infringement and the alleged infringer of an intellectual property right. The Tort Liability Law explicitly covers intellectual property rights and thus confirms that tort law choice of law principles apply in intellectual property rights infringement civil cases. Tort Liability Law, art. 2.

"foreign element," including where one or both parties is a foreign entity, where the subject matter is outside China's territory, or where infringing actions occur abroad, Chinese law directs Chinese courts to apply China's law on choice of law in foreign-related civil matters.

34.     The Law of the People's Republic of China on Law Applicable to Foreign-Related Civil Relationships (2010) ("Law on Choice of Law") includes a specific provision on intellectual property rights in foreign-related civil cases.  It provides that the "law of the jurisdiction where protection is claimed" (*qingqiu baohu di falu*)—that is, the internationally commonly accepted principle of *lex loci protectionis*—shall apply to question of the "ownership and content" (*guishu yu neirong*) of intellectual property rights, and to liability for intellectual property torts (*zhishichanquan de qinquan zeren*).[23]

35.     To the extent that a Chinese court would view Plaintiff's claims as constituting tort claims that are not resolved by the choice of law rules for intellectual property claims discussed in the preceding paragraph, the more general provisions governing the choice of law in tort cases involving a foreign element (a category that in Chinese law broadly includes intellectual property rights infringement) provide for the application of the law of the place of "the place of the tortious act." The Law on Choice of Law directs that the "law of the place where the tort occurs" (*qinquan xingwei di falu*) applies in cases of tort liability (*qinquan zeren*).[24]  The General Principles include identical language in a provision on choice of law in

---

[23]  Law on Choice of Law, arts. 48, 50.  Article 50 allows, in the alternative, for the law of the forum jurisdiction to apply *if the parties so agree* (after the infringement has occurred).  See also Mo Zhang, Codified Choice of Law in China: Rules, Processes and Theoretic Underpinnings, 37 N.C. J. Int'l L. & Com. Reg. 83, 143-148 (2011); Zhengxin Ho, "An Imperfect Improvement: The New Conflict of Laws Act of the People's Republic of China," 60 Int'l & Comp. L. Q. 1065, 1090-1091 (2011).

[24]  Law on Choice of Law, art. 44.  This law provides that more specific provisions on choice of law in other laws concerning foreign-related civil relations prevail in the event of a conflict with

claims for tort damages (*qinquan xingwei di sunhai peichang*).[25] This is generally interpreted to mean "the law of the place where the tortious act is committed" (*qinquan xingwei shishi di falu*) or "the law of the place where the consequences of the tort occur" (*qinquan jieguo fasheng di falu)*.[26]

36.     Where a foreign party is involved in a lawsuit in a Chinese court, treaties to which China is a party and international practice are applicable through incorporation into Chinese law. The General Principles provide that, any civil law rights provided by an international treaty to which China is a party apply in the case of civil law relations (a category that includes tort and tort-like claims) between Chinese and foreign parties, even if those provisions conflict with PRC domestic legislation (unless China has entered a reservation to the relevant article). China's implementing rules for international copyright treaties also bring elements of the treaties into Chinese law. The General Principles further provide that "international practice may be applied" in cases of civil matters involving foreign parties where PRC laws and international treaties to which China is a party do not contain relevant provisions.[27]

---

the Law on Choice of Law, but it makes an exception for article 146 of the General Principles (which contains the General Principles' provision on choice of law in tort cases generally). Law on Choice of Law, arts. 2, 51, 52.

[25] General Principles, art. 146; Opinions on Civil Law, art.187.

[26] General Principles, arts. 142, 146; Opinions on Civil Law, arts.143-147, 178, 187. The Opinions further provide that where the two laws are in conflict, the court may choose which law to apply.

  Chinese law also generally allows the parties to agree on the law governing their tort case (including an intellectual property rights infringement case). This choice may include the law of the forum in cases concerning intellectual property rights. Such agreement may be reached after the alleged tort has occurred Law on Choice of Law, arts 44, 50; General Principles, art. 146

[27] General Principles, art. 142; Civil Procedure Law of the People's Republic of China, art. 260 (2017) ("Civil Procedure Law").

37.     In sum, a Chinese court properly applying Chinese law would conclude that Chinese law would apply to the adjudication of Plaintiff's copyright infringement claims in this action because the alleged infringement at issue here is centered in China and allegedly resulted from the actions of a Chinese entity based in China, China Resources.

38.     Plaintiff appears to consider China's Copyright Law to be adequate because Plaintiff's Complaint (like its complaints in prior, related litigation, *Kinon II* and *Kinon I*) alleges a claim under Chinese copyright law arising from the same actions that it alleges as the basis of claims under U.S. Copyright Law.

## IV.    CHINA'S COURT SYSTEM AND JUDICIAL PROCESSES BROADLY PARALLEL THOSE OF OTHER LEGAL SYSTEMS, AND RANK RELATIVELY HIGH IN CROSS-NATIONAL COMPARISONS; U.S. COURTS REPEATEDLY HAVE FOUND CHINA'S COURTS AND LAWS ADEQUATE FOR *FORUM NON CONVENIENS* PURPOSES.

39.     Chinese courts provide a forum in which parties can and do regularly sue and win suits to protect copyright, trademark and other intellectual property rights, and secure a range of remedies (including damages and injunctive relief), including those described in the preceding sections of this declaration.   This would include potential relief for the type of copyright infringement claims that Plaintiff pursues here (see ¶¶ 15-27,  *supra*).

### A.    The adjudication process under Chinese law parallels that of other jurisdictions, including civil law jurisdictions, and provides elaborate rules and procedures for litigation, appeals, and enforcement in intellectual property cases.

40.     The General Provisions, General Principles, Tort Liability Law, Copyright Law and other intellectual property laws, and Civil Procedure Law, and related regulations and other sources of law provide for adjudication by Chinese courts of cases alleging violations or

infringements of civil law rights, including copyrights and other intellectual property rights.[28] The Copyright Law, and Copyright Interpretation clearly contemplate that copyright holders may bring suit in Chinese courts to protect the rights provided under the Copyright Law and other law.[29]   The General Principles' general provisions and their special chapter on foreign civil relations clearly contemplate: the extension of rights and obligations (including those to seek and win recovery in Chinese courts and to be subject to judicial process) to foreign parties; the adjudication by Chinese courts of a range of cases involving foreign activities and civil law relations; and the application of PRC law, and non-PRC law, under various circumstances.  The Civil Procedure Law similarly: recognizes the "rights of parties to bring claims" in civil litigation and the obligations of courts to adjudicate those claims and uphold parties' legal rights in such cases; extends the rights and obligations of civil litigation on equal terms to foreign parties and PRC parties; and provides specific rules for courts' jurisdiction (as well as other matters) in cases brought by or against foreign parties, including those with no domicile in the PRC.  Foreign parties have the same litigation rights as PRC citizens and legal persons (with some minor adjustments, primarily affecting time limitations).[30]

41.    Chinese civil procedure laws provide elaborate rules setting forth plaintiffs'—and defendants'—rights and obligations in litigating intellectual property issues and other civil law rights.  The system in some respects resembles that of the United States, and in other features

---

[28]  General Principles, arts. 8, 134-140; Civil Procedure Law, arts. 2-8, 259; cf. General Provisions, arts. 121, 123.

[29] Copyright Law, arts 48-51, 54; Copyright Interpretation, arts. 1-32.

[30]  General Principles, arts. 8, 134-150; Civil Procedure Law arts. 5, 18, 259-264; see also Supreme People's Court, Interpretation Concerning Application of the Civil Procedure Law, arts. 522 et seq (2015) ("Civil Procedure Interpretation").

more closely resembles the civil law systems of continental Europe (and the Asian systems based on them), and also includes some distinctively Chinese features.

42.     In an intellectual property case, as in other civil litigation in a Chinese court, a case begins with the filing of a complaint with the court by the plaintiff.[31]  The Chinese court must then determine (ordinarily within a week) whether the complaint satisfies the requirements for the court's acceptance of the case (which entails a review of the adequacy of the complaint and issues akin to subject matter jurisdiction, personal jurisdiction, venue, etc.).[32]  Where the bases for jurisdiction are established, or the defendants do not challenge the court's jurisdiction, a court may accept the case.  The court is to issue a notice that the case has been accepted within five days after accepting the case.[33]  As this suggests, courts—not plaintiffs—serve complaints on defendants.  A defendant ordinarily has fifteen days after receiving the complaint and the notice from the court, to file its response or statement of defense.  (For foreign defendants with no domicile in the PRC, this period is extended to thirty days.)  Parties have at least thirty days from the receipt of the notice of the claim to gather and submit evidence and the court has authority to grant extensions when a party encounters "genuine difficulty."[34]

43.     A case is assigned typically to a three-judge panel.[35]  Like other non-common law systems (including democratic, rule-of-law states in Europe and East Asia), China does not use a jury system in civil cases.  The panel of judges is drawn from the relevant subject matter-

---

[31]  Civil Procedure Law, arts. 119-121.

[32]  Civil Procedure Law, arts. 123, 126.

[33]  Civil Procedure Law, arts. 5, 84-85, 125, 268.

[34]  Supreme People Court, Several Provisions on Evidence in Civil Litigation, arts. 32-36 (2008), 49-55 (2019) ("Evidence Provisions"); Civil Procedure Interpretation, art. 111.  The Evidence Provisions were revised, with the amendments to take effect in May 2020.  For clarity and completeness, citations in this declaration are to both versions.

[35]  Civil Procedure Law, art. 39.

specialized chamber of the court (in an intellectual property case, an intellectual property tribunal or chamber or, in courts that do not have such a chamber, a civil law chamber). PRC law directs the court to decide the case impartially, according to law, on the basis of the facts presented and without interference from any "administrative organ, social organization or individual."[36]

44.     There are differences between the procedures of adjudication, including methods for obtaining, introducing and handling evidence, the discovery process, and adjudication at trial under PRC law that differ from those under U.S. law, and these differences largely reflect structural variances between civil law and common law legal systems.  As is characteristic of civil law systems, adjudication in China involves a more central or directive role for the court (and a lesser role for the parties and their counsel) in acquiring and examining evidence and other aspects of trial than is typical in the American or common law-style adversarial system (although recent reforms in China have begun to move more toward an adversarial system).[37]

45.     Discovery and the litigation process more generally are more court-dependent and court-driven and less party-driven and party-controlled than in the U.S. and other common law systems.[38]  Much of the negotiation and settlement discussion that occurs long before trial among the parties with little or no court involvement in the U.S. takes place under court

---

[36]  See Civil Procedure Law, arts. 6-8, 43-44, 142.

[37]   Some of these reforms were effected through the Evidence Provisions. Some are reflected in amendments to the Civil Procedure Law.  *See also* Wei Luo, The Civil Procedure Law and Court Rules of the People's Republic of China (2006).

[38] See Civil Procedure Law, arts. 63-81 (roles of parties and court in acquiring, verifying, and admitting evidence); see generally Mo Zhang and Paul J. Zwier, "Burden of Proof: Developments in Modern Chinese Evidence Rules," 10 Tulsa J. Comp. & Int'l L. 419 (2002-2003); Margaret Y.K. Woo and Yaxin Wang, "Civil Justice in China: An Empirical Study of Courts in Three Provinces," 53 Am. J. Comp. L. 911 (2005).

supervision and with potentially high levels of court involvement in the PRC.[39]  Adjudication in China, as in civil law systems traditionally, depends relatively more on documentary evidence (including notarized statements) and relatively less on in-person testimony and cross-examination than is typically the case in common law jurisdictions.  Evidence submitted to a court in China generally is not—and is not required to be—provided directly by one party to the opposing party. Submission to the court by one party and access through the court by the opposing party is the usual method.[40]

46.    Chinese laws and courts impose obligations on parties and witnesses to provide, and offer means for acquiring, relevant evidence.[41]  The Civil Procedure Law gives parties the rights to "collect and provide evidence," to "consult material relevant to their case" and to "copy relevant material and legal documents."[42]  Parties and non-parties have a legal duty to provide testimonial evidence and to comply with court orders to provide evidence of any type.[43]  If a party is unable "for objective reasons" to obtain evidence, it may seek the court's assistance and the court "shall collect and examine" such evidence.[44]  The Civil Procedure Law gives the court power to order the production of such evidence on its own initiative from parties and non-parties.[45]  The court also may, on its own initiative or at the request of a party, order measures (including seizure or copying of evidence) to preserve evidence that is at risk of being lost,

---

[39]  See also Civil Procedure Law, arts. 93-99 (concerning court-supervised mediation, a process that typically precedes adjudication and the authority of the court to require parties and non-parties to cooperate).

[40]  *See* Civil Procedure Law, art. 49.

[41]  On the issues concerning evidence in litigation discussed here, *see generally* Civil Procedure Law, ch. 6; Evidence Provisions; Civil Procedure Law Interpretation, arts. 90-124.

[42]  Civil Procedure Law, art. 49.

[43]  Civil Procedure Law, arts. 65, 67, 72, 73.

[44]  Civil Procedure Law, art. 64.

[45]  Civil Procedure Law, arts. 64, 67.

stolen, destroyed or difficult to obtain at a later date.[46]   The court also may appoint investigators to acquire evidence from parties and non-parties.[47]   Courts have the legal authority to punish failure to comply with obligations to provide or assist in the provision of evidence.[48]

47.     Parties have rights to question witnesses and challenge evidence (as well as to present evidence).[49]   Chinese court decisions that I have reviewed routinely include extensive recitations of evidence that the courts have received, parties' assessments and cross-examination of such evidence, and the court's evaluation of such evidence and the reasoned application of the law to such evidence.   Chinese law directs that evidence shall be subjected to cross-examination, and evidence (including testimony) not available for cross-examination is not to be taken as determinative.[50]   Chinese law also provides for the introduction of evidence from expert witnesses.

48.     The Civil Procedure Law further directs Chinese courts to seek the cooperation of foreign courts in collecting evidence wherever treaties to which the PRC is a party or principles of reciprocity so permit.[51]   China is also a party to the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters ("Hague Evidence Convention"), which provides means for China's cooperation with other member states (including the United States) in taking or compelling the production of evidence abroad for use in judicial proceedings in

---

[46] Civil Procedure Law, art. 81.

[47] Civil Procedure Law, arts. 64, 67.

[48] Civil Procedure Law, arts. 114-117.

[49] Civil Procedure Law, arts. 68, 139; Evidence Provisions, arts. 47-61 (2008), 60-84 (2019).

[50] Civil Procedure Law, art, 68; Civil Procedure Law Interpretation, art. 103; Evidence Provisions, arts.  47, 55 (2008), 60, 68 (2019).

[51] Civil Procedure Law, art. 276.  Evidence Provisions, art. 11 (2008), 16 (2019), also provides means for receiving evidence produced abroad and introducing it in civil litigation in Chinese courts.

China.[52]  China is also a party to the Hague Convention on Service of Judicial and Extra-Judicial Documents ("Hague Service Convention") which provides means for bringing foreign parties and evidence before Chinese courts.

49.    The plaintiff generally bears the burden of proving her, his, or its case.  The Civil Procedure Law imposes a general requirement on parties to provide evidence in support of their claims.  The Supreme People's Court's Provisions on Evidence in Civil Litigation and Chinese law more generally assign the burden of proof to the party making a claim—principally the plaintiff in making its claim (as well as the defendant raising what may fairly be described as affirmative defenses).  The Provisions on Evidence in Civil Litigation and Chinese law more generally provide for shifting of the burden of proof in specific circumstances as set forth in relevant laws or where principles of fairness, good faith and ability to produce evidence so require.[53]

50.    Chinese law and practice provide several means for reviewing or overseeing the work of the trial panel.  Every Chinese court has an adjudication committee, generally headed by the president of the court and including the vice presidents of the court, heads of each of the divisions of the court and other senior members of the court.  Its mandate is to review major, complex and difficult cases being handled at the court, including for errors of fact or law.  The adjudication committee thus imposes formal limits on the autonomy of individual panels of judges (or a single judge), but it remains an organ within the court.

51.    Chinese civil procedure law provides other means that promotes judgments consistent with law.  Where the president of the adjudicating court finds certain serious

---

[52] Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, arts. 1-15. *See also* Evidence Provisions, art. 11 (2008), 16 (2019).

[53] Civil Procedure Law, art. 64, 170; see also Evidence Provisions, arts. 1-4, 7 (2008).

procedural, evidentiary or legal errors in a judgment, the court can overturn an initial panel's final judgment and order a retrial of the case.[54]

52.     Chinese courts facing difficult cases sometimes send requests for authoritative interpretations of the applicable law to the Supreme People's Court, which issues binding "Replies." This legally authorized process, which a party's request to the trial court can trigger, is loosely analogous to a federal court's certifying a question to a state Supreme Court in the U.S., but in the context of a clearly superior-subordinate relationship between the replying and requesting courts. The Supreme People's Court also has issued a number of regulation-like statutory "Interpretations" and "Rules" and kindred documents—including in the fields of intellectual property, torts, civil law and civil procedure—that constitute authoritative and binding sources of law that the lower courts must follow. These are somewhat akin both to the U.S. Supreme Court's role in establishing rules for the federal courts and to agencies issuing rules interpreting and implementing statutes.

53.     An adjudicating court's decision can be appealed in China. In China, the appeal leads to extensive review, in effect a trial *de novo* or, in the apt phrase used in Chinese law, a "trial in the second instance."[55] Successful appeal rates have been lower in intellectual property cases than in civil cases as a whole—a pattern that likely reflects the higher quality of the courts in which a large share of intellectual property cases is litigated.[56] After a judgment has become final, the Civil Procedure Law also allows a party to petition a higher level court to seek, and

---

[54] Civil Procedure Law, art. 198.

[55] Civil Procedure Law, arts. 40, 164-176, Civil Procedure Law Interpretation, ch. 16.

[56] *See, e.g.,* Supreme People's Court, Intellectual Property Protection by Chinese Courts in 2009 and Supreme People's Court, Intellectual Property Protection by Chinese Courts in 2017 (reporting 5% reversal rate in IPR cases on appeal).

permits a higher level court to order on its own initiative, review and retrial of a case where serious procedural, evidentiary or legal errors are found.[57]

54.     Chinese law provides that courts also may be subject to "adjudication supervision"—which includes review of decisions in specific cases—by the legislature at the court's level.  Chinese law also allows for procurators—an office that combines functions of prosecutor and ombudsman—to initiate reviews of court decisions for some limited types of error.  Such nonjudicial collateral review occurs in only a very small number of cases.[58]

55.     Final judgments (including mediated settlements reached under court supervision) by Chinese courts are enforceable under Chinese law.  Chinese courts have specialized "enforcement chambers" that are charged with the task of enforcing judgments.  The Civil Procedure Law sets forth in detail mechanisms for pursuing, and challenging, enforcement of judgments.[59]

**B.     The PRC has made extensive commitments to, and investments in, providing a court system and legal system which rank relatively high in comparative international assessments, and which often have been found "adequate" by U.S. courts in deciding *forum non conveniens* motions and analogous issues.**

56.     China has made extensive efforts and achieved significant accomplishments in building a legal and judicial system.  Since the beginning of the Reform Era in 1978, China has placed building a legal system, ruling the country through law, and establishing the "rule of law" high on the political and programmatic agenda.  The Chinese regime has invested vast material resources in building laws, legal institutions and courts over the last third of a century.[60]  Laws

---

[57]  Civil Procedure Law, arts. 198-207; Civil Procedure Law Interpretation, ch. 18.

[58]  Civil Procedure Law, arts. 208-213.

[59]  Civil Procedure Law, arts. 224-258; Civil Procedure Law Interpretation, ch. 21.

[60]  *See generally* Jacques deLisle, "China's Legal System" *Politics in China*, 237-273 (William A. Joseph 3d ed. 2019); Jacques deLisle, "Chasing the God of Wealth while Evading the Goddess of Democracy: Development, Democracy and Law in Reform-Era China," *Democracy*

have been adopted and revised, and legal institutions created and transformed, to reflect China's rapid development and change, and to bring China more into line with international norms and requirements (including those relating to intellectual property and demanded by China's WTO and other treaty commitments).

57.     Each year around ten million complainants—both Chinese and foreigners—use the Chinese judiciary for redress, seeking and obtaining resolution of their civil claims in Chinese courts. Intellectual property cases comprise a rapidly growing share of these cases—now nearly 300,000 per year.[61] The civil litigation rate (measured in terms of cases filed with courts on a per capita basis), although far below the U.S.'s internationally exceptionally high rates, is close to one-half that of Canada, Australia, and Japan, and twice that of Finland. China's litigation rate is this high despite China's much lower per capita income and per capita number of lawyers—factors that correlate positively with civil litigation rates.[62]

---

*and Development: New Perspectives on an Old Debate* 252-293 (Sunder Ramaswamy and Jeffrey Cason, eds. 2003); Randall Peerenboom, *China's Long March toward the Rule of Law*, chs. 3, 6, 7 (2002): Randall Peerenboom, *China Modernizes*, chs. 1, 2, 6 (2008); Ann Seidman, Robert B. Seidman and Janice Payne, *Legislative Drafting for Market Reform: Some Lessons from China* (1997). For an overview of lawmaking patterns, see Zhu Jingwen and Han Dayuan, eds. *Research Report on the Socialist Legal System with Chinese Characteristics*, vol. 1 (Singapore: Enrich, 2013).

[61] "Chinese Courts Tried 288,000 Intellectual Property Cases in 2018, Mar. 12, 2019 (summarizing Supreme People's Court Work Report to National People's Congress) https://www.efe.com/efe/english/world/chinese-courts-tried-288-000-intellectual-property-cases-in-2018/50000262-3921816

[62] On these issues, *see* J. Mark Ramseyer and Eric B. Rasmusen, "Comparative Litigation Rates," Harvard John M. Olin Center for Law, Economics and Business Discussion Paper No. 681, Nov. 2011; G. Palumbo et al. "The Economics of Civil Justice: New Cross-Country Data and Empirics," OECD Economics Department Working Papers No. 1060 (2013); Theodore Eisenberg, Nick Robinson and Sital Kalantry, "Litigation as a Measure of Well-Being," 62 DePaul Law Review 247 (2013); Tom Ginsburg and Glenn Hoetker, "The Unreluctant Litigant: An Empirical Analysis of Japan's Turn to Litigation," 35 Journal of Legal Studies 31 (2006); Juan S. Mora Sanguinetti and Nuno Gaproupa, "Do Lawyers Induce Litigation? Evidence from

58. China receives comparatively high marks in the prominent and widely cited World Bank "Rule of Law" index. In the most recent ratings, China scores at the 45th percentile globally, not far below the international median. China ranks around the median for countries in its "upper middle income" group (which, as a whole, are at the 48th percentile globally), commensurate with its per capita income ranking at slightly above the upper middle income country average.[63] The World Bank Index derives its measurements from the "perceptions of the extent to which agents have confidence in and abide by the rules of society" including the perceptions of "individuals or domestic firms with first-hand knowledge," "country analysts at the major multilateral development agencies" with "in-depth experience" and others with "extensive experience in the countries they are rating."[64]

59. United States courts on many occasions have found China to provide an available and adequate forum for the resolution of civil disputes. United States courts on numerous occasions have found China to provide an available and adequate alternative forum and have granted *forum non conveniens* motions dismissing lawsuits in favor of transfer to Chinese courts in recent years.

60. Examples of such cases include:

- *Sinochem Int'l Co. v. Malaysia Int'l Shipping Corp.*, 549 U.S. 422, 435 (2007) (reversing the Third Circuit's reversal of the District Court's grant of an FNC motion, and describing the case as "a textbook case for immediate *forum non conveniens* dismissal");

---

Spain, 2001-2010," International Review of Law and Economics, vol. 44 (2015): 29-41.

[63] *World Bank, Worldwide Governance Indicators*, available at http://info.worldbank.org/governance/wgi

[64] Daniel Kaufmann, Aart Kraay and Massimo Mastruzzi, *The Worldwide Governance Indicators: Methodology and Analytical Issues*, 6-9, 20 (Sept. 2010), available at http://ssrn.com/abstract=1682130.

- *Feng Zhen Lu v. Air China Int'l Corp.*, No. CV 92-1254, 1992 WL 453646, at *1-2 (E.D.N.Y. Dec. 16, 1992) (granting FNC motion, finding "[i]t plainly appears that China is an adequate forum" despite plaintiff's "claim that Chinese courts will favor Air China because of the government's financial interest in that entity");

- *China Gezhouba United Indus. v. Robinson Helicopter Co.*, No. YC022805 (Cal. Super. Ct. Oct. 18, 1995), *aff'd* No. B098870 (Cal. Ct. App. July 7, 1997) (finding China to provide an adequate forum and granting FNC motion);

- *S. Megga Telecommc'ns. Ltd. v. Lucent Techs., Inc.*, No. 96-357-SLR, 1997 WL 86413 (D. Del. Feb. 14, 1997) (granting FNC motion made by a non-Chinese party in case where opposing party was relatively closely linked to the Chinese state—a joint venture partly owned by "a Chinese government corporation" and "a wholly-owned subsidiary of . . . an agency of the Chinese government");

- *In re Compania Naviera Joanna S.A.*, 531 F. Supp. 2d 680 (D.S.C. 2007) (finding that China provided an "adequate" forum and granting FNC motion made by a non-Chinese party in case where opposing party was relatively closely linked to the Chinese state);

- *Zhang Guimei v. General Electric*, No. B201016 (Cal. Ct. App. Feb. 26, 2009) (affirming trial court finding that China provides an adequate forum and granting FNC motion, even in a case where moving parties included a large state-linked airline; trial court found that plaintiffs' evidence contesting adequacy of a Chinese forum "pales compared to the strong evidence that Plaintiffs will receive fundamental justice in China");

- *Huang v. Advanced Battery Techs., Inc.*, No. 09 CV 8297(HB), 2010 WL 2143669 (S.D.N.Y. May 26, 2010) (granting FNC motion and finding China to provide an adequate forum); *Huang v. Advanced Battery Techs.*, No. 09 CV 8297(HB), 2011 WL 813600 (S.D.N.Y. Mar. 8, 2011) (finding plaintiff failed to take steps available under Chinese law that likely would have led to Chinese court's acceptance of his case, and rejecting plaintiff's plea to reinstate the case after Chinese court declined to accept the case);

- *Tang v. Synutra Int'l, Inc.*, Civil Action No. DKC 09-0088, 2010 WL 1375373, at **6, 10 (D. Md. Mar. 29, 2010), *aff'd* 656 F.3d 242, 251 (4th Cir. 2011) (District Court granting FNC motion, finding that Chinese courts were open to plaintiffs; Court of Appeals finding that "evidence supports the district court's finding that Plaintiffs may seek a remedy in China's courts if they so elect . . . . [T]he district court did not abuse its discretion by finding that China's courts are in fact available to hear Plaintiffs' claims.");

- *Innovation First Int'l, Inc. v. Zuru, Inc.*, 513 F. App'x. 386 (5th Cir. 2013) (affirming District Court's FNC dismissal and finding that China provided adequate forum);

- *Warner Tech. & Inv. Corp. v. Hou*, Civil Action No. 13-7415(MAS)(DEA) 2014 WL 7409978 (D.N.J. Dec. 31, 2014) (finding China to provide an adequate forum and granting FNC dismissal);

- *Nibrutech Ltd v. Jang*, No. Co 14-3091 PJH, 2015 WL 831465 (N.D. Cal. Feb. 23, 2015) (finding China to provide an adequate forum and granting FNC dismissal);

- *Zhao and Cui v. Ye,* No. 3:14-cv-00157-MO, 2015 WL 2170124 (D. Or. May 6, 2015) (finding China to provide an adequate forum, where Chinese court first rejected then accepted case filed following court's prior FNC dismissal);

- *Holzman v. Xin*, No. 12-cv-8405, 2015 WL 5544357 (S.D.N.Y. Sept. 18, 2015) (finding China to provide an adequate forum, and granting FNC dismissal);

- *Jiangsu Hongyuan Pharm. Co. v. DI Global Logistics Inc.*, 159 F. Supp. 3d 1316 (S.D. Fla. 2016) (finding China to provide an adequate forum, and granting FNC dismissal);

- *Xiaoguang Zheng v. Soufun Holdings*, No. 1:15-CV-1690, 2016 WL 1626951 (N.D. Ohio Apr. 25, 2016) (China an adequate forum, granting FNC dismissal), *aff'd* 2017 WL 3708628 (6th Cir. May 18, 2017);

- *Spencer Stuart Human Resources Consultancy v. American Industrial Acquisition Corporation*, 2017 WL 4570791 (S.D.N.Y. Oct. 12, 2017) (conditionally granting FNC motion where plaintiff "does not contend that China is an inadequate alternative forum");

- *Melaleuca v. Kot Nam Shan*, 2018 WL 1952523 (D. Idaho Apr. 24, 2018) (finding China to provide adequate alternative forum where plaintiff had not shown that Chinese law did not provide a possible basis for jurisdiction and where plaintiff had submitted itself to jurisdiction of Chinese court);

61.     FNC Motions have been granted in several cases despite vigorous opposition and expert testimony from parties opposing *forum non conveniens* motions and in other analogous

contexts.[65]   United States courts also have given effect or accorded comity, to final judgments

from Chinese courts, applying legal standards analogous to those applied in the context of *forum*

*non conveniens* cases.[66]

---

[65]   The cases listed above are only a subset of the many cases in which U.S. courts have found China to provide an available and adequate alternative forum in the context of *forum non conveniens* motions. Cases in which U.S. courts have denied *forum non conveniens* motions seeking dismissal to China have almost always done so not on the basis that China does not provide an available and adequate alternative forum, but, rather, on the basis of private and public interest factors, which can vary significantly across cases and where courts appear to exercise considerably greater discretion. Cases in which U.S. courts have denied *forum non conveniens* motions seeking dismissal to China on adequate forum grounds almost always base their decision not on an affirmative determination that China does not provide an adequate and available forum but, rather, on the moving party's failure to introduce adequate evidence, or any evidence that China provides such a forum.

I am aware of only three cases in which a U.S. court has affirmatively found China not to provide an adequate alternative forum despite the moving party's having contested the issue and offered much evidence about the quality of Chinese courts and adjudication. One of those findings was based not on the general inadequacy of Chinese courts or their failure to provide fair justice but, rather, on Chinese law perhaps not providing a remedy for plaintiff's alleged harms because plaintiff's claims were based on activities outside of China and thus might be beyond the reach of relevant Chinese securities laws (which, like most Chinese regulatory laws, did not clearly purport to reach extraterritorially)—a concern not implicated here.  Another of those cases found China not to be an adequate forum because Chinese law did not provide for causes of action equivalent to or identical to each and every one of plaintiff's claim (a holding seeming at odds with well-established *forum non conveniens* law, including *Piper Aircraft Co. v. Reyno*, 454 U.S. 235 (1981)), because some Chinese courts would lack jurisdiction to adjudicate claims against principal defendants, and because (in the court's assessment) Chinese evidence law would require the production of evidence in forms that the plaintiff could not produce. See *BP Chemicals Ltd. v. Jiangsu SOPO Corp.* 429 F.Supp.2d 1179 (E.D. Mo. 2006); *Beijing IQiYi Science and Technology Co. v. ITalk Global Communications, Inc*, W.D. Tex., Civ. No. 6-19-CV-00272-ADA, Dec. 17, 2019; *In re Montage Technology Group Ltd. Securities Litigation*, 78 F.Supp.3d 1215 (N.D. Cal. 2015).

[66]   *Hubei Gezhouba Sanlian Indus. Co. v. Robinson Helicopter Co.*, No. 2:06-cv-01798-FMC-SSx, 2009 WL 2190187, at *6 (C.D. Cal. 2009), *aff'd* 425 F. App'x 580, 2011 WL 1130451 (9th Cir. 2011) (defendant had not shown "that the PRC court system is one which does not provide impartial tribunals or procedures compatible with the requirements of due process of law"); *Global Material Technologies v. Dazheng Metal Fibre Co.*, 2015 WL 1977527 (N.D. Ill. 2015)

C.      **Courts that would likely adjudicate Plaintiff's claims are of comparatively high quality.**

62.      If Plaintiff's case were adjudicated in China, it would fall into the category of intellectual property cases and likely would be adjudicated in a court in Beijing or, perhaps, Dalian.  These two characteristics mean that the case would be adjudicated by an especially high-quality Chinese tribunal.

63.      Chinese law provides that the people's court in the jurisdiction where the tort occurs (*qinquan xingwei di*) or the jurisdiction of the defendant's domicile—in the case of a legal person, its principal place of business or the location of its principal business office.[67]  Where the proper defendants are Chinese parties, these issues often are relatively straightforward, although (as noted in the discussion of choice of law issues earlier) the location of a tortious act can be complicated in cases of copyright infringement, especially with a transnational element. Where the proper defendants are or include foreign parties that are not domiciled in China, a Chinese court still can be an appropriate forum under Chinese law.  Chinese civil procedure law provides for jurisdiction of a Chinese court where the subject matter of the lawsuit is located, where the defendant has any distrainable property, where the defendant has a representative office, or (provided that the subject matter of the lawsuit, defendant's distrainable property, or defendant's representative office is in Chinese territory) where the tort occurs (*qinquan xingwei*

---

(enforcing Chinese court judgment where party opposing judgment "does not allege that the Chinese judicial system as a whole is biased and incompatible with principles of basic fairness," and rejecting "'retail' inspection" of "how exactly the Chinese court approached" the case); *Folex Golf Indus. v. China Shipbuilding Indus. Corp.*, No. CV09-2248-R, 2013 WL 1953628, at *4 (C.D. Cal. 2013), *rev'd on other grounds Folex Golf Indus. v. O-TA Precision Indus.*, 603 F. App'x. 576 (9th Cir. 2015) (noting "U.S. courts consistently acknowledge the adequacy of due process in the PRC judicial system").

[67] Under Chinese law, courts in more than one jurisdiction may have authority to adjudicate a case.

*di*).[68]   In the present case, courts in Beijing (which is a provincial-level entity) or Dalian (in Liaoning Province) would be the most likely venues, given the location of the alleged infringing behavior, the apparent places of business and offices of China Resources and HIHM, and Defendants' commitment not to challenge jurisdiction over claims to be filed by Plaintiff in an appropriate Chinese court.

64.     Beijing's courts are widely acknowledged to be among the best courts in China.[69] Beijing is among China's wealthiest and most economically developed areas (with a per capita income surpassing $20,000).   It is widely accepted by participants and observers that courts in more developed regions, such as Beijing generally provide fairer and higher quality justice to litigants.   Studies that focus on litigation in Shanghai—one of China's most economically developed and legally sophisticated jurisdictions, and in these respects similar to Beijing—find (comparatively and, often, absolutely) low rates of attempts, or successful attempts, to influence outcomes improperly, and high levels of court competence and litigant satisfaction with the fairness of the outcomes in civil cases.[70]   Studies of litigant perception and satisfaction, and

---

[68]  Civil Procedure Law, arts. 21, 28 (court in place of infringing act in tort case or defendant's domicile has jurisdiction), art. 265 (jurisdiction in tort cases involving foreign parties without domicile in China); Civil Procedure Law Interpretation, arts. 3 (domicile of legal person), 24 (place of tort means place of tortious act or place of consequence/injury).

[69]  Jacques deLisle, "Traps, Gaps and Law: Prospects and Challenges for China's Reforms" in Is China Trapped in Transition?10-3 (Randall Peerenboom, ed. 2007).

[70]   Mei Ying Gechlik, "Judicial Reform in China: Lessons from Shanghai," Carnegie Endowment for International Peace (2015), https://carnegieendowment.org/2005/04/15/judicial-reform-in-china-lessons-from-shanghai-pub-16784 (attempt to influence court outcome improperly occurs at rates under 1%); Minxin Pei, Guoyan Zhang, Fei Pei, and Lixin Chen, "A Survey of Commercial Litigation in Shanghai" in Judicial Independence in China (Randall Peerenboom, ed. 2009) (large majority of winning parties, although minority of losing parties, believe the outcome was consistent with the facts and the law and did not reflect improper influence); Minxin Pei, Zhang Guoyan, Pei Fei and Chen Lixin, China's Evolving Legal System, Carnegie Endowment for Int'l Peace (Feb. 2009),

court performance show levels in more economically advanced areas that are much higher than national averages.[71]

65.     Several factors are recognized as contributing to this pattern.  Judges in more developed areas generally are better educated, have more experience in legal and judicial work, enjoy higher prestige, and operate in a more sophisticated professional legal environment—both within their courts and among peers at law firms, government entities, and companies in the same locality.  Competence, status and sense of professional role and identity are plausibly associated with higher quality justice and stiffer resistance to influence producing legally improper outcomes.  Recent research has found that more professional skills-based, or meritocratic, judiciaries are located in parts of China where judges have stronger options to leave the court for high-paying positions at private firms (as is typically the case in richer, more developed cities).[72] Beijing is one of the five provincial jurisdictions in China with the highest

---

http://www.carnegieendowment.org/files/China_Legal_System_Full_Text2.pdf ("[a]t least in Shanghai, the system is far from perfect, yet the majority of litigants are satisfied to have a legal recourse that may help resolve commercial disputes and protect their legitimate rights" and "only 8% of litigants who lose their case thought that it was due to preferential treatment").

[71]  Xin He, "The Recent Decline in Economic Caseloads in Chinese Courts," 191 China Q. 352 (2007) (contrasting high levels of judicial competence and litigant satisfaction in two local courts in developed, affluent coastal region and much lower levels in a mixed agricultural-industrial, poor, inland region); Woo and Wang, "Civil Justice in China" (similar); Ethan Michelson and Benjamin L. Read, "Public Attitudes Toward Official Justice in Beijing and Rural China," in Chinese Justice: Civil Dispute Resolution in Contemporary China (Margaret Y.K. Woo and Mary E. Gallagher, eds. 2011) ("experiences with the courts were assessed far more negatively in rural China than in Beijing."); C. Fred Bergsten, Bates Gill, Nicholas R. Lardy and Derek J. Mitchell, China: The Balance Sheet 69 (2006) (quality of judicial personnel outside major cities remains uneven); Peerenboom, China Modernizes 199 ("On the whole, courts in the more developed eastern region and in larger cities are more advanced. . . ."). My interview research and numerous less formal conversations with lawyers, judges and legal scholars in China are consistent with these views.

[72] See Jonathan J. Kinkel, "High-End Demand: The Legal Profession as a Source of Judicial Selection Reform in Urban China," Law and Social Inquiry, vol. 40, no. 4 (2015): 969-1000.

number of lawyers per capita. These five top jurisdictions have nearly twenty times the number of lawyers per capita as do the bottom five.[73]

66.     Dalian is a jurisdiction that is in many respects similar to Beijing. It, too, is a major city along China's east coast. Its per capita income is well above national averages and in the top 25 to 30 of Chinese cities. Dalian, too, has high levels of foreign investment (having been one of the dozen coastal cities that were allowed to establish special legal regimes that were open to, and encouraging of, foreign investment), and a large and diversified economy (with a major role for the intellectual property-intensive high-tech sector). Dalian also has a large and sophisticated legal community, home to branch offices of several of China's largest law firms (which rarely have more than a few to several branch offices) and major international accounting firms, and one of the first twenty Chinese cities in which foreign law firms were permitted to establish offices. In a typical international ranking of Chinese cities as good places to do business (which depends partly on quality of legal protection for economic rights and interests), Dalian ranked 22nd (with Beijing ranking third). In a Chinese study on "first-tier" commercial cities that received a good deal of attention, Dalian was among fifteen new cities to join an original four (a group that included Beijing).[74]

67.     Intellectual property cases are generally considered to be cases in which the quality of adjudication is significantly higher than in civil cases as a whole. Intellectual property

---

[73] Zhu Jingwen, (ed.) China Law Development Report 2012: China Legal Workers' Professionalization (2013) (Zhongguo Falu Fazhan Baogao 2012: Zhongguo Falu Gongzuozhe de Zhiyehua).

[74] "Forbes China's Best 100 Cities for Business List (Full Ranking), Jan. 2, 2018, https://www.forbes.com/sites/russellflannery/2018/01/02/forbes-chinas-best-100-cities-for-business-list-full-ranking/#323a51066328; Yicai Global, "The Best Chinese Cities," May 25, 2017,        https://www.yicaiglobal.com/news/best-chinese-cities-ranking-most-commercially-charming-chinese-cities-2017

courts and judges—especially in Beijing and other similar jurisdictions—are widely recognized as being especially high-quality. According to China's Supreme People's Court, the "general practice" is to assign "better and more experienced" judges to intellectual property case work and to select intellectual property court judges "from the pool of persons well versed in law and foreign language and who possess specialized technical knowledge and good adjudication experience."[75]

68.     Intellectual property court judges receive extensive and intensive guidance from previously decided cases by such courts—much more than do Chinese judges as a whole. Voluminous posting of cases (including a database with many tens of thousands of decisions) and regular issuance of selected model or exemplary cases by the Supreme People's Court are extensive and are more common and more developed in intellectual property law than in other fields of law.[76] Even the most basic-level people's courts adjudicating intellectual property cases benefit from the law set forth in intellectual property decisions by specialized intellectual property chambers, the relatively recently established, separate, and more highly specialized intellectual property tribunals in intermediate and higher-level courts in some jurisdictions

---

[75] *See, e.g.,* Supreme People's Court, Intellectual Property Protection in Chinese Courts 2009, intro, § 4.1; Supreme People's Court, Intellectual Property Protection in Chinese Courts in 2017, § 2.2.

[76] Notice of the General Office of the Supreme People's Court on Issuing Ten Cases Concerning Judicial Protection of Intellectual Property Rights, Ten Innovative Cases and Fifty Typical Cases Heard by Chinese Courts in 2012; Supreme People's Court, Annual Report on Intellectual Property Cases in 2012 (and earlier versions for 2011); Supreme People's Court, Intellectual Property Protection by Chinese Courts in 2012; see also Supreme People's Court, Intellectual Property Protection by Chinese Courts in 2009 (describing "innovative instructional methods" of "using typical intellectual property cases" culled by the Supreme People's Court for instructing lower intellectual property courts); see also Shenping Yang, "Patent Enforcement in China," Landslide vol. 4, no. 2 (American Bar Association, 2011) (describing publicization to IP judges of illustrative cases).

(including Beijing), and the newly created intellectual property appellate panel in the Supreme People's Court.

69.     The American academic co-director of a U.S.-China intellectual property institute in China opined that "[t]he very good news is that intellectual property cases" are among the categories most amenable to fair resolution in Chinese courts.[77] A prominent foreign IP watchdog group recently characterized China's legal system as offering "a viable venue for all intellectual property enforcement," with intellectual property rights owners winning and receiving injunctive relief (as well as damages) in the vast majority of cases.[78] Academic studies have found intellectual property litigants—and especially foreign parties in intellectual property litigants—win appeals more often than Chinese parties do and are treated more fairly in litigation than are litigants in Chinese courts generally.[79] A recent data-intensive study found that plaintiffs won 80% of the time in intellectual property cases and (in the region that includes

---

[77]  William O. Hennessey, "Protection of Intellectual Property in China (30 Years and More)," 46 Hous. L. Rev. 1257, 1295 (2009); cf. Naigen Zhang, "Intellectual Property Law Enforcement in China," 8 Fordham Intell. Prop. Media & Ent. L.J. 63 (1997).[78]  Jeffrey Langer, "Rapid Changes in the Chinese Legal System, an Increasingly Attractive Venue for IP Litigation," IP Watchdog, May 7, 2018, https://www.ipwatchdog.com/2018/05/07/rapid-changes-chinese-legal-system-attractive-venue-ip-litigation/id=96099/

[78]  Jeffrey Langer, "Rapid Changes in the Chinese Legal System, an Increasingly Attractive Venue for IP Litigation," IP Watchdog, May 7, 2018, https://www.ipwatchdog.com/2018/05/07/rapid-changes-chinese-legal-system-attractive-venue-ip-litigation/id=96099/

[79]  Mei Y. Gechlik, Protecting Intellectual Property in Chinese Courts: An Analysis of Recent Patent Judgments 15 (Carnegie Endowment for International Peace, January 2007) (foreign plaintiffs prevail at a higher rate (one-third) than do Chinese plaintiffs (one-quarter)); Rongjie Lan, "Are Intellectual Property Litigants Treated Fairer in China's Courts? An Empirical Study of Two Sample Courts," Indiana University Center for Chinese Politics and Business Working Paper No. 16 (2012).

Beijing) received injunctions in 90% of cases in which they prevailed.[80]  Foreign analysts describe the intellectual property division of the Intermediate People's Court in Beijing as "widely viewed as the best in China in terms of experience and expertise" in the field.[81]

## V.  CHINA HAS LEGAL AND POLICY COMMITMENTS AND INTERESTS THAT SUPPORT PROTECTION OF INTELLECTUAL PROPERTY RIGHTS.

70.    Chinese authorities at the national level have made substantial commitments to protecting intellectual property rights through law and courts, and have significant reasons to do so.  As China pursued WTO membership and, beginning in 2001, incurred the legal obligations of WTO membership, China had to reform its relevant laws and practices to conform to international standards, including those relating to intellectual property and specifically the TRIPS agreement. The U.S., the EU, other developed states and the business communities that influence such states' policies toward economic relations with China were sufficiently convinced of China's progress and commitments in these areas that they supported China's accession.

71.    Following China's accession to the WTO nearly two decades ago, it has faced— as it knew it would—monitoring by the WTO and fellow members, and scrutiny by the WTO's highly court-like dispute resolution process that covers TRIPS-based duties to provide adequate, international standard-meeting protection for foreign intellectual property and broader WTO obligations such as the imperative to provide "national treatment" (which requires that none of a state's trade-related laws, broadly defined, discriminate against foreigners) and adequate "judicial review" of trade-related administrative decisions. Unlike almost all other international

---

[80]   Renjun Bian, "Many Things You Know about Patent Infringement Litigation in China are Wrong," Nov. 2017, 52-53, https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3063566.

[81]   Ryan Ong, "Tackling Intellectual Property Infringement in China," China Business Review, Mar.-Apr. 2009, http://www.chinabusinessreview.com/public/0903/ong.html; Kristina Sepetys and Alan Cox, Intellectual Property Rights Protection in China: Trends in Litigation and Economic Damages 10 (NERA Economic Consulting, 2009).

legal regimes, the WTO has effective means by which parties can lodge a complaint about another member's noncompliance with its obligations. WTO procedures for adjudicating complaints are generally seen as fair and effective, with winners receiving a binding decision that the losing party ordinarily implements (rather than face retaliatory measures that would be authorized by the WTO and accepted as legitimate internationally).

72. Bilateral monitoring, complaints that the U.S. can file, and has filed, in the WTO dispute resolution process, and threats of sanctions from the U.S. and others reinforce WTO rules and institutions. China's intellectual property rights laws and regulations are generally acknowledged to have come into conformance with international standards and the international legal obligations that China has undertaken.

73. China's leaders were willing to undertake WTO obligations in part precisely because membership created significant pressure to live up to WTO-imposed obligations. It is generally accepted that China's president and prime minister at the time wanted China to enter the WTO partly because it would provide an additional impetus to market-oriented economic reform and the construction of a more international standard-conforming and market-supporting legal system in China. Their strategy sought to leverage China's carefully nurtured self-image as a state that fulfills its international obligations and the pressure that other WTO members would bring to bear, so that those at home who might oppose the substantive content of some WTO-driven reforms would be pressured into acquiescing.

74. During the last decade and continuing today, China's national economic policies have placed a high priority on intellectual property-intensive industries, including information technology and "innovation-driven development" more generally. Since assuming the presidency in early 2013, Xi Jinping has stressed the importance of China's "innovation

strategy" in science and technology-related fields.[82]   China's earnest efforts to promote intellectual property-intensive industries include the "Made in China 2025" policy, which has been a signature policy of Xi Jinping's presidency and which focuses on developing China as a world leader in several leading technology sectors.   It is plausible, and generally accepted, that such policies would benefit from, and likely depend upon, protection of intellectual property rights, particularly those of Chinese companies producing valuable, internationally marketable and competitive intellectual property.   Relevant laws embody similar commitments.   For example, the Copyright Law includes among its key purposes protecting the copyrights of creators and encouraging the creation of literary, artistic and scientific works.[83]

75.   High-level Chinese officials and judicial sources routinely express in high-profile contexts, commitments to providing robust protection, including judicial protection, for intellectual property.   China's President Xi Jinping has declared that China would "step up efforts to punish illegal infringement of intellectual property rights."[84]   Other examples include: the *Outline of National Intellectual Property Strategy* (2008) which committed to "strengthening" the system of "judicial protection" of intellectual property rights as part of the implementation of the national intellectual property strategy; the Supreme People's Court's *Outline of Judicial Protection of Intellectual Property Rights in China* which covers 2016-2020 and is the first such plan to focus on a particular sector—that is, intellectual property—and which emphasizes strong legal enforcement and protection for intellectual property rights and specific

---

[82] For a brief English language summary of one set of remarks in this vein, see "Xi Urges to Effectively Implement Innovation Strategy," (July 30, 2013), available at http://www.chinaipr.gov.cn/newsarticle/news/headlines/201307/1766651_1.html

[83] Copyright Law, art. 1.

[84] Xi Jinping: Creating a Stable, Fair, and Transparent Business Environment, and Accelerating Construction of a New, Open Economic System, July 17, 2017, www.xinhuanet.com/politcs/2017-07/17/c_1121333722.htm.

reforms designed to advance those goals; numerous state agency and Supreme People's Court *White Papers* on intellectual property rights protection in Chinese courts and in China more generally; the recurring Supreme People's Court reports on judicial protection of intellectual property rights, the 2018 version of which characterizes intellectual property as "the key element and strategic resource" in China's "innovation-driven development strategy"; the Supreme People's Court's promulgation in 2017 of "Opinions on Several Issues Concerning Strengthening Reform and Innovation in Adjudication of Intellectual Property Cases"; and the creation of, first, specialized IP chambers in many courts, second, specialized separate IP tribunals in select courts (including in Beijing), and, third, a specialized intellectual property appellate division in the Supreme People's Court.[85]

76.    Informed foreign observers have offered positive assessments. The U.S. Chamber of Commerce's International IP Index reflects an increasingly positive assessment of China's intellectual property protection, ranking it slightly below median among the countries assessed (27th out of 45—a limited sample in which the higher-ranking countries are mostly economically highly developed and in which most lower-income countries were not included).[86]    Prominent

---

[85]  Many of these developments—and others as well—are summarized in Tao Kaiyuan, "China's Commitment to Strengthening IP Judicial Protection and Creating a Bright Future for IP Rights," *WIPO                    Magazine*,                June                    2019, https://www.wipo.int/wipo_magazine/en/2019/03/article_0004.html (report by Vice President of Supreme People's Court of the People's Republic of China).  *See also* Supreme People's Court, Intellectual    Property    Protection    in    China's    Courts    in    2017,    available    at https://www.chinajusticeobserver.com/p/intellectual-property-protection-by-chinese-courts-in-2017; and Supreme People's Court, Outline of the Judicial Protection of Intellectual Property in China (2016-2020), available at https://www.chinajusticeobserver.com/p/outline-of-the-judicial-protection-of-intellectual-property-in-china-2016-2020.

[86]  U.S. Chamber of Commerce, The Roots of Innovation: U.S. Chamber International IP Index, www.theglobalipcenter.com/wp-content/uploads/2017/02/GIPC_IP_Index_2017_Report.pdf, 19, 40-42.

expert U.S. observers recently have characterized China's legal regime for intellectual property as having "transform[ed]" into a "less risky institution for Western firms," in part through reforms that have "received insufficient attention" abroad.[87]   Leading U.S. economists who study China have concluded that: China's protection of intellectual property is improving; China's payments for licensing foreign intellectual property have been on a sharply upward trajectory, placing China among the top few countries as sources of such payments; and China is becoming a significant producer, rather than receiver, of intellectual property—which gives China an incentive for strong protection of intellectual property.[88]

## VI.   CHINA HAS AN INTEREST IN HAVING CHINESE COURTS HANDLE CASES INVOLVING INTELLECTUAL PROPERTY CLAIMS WITH CONNECTIONS TO CHINA; LITIGATING PLAINTIFF'S CLAIM IN THE UNITED STATES WOULD FACE SIGNIFICANT DIFFICULTIES.

77.     The expressed political and policy goals of providing protection for the intellectual property produced, owned, licensed, or used in China assumes, implies, or contemplates a large and dominant role for Chinese institutions, including Chinese courts in providing the judicial component of such protection.   Having such cases litigated outside of China reduces the opportunities for Chinese courts and Chinese state authorities to achieve, and demonstrate the achievement of those aims.

78.     Where (as is alleged to be the case here) the infringement or the acts constituting infringement occur in China's territory, China has a similarly strong interest in having its courts

---

[87] See Dan Prud'homme and Mark Cohen, "Overlooked Strategies for Surviving the US-China Trade War," *World Financial Review,* Oct. 10, 2019.

[88] See, for example, Nicholas R. Lardy, "China: Forced Technology Transfer and Theft?" Peterson Institute for International Economics, Apr. 20, 2018, https://www.piie.com/blogs/china-economic-watch/china-forced-technology-transfer-and-theft; Yukon Huang and Jeremy Smith, "China's Record on Intellectual Property Rights is Getting Better and Better," Foreign Policy, Oct. 16, 2019.

(and its laws) adjudicate claims.[89]  Where the defendants are, or include, companies that have been established under the laws of the People's Republic of China (such as China Resources and HIHM), are headquartered in China (such as China Resources and HIHM), and/or conduct a significant portion of their business in China (which is the situation, as I understand it, for HOCL, and also possibly LTW), China has an interest in adjudicating cases concerning their behavior.  (Indeed, some Chinese laws explicitly reach extraterritorially to govern the behavior of Chinese nationals—both natural persons and legal persons—abroad.)

79.     In addition, China's express or apparent preferences for adjudication in Chinese courts of claims arising from conduct in China (and at least partly by Chinese entities) must be understood in a broader Chinese political and foreign policy context.  Officially and in practice, China remains sensitive about several issues from history: the United States' or other foreign powers' denunciation of the inadequacy of Chinese laws and legal institutions and extension of extraterritorial jurisdiction—which China regards as an encroachment on its judicial sovereignty—and, in some areas, colonial rule in Chinese territory beginning in the middle nineteenth century;[90] and the United States' and other foreign sources' pressure on China during the last forty years to undertake legal changes that went beyond China's own ambitious agenda and that have sought, in the common Chinese view, to remake China's political-legal order into one that resembles that of the United States.  Notably, China very recently has taken much offense at—and has pushed back against—what it regards as examples of jurisdictional

---

[89] The Chinese laws that Chinese courts primarily apply are very often explicitly limited to addressing conduct that occurs in China's territory.

[90] See Federal Judicial Center, U.S. Court for China, 1906-1943, available at https://www.fjc.gov/history/courts/us-court-china-1906-1943; Tieya Wang, Some Aspects of the Contemporary Chinese Perspective of International Law: (II) The Concept of Sovereignty, 221 Recueil des Cours 288 (1990).

overreach and disregard for China's judicial sovereignty by U.S. courts and enforcement bodies.[91]

80.     Against this background and in the context of China's recently rising sense of itself as a great power and potential superpower, PRC policies that seek to achieve any major, largely domestic aim (including intellectual property protection) are to be understood as seeking to achieve those ends primarily through Chinese means without much reliance on foreign processes.

81.     More simply and straightforwardly, relevant Chinese laws evince similar PRC interests in having a significantly China-centered intellectual property dispute resolved by Chinese courts.  The Civil Procedure Law and related Supreme People's Court Interpretations specifically contemplate the adjudication in Chinese courts of claims arising from acts or concerning objects in China, including copyright and other intellectual property cases.

82.     More broadly, the Copyright Law casts judicial remedies—presumptively and sometimes explicitly in Chinese courts—as part of a broader web of means that the Chinese state provides for protecting copyright (as well as other intellectual property rights) and resolving disputes concerning them.  Administrative oversight, administrative enforcement and penalties, criminal sanctions and more affirmative or programmatic government measures—all necessarily undertaken by Chinese state organs and occurring exclusively or almost exclusively in China—

---

[91] See Xinhua, Xinhua Headlines: "Long-arm Jurisdiction" Exposes U.S. Law-of-the-Jungle Mentality (June 9, 2019), available at http://www.xinhuanet.com/english/2019-06/09/c_138129214.htm; National People's Congress Foreign Affairs Committee, Explanation Concerning the International Criminal Judicial Assistance Law of the People's Republic of China (Draft), Oct. 26, 2018, http://www.npc.gov.cn/zgrdw/npc/xinwen/2018-10/26/content_2064126.htm.

are the other parts of the package that also includes civil litigation which is expected to occur in Chinese courts.[92]

83.    Moreover, where (as is the case here) a lawsuit involves the application of Chinese substantive law, China has an evident interest in having its courts interpret and develop those laws.  This general interest is especially prominent in the area of intellectual property law, which is (as discussed earlier) an area of high priority for the regime and an area where Chinese laws mandate the pursuit of policy goals that are complex and sometimes in tension with one another.  For example (and partly reminiscent of well-known tensions in U.S. copyright law[93]), the Copyright Law's stated purposes include protecting rights, encouraging creation of works, encouraging dissemination of works, and promoting the construction of China's "spiritual and material civilization … culture and sciences."[94]

84.    By United States standards, Chinese courts are not congested.  Official statistics report timely clearance rates well above 90% generally and in intellectual property rights cases specifically, notwithstanding the short (by American standards) periods (ordinarily six to 12 months) provided in Chinese law for resolving cases in a timely manner.[95] There is general

---

[92] See Copyright Law, arts. 47-48; Copyright Regulations, art. 36.

[93]  Stephen Breyer, "The Uneasy Case of Copyright," 84 Harv. L. Rev. 281 (1970).

[94] Copyright Law, art. 1.

[95] Civil Procedure Law, art. 149 (six months with possible six-month extension).  The time limit (ordinarily six months from docketing of a case) specifically does not apply to cases involving a foreign element (including a foreign party).  *See* Civil Procedure Law, art. 270.  This allows for longer periods, but not, in practice, wildly longer periods.

   Supreme People's Court, Work Report (to National People's Congress) (various years); 2013 version (addressing clearance rate covering prior five years) available at http://www.china.com.cn/news/2013lianghui/2013-03/10/content_28191634.htm; summary or 2018 version (data from prior five years) available at http://english.court.gov.cn/2018-03/09/content_35971310.htm and full version (in Chinese) available at http://www.xinhuanet.com/politics/2018lh/2018-03/25/c_1122587194.htm; summary of 2019

agreement that China has a high timely clearance rate and that most cases proceed from court acceptance to resolution much more quickly than is typical in the United States.

85. Significant legal and practical difficulties arise when litigating in a United States forum claims that depend for their resolution on evidence and witnesses located in China. Where (as I understand to be the case here) much of the evidence—including physical objects and potential testimony from witnesses—for Plaintiff's core claims is located in China, and it appears as if at least one key potential defendant—China Resources, and, very likely, a current non-party, interior designer LTW, would be subject to a court's jurisdiction in China, but not in the United States.

86. As noted above, Chinese law provides means for adjudicating in Chinese courts claims by foreign parties and involving evidence located abroad, and seeking cooperation from foreign jurisdictions in doing so. As also noted above, Chinese law grants courts much authority to compel the production of evidence, but it does so in the context of litigation in Chinese courts.

87. Chinese law, however, provides only limited and cumbersome mechanisms for requiring the production, especially for use in adjudication abroad, of types of evidence that play a central role in United States litigation. As further noted above, the PRC system is inquisitorial rather than adversarial and therefore provides limited mechanisms for pretrial discovery, and adjudication in the PRC formally places more emphasis on documentary evidence and less on

---

version (describing establishment of new specialized IP tribunals and IP division in Supreme People's Court and 42% increase in IPR cases handled annually in entire judicial system to 288,000) available at http://english.court.gov.cn/2019-03/12/content_37449108.htm and full version (in Chinese) available at http://www.xinhuanet.com/politics/2019-03/19/c_1124253887.htm; National Courts Conclude 781,000 Intellectual Property Rights Cases in Most Recent Five Years, July 9, 2018, http://www.chinaiprlaw.cn/index.php?id=5312 (94.2% timely completion rate in IPR cases, as reported at major IPR conference); *see also* Supreme People's Court, Intellectual Property Protection by Chinese Courts in 2017, § 1.1 (reporting 200,000 IPR cases accepted and 193,000 concluded in 2017).

testimonial evidence than is typical in United States litigation. Accordingly, the legal means in the PRC for inducing the production of and for authenticating documentary evidence are relatively strong, and those for securing testimonial evidence outside the context of testimony in a PRC court are relatively weak.

88.     Procuring evidence in China and providing it for use abroad poses significant difficulties. Taking or compelling the production of evidence in China for use in judicial proceedings abroad, including in the U.S., is generally handled through procedures set forth in the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, and Chinese laws paralleling or implementing the Convention.[96]  With China, the Hague Convention process requires that a proper request go to China's Ministry of Justice (which China has designated as its Central Authority for the Convention), after which China's Supreme People's Court reviews the request, passing approved requests on to the relevant court in China for implementation.

89.     In some cases, Chinese courts have provided judicial assistance in response to such requests, including from the United States.  There has been considerable dissatisfaction, however, including from the United States with this and attempted alternative mechanisms.

90.     According to the United States Department of State's description (in a prior version of its page on "China Judicial Assistance" but concerning an unchanged Chinese position):

> Upon its accession to the Hague Evidence Convention, China declared that "in accordance with Article 23 of the Convention concerning the Letters of Request issued for the purpose of obtaining pre-trial discovery of documents as known in common law countries, only the request for obtaining discovery of the documents clearly enumerated in the Letters of Request and of direct and close connection

---

[96] Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters; Civil Procedure Law, arts. 276-277.

with the subject matter of the litigation will be executed. . . . While it is possible to request compulsion of evidence in China pursuant to a letter rogatory or letter of request (Hague Evidence Convention), such requests have not been particularly successful in the past.[97]

One recent analysis concluded, "[t]he likelihood of successfully acquiring information through the Hague Evidence Convention when submitting a Letter of Request to China is low. The process is protracted…. [T]he Hague Evidence Convention is often considered practically useless as a way to get timely evidence discovery from China."[98]

91.     The State Department's current advisory concerning "China Judicial Assistance" states (and practicing lawyers concur):

China does **not** permit attorneys to take depositions in China for use in foreign courts. Under its Declarations and Reservations to the Hague Evidence Convention and subsequent diplomatic communications, China has indicated that taking depositions, whether voluntary or compelled, and obtaining other evidence in China for use in foreign courts may, as a general matter, only be accomplished through requests to its Central Authority under the Hague Evidence Convention. Consular depositions would require permission from the Central Authority on a case by case basis and the Department of State will not authorize the involvement of consular personnel in a deposition without that permission. Participation in such activity could result in the arrest, detention or deportation of the American attorneys and other participants.[99]

---

[97]  Quoted in part in Dan Harris, "How to Sue a Chinese Company. Part II. Discovery," China Law Blog, Nov. 9, 2010, https://www.chinalawblog.com/2010/11/how_to_sue_a_chinese_company_part_ii_discovery.html, Hans Bricken, "China Litigation and Arbitration," https://harrisbricken.com/practice-areas/china-litigation-and-arbitration/, and Milliken & Co. v. Bank of China, 758 F.Supp.2d 238, 248 (SDNY 2010).

[98]  Ray Worthy Campbell and Ellen Claar Campbell, "Clash of Systems: Discovery in U.S. Litigation Involving Chinese Defendants," 4 Peking U. Transnat'l L. Rev. 129, 152-153, *cf.* 150-154 (2016).

[99]           https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/China.html. An earlier recent iteration was more detailed:

Traditionally, Chinese authorities do not recognize the authority or ability of foreign persons, such as American attorneys, to take voluntary depositions of

92.     Any litigation in U.S. courts that requires Chinese witnesses to appear faces difficulties that would not exist if the case were litigated in China.  Although restrictions have been greatly relaxed and barriers lowered in recent years, they have recently again become more formidable.  It can be difficult or impossible for Chinese citizens to secure a passport and to receive permission to leave China, especially at times required by U.S. courts in litigation

---

willing witnesses, even before a U.S. consular officer . . . . Given China's declaration on accession to the Hague Evidence Convention that it does not consider itself bound by Articles 16-22 of Chapter II of the Convention, China could well deem taking depositions by American attorneys or other persons in China, as a violation of China's judicial sovereignty. Such action could result in the arrest, detention, expulsion, or deportation of the American attorneys and other participants. . . .  The right to administer oaths in China is strictly governed by local Chinese law and applicable treaty. A person authorized to administer oaths in the United States may not be recognized by Chinese authorities as empowered to perform that function in China. Even a Chinese "notary" or other person empowered to administer oaths may not be recognized by Chinese authorities as empowered to do so in connection with depositions, given China's strict position on that question. Conducting a deposition in a hotel with oaths to be administered by such a private person could have serious implications for the individual administering the oath, as well as other participants. . . . [T]he Chinese Ministry of Foreign Affairs advised the U.S. Embassy that if a court of the United States requests the depositions of witnesses resident in the People's Republic of China, it is necessary to submit a letter rogatory through the diplomatic channel. The Chinese Ministry of Foreign Affairs . . . . note said that for a U.S. consular officer to receive or witness statements made under oath or affirmation in China in contravention of Chinese law would not conform to the provisions of the U.S. - China bilateral consular convention. . . .

*See also* Meg Utterback and Holly Blackwell, "Obtaining Discovery in China for Use in U.S. Litigation," King & Wood China Law Insight, April 28, 2012, http://www.chinalawinsight.com/2012/04/articles/dispute-resolution/obtaining-discovery-in-china-for-use-in-us-litigation/ (much narrower conception of discovery in China and severe impediments under Chinese law to acquiring evidence that would be relatively routinely produced under U.S. discovery rules); Craig Alley, "Key Steps to Successful Foreign Depositions" Litigation (Summer 2011) (China has granted permission for one U.S. deposition to be taken in China in last 30 years).

proceedings. Chinese nationals who do not face such impediments still may not be able to get a visa to travel to the United States or receive such a visa within a feasible time frame. Americans who do business with China or who arrange conferences and meetings in the United States with Chinese participants have long complained about how their projects are frustrated or made impossible by delays or denials of their Chinese counterparts' applications for visas to travel to the United States. In the last few years, difficulties and delays for Chinese citizens receiving visas to travel to the United States have increased significantly (and more than has been the case for U.S. citizens seeking visas for travel to China).[100] With the outbreak of the novel coronavirus pandemic and U.S. policy measures responding to it, witnesses located in China are all but certainly unable to travel to the United States for an indefinite, and possibly very extended, period.[101]

## VII. SERVICE OF PROCESS IN THE FORM UNDERTAKEN BY PLAINTIFF AGAINST CHINA RESOURCES WOULD BE INADEQUATE IN JUDICIAL PROCEEDINGS IN CHINA; A U.S. COURT JUDGMENT IN SUCH A CASE VERY LIKELY WOULD NOT BE ENFORCED BY A CHINESE COURT.

### A. Service of Process on Defendants in China in Proceedings in U.S. Courts is Subject to the Requirements of the Hague Convention and Related Chinese Laws.

93. As a party to the Hague Service Convention, China has adopted rules concerning adequate service of process in the context of judicial proceedings abroad in a fellow Hague

---

[100] See, e.g., Jessica Donati and Te-Ping Chen, "It Just Got Harder for Chinese People to Secure U.S. Visas," Wall St. J., May 30, 2018; Elizabeth Redden, "Chinese Students, Scholars Report Visa Delays," Inside Higher Ed, Apr. 26, 2019.

[101] President Donald J. Trump, Proclamation on Suspension of Entry as Immigrants and Nonimmigrants of Persons who Pose a Risk of Transmitting 2019 Novel Coronavirus, January 31, 2020, https://www.whitehouse.gov/presidential-actions/proclamation-suspension-entry-immigrants-nonimmigrants-persons-pose-risk-transmitting-2019-novel-coronavirus/ (applicable to aliens who have been in China during two weeks prior to attempt to enter the United States; restriction in force until further notice).

Convention member state, such as the United States. China's commitments under the convention and its Declarations and Reservations to the Hague Convention limit the mechanisms for such service, prohibiting service in China by a foreign state directly through its own diplomatic or consular agents (except on its own nationals),[102] by postal channels, by its own judicial officers or other officials directly through PRC judicial offices or other officials.[103]

94. Instead, requests originating from a U.S. court for service of process on a party located in China of a trial subpoena (or other judicial documents) proceeds through the U.S. Department of Justice which delivers the document to the Chinese Ministry of Justice, which transmits the document to the Supreme People's Court of China, which reviews the adequacy and propriety of the request under the Hague Convention and related Chinese law, and in turn transmits the document to the relevant provincial high people's court, which conducts another, similar review, and which then transmits the documents to the trial-level people's court in the jurisdiction where the person to be served is located, which conducts another parallel review and then accepts the document, ordinarily for personal service by judicial officers on the subpoenaed person (or, in the case of a business enterprise, its "legal representative person," or principal person in charge, or the person responsible for receiving legal documents).[104] Chinese law

---

[102] Hague Service Convention, art. 8; Declarations of the People's Republic of China, no. 2, https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=393&disp=resdn.

[103] Hague Service Convention, art. 10; Declarations of the People's Republic of China, no. 3, https://www.hcch.net/en/instruments/conventions/status-table/notifications/?csid=393&disp=resdn.

[104] Civil Procedure Law, arts. 276-279; Supreme People's Court, Provisions on Handling Requests for Judicial Assistance in the Service of Judicial Documents, Investigation and Taking of Evidence in Civil and Commercial Cases in Accordance with International Conventions and Bilateral Treaties on Judicial Assistance (2013) ("Hague Provisions"); Supreme People's Court, Detailed Rules for the Implementation of the Provisions on Handling Requests for Judicial Assistance in Service of Judicial Documents, Investigation and Taking of Evidence in Civil and

specifically provides that, even where a foreign request for service of judicial documents has made it through the foregoing process, service may not be effected in a manner that is inconsistent with Chinese laws[105]—and Chinese laws do not provide for the equivalent of service of process on a party in China by any mechanism similar to service on a state secretary of state in the United States.

95.     Such roles for the Chinese courts, including the Supreme People's Court, is unremarkable in the context of Chinese law and judicial institutions.  Compared to the court system in the United States, China's judiciary has some features that resemble a hierarchical bureaucracy.  Especially for matters removed from the core judicial function of adjudicating cases and for any matters that involve foreign affairs aspects of judicial work, it is fully in keeping with ordinary Chinese law and practice for the Supreme People's Court to play the relatively central role assigned to it for service of documents under the Hague Convention and for lower level courts generally to lack autonomy to act entirely on their own.

96.     Service on the State Secretary of State of a U.S. state is not among the methods set forth in the rules described in this section.  For Chinese law and courts to accept it, particularly in the context of service on a defendant located or domiciled in China (and not in the forum jurisdiction) over actions undertaken in China (and not the forum jurisdiction) also would be inconsistent with the overall structure and principles (including protection of China's "judicial sovereignty," preference for "apex-to-apex" rather than direct court-to-court procedures, and the

---

Commercial Cases in Accordance with International Conventions and Bilateral Treaties on Judicial Assistance (for Trial Implementation) (2013), arts. 11-25 ("Hague Detailed Rules"); see also People's Republic of China Response to Hague Convention Questionnaire (2008), question 29 ("Hague Response") https://assets.hcch.net/upload/wop/2008china14.pdf.

[105] Hague Detailed Rules, art. 11(6); Hague Response, question 29.

central role of courts in effecting service) of China's system for, and approach to, service of process in transnational litigation.

97.     In contrast to these service difficulties that would be encountered in the United States, an appropriate Chinese court would be able to effect service on China Resources—as well as HIHM—through the ordinary means described earlier in this Declaration (*see* ¶ 42, *supra*) and exercise jurisdiction over them.  For defendants that—unlike China Resources and HIHM—are not domiciled in China, an appropriate Chinese court would still be able to exercise jurisdiction. As I understand it, all Defendants which have been properly served in this action have expressly consented to jurisdiction in the appropriate courts of China for litigation of this matter.  Chinese civil procedure law provides that a Chinese court may adjudicate a case in which the defendant raises no objection to the court's jurisdiction (and submits a response to the claim).  This general rule applies to foreign / foreign-domiciled defendants.[106] Alternatively, Chinese civil procedure law also authorizes Chinese courts to seek judicial assistance in service of process on defendants located abroad, either on the basis of the principle of reciprocity or pursuant to an applicable treaty. Because China and the United States are both parties to the Hague Convention on Service of Process, Chinese civil procedure law therefore authorizes an appropriate Chinese court to use Hague Convention-authorized mechanisms for effecting service of process abroad.[107]

---

[106] Civil Procedure Law, art. 127 (concerning consequences of absence of objections), art. 5 (procedural rights and duties apply equally to Chinese and foreign parties), art. 259 (general provisions of the Civil Procedure Law apply to foreign parties and in foreign-related cases, absent special provisions in the part of the law that includes art. 259), arts. 268-269 (extension of time for non-resident defendants).

[107] Civil Procedure Law, arts. 276-277.

**B.    A Chinese Court is Very Unlikely to Enforce a U.S. Court Judgment Where Service was Undertaken by the Means Plaintiff Employed to Serve China Resources.**

98.    Chinese law does provide mechanisms for the enforcement in China of judgments rendered by foreign courts.  The Civil Procedure Law directs that a party seeking enforcement in China of an "effective judgment [*panjue*] or ruling" by a foreign court may "apply" [*shenqing*] or request [*qingqiu*] to the relevant intermediate-level people's court to "recognize and enforce" [*chengren he zhixing*] that judgment or ruling, on the basis of obligations imposed by a treaty to which China and the foreign jurisdiction are parties or "on the basis of the principle of reciprocity" [*anzhao huhui yuanze*].  After the Chinese court concludes that the application or request is proper and such a basis for enforcement exists, the court is to issue a ruling recognizing the foreign judgment or ruling's legal effectiveness and an order for enforcement (if such an order is needed), provided that the court finds that the judgment or ruling is not inconsistent [*weifan*] with basic principles of the laws [*falu de jiben yuanze*] of China or the sovereignty, security, or public interest of China.[108]

99.    Because China and the United States are not both parties to any relevant international treaty, the basis for enforcement of a U.S. court judgment in China must be the principle of reciprocity.  Although Chinese courts are thus legally authorized to enforce, and on occasion have enforced, U.S. court judgments, such enforcement has been rare.  In part, there appear to be very few instances in which parties have sought formally to enforce U.S. judgments in China. (The practice is more common with judgments from courts in countries that have relevant treaty arrangements.)  In part, the rarity of cases of enforcing U.S. judgments is due to what Chinese courts perceive as a lack of much reciprocity.  Although (as discussed earlier in this declaration), U.S. courts have routinely found China to provide an adequate alternative

---

[108] Civil Procedure Law, arts. 281-282; Civil Procedure Interpretations, arts. 544, 549.

forum, and U.S. courts have enforced Chinese court judgments, cases of the latter type have been few enough that a widespread view in Chinese courts and legal circles has been that U.S. courts do not enforce Chinese court judgments (and, thus, that an essential basis for enforcement on the basis of reciprocity is absent). With China's deepening global engagement through the Belt and Road Initiative and other policies that increase Chinese investment and economic activity abroad, there are significant indications that Chinese courts, which have recently enforced two U.S. court judgments (and more than ten judgments from other jurisdictions on the basis of reciprocity)—and Chinese policy more broadly—are becoming favorably disposed to the enforcement of foreign court judgments in civil and commercial cases.[109] But this is an incipient development.

100. A Chinese court might well find a foreign court judgment to be inconsistent with the basic principles of Chinese law—and thus not to be recognized and enforced in China—where that judgment was entered against a Chinese party after service of process in the substituted U.S. form undertaken by Plaintiff here. The service here so diverges from the processes contemplated by Chinese law in purely domestic cases and cases in Chinese courts involving foreign parties or interests that a Chinese court would find such a case to fall short of the standards that thus far have yielded so few instances of enforcing U.S. court judgments.

---

[109] *Liu Li v. Tao Li et al.*, 2015 Zhong Min Shang Wai Chu Zi No. 26 (Wuhan, Hubei Intermediate People's Court, June 30, 2017) (enforcing judgment by Los Angeles, California, Superior Court); *Nalco Company LLC v. Chen Dawei [David T. Chen]*, 2017 Hu 01 Xie Wai Ren No. 16 (Shanghai, First Intermediate People's Court, September 17, 2018) (enforcing judgment by U.S. Federal District Court for the Northern District of Illinois); Supreme People's Court, Opinions on People's Courts Providing Judicial Services and Safeguards for the Construction of the "One Belt and One Road" [Belt and Road Initiative] (2015) (calling for the broadening of mutual recognition and enforcement of judgments—on the basis of reciprocity or treaties—between China and the dozens of countries participating in China's "Belt and Road Initiative").

101.     Chinese civil procedure law generally, and in foreign-related cases, has been influenced significantly by foreign and international norms.   In the specific context of reciprocity-based enforcement of a U.S. court judgment, such consideration of U.S. court approaches to analogous questions is especially likely.  As noted earlier in this declaration, U.S. courts considering enforcement of Chinese court judgments—and U.S. courts considering enforcement of foreign court judgments more generally (under the Uniform Foreign Monetary Judgments Act or similar laws and principles)—have considered a lack of due process or fundamental fairness to be compelling grounds for non-enforcement.  In sum, a Chinese court more likely than not would view a judgment following purported service of process on a Chinese defendant of the substituted Secretary-of-State variety that Plaintiff has pursued here as not subject to recognition and enforcement in China.

102.     I am aware of only two cases in which a Chinese court has enforced a U.S. court judgment.  In one of those cases, the Chinese court appears to have deferred to the U.S. court's determination that there was adequate service of process, under forum state law, on the party against whom enforcement was sought and who claimed inadequate service of process.[110]   That decision, however, falls far short of indicating that a Chinese court would enforce a judgment against China Resources under the circumstances of the present case.

103.     In that case, the court's apparent deference to the U.S. court's determination that service was adequate is oblique and not explicit.  The service in the U.S. proceeding was made by publication in a local newspaper—a relatively conventional, if far less than ideal, means for giving defendants the required notice.  Notably, Chinese law concerning service of process in proceedings in China on parties not domiciled in China regards service by public notice (the

---

[110] *Liu Li v. Tao Li et al.*  (In the other case, *Nalco Company LLC v. David T. Chen*, the Chinese court deferred to U.S. law on summary judgment).

means employed in the case of the U.S. court judgment enforced in China noted above) as an adequate means under some limited circumstances.[111] I am aware of no relevant provisions in Chinese law that contemplate service of the type undertaken by Plaintiff for China Resources in this case. It is uncertain whether the Chinese court's decision to enforce the judgment in the *Liu Li* case was correct under Chinese law.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of June, 2020, at Villanova, Pennsylvania.

Jacques deLisle

---

[111] Civil Procedure Law, art. 267; Civil Procedure Interpretations, arts. 534-536 (service abroad by public notice or by post; service on party's representative located in China); cf. cf. Hague Detailed Rules, arts. 6-10 (procedures for Chinese courts to seek foreign court assistance for service on foreign or Chinese parties abroad); see also Civil Procedure Law, arts. 84-92 (similar provisions for service of process generally, in domestic proceedings); Civil Procedure Interpretations, arts. 130-139 (methods for service of process in domestic proceedings).

# RESUME

**Jacques deLisle**

University of Pennsylvania Law School
3501 Sansom Street
Philadelphia, PA 19104-6204
(215) 898-5781
Fax: (215) 573-2025
jdelisle@law.upenn.edu

## EMPLOYMENT:

Stephen A. Cozen Professor of Law, 2006-, Professor of Law, 1999-2006, Assistant Professor of
Law, 1994-99
Professor of Political Science, 2010-
Director, Center for East Asian Studies, 2009-2019, Member of CEAS Faculty, 1996-
Director, Center for the Study of Contemporary China, 2019-, Deputy Director, 2012-
2019
Co-Director, Center for Asian Law, 2014-

*Research Interests*: Law and politics of China, legal reform in China, law and economic
and political change in China, China and international law, international status of Taiwan,
cross-Strait and Mainland-Hong Kong relations, comparative and international law,
China's foreign relations

*Courses*:
Chinese Law; Law and Economic Reform in Contemporary China (seminar); Law and
the Economy in China (seminar); China and International Law (seminar); China and
International Human Rights; China and International Human Rights Law; International
Law; Selected Topics in International Law (seminar); Torts
International Law and International Relations (Lauder M.B.A.-M.A. Program, University
of Pennsylvania)
China in an Era of Transition, Reform and Globalization (Organizational Dynamics
Program, University of Pennsylvania)
China and International Law (National University of Singapore)
Law and the Economy in China (Tel Aviv University)
Government and Politics of the PRC; External Politics of the PRC (Universidad de
Aveiro, Portugal)
The Common Law of Civil Obligations; The U.S. Structural Constitution (Waseda
University, Tokyo)

Visiting Professor, Universidad de Aveiro (Portugal, short-term, 1999-2002), National
University of Singapore (summer 2004), Waseda University (summer 2007), Tel Aviv
University (spring 2014); Visiting Scholar, University of Hong Kong Law School (May
2012)

Director, Asia Program, Foreign Policy Research Institute, 2002-, Senior Fellow, 1999-

Attorney-Adviser, Office of Legal Counsel, United States Department of Justice, 1992-94

Law Clerk to Stephen G. Breyer, United States Court of Appeals for the First Circuit, 1991-92

**EDUCATION:**

Harvard Law School, J.D. *magna cum laude*, 1990

Harvard Graduate School of Arts and Sciences, Department of Government, Ph.D. program (ABD)

Princeton University, A.B. *summa cum laude*, Phi Beta Kappa, 1982
    Major: Woodrow Wilson School of Public and International Affairs

**PUBLICATIONS:**

*Rivalry and Security in a New Wea for U.S.-China Relations* (with Avery Goldstein) in AFTER ENGAGEMENT: DILEMMAS IN U.S.-CHINA SECURITY RELATIONS __-__ (Jacques deLisle and Avery Goldstein, eds. Brookings, 2020)

*Editor's Corner: Political Warfare, Sharp Power, the U.S., and East Asia,* ORBIS, vol. 64, no. 2 (Spring 2020), 1-7

*Foreign Policy through Other Means: Hard Power, Soft Power, and China's Turn to Political Warfare to Influence the United States,* ORBIS, vol. 64, no. 2 (Spring 2020), 174-206.

*Authoritarian Legality in East Asia: What, Why, and Whither?* in AUTHORITARIAN LEGALITY IN EAST ASIA (Weitseng Chen and Hualing Fu, eds. Cambridge, 2020)

*The Path of Administrative Law in China* (with Neysun Mahboubi) in UNIVERSITY OF PENNSYLVANIA ASIAN LAW REVIEW (forthcoming 2020)

*Inspecting Implementation and Accruing Authority: The National People's Congress Standing Committee and Zhifa Jiancha* (with Lin Yan) in UNIVERSITY OF PENNSYLVANIA ASIAN LAW REVIEW (forthcoming 2020)

*The Taiwan Relations Act at 40: A Troubled but Durable Legal Framework for U.S. Policy*, ASIA POLICY, vol. 14, no. 3, 35-42 (October 2019).

*Hong Kong's Summer of Discontent: Another Battle in the Long War over Autonomy, Democracy, and the Rule of Law*, ORBIS, vol. 63, no. 3, 473-504 (Fall 2019)

*International Law and Institutions* in TAIWAN: THE DEVELOPMENT OF AN ASIAN TIGER 171-206 (Hans Stockton and Yao-Yuan Yeh, eds., Lynne Rienner, 2019)

*China's Economic Reform and Opening at Forty: Past Accomplishments and Emerging Challenges"* (with Avery Goldstein) in TO GET RICH IS GLORIOUS: CHALLENGES FACING CHINA'S ECONOMIC REFORM AND OPENING AT FORTY 1-26 (Jacques deLisle and Avery Goldstein, eds. Brookings, 2019)

*China's Legal System* in POLITICS IN CHINA: AN INTRODUCTION 224-253 (3rd edition, William A. Joseph, ed., Oxford, 2019)

*"All the World's a Stage": Taiwan's Human Rights Performance and Playing to International Norms* in TAIWAN AND INTERNATIONAL HUMAN RIGHTS: A STORY OF TRANSFORMATION 173-206 (Jerome A. Cohen, William P. Alford, and Chang-Fa Lo, eds. Springer, 2019)

*The Chinese Model of Law, China's Agenda in International Law, and Implications for Democracy in Asia and Beyond,* ASAN FORUM (September 2018) http://www.theasanforum.org/the-chinese-model-of-law-chinas-agenda-in-international-law-and-implications-for-democracy-in-asia-and-beyond/

*International Law in US-China Relations: Trade Wars and Maritime Rights in the Era of Xi and Trump* ASAN FORUM (August 2018) http://www.theasanforum.org/international-law-in-us-china-relations-trade-wars-and-maritime-rights-in-the-era-of-xi-and-trump/

*Washington-Taipei Relations at a Crossroads: Introduction,* THE CHINA REVIEW, vol. 18, no. 3, 1-11 (2018) (with Lin Gang, guest co-editors, special issue)

*United States-Taiwan Relations: Tsai's Presidency and Washington's Policy,* THE CHINA REVIEW, vol. 18, no. 3, 13-59 (2018)

*China's Rise, the U.S. and the WTO: Perspectives from International Relations Theory*, 2018 UNIVERSITY OF ILLINOIS LAW REVIEW Online 57-71 (2018) (a response to Gregory Shaffer and Henry Gao, *China's Rise: How it Took on the U.S. at the WTO*)

*How International is International Law? (Remarks on Implications of a Rising China)* 111 ASIL PROCEEDINGS 75-78 (2018)

*Political Implications of the July 2016 Arbitration Decision in the Philippines-PRC Case Concerning the South China Sea: The United States, China, and International Law* in ASIAN YEARBOOK OF INTERNATIONAL LAW, vol. 21 49-82 (2015, published 2017)

*China's Maritime Disputes in the South and East China Seas: What Role for International Law?* in CHINA'S GLOBAL ENGAGEMENT: COOPERATION, COMPETITION, AND INFLUENCE IN THE 21ST CENTURY (Jacques deLisle and Avery Goldstein, eds., Brookings, 2017) 235-290

*Democracy and Constitutionalism in China's Shadow: Sunflowers in Taiwan and Umbrellas in Hong Kong* in LAW AND POLITICS OF THE TAIWAN SUNFLOWER AND HONG KONG UMBRELLA MOVEMENTS 205-231 (Brian Christopher Jones, ed., Routledge, 2017) 205-231

*From Accepting to Challenging the Law of the Sea?: China and the South China Sea Disputes* in LEGAL THOUGHTS BETWEEN THE EAST AND THE WEST IN THE MULTILEVEL LEGAL ORDER: A LIBER AMICORUM IN HONOR OF PROFESSOR HERBERT H.P. MA 255-276 (Lo Chang-fa, ed., Springer, 2016)

*Law in the China Model 2.0: Legality, Developmentalism and Leninism under Xi Jinping* in JOURNAL OF CONTEMPORARY CHINA, vol. 26, no. 103, 68-84 (2016)

*Taiwan in the Tsai Era* (with June Teufel Dreyer) ORBIS, vol. 60, no. 4, 465-472 (Fall 2016)

*Taiwan's Quest for International Space: Ma's Legacy, Tsai's Options, China's Choices, and U.S. Policy*, ORBIS, vol. 60, no. 4, 550-574 (Fall 2016)

*International Law in the Obama Administration's Pivot to Asia: The China Seas Disputes, the Trans-Pacific Partnership, Rivalry with the PRC, and Status Quo Legal Norms in U.S. Foreign Policy* in 48 CASE WESTERN RESERVE JOURNAL OF INTERNATIONAL LAW 143-176 (2016)

*Introduction: The Internet, Social Media and a Changing China* (with Avery Goldstein and Guobin Yang) in THE INTERNET, SOCIAL MEDIA AND A CHANGING CHINA 1-27 (Jacques deLisle, Avery Goldstein and Guobin Yang, eds., University of Pennsylvania, 2016)

THE BEST OF FPRI'S ESSAYS ON ASIA (editor and contributor, FPRI E-Book, 2016, http://www.fpri.org/articles/2016/01/best-fpris-essays-asia-2005-2015)

*Xi Jinping's Impact on China's Legal Development: Domestic and International*, ASAN FORUM, vol. 3, no. 5, 42-63 (September-October 2015) http://www.theasanforum.org/xi-jinpings-impact-on-chinas-legal-development-domestic-and-international/

*The Rule of Law with Xi-Era Characteristics: Law for Economic Reform, Anticorruption and Illiberal Politics*, in Roundtable: The Future of "Rule According to Law" in China, ASIA POLICY (National Bureau of Asian Research), no. 20, 23-29 (July 2015)

*Review of Chinese Contemporary Perspectives on International Law by Xue Hanqin*, 108 AMERICAN JOURNAL OF INTERNATIONAL LAW 850-56 (2015)

*China's Challenges: Reform Era Legacies and the Road Ahead* (with Avery Goldstein) in CHINA'S CHALLENGES 1-24 (Jacques deLisle and Avery Goldstein, eds., University of Pennsylvania, 2014)

*Law and Democracy in China: A Complicated Relationship* in DEMOCRATIZATION IN CHINA, KOREA AND SOUTHEAST ASIA?: LOCAL AND NATIONAL PERSPECTIVES 126-140 (Shelley Rigger, Lynn White and Kate Zhou, eds., Routledge, 2014)

*China's Legal System* in POLITICS IN CHINA: AN INTRODUCTION 224-253 (2nd edition, William A. Joseph, ed., Oxford, 2014)

*Law and the Economy* in HANDBOOK OF THE CHINESE ECONOMY 255-279 (Gregory Chow and Dwight Perkins, eds., Routledge, 2014)

*Introduction: Taiwan at the Crossroads* (with Jean-Pierre Cabestan) in POLITICAL CHANGES IN TAIWAN UNDER MA YING-JEOU: PARTISAN CONFLICT, POLICY CHOICES, EXTERNAL CONSTRAINS AND SECURITY CHALLENGES 1-12 (Jean-Pierre Cabestan and Jacques deLisle, eds., Routledge, 2014)

*Taiwan and Soft Power: Competing with China and Seeking Security* in POLITICAL CHANGES IN TAIWAN UNDER MA YING-JEOU: PARTISAN CONFLICT, POLICY CHOICES, EXTERNAL CONSTRAINS AND SECURITY CHALLENGES 265-295 (Jean-Pierre Cabestan and Jacques deLisle, eds., Routledge, 2014)

*China's Changing Approach to Sovereignty in International Law?: Lessons from Territorial Disputes and Human Rights* in 107 AMERICAN SOCIETY OF INTERNATIONAL LAW PROCEEDINGS 348-352 (2014)

*Damages Remedies for Infringement of Human Rights under U.S. Law* in AMERICAN JOURNAL OF COMPARATIVE LAW (SUPP.) 457-490 (2014)
revised version in DAMAGES FOR VIOLATIONS OF HUMAN RIGHTS—A COMPARATIVE STUDY OF DOMESTIC LEGAL SYSTEMS 395-426 (Ewa Bagińska, ed., Springer Verlag, 2016)

*Comment on Shi Hexing, "The People's Congress System and China's Constitutional Development* in CHINA'S POLITICAL DEVELOPMENT 120-130, 134-135 (Kenneth Lieberthal and Yu Keping, eds., Brookings, 2014). Chinese version: *Comment on Shi Hexing's Essay of "The People's Congress System and the Development of Constitutionalism in China"* in CHINA'S POLITICAL DEVELOPMENT: FROM THE VIEW OF AMERICAN AND CHINESE SCHOLARS 120-130 (Yu Keping and Kenneth Lieberthal, eds., Brookings, 2014)

*From Economic Development to What—and Why?* in RETHINKING LAW AND DEVELOPMENT: THE CHINESE EXPERIENCE 107-145 (Yu Guanghua, ed., Routledge, 2013)

*Troubled Waters: China's Claims and the South China Sea,* ORBIS, vol. 56 no. 4, 608-642 (2012)

*A Common Law-like Civil Law and a Public Face for Private Law: China's Tort Law in Comparative Perspective* in TOWARDS A CHINESE CIVIL CODE 353-394 (Chen Lei and C.H. (Remco) van Rhee, eds., Martinus Nijhoff, 2012)

*Law and China's Development Model* in IN SEARCH OF CHINA'S DEVELOPMENT MODEL: BEYOND THE BEIJING CONSENSUS 147-165 (Philip Hsu, Yushan Wu and Suisheng Zhao, eds., Routledge, 2011)

*The Internationalization of Law and its Implications for Legal Education: Lessons from Interactions between the United States and China* in CROSS STRAIT / FOUR REGION: LAW DEVELOPMENTS IN TAIWAN, CHINA, HONG KONG AND MACAU vol. 1, 1-30 (Dennis T.C. Tang and Chi Chung, eds., Academia Sinica, 2011)

*Soft Power in a Hard Place: China, Taiwan, Cross-Strait Competition and U.S. Policy* ORBIS vol. 54 no. 4, 493-524 (2010)

*Security First?: Patterns and Lessons from China's Use of Law to Address National Security Threats* 4 JOURNAL OF NATIONAL SECURITY LAW & POLICY 397-436 (2010)

*Consumer Protection in Transnational Contexts (U.S. Law)* (with E. Trujillo) 58 AMERICAN JOURNAL OF COMPARATIVE LAW (SUPP.) 135-164 (2010), alternative version in CONSUMER PROTECTION IN INTERNATIONAL PRIVATE RELATIONSHIPS 509-546 (Diego P. Fernando Arroyo ed., Springer, 2010)

*Exceptional Powers in an Exceptional State: Emergency Powers Law in China* in EMERGENCY POWERS LAW IN ASIA 342-390 (Victor V. Ramraj and Arun K. Thiruvengadam, eds, Cambridge, 2010)

*The Other China Trade Deficit: Export Safety Problems and Responses* in IMPORT SAFETY: REGULATORY GOVERNANCE IN THE GLOBAL ECONOMY 22-49 (Cary Coglianese, David Zaring, and Adam Finkel, eds., University of Pennsylvania, 2010)

*After the Gold Rush: The Beijing Olympics and China's Evolving International Roles,* ORBIS vol. 52, no. 3, 179-204 (2009)

*Development without Democratization? China, Law and the East Asian Model* in DEMOCRATIZATIONS: COMPARISONS, CONFRONTATIONS AND CONTRASTS 197-232 (Jose V. Ciprut, ed., MIT, 2009)

*Vicious Cycles and Virtuous Circles: International Contexts, Taiwanese Democracy and Cross-Strait Relations* in CROSS-STRAIT AT THE TURNING POINT 373-424 (I Yuan, ed., Institute for International Relations, 2009)

*International Contexts and Domestic Pushback* in POLITICAL CHANGE IN CHINA: COMPARISONS WITH TAIWAN 185-211 (Bruce Gilley and Larry Diamond, eds., Lynne Rienner, 2008)

*'One World, Different Dreams': Assessing the Struggle to Define the Beijing Olympics* in OWNING THE OLYMPICS: NARRATIVES OF THE NEW CHINA 17-66 (Monroe E. Price and Daniel Dayan, eds., University of Michigan, 2008)

*Legalization without Democratization in China under Hu Jintao* in CHINA'S CHANGING
POLITICAL LANDSCAPE: PROSPECTS FOR DEMOCRACY 185-211 (Cheng Li, ed., Brookings,
2008)

*Traps, Gaps and Law: Prospects and Challenges for China's Reforms* in IS CHINA TRAPPED IN
TRANSITION? IMPLICATIONS FOR FUTURE REFORMS (Oxford Foundation for Law, Justice
and Society, 2007)

*Legislating the Cross-Strait Status Quo?: China's Anti-Secession Law, Taiwan's Constitutional
Reform, and the U.S.'s Taiwan Relations Act* in ECONOMIC INTEGRATION,
DEMOCRATIZATION AND NATIONAL SECURITY IN EAST ASIA 101-138 (Peter C.Y. Chow,
ed., Edward Elgar, 2007)

*Eroding, Not Attacking, the "One China Policy": Participating in International Regimes without
State Membership, Choosing Symbolic Struggles with Substantive Content, and Getting
Help from U.S. Law* in RESHAPING THE TAIWAN STRAIT 111-145 (John Tkacik, Jr., ed.,
Heritage Foundation, 2007)

*Free Trade Areas in East Asia: Legal and Economic Liberalism and the Interest-Based Politics
of U.S., PRC and Taiwan Participation* in FREE TRADE AND EAST ASIA (Jacques
deLisle, ed., Foreign Policy Research Institute, 2007)

*Pressing Engagement: Uneven Human Rights Progress in China, Modest Successes of American
Policy, and the Absence of Better Options* (Carnegie Endowment for International Peace,
"China Debates" series, 2007)

*Navigating a Dangerous Strait: Assessing Responsibility, Defining Interests and Prescribing
Tactics in Relations among Taiwan, China and the International Community* TAIWAN
JOURNAL OF DEMOCRACY vol. 2, no. 1 123-130 (review essay 2006)

*China under Hu Jintao: Introduction* (with T.J. Cheng and Deborah Brown) in CHINA UNDER HU
JINTAO: OPPORTUNITIES, DANGERS AND DILEMMAS, 1-25, 229-292 (Jacques deLisle, T.J.
Cheng and Deborah Brown, eds., World Scientific, 2006)

*China and the WTO: Evolving Agendas of Economic Openness, Domestic Reform and
Challenges of the Post-Accession Era* in CHINA UNDER HU JINTAO: OPPORTUNITIES,
DANGERS AND DILEMMAS, 1-25, 229-292 (Jacques deLisle, T.J. Cheng and Deborah
Brown, eds., World Scientific, 2006)

*Atypical Pneumonia and Ambivalent Law and Politics: SARS and the Response to SARS in China*
77 TEMPLE LAW REVIEW 193-245 (2004)

*Reforming / Replacing the ROC Constitution: Implications for Taiwan's State(-like) Status and
U.S. Policy*, WOODROW WILSON INTERNATIONAL CENTER ASIA PROGRAM SPECIAL
REPORT 12-18 (November 2004)

*Democratization and Its Limits in Greater China*, ORBIS, vol. 48, no. 2, 193-203 (2004)

*The Common Law of Causation in Tort and Questions of Policy and Institutions in the Development of Chinese Tort Law*, FAZHI CANKAO [LEGAL MATERIALS JOURNAL] 2004, no. 5, Democracy and the Legal System Press, under the National People's Congress, People's Republic of China) 122-124 (in Chinese 2004)

*SARS and the Pathologies of Globalization and Transition in Greater China*, ORBIS, vol. 47, no. 4, 587-604 (2003) (conference volume on Asia's Shifting Strategic Landscape)

*Human Rights, Civil Wrongs and International Politics: A 'Sinical' Look at the Use of U.S. Litigation to Address Abuses Abroad*, 52 DEPAUL LAW REVIEW 473-561 (2003) (conference volume on American Civil Justice in a Global Context)

*Chasing the God of Wealth while Evading the Goddess of Democracy: Development, Democracy and Law in Reform-Era China,* in DEVELOPMENT AND DEMOCRACY: NEW PERSPECTIVES ON AN OLD DEBATE 252-293 (Sunder Ramaswamy & Jeffrey W. Cason, eds., University Press of New England, 2003)

*The China-Taiwan Relationship: Law's Spectral Answers to the Cross-Strait Sovereignty Question*, ORBIS, vol. 46, no. 4, 733-752 (2002) (conference volume on sovereignty and cross-Strait relations)

*The Roles of Law in the War on Terrorism,* ORBIS, vol. 46, no. 2, 301-320 (2002)

*Humanitarian Intervention: Legality, Morality, and the Good Samaritan*, ORBIS, vol. 45, no. 3, 535-556 (2001)

*The Rule of Law and the Roles of Law in China* (review essay of *The Limits of the Rule of Law in China*) in SINO-PLATONIC PAPERS, Reviews IX, October 2000, 1-21

*China's Approach to International Law: A Historical Perspective*, 94 AMERICAN SOCIETY OF INTERNATIONAL LAW PROCEEDINGS 267-275 (2000)

*The Chinese Puzzle of Taiwan's Status*, ORBIS, vol. 44, no. 1, 35-62 (2000)

*The P.R.C.'s Population and Family Planning Policies:  Legal Issues and Social Consequences in the Mainland and the United States* in LIANG-AN SHE-HUI PIEN-CH'IEN-CHUNG CHIA-T'ING YÜ-CH'I HSIANG-KUAN WEN-T'I HSÜEH-SHU YEN-CHIU T'AN-HUI HUI-I LUN-WEN-CHI 239-260 (Fu-jen Ta-hsüeh She-hui Wen-hua Yen-chiu Chung-hsin, 1999)

*The Taiwan Question*, SINO-AMERICAN RELATIONS, Winter 1999, 22-28

*Lex Americana?: United States Legal Assistance, American Legal Models, and Legal Change in*

*the Post-Communist World and Beyond*, 20 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 179-308 (1999)

*The East Asian Debate on International Human Rights: Domestic Approaches and Attitudes in the Absence of Regional Commitments*, 92 AMERICAN SOCIETY OF INTERNATIONAL LAW PROCEEDINGS 64-66 (1998) (co-author)

*Sovereignty Resumed: China's Conception of Law for Hong Kong, and its Implications for the SAR and US-PRC Relations*, HARVARD ASIA QUARTERLY 21-27 (Summer 1998)

*Political Alchemy, the Long Transition and Law's Promised Empire: How July 1, 1997 Matters -- and Doesn't Matter -- in Hong Kong's Return to China*, 18 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 69-131 (1997) (symposium issue on Hong Kong's transition from British colony to Chinese Special Administrative Region)

*Hong Kong's Endgame and the Rule of Law (I): The Struggle over Institutions and Values in the Transition to Chinese Rule*, 18 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 195-254 (1997) (with Kevin P. Lane)

*Hong Kong's Endgame and the Rule of Law (II): The Battle over "the People" and the Business Community in the Transition to Chinese Rule*, 18 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 811-1047 (1997) (with Kevin P. Lane)

*Cooking the Rice without Cooking the Goose: The Rule of Law, the Battle over Business, and the Quest for Prosperity in Hong Kong After 1997* (with Kevin P. Lane) in HONG KONG UNDER CHINESE RULE: THE ECONOMIC AND POLITICAL IMPLICATIONS OF REVERSION 31-70 (Warren I. Cohen & Zhao Li, eds., Cambridge, 1997)

*Of Chinese Walls, Battering Rams and Building Permits: Five Lessons about International Economic Law from Sino-U.S. Trade and Investment Relations*, 17 UNIVERSITY OF PENNSYLVANIA JOURNAL OF INTERNATIONAL ECONOMIC LAW 513-532 (1996)

*Disquiet on the Eastern Front: Liberal Agendas, Domestic Legal Orders, and the Role of International Law after the Cold War and amid Resurgent Cultural Identities*, 18 FORDHAM INTERNATIONAL LAW JOURNAL 1725-1741 (1995) (symposium issue on the roles of international law in the twenty-first century)

*Massacre in Beijing: The Events of 3-4 June and their Aftermath* (Ad Hoc Study Group on Human Rights in China, and International League for Human Rights, 1989) (co-author)

*China's Foreign Economic Contract Law and Technology Import Regulations*, 27 HARVARD INTERNATIONAL LAW JOURNAL 275-283 (1986)

**OTHER WRITINGS AND COMMENTARY:**

Op-eds/commentary/essays for newspapers and other media, including *The Asian Wall Street Journal*, *The Philadelphia Inquirer*, *Foreign Policy Research Institute E-notes, China Online*, *Asia Times, Free China Journal*, *The American, The Asan Forum, Global Times, Nikkei Weekly, AACS Newsletter, Taiwan Insight,* and *The Penn Law Journal*; titles include:

Taiwan and the WHO in 2020: A Novel Virus and Viral Politics

Pursuing Politics through Legal Means: U.S. Efforts to Hold China Responsible for COVID-19

Unconventional Candidates and Cross-Strait Relations in Taiwan's 2020 Presidential Campaigns

The 40th Anniversary of the Taiwan Relations Act

Red State China: Why China (Sort of) Likes Trump

The South China Sea Arbitration Decision: China Fought the Law and Law Won…Or Did It?

Why President Ma Ying-jeou's Day Trip to Taiping Island was Such a Big Deal

Taiwan's 2016 Elections and Cross-Strait Relations

Mr. Xi Meets Mr. Ma for a Singapore Fling

Blurring Borders: National, Subnational, and Regional Orders in East Asia—An FPRI Conference Report

Reflections on the Umbrella Movement

Two Sessions Work Advances Rule of Law

Legal Reform Promised in China Though the Party is Still the Law

China and International Law/Norms: A US Perspective

China and the World: The View from Salzburg, Then and Now

Energy, Environment and Security in Asia—An FPRI Conference Report

Contested Terrain: China's Periphery and International Relations in Asia—An FPRI Conference Report

Taiwan's 2012 Presidential and Legislative Elections: Winners, Losers, and Implications

9/11 and U.S.-China Relations (10 Years After)

Politics and Governance in the People's Republic of China

Strait Ahead? China's Fifth Generation Leaders and Beijing's Taiwan Policy

Taiwan: Sovereignty and Participation in International Organizations

Dragon and (Legal) Eagle: International Law and American Interests in U.S.-China Relations beyond the Hu-Obama Summit

A Tale of Two Summits: Hu Jintao in Washington, Wen Jiabao in New Delhi and U.S.-China-India Relations

The Elephant in the Room: Summitry and China's Challenging Relations with Great Powers in Asia

Taiwan: Elections at Home, Economic Relations with the Mainland and U.S.-China-Taiwan Relations (An FPRI Symposium Report)

Regional Security in East Asia (An FPRI Conference Report)

What's Happened to Democracy in China?: Elections, Law and Reform (An FPRI Symposium Report)

Power in East Asia (An FPRI Conference Report)

Hu, Obama and U.S.-China Economic and Legal Relations: Structural Issues the Summit Will Not Address but Should Not Ignore

China Policy under Obama

The U.S. Elections and America's Role in East Asia: Views from the Region— An FPRI Roundtable Report

China is a Rising Star, but Unusually Weak and Poor

Elections, Political Transitions and Foreign Policy in East Asia: An FPRI Conference Report

China's Legal Encounter with the West

Taiwan in the World Health Assembly: A Victory, With Limits

Taiwan under President Ma Ying-jeou: A Horse of a Different Color? – Democracy and Distrust in Taiwan

Taiwan under President Ma Ying-jeou: Changing Horses in the Middle of the Strait? – Taiwan's External Relations

Playing for Keeps (The Beijing 2008 Olympics)

Kind of Blue?: Implications of Taiwan's 2008 Elections

China Rising: Assessing China's Economic and Military Power—An FPRI Conference Report

Into Africa: China's Quest for Resources and Influence

Free Trade Areas: Legal Aspects and the Politics of U.S., PRC and Taiwan Participation

Free Trade Areas in East Asia: An FPRI Symposium Report

Constitutional Change and Foreign Policy in East Asia: An FPRI Conference Report

Taiwan's Democracy and Lessons from Yet Another Election

Party Politics and Foreign Policy in East Asia: An FPRI Conference Report

China after Jiang: Two Strengths and Five Unresolved Issues

The Aftermath of Taiwan's Presidential Election: An FPRI Symposium Report

Fifteen Years after Tiananmen: Persistence, Memory and Change in China

Democracy and Its Limits in Greater China: An FPRI Conference Report

Asia's Shifting Strategic Landscape: An FPRI Conference Report

Illegal? Yes; Lawless? Not So Fast: The U.S., International Law and Iraq

Sinical Voters?: Elections in Greater China

Bless and Keep the S.A.R. . . . Far Away From Us: Taiwan's Hong Kong Phobia, Five Years On

Humanitarian Intervention: The International Law and Morality of Force and Rescue

Varieties of Sovereignty and Cross-Strait Relations: A Conference Report

Politics, Law and Resentment on the China Coast

U.S. Policy toward Taiwan: Sustaining the Status Quo

The [2000 Presidential] Election, Sausages and Foreign Policy

Foreign Affairs, Federalism and Well-Meaning-Mischief: The Constitutional Infirmity of Massachusetts's Burma Law

A Progression of Reform [for Law in China]: Not Revolution but Evolution

Fifty Years after the Revolution [in China]

Who's Afraid of Falun Gong?

Appeal of Falun Gong Puts Strain on Beijing

The Taiwan Question

Chinese Law: A Middle Path for the Middle Kingdom

Impeachment: It's Political Not Judicial
Hong Kong's Legal Crisis (with Kevin P. Lane)

Commentary/interviews for television, radio, newspapers and magazines in the United States, East Asia and Europe

## FELLOWSHIPS AND AWARDS:

Global Law Faculty, Peking University, 2018-

Honorary Guest Professor, Renmin University Law School (Peking), 2014-17

Taipei Economic and Cultural Office research grant, 2008 (for research in Taiwan on cross-Strait relations)

Salzburg Seminar: Faculty (China as a Superpower Session), 2012, Senior Fellow, (Asian Law Session), 2002, Fellow, (Freeman Foundation Symposia ΑEast Asia-United States: A Search for Common Values@), 1998, 1999, 2000, Fellow (U.S. Foreign Policy toward Asia) 1995

University of Pennsylvania China Research and Engagement Fund Grant (project on the United States, China and International Law), 2016

University of Pennsylvania Center for East Asian Studies, U.S. Department of Education National Resource Center Course Development Grant (for two linked courses: Public International Law, and China and International Law), 1999

University of Pennsylvania Center for East Asian Studies, U.S. Department of Education National Resource Center Conference Grant, 1998, 2004

University of Pennsylvania Research Foundation, 1996-97

Dissertation Fellowship, Institute for the Study of World Politics, 1990-91

NCR Foundation Fellowship, Harvard University Council on East Asian Studies (for dissertation field research in China), 1990

Kukin Scholar, Harvard Academy for International and Area Studies, Harvard University (for research combining regional studies and a social science discipline), 1986-88

Sears Prize, Harvard Law School (awarded to the two students receiving the highest averages in work of the second year of law school), 1986

Graduate School of Arts and Sciences Fellow, Harvard University (awarded for academic merit to ten students, throughout the Graduate School of Arts and Sciences, who have completed departmental Ph.D. qualifying exams), 1986-87

Foreign Language and Area Studies Fellowship, Harvard University (for study at Harvard Law
   School), 1989-90; (for study at the Chinese Language School, Middlebury College), 1985

## OTHER EXPERIENCE / PROFESSIONAL ACTIVITIES / SERVICE:

Consultant, expert witness on issues of Chinese law and government policies,
   in litigation in federal and state courts, arbitration proceedings, and proceedings before
   federal agencies, 1996-

Senior Fellow, Foreign Policy Research Institute, 1999-; Director of the Asia Program, 2002-

Member, National Committee on United States-China Relations, 2001-

American Society of Comparative Law, Board of Directors, 1996-

Associate Member, International Academy of Comparative Law, 2006-

Board of Editors, ORBIS, 2004-

Editorial Advisory Board, JOURNAL OF CONTEMPORARY CHINA, 2007-

Editorial Board, FRONTIERS OF LAW IN CHINA, 2010-

Editorial Board, CHINA (TAIWAN) YEARBOOK OF INTERNATIONAL LAW, 2014-

Editorial Advisory Board, ASIAN JOURNAL OF COMPARATIVE LAW, 2016-

Co-editor, series on Chinese and Comparative Law, Brill / Nijhoff publishers, 2014-

Vice Chair, Pacific Rim Interest Group, American Society of International Law, 2003-05, 2012-
   13

Member, U.S. Delegation, U.S.-China Rule of Law Experts Dialogue, 2013, 2015

Consultant, Asia Foundation Rule of Law in China Project on Administrative Law, 2000

Tsinghua University / Temple University Law School Program Series of Conferences on Law
   Reform, 2002-2004

Member, Advisory Council, International Council on Intellectual Property Rights (China),
   American International Education Foundation, 2004-2006

Fellow, Institute for Corean-American Studies, 1999-

Board of Advisors, Russian American Institute for Law and Economics, 2000-2004

Consultant, Russian American Institute for Law and Economics (report on U.S. legal advice and assistance programs in Russia and elsewhere), 2000-2004

Council for International Educational Exchange, Fulbright Senior Scholars Awards, peer review awards panel (China, Taiwan, Hong Kong), 2000-2002; distinguished chair awards panel (law), 2003-

University Grants Committee (Hong Kong), Research Grants Council, peer reviewer, 1998-; Member, Humanities and Social Sciences Panel, 2007-2013

External Review Panel, University of Hong Kong Law Faculty, 2015, 2017, 2018

Research Assessment Exercise Panel Member, all law faculties in Hong Kong, 2014

External Examiner, Administrative and Constitutional Law, City University of Hong Kong, 2005-2015

Academic Advisory Board, Tsinghua University / Temple University School of Law Masters of Law Program in Beijing, 1997-

Lecturer, programs on American, comparative, and international law for Chinese lawyers, 1995-

Ad Hoc Study Group on Human Rights in China (report and brief on Tiananmen Incident of June, 1989, and its aftermath, presented jointly with the International League for Human Rights to the principal human rights subcommission of the United Nations), 1989

Harvard International Law Journal, Articles Editor (including special issue on legal reforms in China) 1987

Harvard University, Teaching Fellow, 1985-1992
Courses: The Chinese Cultural Revolution; Government and Politics of China; China After Mao: A New Revolution? (Institute of Politics seminar, Kennedy School of Government); International Organizations; Modern Political Ideologies

Peking University, Department of International Politics, Visiting Researcher, 1990, 1991

Chinese University of Hong Kong, Universities Service Centre, Research Affiliate, 1989, 1991

Summer Associate, Paul, Weiss, Rifkind, Wharton & Garrison (New York, 1986), Baker & McKenzie (New York, 1984), Townley & Updike (New York, 1983)

Research Assistant, Program in New Jersey Affairs, Woodrow Wilson School, Princeton University, summer 1982

Matsushita Electric Industrial Corporation, Osaka, Japan (program for foreign students of business and economics), summer 1981

**LANGUAGES:** Chinese (Mandarin), French

# 00K1

# General Provisions of the Civil Law of the People's Republic of China

# General Provisions of the Civil Law of the People's Republic of China[Effective]
## 中华人民共和国民法总则 [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | National People's Congress,National People's Congress | **Document Number:** | Order No. 66 of the President |
| **Date issued:** | 03-15-2017 | **Effective date:** | 10-01-2017 |
| **Level of Authority:** | Laws | **Area of Law:** | Civil Law |

| | |
|---|---|
| Order of the President of the People's Republic of China | 中华人民共和国主席令 |
| (No. 66) | （第六十六号） |
| The General Provisions of the Civil Law of the People's Republic of China, as adopted at the 5th Session of the Twelfth National People's Congress of the People's Republic of China on March 15, 2017, are hereby issued, and shall come into force on October 1, 2017. | 《中华人民共和国民法总则》已由中华人民共和国第十二届全国人民代表大会第五次会议于 2017 年 3 月 15 日通过，现予公布，自 2017 年 10 月 1 日起施行。 |
| President of the People's Republic of China: Xi Jinping | 中华人民共和国主席 习近平 |
| March 15, 2017 | 2017 年 3 月 15 日 |
| General Provisions of the Civil Law of the People's Republic of China | 中华人民共和国民法总则 |
| (Adopted at the 5th Session of the Twelfth National People's Congress on March 15, 2017) | （2017 年 3 月 15 日第十二届全国人民代表大会第五次会议通过） |

| | |
|---|---|
| Table of Contents | 目录 |
| Chapter I Basic Provisions | 第一章　基本规定 |
| Chapter II Natural Persons | 第二章　自然人 |
| Section 1 Capacity for Civil Rights and Capacity for Civil Conduct | 第一节　民事权利能力和民事行为能力 |
| Section 2 Guardianship | 第二节　监护 |
| Section 3 Declaration of Absence and Declaration of Death | 第三节　宣告失踪和宣告死亡 |
| Section 4 Individual Industrial and Commercial Households and Rural Usufructuary Households | 第四节　个体工商户和农村承包经营户 |
| Chapter III Legal Persons | 第三章　法　人 |
| Section 1 General Rules | 第一节　一般规定 |

Section 2 For-Profit Legal Persons 第二节 营利法人

Section 3 Non-Profit Legal Persons 第三节 非营利法人

Section 4 Special Legal Persons 第四节 特别法人

Chapter IV Unincorporated Organizations 第四章 非法人组织

Chapter V Civil Rights 第五章 民事权利

Chapter VI Juridical Acts 第六章 民事法律行为

Section 1 General Rules 第一节 一般规定

Section 2 Declaration of Will 第二节 意思表示

Section 3 Validity of Juridical Acts 第三节 民事法律行为的效力

Section 4 Juridical Acts Subject to Conditions or Terms 第四节 民事法律行为的附条件和附期限

Chapter VII Agency 第七章 代　理

Section 1 General Rules 第一节 一般规定

Section 2 Agency by Mandate 第二节 委托代理

Section 3 Termination of Agency 第三节 代理终止

Chapter VIII Civil Liability 第八章 民事责任

Chapter IX Extinctive Prescription 第九章 诉讼时效

Chapter X Calculation of Time Periods 第十章 期间计算

Chapter XI Supplemental Provisions 第十一章 附　则

Chapter I Basic Provisions 　　　　第一章　基本规定

Article 1 For the purposes of protecting the lawful rights and interests of the parties to civil legal relations, regulating civil relations, maintaining the social and economic order, meeting the developmental requirements of socialism with Chinese characteristics, and upholding core socialist values, this Law is enacted in accordance with the Constitution.

　　第一条　为了保护民事主体的合法权益，调整民事关系，维护社会和经济秩序，适应中国特色社会主义发展要求，弘扬社会主义核心价值观，根据宪法，制定本法。

Article 2 Civil law regulates the personal relationships and property relationships among natural persons, legal persons, and organizations without juridical personality, as equal parties.

　　第二条　民法调整平等主体的自然人、法人和非法人组织之间的人身关系和财产关系。

Article 3 The personal rights, property rights, and other lawful rights and interests of the parties to civil legal relations shall be protected by law, and no organization or individual may infringe upon such rights and interests.

Article 4 All parties to civil legal relations are equal in legal status in civil activities.

Article 5 The parties to civil legal relations shall conduct civil activities under the principle of free will, and create, modify, or terminate civil legal relations according to their own wills.

Article 6 The parties to civil legal relations shall conduct civil activities under the principle of fairness, and rationally determine the rights and obligations of each party.

Article 7 The parties to civil legal relations shall conduct civil activities under the principle of good faith, adhere to honesty, and fulfill their promises.

Article 8 The parties to civil legal relations shall not conduct civil activities in violation of the law, nor contrary to public order and good morals.

Article 9 The parties to civil legal relations shall conduct civil activities contributing to the conservation of resources and protection of environment.

Article 10 Civil disputes shall be resolved in accordance with the law; or if the law is silent, customs may apply, but not contrary to public order and good morals.

Article 11 Where there are any special provisions on civil relations in any other law, such special provisions shall apply.

Article 12 The law of the People's Republic of China shall apply to civil activities within the territory of the People's Republic of China, except as otherwise provided for by any law.

Chapter II Natural Persons

Section 1 Capacity for Civil Rights and Capacity for Civil Conduct

Article 13 A natural person has the capacity for civil rights from the moment of birth to the moment of death, enjoying civil rights and assuming civil obligations in accordance with the law.

Article 14 All natural persons are equal in capacity for civil rights.

第三条　民事主体的人身权利、财产权利以及其他合法权益受法律保护，任何组织或者个人不得侵犯。

第四条　民事主体在民事活动中的法律地位一律平等。

第五条　民事主体从事民事活动，应当遵循自愿原则，按照自己的意思设立、变更、终止民事法律关系。

第六条　民事主体从事民事活动，应当遵循公平原则，合理确定各方的权利和义务。

第七条　民事主体从事民事活动，应当遵循诚信原则，秉持诚实，恪守承诺。

第八条　民事主体从事民事活动，不得违反法律，不得违背公序良俗。

第九条　民事主体从事民事活动，应当有利于节约资源、保护生态环境。

第十条　处理民事纠纷，应当依照法律；法律没有规定的，可以适用习惯，但是不得违背公序良俗。

第十一条　其他法律对民事关系有特别规定的，依照其规定。

第十二条　中华人民共和国领域内的民事活动，适用中华人民共和国法律。法律另有规定的，依照其规定。

第二章　自然人

第一节　民事权利能力和民事行为能力

第十三条　自然人从出生时起到死亡时止，具有民事权利能力，依法享有民事权利，承担民事义务。

第十四条　自然人的民事权利能力一律平等。

Article 15 The time of birth and the time of death of a natural person shall be the ones recorded on his or her birth certificate or death certificate; or in the absence of a birth certificate or death certificate, the time shall be the one recorded in the household registration or any other valid identity registration. If there is any other evidence sufficient to overturn the aforesaid time, the time proved by such evidence shall prevail.

Article 16 Where the protection of the interests of a fetus is involved in, among others, a succession or acceptance of a gift, the fetus shall be presumed to have capacity for civil rights. However, in case of a stillborn, the fetus's capacity for civil rights has never existed.

Article 17 A natural person attaining the age of eighteen is an adult. A natural person under the age of eighteen is a minor.

Article 18 An adult has full capacity for civil conduct, and may perform juridical acts independently.

A minor attaining the age of sixteen and primarily relying?on his or her own labor income?in living?is deemed a person with full capacity for civil conduct.

Article 19 A minor attaining the age of eight is a person with limited capacity for civil conduct, who shall be represented by his or her statutory agent in performing juridical acts or whose performance of juridical acts shall be consented to or ratified by his or her statutory agent, but may alone perform juridical acts which purely benefit the minor or are commensurate with his or her age and intelligence.

Article 20 A minor under the age of eight is a person without capacity for civil conduct, who shall be represented in performing civil juridical acts by his or her statutory agent.

Article 21 An adult incapable of discerning his or her conduct is a person without capacity for civil conduct, who shall be represented by his or her statutory agent in performing juridical acts.

The provision of the preceding paragraph shall also apply to a minor attaining the age of eight without the power of discernment of his or her conduct.

Article 22 An adult incapable of fully discerning his or her conduct shall be a person with limited capacity for civil conduct, who shall be represented by his or her statutory agent in performing juridical acts or whose

第十五条 自然人的出生时间和死亡时间，以出生证明、死亡证明记载的时间为准；没有出生证明、死亡证明的，以户籍登记或者其他有效身份登记记载的时间为准。有其他证据足以推翻以上记载时间的，以该证据证明的时间为准。

第十六条 涉及遗产继承、接受赠与等胎儿利益保护的，胎儿视为具有民事权利能力。但是胎儿娩出时为死体的，其民事权利能力自始不存在。

第十七条 十八周岁以上的自然人为成年人。不满十八周岁的自然人为未成年人。

第十八条 成年人为完全民事行为能力人，可以独立实施民事法律行为。

十六周岁以上的未成年人，以自己的劳动收入为主要生活来源的，视为完全民事行为能力人。

第十九条 八周岁以上的未成年人为限制民事行为能力人，实施民事法律行为由其法定代理人代理或者经其法定代理人同意、追认，但是可以独立实施纯获利益的民事法律行为或者与其年龄、智力相适应的民事法律行为。

第二十条 不满八周岁的未成年人为无民事行为能力人，由其法定代理人代理实施民事法律行为。

第二十一条 不能辨认自己行为的成年人为无民事行为能力人，由其法定代理人代理实施民事法律行为。

八周岁以上的未成年人不能辨认自己行为的，适用前款规定。

第二十二条 不能完全辨认自己行为的成年人为限制民事行为能力人，实施民事法律行为由其法定代理人代理或者经其

performance of juridical acts shall be consented to or ratified by his or her statutory agent, but may perform alone juridical acts which purely benefit the adult or are commensurate with his or her intelligence and mental health.

Article 23 The guardian of a person without capacity for civil conduct or with limited capacity for civil conduct shall be the statutory agent of the person.

Article 24 For an adult incapable of discerning or fully discerning his or her conduct, an interested party or a relevant organization may apply to a people's court for determining the adult as a person without capacity for civil conduct or a person with limited capacity for civil conduct.

After the adult is determined by a people's court as a person without capacity for civil conduct or a person with limited capacity for civil conduct, the people's court may, based on the recovery of his or her intelligence or mental health, determine the adult as a person with limited capacity for civil conduct or a person with full capacity for civil conduct, upon his or her application or application of an interested party or a relevant organization.

For the purposes of this article, the relevant organizations include but are not limited to: an urban residents' committee, a villagers' committee, a school, a medical institution, a women's federation, a disabled persons' federation, an organization legally formed for seniors, and a civil affairs department, among others.

Article 25 The domicile of a natural person shall be his or her residence recorded in the household registration or any other valid identity registration; but if his or her habitual residence is different from the domicile, the habitual residence shall be deemed his or her domicile.

Section 2 Guardianship

Article 26 Parents have the obligations of maintenance, education, and protection of their minor children.

Adult children have the obligations of supporting, assistance, and protection of their parents.

Article 27 The parents of a minor are his or her guardians.

法定代理人同意、追认，但是可以独立实施纯获利益的民事法律行为或者与其智力、精神健康状况相适应的民事法律行为。

第二十三条　无民事行为能力人、限制民事行为能力人的监护人是其法定代理人。

第二十四条　不能辨认或者不能完全辨认自己行为的成年人，其利害关系人或者有关组织，可以向人民法院申请认定该成年人为无民事行为能力人或者限制民事行为能力人。

被人民法院认定为无民事行为能力人或者限制民事行为能力人的，经本人、利害关系人或者有关组织申请，人民法院可以根据其智力、精神健康恢复的状况，认定该成年人恢复为限制民事行为能力人或者完全民事行为能力人。

本条规定的有关组织包括：居民委员会、村民委员会、学校、医疗机构、妇女联合会、残疾人联合会、依法设立的老年人组织、民政部门等。

第二十五条　自然人以户籍登记或者其他有效身份登记记载的居所为住所；经常居所与住所不一致的，经常居所视为住所。

第二节　监　护

第二十六条　父母对未成年子女负有抚养、教育和保护的义务。

成年子女对父母负有赡养、扶助和保护的义务。

第二十七条　父母是未成年子女的监护人。

Where both parents of a minor are dead or incapable of acting as a guardian, one of the following persons capable of acting as a guardian shall act as the guardian of the minor in the following order:

(1) Paternal or maternal grandparents of the minor.

(2) Elder brothers or sisters of the minor.

(3) Other individuals or organizations willing to act as the guardian, provided that it is approved by the urban residents' committee, villagers' committee, or civil affairs department of the place of the minor's domicile.

Article 28 One of the following persons capable of acting as a guardian shall, in the following order, act as the guardian of an adult without capacity for civil conduct or with limited capacity for civil conduct:

(1) Spouse of the adult.

(2) Parents or children of the adult.

(3) Other close relatives of the adult.

(4) Other individuals or organizations willing to act as the guardian, provided that it is approved by the urban residents' committee, villagers' committee, or civil affairs department of the place of the adult's domicile.

Article 29 Where the parents of a ward are his or her guardians, they may designate the guardian by a will.

Article 30 Persons legally qualified for guardianship may, by agreement, determine the guardian. The true will of the ward shall be respected in the determination of guardian by agreement.

Article 31 In case of any dispute over the determination of guardian, the urban residents' committee, villagers' committee, or civil affairs department of the place of the ward's domicile may designate the guardian, and against the aforesaid designation, the relevant parties may apply to the people's court for designating the guardian; and the relevant parties may, notwithstanding, directly apply to the people's court for designating the guardian.

The urban residents' committee, villagers' committee, civil affairs department, or people's court shall respect the true will of the ward, and designate the guardian from among persons legally qualified for guardianship under the principle of most benefiting the ward.

未成年人的父母已经死亡或者没有监护能力的，由下列有监护能力的人按顺序担任监护人：

（一）祖父母、外祖父母；

（二）兄、姐；

（三）其他愿意担任监护人的个人或者组织，但是须经未成年人住所地的居民委员会、村民委员会或者民政部门同意。

第二十八条　无民事行为能力或者限制民事行为能力的成年人，由下列有监护能力的人按顺序担任监护人：

（一）配偶；

（二）父母、子女；

（三）其他近亲属；

（四）其他愿意担任监护人的个人或者组织，但是须经被监护人住所地的居民委员会、村民委员会或者民政部门同意。

第二十九条　被监护人的父母担任监护人的，可以通过遗嘱指定监护人。

第三十条　依法具有监护资格的人之间可以协议确定监护人。协议确定监护人应当尊重被监护人的真实意愿。

第三十一条　对监护人的确定有争议的，由被监护人住所地的居民委员会、村民委员会或者民政部门指定监护人，有关当事人对指定不服的，可以向人民法院申请指定监护人；有关当事人也可以直接向人民法院申请指定监护人。

居民委员会、村民委员会、民政部门或者人民法院应当尊重被监护人的真实意愿，按照最有利于被监护人的原则在依法具有监护资格的人中指定监护人。

Before the guardian is designated under paragraph 1 of this article, if the personal rights, property rights, and other lawful rights and interests of the ward are under no protection, the urban residents' committee, villagers' committee, relevant organization prescribed by the law, or civil affairs department of the place of the ward's domicile shall act as the provisional guardian.

After designation, the guardian shall not be replaced without permission; and in case of replacement without permission, the designated guardian is not relieved of his or her responsibilities.

Article 32 Where there is no person legally qualified for guardianship, the civil affairs department may or the urban residents' committee or villagers' committee of the place of the ward's domicile satisfying the conditions for performing the duty of guardianship may act as the guardian.

Article 33 An adult with full capacity for civil conduct may, by consulting in advance with his or her close relatives or other individuals or organizations willing to act as a guardian, determine his or her guardian in writing. When the adult loses all or part of capacity for civil conduct, the guardian determined by consultation shall perform the duty of guardianship of the adult.

Article 34 The duties of a guardian include but are not limited to representing the ward in performing juridical acts and protecting the personal rights, property rights, and other lawful rights and interests of the ward.

The guardian's rights arising from performance of the duty of guardianship in accordance with the law shall be protected by law.

A guardian failing to perform the duty of guardianship or infringing upon the ward's lawful rights and interests shall assume legal liability.

Article 35 A guardian shall perform the duty of guardianship under the principle of most benefiting the ward. The guardian shall not dispose of the ward's property unless for safeguarding the ward's interests.

The guardian of a minor shall, in the performance of the duty of guardianship, respect the ward's true will when making decisions related to the ward's interests according to the ward's age and intelligence.

依照本条第一款规定指定监护人前，被监护人的人身权利、财产权利以及其他合法权益处于无人保护状态的，由被监护人住所地的居民委员会、村民委员会、法律规定的有关组织或者民政部门担任临时监护人。

监护人被指定后，不得擅自变更；擅自变更的，不免除被指定的监护人的责任。

第三十二条　没有依法具有监护资格的人的，监护人由民政部门担任，也可以由具备履行监护职责条件的被监护人住所地的居民委员会、村民委员会担任。

第三十三条　具有完全民事行为能力的成年人，可以与其近亲属、其他愿意担任监护人的个人或者组织事先协商，以书面形式确定自己的监护人。协商确定的监护人在该成年人丧失或者部分丧失民事行为能力时，履行监护职责。

第三十四条　监护人的职责是代理被监护人实施民事法律行为，保护被监护人的人身权利、财产权利以及其他合法权益等。

监护人依法履行监护职责产生的权利，受法律保护。

监护人不履行监护职责或者侵害被监护人合法权益的，应当承担法律责任。

第三十五条　监护人应当按照最有利于被监护人的原则履行监护职责。监护人除为维护被监护人利益外，不得处分被监护人的财产。

未成年人的监护人履行监护职责，在作出与被监护人利益有关的决定时，应当根据被监护人的年龄和智力状况，尊重被监护人的真实意愿。

The guardian of an adult shall, in the performance of the duty of guardianship, respect the ward's true will to the fullest extent, safeguard and assist the ward in performing juridical acts that are commensurate with the ward's intelligence and mental health. The guardian shall not interfere with any affairs that the ward is capable of handling alone.

Article 36 Where a guardian falls under any of the following circumstances, the people's court shall, upon application of the relevant individual or organization, disqualify the guardian, arrange necessary provisional guardianship measures, and designate another guardian in accordance with the law under the principle of most benefiting the ward:

(1) Acting seriously to the detriment of the ward's physical and mental health.

(2) Being slack in performing the duty of guardianship, or being incapable of performing the duty of guardianship but refusing to delegate part or all of the duty of guardianship to another person, which causes distress of the ward.

(3) Otherwise seriously infringing upon the ward's lawful rights and interests.

For the purposes of this article, the relevant individuals and organizations include but are not limited to: any other person legally qualified for guardianship, an urban residents' committee, a villagers' committee, a school, a medical institution, a women's federation, a disabled persons' federation, an organization for the protection of minors, an organization legally formed for seniors, and a civil affairs department.

Where the individuals and organizations except the civil affairs department as prescribed in the preceding paragraph fail to apply for the disqualification of the guardian to the people's court in a timely manner, the civil affairs department shall file such an application with the people's court.

Article 37 Parents, children, and spouses who support the wards in the form of child support, support for elderly parents, or spousal support in accordance with the law shall continue to perform such obligations after they are disqualified by the people's courts as guardians.

Article 38 Where the ward's parent or child shows true repentance after being disqualified from guardianship by the people's court, except one having committed an intentional crime on the ward, the people's court may, by respecting the ward's true will and according to the

成年人的监护人履行监护职责，应当最大程度地尊重被监护人的真实意愿，保障并协助被监护人实施与其智力、精神健康状况相适应的民事法律行为。对被监护人有能力独立处理的事务，监护人不得干涉。

第三十六条　监护人有下列情形之一的，人民法院根据有关个人或者组织的申请，撤销其监护人资格，安排必要的临时监护措施，并按照最有利于被监护人的原则依法指定监护人：

（一）实施严重损害被监护人身心健康行为的；

（二）怠于履行监护职责，或者无法履行监护职责并且拒绝将监护职责部分或者全部委托给他人，导致被监护人处于危困状态的；

（三）实施严重侵害被监护人合法权益的其他行为的。

本条规定的有关个人和组织包括：其他依法具有监护资格的人，居民委员会、村民委员会、学校、医疗机构、妇女联合会、残疾人联合会、未成年人保护组织、依法设立的老年人组织、民政部门等。

前款规定的个人和民政部门以外的组织未及时向人民法院申请撤销监护人资格的，民政部门应当向人民法院申请。

第三十七条　依法负担被监护人抚养费、赡养费、扶养费的父母、子女、配偶等，被人民法院撤销监护人资格后，应当继续履行负担的义务。

第三十八条　被监护人的父母或者子女被人民法院撤销监护人资格后，除对被监护人实施故意犯罪的外，确有悔改表现的，经其申请，人民法院可以在尊重被监

circumstances, reinstate his or her guardianship upon his or her application, and the guardianship between the guardian designated by the people's court and the ward shall terminate concurrently.

Article 39 Under any of the following circumstances, the guardianship shall terminate:

(1) The ward obtains or regains full capacity for civil conduct.

(2) The guardian becomes incapable of guardianship.

(3) The ward or the guardian dies.

(4) The guardian relationship otherwise terminates as determined by a people's court.

If the ward still needs guardianship after the guardianship terminates, another guardian shall be determined in accordance with the law.

Section 3 Declaration of Absence and Declaration of Death

Article 40 Where a natural person has disappeared for two years, an interested party may apply to a people's court for a declaration of absence of the natural person.

Article 41 The period of disappearance of a natural person shall be counted from the day when he or she is not heard from. If a person disappears during a war, the period of disappearance shall be counted from the day when the war ends or from the date of absence as confirmed by the relevant authority.

Article 42 The property of an absentee shall be under the custody of his or her spouse, adult children, parents, or any other person willing to act as custodian of the property.

If there is any dispute over custody or the persons as mentioned in the preceding paragraph do not exist or are incapable of custody, the property shall be under the custody of a person designated by a people's court.

Article 43 The property custodian shall appropriately manage the absentee's property, and protect the property rights and interests of the absentee.

Any taxes and debts owed and other expenses payable by the absentee shall be paid by the property custodian out of the absentee's property.

护人真实意愿的前提下，视情况恢复其监护人资格，人民法院指定的监护人与被监护人的监护关系同时终止。

第三十九条　有下列情形之一的，监护关系终止：

（一）被监护人取得或者恢复完全民事行为能力；

（二）监护人丧失监护能力；

（三）被监护人或者监护人死亡；

（四）人民法院认定监护关系终止的其他情形。

监护关系终止后，被监护人仍然需要监护的，应当依法另行确定监护人。

第三节　宣告失踪和宣告死亡

第四十条　自然人下落不明满二年的，利害关系人可以向人民法院申请宣告该自然人为失踪人。

第四十一条　自然人下落不明的时间从其失去音讯之日起计算。战争期间下落不明的，下落不明的时间自战争结束之日或者有关机关确定的下落不明之日起计算。

第四十二条　失踪人的财产由其配偶、成年子女、父母或者其他愿意担任财产代管人的人代管。

代管有争议，没有前款规定的人，或者前款规定的人无代管能力的，由人民法院指定的人代管。

第四十三条　财产代管人应当妥善管理失踪人的财产，维护其财产权益。

失踪人所欠税款、债务和应付的其他费用，由财产代管人从失踪人的财产中支付。

Where the property custodian causes damage to the absentee's property intentionally or with gross negligence, the custodian shall assume compensatory liability.

Article 44 Where the property custodian fails to perform the duty of custody, infringes upon the absentee's property rights and interests, or becomes incapable of custody, an interested party for the absentee may apply to a people's court for replacement of the property custodian.

The property custodian may, for good reason, apply to a people's court for replacement of the property custodian.

Where the people's court decides to replace the property custodian, the replacement custodian shall have the right to require the original custodian to hand over relevant property and report on property custody in a timely manner.

Article 45 Where an absentee reappears, the people's court shall revoke the declaration of absence upon application of the person or an interested party.

Where an absentee reappears, the person shall have the right to require the property custodian to hand over relevant property and report on property custody in a timely manner.

Article 46 Where a natural person falls under any of the following circumstances, an interested party may apply to a people's court for a declaration of death of the natural person:

(1) The natural person has disappeared for four years.

(2) The natural person has disappeared for two years from an accident.

Where a person has disappeared from an accident, and it is impossible for the person to survive the accident as certified by the relevant authority, an application for a declaration of death of the person is not subject to the two-year period.

Article 47 Where both an application for a declaration of death and an application for a declaration of absence of the same natural person are filed by the interested parties with a people's court, the people's court shall declare the death of the person if the conditions for a declaration of death as set out in this Law are met.

Article 48 The day when the people's court renders a judgment to declare the death of a person shall be deemed the date of death of the person; but

财产代管人因故意或者重大过失造成失踪人财产损失的，应当承担赔偿责任。

　　第四十四条　财产代管人不履行代管职责、侵害失踪人财产权益或者丧失代管能力的，失踪人的利害关系人可以向人民法院申请变更财产代管人。

财产代管人有正当理由的，可以向人民法院申请变更财产代管人。

人民法院变更财产代管人的，变更后的财产代管人有权要求原财产代管人及时移交有关财产并报告财产代管情况。

　　第四十五条　失踪人重新出现，经本人或者利害关系人申请，人民法院应当撤销失踪宣告。

失踪人重新出现，有权要求财产代管人及时移交有关财产并报告财产代管情况。

　　第四十六条　自然人有下列情形之一的，利害关系人可以向人民法院申请宣告该自然人死亡：

（一）下落不明满四年；

（二）因意外事件，下落不明满二年。

因意外事件下落不明，经有关机关证明该自然人不可能生存的，申请宣告死亡不受二年时间的限制。

　　第四十七条　对同一自然人，有的利害关系人申请宣告死亡，有的利害关系人申请宣告失踪，符合本法规定的宣告死亡条件的，人民法院应当宣告死亡。

　　第四十八条　被宣告死亡的人，人民法院宣告死亡的判决作出之日视为其死亡

if the person is declared dead for his or her disappearance from an accident, the day when the accident occurred shall be deemed the date of death of the person.

Article 49 Where a natural person declared dead is alive, the validity of the juridical acts performed by the natural person during the period of declared death shall not be affected.

Article 50 Where a person declared dead reappears, the people's court shall revoke the declaration of death upon application of the person or an interested party.

Article 51 The marital relationship of a person declared dead shall be extinguished from the date of declaration of death. If the declaration of death is revoked, the marital relationship shall resume automatically from the date of revocation of the declaration of death, unless his or her spouse has remarried or submits to the marriage registration authority a written statement of refusal to resume marriage.

Article 52 Where a child of a person declared dead is legally adopted by another person during the period of his or her declared death, the person shall not claim nullity of the adoption on the ground that the adoption is without his or her approval after the declaration of death is revoked.

Article 53 Where the declaration of death of a person is revoked, the person shall have the right to reclaim his or her property which has devolved to other parties to civil legal relationships in accordance with the law of succession. If any property cannot be reclaimed, the person shall be indemnified appropriately.

Where an interested party conceals facts, causing another person to be declared dead, and thus obtains any property of the person, the interested party shall, in addition to returning the property, assume compensatory liability for any loss so caused.

Section 4 Individual Industrial and Commercial Households and Rural Usufructuary Households

Article 54 A natural person conducting industrial and commercial operations upon registration in accordance with the law is an individual industrial and commercial household. An individual industrial and commercial household may have a trade name.

的日期：因意外事件下落不明宣告死亡的，意外事件发生之日视为其死亡的日期。

第四十九条 自然人被宣告死亡但是并未死亡的，不影响该自然人在被宣告死亡期间实施的民事法律行为的效力。

第五十条 被宣告死亡的人重新出现，经本人或者利害关系人申请，人民法院应当撤销死亡宣告。

第五十一条 被宣告死亡的人的婚姻关系，自死亡宣告之日起消灭。死亡宣告被撤销的，婚姻关系自撤销死亡宣告之日起自行恢复，但是其配偶再婚或者向婚姻登记机关书面声明不愿意恢复的除外。

第五十二条 被宣告死亡的人在被宣告死亡期间，其子女被他人依法收养的，在死亡宣告被撤销后，不得以未经本人同意为由主张收养关系无效。

第五十三条 被撤销死亡宣告的人有权请求依照继承法取得其财产的民事主体返还财产。无法返还的，应当给予适当补偿。

利害关系人隐瞒真实情况，致使他人被宣告死亡取得其财产的，除应当返还财产外，还应当对由此造成的损失承担赔偿责任。

第四节 个体工商户和农村承包经营户

第五十四条 自然人从事工商业经营，经依法登记，为个体工商户。个体工商户可以起字号。

Article 55 A member of a rural collective economic organization who has obtained a usufruct on rural land in accordance with the law for farm operations of the household is a rural usufructuary household.

Article 56 Where the business of an individual industrial and commercial household is operated by an individual, the debts of the individual industrial and commercial household shall be assumed by the individual with his or her own property; where that is operated by a family, the debts of the individual industrial and commercial household shall be assumed by the family with family property; or where if it is impossible to ascertain whether that is operated by an individual or a family, the debts of the individual industrial and commercial household shall be assumed by the family with family property.

The debts of a rural usufructuary household shall be assumed by the rural household which operates on the rural land subject to the usufruct with family property or be assumed by some family members with their property who actually operate on the rural land subject to the usufruct.

Chapter III Legal Persons

Section 1 General Rules

Article 57 A legal person is an organization with capacity for civil rights and capacity for civil conduct which independently enjoys civil rights and assumes civil obligations in accordance with the law.

Article 58 A legal person shall be formed in accordance with the law.

A legal person shall have its own name, organs, domicile, and property or funding. The specific conditions and procedures for formation of a legal person shall be governed by laws and administrative regulations.

Where the formation of a legal person is subject to the approval of the relevant authority in accordance with any law or administrative regulation, such a law or administrative regulation shall apply.

Article 59 A legal person's capacity for civil rights and capacity for civil conduct arise when the legal person is formed and cease to exist when the legal person is terminated.

Article 60 A legal person shall assume civil liabilities independently with all of its property.

第五十五条　农村集体经济组织的成员，依法取得农村土地承包经营权，从事家庭承包经营的，为农村承包经营户。

第五十六条　个体工商户的债务，个人经营的，以个人财产承担；家庭经营的，以家庭财产承担；无法区分的，以家庭财产承担。

农村承包经营户的债务，以从事农村土地承包经营的农户财产承担；事实上由农户部分成员经营的，以该部分成员的财产承担。

第三章　法　人

第一节　一般规定

第五十七条　法人是具有民事权利能力和民事行为能力，依法独立享有民事权利和承担民事义务的组织。

第五十八条　法人应当依法成立。

法人应当有自己的名称、组织机构、住所、财产或者经费。法人成立的具体条件和程序，依照法律、行政法规的规定。

设立法人，法律、行政法规规定须经有关机关批准的，依照其规定。

第五十九条　法人的民事权利能力和民事行为能力，从法人成立时产生，到法人终止时消灭。

第六十条　法人以其全部财产独立承担民事责任。

Article 61 In accordance with the provisions of laws or the bylaws of a legal person, the person in charge who conducts civil activities on behalf of the legal person shall be the legal representative of the legal person.

The legal consequences of civil activities conducted by the legal representative in the name of the legal person shall be assumed by the legal person.

Any restriction on the legal representative's right of representation imposed by the bylaws or the supreme organ of the legal person shall not be set up against bona fide opposite parties.

Article 62 Where the legal representative of a legal person causes damage to any other person in the performance of duties, the legal person shall assume civil liability for such damage.

The legal person may, after assuming such civil liability, claim reimbursement from the legal representative at fault in accordance with the laws or its bylaws.

Article 63 A legal person's domicile shall be the place of its principal office. If a legal person needs to be registered in accordance with the law, it shall register the place of its principal office as its domicile.

Article 64 Where any registered information on a legal person changes during its existence, the legal person shall apply for modification registration to the registration authority in accordance with the law.

Article 65 The inconsistency between the actual circumstances of a legal person and the registered information on the legal person shall not be set up against bona fide opposite parties.

Article 66 The registration authority shall, in accordance with the law, publish the relevant registration information on a legal person in a timely manner.

Article 67 In case of combination of a legal person, the surviving legal person shall enjoy the rights and assume the obligations of the legal person.

In case of division of a legal person, the surviving legal persons shall jointly and severally enjoy the rights and assume the obligations of the legal person, unless the creditor and the debtor have agreed otherwise.

第六十一条　依照法律或者法人章程的规定，代表法人从事民事活动的负责人，为法人的法定代表人。

法定代表人以法人名义从事的民事活动，其法律后果由法人承受。

法人章程或者法人权力机构对法定代表人代表权的限制，不得对抗善意相对人。

第六十二条　法定代表人因执行职务造成他人损害的，由法人承担民事责任。

法人承担民事责任后，依照法律或者法人章程的规定，可以向有过错的法定代表人追偿。

第六十三条　法人以其主要办事机构所在地为住所。依法需要办理法人登记的，应当将主要办事机构所在地登记为住所。

第六十四条　法人存续期间登记事项发生变化的，应当依法向登记机关申请变更登记。

第六十五条　法人的实际情况与登记的事项不一致的，不得对抗善意相对人。

第六十六条　登记机关应当依法及时公示法人登记的有关信息。

第六十七条　法人合并的，其权利和义务由合并后的法人享有和承担。

法人分立的，其权利和义务由分立后的法人享有连带债权，承担连带债务，但是债权人和债务人另有约定的除外。

Article 68 A legal person is terminated upon completion of liquidation and deregistration in accordance with the law for any of the following reasons:

(1) The legal person is dissolved.

(2) The legal person is declared bankrupt.

(3) Any other reason specified by laws.

Where the termination of a legal person is subject to the approval of the relevant authority in accordance with any law or administrative regulation, such a law or administrative regulation shall apply.

Article 69 A legal person shall be dissolved under any of the following circumstances:

(1) The duration stated in the legal person's bylaws expires, or any other cause of dissolution stated in the legal person's bylaws arises.

(2) The legal person's supreme organ makes a resolution for dissolution.

(3) The legal person is dissolved as required by business combination or division.

(4) The legal person's business license or registration certificate is revoked in accordance with the law, or the legal person is ordered to close down or is abolished.

(5) Any other circumstances specified by laws.

Article 70 Where a legal person is dissolved, except for business combination or division, the liquidation obligors shall form a liquidation group to conduct liquidation in a timely manner.

The members of a legal person's executive organ or decision-making organ, such as directors or council members, are liquidation obligors, except as otherwise provided for by any law or administrative regulation.

Where the liquidation obligors fail to fulfill their liquidation obligation in a timely manner, causing any damage, they shall assume civil liability; and the competent authority or an interested party may apply to a people's court for designating relevant persons to form a liquidation group to conduct liquidation.

Article 71 The liquidation procedures and the powers of the liquidation group of a legal person shall be governed by the provisions of relevant

第六十八条 有下列原因之一并依法完成清算、注销登记的，法人终止：

（一）法人解散；

（二）法人被宣告破产；

（三）法律规定的其他原因。

法人终止，法律、行政法规规定须经有关机关批准的，依照其规定。

第六十九条 有下列情形之一的，法人解散：

（一）法人章程规定的存续期间届满或者法人章程规定的其他解散事由出现；

（二）法人的权力机构决议解散；

（三）因法人合并或者分立需要解散；

（四）法人依法被吊销营业执照、登记证书，被责令关闭或者被撤销；

（五）法律规定的其他情形。

第七十条 法人解散的，除合并或者分立的情形外，清算义务人应当及时组成清算组进行清算。

法人的董事、理事等执行机构或者决策机构的成员为清算义务人。法律、行政法规另有规定的，依照其规定。

清算义务人未及时履行清算义务，造成损害的，应当承担民事责任；主管机关或者利害关系人可以申请人民法院指定有关人员组成清算组进行清算。

第七十一条 法人的清算程序和清算组职权，依照有关法律的规定；没有规定的，参照适用公司法的有关规定。

laws; and if there are no such provisions, the relevant provisions of the Company Law shall apply mutatis mutandis.

Article 72 In the course of liquidation, a legal person continues to exist, but shall not conduct any activity irrelevant to liquidation.

The residual property after the legal person is liquidated shall be dealt with in accordance with the provisions of the legal person's bylaws or the resolution of the legal person's supreme organ, except as otherwise provided for by any law.

The legal person is terminated upon completion of liquidation and deregistration of the legal person; or if the law does not require the legal person to be registered, it is terminated upon completion of liquidation.

Article 73 Where a legal person is declared bankrupt, it is terminated upon completion of bankruptcy liquidation and deregistration of the legal person in accordance with the law.

Article 74 A legal person may form branch offices in accordance with the law. If any law or administrative regulation requires the branch offices to be registered, such a law or administrative regulation shall apply.

Where a branch office conducts civil activities in its own name, any civil liability arising therefrom shall be assumed by the legal person; but such civil liability may be assumed first with the property managed by the branch office and then by the legal person for any deficit.

Article 75 The legal consequences of civil activities conducted by a promoter or promoters for the formation of a legal person shall be assumed by the legal person; but if the legal person fails to be formed, shall be assumed by the promoter or promoters, and in latter case, the two or more promoters shall jointly and severally enjoy rights and assume debts.

Where a promoter conducts civil activities in the name of the promoter for the formation of a legal person, a third party shall have the right to require the legal person or the promoter to assume civil liability arising therefrom.

Section 2 For-Profit Legal Persons

Article 76 A legal person formed for the purpose of making profits and distributing profits to its shareholders or other investors is a for-profit legal person.

第七十二条　清算期间法人存续，但是不得从事与清算无关的活动。

法人清算后的剩余财产，根据法人章程的规定或者法人权力机构的决议处理。法律另有规定的，依照其规定。

清算结束并完成法人注销登记时，法人终止；依法不需要办理法人登记的，清算结束时，法人终止。

第七十三条　法人被宣告破产的，依法进行破产清算并完成法人注销登记时，法人终止。

第七十四条　法人可以依法设立分支机构。法律、行政法规规定分支机构应当登记的，依照其规定。

分支机构以自己的名义从事民事活动，产生的民事责任由法人承担；也可以先以该分支机构管理的财产承担，不足以承担的，由法人承担。

第七十五条　设立人为设立法人从事的民事活动，其法律后果由法人承受；法人未成立的，其法律后果由设立人承受，设立人为二人以上的，享有连带债权，承担连带债务。

设立人为设立法人以自己的名义从事民事活动产生的民事责任，第三人有权选择请求法人或者设立人承担。

第二节　营利法人

第七十六条　以取得利润并分配给股东等出资人为目的的成立的法人，为营利法人。

For-profit legal persons include limited liability companies, joint stock limited companies, and other enterprise legal persons.

Article 77 A for-profit legal person is formed upon registration in accordance with the law.

Article 78 The registration authority shall issue a for-profit legal person business license to a for-profit legal person legally formed. The issue date of the business license shall be the date of formation of the for-profit legal person.

Article 79 For the formation of a for-profit legal person, the bylaws of the legal person shall be developed in accordance with the law.

Article 80 A for-profit legal person shall have a supreme organ.

The supreme organ exercises the powers of amending the bylaws of the legal person and electing or replacing members of the executive organ and supervisory organ and other powers stated in the bylaws of the legal person.

Article 81 A for-profit legal person shall have an executive organ.

The executive organ exercises the powers of convening the meetings of the supreme organ, deciding the legal person's business plans and investment proposals, and deciding the internal management structure of the legal person and other powers stated in the bylaws of the legal person.

Where the executive organ is a board of directors or is an executive director, the chairman of the board of directors, the executive director, or a manager shall serve as the legal representative in accordance with the provisions of the bylaws of the legal person; or where the legal person has no board of directors or executive director, the primary person in charge stated in the bylaws of the legal person shall be the executive organ and legal representative of the legal person.

Article 82 Where a for-profit legal person has a supervisory organ such as the board of supervisors or a supervisor, the supervisory organ shall, in accordance with the law, exercise the powers of inspecting the legal person's financial affairs and overseeing the performance of duties by the members of the executive organ and the senior executives of the legal person and the powers stated in the bylaws of the legal person.

营利法人包括有限责任公司、股份有限公司和其他企业法人等。

第七十七条　营利法人经依法登记成立。

第七十八条　依法设立的营利法人，由登记机关发给营利法人营业执照。营业执照签发日期为营利法人的成立日期。

第七十九条　设立营利法人应当依法制定法人章程。

第八十条　营利法人应当设权力机构。

权力机构行使修改法人章程，选举或者更换执行机构、监督机构成员，以及法人章程规定的其他职权。

第八十一条　营利法人应当设执行机构。

执行机构行使召集权力机构会议，决定法人的经营计划和投资方案，决定法人内部管理机构的设置，以及法人章程规定的其他职权。

执行机构为董事会或者执行董事的，董事长、执行董事或者经理按照法人章程的规定担任法定代表人；未设董事会或者执行董事的，法人章程规定的主要负责人为其执行机构和法定代表人。

第八十二条　营利法人设监事会或者监事等监督机构的，监督机构依法行使检查法人财务，监督执行机构成员、高级管理人员执行法人职务的行为，以及法人章程规定的其他职权。

Article 83 An investor of a for-profit legal person shall not damage the interests of the legal person or any other investor by abusing the rights of an investor. If the investor abuses the rights of an investor, causing any loss to the legal person or any other investor, the investor shall assume civil liability in accordance with the law.

An investor of a for-profit legal person shall not damage the interests of a creditor of the legal person by abusing the independent status of the legal person and the limited liability of the investor. If the investor abuses the legal person's independent status or the investor's limited liability to evade debts, causing serious damage to the interests of a creditor of the legal person, the investor shall be jointly and severally liable for the legal person's debts.

Article 84 The controlling investor, actual controller, directors, supervisors, and senior executives of a for-profit legal person shall not damage the interests of the legal person through affiliations. One that causes damage to the legal person through affiliations shall assume compensatory liability.

Article 85 Where a for-profit legal person's supreme organ or executive organ adopts a resolution under a convening procedure or in a voting mode that violates any law or administrative regulation or the bylaws of the legal person or any content of the resolution violates the bylaws of the legal person, an investor of the for-profit legal person may request a people's court to revoke the resolution, without prejudice to the civil relations formed between the for-profit legal person and bona fide opposite parties based on such a resolution.

Article 86 In business activities, a for-profit legal person shall comply with business ethics, maintain the safety of transactions, receive government supervision and public scrutiny, and assume social responsibilities.

Section 3 Non-profit Legal Persons

Article 87 A non-profit legal person is a legal person formed for public welfare or any other non-profit purpose without distribution of profits to its investors, promoters, or members.

Non-profit legal persons include but are not limited to public institutions, social groups, foundations, and social service organizations.

Article 88 A public institution satisfying the conditions for a legal person and to be formed for meeting the needs of economic and social

第八十三条　营利法人的出资人不得滥用出资人权利损害法人或者其他出资人的利益。滥用出资人权利给法人或者其他出资人造成损失的，应当依法承担民事责任。

营利法人的出资人不得滥用法人独立地位和出资人有限责任损害法人的债权人利益。滥用法人独立地位和出资人有限责任，逃避债务，严重损害法人的债权人利益的，应当对法人债务承担连带责任。

第八十四条　营利法人的控股出资人、实际控制人、董事、监事、高级管理人员不得利用其关联关系损害法人的利益。利用关联关系给法人造成损失的，应当承担赔偿责任。

第八十五条　营利法人的权力机构、执行机构作出决议的会议召集程序、表决方式违反法律、行政法规、法人章程，或者决议内容违反法人章程的，营利法人的出资人可以请求人民法院撤销该决议，但是营利法人依据该决议与善意相对人形成的民事法律关系不受影响。

第八十六条　营利法人从事经营活动，应当遵守商业道德，维护交易安全，接受政府和社会的监督，承担社会责任。

第三节　非营利法人

第八十七条　为公益目的或者其他非营利目的成立，不向出资人、设立人或者会员分配所取得利润的法人，为非营利法人。

非营利法人包括事业单位、社会团体、基金会、社会服务机构等。

第八十八条　具备法人条件，为适应经济社会发展需要，提供公益服务设立的

development and providing public welfare services obtains the status of a public institution legal person upon formation through registration in accordance with the law; or if the law does not require it to undergo legal person registration, obtains the status of a public institution legal person from the date of formation.

Article 89 Where a public institution legal person has a council, the council shall be its decision-making organ, except as otherwise provided for by any law. The legal representative of a public institution legal person shall be determined in accordance with laws, administrative regulations, or its bylaws.

Article 90 A social group satisfying the conditions for a legal person and to be formed based on the common will of its members for public welfare, common interests of its members, or any other non-profit purpose obtains the status of a social group legal person upon formation through registration in accordance with the law; or if the law does not require it to undergo legal person registration, obtains the status of a social group legal person from the date of formation.

Article 91 For the formation of a social group legal person, the bylaws of the legal person shall be developed in accordance with the law.

A social group legal person shall have a supreme organ such as the congress of members or the congress of representatives of members.

A social group legal person shall have an executive organ such as a council. The person in charge of the council, such as the chairman or president, shall serve as the legal representative in accordance with the bylaws of the legal person.

Article 92 A foundation or a social service organization, among others, satisfying the conditions for a legal person and to be formed with donated property for public welfare purposes obtains the status of a donation-based legal person upon formation through registration in accordance with the law.

A venue for holding religious activities formed in accordance with the law and satisfying the conditions for a legal person may apply for legal person registration and obtain the status of a donation-based legal person, subject to any provisions of laws and administrative regulations relating to the venues for holding religious activities.

Article 93 For the formation of a donation-based legal person, the bylaws of the legal person shall be developed in accordance with the law.

事业单位，经依法登记成立，取得事业单位法人资格；依法不需要办理法人登记的，从成立之日起，具有事业单位法人资格。

第八十九条　事业单位法人设理事会的，除法律另有规定外，理事会为其决策机构。事业单位法人的法定代表人依照法律、行政法规或者法人章程的规定产生。

第九十条　具备法人条件，基于会员共同意愿，为公益目的或者会员共同利益等非营利目的设立的社会团体，经依法登记成立，取得社会团体法人资格；依法不需要办理法人登记的，从成立之日起，具有社会团体法人资格。

第九十一条　设立社会团体法人应当依法制定法人章程。

社会团体法人应当设会员大会或者会员代表大会等权力机构。

社会团体法人应当设理事会等执行机构。理事长或者会长等负责人按照法人章程的规定担任法定代表人。

第九十二条　具备法人条件，为公益目的以捐助财产设立的基金会、社会服务机构等，经依法登记成立，取得捐助法人资格。

依法设立的宗教活动场所，具备法人条件的，可以申请法人登记，取得捐助法人资格。法律、行政法规对宗教活动场所有规定的，依照其规定。

第九十三条　设立捐助法人应当依法制定法人章程。

The donation-based legal person shall have a decision-making organ, such as a council or a democratic governing body, and an executive organ. The person in charge of the decision-making organ such as the chairman shall serve as the legal representative in accordance with the bylaws of the legal person.

The donation-based legal person shall have a supervisory organ such as a board of supervisors.

Article 94 Donors shall be entitled to ask the donation-based legal person about the use and management of donated property and give their opinions and recommendations, and the donation-based legal person shall give honest replies in a timely manner.

Where a donation-based legal person's decision-making organ, executive organ, or legal representative makes a decision under a procedure that violates any law or administrative regulation or the bylaws of the legal person or the content of the decision violates the bylaws of the legal person, a donor or any other interested party or the competent authority may request the people's court to revoke the decision, without prejudice to the civil legal relationship formed between the donor-based legal person and bona fide opposite parties based on the decision.

Article 95 When a non-profit legal person formed for public welfare purposes is terminated, it shall not distribute any residual property to its investors, promoters, or members. The residual property shall be used for public welfare purposes in accordance with the provisions of its bylaws or a resolution of its supreme organ; or if the residual property cannot be dealt with in accordance with the provisions of its bylaws or the resolution of its supreme organ, the competent authority shall cause the transfer of such residual property to other legal persons with the same or a similar vision, and announce it to the public.

Section 4 Special Legal Persons

Article 96 The state organ legal persons, rural collective economic organization legal persons, urban and rural cooperative economic organization legal persons, and basic self-governing mass organization legal persons as provided for in this section are special legal persons.

Article 97 An independently funded state organ or a statutory institution assuming administrative functions shall have the status of a state organ legal person from the date of formation of it, and may conduct civil activities necessary for performing its functions.

捐助法人应当设理事会、民主管理组织等决策机构，并设执行机构。理事长等负责人按照法人章程的规定担任法定代表人。

捐助法人应当设监事会等监督机构。

第九十四条 捐助人有权向捐助法人查询捐助财产的使用、管理情况，并提出意见和建议，捐助法人应当及时、如实答复。

捐助法人的决策机构、执行机构或者法定代表人作出决定的程序违反法律、行政法规、法人章程，或者决定内容违反法人章程的，捐助人等利害关系人或者主管机关可以请求人民法院撤销该决定，但是捐助法人依据该决定与善意相对人形成的民事法律关系不受影响。

第九十五条 为公益目的成立的非营利法人终止时，不得向出资人、设立人或者会员分配剩余财产。剩余财产应当按照法人章程的规定或者权力机构的决议用于公益目的；无法按照法人章程的规定或者权力机构的决议处理的，由主管机关主持转给宗旨相同或者相近的法人，并向社会公告。

第四节 特别法人

第九十六条 本节规定的机关法人、农村集体经济组织法人、城镇农村的合作经济组织法人、基层群众性自治组织法人，为特别法人。

第九十七条 有独立经费的机关和承担行政职能的法定机构从成立之日起，具有机关法人资格，可以从事为履行职能所需要的民事活动。

Article 98 Where a state organ legal person is abolished, the legal person is terminated, and its civil rights shall be enjoyed and its obligations shall be assumed by the state organ legal person as its successor; or if there is no such a successor, its rights shall be enjoyed and its obligations shall be assumed by the state organ legal person making the abolition decision.

Article 99 A rural collective economic organization shall obtain the status of a legal person in accordance with the law.

Where any laws and administrative regulations provide for rural collective economic organizations, such laws and administrative regulations shall apply.

Article 100 An urban or rural cooperative economic organization shall obtain the status of a legal person in accordance with the law.

Where any laws and administrative regulations provide for urban or rural cooperative economic organizations, such laws and administrative regulations shall apply.

Article 101 An urban residents' committee or a villagers' committee has the status of a basic self-governing mass organization legal person, and may conduct civil activities necessary for performing its functions.

Where no village collective economic organization is formed, a villagers' committee may instead perform the functions of a villager collective economic organization in accordance with the law.

Chapter IV Unincorporated Organizations

Article 102 An unincorporated organization is an organization without the status of a legal person but able to conduct civil activities in its own name in accordance with the law.

Unincorporated organizations include but are not limited to sole proprietorships, partnerships, and professional service organizations without the status of a legal person.

Article 103 An unincorporated organization shall be registered as required by laws.

Where the formation of an unincorporated organization shall be subject to the approval of the relevant authority in accordance with any law or administrative regulation, such law or administrative regulation shall apply.

第九十八条 机关法人被撤销的，法人终止，其民事权利和义务由继任的机关法人享有和承担；没有继任的机关法人的，由作出撤销决定的机关法人享有和承担。

第九十九条 农村集体经济组织依法取得法人资格。

法律、行政法规对农村集体经济组织有规定的，依照其规定。

第一百条 城镇农村的合作经济组织依法取得法人资格。

法律、行政法规对城镇农村的合作经济组织有规定的，依照其规定。

第一百零一条 居民委员会、村民委员会具有基层群众性自治组织法人资格，可以从事为履行职能所需要的民事活动。

未设立村集体经济组织的，村民委员会可以依法代行村集体经济组织的职能。

第四章 非法人组织

第一百零二条 非法人组织是不具有法人资格，但是能够依法以自己的名义从事民事活动的组织。

非法人组织包括个人独资企业、合伙企业、不具有法人资格的专业服务机构等。

第一百零三条 非法人组织应当依照法律的规定登记。

设立非法人组织，法律、行政法规规定须经有关机关批准的，依照其规定。

Article 104 Where the property of an unincorporated organization is insufficient for paying its debts, its investors or promoters shall assume unlimited liability for such debts, except as otherwise provided for by any law.

Article 105 An unincorporated organization may choose one or more persons to conduct civil activities on its behalf.

Article 106 An unincorporated organization shall be dissolved under any of the following circumstances:

(1) The duration stated in the bylaws expires, or any other cause of dissolution stated in the bylaws arises.

(2) Its investors or promoters decide to dissolve it.

(3) Any other circumstances specified by laws.

Article 107 Where an unincorporated organization is dissolved, its liquidation shall be conducted in accordance with the law.

Article 108 In addition to the provisions of this Chapter, the relevant provisions of Section 1 of Chapter III of this Law shall apply, mutatis mutandis, to unincorporated organizations.

Chapter V Civil Rights

Article 109 The personal freedom and human dignity of a natural person shall be protected by law.

Article 110 A natural person enjoys the rights of life, inviolability and integrity of person, health, name, likeness, reputation, honor, privacy, and marital autonomy, among others.

A legal person or an unincorporated organization enjoys the rights of name, reputation, and honor, among others.

Article 111 The personal information of a natural person shall be protected by law. Any organization or individual needing to obtain the personal information of other persons shall legally obtain and ensure the security of such information, and shall not illegally collect, use, process, or transmit the personal information of other persons, nor illegally buy, sell, provide, or publish the personal information of other persons.

Article 112 The personal rights of a natural person arising from marriage or family relations, among others, shall be protected by law.

第一百零四条 非法人组织的财产不足以清偿债务的，其出资人或者设立人承担无限责任。法律另有规定的，依照其规定。

第一百零五条 非法人组织可以确定一人或者数人代表该组织从事民事活动。

第一百零六条 有下列情形之一的，非法人组织解散：

（一）章程规定的存续期间届满或者章程规定的其他解散事由出现；

（二）出资人或者设立人决定解散；

（三）法律规定的其他情形。

第一百零七条 非法人组织解散的，应当依法进行清算。

第一百零八条 非法人组织除适用本章规定外，参照适用本法第三章第一节的有关规定。

第五章 民事权利

第一百零九条 自然人的人身自由、人格尊严受法律保护。

第一百一十条 自然人享有生命权、身体权、健康权、姓名权、肖像权、名誉权、荣誉权、隐私权、婚姻自主权等权利。

法人、非法人组织享有名称权、名誉权、荣誉权等权利。

第一百一十一条 自然人的个人信息受法律保护。任何组织和个人需要获取他人个人信息的，应当依法取得并确保信息安全，不得非法收集、使用、加工、传输他人个人信息，不得非法买卖、提供或者公开他人个人信息。

第一百一十二条 自然人因婚姻、家庭关系等产生的人身权利受法律保护。

Article 113 The property rights of the parties to civil legal relations shall be equally protected by law.

Article 114 The parties to civil legal relations enjoy real rights in accordance with the law.

A real right is the right holder's exclusive right to directly dominate a specific thing in accordance with the law, including ownership, usufruct, and security interest.

Article 115 Things include immovables and movables. If rights are the objects of any real rights in accordance with any laws, such laws shall apply.

Article 116 The types and contents of real rights shall be prescribed by laws.

Article 117 Fair and reasonable indemnification shall be made if any immovable or movable is expropriated or requisitioned for public interest according to the authority and procedures prescribed by laws.

Article 118 The parties to civil legal relations enjoy a creditor's rights in accordance with the law.

A creditor's right is the right holder's right to request that a specific obligor perform or not perform certain conduct, arising from contracts, torts, management of the business of another under no obligation, unjust enrichment, and other provisions of laws.

Article 119 A contract entered into in accordance with the law shall be legally binding upon the parties to the contract.

Article 120 In case of infringement upon civil rights and interests, the victim shall have the right to request that the tortfeasor assume tort liability.

Article 121 A person who, under no statutory or contractual obligation, manages the business of another to prevent damage to the interest of another shall have the right to request that the beneficiary of such management reimburse the manager for necessary expenses incurred.

Article 122 Where a person is unjustly enriched without any legal basis, the person who so suffers a loss shall have the right to request that the person unjustly enriched return the amount to the extent of the unjust enrichment.

第一百一十三条　民事主体的财产权利受法律平等保护。

第一百一十四条　民事主体依法享有物权。

物权是权利人依法对特定的物享有直接支配和排他的权利，包括所有权、用益物权和担保物权。

第一百一十五条　物包括不动产和动产。法律规定权利作为物权客体的，依照其规定。

第一百一十六条　物权的种类和内容，由法律规定。

第一百一十七条　为了公共利益的需要，依照法律规定的权限和程序征收、征用不动产或者动产的，应当给予公平、合理的补偿。

第一百一十八条　民事主体依法享有债权。

债权是因合同、侵权行为、无因管理、不当得利以及法律的其他规定，权利人请求特定义务人为或者不为一定行为的权利。

第一百一十九条　依法成立的合同，对当事人具有法律约束力。

第一百二十条　民事权益受到侵害的，被侵权人有权请求侵权人承担侵权责任。

第一百二十一条　没有法定的或者约定的义务，为避免他人利益受损失而进行管理的人，有权请求受益人偿还由此支出的必要费用。

第一百二十二条　因他人没有法律根据，取得不当利益，受损失的人有权请求其返还不当利益。

Article 123 The parties to civil legal relations enjoy intellectual property rights in accordance with the law.

Intellectual property rights are the proprietary rights enjoyed by right holders in accordance with the law in respect of the following objects:

(1) Works.

(2) Inventions, utility models, and designs.

(3) Trademarks.

(4) Geographic indications.

(5) Trade secrets.

(6) Layout designs of integrated circuits.

(7) New varieties of plants.

(8) Other objects specified by laws.

Article 124 Natural persons enjoy the right of succession in accordance with the law.

The lawful private property of natural persons may be inherited in accordance with the law.

Article 125 The parties to civil legal relations enjoy stock rights and other investment rights in accordance with the law.

Article 126 The parties to civil legal relations enjoy other civil rights and interests prescribed by laws.

Article 127 Where any laws provide for the protection of data and network virtual property, such laws shall apply.

Article 128 Where any laws have special provisions on the protection of civil rights of the minors, the elderly, the disabled, women, and consumers, among others, such special provisions shall apply.

Article 129 Civil rights may be obtained by juridical acts, factual behaviors, events prescribed by laws, or other means prescribed by laws.

Article 130 The parties to civil legal relations shall, based on their free will, exercise civil rights in accordance with the law without any interference.

第一百二十三条 民事主体依法享有知识产权。

知识产权是权利人依法就下列客体享有的专有的权利：

（一）作品；

（二）发明、实用新型、外观设计；

（三）商标；

（四）地理标志；

（五）商业秘密；

（六）集成电路布图设计；

（七）植物新品种；

（八）法律规定的其他客体。

第一百二十四条 自然人依法享有继承权。

自然人合法的私有财产，可以依法继承。

第一百二十五条 民事主体依法享有股权和其他投资性权利。

第一百二十六条 民事主体享有法律规定的其他民事权利和利益。

第一百二十七条 法律对数据、网络虚拟财产的保护有规定的，依照其规定。

第一百二十八条 法律对未成年人、老年人、残疾人、妇女、消费者等的民事权利保护有特别规定的，依照其规定。

第一百二十九条 民事权利可以依据民事法律行为、事实行为、法律规定的事件或者法律规定的其他方式取得。

第一百三十条 民事主体按照自己的意愿依法行使民事权利，不受干涉。

Article 131 The parties to civil legal relations shall perform the obligations imposed by laws and obligations agreed upon by the parties while exercising their rights.

Article 132 The parties to civil legal relations shall not abuse civil rights to damage the national interest, public interest, or the lawful rights and interests of any other person.

Chapter VI Juridical Acts

Section 1 General Rules

Article 133 Juridical acts are acts of the parties to civil legal relations to create, modify, or terminate civil legal relationships through a declaration of will.

Article 134 Juridical acts may be formed based on the unanimous declaration of will by two or more parties or based on the declaration of will by a single party.

Where a legal person or an unincorporated organization makes a resolution according to the mode of deliberation and voting procedures prescribed by laws or its bylaws, the act of resolution is formed.

Article 135 Juridical acts may be made in written, verbal, or other forms; but if any law or administrative regulation requires or the parties agree upon a particular form, such a particular form shall be adopted.

Article 136 A juridical act shall become valid upon its formation, except as otherwise provided for by any law or agreed upon by the parties.

The actor shall not modify or rescind the juridical act at will, except in accordance with any law or as permitted by the other party.

Section 2 Declaration of Will

Article 137 A declaration of will made by dialog shall become valid at the time when the opposite party knows the content of will.

A declaration of will not made by dialog shall become valid at the time when it reaches the opposite party. If a declaration of will not made by dialog is in the form of data message, and the opposite party has designated a specific system to receive the data message, the declaration of will shall become valid at the time when the data message enters the

第一百三十一条　民事主体行使权利时，应当履行法律规定的和当事人约定的义务。

第一百三十二条　民事主体不得滥用民事权利损害国家利益、社会公共利益或者他人合法权益。

第六章　民事法律行为

第一节　一般规定

第一百三十三条　民事法律行为是民事主体通过意思表示设立、变更、终止民事法律关系的行为。

第一百三十四条　民事法律行为可以基于双方或者多方的意思表示一致成立，也可以基于单方的意思表示成立。

法人、非法人组织依照法律或者章程规定的议事方式和表决程序作出决议的，该决议行为成立。

第一百三十五条　民事法律行为可以采用书面形式、口头形式或者其他形式；法律、行政法规规定或者当事人约定采用特定形式的，应当采用特定形式。

第一百三十六条　民事法律行为自成立时生效，但是法律另有规定或者当事人另有约定的除外。

行为人非依法律规定或者未经对方同意，不得擅自变更或者解除民事法律行为。

第二节　意思表示

第一百三十七条　以对话方式作出的意思表示，相对人知道其内容时生效。

以非对话方式作出的意思表示，到达相对人时生效。以非对话方式作出的采用数据电文形式的意思表示，相对人指定特定系统接收数据电文的，该数据电文进入该特定系统时生效；未指定特定系统的，相对

specific system designated; or in the absence of such designation, the declaration of will shall become valid at the time when the opposite party knows or should have known that the data message has entered its system. If the parties have otherwise agreed upon the time when a declaration of will made in the form of data message becomes valid, such an agreement shall apply.

人知道或者应当知道该数据电文进入其系统时生效。当事人对采用数据电文形式的意思表示的生效时间另有约定的，按照其约定。

Article 138 A declaration of will made without any opposite party shall become valid upon completion of declaration, except as otherwise provided for by any law.

第一百三十八条　无相对人的意思表示，表示完成时生效。法律另有规定的，依照其规定。

Article 139 A declaration of will made in the form of publishing an announcement shall become valid at the time when the announcement is published.

第一百三十九条　以公告方式作出的意思表示，公告发布时生效。

Article 140 An actor may expressly or tacitly declare his or her will.

第一百四十条　行为人可以明示或者默示作出意思表示。

Will may be deemed tacitly declared only when it is in accordance with any law, is agreed upon by the parties, or conforms to the trading practices between the parties.

沉默只有在有法律规定、当事人约定或者符合当事人之间的交易习惯时，才可以视为意思表示。

Article 141 An actor may withdraw his or her declaration of will. The notice of withdrawing his or her declaration of will shall reach the opposite party before his or her declaration of will reaches the opposite party or at the same time when his or her declaration of will reaches the opposite party.

第一百四十一条　行为人可以撤回意思表示。撤回意思表示的通知应当在意思表示到达相对人前或者与意思表示同时到达相对人。

Article 142 The meaning of a declaration of will made to an opposite party shall be interpreted according to the words used as well as considering the relevant clauses, nature and purpose of the act, customs, and the principle of good faith.

第一百四十二条　有相对人的意思表示的解释，应当按照所使用的词句，结合相关条款、行为的性质和目的、习惯以及诚信原则，确定意思表示的含义。

In the interpretation of a declaration of will made without an opposite party, the true will of the actor shall be determined by considering the relevant clauses, nature and purpose of the act, customs, and the principle of good faith, rather than a total confinement to the words used.

无相对人的意思表示的解释，不能完全拘泥于所使用的词句，而应当结合相关条款、行为的性质和目的、习惯以及诚信原则，确定行为人的真实意思。

Section 3 Validity of Juridical Acts

第三节　民事法律行为的效力

Article 143 A juridical act satisfying all of the following conditions shall be valid:

第一百四十三条　具备下列条件的民事法律行为有效：

(1) The actor has corresponding capacity for civil conduct.

（一）行为人具有相应的民事行为能力；

(2) The will expressed is true.

（二）意思表示真实；

(3) It neither violates the imperative provisions of laws and administrative regulations, nor is contrary to public order and good morals.

Article 144 A juridical act performed by a person without capacity for civil conduct shall be void.

Article 145 A juridical act performed by a person with limited capacity for civil conduct shall be valid if the act purely benefits the person or is commensurate with his or her age, intelligence, and mental health; and any other juridical acts performed by the person may become valid after they are consented to or ratified by his or her statutory agent.

The opposite party may, by a notice, prompt the statutory agent to ratify within one month of receipt of the notice. If the statutory agent fails to respond, ratification shall be deemed denied. Before the ratification of a juridical act, a bona fide opposite party shall be entitled to revoke the act. The revocation shall be made by a notice.

Article 146 A juridical act performed by an actor and the opposite party based on false declaration of will shall be void.

The validity of a juridical act hidden behind a false declaration of will shall be dealt with in accordance with the relevant provisions of laws.

Article 147 The actor shall be entitled to request a people's court or an arbitral institution to revoke a juridical act performed based on gross misunderstanding.

Article 148 Where a juridical act is performed by a party against his or her true will as a result of fraud by the other party, the defrauded party shall have the right to request a people's court or an arbitral institution to revoke the act.

Article 149 Where a juridical act is performed by a party against his or her true will as a result of fraud by a third party, the defrauded party shall have the right to request a people's court or an arbitral institution to revoke the act if the other party knows or should have known the fraud.

Article 150 Where a juridical act is performed by a party against his or her true will as a result of coercion by the other party or a third party, the coerced party shall have the right to request a people's court or an arbitral institution to revoke the act.

（三）不违反法律、行政法规的强制性规定，不违背公序良俗。

第一百四十四条　无民事行为能力人实施的民事法律行为无效。

第一百四十五条　限制民事行为能力人实施的纯获利益的民事法律行为或者与其年龄、智力、精神健康状况相适应的民事法律行为有效；实施的其他民事法律行为经法定代理人同意或者追认后有效。

相对人可以催告法定代理人自收到通知之日起一个月内予以追认。法定代理人未作表示的，视为拒绝追认。民事法律行为被追认前，善意相对人有撤销的权利。撤销应当以通知的方式作出。

第一百四十六条　行为人与相对人以虚假的意思表示实施的民事法律行为无效。

以虚假的意思表示隐藏的民事法律行为的效力，依照有关法律规定处理。

第一百四十七条　基于重大误解实施的民事法律行为，行为人有权请求人民法院或者仲裁机构予以撤销。

第一百四十八条　一方以欺诈手段，使对方在违背真实意思的情况下实施的民事法律行为，受欺诈方有权请求人民法院或者仲裁机构予以撤销。

第一百四十九条　第三人实施欺诈行为，使一方在违背真实意思的情况下实施的民事法律行为，对方知道或者应当知道该欺诈行为的，受欺诈方有权请求人民法院或者仲裁机构予以撤销。

第一百五十条　一方或者第三人以胁迫手段，使对方在违背真实意思的情况下实施的民事法律行为，受胁迫方有权请求人民法院或者仲裁机构予以撤销。

Article 151 Where a juridical act is evidently unfair when it is formed as a result of one party taking advantage of the other party's distress or lack of judgment, among others, the aggrieved party shall have the right to request a people's court or an arbitral institution to revoke the act.

Article 152 Under any of the following circumstances, the right of revocation shall be extinguished:

(1) A party fails to exercise its right of revocation within one year from the day when the party knows or should have known the cause of revocation, or a party with gross misunderstanding fails to exercise its right of revocation within three months from the day when the party knows or should have known the cause of revocation.

(2) A coerced party fails to exercise its right of revocation within one year from the day when coercion terminates.

(3) A party renounces its right of revocation, expressly or by its conduct, after knowing the cause of revocation.

Where a party fails to exercise its right of revocation within five years from the day when the juridical act occurs, the right of revocation shall be extinguished.

Article 153 A juridical act violating the imperative provisions of any law or administrative regulation shall be void, unless the compulsory provisions do not result in the nullity of the juridical act.

A juridical act contrary to public order and good morals shall be void.

Article 154 A juridical act by which an actor maliciously colludes with the opposite party to damage any other person's lawful rights and interests shall be void.

Article 155 A void or revoked juridical act is not legally binding from the outset.

Article 156 Where the partial invalidity of a juridical act does not affect the validity of the other part, the other part shall remain valid.

Article 157 After a juridical act is void, revoked, or determined as having no binding force, the property obtained by the actor as a result of the act shall be restituted; if restitution is impossible or unnecessary,

第一百五十一条 一方利用对方处于危困状态、缺乏判断能力等情形，致使民事法律行为成立时显失公平的，受损害方有权请求人民法院或者仲裁机构予以撤销。

第一百五十二条 有下列情形之一的，撤销权消灭：

（一）当事人自知道或者应当知道撤销事由之日起一年内、重大误解的当事人自知道或者应当知道撤销事由之日起三个月内没有行使撤销权；

（二）当事人受胁迫，自胁迫行为终止之日起一年内没有行使撤销权；

（三）当事人知道撤销事由后明确表示或者以自己的行为表明放弃撤销权。

当事人自民事法律行为发生之日起五年内没有行使撤销权的，撤销权消灭。

第一百五十三条 违反法律、行政法规的强制性规定的民事法律行为无效，但是该强制性规定不导致该民事法律行为无效的除外。

违背公序良俗的民事法律行为无效。

第一百五十四条 行为人与相对人恶意串通，损害他人合法权益的民事法律行为无效。

第一百五十五条 无效的或者被撤销的民事法律行为自始没有法律约束力。

第一百五十六条 民事法律行为部分无效，不影响其他部分效力的，其他部分仍然有效。

第一百五十七条 民事法律行为无效、被撤销或者确定不发生效力后，行为人因该行为取得的财产，应当予以返还；

indemnification shall be made at an estimated price. The party at fault shall compensate the other party for any loss suffered as a result of the act; or if both parties are at fault, they shall assume corresponding liabilities respectively, except as otherwise provided for by any law.

不能返还或者没有必要返还的，应当折价补偿。有过错的一方应当赔偿对方由此所受到的损失；各方都有过错的，应当各自承担相应的责任。法律另有规定的，依照其规定。

Section 4 Juridical Acts Subject to Conditions or Terms

第四节　民事法律行为的附条件和附期限

Article 158 A juridical act may be subject to a condition, unless such a condition is not allowed according to the nature of the juridical act. A juridical act subject to a condition for becoming valid shall become valid when the condition is fulfilled. A juridical act subject to a condition for rescission shall cease to be valid when the condition is fulfilled.

第一百五十八条　民事法律行为可以附条件，但是按照其性质不得附条件的除外。附生效条件的民事法律行为，自条件成就时生效。附解除条件的民事法律行为，自条件成就时失效。

Article 159 For a juridical act subject to a condition, if a party prevents the fulfillment of the condition by improper means for its own benefits, the condition shall be deemed fulfilled; or if a party hastens the fulfillment of a condition by improper means, the condition shall not be deemed fulfilled.

第一百五十九条　附条件的民事法律行为，当事人为自己的利益不正当地阻止条件成就的，视为条件已成就；不正当地促成条件成就的，视为条件不成就。

Article 160 A juridical act may be subject to a term, unless such a term is not allowed according to the nature of the juridical act. A juridical act subject to a term for becoming valid shall become valid upon expiration of the term. A juridical act subject to a term for termination shall become invalid upon expiration of the term.

第一百六十条　民事法律行为可以附期限，但是按照其性质不得附期限的除外。附生效期限的民事法律行为，自期限届至时生效。附终止期限的民事法律行为，自期限届满时失效。

Chapter VII Agency

第七章　代　理

Section 1 General Rules

第一节　一般规定

Article 161 The parties to civil legal relations may conduct juridical acts through agents.

第一百六十一条　民事主体可以通过代理人实施民事法律行为。

A juridical act that shall be performed in person in accordance with the provisions of laws, an agreement between the parties, or the nature of the juridical act shall not be performed by an agent.

依照法律规定、当事人约定或者民事法律行为的性质，应当由本人亲自实施的民事法律行为，不得代理。

Article 162 A juridical act performed by an agent in the name of the principal within the power conferred on the agent shall be binding on the principal.

第一百六十二条　代理人在代理权限内，以被代理人名义实施的民事法律行为，对被代理人发生效力。

Article 163 Agency includes agency by mandate and statutory agency.

第一百六十三条　代理包括委托代理和法定代理。

An agent under a mandate shall exercise the power conferred by the principal. A statutory agent shall exercise the power conferred by laws.

委托代理人按照被代理人的委托行使代理权。法定代理人依照法律的规定行使代理权。

Article 164 Where an agent fails to perform or fully perform its duties, causing damage to the principal, the agent shall assume civil liability.

Where an agent and the opposite party in malicious collusion damages the principal's lawful rights and interests, the agent and the opposite party shall be jointly and severally liable.

Section 2 Agency by Mandate

Article 165 Where the power is conferred by a mandate in a written form, the power of attorney shall clearly state the agent's name and the object of, power conferred by, and duration of the mandate, to which the signature or seal of the principal shall be affixed.

Article 166 Where the object of a mandate is to be performed by several agents, they shall jointly exercise the power conferred, except as otherwise agreed upon by the parties.

Article 167 Where an agent knows or should have known that the object of the mandate is illegal but still performs it, or the principal knows or should have known that an agent's performance is illegal but fails to raise any objection, the principal and the agent shall be jointly and severally liable.

Article 168 An agent shall not perform any juridical act with itself in the name of the principal, unless it is consented to or ratified by the principal.

An agent shall not perform any juridical act in the name of one principal with any other principal represented by it at the same time, unless it is consented to or ratified by both principals.

Article 169 Where an agent needs to appoint a third party to perform the object of the mandate in its place, the agent shall obtain the consent or ratification of the principal.

With the principal's consent to or ratification of the appointment, the principal may directly instruct the third party appointed by the agent regarding the object of the mandate, and the agent shall only be liable for the selection of the third party and its instructions to the third party.

Without the principal's consent to or ratification of the appointment, the agent shall be liable for the acts of the third party appointed by the agent, unless it is necessary for the agent to appoint the third party in case of emergency to safeguard the interests of the principal.

第一百六十四条　代理人不履行或者不完全履行职责，造成被代理人损害的，应当承担民事责任。

代理人和相对人恶意串通，损害被代理人合法权益的，代理人和相对人应当承担连带责任。

第二节　委托代理

第一百六十五条　委托代理授权采用书面形式的，授权委托书应当载明代理人的姓名或者名称、代理事项、权限和期间，并由被代理人签名或者盖章。

第一百六十六条　数人为同一代理事项的代理人的，应当共同行使代理权，但是当事人另有约定的除外。

第一百六十七条　代理人知道或者应当知道代理事项违法仍然实施代理行为，或者被代理人知道或者应当知道代理人的代理行为违法未作反对表示的，被代理人和代理人应当承担连带责任。

第一百六十八条　代理人不得以被代理人的名义与自己实施民事法律行为，但是被代理人同意或者追认的除外。

代理人不得以被代理人的名义与自己同时代理的其他人实施民事法律行为，但是被代理的双方同意或者追认的除外。

第一百六十九条　代理人需要转委托第三人代理的，应当取得被代理人的同意或者追认。

转委托代理经被代理人同意或者追认的，被代理人可以就代理事务直接指示转委托的第三人，代理人仅就第三人的选任以及对第三人的指示承担责任。

转委托代理未经被代理人同意或者追认的，代理人应当对转委托的第三人的行为承担责任，但是在紧急情况下代理人为了

Article 170 Where a person who performs tasks for a legal person or an unincorporated organization conducts juridical acts related to matters within his or her scope of powers in the name of the legal person or the unincorporated organization, such acts shall have binding force on the legal person or unincorporated organization.

Any restrictions imposed by a legal person or an unincorporated organization on the scope of powers of the person performing tasks for the legal person or the unincorporated organization shall not be set up against bona fide opposite parties.

Article 171 Where an actor still performs an act of agency without a power of attorney, beyond his or her power of attorney, or after his or her power of attorney terminates, the act shall not be binding on the principal without the principal's ratification.

The opposite may, by a notice, urge the principal to ratify within a month from the date of receipt of the notice. If the principal fails to respond, ratification shall be deemed denied. Before the ratification of the act, the bona fide opposite party shall be entitled to revoke the act. The revocation shall be made by a notice.

Where ratification of the act is denied, the bona fide opposite party shall be entitled to request that the actor perform obligations or compensate it for any injury suffered by it, but such compensation shall not exceed the interest that could have been obtained by the opposite party if the act were ratified by the principal.

Where the opposite party knows or should have known that the actor has no power of attorney, the opposite party and the actor shall assume liability according to their respective faults.

Article 172 Where an actor still performs an act of agency without a power of agency, beyond his or her power of attorney, or after his or her power of attorney terminates, the act shall be valid if the opposite party has reason to believe that the actor has the power of attorney.

Section 3 Termination of Agency

Article 173 Agency by mandate shall terminate under any of the following circumstances:

(1) The term of agency expires or the object of the mandate is fulfilled.

维护被代理人的利益需要转委托第三人代理的除外。

第一百七十条 执行法人或者非法人组织工作任务的人员,就其职权范围内的事项,以法人或者非法人组织的名义实施民事法律行为,对法人或者非法人组织发生效力。

法人或者非法人组织对执行其工作任务的人员职权范围的限制,不得对抗善意相对人。

第一百七十一条 行为人没有代理权、超越代理权或者代理权终止后,仍然实施代理行为,未经被代理人追认的,对被代理人不发生效力。

相对人可以催告被代理人自收到通知之日起一个月内予以追认。被代理人未作表示的,视为拒绝追认。行为人实施的行为被追认前,善意相对人有撤销的权利。撤销应当以通知的方式作出。

行为人实施的行为未被追认的,善意相对人有权请求行为人履行债务或者就其受到的损害请求行为人赔偿,但是赔偿的范围不得超过被代理人追认时相对人所能获得的利益。

相对人知道或者应当知道行为人无权代理的,相对人和行为人按照各自的过错承担责任。

第一百七十二条 行为人没有代理权、超越代理权或者代理权终止后,仍然实施代理行为,相对人有理由相信行为人有代理权的,代理行为有效。

第三节 代理终止

第一百七十三条 有下列情形之一的,委托代理终止:

(一)代理期间届满或者代理事务完成;

(2) The principal cancels the mandate or the agent surrenders the mandate.

(3) The agent loses capacity for civil conduct.

(4) The agent or the principal dies.

(5) The legal person or unincorporated organization as the agent or the principal is terminated.

Article 174 After the principal dies, the acts of agency performed by an agent under a mandate shall be valid under any of the following circumstances:

(1) The agent does not know and should not have known that the principal died.

(2) The successors of the principal recognize such acts.

(3) The power of attorney expressly states that the power of agency shall terminate upon fulfillment of the object of the mandate.

(4) Such acts have been conducted before the principal dies and continue for the benefits of the principal's successors.

The provision of the preceding paragraph shall apply, mutatis mutandis, where a legal person or an unincorporated organization as the principal is terminated.

Article 175 Statutory agency shall terminate under any of the following circumstances:

(1) The principal obtains or regains full capacity for civil conduct.

(2) The agent loses capacity for civil conduct.

(3) The agent or the principal dies.

(4) Any other circumstance specified by laws.

Chapter VIII Civil Liability

Article 176 The parties to civil legal relations shall perform their civil obligations and assume civil liabilities in accordance with the provisions of laws and the agreements of the parties.

（二）被代理人取消委托或者代理人辞去委托；

（三）代理人丧失民事行为能力；

（四）代理人或者被代理人死亡；

（五）作为代理人或者被代理人的法人、非法人组织终止。

第一百七十四条　被代理人死亡后，有下列情形之一的，委托代理人实施的代理行为有效：

（一）代理人不知道并且不应当知道被代理人死亡；

（二）被代理人的继承人予以承认；

（三）授权中明确代理权在代理事务完成时终止；

（四）被代理人死亡前已经实施，为了被代理人的继承人的利益继续代理。

作为被代理人的法人、非法人组织终止的，参照适用前款规定。

第一百七十五条　有下列情形之一的，法定代理终止：

（一）被代理人取得或者恢复完全民事行为能力；

（二）代理人丧失民事行为能力；

（三）代理人或者被代理人死亡；

（四）法律规定的其他情形。

第八章　民事责任

第一百七十六条　民事主体依照法律规定和当事人约定，履行民事义务，承担民事责任。

Article 177 Where two or more persons share liability in accordance with the law, they shall assume corresponding liability respectively if their respective liabilities can be determined; or evenly assume liability if it is difficult to determine their respective liabilities.

Article 178 Where two or more persons are jointly and severally liable in accordance with the law, the obligee is entitled to request assumption of liability by part or all of the persons jointly and severally liable.

The shares of liability of persons jointly and severally liable shall be determined based on the gravity of liability of each person; or the liability shall be evenly shared if it is difficult to determine the gravity of liability of each person. If the liability actually assumed by a person jointly and severally liable exceeds the person's share of liability, the person shall be entitled to claim indemnities from other persons jointly and severally liable.

The joint and several liability shall be governed by the provisions of laws or the agreements of the parties.

Article 179 Civil liability shall be assumed primarily in the following manners:

(1) Cessation of infringement.

(2) Removal of obstacles.

(3) Elimination of danger.

(4) Restitution of property.

(5) Restoration to the original condition.

(6) Repair, reworking, or replacement.

(7) Continued performance.

(8) Compensation for loss.

(9) Payment of liquidated damages.

(10) Elimination of adverse effects and rehabilitation of reputation.

(11) Making an apology.

Where any law provides for punitive damages, such a law shall apply.

The manners of assuming civil liability as set forth in this article may be applied alone or by a combination.

第一百七十七条　二人以上依法承担按份责任，能够确定责任大小的，各自承担相应的责任；难以确定责任大小的，平均承担责任。

第一百七十八条　二人以上依法承担连带责任的，权利人有权请求部分或者全部连带责任人承担责任。

连带责任人的责任份额根据各自责任大小确定；难以确定责任大小的，平均承担责任。实际承担责任超过自己责任份额的连带责任人，有权向其他连带责任人追偿。

连带责任，由法律规定或者当事人约定。

第一百七十九条　承担民事责任的方式主要有：

（一）停止侵害；

（二）排除妨碍；

（三）消除危险；

（四）返还财产；

（五）恢复原状；

（六）修理、重作、更换；

（七）继续履行；

（八）赔偿损失；

（九）支付违约金；

（十）消除影响、恢复名誉；

（十一）赔礼道歉。

法律规定惩罚性赔偿的，依照其规定。

本条规定的承担民事责任的方式，可以单独适用，也可以合并适用。

Article 180 Where the non-performance of civil obligations is caused by a force majeure, no civil liability shall arise therefrom, except as otherwise provided for by any law.

A force majeure means any objective circumstance that is unforeseeable, inevitable, and insurmountable.

Article 181 Where any harm is caused by self-defense, no civil liability shall arise therefrom.

Where self-defense exceeds the limit of necessity and causes undue harm, the person in self-defense shall assume appropriate civil liability.

Article 182 Where any damage is caused by necessity to avoid a danger in emergency, the person causing the danger shall assume civil liability.

Where the danger arises from any natural cause, the person acting to avoid the danger shall not assume civil liability, but may make appropriate indemnification.

Where the act of avoiding a danger in emergency is inappropriate or exceeds the limit of necessity and causes undue harm, the person acting to avoid the danger shall assume appropriate civil liability.

Article 183 Where a person suffers any harm in order to protect any other person's civil rights and interests, the tortfeasor shall assume civil liability, and the beneficiary may make appropriate indemnification. If there is no tortfeasor or the tortfeasor has fled or is unable to assume civil liability, the beneficiary shall make appropriate indemnification if the victim claims indemnification.

Article 184 A person who voluntarily provides emergency assistance and causes harm to the recipient of assistance shall not assume civil liability.

Article 185 A person who infringes upon the name, likeness, reputation, or honor of a hero or a martyr, among others, causing damage to the public interest, shall assume civil liability.

Article 186 Where a party breaches a contract, causing damage to the other party's personal or property rights and interests, the aggrieved party shall be entitled to request the party to assume liability for breach of contract or assume tort liability.

第一百八十条　因不可抗力不能履行民事义务的，不承担民事责任。法律另有规定的，依照其规定。

不可抗力是指不能预见、不能避免且不能克服的客观情况。

第一百八十一条　因正当防卫造成损害的，不承担民事责任。

正当防卫超过必要的限度，造成不应有的损害的，正当防卫人应当承担适当的民事责任。

第一百八十二条　因紧急避险造成损害的，由引起险情发生的人承担民事责任。

危险由自然原因引起的，紧急避险人不承担民事责任，可以给予适当补偿。

紧急避险采取措施不当或者超过必要的限度，造成不应有的损害的，紧急避险人应当承担适当的民事责任。

第一百八十三条　因保护他人民事权益使自己受到损害的，由侵权人承担民事责任，受害人可以给予适当补偿。没有侵权人、侵权人逃逸或者无力承担民事责任，受害人请求补偿的，受益人应当给予适当补偿。

第一百八十四条　因自愿实施紧急救助行为造成受助人损害的，救助人不承担民事责任。

第一百八十五条　侵害英雄烈士等的姓名、肖像、名誉、荣誉，损害社会公共利益的，应当承担民事责任。

第一百八十六条　因当事人一方的违约行为，损害对方人身权益、财产权益的，受损害方有权选择请求其承担违约责任或者侵权责任。

Article 187 Where a party to civil legal relations shall be held civilly, administratively, and criminally liable for the same act, the assumption of administrative liability or criminal liability does not affect the assumption of civil liability; and if the party's property is insufficient for payment, the property shall be used first for assumption of civil liability.

Chapter IX Extinctive Prescription

Article 188 An action instituted in a people's court for protection of civil rights is prescribed by three years, except as otherwise prescribed by any law.

The prescriptive period shall be calculated from the day when the obligee knows or should have known that his or her right has been infringed upon and who the obligor is, except as otherwise provided for by any law. The people's court shall not offer protection if 20 years have elapsed since the infringement; but under special circumstances, the people's court may decide to extend the prescriptive period upon application of the obligee.

Article 189 Where the parties have agreed on the installment performance of a debt, the prescriptive period shall be calculated from the day when the time limit for the last installment expires.

Article 190 The prescriptive period of a claim of a person without or with limited capacity for civil conduct against his or her statutory agent shall be calculated from the day when the agency by operation of law is terminated.

Article 191 The prescriptive period of a claim for damages of a minor who has suffered sexual assault shall be calculated from the day when the victim attains the age of eighteen.

Article 192 When the prescriptive period expires, the obligor may use it as a defense for non-performance of obligations.

Where the obligor agrees to perform after the prescriptive period expires, the obligor may not defend on the ground that the prescriptive period has expired; and if the obligor has voluntarily performed, no request for restitution may be made.

Article 193 A people's court shall not apply the provisions on extinctive prescription of its own motion.

Article 194 The prescriptive period shall be suspended if during the last six months of the period, a claim cannot be filed for any of the following obstacles:

第一百八十七条 民事主体因同一行为应当承担民事责任、行政责任和刑事责任的，承担行政责任或者刑事责任不影响承担民事责任；民事主体的财产不足以支付的，优先用于承担民事责任。

第九章 诉讼时效

第一百八十八条 向人民法院请求保护民事权利的诉讼时效期间为三年。法律另有规定的，依照其规定。

诉讼时效期间自权利人知道或者应当知道权利受到损害以及义务人之日起计算。法律另有规定的，依照其规定。但是自权利受到损害之日起超过二十年的，人民法院不予保护；有特殊情况的，人民法院可以根据权利人的申请决定延长。

第一百八十九条 当事人约定同一债务分期履行的，诉讼时效期间自最后一期履行期限届满之日起计算。

第一百九十条 无民事行为能力人或者限制民事行为能力人对其法定代理人的请求权的诉讼时效期间，自该法定代理终止之日起计算。

第一百九十一条 未成年人遭受性侵害的损害赔偿请求权的诉讼时效期间，自受害人年满十八周岁之日起计算。

第一百九十二条 诉讼时效期间届满的，义务人可以提出不履行义务的抗辩。

诉讼时效期间届满后，义务人同意履行的，不得以诉讼时效期间届满为由抗辩；义务人已自愿履行的，不得请求返还。

第一百九十三条 人民法院不得主动适用诉讼时效的规定。

第一百九十四条 在诉讼时效期间的最后六个月内，因下列障碍，不能行使请求权的，诉讼时效中止：

(1) A force majeure.

(2) The person without or with limited capacity for civil conduct has no statutory agent, or his or her statutory agent dies, loses capacity for civil conduct, or loses the power conferred by laws.

(3) The successor or legacy administrator has not been determined after the commencement of succession.

(4) The obligee is controlled by the obligor or any other person.

(5) Any other obstacle resulting in the obligee's failure to file a claim.

The prescriptive period shall expire six months after the day when the obstacle causing the suspension is eliminated.

Article 195 The prescriptive period interrupted under any of the following circumstances shall be recalculated from the time of interruption or conclusion of the relevant procedure:

(1) The obligee requests the obligor's performance.

(2) The obligor agrees to perform.

(3) The obligee institutes an action or applies for arbitration.

(4) Any other circumstance with equal effects as instituting an action or applying for arbitration.

Article 196 The provisions on prescriptive period shall not apply to the following claims:

(1) A claim for cessation of infringement, removal of obstacles, or elimination of danger.

(2) The claim of a holder of a real right in an immovable or a registered real right in a movable for restitution of property.

(3) A claim for payment of child support, support for elderly parents, or spousal support.

(4) Any other claim to which the prescriptive period does not apply in accordance with the law.

（一）不可抗力；

（二）无民事行为能力人或者限制民事行为能力人没有法定代理人，或者法定代理人死亡、丧失民事行为能力、丧失代理权；

（三）继承开始后未确定继承人或者遗产管理人；

（四）权利人被义务人或者其他人控制；

（五）其他导致权利人不能行使请求权的障碍。

自中止时效的原因消除之日起满六个月，诉讼时效期间届满。

第一百九十五条　有下列情形之一的，诉讼时效中断，从中断、有关程序终结时起，诉讼时效期间重新计算：

（一）权利人向义务人提出履行请求；

（二）义务人同意履行义务；

（三）权利人提起诉讼或者申请仲裁；

（四）与提起诉讼或者申请仲裁具有同等效力的其他情形。

第一百九十六条　下列请求权不适用诉讼时效的规定：

（一）请求停止侵害、排除妨碍、消除危险；

（二）不动产物权和登记的动产物权的权利人请求返还财产；

（三）请求支付抚养费、赡养费或者扶养费；

（四）依法不适用诉讼时效的其他请求权。

Article 197 The period, calculation method, and causes of suspension or interruption of extinctive prescription shall be provided for by laws, and any agreement between the parties in this respect shall be void.

A party's prior renouncement of the benefit of prescription shall be void.

Article 198 Where any law prescribes arbitration, such a law shall apply; otherwise, the provisions on extinctive prescription for actions shall apply.

Article 199 Except as otherwise provided for by any law, the duration of rights such as the right of revocation and the right of rescission as granted by laws or agreed upon by the parties shall be calculated from the day when a right holder knows or should have known that such a right has arisen, and the provisions on the suspension, interruption, and extension of extinctive prescription shall not apply to the above duration. The right of revocation, right of rescission, and other rights shall be extinguished upon expiration of such duration.

Chapter X Calculation of Time Periods

Article 200 For the purposes of the civil law, a time period shall be calculated according to the Gregorian calendar by year, month, day, and hour.

Article 201 Where a time period is calculated by year, month, and day, the first day of the period shall not be counted, and the period shall be counted from the next day.

Where a time period is calculated by hour, the period shall be counted from the time specified by laws or agreed upon by the parties.

Article 202 Where a time period is calculated by year and month, the corresponding date of the expiry month shall be the last day of the time period; or if there is no corresponding date, the last day of the expiry month shall be the last day of the time period.

Article 203 Where the last day of a time period falls on a legal holiday, the day after the legal holiday shall be the last day of the time period.

The last day of a time period shall end at 24:00; or if business hours are applicable, the last day shall end at the closing hour.

第一百九十七条　诉讼时效的期间、计算方法以及中止、中断的事由由法律规定，当事人约定无效。

当事人对诉讼时效利益的预先放弃无效。

第一百九十八条　法律对仲裁时效有规定的，依照其规定；没有规定的，适用诉讼时效的规定。

第一百九十九条　法律规定或者当事人约定的撤销权、解除权等权利的存续期间，除法律另有规定外，自权利人知道或者应当知道权利产生之日起计算，不适用有关诉讼时效中止、中断和延长的规定。存续期间届满，撤销权、解除权等权利消灭。

第十章　期间计算

第二百条　民法所称的期间按照公历年、月、日、小时计算。

第二百零一条　按照年、月、日计算期间的，开始的当日不计入，自下一日开始计算。

按照小时计算期间的，自法律规定或者当事人约定的时间开始计算。

第二百零二条　按照年、月计算期间的，到期月的对应日为期间的最后一日；没有对应日的，月末日为期间的最后一日。

第二百零三条　期间的最后一日是法定休假日的，以法定休假日结束的次日为期间的最后一日。

期间的最后一日的截止时间为二十四时；有业务时间的，停止业务活动的时间为截止时间。

Article 204 Time periods shall be calculated in methods specified by this Law, except as otherwise provided for by any law or agreed upon by the parties.

Chapter XI Supplemental Provisions

Article 205 For the purposes of the civil law, "not less than," "not more than," "within," and "expire" shall include the figure itself; "under," "exceed," and "beyond" shall not include the figure itself.

Article 206 This Law shall come into force on October 1, 2017.

第二百零四条　期间的计算方法依照本法的规定，但是法律另有规定或者当事人另有约定的除外。

第十一章　附　则

第二百零五条　民法所称的"以上""以下""以内""届满"，包括本数；所称的"不满""超过""以外"，不包括本数。

第二百零六条　本法自 2017 年 10 月 1 日起施行。

© Copyright Chinalawinfo Co., Ltd
database@chinalawinfo.com

# 00K2

# General Principles of the Civil Law of the People's Republic of China (2009 Amendment)

# General Principles of the Civil Law of the People's Republic of China (2009 Amendment)[Effective]
## 中华人民共和国民法通则(2009 修正) [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Standing Committee of the National People's Congress,Standing Committee of the National People's Congress | **Date issued:** | 08-27-2009 |
| **Effective date:** | 08-27-2009 | **Level of Authority:** | Laws |
| **Area of Law:** | Civil Law | | |

General Principles of the Civil Law of the People's Republic of China

(Adopted at the fourth session of the sixth National People's Congress; Amended in accordance with the Decision of the Standing Committee of the National People's Congress on Amending Some Laws adopted at the 10th session of the eleventh Standing Committee of the National People's Congress on August 27, 2009)

中华人民共和国民法通则

（1986 年 4 月 12 日第六届全国人民代表大会第四次会议通过 根据 2009 年 8 月 27 日第十一届全国人民代表大会常务委员会第十次会议《关于修改部分法律的决定》修正）

Chapter I Basic Principles

第一章 基本原则

Article 1. This Law is formulated in accordance with the Constitution and the actual situation in our country, drawing upon our practical experience in civil activities, for the purpose of protecting the lawful civil rights and interests of citizens and legal persons and correctly adjusting civil relations, so as to meet the needs of the developing socialist modernization.

第一条 为了保障公民、法人的合法的民事权益，正确调整民事关系，适应社会主义现代化建设事业发展的需要，根据宪法和我国实际情况，总结民事活动的实践经验，制定本法。

Article 2. The civil Law of the People's Republic of China shall adjust property relationships and personal relationships between civil subjects with equal status, that is, between citizens, between legal persons and between citizens and legal persons.

第二条 中华人民共和国民法调整平等主体的公民之间、法人之间、公民和法人之间的财产关系和人身关系。

Article 3. Parties to a civil activity shall have equal status.

第三条 当事人在民事活动中的地位平等。

Article 4. In civil activities, the principles of voluntariness, fairness, making compensation for equal value, honesty and credibility shall be observed.

第四条 民事活动应当遵循自愿、公平、等价有偿、诚实信用的原则。

Article 5. The Lawful civil Rights and interests of citizens and Legal Persons shall be protected by Law; no organization or Individual may infringe upon them.

Article 6. civil activities must be in compliance with the Law; where there are no relevant provisions in the Law, they shall be in compliance with state policies.

Article 7. civil activities shall have respect for social ethics and shall not harm the public interest or disrupt social economic order.

Article 8. The Law of the People's Republic of China shall apply to civil activities within the People's Republic of China, except as otherwise stipulated by Law.

The stipulations of this Law as regards citizens shall apply to foreigners and stateless persons within the People's Republic of China, except as otherwise stipulated by Law.

Chapter II Citizen (Natural Person)

Section 1 Capacity for civil Rights and Capacity for civil Conduct

Article 9. A citizen shall have the capacity for civil Rights from birth to death and shall enjoy civil Rights and assume civil obligations in accordance with the Law.

Article 10. All citizens are equal as regards their capacity for civil rights.

Article 11. A citizen aged 18 or over shall be an adult. He shall have full capacity for civil conduct, may independently engage in civil activities and shall be called a person with full capacity for civil conduct.

A citizen who has reached the age of 16 but not the age 18 and whose main source of income is his own labour shall be regarded as a person with full capacity for civil conduct.

Article 12. A minor aged 10 or over shall be a person with limited capacity for civil conduct and may engage in civil activities appropriate to his age and intellect; in other civil activities, he shall be represented by his agent ad litem or participate with the consent of his agent ad litem.

第五条　公民、法人的合法的民事权益受法律保护，任何组织和个人不得侵犯。

第六条　民事活动必须遵守法律，法律没有规定的，应当遵守国家政策。

第七条　民事活动应当尊重社会公德，不得损害社会公共利益，扰乱社会经济秩序

第八条　在中华人民共和国领域内的民事活动，适用中华人民共和国法律，法律另有规定的除外。

本法关于公民的规定，适用于在中华人民共和国领域内的外国人、无国籍人，法律另有规定的除外。

第二章　公民（自然人）

第一节　民事权利能力和民事行为能力

第九条　公民从出生时起到死亡时止，具有民事权利能力，依法享有民事权利，承担民事义务。

第十条　公民的民事权利能力一律平等。

第十一条　十八周岁以上的公民是成年人，具有完全民事行为能力，可以独立进行民事活动，是完全民事行为能力人。

十六周岁以上不满十八周岁的公民，以自己的劳动收入为主要生活来源的，视为完全民事行为能力人。

第十二条　十周岁以上的未成年人是限制民事行为能力人，可以进行与他的年龄、智力相适应的民事活动；其他民事活动由他的法定代理人代理，或者征得他的法定代理人的同意。

A minor under the age of 10 shall be a person having no capacity for civil conduct and shall be represented in civil activities by his agent ad litem.

Article 13. A mentally ill person who is unable to recognize his own conduct shall be a person having no capacity for civil conduct and shall be represented in civil activities by his agent ad litem.

A mentally ill person who is unable to fully recognize his own conduct shall be a person with limited capacity for civil conduct and may engage in civil activities appropriate to his mental health; in other civil activities, he shall be represented by his agent ad litem or participate with the consent of his agent ad litem.

Article 14. The guardian of a person without or with limited capacity for civil conduct shall be his agent ad litem.

Article 15. The domicile of a citizen shall be the place where his residence is registered; if his habitual residence is not the same as his domicile, his habitual residence shall be regarded as his domicile.

Section 2 Guardianship

Article 16. The parents of a minor shall be his guardians.

If the parents of a minor are dead or lack the competence to be his guardian, a person from the following categories who has the competence to be a guardian shall act as his guardian:

(1) paternal or maternal grandparent;

(2) elder brother or sister; or

(3) any other closely connected relative or friend willing to bear the responsibility of guardianship and having approval from the units of the minor's parents or from the neighbourhood or village committee in the place of the minor's residence.

In case of a dispute over guardianship, the units of the minor's parents or the neighbourhood or village committee in the place of his residence shall appoint a guardian from among the minor's near relatives. If disagreement over the appointment leads to a Lawsuit, the people's court shall make a ruling.

不满十周岁的未成年人是无民事行为能力人，由他的法定代理人代理民事活动。

第十三条　不能辨认自己行为的精神病人是无民事行为能力人，由他的法定代理人代理民事活动。

不能完全辨认自己行为的精神病人是限制民事行为能力人，可以进行与他的精神健康状况相适应的民事活动；其他民事活动由他的法定代理人代理，或者征得他的法定代理人的同意。

第十四条　无民事行为能力人、限制民事行为能力人的监护人是他的法定代理人。

第十五条　公民以他的户籍所在地的居住地为住所，经常居住地与住所不一致的，经常居住地视为住所。

第二节　监护

第十六条　未成年人的父母是未成年人的监护人。

未成年人的父母已经死亡或者没有监护能力的，由下列人员中有监护能力的人担任监护人：

（一）祖父母、外祖父母；

（二）兄、姐；

（三）关系密切的其他亲属、朋友愿意承担监护责任，经未成年人的父、母的所在单位或者未成年人住所地的居民委员会、村民委员会同意的。

对担任监护人有争议的，由未成年人的父、母的所在单位或者未成年人住所地的居民委员会、村民委员会在近亲属中指定。对指定不服提起诉讼的，由人民法院裁决。

If none of the persons listed in the first two paragraphs of this Article is available to be the guardian, the units of the minor's parents, the neighbourhood or village committee in the place of the minor's residence or the civil affairs department shall act as his guardian.

Article 17. A person from the following categories shall act as guardian for a mentally ill person without or with limited capacity for civil conduct:

(1) spouse;

(2) parent;

(3) adult child;

(4) any other near relative;

(5) any other closely connected relative or friend willing to bear the responsibility of guardianship and having approval from the unit to which the mentally ill person belongs or from the neighbourhood or village committee in the place of his residence.

In case of a dispute over guardianship, the unit to which the mentally ill person belongs, or the neighbourhood or village committee in the place of his residence, shall appoint a guardian from among his near relatives. If disagreement over the appointment leads to a Lawsuit, the people's court shall make a ruling.

If none of the persons listed in the first paragraph of this Article is available to be the guardian, the unit to which the mentally ill person belongs, the neighbourhood or village committee in the place of his residence or the civil affairs department shall act as his guardian.

Article 18. A guardian shall fulfil his duty of guardianship and protect the person, property and other Lawful Rights and interests of his wards. A guardian shall not handle the property of his ward unless it is in the ward's interests.

A guardian's Rights to fulfil his guardianship in accordance with the Law shall be protected by Law.

If a guardian does not fulfil his duties as guardian or infringes upon the Lawful Rights and interests of his ward, he shall be held responsible; if a guardian causes any property loss for his ward, he shall compensate for such loss. The people's court may disqualify a guardian based on the Application of a concerned party or unit.

没有第一款、第二款规定的监护人的，由未成年人的父、母的所在单位或者未成年人住所地的居民委员会、村民委员会或者民政部门担任监护人。

第十七条　无民事行为能力或者限制民事行为能力的精神病人，由下列人员担任监护人：

（一）配偶；

（二）父母；

（三）成年子女；

（四）其他近亲属；

（五）关系密切的其他亲属、朋友愿意承担监护责任，经精神病人的所在单位或者住所地的居民委员会、村民委员会同意的。

对担任监护人有争议的，由精神病人的所在单位或者住所地的居民委员会、村民委员会在近亲属中指定。对指定不服提起诉讼的，由人民法院裁决。

没有第一款规定的监护人的，由精神病人的所在单位或者住所地的居民委员会、村民委员会或者民政部门担任监护人。

第十八条　监护人应当履行监护职责，保护被监护人的人身、财产及其他合法权益，除为被监护人的利益外，不得处理被监护人的财产。

监护人依法履行监护的权利，受法律保护。

监护人不履行监护职责或者侵害被监护人的合法权益的，应当承担责任；给被监护人造成财产损失的，应当赔偿损失。人民法院可以根据有关人员或者有关单位的申请，撤销监护人的资格。

Article 19. A person who shares interests with mental patient may apply to a people's court for a declaration that the mental patient is a person without or with limited capacity for civil conduct.

with the recovery of the health of a person who has been declared by a people's court to be without or with limited capacity for civil conduct, and upon his own Application or that of an interested person, the people's court may declare him to be a person with limited or full capacity for civil conduct.

Section 3 Declarations of Missing Persons and Death

Article 20. If a citizen's whereabouts have been unknown for two years, an interested person may apply to a people's court for a declaration of the citizen as missing.

If a person's whereabouts become unknown during a war, the calculation of the time period in which his whereabouts are unknown shall begin on the final day of the war.

Article 21. A missing person's property shall be placed in the custody of his spouse, parents, adult children or other closely connected relatives or friends. In case of a dispute over custody, if the persons stipulated above are unavailable or are incapable of taking such custody, the property shall be placed in the custody of a person appointed by the people's court.

Any taxes, debts and other unpaid expenses owed by a missing person shall defrayed by the custodian out of the missing person's property.

Article 22. In the event that a person who has been declared missing reappears or his whereabouts is ascertained, the people's court shall, upon his own Application or that of an interested person, revoke the declaration of his missing person status.

Article 23. Under any of the following circumstances, an interested person may apply to the people's court for the declaration of a citizen's death:

(1) if the citizen's whereabouts have been unknown for four years; or

(2) if the citizen's whereabouts have been unknown for two years after the date of an accident in which he was involved.

If a person's whereabouts become unknown during a war, the calculation of the time period in which his whereabouts are unknown shall begin on the final day of the war.

第十九条　精神病人的利害关系人，可以向人民法院申请宣告精神病人为无民事行为能力人或者限制民事行为能力人。

被人民法院宣告为无民事行为能力人或者限制民事行为能力人的，根据他健康恢复的状况，经本人或者利害关系人申请，人民法院可以宣告他为限制民事行为能力人或者完全民事行为能力人。

第三节　宣告失踪和宣告死亡

第二十条　公民下落不明满二年的，利害关系人可以向人民法院申请宣告他为失踪人。

战争期间下落不明的，下落不明的时间从战争结束之日起计算。

第二十一条　失踪人的财产由他的配偶、父母、成年子女或者关系密切的其他亲属、朋友代管。代管有争议的，没有以上规定的人或者以上规定的人无能力代管的，由人民法院指定的人代管。

失踪人所欠税款、债务和应付的其他费用，由代管人从失踪人的财产中支付。

第二十二条　被宣告失踪的人重新出现或者确知他的下落，经本人或者利害关系人申请，人民法院应当撤销对他的失踪宣告。

第二十三条　公民有下列情形之一的，利害关系人可以向人民法院申请宣告他死亡：

（一）下落不明满四年的；

（二）因意外事故下落不明，从事故发生之日起满二年的。

战争期间下落不明的，下落不明的时间从战争结束之日起计算。

Article 24. In the event that a person who has been declared as dead reappears or it is ascertained that he is alive, the people's court shall, upon his own Application or that of an interested person, revoke the declaration of his death.

Any civil Juristic Acts performed by a person with capacity for civil conduct during the period in which he has been declared dead shall be valid.

Article 25. A person shall have the right to request the return of his property, if the declaration of his death has been revoked. Any citizen or organization that has obtained such property in accordance with the Inheritance Law shall return the original items or make appropriate compensation if the original items are no longer existent.

Section 4 Individual Businesses and Leaseholding Farm Households

Article 26. " Individual Businesses " refers to Businesses run by Individual citizens who have been Lawfully registered and approved to engage in industrial or commercial operation within the sphere permitted by Law. An Individual business may adopt a shop name.

Article 27. " Leaseholding Farm Households " refers to members of a rural collective economic organization who engage in commodity production under a Contract and within the spheres permitted by Law.

Article 28. The legitimate Rights and interests of Individual Businesses and Leaseholding Farm Households shall be protected by Law.

Article 29. The debts of an Individual business or a Leaseholding farm household shall be secured with the Individual 's property if the business is operated by an Individual and with the family's property if the business is operated by a family.

Section 5 Individual Parthership

Article 30. " Individual Partnership " refers to two or more citizens associated in a business and working together, with each providing funds, material objects, techniques and so on according to an agreement.

Article 31. Partners shall make a written agreement covering the funds each is to provide, the distribution of profits, the responsibility for debts, the entering into and withdrawal from partnership, the ending of partnership and other such matters.

第二十四条　被宣告死亡的人重新出现或者确知他没有死亡，经本人或者利害关系人申请，人民法院应当撤销对他的死亡宣告。

有民事行为能力人在被宣告死亡期间实施的民事法律行为有效。

第二十五条　被撤销死亡宣告的人有权请求返还财产。依照继承法取得他的财产的公民或者组织，应当返还原物；原物不存在的，给予适当补偿。

第四节　个体工商户，农村承包经营户

第二十六条　公民在法律允许的范围内，依法经核准登记，从事工商业经营的，为个体工商户。个体工商户可以起字号。

第二十七条　农村集体经济组织的成员，在法律允许的范围内，按照承包合同规定从事商品经营的，为农村承包经营户。

第二十八条　个体工商户，农村承包经营户的合法权益，受法律保护。

第二十九条　个体工商户，农村承包经营户的债务，个人经营的，以个人财产承担；家庭经营的，以家庭财产承担。

第五节　个人合伙

第三十条　个人合伙是指两个以上公民按照协议，各自提供资金、实物、技术等，合伙经营、共同劳动。

第三十一条　合伙人应当对出资数额、盈余分配、债务承担、入伙、退伙、合伙终止等事项，订立书面协议。

Article 32. The property provided by the partners shall be under their unified management and use.

The property accumulated in a partnership operation shall belong to all the partners.

Article 33. An Individual Partnership may adopt a shop name; it shall be approved and registered in accordance with Law and conduct business operations within the range as approved and registered.

Article 34. The operational activities of an Individual Partnership shall be decided jointly by the partners, who each shall have the right to carry out and supervise over those activities.

The partners may elect a responsible person. All partners shall bear civil Liability for the operational activities of the responsible person and other personnel.

Article 35. A partnership's debts shall be secured with the partners' property in proportion to their respective contributions to the investment or according to the agreement made.

Partners shall undertake joint Liability for their partnership's debts, except as otherwise stipulated by Law. Any partner who overpays his share of the partnership's debts shall have the right to claim compensation from the other partners.

Chapter III Legal Persons

Section 1 General Stipulations

Article 36. A legal person shall be an organization that has capacity for civil Rights and capacity for civil conduct and independently enjoys civil Rights and assumes civil obligations in accordance with the Law.

A legal person's capacity for civil Rights and capacity for civil conduct shall begin when the legal person is established and shall end when the legal person terminates.

Article 37. A legal person shall have the following qualifications:

(1) establishment in accordance with the Law;

(2) possession of the necessary property or funds;

(3) possession of its own name, organization and premises; and

第三十二条 合伙人投入的财产，由合伙人统一管理和使用。

合伙经营积累的财产，归合伙人共有。

第三十三条 个人合伙可以起字号，依法经核准登记，在核准登记的经营范围内从事经营。

第三十四条 个人合伙的经营活动，由合伙人共同决定，合伙人有执行或监督的权利。

合伙人可以推举负责人。合伙负责人和其他人员的经营活动，由全体合伙人承担民事责任。

第三十五条 合伙的债务，由合伙人按照出资比例或者协议的约定，以各自的财产承担清偿责任。

合伙人对合伙的债务承担连带责任，法律另有规定的除外。偿还合伙债务超过自己应当承担数额的合伙人，有权向其他合伙人追偿。

第三章 法人

第一节 一般规定

第三十六条 法人是具有民事权利能力和民事行为能力，依法独立享有民事权利和承担民事义务的组织。

法人的民事权利能力和民事行为能力，从法人成立时产生，到法人终止时消灭。

第三十七条 法人应当具备下列条件：

（一）依法成立；

（二）有必要的财产或者经费；

（三）有自己的名称、组织机构和场所；

(4) ability to independently bear civil Liability.

Article 38. In accordance with the Law or the articles of association of the legal person, the responsible person who Acts on behalf of the legal person in exercising its functions and powers shall be its legal representative.

Article 39. A legal person's domicile shall be the place where its main administrative office is located.

Article 40. When a legal person terminates, it shall go into liquidation in accordance with the Law and discontinue all other activities.

Section 2 Enterprise as Legal Person

Article 41. An enterprise under Ownership by the whole people or under collective Ownership shall be qualified as a legal person when it has sufficient funds as stipulated by the state; has articles of association, an organization and premises; has the ability to independently bear civil Liability; and has been approved and registered by the competent authority.

A Chinese-foreign equity joint venture, Chinese-foreign Contractual joint venture or foreign-capital enterprise established within the People's Republic of China shall be qualified as a legal person in China, if it has the qualifications of a legal person and has been approved and registered by the administrative Agency for industry and commerce in accordance with the Law.

Article 42. An Enterprise as Legal Person shall conduct operations within the range approved and registered.

Article 43. An Enterprise as Legal Person shall bear civil Liability for the operational activities of its legal representatives and other personnel.

Article 44. If an Enterprise as Legal Person is divided or merged or undergoes any other important change, it shall register the change with the registration authority and publicly announce it.

When an Enterprise as Legal Person is divided or merged, its Rights and obligations shall be enjoyed and assumed by the new legal person that results from the change.

Article 45. An Enterprise as Legal Person shall terminate for any of the following reasons:

（四）能够独立承担民事责任。

第三十八条　依照法律或者法人组织章程规定，代表法人行使职权的负责人，是法人的法定代表人。

第三十九条　法人以它的主要办事机构所在地为住所。

第四十条　法人终止，应当依法进行清算，停止清算范围外的活动。

第二节　企业法人

第四十一条　全民所有制企业、集体所有制企业有符合国家规定的资金数额，有组织章程、组织机构和场所，能够独立承担民事责任，经主管机关核准登记，取得法人资格。

在中华人民共和国领域内设立的中外合资经营企业，中外合作经营企业和外资企业，具备法人条件的，依法经工商行政管理机关核准登记，取得中国法人资格。

第四十二条　企业法人应当在核准登记的经营范围内从事经营。

第四十三条　企业法人对它的法定代表人和其他工作人员的经营活动，承担民事责任。

第四十四条　企业法人分立、合并上或有其他重要事项变更，应当向登记机关办理登记并公告。

企业法人分立、合并，它的权利和义务由变更后的法人享有和承担。

第四十五条　企业法人由于下列原因之一终止：

(1) if it is dissolved by Law;

(2) if it is disbanded;

(3) if it is declared bankrupt in accordance with the Law; or

(4) for other reasons.

Article 46. When an Enterprise as Legal Person terminates, it shall cancel its registration with the registration authority and publicly announce the termination.

Article 47. When an Enterprise as Legal Person is disbanded, it shall establish a liquidation organization and go into liquidation. When an Enterprise as Legal Person is dissolved or is declared bankrupt, the competent authority or a people's court shall organize the organs and personnel concerned to establish a liquidation organization to liquidate the enterprise.

Article 48. An enterprise under Ownership by the whole people, as legal person, shall bear civil Liability with the property that the state authorizes it to manage. An enterprise under collective Ownership, as legal person, shall bear civil Liability with the property it owns. A Chinese-foreign equity joint venture, Chinese-foreign Contractual joint venture or foreign-capital Enterprise as Legal Person shall bear civil Liability with the property it owns, except as stipulated otherwise by Law.

Article 49. Under any of the following circumstances, an Enterprise as Legal Person shall bear Liability, its legal representative may additionally be given administrative sanctions and fined and, if the offence constitutes a crime, criminal responsibility shall be investigated in accordance with the Law:

(1) conducting illegal operations beyond the range approved and registered by the registration authority;

(2) concealing fActs from the registration and tax authorities and practising fraud;

(3) secretly withdrawing funds or hiding property to evade repayment of debts;

(4) disposing of property without authorization after the enterprise is dissolved, disbanded or declared bankrupt;

（一）依法被撤销；

（二）解散；

（三）依法宣告破产；

（四）其他原因。

　　第四十六条　企业法人终止，应当向登记机关办理注销登记并公告。

　　第四十七条　企业法人解散，应当成立清算组织，进行清算。企业法人被撤销、被宣告破产的，应当由主管机关或者人民法院组织有关机关和有关人员成立清算组织，进行清算。

　　第四十八条　全民所有制企业法人以国家授予它经营管理的财产承担民事责任。集体所有制企业法人以企业所有的财产承担民事责任。中外合资经营企业法人、中外合作经营企业法人和外资企业法人以企业所有的财产承担民事责任，法律另有规定的除外。

　　第四十九条　企业法人有下列情形之一的，除企业承担责任外，对法定代表人可以给予行政处分、罚款，构成犯罪的，依法追究刑事责任：

　　（一）超出登记机关核准登记的经营范围从事非法经营的；

　　（二）向登记机关、税务机关隐瞒真实情况、弄虚作假的；

　　（三）抽逃资金、隐匿财产逃避债务的；

　　（四）解散、被撤销、被宣告破产后，擅自处理财产的；

(5) failing to apply for registration and make a public announcement promptly when the enterprise undergoes a change or terminates, thus causing interested persons to suffer heavy losses;

（五）变更、终止时不及时申请办理登记和公告，使利害关系人遭受重大损失的；

(6) engaging in other activities prohibited by Law, damaging the interests of the state or the public interest.

（六）从事法律禁止的其他活动，损害国家利益或者社会公共利益的。

Section 3 official Organ, Institution and Social Organization AS Legal Persons

第三节　机关、事业单位和社会团体法人

Article 50. An independently funded official Organ shall be qualified as a legal person on the day it is established.

　　第五十条　有独立经费的机关从成立之日起，具有法人资格。

If according to Law an Institution or Social Organization having the qualifications of a legal person needs not go through the procedures for registering as a legal person, it shall be qualified as a legal person on the day it is established; if according to Law it does need to go through the registration procedures, it shall be qualified as a legal person after being approved and registered.

具备法人条件的事业单位、社会团体，依法不需要办理法人登记的，从成立之日起，具有法人资格；依法需要办理法人登记的，经核准登记，取得法人资格。

Section 4 Econimic Association

第四节　联营

Article 51. If a new economic entity is formed by the enterprises or an enterprise and an Institution that engage in Econimic Association and it independently bears civil Liability and has the qualifications of a legal person, the new entity shall be qualified as a legal person after being approved and registered by the competent authority.

　　第五十一条　企业之间或者企业、事业单位之间联营，组成新的经济实体，独立承担民事责任，具备法人条件的，经主管机关核准登记，取得法人资格。

Article 52. If the enterprises or an enterprise and an Institution that engage in Econimic Association conduct joint operation but do not have the qualifications of a legal person, each party to the association shall, in proportion to its respective contribution to the investment or according to the agreement made, bear civil Liability with the property each party owns or manages. If joint Liability is specified by Law or by agreement, the parties shall assume joint Liability.

　　第五十二条　企业之间或者企业、事业单位之间联营，共同经营、不具备法人条件的，由联营各方按照出资比例或者协议的约定，以各自所有的或者经营管理的财产承担民事责任。依照法律的规定或者协议的约定负连带责任的，承担连带责任。

Article 53. If the Contract for Econimic Association of enterprises or of an enterprise and an Institution specifies that each party shall conduct operations independently, it shall stipulate the Rights and obligations of each party, and each party shall bear civil Liability separately.

　　第五十三条　企业之间或者企业、事业单位之间联营，按照合同的约定各自独立经营的，它的权利和义务由合同约定，各自承担民事责任。

Chapter IV Civil Juristic Acts and Agency

第四章　民事法律行为和代理

Section 1 Civil Juristic Acts

第一节　民事法律行为

Article 54. A civil Juristic act shall be the Lawful act of a citizen or legal person to establish, change or terminate civil Rights and obligations.

Article 55. A civil Juristic act shall meet the following requirements:

(1) the actor has relevant capacity for civil conduct;

(2) the intention expressed is genuine; and

(3) the act does not violate the Law or the public interest.

Article 56. A civil Juristic act may be in written, oral or other form. If the Law stipulates that a particular form be adopted, such stipulation shall be observed.

Article 57. A civil Juristic act shall be legally binding once it is instituted. The actor shall not alter or rescind his act except in accordance with the Law or with the other party's consent.

Article 58. civil Acts in the following categories shall be null and void:

(1) those performed by a person without capacity for civil conduct;

(2) those that according to Law may not be independently performed by a person with limited capacity for civil conduct;

(3) those performed by a person against his true intentions as a result of cheating, coercion or exploitation of his unfavourable position by the other party;

(4) those that performed through malicious collusion are detrimental to the interest of the state, a collective or a third party;

(5) those that violate the Law or the public interest;

(6) those that performed under the guise of legitimate Acts conceal illegitimate purposes.

civil Acts that are null and void shall not be legally binding from the very beginning.

Article 59. A party shall have the right to request a people's court or an arbitration Agency to alter or rescind the following civil Acts:

第五十四条　民事法律行为是公民或者法人设立、变更、终止民事权利和民事义务的合法行为。

第五十五条　民事法律行为应当具备下列条件：

（一）行为人具有相应的民事行为能力；

（二）意思表示真实；

（三）不违反法律或者社会公共利益。

第五十六条　民事法律行为可以采用书面形式、口头形式或者其他形式。法律规定用特定形式的，应当依照法律规定。

第五十七条　民事法律行为从成立时起具有法律约束力。行为人非依法律规定或者取得对方同意，不得擅自变更或者解除。

第五十八条　下列民事行为无效：

（一）无民事行为能力人实施的；

（二）限制民事行为能力人依法不能独立实施的；

（三）一方以欺诈、胁迫的手段或者乘人之危，使对方在违背真实意思的情况下所为的；

（四）恶意串通，损害国家、集体或者第三人利益的；

（五）违反法律或者社会公共利益的；

（六）以合法形式掩盖非法目的的。

无效的民事行为，从行为开始就没有法律约束力。

第五十九条　下列民事行为，一方有权请求人民法院或者仲裁机关予以变更或者撤销：

(1) those performed by an actor who seriously misunderstood the contents of the Acts; and

（一）行为人对行为内容有重大误解的；

(2) those that are obviously unfair.

（二）显失公平的。

Rescinded civil Acts shall be null and void from the very beginning.

被撤销的民事行为从行为开始起无效。

Article 60. If a part of a civil act is null and void, it shall not affect the validity of other parts, which shall remain valid.

第六十条　民事行为部分无效，不影响其他部分的效力的，其他部分仍然有效。

Article 61. After a civil act has been determined to be null and void or has been rescinded, the party who acquired property as a result of the act shall return it to the party who suffered a loss. The erring party shall compensate the other party for the losses it suffered as a result of the act; if both sides are in error, they shall each bear their proper share of the responsibility.

第六十一条　民事行为被确认为无效或者被撤销后，当事人因该行为取得的财产，应当返还给受损失的一方。有过错的一方应当赔偿对方因此所受的损失，双方都有过错的，应当各自承担相应的责任。

If the two sides have conspired maliciously and performed a civil act that is detrimental to the interests of the state, a collective or a third party, the property that they thus obtained shall be recovered and turned over to the state or the collective, or returned to the third party.

双方恶意串通，实施民事行为损害国家的、集体的或者第三人的利益的，应当追缴双方取得的财产，收归国家、集体所有或者返还第三人。

Article 62. A civil Juristic act may have conditions attached to it. Conditional civil Juristic Acts shall take effect when the relevant conditions are met.

第六十二条　民事法律行为可以附条件，附条件的民事法律行为在符合所附条件时生效。

Section 2 Agency

第二节　代理

Article 63. Citizens and Legal Persons may perform civil Juristic Acts through agents

第六十三条　公民、法人可以通过代理人实施民事法律行为。

An agent shall perform civil Juristic Acts in the principal's name within the scope of the power of Agency. The principal shall bear civil Liability for the agent's Acts of Agency.

代理人在代理权限内，以被代理人的名义实施民事法律行为。被代理人对代理人的代理行为，承担民事责任。

civil Juristic Acts that should be performed by the principal himself, pursuant to legal provisions or the agreement between the two parties, shall not be entrusted to an agent.

依照法律规定或者按照双方当事人约定，应当由本人实施的民事法律行为，不得代理。

Article 64. Agency shall include entrusted Agency, statutory Agency and appointed Agency.

第六十四条　代理包括委托代理、法定代理和指定代理。

An entrusted agent shall exercise the power of Agency as entrusted by the principal; a statutory agent shall exercise the power of Agency as

委托代理人按照被代理人的委托行使代理权，法定代理人依照法律的规定行使代理

prescribed by Law; and an appointed agent shall exercise the power of Agency as designated by a people's court or the appointing unit.

Article 65. A civil Juristic act may be entrusted to an agent in writing or orally. If legal provisions require the entrustment to be written, it shall be effected in writing.

Where the entrustment of Agency is in writing, the power of attorney shall clearly state the agent's name, the entrusted tasks and the scope and duration of the power of Agency, and it shall be signed or sealed by the principal.

If the power of attorney is not clear as to the authority conferred, the principal shall bear civil Liability towards the third party, and the agent shall be held jointly liable.

Article 66. The principal shall bear civil Liability for an act performed by an actor with no power of Agency, beyond the scope of his power of Agency or after his power of Agency has expired, only if he recognizes the act retroactively. If the act is not so recognized, the performer shall bear civil Liability for it. If a principal is aware that a civil act is being executed in his name but fails to repudiate it, his consent shall be deemed to have been given.

An agent shall bear civil Liability if he fails to perform his duties and thus causes damage to the principal.

If an agent and a third party in collusion harm the principal's interests, the agent and the third party shall be held jointly liable.

If a third party is aware that an actor has no power of Agency or is overstepping his power of Agency, or that his power of Agency has expired, and yet joins him in a civil act and thus brings damage to other people, the third party and the actor shall be held jointly liable.

Article 67. If an agent is aware that the matters entrusted are illegal but still carries them out, or if a principal is aware that his agent's Acts are illegal but fails to object to them, the principal and the agent shall be held jointly liable.

Article 68. If in the principal's interests an entrusted agent needs to transfer the Agency to another person, he shall first obtain the principal's consent. If the principal's consent is not obtained in advance, the matter

权，指定代理人按照人民法院或者指定单位的指定行使代理权。

第六十五条　民事法律行为的委托代理，可以用书面形式，也可以用口头形式。法律规定用书面形式的，应当用书面形式。

书面委托代理的授权委托书应当载明代理人的姓名或者名称、代理事项、权限和期间，并由委托人签名或盖章。

委托书授权不明的，被代理人应当向第三人承担民事责任，代理人负连带责任。

第六十六条　没有代理权、超越代理权或者代理权终止后的行为，只有经过被代理人的追认，被代理人才承担民事责任。未经追认的行为，由行为人承担民事责任。本人知道他人以本人名义实施民事行为而不作否认表示的，视为同意。

代理人不履行职责而给被代理人造成损害的，应当承担民事责任。

代理人和第三人串通、损害被代理人的利益的，由代理人和第三人负连带责任。

第三人知道行为人没有代理权、超越代理权或者代理权已终止还与行为人实施民事行为给他人造成损害的，由第三人和行为人负连带责任。

第六十七条　代理人知道被委托代理的事项违法仍然进行代理活动的，或者被代理人知道代理人的代理行为违法不表示反对的，由被代理人和代理人负连带责任。

第六十八条　委托代理人为被代理人的利益需要转托他人代理的，应当事先取得被代理人的同意。事先没有取得被代理

shall be reported to him promptly after the transfer, and if the principal objects, the agent shall bear civil Liability for the Acts of the transferee; however, an entrusted Agency transferred in emergency circumstances in order to safeguard the principal's interests shall be excepted.

Article 69. An entrusted Agency shall end under any of the following circumstances:

(1) when the period of Agency expires or when the tasks entrusted are completed;

(2) when the principal rescinds the entrustment or the agent declines the entrustment;

(3) when the agent dies;

(4) when the principal loses his capacity for civil conduct; or

(5) when the principal or the agent ceases to be a legal person.

Article 70. A statutory or appointed Agency shall end under any of the following circumstances:

(1) when the principal gains or recovers capacity for civil conduct;

(2) when the principal or the agent dies;

(3) when the agent loses capacity for civil conduct;

(4) when the people's court or the unit that appointed the agent rescinds the appointment; or

(5) when the guardian Relationship between the principal and the agent ends for other reasons.

Chapter V civil Rights

Section 1 property Ownership and Related property Rights

Article 71. " property Ownership " means the owner's Rights to Lawfully possess, utilize, profit from and dispose of his property.

人同意的，应当在事后及时告诉被代理人，如果被代理人不同意，由代理人对自己所转托的人的行为负民事责任，但在紧急情况下，为了保护被代理人的利益而转托他人代理的除外。

第六十九条　有下列情形之一的，委托代理终止：

（一）代理期间届满或者代理事务完成；

（二）被代理人取消委托或者代理人辞去委托；

（三）代理人死亡；

（四）代理人丧失民事行为能力；

（五）作为被代理人或者代理人的法人终止。

第七十条　有下列情形之一的，法定代理或者指定代理终止：

（一）被代理人取得或者恢复民事行为能力；

（二）被代理人或者代理人死亡；

（三）代理人丧失民事行为能力；

（四）指定代理的人民法院或者指定单位取消指定；

（五）由其他原因引起的被代理人和代理人之间的监护关系消灭。

第五章　民事权利

第一节　财产所有权和与财产所有权有关的财产权

第七十一条　财产所有权是指所有人依法对自己的财产享有占有、使用、收益和处分的权利。

Article 72. property Ownership shall not be obtained in violation of the Law.

Unless the Law stipulates otherwise or the parties concerned have agreed on other arrangements, the Ownership of property obtained by Contract or by other Lawful means shall be transferred simultaneously with the property itself.

Article 73. State property shall be owned by the whole people.

State property is sacred and inviolable, and no organization or Individual shall be allowed to seize, encroach upon, privately divide, retain or destroy it.

Article 74. property of collective organizations of the working masses shall be owned collectively by the working masses. This shall include:

(1) land, forests, mountains, grasslands, unreclaimed land, beaches and other areas that are stipulated by Law to be under collective Ownership;

(2) property of collective economic organizations;

(3) collectively owned buildings, reservoirs, farm irrigation facilities and educational, scientific, cultural, health, sports and other facilities; and

(4) other property that is collectively owned.

Collectively owned land shall be owned collectively by the village peasants in accordance with the Law and shall be worked and managed by village agricultural production cooperatives, other collective agricultural economic organizations or villagers' committees. Land already under the Ownership of the township (town) peasants collective economic organizations may be collectively owned by the peasants' of the township (town).

Collectively owned property shall be protected by Law, and no organization or Individual may seize, encroach upon, privately divide, destroy or illegally seal up, detain, freeze or confiscate it.

Article 75. A citizen's Personal property shall include his Lawfully-earned income, housing, savings, articles for daily use, objects art, books, reference materials, trees, livestock, as well as means of production the Law permits a citizen to possess and other Lawful property.

第七十二条 财产所有权的取得，不得违反法律规定。按照合同或者其他合法方式取得财产的，财产所有权从财产交付时起转移，法律另有规定或者当事人另有约定的除外。

第七十三条 国家财产属于全民所有。

国家财产神圣不可侵犯，禁止任何组织或者个人侵占、哄抢、私分、截留、破坏。

第七十四条 劳动群众集体组织的财产属于劳动群众集体所有，包括：

（一）法律规定为集体所有的土地和森林、山岭、草原、荒地、滩涂等；

（二）集体经济组织的财产；

（三）集体所有的建筑物、水库、农田水利设施和教育、科学、文化、卫生、体育等设施；

（四）集体所有的其他财产。

集体所有的土地依照法律属于村农民集体所有，由村农业生产合作社等农业集体经济组织或者村民委员会经营、管理。已经属于乡（镇）农民集体经济组织所有的，可以属于乡（镇）农民集体所有。

集体所有的财产受法律保护，禁止任何组织或者个人侵占、哄抢、私分、破坏或者非法查封、扣押、冻结、没收。

第七十五条 公民的个人财产，包括公民的合法收入、房屋、储蓄、生活用品、文物、图书资料、林木、牲畜和法律允许公民所有的生产资料以及其他合法财产。

A citizen's Lawful property shall be protected by Law, and no organization or Individual may appropriate, encroach upon, destroy or illegally seal up, detain, freeze or confiscate it.

公民的合法财产受法律保护，禁止任何组织或者个人侵占、哄抢、破坏或者非法查封、扣押、冻结、没收。

Article 76. Citizens shall have the right of inheritance under the Law.

第七十六条　公民依法享有财产继承权。

Article 77. The Lawful property of Social Organizations, including religious organizations, shall be protected by Law.

第七十七条　社会团体包括宗教团体的合法财产受法律保护。

Article 78. property may be owned jointly by two or more citizens or Legal Persons.

第七十八条　财产可以由两个以上的公民、法人共有。

There shall be two kinds of joint Ownership, namely co-Ownership by shares and common Ownership. Each of the co-owners by shares shall enjoy the Rights and assume the obligations respecting the joint property in proportion to his share. Each of the common owners shall enjoy the Rights and assume the obligations respecting the joint property.

共有分为按份共有和共同共有。按份共有人按照各自的份额，对共有财产分享权利，分担义务。共同共有人对共有财产享有权利，承担义务。

Each co-owner by shares shall have the right to withdraw his own share of the joint property or transfer its Ownership. However, when he offers to sell his share, the other co-owners shall have a right of preemption if all other conditions are equal.

按份共有财产的每个共有人有权要求将自己的份额分出或者转让。但在出售时，其他共有人在同等条件下，有优先购买的权利。

Article 79. If the owner of a buried or concealed object is unknown, the object shall belong to the state. The unit that receives the object shall commend or give a material reward to the unit or Individual that turns in the object.

第七十九条　所有人不明的埋藏物、隐藏物，归国家所有。接收单位应当对上缴的单位或者个人，给予表扬或者物质奖励。

Lost-and-found objects, flotsam and stray animals shall be returned to their rightful owners, and any costs thus incurred shall be reimbursed by the owners.

拾得遗失物、漂流物或者失散的饲养动物，应当归还失主，因此而支出的费用由失主偿还。

Article 80. State-owned land may be used according to Law by units under Ownership by the whole people; it may be also Lawfully assigned for use by units under collective Ownership. The state shall protect the usufruct of the land, and the usufructuary shall be obligated to manage, protect and properly use the land.

第八十条　国家所有的土地，可以依法由全民所有制单位使用，也可以依法确定由集体所有制单位使用，国家保护它的使用、收益的权利；使用单位有管理、保护、合理利用的义务。

The right of citizens and collectives to Contract for management of land under collective Ownership or of state owned land under collective use shall be protected by Law. The Rights and obligations of the two Contracting parties shall be stipulated in the Contract signed in accordance with the Law.

公民、集体依法对集体所有的或者国家所有由集体使用的土地的承包经营权，受法律保护。承包双方的权利和义务，依照法律由承包合同规定。

Land may not be sold, leased, mortgaged or illegally transferred by any other means.

Article 81. State-owned forests, mountains, grasslands, unreclaimed land, beaches, water surfaces and other natural resources may be used according to Law by units under Ownership by the whole people; or they may be also Lawfully assigned for use by units under collective Ownership. The state shall protect the usufruct of those resources, and the usufructuary shall be obliged to manage, protect and properly use them.

State-owned mineral resources may be mined according to Law by units under Ownership by the whole people and units under collective Ownership; citizens may also Lawfully mine such resources. The state shall protect Lawful mining Rights.

The right of citizens and collectives to Lawfully Contract for the management of forests, mountains, grasslands, unreclaimed land, beaches and water surfaces that are owned by the collectives or owned by the state but used by collectives shall be protected by Law. The Rights and obligations of the two Contracting parties shall be stipulated in the Contract in accordance with the Law.

State-owned mineral resources and waters as well as forest land, mountains, grasslands, unreclaimed land and beaches owned by the state and those that are Lawfully owned by collectives may not be sold, leased, mortgaged or illegally transferred by any other means.

Article 82. Enterprises under Ownership by the whole people shall Lawfully enjoy the Rights of management over property that the state has authorized them to manage and operate, and the Rights shall be protected by Law.

Article 83. In the spirit of helping production, making things convenient for people's life, enhancing unity and mutual assistance, and being fair and reasonable, neighbouring users of real estate shall maintain proper neighbourly Relations over such matters as water supply, drainage, passageway, ventilation and lighting. Anyone who causes obstruction or damages to his neighbour, shall stop the Infringement, eliminate the obstruction and compensate for the damages.

Section 2 Creditors' Rights

Article 84. A debt represents a special Relationship of Rights and obligations established between the parties concerned, either according to the agreed terms of a Contract or legal provisions. The party entitled to the

土地不得买卖、出租、抵押或者以其他形式非法转让。

第八十一条　国家所有的森林、山岭、草原、荒地、滩涂、水面等自然资源，可以依法由全民所有制单位使用，也可以依法确定由集体所有制单位使用，国家保护它的使用、收益的权利；使用单位有管理、保护、合理利用的义务。

国家所有的矿藏，可以依法由全民所有制单位和集体所有制单位开采，也可以依法由公民采挖。国家保护合法的采矿权。

公民、集体依法对集体所有的或者国家所有由集体使用的森林、山岭、草原、荒地、滩涂、水面的承包经营权，受法律保护。承包双方的权利和义务，依照法律由承包合同规定。

国家所有的矿藏、水流，国家所有的和法律规定属于集体所有的林地、山岭、草原,荒地、滩涂不得买卖、出租、抵押或者以其他形式非法转让。

第八十二条　全民所有制企业对国家授予它经营管理的财产依法享有经营权，受法律保护。

第八十三条　不动产的相邻各方，应当按照有利生产、方便生活、团结互助、公平合理的精神，正确处理截水、排水、通行、通风、采光等方面的相邻关系。给相邻方造成妨碍或者损失的，应当停止侵害，排除妨碍，赔偿损失。

第二节　债权

第八十四条　债是按照合同的约定或者依照法律的规定，在当事人之间产生的

Rights shall be the creditor, and the party assuming the obligations shall be the debtor.

The creditor shall have the right to demand that the debtor fulfil his obligations as specified by the Contract or according to legal provisions.

Article 85. A Contract shall be an agreement whereby the parties establish, change or terminate their civil Relationship. Lawfully established Contracts shall be protected by Law.

Article 86. When there are two or more Creditors to a deal, each creditor shall be entitled to Rights in proportion to his proper share of the credit. When there are two or more debtors to a deal, each debtor shall assume obligations in proportion to his proper share of the debt.

Article 87. When there are two or more Creditors or debtors to a deal, each of the joint Creditors shall be entitled to demand that the debtor fulfil his obligations, in accordance with legal provisions or the agreement between the parties; each of the joint debtors shall be obliged to perform the entire debt, and the debtor who performs the entire debt shall be entitled to ask the other joint debtors to reimburse him for their shares of the debt.

Article 88. The parties to a Contract shall fully fulfil their obligations pursuant to the terms of the Contract.

If a Contract contains ambiguous terms regarding quality, time limit for performance, place of performance, or price, and the intended meaning cannot be determined from the context of relevant terms in the Contract, and if the parties cannot reach an agreement through consultation, the provisions below shall apply:

(1) If quality requirements are unclear, state quality standards shall apply; if there are no state quality standards, generally held standards shall apply.

(2) If the time limit for performance is unclear, the debtor may at his convenience fulfil his obligations towards the creditor; the creditor may also demand at any time that the debtor perform his obligations, but sufficient notice shall be given to the debtor.

(3) If the place of performance is unclear, and the payment is money, the performance shall be effected at the seat or place of residence of the party receiving the payment; if the payment is other than money, the

特定的权利和义务关系。享有权利的人是债权人，负有义务的人是债务人。

债权人有权要求债务人按照合同的约定或者依照法律的规定履行义务。

第八十五条　合同是当事人之间设立、变更、终止民事关系的协议。依法成立的合同，受法律保护。

第八十六条　债权人为二人以上的，按照确定的份额分享权利。债务人为二人以上的，按照确定的份额分担义务。

第八十七条　债权人或者债务人一方人数为二人以上的，依照法律的规定或者当事人的约定，享有连带权利的每个债权人，都有权要求债务人履行义务；负有连带义务的每个债务人，都负有清偿全部债务的义务，履行了义务的人，有权要求其他负有连带义务的人偿付他应当承担的份额。

第八十八条　合同的当事人应当按照合同的约定，全部履行自己的义务。

合同中有关质量、期限、地点或者价款约定不明确，按照合同有关条款内容不能确定，当事人又不能通过协商达成协议的，适用下列规定：

（一）质量要求不明确的，按照国家质量标准履行，没有国家质量标准的，按照通常标准履行。

（二）履行期限不明确的，债务人可以随时向债权人履行义务，债权人也可以随时要求债务人履行义务，但应当给对方必要的准备时间。

（三）履行地点不明确，给付货币的，在接受给付一方的所在地履行，其他标的在履行义务一方的所在地履行。

performance shall be effected at the seat or place of residence of the party fulfilling the obligations.

(4) If the price agreed by the parties is unclear, the state-fixed price shall apply. If there is no state-fixed price, the price shall be based on market price or the price of a similar article or remuneration for a similar service.

（四）价格约定不明确，按照国家规定的价格履行；没有国家规定价格的，参照市场价格或者同类物品的价格或者同类劳务的报酬标准履行。

If the Contract does not contain an agreed term regarding Rights to patent Application, any party who has completed an invention-creation shall have the right to apply for a patent.

合同对专利申请权没有约定的，完成发明创造的当事人享有申请权。

If the Contract does not contain an agreed term regarding Rights to the use of scientific and technological research achievements, the parties shall all have the right to use such achievements.

合同对科技成果的使用权没有约定的，当事人都有使用的权利。

Article 89. In accordance with legal provisions the agreement between the parties on the performance of a debt may be guaranteed using the Methods below:

第八十九条　依照法律的规定或者按照当事人的约定，可以采用下列方式担保债务的履行：

(1) A guarantor may guarantee to the creditor that the debtor shall perform his debt. If the debtor defaults, the guarantor shall perform the debt or bear joint Liability according to agreement. After performing the debt, the guarantor shall have the right to claim repayment from the debtor.

（一）保证人向债权人保证债务人履行债务，债务人不履行债务的，按照约定由保证人履行或者承担连带责任；保证人履行债务后，有权向债务人追偿。

(2) The debtor or a third party may offer a specific property as a pledge. If the debtor defaults, the creditor shall be entitled to keep the pledge to offset against the debt or have priority in satisfying his claim out of the proceeds from the sale of the pledge pursuant to relevant legal provisions.

（二）债务人或者第三人可以提供一定的财产作为抵押物。债务人不履行债务的，债权人有权依照法律的规定以抵押物折价或者以变卖抵押物的价款优先得到偿还。

(3) within the limits of relevant legal provisions, a party may leave a deposit with the other party. After the debtor has discharged his debt, the deposit shall either be retained as partial payment of the debt or returned. If the party who leaves the deposit defaults, he shall not be entitled to demand the return of the deposit; if the party who accepts the deposit defaults, he shall repay the deposit in double.

（三）当事人一方在法律规定的范围内可以向对方给付定金。债务人履行债务后，定金应当抵作价款或者收回。给付定金的一方不履行债务的，无权要求返还定金；接受定金的一方不履行债务的，应当双倍返还定金。

(4) If a party has possession of the other party's property according to Contract, and the other party violates the Contract by failing to pay a required sum of money within the specified time limit, the possessor shall have a lien on the property and may keep the retained property to offset against the debt or have priority in satisfying his claim out of the proceeds from the sale of the property pursuant to relevant legal provisions.

（四）按照合同约定一方占有对方的财产，对方不按照合同给付应付款项超过约定期限的，占有人有权留置该财产，依照法律的规定以留置财产折价或者以变卖该财产的价款优先得到偿还。

Article 90. Legitimate loan Relationships shall be protected by Law.

Article 91. If a party to a Contract transfers all or part of his Contractual Rights or obligations to a third party, he shall obtain the other party's consent and may not seek profits therefrom. Contracts which according to legal provisions are subject to state approval, such as transfers, must be approved by the authority that originally approved the Contract, unless the Law or the original Contract stipulates otherwise.

Article 92. If profits are acquired improperly and without a lawful basis, resulting in another person's loss, the illegal profits shall be returned to the person who suffered the loss.

Article 93. If a person Acts as manager or provides services in order to protect another person's interests when he is not legally or Contractually obligated to do so, he shall be entitled to claim from the beneficiary the expenses necessary for such assistance.

Section 3 Intellectual property Rights

Article 94. Citizens and Legal Persons shall enjoy Rights of authorship (copyRights) and shall be entitled to sign their names as authors, issue and publish their works and obtain remuneration in accordance with the Law.

Article 95. The patent Rights Lawfully obtained by citizens and Legal Persons shall be protected by Law.

Article 96. The Rights to exclusive use of trademarks obtained by Legal Persons, Individual Businesses and Individual Partherships shall be protected by Law.

Article 97. Citizens who make discoveries shall be entitled to the Rights of discovery. A discoverer shall have the right to apply for and receive certificates of discovery, bonuses or other awards.

Citizens who make inventions or other achievements in scientific and technological researches shall have the right to apply for and receive certificates of honour, bonuses or other awards.

Section 4 Personal Rights

Article 98. Citizens shall enjoy the Rights of life and health.

第九十条　合法的借贷关系受法律保护。

第九十一条　合同一方将合同的权利、义务全部或者部分转让给第三人的，应当取得合同另一方的同意，并不得牟利。依照法律规定应当由国家批准的合同，需经原批准机关批准。但是，法律另有规定或者原合同另有约定的除外。

第九十二条　没有合法根据，取得不当利益，造成他人损失的，应当将取得的不当利益返还受损失的人。

第九十三条　没有法定的或者约定的义务，为避免他人利益受损失进行管理或者服务的，有权要求受益人偿付由此而支付的必要费用。

第三节　知识产权

第九十四条　公民、法人享有著作权（版权），依法有署名、发表、出版、获得报酬等权利。

第九十五条　公民、法人依法取得的专利权受法律保护。

第九十六条　法人、个体工商户、个人合伙依法取得商标专用权受法律保护。

第九十七条　公民对自己的发现享有发现权。发现人有权申请领取发现证书、奖金或者其他奖励。

公民对自己的发明或者其他科技成果，有权申请领取荣誉证书、奖金或者其他奖励。

第四节　人身权

第九十八条　公民享有生命健康权。

Article 99. Citizens shall enjoy the right of Personal name and shall be entitled to determine, use or change their Personal names in accordance with relevant provisions. Interference with, usurpation of and false representation of Personal names shall be prohibited.

Legal Persons, Individual Businesses and Individual Partherships shall enjoy the right of name. Enterprises as Legal Persons, Individual Businesses and Individual Partherships shall have the right to use and Lawfully assign their own names.

Article 100. Citizens shall enjoy the right of portrait.The use of a citizen's portrait for profits without his consent shall be prohibited.

Article 101. Citizens and Legal Persons shall enjoy the right of reputation. The Personality of citizens shall be protected by Law, and the use of insults, libel or other means to damage the reputation of citizens or Legal Persons shall be prohibited.

Article 102. Citizens and Legal Persons shall enjoy the right of honour. It shall prohibited to unLawfully divest citizens and Legal Persons of their honorary titles.

Article 103. Citizens shall enjoy the right of marriage by choice. Mercenary marriages, marriages upon arbitrary decision by any third party and any other Acts of interference in the freedom of marriage shall be prohibited.

Article 104. Marriage, the family, old people, mothers and children shall be protected by Law.

The Lawful Rights and interests of the handicapped shall be protected by Law.

Article 105. Women shall enjoy equal civil Rights with men.

Chapter VI Civil Liability

Section 1 General Stipulations

Article 106. Citizens and Legal Persons who Breach a Contract or fail to fulfil other obligations shall bear civil Liability.

第九十九条　公民享有姓名权、有权决定、使用和依照规定改变自己的姓名，禁止他人干涉、盗用、假冒。

法人、个体工商户、个人合伙享有名称权。企业法人、个体工商户、个人合伙有权使用、依法转让自己的名称。

第一百条　公民享有肖像权，未经本人同意，不得以营利为目的使用公民的肖像。

第一百零一条　公民、法人享有名誉权，公民的人格尊严受法律保护，禁止用侮辱、诽谤等方式损害公民、法人的名誉。

第一百零二条　公民、法人享有荣誉权，禁止非法剥夺公民、法人的荣誉称号。

第一百零三条　公民享有婚姻自主权，禁止买卖、包办婚姻和其他干涉婚姻自由的行为。

第一百零四条　婚姻、家庭、老人、母亲和儿童受法律保护。

残疾人的合法权益受法律保护。

第一百零五条　妇女享有同男子平等的民事权利。

第六章　民事责任

第一节　一般规定

第一百零六条　公民、法人违反合同或者不履行其他义务的，应当承担民事责任。

Citizens and Legal Persons who through their fault encroach upon state or collective property, or the property or person of other people shall bear civil Liability.

civil Liability shall still be borne even in the absence of fault, if the Law so stipulates.

Article 107. civil Liability shall not be borne for failure to perform a Contract or damage to a third party if it is caused by force majeure, except as otherwise provided by Law.

Article 108. Debts shall be cleared. If a debtor is unable to repay his debt immediately, he may repay by instalments with the consent of the creditor or a ruling by a people's court. If a debtor is capable of repaying his debt but refuses to do so, repayment shall be compelled by the decision of a people's court.

Article 109. If a person suffers damages from preventing or stopping the encroachment on state or collective property, or the property or person of a third party, the infringer shall bear responsibility for compensation, and the beneficiary may also give appropriate compensation.

Article 110. Citizens or Legal Persons who bear civil Liability shall also be held for administrative responsibility if necessary. If the Acts committed by citizens and Legal Persons constitute crimes, criminal responsibility of their legal representatives shall be investigated in accordance with the Law.

Section 2 Civil Liability for Breahc of Contract

Article 111. If a party fails to fulfil its Contractual obligations or violates the terms of a Contract while fulfilling the obligations, the other party shall have the right to demand fulfilment or the taking of remedial measures and claim compensation for its losses.

Article 112. The party that Breaches a Contract shall be liable for compensation equal to the losses consequently suffered by the other party.

The parties may specify in a Contract that if one party Breaches the Contract it shall pay the other party a certain amount of Breach of Contract damages; they may also specify in the Contract the method of assessing the compensation for any losses resulting from a Breach of Contract.

公民、法人由于过错侵害国家的、集体的财产，侵害他人财产、人身的应当承担民事责任。

没有过错，但法律规定应当承担民事责任的，应当承担民事责任。

第一百零七条　因不可抗力不能履行合同或者造成他人损害的，不承担民事责任，法律另有规定的除外。

第一百零八条　债务应当清结。暂时无力偿还的，经债权人同意或者人民法院裁决，可以由债务人分期偿还。有能力偿还拒不偿还的，由人民法院判决强制偿还。

第一百零九条　因防止、制止国家的、集体的财产或者他人的财产、人身遭受侵害而使自己受到损害的，由侵害人承担赔偿责任，受益人也可以给予适当的补偿。

第一百一十条　对承担民事责任的公民、法人需要追究行政责任的，应当追究行政责任；构成犯罪的，对公民、法人的法定代表人应当依法追究刑事责任。

第二节　违反合同的民事责任

第一百一十一条　当事人一方不履行合同义务或者履行合同义务不符合约定条件的，另一方有权要求履行或者采取补救措施，并有权要求赔偿损失。

第一百一十二条　当事人一方违反合同的赔偿责任，应当相当于另一方因此所受到的损失。

当事人可以在合同中约定，一方违反合同时，向另一方支付一定数额的违约金；也可以在合同中约定对于违反合同而产生的损失赔偿额的计算方法。

Article 113. If both parties Breach the Contract, each party shall bear its respective civil Liability.

Article 114. If one party is suffering losses due to the other party's Breach of Contract, it shall take prompt measures to prevent the losses from increasing; if it does not promptly do so, it shall not have the right to claim compensation for the additional losses.

Article 115. A party's right to claim compensation for losses shall not be affected by the alteration or termination of a Contract.

Article 116. If a party fails to fulfil its Contractual obligations on account of a higher authority, it shall first compensate for the losses of the other party or take other remedial measures as Contractually agreed and then the higher authority shall be responsible for settling the losses it sustained.

Section 3 Civil Liability for Infringement of Rights

Article 117. Anyone who encroaches on the property of the state, a collective or another person shall return the property; failing that, he shall reimburse its estimated price.

Anyone who damages the property of the state, a collective or another person shall restore the property to its original condition or reimburse its estimated price. If the victim suffers other great losses therefrom, the infringer shall compensate for those losses as well.

Article 118. If the Rights of authorship (copyRights), patent Rights, Rights to exclusive use of trademarks, Rights of discovery, Rights of invention or Rights for scientific and technological research achievements of citizens or Legal Persons are infringed upon by such means as plagiarism, alteration or imitation, they shall have the right to demand that the Infringement be stopped, its ill effects be eliminated and the damages be compensated for.

Article 119. Anyone who infringes upon a citizen's person and causes him physical injury shall pay his medical expenses and his loss in income due to missed working time and shall pay him living subsidies if he is disabled; if the victim dies, the infringer shall also pay the funeral expenses, the necessary living expenses of the deceased's dependents and other such expenses.

第一百一十三条　当事人双方都违反合同的，应当分别承担各自应负的民事责任。

第一百一十四条　当事人一方因另一方违反合同受到损失的，应当及时采取措施防止损失的扩大；没有及时采取措施致使损失扩大的，无权就扩大的损失要求赔偿。

第一百一十五条　合同的变更或者解除，不影响当事人要求赔偿损失的权利。

第一百一十六条　当事人一方由于上级机关的原因，不能履行合同义务的，应当按照合同约定向另一方赔偿损失或者采取其补救措施，再由上级机关对它因此受到的损失负责处理。

第三节　侵权的民事责任

第一百一十七条　侵占国家的、集体的财产或者他人财产的，应当返还财产，不能返还财产的，应当折价赔偿。

损坏国家的、集体的财产或者他人财产的，应当恢复原状或者折价赔偿。受害人因此遭受其他重大损失的，侵害人并应当赔偿损失。

第一百一十八条　公民、法人的著作权（版权），专利权、商标专用权、发现权、发明权和其他科技成果权受到剽窃、篡改、假冒等侵害的，有权要求停止侵害，消除影响，赔偿损失。

第一百一十九条　侵害公民身体造成伤害的，应当赔偿医疗费、因误工减少的收入、残废者生活补助费等费用；造成死亡的，并应当支付丧葬费、死者生前扶养的人必要的生活费等费用。

Article 120. If a citizen's right of Personal name, portrait, reputation or honour is infringed upon, he shall have the right to demand that the Infringement be stopped, his reputation rehabilitated, the ill effects eliminated and an apology made; he may also demand compensation for losses.

The above paragraph shall also apply to Infringements upon a legal person's right of name, reputation or honour.

Article 121. If a state organ or its personnel, while executing its duties, encroaches upon the Lawful Rights and interests of a citizen or legal person and causes damages, it shall bear civil Liability.

Article 122. If a substandard product causes property damage or physical injury to others, the manufacturer or seller shall bear civil Liability according to Law. If the transporter or storekeeper is responsible for the matter, the manufacturer or seller shall have the right to demand compensation for its losses.

Article 123. If any person causes damage to other people by engaging in operations that are greatly hazardous to the surroundings, such as operations conducted high above the ground, or those involving high pressure, high voltage, combustibles, explosives, highly toxic or radioactive substances or high-speed means of transport, he shall bear civil Liability; however, if it can be proven that the damage was deliberately caused by the victim, he shall not bear civil Liability.

Article 124. Any person who pollutes the environment and causes damages to others in violation of state provisions for environmental protection and the prevention of pollution shall bear civil Liability in accordance with the Law.

Article 125. Any constructor who engages in excavation, repairs or installation of underground facilities in a public place, on a roadside or in a passageway without setting up clear signs and adopting safety measures and thereby causes damages to others shall bear civil Liability.

Article 126. If a building or any other installation or an object placed or hung on a structure collapses, detaches or drops down and causes damages to others, its owner or manager shall bear civil Liability, unless he can prove himself not a fault.

第一百二十条　公民的姓名权、肖像权、名誉权、荣誉权受到侵害的，有权要求停止侵害，恢复名誉，消除影响，赔礼道歉，并可以要求赔偿损失。

法人的名称权、名誉权、荣誉权受到侵害的，适用前款规定。

第一百二十一条　国家机关或者国家机关工作人员在执行职务，侵犯公民、法人的合法权益造成损害的，应当承担民事责任。

第一百二十二条　因产品质量不合格造成他人财产、人身损害的，产品制造者、销售者应当依法承担民事责任。运输者仓储者对此负有责任的，产品制造者、销售者有权要求赔偿损失。

第一百二十三条　从事高空、高压、易燃、易爆、剧毒、放射性、高速运输工具等对周围环境有高度危险的作业造成他人损害的，应当承担民事责任；如果能够证明损害是由受害人故意造成的，不承担民事责任。

第一百二十四条　违反国家保护环境防止污染的规定，污染环境造成他人损害的，应当依法承担民事责任。

第一百二十五条　在公共场所、道旁或者通道上挖坑、修缮安装地下设施等，没有设置明显标志和采取安全措施造成他人损害的，施工人应当承担民事责任。

第一百二十六条　建筑物或者其他设施以及建筑物上的搁置物、悬挂物发生倒塌、脱落、坠落造成他人损害的，它的所有人或者管理人应当承担民事责任，但能够证明自己没有过错的除外。

Article 127. If a domesticated animal causes harm to any person, its keeper or manager shall bear civil Liability. If the harm occurs through the fault of the victim, the keeper or manager shall not bear civil Liability; if the harm occurs through the fault of a third party, the third party shall bear civil Liability.

Article 128. A person who causes harm for exercising justifiable de fence shall not bear civil Liability. If justifiable defence exceeds the limits of necessity and undue harm is caused, an appropriate amount of civil Liability shall be borne.

Article 129. If harm occurs through emergency Actions taken to avoid danger, the person who gave rise to the danger shall bear civil Liability. If the danger arose from natural causes, the person who took the emergency Actions may either be exempt from civil Liability or bear civil Liability to an appropriate extent. If the emergency measures taken are improper or exceed the limits of necessity and undue harm is caused, the person who took the emergency Action shall bear civil Liability to an appropriate extent.

Article 130. If two or more persons jointly infringe upon another person's Rights and cause him damages, they shall bear joint Liability.

Article 131. If a victim is also at fault for causing the harm, damages, the civil Liability of the infringer may be reduced.

Article 132. If none of the parties are at fault in a damage that has been caused, they may share civil Liability according to the actual circumstances.

Article 133. If a person without or with limited capacity for civil conduct causes damages to others, his guardian shall bear civil Liability. If the guardian has done his duty of guardianship, his civil Liability may be appropriately reduced.

If a person who has property but is without or with limited capacity for civil conduct causes damages to others, the expenses of compensation shall be paid from his property. Shortfalls in such expenses shall be appropriately compensated for by the guardian unless the guardian is a unit.

第一百二十七条　饲养的动物造成他人损害的，动物饲养人或者管理人应当承担民事责任；由于受害人的过错造成损害的，动物饲养人或者管理人不承担民事责任；由于第三人的过错造成损害的，第三人应当承担民事责任。

第一百二十八条　因正当防卫造成损害的，不承担民事责任。正当防卫超过必要的限度，造成不应有的损害的，应当承担适当的民事责任。

第一百二十九条　因紧急避险造成损害的，由引起险情发生的人承担民事责任。如果危险是由自然原因引起的，紧急避险人不承担民事责任或者承担适当的民事责任。因紧急避险采取措施不当或者超过必要的限度，造成不应有的损害的，紧急避险人应当承担适当的民事责任。

第一百三十条　二人以上共同侵权造成他人损害的，应当承担连带责任。

第一百三十一条　受害人对于损害的发生也有过错的，可以减轻侵害人的民事责任。

第一百三十二条　当事人对造成损害都没有过错的，可以根据实际情况，由当事人分担民事责任。

第一百三十三条　无民事行为能力人、限制民事行为能力人造成他人损害的，由监护人承担民事责任。监护人尽了监护责任的，可以适当减轻他的民事责任。

有财产的无民事行为能力人、限制民事行为能力人造成他人损害的，从本人财产中支付赔偿费用。不足部分，由监护人适当赔偿，但单位担任监护人的除外。第四节承担民事责任的方式

Article 134. The main Methods of Bearing civil Liability shall be:

(1) cessation of Infringements;

(2) removal of obstacles;

(3) elimination of dangers;

(4) return of property;

(5) restoration of original condition;

(6) repair, reworking or replacement;

(7) compensation for losses;

(8) payment of Breach of Contract damages;

(9) elimination of ill effects and rehabilitation of reputation; and

(10) extension of apology.

The above Methods of Bearing civil Liability may be applied exclusively or concurrently.

When hearing civil cases, a people's court, in addition to applying the above stipulations, may serve admonitions, order the offender to sign a pledge of repentance, and confiscate the property used in carrying out illegal activities and the illegal income obtained therefrom. It may also impose fines or detentions as stipulated by Law.

Chapter VII Limitation of Action

Article 135. Except as otherwise stipulated by Law, the Limitation of Action regarding Applications to a people's court for protection of civil Rights shall be two years.

Article 136. The Limitation of Action shall be one year on cases concerning the following:

(1) claims for compensation for bodily injuries;

(2) sales of substandard goods without proper notice to that effect;

(3) delays in paying rent or refusal to pay rent; or

(4) loss of or damage to property left in the care of another person.

第一百三十四条　承担民事责任的方式主要有：

（一）停止侵害；

（二）排除妨碍；

（三）消除危险；

（四）返还财产；

（五）恢复原状；

（六）修理、重作、更换；

（七）赔偿损失；

（八）支付违约金；

（九）消除影响、恢复名誉；

（十）赔礼道歉。

以上承担民事责任的方式，可以单独适用，也可以合并适用。

人民法院审理民事案件，除适用上述规定外，还可以予以训诫、责令具结悔过，收缴进行非法活动的财物和非法所得，并可以依照法律规定处以罚款、拘留。

第七章　诉讼时效

第一百三十五条　向人民法院请求保护民事权利的诉讼时效期间为二年，法律另有规定的除外。

第一百三十六条　下列的诉讼时效期间为一年：

（一）身体受到伤害要求赔偿的；

（二）出售质量不合格的商品未声明的；

（三）延付或者拒付租金的；

（四）寄存财物被丢失或者损毁的。

Article 137. A Limitation of Action shall begin when the entitled person knows or should know that his Rights have been infringed upon. However, the people's court shall not protect his Rights if 20 years have passed since the Infringement. Under special circumstances, the people's court may extend the Limitation of Action.

Article 138. If a party chooses to fulfil obligations voluntarily after the Limitation of Action has expired, he shall not be subject to the Limitation.

Article 139. A Limitation of Action shall be suspended during the last six months of the Limitation if the plaintiff cannot exercise his right of claim because of force majeure or other obstacles. The Limitation shall resume on the day when the grounds for the suspension are eliminated.

Article 140. A Limitation of Action shall be discontinued if a suit is brought or if one party makes a claim for or agrees to fulfilment of obligations. A new Limitation shall be counted from the time of the discontinuance.

Article 141. If the Law has other stipulations concerning Limitation of Action, those stipulations shall apply.

Chapter VIII Application of Law in civil Relations with foreigners

Article 142. The Application of Law in civil Relations with foreigners shall be determined by the provisions in this Chapter.

If any international treaty concluded or acceded to by the People's Republic of China contains provisions differing from those in the civil Laws of the People's Republic of China, the provisions of the international treaty shall apply, unless the provisions are ones on which the People's Republic of China has announced reservations.

International practice may be applied on matters for which neither the Law of the People's Republic of China nor any international treaty concluded or acceded to by the People's Republic of China has any provisions.

Article 143. If a citizen of the People's Republic of China settles in a foreign country, the Law of that country may be applicable as regards his capacity for civil conduct.

Article 144. The Ownership of immovable property shall be bound by the Law of the place where it is situated.

第一百三十七条 诉讼时效期间从知道或者应当知道权利被侵害时起计算。但是，从权利被侵害之日起超过二十年的，人民法院不予保护。有特殊情况的，人民法院可以延长诉讼时效期间。

第一百三十八条 超过诉讼时效期间，当事人自愿履行的，不受诉讼时效限制。

第一百三十九条 在诉讼时效期间的最后六个月内，因不可抗力或者其他障碍不能行使请求权的，诉讼时效中止。从中止时效的原因消除之日起，诉讼时效期间继续计算。

第一百四十条 诉讼时效因提起诉讼、当事人一方提出要求或者同意履行义务而中断。从中断时起，诉讼时效期间重新计算。

第一百四十一条 法律对诉讼时效另有规定的，依照法律规定。

第八章 涉外民事关系的法律适用

第一百四十二条 涉外民事关系的法律适用，依照本章的规定确定。

中华人民共和国缔结或者参加的国际条约同中华人民共和国的民事法律有不同规定的，适用国际条约的规定，但中华人民共和国声明保留的条款除外。

中华人民共和国法律和中华人民共和国缔结或者参加的国际条约没有规定的，可以适用国际惯例。

第一百四十三条 中华人民共和国公民定居国外的，他的民事行为能力可以适用定居国法律。

第一百四十四条 不动产的所有权，适用不动产所在地法律。

Article 145. The parties to a Contract involving foreign interests may choose the Law applicable to settlement of their Contractual disputes, except as otherwise stipulated by Law.

If the parties to a Contract involving foreign interests have not made a choice, the Law of the country to which the Contract is most closely connected shall be applied.

Article 146. The Law of the place where an infringing act is committed shall apply in handling compensation claims for any damage caused by the act. If both parties are citizens of the same country or have established domicile in another country, the Law of their own country or the country of domicile may be applied.

An act committed outside the People's Republic of China shall not be treated as an infringing act if under the Law of the People's Republic of China it is not considered an infringing act.

Article 147. The marriage of a citizen of the People's Republic of China to a foreigner shall be bound by the Law of the place where they get married, while a divorce shall be bound by the Law of the place where a court accepts the case.

Article 148. Maintenance of a spouse after divorce shall be bound by the Law of the country to which the spouse is most closely connected.

Article 149. In the statutory succession of an estate, movable property shall be bound by the Law of the decedent's last place of residence, and immovable property shall be bound by the Law of the place where the property is situated.

Article 150. The application of foreign Laws or international practice in accordance with the provisions of this Chapter shall not violate the public interest of the People's Republic of China.

Chapter IX Supplementary Provisions

Article 151. The people's congresses of the national autonomous areas may formulate separate adaptive or supplementary regulations or provisions in accordance with the principles of this Law and in the light of the characteristics of the local nationalities. Those formulated by the people's congresses of autonomous regions shall be submitted in accordance with the Law to the Standing Committee of the National People's Congress for approval or for the record. Those formulated by the people's congresses of autonomous prefectures or autonomous counties

第一百四十五条 涉外合同的当事人可以选择处理合同争议所适用的法律，法律另有规定的除外。

涉外合同的当事人没有选择的，适用与合同有最密切联系的国家的法律。

第一百四十六条 侵权行为的损害赔偿，适用侵权行为地法律。当事人双方国籍相同或者在同一国家有住所的，也可以适用当事人本国法律或者住所地法律。

中华人民共和国法律不认为在中华人民共和国领域外发生的行为是侵权行为的，不作为侵权行为处理。

第一百四十七条 中华人民共和国公民和外国人结婚适用婚姻缔结地法律，离婚适用受理案件的法院所在地法律。

第一百四十八条 扶养适用与被扶养人有最密切联系的国家的法律。

第一百四十九条 遗产的法定继承，动产适用被继承人死亡时住所地法律，不动产适用不动产所在地法律。

第一百五十条 依照本章规定适用外国法律或者国际惯例的，不得违背中华人民共和国的社会公共利益。

第九章 附则

第一百五十一条 民族自治地方的人民代表大会可以根据本法规定的原则，结合当地民族的特点，制定变通的或者补充的单行条例或者规定。自治区人民代表大会制定的，依照法律规定报全国人民代表大会常务委员会批准或者备案；自治州、自治县人民代表大会制定的，报省、自治区人民代表大会常务委员会批准。

shall be submitted to the standing committee of the people's congress in the relevant province or autonomous region for approval.

Article 152. If an enterprise under Ownership by the whole people has been established with the approval of the competent authority of a province, autonomous region or centrally administered municipality or at a higher level and it has already been registered with the administrative Agency for industry and commerce, before this Law comes into force, it shall automatically qualify as a legal person without having to re-register as such.

第一百五十二条　本法生效以前，经省、自治区、直辖市以上主管机关批准开办的全民所有制企业，已经向工商行政管理机关登记的，可以不再办理法人登记，即具有法人资格。

Article 153. for the purpose of this Law, " force majeure " means unforeseeable, unavoidable and insurmountable objective conditions.

第一百五十三条　本法所称的"不可抗力"，是指不能预见、不能避免并不能克服的客观情况。

Article 154. Time periods referred to in the civil Law shall be calculated by the Gregorian calendar in years, months, days and hours.

第一百五十四条　民法所称的期间按照公历年、月、日、小时计算。

When a time period is prescribed in hours, calculation of the period shall begin on the prescribed hour. When a time period is prescribed in days, months and years, the day on which the period begins shall not be counted as within the period; calculation shall begin on the next day.

规定按照小时计算期间的，从规定时开始计算。规定按照日、月、年计算期间的，开始的当天不算入，从下一天开始计算。

If the last day of a time period falls on a Sunday or an official holiday, the day after the holiday shall be taken as the last day.

期间的最后一天是星期日或者其他法定休假日的，以休假日的次日为期间的最后一天。

The last day shall end at 24:00 hours. If business hours are applicable, the last day shall end at closing time.

期间的最后一天的截止时间为二十四点。有业务时间的，到停止业务活动的时间截止。

Article 155. In this Law, the terms " not less than, " " not more than " " within " and " expires " shall include the given figure; the terms " under " and " beyond " shall not include the given figure.

第一百五十五条　民法所称的"以上"、"以下"、"以内"、"届满"，包括本数；所称的"不满"、"以外"，不包括本数。

Article 156. This Law shall come into force on January 1, 1987.

第一百五十六条　本法自一九八七年一月一日起施行。

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com

# 00K3

# Supreme People's Court GPCL Interpretations

# Notice of the Supreme People's Court on Issuing the Opinions on Several Issues concerning the Implementation of the General Principles of the Civil Law of the People's Republic of China (For Trial Implementation)[Partially Invalid]

最高人民法院印发《关于贯彻执行＜中华人民共和国民法通则＞若干问题的意见(试行)》的通知 [部分失效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Supreme People's Court | **Date issued:** | 04-02-1988 |
| **Effective date:** | 04-02-1988 | **Level of Authority:** | Documents of Judicial Interpretation Nature |
| **Area of Law:** | Civil Law | **Partially Invalidated by:** | 本篇法规中第88条、第94条、第115条、第117条、第118条、第177条已被《最高人民法院关于废止2007年底以前发布的有关司法解释(第七批)的决定》（发布日期：2008年12月18日 实施日期：2008年12月24日）废止（原因：与物权法有关规定冲突） |

Notice of the Supreme People's Court on Issuing the Opinions on Several Issues concerning the Implementation of the General Principles of the Civil Law of the People's Republic of China (For Trial Implementation)

(Deliberated and Adopted at the Judicial Committee of the Supreme People's Court on January 26, 1988,No. 6 [1988] of the Supreme People's Court and issued on April 2, 1988)

The local people's court at all levels of the whole nation, the military courts at all levels, all intermediate and grassroots courts of railway transportation, all maritime courts,

The Opinions on Several Issues concerning the Implementation of the General Principles of the Civil Law of the People's Republic of China are hereby issued to you, try it in civil trials and economic trials (no external reprinting). You shall pay attention to making investigation and research, and sum up experiences in the process of the trial implementation, any opinion and problem shall be submitted to the Supreme People's Court.
Annex:
Opinions of the Supreme People's Court on Several Issues concerning the Implementation of the General Principles of the Civil Law of the People's Republic of China (For Trial Implementation)
(Deliberated and Adopted at the Judicial Committee of the Supreme People's Court on January 26, 1988,No. 6 [1988] of the Supreme People's Court and issued on April 2, 1988)

最高人民法院印发《关于贯彻执行＜中华人民共和国民法通则＞若干问题的意见（试行）》的通知
（１９８８年１月２６日最高人民法院审判委员会讨论通过 法（办）发＜１９８８＞６号 １９８８年４月２日发布）

全国地方各级人民法院，各级军事法院，各铁路运输中级法院和基层法院，各海事法院：
现将《关于贯彻执行＜中华人民共和国民法通则＞若干问题的意见（试行）》发给你们，请在民事审判工作和经济审判工作中试行（对外暂不转载）。在试行过程中，应注意调查研究，总结经验。有何意见和问题，请及时报告我院。
附：
最高人民法院关于贯彻执行《中华人民共和国民法通则》若干问题的意见（试行）

（１９８８年１月２６日最高人民法院审判委员会讨论通过 法（办）发[1988]6号 １９８８年４月２日发布）

The General Principles of the Civil Law of the People's Republic of China (hereinafter referred to as the General Principles of the Civil Law) came into force as of the date of January 1st, 1987. We hereby put forward the following opinions on the issues encountered in the implementation of the General Principles of the Civil Law:

I. Citizens

1. On Issues concerning the Capacity for Civil Rights and Capacity for Civil Conducts

(1) A citizen's capacity for civil rights shall begin from his birth. The time of birth shall be subject to proof by his household register; if he has no proof of household register, the birth certificate issued by the hospital in which he was born shall apply. If there is no hospital certificate, other relevant certificate shall be referred to for determination.

(2) A citizen who has reached the age of 16 but not 18 and who can earn income through his own labor and is able to maintain the ordinary living of the local masses, he may be regarded as a person with full capacity for civil conduct with the main source of income from his own labor.

(3) Whether any civil activity conducted by a minor aged 10 or older is appropriate to his age and intellect or not may be determined from such aspects as the degree of connection of the conduct with his own life, whether the minor himself can understand such conduct as to his intellect and foresee the consequence of the corresponding conduct, and the amount of objects of the conduct.

(4) The determination of whether any civil activity conducted by any mentally ill person who is unable to recognize his own conduct is appropriate to his mental health may be made from such aspects as the degree of connection of the conduct with his own life, whether he himself can understand such conduct as to his mental health and foresee the consequence of the corresponding conduct, and the amount of objects of the conduct.

(5) A mentally ill person (including an imbecile) may be determined as a person who cannot identify his own conduct if he has no judgment ability and self-protection ability and does not know the consequences of his conduct; if he lacks judgment ability and self-protection ability for more complicated things or greater conducts, and cannot foresee the consequence of his conduct, he may be determined as a person who is unable to fully recognize his own conduct.

《中华人民共和国民法通则》（以下简称民法通则）已于１９８７年１月１日起施行。现就民法通则的贯彻执行中遇到的问题提出以下意见。

一、公民

（一）关于民事权利能力和民事行为能力问题

１．公民的民事权利能力自出生时开始。出生的时间以户籍证明为准；没有户籍证明的，以医院出具的出生证明为准。没有医院证明的，参照其他有关证明认定。

２．十六周岁以上不满十八周岁的公民，能够以自己的劳动取得收入，并能维持当地群众一般生活水平的，可以认定为以自己的劳动收入为主要生活来源的完全民事行为能力人。

３．十周岁以上的未成年人进行的民事活动是否与其年龄、智力状况相适应，可以从行为与本人生活相关联的程度、本人的智力能否理解其行为，并预见相应的行为后果，以及行为标的数额等方面认定。

４．不能完全辨认自己行为的精神病人进行的民事活动，是否与其精神健康状态相适应，可以从行为与本人生活相关联的程度、本人的精神状态能否理解其行为，并预见相应的行为后果，以及行为标的数额等方面认定。

５．精神病人（包括痴呆症人）如果没有判断能力和自我保护能力，不知其行为后果的，可以认定为不能辨认自己行为的人；对于比较复杂的事物或者比较重大的行为缺乏判断能力和自我保护能力，并且不能预见其行为后果的，可以认定为不能完全辨认自己行为的人。

(6) In case any person with no capacity for civil conduct or with limited capacity for civil conduct accepts rewards, donations, or remunerations, no other person may claim the invalidity of the above-mentioned conducts by the reason that the person has no capacity for civil conduct or with limited capacity for civil conduct.

(7) Whether a party suffers from psychosis, the people's court shall identify according to the judicial psychiatry or determine by referring to the diagnosis and identification of the hospital. Under the condition that there is no condition for the diagnosis and identification, it may also determine it by referring to the recognized state of mental health of the party, but shall be within the limit that the interested parties have no objection.

(8) Where any party or his interested party proposes that one party suffers from the psychosis (including dementia), and the people's court believes it necessary to make a determination, it shall make judgment on whether the parties have the capacity for civil conducts in accordance with the special procedures as prescribed by the Civil Procedure Law (for Trial Implementation).
Trials shall be conducted in accordance with the special procedures as prescribed in the Civil Procedure Law (for Trial Implementation) for determining whether a mentally ill person (including an imbecile) is a person with limited capacity for civil behavior.

(9) The place where a citizen lives for over one year consecutively after leaving the domicile is the habitual residence, excluding the case when the citizen lives in the hospital for medical treatment.
Before a citizen moves to another place after moving out of the place where his residence is registered and has no habitual residence, the place where his residence is registered shall still be the domicile.

2. On Guardianship Issues

(10) The duty of guardianship of a guardian shall include: protect the personal health of his wards, take care of the life of the wards, manage and protect the property of his wards, and act as the agent of his wards to conduct civil activities, take charge of and educate on the wards, act as agent of his ward to file litigation in case the legal rights and interests of his ward is infringed upon or the ward has any dispute with any other person.

(11) The guardianship ability of a guardian shall be determined according to such factors as the physical health and economic conditions of the wards, and the connection between the guardian and his ward in life, etc..

６．无民事行为能力人、限制民事行为能力人接受奖励、赠与、报酬，他人不得以行为人无民事行为能力、限制民事行为能力为由，主张以上行为无效。

７．当事人是否患有精神病，人民法院应当根据司法精神病学鉴定或者参照医院的诊断、鉴定确认。在不具备诊断、鉴定条件的情况下，也可以参照群众公认的当事人的精神状态认定，但应以利害关系人没有异议为限。

８．在诉讼中，当事人及利害关系人提出一方当事人患有精神病（包括痴呆症），人民法院认为确有必要认定的，应当按照民事诉讼法（试行）规定的特别程序，先作出当事人有无民事行为能力的判决。确认精神病人（包括痴呆症人）为限制民事行为能力人的，应当比照民事诉讼法（试行）规定的特别程序进行审理。

９．公民离开住所地最后连续居住一年以上的地方，为经常居住地。但住医院治病的除外。
公民由其户籍所在地迁出后至迁入另一地之前，无经常居住地的，仍以其原户籍所在地为住所。

（二）关于监护问题

１０．监护人的监护职责包括：保护被监护人的身体健康，照顾被监护人的生活，管理和保护被监护人的财产，代理被监护人进行民事活动，对被监护人进行管理和教育，在被监护人合法权益受到侵害或者与人发生争议时，代理其进行诉讼。

１１．认定监护人监护能力，应当根据监护人的身体健康状况、经济条件，以及与

被监护人在生活上的联系状况等因素确定。

(12) The close relatives as prescribed in the General Principles of the Civil Law shall include: spouse, parents, children, brothers and sisters, paternal or maternal grandparent, grandchildren, and maternal grandchildren.

１２．民法通则中规定的近亲属，包括配偶、父母、子女、兄弟姐妹、祖父母、外祖父母、孙子女、外孙子女。

(13) The provisions of Article 16 of the General Principles of Civil Law shall be applied for the determination of guardians for minors who suffer from mental illness.

１３．为患有精神病的未成年人设定监护人，适用民法通则第十六条的规定。

(14) When designating guardians, the people's court may regard the items (1) (2) and (3) of paragraph 2 of Article 16 of the General Principles of the Civil Law and the items (1) (2) (3) (4) and (5) of paragraph 1 of Article 17 as the sequence for designating guardians. In case the persons who has the qualification of guardianship in the first sequence have no guardian capacity or is bad to the wards, the people's court may, in light of the principle of favoring the wards, determine the guardians by choosing the best one in the persons who have the qualification of guardianship in the second sequence. If the ward has identification ability, his opinions shall be solicited according to the circumstances.
A guardian may be one person or may be several persons in the same one order.

１４．人民法院指定监护人时，可以将民法通则第十六条第二款中（一）、（二）、（三）项或第十七条第一款中的（一）、（二）、（三）、（四）、（五）项规定视为指定监护人的顺序。前一顺序有监护资格的人无监护能力或者对被监护人明显不利的，人民法院可以根据对被监护人有利的原则，从后一顺序有监护资格的人中择优确定。被监护人有识别能力的，应视情况征求被监护人的意见。监护人可以是一人，也可以是同一顺序中的数人。

(15) In case the persons who have the qualification of guardianship determine the guardians by agreement, the guardian who is determined by agreement shall undertake guardianship liabilities to the wards.

１５．有监护资格的人之间协议确定监护人的，应当按协议确定的监护人对被监护人承担监护责任。

(16) In case any dispute arises over the acting of guardians, the relevant organizations shall make designation in accordance with the provisions of paragraph 3, Article 16 or paragraph 2, Article 17 of the General Principles of the Civil Law. If anyone lodges a lawsuit to the people's court without designation, the people's court shall reject it.

１６．对于担任监护人有争议的，应当按照民法通则第十六条第三款或者第十七条第二款的规定，由有关组织予以指定。未经指定而向人民法院起诉的，人民法院不予受理。

(17) In case the relevant organization designates guardians in light of the provisions of the General Principles of the Civil Law, if the designated person is notified in writing or orally, the designation shall be deemed as valid. If the designated person is dissatisfied with the designation, he shall lodge a complaint to the people's court within 30 days from the morrow after receiving the notice. If he files a suit beyond the time limit, it shall be dealt with as the alteration of guardianship relation.

１７．有关组织依照民法通则规定指定监护人，以书面或者口头通知了被指定人的，应当认定指定成立。被指定人不服的，应当在接到通知的次日起三十日内向人民法院起诉。逾期起诉的，按变更监护关系处理。

(18) A guardian shall not be altered without permission after being designated. If anyone alters the guardian without permission, the originally

１８．监护人被指定后，不得自行变更。擅自变更的，由原被指定的监护人和变更后的监护人承担监护责任。

designated guardian and the guardian being altered shall undertake guardianship liabilities.

(19) In case the designated person is dissatisfied with the designation and files a lawsuit, the people's court shall make judgment on keeping or withdrawing the designated guardian according to the provisions of Article 14 of the present Opinions. If the judgment withdraws the original designation, another guardian may be designated at the same time. The trial of such cases shall be carried out by applying the special procedures as prescribed in Civil Procedure Law (for Trial Implementation) by analogy. The guardianship liability before the people's court makes judgment shall be borne by the person who has the guardianship qualification in light of the sequence of designated guardians.

(20) In case a guardian fails to perform guardianship duties or infringes the legal rights and interests of the wards, and other person or entity that has guardianship qualification files a complaint to the people's court in accordance with the provisions of Articles 16 and 17 of the General Principles of the Civil Law to require the guardian to undertake civil liabilities, the case shall be tried in light of common procedures; if the above-mentioned person or entity pleads altering the guardianship relations, the case shall be tried in light of special procedures; if the party requires both undertake civil liability and alter guardianship relation, the case shall be tried separately.

(21) After a spouse is divorced, the party living together with the children has no right to cancel the guardianship right of the other party to the children, but excluding the circumstances that the party that does not live together with the children has criminal acts, abusing acts to the children or is obviously bad to the children, and the people's court believes the guardianship may be cancelled.

(22) A guardian may entrust part or all the guardianship duties to others. In case it is necessary to undertake civil liabilities due to the tortious acts of the ward, the liabilities shall be borne by the guardian, unless there are different stipulations; if the entrusted person really has fault, he shall undertake several and joint liabilities.

(23) Where after one party of a spouse dies, the other party sends the child to any other person for adoption, if the adoption has no bad effect to the healthy growth of the child, and legal adoption formalities have been gone through, the adoption relation shall be deemed as valid; the other person that has the guardianship qualification shall not claim the

１９．被指定人对指定不服提起诉讼的，人民法院应当根据本意见第十四条的规定，作出维持或者撤销指定监护人的判决。如果判决是撤销原指定的，可以同时另行指定监护人。此类案件，比照民事诉讼法（试行）规定的特别程序进行审理。在人民法院作出判决前的监护责任，一般应当按照指定监护人的顺序，由有监护资格人承担。

２０．监护人不履行监护职责，或者侵害了被监护人的合法权益，民法通则第十六条、第十七条规定的其他有监护资格的人或者单位向人民法院起诉，要求监护人承担民事责任的，按照普通程序审理；要求变更监护关系的，按照特别程序审理；既要求承担民事责任，又要求变更监护关系的，分别审理。

２１．夫妻离婚后，与子女共同生活的一方无权取消对方对该子女的监护权，但是，未与该子女共同生活的一方，对该子女有犯罪行为、虐待行为或者对该子女明显不利的，人民法院认为可以取消的除外。

２２．监护人可以将监护职责部分或者全部委托给他人。因被监护人的侵权行为需要承担民事责任的，应当由监护人承担，但另有约定的除外；被委托人确有过错的，负连带责任。

２３．夫妻一方死亡后，另一方将子女送给他人收养，如收养对子女的健康成长并无不利，又办了合法收养手续的，认定收养关系成立；其他有监护资格的人不得以收养未经其同意而主张收养关系无效。

invalidation of the adoption relation on the ground that he has not agreed to the adoption.

3. On Issues concerning the Declaration of Missing Persons and Death

（三）关于宣告失踪、宣告死亡问题

(24) The interested party who applies for declaration of missing persons shall include: the spouse, parents, children, brothers and sisters, paternal grandparents, maternal grandparents, grandchildren, maternal grandchildren of the person being declared missing, and other persons who have civil right and obligation relations with the person applied for.

２４．申请宣告失踪的利害关系人，包括被申请宣告失踪人的配偶、父母、子女、兄弟姐妹、祖父母、外祖父母、孙子女、外孙子女以及其他与被申请人有民事权利义务关系的人。

(25) The sequence of the interested party who may apply for declaration of death shall be:

２５．申请宣告死亡的利害关系人的顺序是：

a. Spouse;

（一）配偶；

b. Parents, children;

（二）父母、子女；

c. Brothers and sisters, paternal grandparents, maternal grandparents, grandchildren, and maternal grandchildren; and

（三）兄弟姐妹、祖父母、外祖父母、孙子女、外孙子女；

d. Other person having the connection of civil rights and obligations. The application for revocation of the declaration of death shall not be restricted by the above-mentioned order.

（四）其他有民事权利义务关系的人。申请撤销死亡宣告不受上列顺序限制。

(26) The "whereabouts is unknown" shall refer to the status that a citizen leaves his final domicile and has no message. In case a citizen lives in Taiwan or abroad and is unable to be contacted through ordinary communications, he shall not be declared dead on the ground that his whereabouts is unknown.

２６．下落不明是指公民离开最后居住地后没有音讯的状况。对于在台湾或者在国外，无法正常通讯联系的，不得以下落不明宣告死亡。

(27) If a person's whereabouts becomes unknown during a war, the provisions of item (1) of paragraph 1, Article 23 of the General Principles of the Civil Law shall be applicable to the period for applying for declaration of death.

２７．战争期间下落不明的，申请宣告死亡的期间适用民法通则第二十三条第一款第一项的规定。

(28) The computation of the time when a citizen's whereabouts becomes unknown as prescribed in item (1) of Article 20, and item (1), paragraph 1 of Article 23 shall begin from the morrow when the citizen's message disappears.
Cases concerning the declaration of a missing person shall be subject to the jurisdiction of the grassroots people's court at the domicile of the person being declared missing. If the domicile is not the same as the residence, it shall be ruled by the grassroots people's court in his final residence.

２８．民法通则第二十条第一款、第二十三条第一款第一项中的下落不明的起算时间，从公民音讯消失之次日起算。
宣告失踪的案件，由被宣告失踪人住所地的基层人民法院管辖。住所地与居住地不一致的，由最后居住地基层人民法院管辖。

(29) The declaration of a missing person is not the necessary procedure for declaration of his death. The interested party may directly apply for declaration of death without applying for declaration of missing. But if the interested party only applies for declaration of missing, the people's court shall declare person the missing; if in an interested relation of the same sequence, someone applies for declaration of death, someone disagrees with the declaration of death, the people's court shall declare death.

(30) In case the people's court designates a custodian for the property of the missing person, the designation shall be made in light of the principle of being conducive to the protection of the property of the missing person. In case there are no custodians as prescribed in Article 21 of the General Principles of the Civil Law or they are unable to act as custodians, or are not appropriate for acting as custodians, the people's court may designate citizens or the relevant organizations to act as custodian for the property of the missing person.

In case a person without capacity for civil conduct or with limited capacity for civil conduct and whose whereabouts is unknown, his guardian shall be the custodian for his property.

(31) "Other expenses" as mentioned in paragraph 2, Article 21 of the General Principles of the Civil Law shall include: estovers, maintenance fees, fostering fees, and overheads needed for putting the property in custody and other necessary fees.

(32) In case the custodian for the property of a missing person refuses to pay the tax money, debts and other expenses owed by the missing person, and the creditor thereby files a lawsuit, the people's court shall list the custodian as the defendant.

In case the custodian of a missing person requests the debtor of the missing person to repay the debts, he may file a lawsuit as plaintiff.

(33) In case a debtor's whereabouts is unknown, but he is not declared missing, and the creditor files a lawsuit requiring him repay the debts, the people's court may make a default judgment after making summons through public notice or handle it as suspension of litigation.

(34) The people's court shall hear a case of declaration of missing person by analogy to the special procedures as prescribed in the Civil Procedure Law (for Trial Implementation).

The people's court shall find out the property of the person being declared missing when hearing the case of declaration of missing person, and designate a temporary custodian or take preservative measures in litigation, and issue a notice of finding out the person missing, the period of

２９．宣告失踪不是宣告死亡的必经程序。公民下落不明，符合申请宣告死亡的条件，利害关系人可以不经申请宣告失踪而直接申请宣告死亡。但利害关系人只申请宣告失踪的，应当宣告失踪；同一顺序的利害关系，有的申请宣告死亡，有的不同意宣告死亡，则应当宣告死亡。

３０．人民法院指定失踪人的财产代管人，应当根据有利于保护失踪人财产的原则指定。没有民法通则第二十一条规定的代管人，或者他们无能力作代管人，或者不宜作代管人的，人民法院可以指定公民或者有关组织为失踪人的财产代管人。无民事行为能力人、限制民事行为能力人失踪的，其监护人即为财产代管人。

３１．民法通则第二十一条第二款中的"其他费用"，包括赡养费、扶养费、抚育费和因代管财产所需的管理费等必要的费用。

３２．失踪人的财产代管人拒绝支付失踪人所欠的税款、债务和其他费用，债权人提起诉讼的，人民法院应当将代管人列为被告。

失踪人的财产代管人向失踪人的债务人要求偿还债务的，可以作为原告提起诉讼。

３３．债务人下落不明，但未被宣告失踪，债权人起诉要求清偿债务的，人民法院可以在公告传唤后缺席判决或者按中止诉讼处理。

３４．人民法院审理宣告失踪的案件，比照民事诉讼法（试行）规定的特别程序进行。

人民法院审理宣告失踪的案件，应当查清被申请宣告失踪人的财产，指定临时管理人或者采取诉讼保全措施，发出寻找失踪人的公告，公告期间为半年。公告期间届

public notice for which shall be half a year. At the expiry of the public notice, the people's court shall make judgment on the declaration of missing person or ruling on the termination of the trial on the basis whether the fact that the missing of the person being declared missing has been confirmed. If the person is adjudicated a missing person, a property custodian shall be designated for the missing person at the same time.

(35) In case a custodian for the property of a missing person is unable to perform the custody duty, and applies for alteration of the custodian, the people's court shall make trial by analogy to the special procedures.
In case the custodian for the property of a missing person fails to perform the duty of custody or violates the property rights of a missing person, the interested party may appeal to the people's court requiring the custodian undertake civil liabilities. If he applies to the people's court for alteration of the custodian for property at the same time, the alteration litigation shall be heard separately by analogy to the special procedures.

(36) For a person that is declared dead, the date of adjudication of the judgment shall be the date for his death. The judgment shall, in addition to being issued to the applicant, also be announced at the resident place of the person declared dead and the locality of the people's court.
In case the time for declaration of death and that of the natural death is inconsistent with each other, the legal effect arising from the declaration of death shall remain effective, but if the civil legal conduct implemented before natural death conflicts with the legal consequence arising from declaration of death, the civil legal conduct implemented shall prevail.

(37) The marital relationship of a person being declared dead with his/her spouse shall annihilate from the date of declaration of death. If after the declaration of death is revoked by the people's court, and his/her spouse has not remarried, the husband and wife relationship shall automatically resume from the date of withdrawing the death declaration; if his/her spouse is divorced after having remarried or his/her spouse's spouse dies after having remarried, the husband and wife relationship shall not resume automatically.

(38) Where a person's child is adopted by another person during the period when he is being declared dead, if he claims for invalidation of the adoption relations only by the reason that he does not agree with the adoption after the death declaration is revoked, his claim shall not be permitted, unless the adopter and the adoptee both agree.

満，人民法院根据被宣告失踪人失踪的事实是否得到确认，作出宣告失踪的判决或者终结审理的裁定。如果判决宣告为失踪人，应当同时指定失踪人的财产代管人。

３５．失踪人的财产代管人以无力履行代管职责，申请变更代管人的，人民法院比照特别程序进行审理。
失踪人的财产代管人不履行代管职责或者侵犯失踪人财产权益的，失踪人的利害关系人可以向人民法院请求财产代管人承担民事责任。如果同时申请人民法院变更财产代管人的，变更之诉比照特别程序单独审理。

３６．被宣告死亡的人，判决宣告之日为其死亡的日期。判决书除发给申请人外，还应当在被宣告死亡的人住所地和人民法院所在地公告。
被宣告死亡和自然死亡的时间不一致的，被宣告死亡所引起的法律后果仍然有效，但自然死亡前实施的民事法律行为与被宣告死亡引起的法律后果相抵触的，则以其实施的民事法律行为为准。

３７．被宣告死亡的人与配偶的婚姻关系，自死亡宣告之日起消灭。死亡宣告被人民法院撤销，如果其配偶尚未再婚的，夫妻关系从撤销死亡宣告之日起自行恢复；如果其配偶再婚后又离婚或者再婚后配偶又死亡的，则不得认定夫妻关系自行恢复。

３８．被宣告死亡的人在被宣告死亡期间，其子女被他人依法收养，被宣告死亡的人在死亡宣告被撤销后，仅以未经本人同意而主张收养关系无效的，一般不应准许，但收养人和被收养人同意的除外。

(39) If an interested party disguises facts and causes other person's being declared dead, and he therefore obtains its property, he shall, apart from returning the protoplast and the interests, make compensation on the losses he causes.

(40) In case a person asks for returning his property after the death declaration is revoked, the third party may not return the original thing if he obtained it legally. But any citizen or organization that has obtained the original thing according to the inherit law, the original thing shall be returned or proper compensation shall be granted.

4. Issues on Individual Business, Rural Household Engaged in Contracted Business and Individual Partnership

(41) For an individual business that has its own shop name, the litigant shall be the householder (owner) registered in the business license in a civil action, and the litigation documents shall indicate that he is the householder of a business.

(42)In case an individual business applies for registration in the name of a citizen himself or of a rural household engaged in contracted business contracted by an individual, who makes investment by jointly owned property of the family, or the major part of the income is shared by the family members, its debts shall be paid off with the jointly owned property of the family.

(43) During the existence of a husband and wife relationship, if either party engages in individual business operation or contracted business and the income is jointly owned by the spouses, the debts shall be repaid with the jointly owned property of the spouses.

(44) If an individual business or rural household engaged in contracted business undertakes liabilities for its debts by using the jointly owned property of the family, the necessities for life and necessary production tools shall be kept for his family members.

(45) An individual partnership with a shop name shall have the legally approved and registered shop name as the litigant in civil action, and the person in-charge of the partnership shall be the litigation representative. The litigation act of the responsible person of the partnership shall have legal effect to all the partners.
For an individual partnership without a shop name, the partners shall be the common litigants. In case there are numerous partners, a litigation representative shall be elected to take part in the litigation, and the litigation act of the litigation representative shall have legal effect to all the

３９．利害关系人隐瞒真实情况使他人被宣告死亡而取得其财产的，除应返还原物及孳息外，还应对造成的损失予以赔偿。

４０．被撤销死亡宣告的人请求返还财产，其原物已被第三人合法取得的，第三人可不予返还。但依继承法取得原物的公民或者组织，应当返还原物或者给予适当补偿。

（四）关于个体工商户、农村承包经营户、个人合伙问题

４１．起字号的工商户，在民事诉讼中，应以营业执照登记的户主（业主）为诉讼当事人，在诉讼文书注明系某字号的户主。

４２．以公民个人名义申请登记的个体工商户和个人承包的农村承包经营户，用家庭共有财产投资，或者收益的主要部分供家庭成员享用的，其债务应以家庭共有财产清偿。

４３．在夫妻关系存续期间，一方从事个体经营或者承包经营的，其收入为夫妻共有财产，债务亦应以夫妻共有财产清偿。

４４．个体工商户、农村承包经营户的债务，如以其家庭共有财产承担责任时，应当保留家庭成员的生活必需品和必要的生产工具。

４５．起字号的个人合伙，在民事诉讼中，应当以依法核准登记的字号为诉讼当事人，并由合伙负责人为诉讼代表人。合伙负责人的诉讼行为，对全体合伙人发生法律效力。
未起字号的个人合伙，合伙人在民事诉讼中为共同诉讼人。合伙人数众多的，可以推举诉讼代表人参加诉讼，诉讼代表人的诉讼行为，对全体合伙人发生法律效

partners. Written formalities shall be handled for the election of a litigation representative.

(46) In case a citizen provides capital or in-kinds according to the agreement, and is allowed to take part in the distribution of the surplus of the partnership, but not to take part in the business operation and work of the partnership, or if he provides technical labor service and does not provides capital or in-kinds, but is allowed to take part in the distribution of the surplus, he shall be regarded as a partner.

(47) All the partners shall be jointly and severally liable for the amount of loss arising from the business operation of the partnership to outsiders; while among themselves, the partners shall undertake liability for debts according to the proportion as stipulated in the agreement or the proportion of contributions; if the proportion of debts undertaken or no proportion of contribution is stipulated in the agreement, they may undertake liabilities according to the stipulations or the actual surplus distribution proportion. But any partner who has faults for the loss of business operation of the partnership shall undertake liabilities to the extent of his faults.

(48) Any partner who only provides technical labor services but does not provide capital or in-kinds shall take joint and several liability for the amount of loss of the business operation of the partnership to outsiders, and shall undertake liabilities according to the proportion of debts as stipulated in the agreement among themselves or in light of the proportion of surplus distribution proportion as stipulated or the surplus distribution proportion actually effected; if there is no surplus distribution proportion, they shall undertake liability in light of the average investment proportion of other partners.

(49) In case any individual partnership or individual business is falsely registered as a collective ownership enterprise by the administrative department for industry and commerce, but is in fact an individual partnership or individual business, it shall be treated as individual partnership or individual business.

(50) If the parties have no written partnership agreement between them and are not approved for registration by the administrative department for industry and commerce, but have other conditions for partnership, and meanwhile have been proved by two or more persons without any relation of interests to have entered into an oral partnership agreement, the people's court may determine that they are in partnership relations.

力。推举诉讼代表人，应当办理书面手续。

４６．公民按照协议提供资金或者实物，并约定参与合伙盈余分配，但不参与合伙经营、劳动的，或者提供技术性劳务而不提供资金、实物，但约定参与盈余分配的，视为合伙人。

４７．全体合伙人对合伙经营的亏损额，对外应当负连带责任；对内则应按照协议约定的债务承担比例或者出资比例分担；协议未规定债务承担比例或者出资比例的，可以按照约定的或者实际的盈余分配比例承担。但是对造成合伙经营亏损有过错的合伙人，应当根据其过错程度相应的多承担责任。

４８．只提供技术性劳务，不提供资金、实物的合伙人，对于合伙经营的亏损额，对外也应当承担连带责任；对内则应当按照协议约定的债务承担比例或者技术劳务折抵的出资比例承担；协议未规定债务承担比例或者出资比例的，可以按照约定的或者合伙人实际的盈余分配比例承担；没有盈余分配比例的，按照其余合伙人平均投资比例承担。

４９．个人合伙或者个体工商户，虽经工商行政管理部门错误地登记为集体所有制的企业，但实际为个人合伙或者个体工商户的，应当按个人合伙或者个体工商户对待。

５０．当事人之间没有书面合伙协议，又未经工商行政管理部门核准登记，但具备合伙的其他条件，又有两个以上无利害关系人证明有口头合伙协议的，人民法院可以认定为合伙关系。

(51) In case any partner joins a partnership during the process of business operation of the partnership, and if there are stipulations about it in the written agreement, it shall be handled according to the agreement; if there are no stipulations in the written agreement, it shall win the consent of all the partners, and if it fails to win the consent of all the partners, his joining the partnership shall be deemed as invalid.

(52) In case a partner withdraws from a partnership, and if there are stipulations in the written agreement, it shall be handled according to the agreement; if there are no stipulations in the written agreement, the withdrawal shall be permitted in principle. But if other partners suffer losses due to the withdrawal, his compensation liability for them shall be determined by considering the causes, reasons for the withdrawal and the faults of the two parties, and other relevant conditions.

(53) In case losses are incurred during the business operation of a partnership, and any partner who fails to undertake the debts of the partnership as stipulated or fails to properly share the debts, the withdrawing partner shall undertake liabilities for paying off the debts of the former partnership; if the withdrawing partner has undertaken the debts of the partnership, he shall still be jointly and severally liable for all the debts during his participation in the partnership.

(54) The partnership property divided when any partner withdraws from the partnership shall include the property invested in the partnership when the partner entered into the partnership and the accumulated property during the existing period of the partnership, as well as the creditor's rights and debts during the exiting period of the partnership. The original things contributed when the partner entered into the partnership shall, as a general rule, be returned when he withdraws from the partnership; if it is difficult to check and return them once for all, they shall be checked and returned by batches and by stages; if it is really difficult to return the original things, they shall be converted into money.

(55) When a partnership terminates, the partnership property shall be handled according to the written agreement, if any; in case there is no written agreement, nor can the partners reach an agreement through negotiation, it shall be properly handled by taking the opinions of the majority partners into consideration, if the partners contribute the same amount of capital; if the amount of capital contributed by the partners is not the identical, the property shall be handled in light of the opinions of the partners whose amount of contribution accounts for a larger portion of the

５１．在合伙经营过程中增加合伙人，书面协议有约定的，按照协议处理；书面协议未约定的，须经全体合伙人同意，未经全体合伙人同意的，应当认定入伙无效。

５２．合伙人退伙，书面协议有约定的，按书面协议处理；书面协议未约定的，原则上应予准许。但因其退伙给其他合伙人造成损失的，应当考虑退伙的原因、理由以及双方当事人的过错等情况，确定其应当承担的赔偿责任。

５３．合伙经营期间发生亏损，合伙人退出合伙时未按约定分担或者未合理分担合伙债务的，退伙人对原合伙的债务，应当承担清偿责任；退伙人已分担合伙债务的，对其参加合伙期间的全部债务仍负连带责任。

５４．合伙人退伙时分割的合伙财产，应当包括合伙时投入的财产和合伙期间积累的财产，以及合伙期间的债权和债务。入伙的原物退伙时原则上应予退还；一次清退有困难的，可以分批分期清退；退还原物确有困难的，可以折价处理。

５５．合伙终止时，对合伙财产的处理，有书面协议的，按协议处理；没有书面协议，又协商不成的，如果合伙人出资额相等，应当考虑多数人意见酌情处理；合伙人出资额不等的，可以按出资额占全部合伙额多的合伙人意见处理，但要保护其他合伙人的利益。

total partnership contributions, but the interests of other partners shall also be protected.

(56) In case the partners collude with each other to evade the debts of the partnership, they shall, in addition to being ordered to undertake the liability for paying off the debts, be punished in accordance with the provisions of paragraph 3 of Article 134 of the General Principles of the Civil Law.

(57) The "liabilities for paying off debts with the partners' property in proportion to their respective contributions to the investment" as prescribed in paragraph 1, Article 35 of the General Principles of the Civil Law shall mean that if a partner contributes with the individual property, he shall undertake liabilities with his own property; if a partner makes contributions by using the common property of the his family, he shall undertake liabilities with the common property of his family; if a partner makes contributions with individual property, and the surplus distribution income of the partnership is used for the living of the family members, he shall undertake liabilities with his individual property first, and then undertake liabilities with the common property of the family for the insufficient part.

II. Legal Person

(58) The legal representative of an enterprise legal person and other personnel who engage in business activities in the name of the legal person and cause economic damages to others, the enterprise legal person shall undertake civil legal liabilities.

(59) In case an enterprise legal person is dissolved or is revoked, its competent department shall organize a liquidation group to make liquidation. If the enterprise legal person is adjudicated bankrupt, the people's court shall organize the relevant organs and the relevant personnel to form a liquidation organization to make liquidation.

(60) The liquidation organization shall be an organization established according to law for the purpose of liquidating the creditor's rights and debts of the enterprise legal person. It shall be responsible for keeping, cleaning up, evaluating, handling and paying off the property of the enterprise legal person that is terminated.
For civil actions concerning the creditor's rights and debts of an enterprise legal person that is terminated, the litigation organization may take part in the legal action in its own name.

５６．合伙人互相串通逃避合伙债务的，除应令其承担清偿责任外，还可以按照民法通则第一百三十四条第三款的规定处理。

５７．民法通则第三十五条第一款中关于"以各自的财产承担清偿责任"，是指合伙人以个人财产出资的，以合伙人的个人财产承担；合伙人以其家庭共有财产出资的，以其家庭共有财产承担；合伙人以个人财产出资，合伙的盈余分配所得用于其家庭成员生活的，应先以合伙人的个人财产承担，不足部分以合伙人的家庭共有财产承担。

二、法人

５８．企业法人的法定代表人和其他工作人员，以法人名义从事的经营活动，给他人造成经济损失的，企业法人应当承担民事责任。

５９．企业法人解散或被撤销的，应当由其主管机关组织清算小组进行清算。企业法人被宣告破产的，应当由人民法院组织有关机关和有关人员成立清算组织进行清算。

６０．清算组织是以清算企业法人债权、债务为目的而依法成立的组织。它负责对终止的企业法人的财产进行保管、清理、估价、处理和清偿。
对于涉及终止的企业法人债权、债务的民事诉讼，清算组织可以用自己的名义参加诉讼。
以逃避债务责任为目的而成立的清算组织，其实施的民事行为无效。

Where a liquidation organization is established for the purpose of evading the liabilities for debts, the civil conducts it carries out shall be invalid.

(61) In case any enterprise legal person who is found out by the people's court during the hearing of a case to be in any of the six circumstances as enumerated in Article 49 of the General Principles of the Civil Law, the people's court shall require the enterprise legal person to undertake liabilities, and may also give punishment to the legal representative of the enterprise by directly imposing upon him a fine in accordance with the provisions of Article 49 and paragraph 3 of Article 134; if it is necessary to give administrative punishment, the people's court may propose judicial suggestions to the relevant department, who shall then determine to handle it; if a crime is committed and it is necessary to subject it to criminal liabilities according to law, it shall transfer it to the public security organs and the procuratorial organizations according to law.

(62) During the process of hearing cases, the people's court shall be subject to the authorization of the chief justice when taking such punishment measures as imposing a fine or detention on the enterprise legal person or other person according to law, and make an instrument of intermediate order for civil action separately. If the person punished is dissatisfied with the decision, he may apply for reconsideration to the superior people's court for once within 10 days from the morrow of receiving the instrument of intermediate order. The decision shall not be executed during the period of reconsideration.

(63)

(64) Where a party provides land use right as the condition for joint management, it shall undertake liabilities for the debts of jointly operated enterprise in light of the stipulations of the written agreement; if there are no stipulations in the written agreement, it may undertake liabilities in proportion to the contributions to the investment or the surplus distribution.

III. Civil Juristic Acts and Agency

(65) In case a party performs civil conduct by way of record or video tape and other audio-visual materials, if such civil conduct is proved to comply with the provisions of Article 55 of the General Principles of the Civil Law by two or more persons without any relations of interests as witnesses or by other proofs, it shall be deemed as valid.

６１．人民法院审理案件时，如果查明企业法人有民法通则第四十九条所列的六种情形之一的，除企业法人承担责任外，还可以根据民法通则第四十九条和第一百三十四条第三款的规定，对企业法定代表人直接给予罚款的处罚；对需要给予行政处分的，可以向有关部门提出司法建议，由有关部门决定处理；对构成犯罪需要依法追究刑事责任的，应当依法移送公安、检察机关。

６２．人民法院在审理案件中，依法对企业法定代表人或者其他人采用罚款、拘留制裁措施，必须经院长批准，另行制作民事制裁决定书。被制裁人对决定不服的，在收到决定书的次日起十日内可以向上一级人民法院申请复议一次。复议期间，决定暂不执行。

６３．对法定代表人直接处以罚款的数额一般在二千元以下。法律另有规定的除外。

６４．以提供土地使用权作为联营条件的一方，对联营企业的债务，应当按照书面协议的约定承担；书面协议未约定的，可以按照出资比例或者盈余分配比例承担。

三、民事法律行为和代理

６５．当事人以录音、录像等视听资料形式实施的民事行为，如有两个以上无利害关系人作为证人或者有其他证据证明该民事行为符合民法通则第五十五条的规定，可以认定有效。

(66) Where one party claims for civil rights against any other party, and the other party does not express his opinions clearly in oral or written language, but his act shows that he has accepted the request, it shall be determined as having tacitly accepted. The implication of nonfeasance may not be regarded as declaration of will until there are provisions of laws or stipulations of both parties.

(67) In case a civil conduct of an intermittent mentally ill person can be proved to have been made during the time when he is suffering from the disease, it shall be deemed as invalid.
If a civil conduct is made by an actor who is in a state of dottiness, it shall be deemed as invalid.

(68) In case any party purposely conveys any false information to the other party, or purposely disguises any fact so as to induce the other party into making any false declaration of will, such act shall be determined as a fraudulent act.

(69) In case anyone forces any other party to make a declaration of will in breach of the other party's true will by way of threatening to cause damages to the life, health, honor, reputation, or property of any citizen or his relatives or friends or to cause damages to the credit, repute and property of any legal person, it shall be determined as duress.

(70) In case any party forces any other party to make unreal declaration of will by exploitation of the jeopardy position of the other party to seek for wrongful interests and seriously damage the interests of the other party, it shall be deemed as exploitation of unfavorable position of other person.

(71) In case an actor performs his conducts on the basis of false understanding of the nature of the conduct, the opposite party, the variety, quality, specification and amount of the objects, etc., which leads to the consequence of the conduct going against his own will and results in considerably serious damages, it shall be deemed as significant misconception.

(72) In case any party makes use of his own advantages or takes advantage of the other party's lack of experiences to have the rights and obligations of the two parties obviously violate the principle of fairness and making compensation for equal value，it shall be determined as obviously unfair.

(73) In case any party appeals to make alteration on the civil conduct of significant misconception or obvious unfairness, the people's court shall make the alteration; if the party appeals for revocation of such acts, the

６６．一方当事人向对方当事人提出民事权利的要求，对方未用语言或者文字明确表示意见，但其行为表明已接受的，可以认定为默示。不作为的默示只有在法律有规定或者当事人双方有约定的情况下，才可以视为意思表示。

６７．间歇性精神病人的民事行为，确能证明是在发病期间实施的，应当认定无效。
行为人在神志不清的状态下所实施的民事行为，应当认定无效。

６８．一方当事人故意告知对方虚假情况，或者故意隐瞒真实情况，诱使对方当事人作出错误意思表示的，可以认定为欺诈行为。

６９．以给公民及其亲友的生命健康、荣誉、名誉、财产等造成损失或者以给法人的荣誉、名誉、财产等造成损害为要挟，迫使对方作出违背真实的意思表示的，可以认定为胁迫行为。

７０．一方当事人乘对方处于危难之机，为牟取不正当利益，迫使对方作出不真实的意思表示，严重损害对方利益的，可以认定为乘人之危。

７１．行为人因对行为的性质、对方当事人、标的物的品种、质量、规格和数量等的错误认识，使行为的后果与自己的意思相悖，并造成较大损失的，可以认定为重大误解。

７２．一方当事人利用优势或者利用对方没有经验，致使双方的权利义务明显违反公平、等价有偿原则的，可以认定为显失公平。

７３．对于重大误解或者显失公平的民事行为，当事人请求变更的，人民法院应当予以变更；当事人请求撤销的，人民法院

people's court may make the alteration or revocation according to the circumstances.

In case any party appeals for alteration or revocation of any civil conduct that may be altered or revoked after one year since such acts are performed, the people's court shall not give protection.

(74) The "property obtained by the two parties" as mentioned in paragraph 2, Article 61 of the General Principles of the Civil Law shall include the properties that have been obtained by the two parties or as they have both agreed.

(75) For a civil juristic act subject to a condition, if the condition attached violates the legal provisions or may not happen, such civil juristic act shall be deemed as invalid.

(76) A civil juristic act subject to a stipulation of time limit shall take effect or rescind at the time when the time attached arrives.

(77) Where the expression of will is conveyed gratuitously by a third party, and the third party falsely conveys or fails to convey the expression of will due to negligence, which causes damages to others, the person of declaration of will may be held liable for compensation as a general rule, unless it is otherwise specified differently by laws or stipulated differently by both parties.

(78) All those civil acts that must be performed by a person himself according to law or the stipulations of both parties, and if the person fails to perform it by himself, it shall be deemed as invalid.

(79) Where several entrusted agents exercise power of attorney together, if one or several of them fail to negotiate with other entrusted agents, and the acts performed infringe upon the interests of the principal, the entrusted agent who performs the act shall undertake civil liabilities.

In case there are several principals, one or several of them agree to rescind the agency relation without the consent of other principals, which thereby causes damages, the principal who proposes to rescind the agency relationship shall undertake liabilities.

(80) In case an entrusted agent cannot handle the entrusted matters by himself due to sudden illness, interruption of communications and other special reasons, and he cannot get in touch with the principal, but if he fails to transfer the agency to other person in time, he will incur damages to the interests of the principal or enlarge the damages, such situations

可以酌情予以变更或者撤销。

可变更或者可撤销的民事行为，自行为成立时起超过一年当事人才请求变更或撤销的，人民法院不予保护。

７４．民法通则第六十一条第二款中的"双方取得的财产"，应当包括双方当事人已经取得和约定取得的财产。

７５．附条件的民事行为，如果所附的条件是违背法律规定或者不可能发生的，应当认定该民事行为无效。

７６．附期限的民事法律行为，在所附期限到来时生效或者解除。

７７．意思表示由第三人义务转达，而第三人由于过失转达错误或者没有转达，使他人造成损失的，一般可由意思表示人负赔偿责任。但法律另有规定或者双方另有约定的除外。

７８．凡是依法或者依双方的约定必须由本人亲自实施的民事行为，本人未亲自实施的，应当认定行为无效。

７９．数个委托代理人共同行使代理权的，如果其中一人或者数人未与其他委托代理人协商，所实施的行为侵害被代理人权益的，由实施行为的委托代理人承担民事责任。

被代理人为数人时，其中一人或者数人未经其他被代理人同意而提出解除代理关系，因此，造成损害的，由提出解除代理关系的被代理人承担。

８０．由于急病、通讯联络中断等特殊原因，委托代理人自己不能办理代理事项，又不能与被代理人及时取得联系，如不及时转托他人代理，会给被代理人的利益造成损失或者扩大损失的，属于民法通则第六十八条中的"紧急情况"。

shall fall within the scope of "emergencies" as prescribed in Article 68 of the General Principles of the Civil Law.

(81) In case an entrusted agent transfers the agency to another person, they shall go through formalities for transfer of the agency in accordance with the conditions as prescribed in Article 65 of the General Principles of the Civil Law. In case the entrusted agent fails to transfer the agency clearly and leads to damages to the third person, this third party may directly request the principal to compensate for the damages; after undertaking civil liabilities, the principal may request the entrusted agent to compensate for the losses, if the re-entrusted agent has faults, he shall take joint and several liabilities.

(82) In case a principal is in any of the following circumstances after death, the acts performed by the agent he entrusted shall be regarded as effective: a. The agent does not know the principal has died; b. The heirs of the principal accept the acts; c. The principal and the agent stipulate that the power of attorney shall terminate after the matter entrusted is completed; or d. The conduct that is made before the death of the principal and completed continuously in favor of the heirs of the principal after he dies.

(83) In case an agent and principal are jointly and severally liable for the civil juristic acts they perform, they shall be listed as the common litigants in civil procedures.

IV. Civil Rights

1. On Issues concerning Property Ownership and Property Right Relating to the Property Ownership

(84) In case a property has been delivered, but the parties stipulate the attached conditions for the transfer of property right, the property ownership may not be transferred until the attached conditions have been met.

(85) If one party backs out after the property ownership has been legally transferred, he shall not be supported. If the property ownership has not been transferred according to the original agreement, one party backs out and has no justifiable reasons, and the agreement can be performed, it shall continue to be performed; if the agreement cannot be performed, which results in losses to the other party, he shall undertake compensation liabilities.

８１．委托代理人转托他人代理的，比照民法通则第六十五条规定的条件办理转托手续。因委托代理人转托不明，给第三人造成损失的，第三人可以直接要求被代理人赔偿损失；被代理人承担民事责任后，可以要求委托代理人赔偿损失，转托代理人有过错的，应当负连带责任。

８２．被代理人死亡后有下列情况之一的，委托代理人实施的代理行为有效：（１）代理人不知道被代理人死亡的；（２）被代理人的继承人均予承认的；（３）被代理人与代理人约定到代理事项完成时代理权终止的；（４）在被代理人死亡前已经进行、而在被代理人死亡后为了被代理人的继承人的利益继续完成的。

８３．代理人和被代理人对已实施的民事行为负连带责任的，在民事诉讼中，可以列为共同诉讼人。

四、民事权利

（一）关于财产所有权和与财产所有权有关的财产权问题

８４．财产已经交付，但当事人约定财产所有权转移附条件的，在所附条件成就时，财产所有权方为转移。

８５．财产所有权合法转移后，一方翻悔的，不予支持。财产所有权尚未按原协议转移，一方翻悔并无正当理由，协议又能够履行的，应当继续履行；如果协议不能履行，给对方造成损失的，应当负赔偿责任。

(86) In case a non-property owner adds appurtenance to the property of any other person that he uses, and if the property owner agrees to such adding and has stipulations on how to deal with the appurtenance, the stipulations shall be followed; if there is no stipulations and they cannot make an agreement through negotiation, the property owner may order to dismantle it if it can be dismantled; if it cannot be dismantled, it may be returned to the property owner after being converted into money; if it results in any loss of the property owner, the non-property owner shall undertake compensation liabilities.

８６．非产权人在使用他人的财产上增添附属物，财产所有人同意增添，并就财产返还时附属物如何处理有约定的，按约定办理；没有约定又协商不成，能够拆除的，可以责令拆除；不能拆除的，也可以折价归财产所有人，造成财产所有人损失的，应当负赔偿责任。

(87) For a property that has appurtenance, the appurtenance shall be transferred with the property ownership. Unless it is otherwise stipulated differently by the parties and no law is violated, the stipulations shall be followed.

８７．有附属物的财产，附属物随财产所有权的转移而转移。但当事人另有约定又不违法的，按约定处理。

(88) For a jointly owned property, if some of the co-owners claim for several co-ownership, but other co-owners claim for joint ownership, if the property cannot be proved to be severally co-owned, it shall be regarded as jointly owned.

８８．对于共有财产，部分共有人主张按份共有，部分共有人主张共同共有，如果不能证明财产是按份共有的，应当认定为共同共有。

(89) The co-owners shall have the same rights to the jointly owned property, and undertake same obligations. During the existence period of joint ownership, if some of the co-owners deal with the jointly owned property without permission, it shall be deemed as invalid. But if the third person has obtained the property onerously in goodwill, the lawful rights and interests of the third person shall be protected; and the person who has disposed the jointly owned property without permission shall compensate other co-owners for their losses.

８９．共同共有人对共有财产享有共同的权利，承担共同的义务。在共同共有关系存续期间，部分共有人擅自处分共有财产的，一般认定无效。但第三人善意、有偿取得该财产的，应当维护第三人的合法权益；对其他共有人的损失，由擅自处分共有财产的人赔偿。

(90) When a relation of joint ownership is terminated, the division of the jointly owned property shall be handled on the basis of the agreement, if any; if there is no agreement, the property shall be handled in light of the principle of equal shares, taking into consideration the contributions of the co-owners to the jointly owned property, and properly taking care of the actual needs for production and living of the co-owners. The division of the property jointly owned by the spouses shall be handled in light of the relevant provisions of the Marriage Law.

９０．在共同共有关系终止时，对共有财产的分割，有协议的，按协议处理；没有协议的，应当根据等分原则处理，并且考虑共有人对共有财产的贡献大小，适当照顾共有人生产、生活的实际需要等情况。但分割夫妻共有财产，应当根据婚姻法的有关规定处理。

(91) If the jointly owned property is a special object, which cannot be divided or the division on it will devaluate it, it may be handled by converting it into money.

９１．共有财产是特定物，而且不能分割或者分割有损其价值的，可以折价处理。

(92) After a jointly owned property has been divided, and one or more of the original co-owners sell the property he/they shared, if the property sold

９２．共同共有财产分割后，一个或者数个原共有人出卖自己分得的财产时，如果

and the property shared by other original co-owners are the same as a whole one, or used as a matching part, and other original co-owners claim for preferential purchasing right, their claim shall be supported.

(93) If any citizen or legal person who can prove that any buried or concealed object being dredged up or discovered is owned by him/it, and it may be returned to him/it according to the laws and policies in effect, his/its such rights shall be protected.

(94) In case any lost-and-found object is destroyed or damaged, and the person who finds such object has no intent, he shall not undertake civil juristic liabilities. If the person who finds such object appropriates it and refuses to return it to the owner, which results in litigation, such litigation shall be handled in light of a litigation of torts.

(95) The right and obligation of citizens and collectives to a contract for management of forests, land, mountains, grasslands, unreclaimed land, beaches, water surfaces and other natural resources under collective ownership or of state owned land under collective use shall be handled in light of the stipulations of the contract. If any contractor subcontracts or transfers the rights and obligations without the consent of the contract issuing party, it shall be deemed as invalid.

(96) Disputes over the ownership or use right of such natural resources as the land, mountains, forests, grassland, unreclaimed land, beaches and water surfaces, shall be subject to the handling of the relevant administrative departments. If any party is dissatisfied with the administrative punishment, he/it may file a lawsuit to the people's court in accordance with the relevant laws and regulations. If a lawsuit is filed due to disputes of torts, the people's court may accept it directly.

(97) In case any of the neighboring parties temporarily occupies the land used by the other party, and if the occupying party fails to use the land according to the scope, usage and term as stipulated by both parties, he/it shall be ordered to clear off the scene, eliminate the obstruction, restore the land to its original condition, and compensate for the damages.

(98) In case any party blocks up or engrosses natural water without permission, which influences the ordinary production and life of any other party, the other party shall be entitled to request him/it to eliminate the obstruction; if it causes any loss to the other party, he/it shall compensate for the damages.

(99) In case any of the neighboring parties shall use the land of the other party for the purpose of drainage, he/it shall be allowed; but he/it shall use

出卖的财产与其他原共有人分得的财产属于一个整体或者配套使用，其他原共有人主张优先购买权的，应当予以支持。

９３．公民、法人对于挖掘、发现的埋藏物、隐藏物，如果能够证明属其所有，而且根据现行的法律、政策又可以归其所有的，应当予以保护。

９４．拾得物灭失、毁损，拾得人没有故意的，不承担民事责任。拾得人将拾得物据为己有，拒不返还而引起诉讼的，按照侵权之诉处理。

９５．公民和集体依法对集体所有的或者国家所有由集体使用的森林、土地、山岭、草原、荒地、滩涂、水面等承包经营的权利和义务，按承包合同的规定处理。承包人未经发包人同意擅自转包或者转让的无效。

９６．因土地、山岭、森林、草原、荒地、滩涂、水面等自然资源的所有权或使用权发生权属争议的，应当由有关行政部门处理。对行政处理不服的，当事人可以依据有关法律和行政法规的规定，向人民法院提起诉讼；因侵权纠纷起诉的，人民法院可以直接受理。

９７．相邻一方因施工临时占用他方使用的土地，占用的一方如未按照双方约定的范围、用途和期限使用的，应当责令其及时清理现场，排除妨碍，恢复原状，赔偿损失。

９８．一方擅自堵截或者独占自然流水，影响他方正常生产、生活的，他方有权请求排除妨碍；造成他方损失的，应负赔偿责任。

９９．相邻一方必须使用另一方的土地排水的，应当予以准许；但应在必要限度内

within the necessary limits and take proper safeguard measures to make drainage, in case there are still damages, the beneficiary shall give reasonable compensation.

In case any neighboring party may take other reasonable measures to make drainage but fails to do so, and makes drainage to the land of the other party, which destroys or may destroy the property of other party, and the other party requests the party causing the damage to stop the tortious act, eliminate the danger, restore the property to its original conditions, and compensate for the damages, the people's court shall give support.

(100) In case any party must pass through the land used by his neighbor, it shall be permitted; if the neighbor therefore suffers from losses, he shall be given appropriate compensation.

(101) For a passageway formed in history through which anyone must pass within the scope of the building owned or used by one party, the owner or user shall not block it. In case other people request to eliminate the obstruction or restore the passageway to its original conditions because the block has influenced his production or life, the people's court shall give support. In case it is possible to open another passageway, it may be permitted.

(102) In handling disputes over water dripping of neighboring house, if any party who has faults causes damages to the other party, he shall be ordered to eliminate the obstruction and compensate for the damages.

(103) In case a neighboring party digs ditches, pools, or cellars in his own land or the roots and branches of bamboos and trees he plants stretches, which endangers the safety and normal use of the construction of the other party, he shall be ordered to eliminate the danger, restore the land to its original conditions or compensate for the damages according to the circumstances.

2. On Creditor's Rights

(104) In case a creditor refuses the performance of obligations by a debtor without justifiable reasons, the debtor's drawing of the object of performance to the relevant department shall be regarded as the debt has paid. The fees for the drawing shall be borne by the creditor. During the period of drawing, the income incurred from the property shall be owned by the creditor, and the risks and liabilities shall be borne by the creditor.

(105) According to the provisions of item (1), paragraph 2 of Article 88 of the General Principles of the Civil Law, if quality requirements are unclear in the contract, and the parties fails to reach an agreement on it, while

使用并采取适当的保护措施排水，如仍造成损失的，由受益人合理补偿。

相邻一方可以采取其他合理的措施排水而未采取，向他方土地排水毁损或者可能毁损他方财产，他方要求致害人停止侵害、消除危险、恢复原状、赔偿损失的，应当予以支持。

１００．一方必须在相邻一方使用的土地上通行的，应当予以准许；因此造成损失的，应当给予适当补偿。

１０１．对于一方所有的或者使用的建筑物范围内历史形成的必经通道，所有权人或者使用权人不得堵塞。因堵塞影响他人生产、生活，他人要求排除妨碍或者恢复原状的，应当予以支持。但有条件另开通道的，也可以另开通道。

１０２．处理相邻房屋滴水纠纷时，对有过错的一方造成他方损害的，应当责令其排除妨碍、赔偿损失。

１０３．相邻一方在自己使用的土地上挖水沟、水池、地窖等或者种植的竹木根枝伸延，危及另一方建筑物的安全和正常使用的，应当分别情况，责令其消除危险，恢复原状，赔偿损失。

（二）关于债权问题

１０４．债权人无正当理由拒绝债务人履行义务，债务人将履行的标的物向有关部门提存的，应当认定债务已经履行。因提存所支出的费用，应当由债权人承担。提存期间，财产收益归债权人所有，风险责任由债权人承担。

１０５．依据民法通则第八十八条第二款第（一）项规定，合同对产品质量要求不明确，当事人未能达成协议，又没有国家

there are no national quality standards, the ministerial standards or special standards shall be followed; if there are no ministerial standards or special standards, the approved enterprise standards shall be followed; if there are no approved enterprise standards, other approved enterprise quality standards for the similar products of the same industry in the place of the origin of the object shall be followed.

质量标准的，按部颁标准或者专业标准处理；没有部颁标准或者专业标准的，按经过批准的企业标准处理；没有经过批准的企业标准的，按标的物产地同行业其它企业经过批准的同类产品质量标准处理。

(106) A guarantor shall be a citizen, enterprise legal person or any other economic organization that has compensatory capacity. Even if a guarantor has no full compensatory capacity, he shall still undertake guarantee liability with his own property.
No state organ may act as a guarantor.

１０６．保证人应当是具有代偿能力的公民、企业法人以及其他经济组织。保证人即使不具备完全代偿能力，仍应以自己的财产承担保证责任。
国家机关不能担任保证人。

(107) In case any branch of an enterprise legal person with no legal person status signs a guaranty contract in its own name, such a contract shall be determined as invalid. But the property liabilities arising therefrom shall be borne by the branch itself if it has solvency; if the branch has no solvency, it shall be borne by the enterprise legal person.

１０７．不具有法人资格的企业法人的分支机构，以自己的名义对外签订的保证合同，一般应认定无效。但因此产生的财产责任，分支机构如有偿付能力的，应当自行承担；如无偿付能力的，应由企业法人承担。

(108) In case a guarantor ensures to the creditor that he will perform his obligations to the debtor, he shall enter into a written guaranty contract with the creditor to determine his scope and term of guaranty to the main obligation. If the guarantor does not enter into a written guaranty contract in a separate way, but clarifies the scope and term of guaranty of the guarantor in the main contract, which are signed and sealed by the guarantor, the guaranty contract shall be regarded as established. In case an oral guaranty agreement between citizens is approved by two or more persons with no relation of interests, the guaranty contract may also be deemed as established, unless there are otherwise different provisions by law.
In case the scope of guaranty is unclear, the guarantor shall be inferred as undertaking guarantee liabilities to all the main obligations.

１０８．保证人向债权人保证债务人履行债务的，应当与债权人订立书面保证合同，确定保证人对主债务的保证范围和保证期限。虽未单独订立书面保证合同，但在主合同中写明保证人的保证范围和保证期限，并由保证人签名盖章的，视为书面保证合同成立。公民间的口头保证，有两个以上无利害关系人证明的，也视为保证合同成立，法律另有规定的除外。
保证范围不明确的，推定保证人对全部主债务承担保证责任。

(109) The scope of guaranty of a guarantor may be reduced with the main obligations within the guaranty period. A guarantor shall not undertake guaranty liability for newly added debts if the guarantor does not agree to make guaranty on such debts.

１０９．在保证期限的，保证人的保证范围，可因主债务的减少而减少。新增加的债务，未经保证人同意担保的，保证人不承担保证责任。

(110) In case there are two or more guarantors, they shall undertake guaranty liabilities jointly and severally. Unless the guarantor otherwise stipulates with the creditor that he shall undertake guaranty liability by shares.

１１０．保证人为二人以上的，相互之间负连带保证责任。但是保证人与债权人约定按份承担保证责任的除外。

(111) Where a secured economic contract is confirmed invalid, if the pledgee shall return the property or compensate for damages, the guarantor shall still undertake liabilities jointly and severally unless there are otherwise special stipulations.

(112) Where a debtor or a third person offers a pledge to the creditor, a written contract shall be concluded or it shall be specified in the original documents of creditor's rights. If there is no written contract, but there are other evidences proving the pledge or its title of certificate has been handed over to the mortgagee, the mortgage relations shall be deemed as established.

(113) In case anyone offers the property to which he has no ownership or management right as a pledge, the mortgage shall be deemed as invalid. In case anyone offers a property whose circulation is restricted by law as a pledge, it shall be purchased by the relevant department when paying off debts, and the mortgagee may be accorded priority in getting compensation from the purchasing price.

(114) In case any pledge is destroyed or damaged in the custody of a mortgagee, the mortgagee shall then undertake civil juristic liabilities if he has faults.
In case a pledge is destroyed or damaged in a mortgagor's place, the mortgage relation shall be determined as existence, and the mortgagor shall be ordered to substitute the pledge for other property.

(115) In case a pledge is owned and kept by a mortgagor, the mortgagor shall not transfer the same pledge to others without the consent of the creditor during the mortgage period, or re-mortgage the part of mortgage on the value of estate under mortgage, his acts shall be deemed as invalid.
Where a creditor pays off debts with a pledge, if there are several mortgagees in a single pledge, the repayment shall be made according to their sequence of establishing the mortgage right.

(116) In case there are several creditors including the creditor who requests for paying off bank loans and other creditor's rights, the creditor who has the right to mortgage shall have the right to enjoy priority in being repaid, unless it is otherwise specified differently by laws and regulations.

(117) Where a creditor occupies the property of a debtor due to any contract relationship, if the debtor fails to perform his due obligations, the creditor may keep the corresponding property as security. If the debtor still does not perform his duty due after being urged, and the creditor sells the

１１１．被担保的经济合同确认无效后，如果被保证人应当返还财产或者赔偿损失的，除有特殊约定外，保证人仍应承担连带责任。

１１２．债务人或者第三人向债权人提供抵押物时，应当订立书面合同或者在原债权文书中写明。没有书面合同，但有其他证据证明抵押物或者其权利证书已交给抵押权人的，可以认定抵押关系成立。

１１３．以自己不享有所有权或者经营管理权的财产作抵押物的，应当认定抵押无效。
以法律限制流通的财产作为抵押物的，在清偿债务时，应当由有关部门收购，抵押权人可以从价款中优先受偿。

１１４．抵押物在抵押权人保管期间灭失、毁损的，抵押权人如有过错，应当承担民事责任。
抵押物在抵押人处灭失、毁损的，应当认定抵押关系存在，并责令抵押人以其他财产代替抵押物。

１１５．抵押物如由抵押人自己占有并负责保管，在抵押期间，非经债权人同意，抵押人将同一抵押物转让他人，或者就抵押物价值已设置抵押部分再作抵押的，其行为无效。
债务人以抵押物清偿债务时，如果一项抵押物有数个抵押权人的，应当按照设定抵押权的先后顺序受偿。

１１６．有要求清偿银行贷款和其他债权等数个债权人的，有抵押物的债权人应享有优先受偿的权利。法律、法规另有规定的除外。

１１７．债权人因合同关系占有债务人财物的，如果债务人到期不履行义务，债权人可以将相应的财物留置。经催告，债务人在合理期限内仍不履行义务，债权人依

property held by him at a reasonable price according to law, and takes priority in being paid at the price of the property sold, the creditor shall be protected.

(118) If a landlord wants to sell his leased house, he shall notify the tenant three months in advance, and the tenant shall have priority to buy the house under the same conditions; if a landlord fails to sell the house according to such conditions, the tenant may claim to the people's court for declaration of the invalidity of the sale of the house.

(119) Where a tenant accepts lease of a private house in his own name for his family, if he dies during the lease period, and the co-residents of the family request for performing the former tenancy agreement, they shall be supported.

During the lease period, the house property right of a private house is transferred due to sale, donation or inheritance, the original tenancy contract shall be effective to the tenant and the new owner of the house.

In case there is no fixed lease period, and the house-owner asks for taking back the house for his own use, his request shall be permitted. Where it is possible for the tenant to move, he shall be ordered to move; if a tenant really has difficulty in moving, he shall be given a period of time to find houses or clear off some of the houses.

(120) Where during the period when a house is pawned or at the expiry of the pawn period, the parties stipulate to extend the period of pawn or increase or decrease the price of pawn, they shall be permitted. If the pawnee request the pawnor redeem the house at a price higher than the original pawn price, such a request shall not be supported in general. In case the pawn price is set by a lawfully merchantable item, it shall be converted into the retailing price of the market at the time the lawfully merchantable item is redeemed.

(121) The loan money between citizens shall be handled according to the stipulations in case the two parties have stipulated the time limit for the return; if there are no stipulations, a lender may claim for return at any time, the borrower shall return in time upon the request of the lender; if he is unable to return it for the time being, he shall be ordered to return it by stages according to actual circumstances.

(122) The interest rate of loans for production and business operation between citizens may be a little higher than the interest rate of a loan for living. In case a dispute arises from interest rate, it shall be handled in light of the principle of protecting the lawful loan relations, taking into

法将留置的财物以合理的价格变卖，并以变卖财物的价款优先受偿的，应予保护。

１１８．出租人出卖出租房屋，应提前三个月通知承租人，承租人在同等条件下，享有优先购买权；出租人未按此规定出卖房屋的，承租人可以请求人民法院宣告该房屋买卖无效。

１１９．承租户以一人名义承租私有房屋，在租赁期内，承租人死亡，该户共同居住人要求按原租约履行的，应当准许。私有房屋在租赁期内，因买卖、赠与或者继承发生房屋产权转移的，原租赁合同对承租人和新房主继续有效。
未定租期，房主要求收回房屋自住的，一般应当准许。承租人有条件搬迁的，应责令其搬迁；如果承租人搬迁确有困难的，可给一定期限让其找房或者腾让部分房屋。

１２０．在房屋出典期间或者典期届满时，当事人之间约定延长典期或者增减典价的，应当准许。承典人要求出典人高于原典价回赎的，一般不予支持。以合法流通物作典价的，应当按照回赎时市场零售价格折算。

１２１．公民之间的借贷款，双方对返还期限有约定的，一般应按约定处理；没有约定的，出借人随时可以请求返还，借方应当根据出借人的请求及时返还；暂时无力返还的，可以根据实际情况责令其分期返还。

１２２．公民之间的生产经营性借贷的利率，可以适当高于生活性借贷利率。如因利率发生纠纷，应本着保护合法借贷关系，考虑当地实际情况，有利于生产和稳定经济秩序的原则处理。

consideration of the local reality, and being conducive to the production and stabilizing economic order.

(123) For any loan without interests between citizens, who stipulate the time limit for repayment, but the borrower fails to repay it on time, or who do not stipulate the repayment time but the borrower still fails to repay it after being urged, and if the lender requests the borrower repay the overdue interests, his request shall be supported.

(124) In case any dispute over interest rate arises between two parties of a loan, and if the stipulations are not clear and cannot be proved, the interest rate of a similar loan of the bank may be applied by analogy in the computation.

(125) For loans between citizens, if the lender calculates compound interest by putting the interests into the principal, such a loan shall not be protected; if the interests are deducted when borrowing money, the interests shall be computed on the basis of actual amount of loans.

(126) For the borrowing of in-kind, if the lender requests for returning the original thing or the in-kinds of the same amount and quality, his request shall be supported; if the in-kind is really unable to be returned, he shall pay for the original thing by converting it into money in light of or a little higher than the retailing price of the market at the time of return.

(127) In case the thing borrowed is destroyed because the borrower fails to properly manage and use it, the borrower shall undertake compensation liabilities; if the thing borrowed has defects in itself, compensation liabilities of the borrower may be reduced.

(128) The existence of a donation relationship between citizens shall be the delivery of donations. For house donations, if the transfer formalities have been gone through according to the written donation contract, the donation relationship shall be determined as in existence; if the transfer formalities fail to be handled, but the donator has handed the property right certificate over to the donee according to the written donation contract, and the donee has occupied and used the house in light of the donation contract, the donation shall be determined as valid, but the parties shall be ordered to make up the transfer formalities.

(129) In case a donator explicitly expresses to donates its property to a minor himself, the property shall be regarded as the personal property of the minor.

１２３．公民之间的无息借款，有约定偿还期限而借款人不按期偿还，或者未约定偿还期限但经出借人催告后，借款人仍不偿还的，出借人要求借款人偿付逾期利息，应当予以准许。

１２４．借贷双方因利率发生争议，如果约定不明，又不能证明的，可以比照银行同类贷款利率计息。

１２５．公民之间的借贷，出借人将利息计入本金计算复利的，不予保护；在借款时将利息扣除的，应当按实际出借款数计息。

１２６．借用实物的，出借人要求归还原物或者同等数量、质量的实物，应当予以支持；如果确实无法归还实物的，可以按照或者适当高于归还时市场零售价格折价给付。

１２７．借用人因管理、使用不善造成借用物毁损的，借用人应当负赔偿责任；借用物自身有缺陷的，可以减轻借用人的赔偿责任。

１２８．公民之间赠与关系的成立，以赠与物的交付为准。赠与房屋，如根据书面赠与合同办理了过户手续的，应当认定赠与关系成立；未办理过户手续，但赠与人根据书面赠与合同已将产权证书交与受赠人，受赠人根据赠与合同已占有、使用该房屋的，可以认定赠与有效，但应令其补办过户手续。

１２９．赠与人明确表示将赠与物赠给未成年人个人的，应当认定该赠与物为未成年人的个人财产。

(130) In case a donator donates his property to others for the purpose of evading the legal obligations that he should bear, and if the interested parties claim for rights, the donation shall be determined as invalid.

(131) The returned illegal profits shall include the original thing and the fruits arising therefrom. Other interests obtained by using the illegal profits shall be taken over after deducting the labor service overheads.

(132) The keeper or serviceman as prescribed in Article 93 of the General Principles of the Civil Law may require the beneficiary to repay necessary fees, including the fees outlaid directly in the management or service activities and the actual loss suffered in such activities.

3. On Issues concerning Intellectual Property Right and Personal Right

(133) Whether a work is published or not, the author shall have copyright to it.

(134) Where two or more persons agree to create any work together, no matter how much creative production of each person has been adopted in the work, the work shall be regarded as the work created jointly by the parties.

(135) The copyright to a work with joint authorship shall be shared by all the coauthors; if each component part of the work may exist independently, the copyright to a component part shall be enjoyed by the author of the corresponding component part.

(136) After an author dies, if the property right of his copyright inherited by his heir is infringed upon within the protection time limit as prescribed by law, and the heir pleads for protection according to law, the people's court shall give support.

(137) The patent right obtained by any citizen or legal person through applying for patent right, or through inheriting, accepting donations and assignment shall be protected.
The State Patent Office shall make registration on the transfer of patent right and make public notice on it, and the patent right shall be transferred from the date when the State Patent Office makes public notice on it.

(138) The right to the exclusive use of a trademark obtained by any legal person, individual business, or individual partnership through applying for

１３０．赠与人为了逃避应履行的法定义务，将自己的财产赠与他人，如果利害关系人主张权利的，应当认定赠与无效。

１３１．返还的不当利益，应当包括原物和原物所生的孳息。利用不当得利所取得的其他利益，扣除劳务管理费用后，应当予以收缴。

１３２．民法通则第九十三条规定的管理人或者服务人可以要求受益人偿付的必要费用，包括在管理或者服务活动中直接支出的费用，以及在该活动中受到的实际损失。

（三）关于知识产权、人身权问题

１３３．作品不论是否发表，作者均享有著作权（版权）。

１３４．二人以上按照约定共同创作作品的，不论各人的创作成果在作品中被采用多少，应当认定该项作品为共同创作。

１３５．合著的作品，著作权（版权）应当认定为全体合著人共同享有；其中各组成部分可以分别独立存在的，各组成部分的著作权（版权）由各组成部分的作者分别享有。

１３６．作者死亡后，著作权（版权）中由继承人继承的财产权利在法律规定的保护期限内受到侵犯，继承人依法要求保护的，人民法院应当予以支持。

１３７．公民、法人通过申请专利取得的专利权，或者通过继承、受赠、受让等方式取得的专利权，应当予以保护。
转让专利权应当由国家专利局登记并公告，专利权自国家专利局公告之日起转移。

１３８．法人、个体工商户、个人合伙通过申请商标注册或者受让等方式取得的商

trademark registration or assignment and other ways shall be protected unless it is otherwise revoked in light of legal procedures.

The transfer of the right to the exclusive use of a trademark shall be subject to the approval of the trademark bureau of the State Administration for Industry and Commerce, and the right to the exclusive use of a trademark shall be transferred from the date of approval.

标专用权，除依法定程序撤销者外，应当予以保护。

转让商标专用权应当由国家工商行政管理局商标局批准，商标专用权自核准之日起转移。

(139) In case anyone who uses any citizen's portrait to make advertisement, trademark or to decorate a shopwindow, etc. for profits without the consent of the citizen, such act shall be determined as act infringing the citizen's right to portrait.

１３９．以营利为目的，未经公民同意利用其肖像做广告、商标、装饰橱窗等，应当认定为侵犯公民肖像权的行为。

(140) In case anyone propagates the privacy of any other person in writing or orally, or fakes acts to uglify the personality of other person overtly, or damages other person's reputation by ways of insulting and slandering, which result in a certain influence, such act shall be determined as act infringing the citizen's right of reputation.

In case anyone bespatters or slanders the reputation of a legal person in writing or orally, which results in damages to the legal person, such act shall be determined as act of infringing the right of reputation of the legal person.

１４０．以书面、口头等形式宣场他人的隐私，或者捏造事实公然丑化他人人格，以及用侮辱、诽谤等方式损害他人名誉，造成一定影响的，应当认定为侵害公民名誉权的行为。

以书面、口头等形式诋毁、诽谤法人名誉，给法人造成损害的，应当认定为侵害法人名誉权的行为。

(141) In case anyone embezzles or counterfeits the name or title of others and causes damages, such act shall be determined as act of infringing the right of a personal name or title.

１４１．盗用、假冒他人姓名、名称造成损害的，应当认定为侵犯姓名权、名称权的行为。

V. Civil Liabilities

五、民事责任

(142) In case anyone suffers from damages for the purpose of maintaining the lawful rights and interests of the state, collective or other people, under the condition that the infringer has no ability to give compensation or there is no infringer, if the victim raises a claim, the people's court may order the beneficiary to give proper compensation according to the benefit the beneficiary get and its economic status.

１４２．为了维护国家、集体或者他人合法权益而使自己受到损害，在侵害人无力赔偿或者没有侵害人的情况下，如果受害人提出请求的，人民法院可以根据受益人受益的多少及其经济状况，责令受益人给予适当补偿。

(143) The date for a victim's delaying of work shall be determined in accordance with his actual degree of damage and recuperation status with reference to the proof issued by the medical treatment hospital or the medicolegal expertise, etc.. The standards for compensation fees shall be computed in light of the standard of wages or actual income of the victim. In case the victim is a household under contracted management or individual business, the standards for the computation of the fees for delaying his work may be determined by taking into consideration of the average income of the victim within a period of time. If the planting or

１４３．受害人的误工日期，应当按其实际损害程度、恢复状况并参照治疗医院出具的证明或者法医鉴定等认定。赔偿费用的标准，可以按照受害人的工资标准或者实际收入的数额计算。

受害人是承包经营户或者个体工商户的，其误工费的计算标准，可以参照受害人一定期限内的平均收入酌定。如果受害人承包经营的种植、养殖业季节性很强，不及

aquatics breeding under the contracted management of the victim is of great seasonal nature, and considerably serious damages will result if it fails to be managed in time, except that the victim shall take measures to prevent the spread of the damage, the infringer may also be ruled to take measures to prevent the aggravation of the damage.

时经营会造成更大损失的，除受害人应当采取措施防止损失扩大外，还可以裁定侵害人采取措施防止扩大损失。

(144) The compensation for the medical treatment fees shall be based on the diagnosis certificate of the medical treatment hospital and the medicine fees and fees for living in hospital at the locality. The fees for medical treatment in another hospital without the approval of the medical affairs department may not be compensated in general; fees for buying medicine that has nothing to do with the damage or for treating other diseases shall not be compensated.

１４４．医药治疗费的赔偿，一般应以所在地治疗医院的诊断证明和医药费、住院费的单据为凭。应经医务部门批准而未获批准擅自另找医院治疗的费用，一般不予赔偿；擅自购买与损害无关的药品或者治疗其他疾病的，其费用则不予赔偿。

(145) For a person who undertakes nursing work upon the approval of the hospital, his subsidy for delaying work may be computed according to the actual loss of the income. And the bonus may be computed into the amount of compensation fees in general. If the person has no income of wages, the compensation standards may be the standard of wages of an ordinary casual laborer of the local area.

１４５．经医院批准专事护理的人，其误工补助费可以按收入的实际损失计算。应得奖金一般可以计算在应赔偿的数额内。本人没有工资收入的，其补偿标准应以当地的一般临时工的工资标准为限。

(146) In case anyone infringes the physical health of other person, which results in the person's loss of all or part of ability to work, he shall make compensation for the living subsidy of the person no lower than the basic living expenses of local residents in general.

１４６．侵害他人身体致使其丧失全部或者部分劳动能力的，赔偿生活补助费一般应补足到不低于当地居民基本生活费的标准。

(147) Where anyone infringes upon the physical health of any other person and results in the person's death or loss of ability to work, and the person who are actually supported by the victim and has no other sources of living requires the infringer pay necessary living expenses, such request shall be supported, and the amount of compensation shall be determined according to the actual circumstances.

１４７．侵害他人身体致人死亡或者丧失劳动能力的，依靠受害人实际扶养而又没有其他生活来源的人要求侵害人支付必要生活费的，应当予以支持，其数额根据实际情况确定。

(148) A person who instigates or assists others to perform an infringement act shall be the co-infringer, and shall undertake civil liabilities jointly and severally.
A person who instigates or assists a person without ability of civil conduct to perform infringement act shall be an infringer, and shall undertake civil liabilities.
A person who instigates or assists a person with limited ability of civil conduct to perform infringement act shall be a co-infringer, and shall undertake major civil liabilities.

１４８．教唆、帮助他人实施侵权行为的人，为共同侵权人，应当承担连带民事责任。
教唆、帮助无民事行为能力人实施侵权行为的人，为侵权人，应当承担民事责任。
教唆、帮助限制民事行为能力人实施侵权行为的人，为共同侵权人，应当承担主要民事责任。

(149) Where anyone who embezzles or counterfeits the name of any other person to deceive or befool others by means of letter or telephone, and causes damage to the property or reputation of others, the infringer shall undertake civil liabilities.

１４９．盗用、假冒他人名义，以函、电等方式进行欺骗或者愚弄他人，并使其财产、名誉受到损害的，侵权人应当承担民事责任。

(150) In case the right to name, right to portrait, right to reputation, or right to honor of a citizen and the right to name, right to reputation or right to honor of a legal person is infringed upon, and the citizen or the legal person requires compensation for the losses, the people's court may determine the compensation liabilities according to the extent of faults of the infringer, the concrete circumstances, consequence or influence of an infringing act.

１５０．公民的姓名权、肖像权、名誉权、荣誉权和法人的名称权、名誉权、荣誉权受到侵害，公民或者法人要求赔偿损失的，人民法院可以根据侵权人的过错程度、侵权行为的具体情节、后果和影响确定其赔偿责任。

(151) In case anyone obtains profits by infringing upon the right to name or title, right to portrait or right to reputation or honor of others, the infringer shall, in addition to compensating the losses of the victim, have his ill-gotten gains taken over.

１５１．侵害他人的姓名权、名称权、肖像权、名誉权、荣誉权而获利的，侵权人除依法赔偿受害人的损失外，其非法所得应当予以收缴。

(152) In case any staff member of a state organ causes any damage to the lawful rights and interests of any citizen or legal person in performing his functions, the state organ shall undertake civil liabilities.

１５２．国家机关工作人员在执行职务中，给公民、法人的合法权益造成损害的，国家机关应当承担民事责任。

(153) Where a consumer or customer suffers from personal damage or property loss by himself or causes personal damage or property loss to any third person due to using unqualified product, the victim may require compensation to the manufacturer or seller of the product. For litigation filed due to such matters, the case shall be accepted by the people's court at the locality of the defendant or the place where the infringing act is committed.
Where a carrier or depositary is responsible for product liability, and the manufacturer or seller requests to compensate for damages, the case may be handled as a different case, or the carrier or depositary shall be listed as the third person to be handled together.

１５３．消费者、用户因为使用质量不合格的产品造成本人或者第三人人身伤害、财产损失的，受害人可以向产品制造者或者销售者要求赔偿。因此提起的诉讼，由被告所在地或侵权行为地人民法院管辖。运输者和仓储者对产品质量负有责任，制造者或者销售者请求赔偿损失的，可以另案处理，也可以将运输者和仓储者列为第三人，一并处理。

(154) In case anyone who undertakes highly dangerous work fails to take necessary safeguard and precautious measures in light of relevant provisions, which seriously imperils the safety of the person or property of others, the people's court shall order the worker to eliminate the danger upon the request of other people.

１５４．从事高度危险作业，没有按有关规定采取必要的安全防护措施，严重威胁他人人身、财产安全的，人民法院应当根据他人的要求，责令作业人消除危险。

(155) In case anyone piles goods which collapses and causes damages to others, if neither party has fault, it shall be handled in light of the principle of fairness by taking the circumstances into consideration.

１５５．因堆放物品倒塌造成他人损害的，如果当事人均无过错，应当根据公平原则的酌情处理。

(156) In case anyone causes damages to any other people due to the act of rescue, if the dangerous situation is caused due to natural reasons, and the measures taken by the actor is appropriate, he shall not undertake civil liabilities. If the victim requests for compensation, he may order the beneficiary to give proper compensations.

(157) If neither party has any fault in the causing of damage, but one party suffers from damage due to carrying out activities for the benefit of the other party or the common interests of both parties, the other party or beneficiary may be ordered to give certain economic compensation.

(158) Where, after a couple is divorced, their minor child infringes upon the rights and interests of other person, the party who lives together with the child shall undertake civil liabilities; if he/she really has difficulty in undertaking civil liability independently, the party who does not live together with the child may be ordered to undertake civil liabilities.

(159) Where a person under guardianship causes any damage to any other person, if there is a specific guardian, the guardian shall undertake civil liabilities; if there is not a specific guardian, the person having ability of guardianship who ranks in the front shall undertake civil liability.

(160) Where any person without ability of civil conducts who lives in or studies in kindergarten or school or any mentally ill person who receives medical treatment in a madhouse is injured or causes damages to any other people, and if their entities have faults, these entities may be ordered to give proper compensation.

(161) In case an actor has not reached 18 years old when an infringing act occurs, and has reached 18 years during litigation, and if he is economically affordable, he shall undertake civil liabilities; if the actor is not affordable, the original guardian shall undertake civil liabilities.
In case an actor has reached 18 years old when causing damages to others, he shall undertake civil liabilities by himself; if he has no income, the person supporting him shall pay for him first; if he has real difficulty in effecting the advance payment, the people's court may rule or mediate to postpone the payment.

(162) Where it is necessary to stop a tort, remove obstructions, or eliminate danger, and other circumstances in litigation, the people's court may make ruling in advance according to the application of the parties or in light of its authority.
Where the parties undertake civil liability by way of apology in litigation, it shall be stated in the judgment.

１５６．因紧急避险造成他人损失的，如果险情是由自然原因引起，行为人采取的措施又无不当，则行为人不承担民事责任。受害人要求补偿的，可以责令受益人适当补偿。

１５７．当事人对造成损害均无过错，但一方是在为对方的利益或者共同的利益进行活动的过程中受到损害的，可以责令对方或者受益人给予一定的经济补偿。

１５８．夫妻离婚后，未成年子女侵害他人权益的，同该子女共同生活的一方应当承担民事责任；如果独立承担民事责任确有困难的，可以责令未与该子女共同生活的一方共同承担民事责任。

１５９．被监护人造成他人损害的，有明确的监护人时，由监护人承担民事责任；监护人不明确的，由顺序在前的有监护能力的人承担民事责任。

１６０．在幼儿园、学校生活、学习的无民事行为能力的人或者在精神病院治疗的精神病人，受到伤害或者给他人造成损害，单位有过错的，可以责令这些单位适当给予赔偿。

１６１．侵权行为发生时行为人不满十八周岁，在诉讼时已满十八周岁，并有经济能力的，应当承担民事责任；行为人没有经济能力的，应当由原监护人承担民事责任。
行为人致人损害时年满十八周岁的，应当由本人承担民事责任；没有经济收入的，由扶养人垫付，垫付有困难的，也可以判决或者调解延期给付。

１６２．在诉讼中遇有需要停止侵害、排除妨碍、消除危险的情况时，人民法院可以根据当事人的申请或者依职权先行作出裁定。
当事人在诉讼中用赔礼道歉方式承担了民事责任的，应当在判决中叙明。

(163) Where any illegal acts that has something to do with the present case is found in litigation and shall be punished, the provisions of paragraph 3 of Article 134 of the General Principles of the Civil Law may be applied to give admonition, order to sign a pledge of repentance, take over the property and illegal gains for conducting illegal activities, or impose a fine or detention according to law.

The taking of such punishment measures as taking over, giving fines or detention shall be subject to the approval of the president of a court with a written decision of civil sanctions made additionally. If the person being punished is dissatisfied with the decision, he may apply for reconsideration for once to the superior people's court within ten days from the morrow when the written decision is received. The decision may not be executed for the time being during reconsideration.

(164) In case a citizen is fined less than RMB 500 Yuan by applying paragraph 3 of Article 134 of the General Principles of the Civil Law, the detention shall be less than 15 days.

In case a legal representative is punished by detention according to law, the date for the detention shall be less than 15 days.

Unless specified differently by laws, the aforesaid two paragraphs shall not be applicable.

VI. Statute of Limitations

(165) Before the implementation of the General Principles of the Civil Law, if the obligee knows or should know his civil rights are infringed, the period of limitations applied by him for appealing the people's court to protect his rights after the implementation of the General Principles of Civil Law, the provisions of Article 135 and 136 of the General Principles of the Civil Law shall apply, and the statute of limitations shall be computed from January 1st , 1987.

(166)Where, before the implementation of the General Principles of the Civil Law, any civil right has been infringed upon for over 20 years, the statute of limitations applied by an obligee for appealing the people's court to protect his right after the implementation of the General Principles of Civil Law shall be two years as prescribed in Article 135 of the General Principles of the Civil Law or one year as prescribed in Article 136 respectively, and it shall be computed from January 1st , 1987.

(167) Where after the implementation of the General Principles of the Civil Law, any case that falls within the statute of limitations of two years as prescribed in Article 135 of the General Principles of the Civil Law, but the obligee does not know that his rights have been infringed upon until the

１６３．在诉讼中发现与本案有关的违法行为需要给予制裁的，可适用民法通则第一百三十四条第三款规定，予以训诫、责令具结悔过、收缴进行非法活动的财物和非法所得，或者依照法律规定处以罚款、拘留。

采用收缴、罚款、拘留制裁措施，必须经院长批准，另行制作民事制裁决定书。被制裁人对决定不服的，在收到决定书的次日起十日内向上一级人民法院申请复议一次。复议期间，决定暂不执行。

１６４．适用民法通则第一百三十四条第三款对公民处以罚款的数额为五百元以下，拘留为十五日以下。

依法对法定代表人处以拘留制裁措施，为十五日以下。

以上两款，法律另有规定的除外。

六、诉讼时效

１６５．在民法通则实施前，权利人知道或者应当知道其民事权利被侵害，民法通则实施后，向人民法院请求保护的诉讼时效期间，应当适用民法通则第一百三十五条和第一百三十六条的规定，从１９８７年１月１日起算。

１６６．民法通则实施前，民事权利被侵害超过二十年的，民法通则实施后，权利人向人民法院请求保护的诉讼时效期间，分别为民法通则第一百三十五条规定的二年或者第一百三十六条规定的一年，从１９８７年１月１日起算。

１６７．民法通则实施后，属于民法通则第一百三十五条规定的二年诉讼时效期间，权利人自权利被侵害时起的第十八年后至第二十年期间才知道自己的权利被侵

18th years to 20th year period since the infringement, or any case that falls within the statute of limitations of one year as prescribed in Article 136 of the General Principles of the Civil Law, the obligee does not know his rights have been infringed upon until after the 19th to 20th year period since the infringement, he may exercise his right of filing a litigation claim within 20 years since his rights are infringed upon; in case it exceeds 20 years, his rights shall not be protected any longer.

害的，或者属于民法通则第一百三十六条规定的一年诉讼时效期间，权利人自权利被侵害时起的第十九年后至二十年间才知道自己的权利被侵害的，提起诉讼请求的权利，应当在权利被侵害之日起的二十年内行使；超过二十年的，不予保护。

(168) For personal injury that is obvious, the statute of limitations for compensation shall be computed from the date when the person suffers from such injury; if the injury is not found then and there, but is diagnosed after examination to be caused by the infringement by proof, the statute of limitations shall be computed from the date when the condition of the injury is diagnosed.

１６８．人身损害赔偿的诉讼时效期间，伤害明显的，从受伤害之日起算；伤害当时未曾发现，后经检查确诊并能证明是由侵害引起的，从伤势确诊之日起算。

(169) If an obligee cannot exercise his right of claim within the legal statute of limitations due to impersonal obstacles, he may fall within the "special circumstances" as prescribed in Article 137 of the General Principles of Civil Law.

１６９．权利人由于客观的障碍在法定诉讼时效期间不能行使请求权的，属于民法通则第一百三十七条规定的"特殊情况"。

(170) In case the state property that is not authorized to any citizen or legal person for management is infringed, it shall not be restricted by the statute of limitations.

１７０．未授权给公民、法人经营、管理的国家财产受到侵害的，不受诉讼时效期间的限制。

(171) If an obligee fails to perform duties after the statute of limitations has passed, but goes back on his words by reason of exceeding statute of limitations, he shall not be supported.

１７１．过了诉讼时效期间，义务人履行义务后，又以超过诉讼时效为由翻悔的，不予支持。

(172) Where, during the last six months of the statute of limitations, any person without capacity for civil conduct or with limited capacity for civil conduct whose right is infringed upon has no legal agent, or his legal agent dies, loses agency right, or the legal agent himself loses capacity for conduct, he may be determined as incapable of exercising the right of claim due to other obstacles, the statute of limitations shall be suspended.

１７２．在诉讼时效期间的最后六个月内，权利被侵害的无民事行为能力人、限制民事行为能力人没有法定代理人，或者法定代理人死亡、丧失代理权，或者法定代理人本人丧失行为能力，可以认定为因其他障碍不能行使请求权，适用诉讼时效中止。

(173) Where a statute of limitations is interrupted because an obligee claims for rights or an obligor agrees to perform his duties, if the obligee claims for rights again in the new statute of limitations or the obligor agrees to perform his duties again, the limitations may be determined as being interrupted again.
In case an obligee claims for rights to an assurer to debts, the agent of the obligor, or the custodian of property, the statute of limitations may be determined as being interrupted.

１７３．诉讼时效因权利人主张权利或者义务人同意履行义务而中断后，权利人在新的诉讼时效期间内，再次主张权利或者义务人再次同意履行义务的，可以认定为诉讼时效再次中断。
权利人向债务保证人、债务人的代理人或者财产代管人主张权利的，可以认定诉讼时效中断。

(174) In case an obligee raises a claim for protection of civil rights to the people's mediation commission or the relevant entities, the statute of limitations is interrupted from the time when such claim is raised. If no agreement is reached after mediation and handling, the statute of limitations shall continue; if an agreement is reached after mediation and handling, but the obligor fails to perform duties in light of the time limit as stipulated in the agreement, the statute of limitations shall be continue at the expiry of the time limit.

(175) The statute of limitations as prescribed in Article 135 and 136 of the General Principles of the Civil Law may apply the provisions of the General Principles of Civil Law on suspension, interruption and extension. For the statute of limitations of "twenty years" as prescribed in Article 137 of the General Principles of the Civil Law, the relevant provision of the General Principles of the Civil Law on extension may apply, but not the provisions on suspension and interruption.

(176) In case there are special provisions on the time for claiming for compensation and demurring on product quality by laws and regulations, the special provisions shall be followed.

(177) The statute of limitations for succession shall be implemented according to the provisions of the succession law. But if any heir does not explicitly express to give up the succession after the succession begins, he shall be deemed as accepting the succession. If the legacy has not been divided, it shall be jointly owned by the heirs. The relevant provisions of the General Principles of the Civil Law shall be apply to the suspension, interruption and extension of the statute of limitations.

VII. Application of Law for Foreign-related Civil Relations

(178) Where either party or both parties in a civil legal relationship is an alien, a stateless person or a foreign legal person, and the object of the civil legal relationship is within the territory of a foreign country, and the legal facts that produce, alter or annihilate the civil relations of rights and obligations occur in a foreign country, such relationship shall be called foreign-related civil relations.
When hearing a foreign civil relationship, the people's court shall apply the substantive law in accordance with the provisions of Chapter VIII of the General Principles of the Civil Law.

(179) For the capacity for civil conduct of any citizen of our country who settles down overseas, the law of our country shall apply if his act is

１７４．权利人向人民调解委员会或者有关单位提出保护民事权利的请求，从提出请求时起，诉讼时效中断。经调处达不成协议的，诉讼时效期间即重新起算；如调处达成协议，义务人未按协议所定期限履行义务的，诉讼时效期间应从期限届满时重新起算。

１７５．民法通则第一百三十五条、第一百三十六条规定的诉讼时效期间，可以适用民法通则有关中止、中断和延长的规定。
民法通则第一百三十七条规定的"二十年"诉讼时效期间，可以适用民法通则有关长的规定，不适用中止、中断的规定。

１７６．法律、法规对索赔时间和对产品质量等提出异议的时间有特殊规定的，按特殊规定办理。

１７７．继承的诉讼时效按继承法的规定执行。但继承开始后，继承人未明确表示放弃继承的，视为接受继承，遗产未分割的，即为共同共有。诉讼时效的中止、中断、延长，均适用民法通则的有关规定。

七、涉外民事关系的法律适用

１７８．凡民事关系的一方或者双方当事人是外国人、无国籍人、外国法人的；民事关系的标的物在外国领域内的；产生、变更或者消灭民事权利义务关系的法律事实发生在外国的，均为涉外民事关系。
人民法院在审理涉外民事关系的案件时，应当按照民法通则第八章的规定来确定应适用的实体法。

１７９．定居国外的我国公民的民事行为能力，如其行为是在我国境内所为，适用

conducted in the territory of China; if the act is conducted in the country he settles down, the law of the country he settles down may be applied.

(180) In case an alien conducts civil legal activities within the territory of our country, and if he is a person without capacity for civil conduct according to his domestic law, but he is a person with capacity for civil conduct according to the Chinese law, he shall be determined as a person having capacity for civil conduct.

(181) For the capacity for civil conduct of a stateless person, the law of the country where he settles down shall apply in general; if he does not settle down in the country, the law of the country of his residence may be applied.

(182) For an alien who has double or multi-nationalities, the law of the country of his residence or the country of closest connection shall be deemed as his domestic law.

(183) In case the residence of a party is not clear or cannot be determined, his habitual abode shall be his residence. If a party has several abodes, the abode that has closest connection with the civil relationship in dispute shall be his residence.

(184) For a foreign legal person, the law of its registration country shall be deemed as its domestic law, and the capacity for civil conduct of a legal person shall be determined according to its domestic law.
In case any foreign legal person carries out civil activities within the territory of China, it shall comply with the law provisions of our country.

(185) Where a party has two or more business places, the business place that has closest connection with the civil relationship in dispute shall be followed; if a party has no business place, his residence place or habitual residence shall be taken instead.

(186) Land, appurtenant easements, and the appertaining equipments of other appurtenant and construction shall be real estates. The law of the place where a real property is located shall apply to such civil relationships as the property right, sales, tenancy, mortgage and use of a real property.

(187) The lex delicti (law of the place where a tort is committed) shall include the lex loci delicti commissi (law of the place where a tort is committed) and the law of the place where the result of a tort took place. If the two laws are inconsistent with each other, the people's court may choose to apply either of them.

我国法律：在定居国所为，可以适用其定居国法律。

１８０．外国人在我国领域内进行民事活动，如依其本国法律为无民事行为能力，而依我国法律为有民事行为能力，应当认定为有民事行为能力。

１８１．无国籍人的民事行为能力，一般适用其定居国法律；如未定居的，适用其住所地国法律。

１８２．有双重或多重国籍的外国人，以其有住所或者与其有最密切联系的国家的法律为其本国法。

１８３．当事人的住所不明或者不能确定的，以其经常居住地为住所。当事人有几个住所的，以与产生纠纷的民事关系有最密切联系的住所为住所。

１８４．外国法人以其注册登记地国家的法律为其本国法，法人的民事行为能力依其本国法确定。
外国法人在我国领域内进行的民事活动，必须符合我国的法律规定。

１８５．当事人有二个以上营业所的，应以与产生纠纷的民事关系有最密切联系的营业所为准；当事人没有营业所的，以其住所或者经常居住地为准。

１８６．土地、附着于土地的建筑物及其他定着物、建筑物的固定附属设备为不动产。不动产的所有权、买卖、租赁、抵押、使用等民事关系，均应适用不动产所在地法律。

１８７．侵权行为地的法律包括侵权行为实施地法律和侵权结果发生地法律。如果两者不一致时，人民法院可以选择适用。

(188) The law of our country may be applied in the acceptance of foreign related divorce cases. For the divorces and the property divisions arising from divorce, the laws of our country shall apply. The law of the place where the marriage is concluded shall be applicable to the determination of the validity of a marriage.

(189) The law of the country that has the closest connection with the person being supported shall be applicable to the support between parents and children, husband and wife, and other person having relationship of support. The nationalities and residence of the supporter and the person being supported and the place where the property for the support of the person being supported shall all be regarded as having the closest connection with the person being supported.

(190) The domestic law of the person under guardianship shall apply to the establishment, alteration and termination of a guardianship. But the law of our country shall be applied if the person under guardianship has residence within the territory of China.

(191) Where a foreigner dies within the territory of China, his property left within the territory of China shall be handled according to the Chinese law if no one inherits it or accepts bequeath, unless it is otherwise specified by the international conventions concluded or joined in by the two countries.

(192) Where the law of a foreign country shall be applied according to law, and if different laws are implemented in different regions of the foreign country, the applicable law shall be determined according to the provisions of the law of the foreign country on adjusting domestic legal conflict. If there are no provisions in the law of the country, the law that has the closest connection with the civil relation shall be applied directly.

(193) The applicable foreign law may be found out through the following ways: a. Provided by the parties; b. Provided by the central organ of the opposite party who has concluded judicial assistant convention; c. Provided by our embassy or consulate in the foreign country; d. Provided by the embassy of the foreign country in China; e. Provided by both Chinese and foreign legal experts. If the applicable foreign law still cannot be determined through the above method, the law of the people's republic of China may be applied.

(194) In case any party has any act of evading the compulsory or prohibitive legal criterions of our country, the foreign law shall not be applied.

１８８．我国法院受理的涉外离婚案件，离婚以及因离婚而引起的财产分割，适用我国法律。认定其婚姻是否有效，适用婚姻缔结地法律。

１８９．父母子女相互之间的扶养、夫妻相互之间的扶养以及其他有扶养关系的人之间的扶养，应当适用与被扶养人有最密切联系国家的法律。扶养人和被扶养人的国籍、住所以及供养被扶养人的财产所在地，均可视为与被扶养人有最密切的联系。

１９０．监护的设立、变更和终止，适用被监护人的本国法律。但是，被监护人在我国境内有住所的，适用我国的法律。

１９１．在我国境内死亡的外国人，遗留在我国境内的财产如果无人继承又无人受遗赠的，依照我国法律处理，两国缔结或者参加的国际条约另有规定的除外。

１９２．依法应当适用的外国法律，如果该外国不同地区实施不同的法律的，依据该国法律关于调整国内法律冲突的规定，确定应适用的法律。该国法律未作规定的，直接适用与该民事关系有最密切联系的地区的法律。

１９３．对于应当适用的外国法律，可通过下列途径查明：①由当事人提供；②由与我国订立司法协助协定的缔约对方的中央机关提供；③由我国驻该国使领馆提供；④由该国驻我国使馆提供；⑤由中外法律专家提供。通过以上途径仍不能查明的，适用中华人民共和国法律。

１９４．当事人规避我国强制性或者禁止性法律规范的行为，不发生适用外国法律的效力。

(195) The statute of limitations for foreign related civil juristic relations shall be determined according to the governing law for civil juristic relations determined by conflicting rules.

VIII. Miscellaneous Provisions

(196) For cases accepted after January 1st, 1987, if the civil conduct occurs before 1987, the laws and policies at the time of occurrence of the civil conduct shall be applied; if there is no concrete provisions in the laws and policies then and there, the General Principles of the Civil Law may be applied by analogy.

(197) The applicable law or policy at the time when the former trial terminates may be applied in the handling of appellate cases and retrial cases through procedures for trial supervision.

(198) In case the period stipulated by the parties is not computed from the first day of a month or a year, one month shall be 30 days, one year shall be 365 days.
In case the last day of a period is Sunday or other legal holidays, while the Sunday or other legal holiday may be flexibly exchanged, the morrow of the actual holiday shall be the last day of the period.

(199) Where the period is computed by the day, month or year, and if the parties have stipulations on the time of starting calculation, the stipulations shall be followed.

(200) Where any of the relevant provisions of the Supreme People's Court heretofore conflicts with the General Principles of the Civil Law and the present Opinions, the people's courts at all levels shall not apply it any more in the civil or economic actions of first instance and second instance.

１９５．涉外民事法律关系的诉讼时效，依冲突规范确定的民事法律关系的准据法确定。

八、其他

１９６．１９８７年１月１日以后受理的案件，如果民事行为发生在１９８７年以前，适用民事行为发生时的法律、政策，当时的法律、政策没有具体规定的，可以比照民法通则处理。

１９７．处理申诉案件和审判监督程序再审的案件，适用原审结时应当适用的法律或政策。

１９８．当事人约定的期间不是以月、年第一天起算的，一个月为三十日，一年为三百六十五日。
期间的最后一天是星期日或者其他法定休假日，而星期日或者其他法定休假日有变通的，以实际休假日的次日为期间的最后一天。

１９９．按照日、月、年计算期间，当事人对起算时间有约定的，按约定办。

２００．最高人民法院以前的有关规定，与民法通则和本意见抵触的，各级人民法院今后在审理一、二审民事、经济纠纷案件中不再适用。

© Copyright Chinalawinfo Co., Ltd
database@chinalawinfo.com

# 00K4

# Tort Law of the People's Republic of China

# Tort Law of the People's Republic of China[Effective]
## 中华人民共和国侵权责任法 [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Standing Committee of the National People's Congress,Standing Committee of the National People's Congress | **Document Number:** | Decree No. 21 of the President of the People's Republic of China |
| **Date issued:** | 12-26-2009 | **Effective date:** | 07-01-2010 |
| **Level of Authority:** | Laws | **Area of Law:** | Civil Law,E-Commerce |

Decree of the President of the People's Republic of China

(No. 21)

The Tort Law of the People's Republic of China, which was adopted at the 12th session of the Standing Committee of the Eleventh National People's Congress on December 26, 2009, is hereby promulgated and shall come into force on July 1, 2010.

President of the People's Republic of China: Hu Jintao

December 26, 2009

Tort Law of the People's Republic of China

(Adopted at the 12th session of the Standing Committee of the Eleventh National People's Congress on December 26, 2009)

中华人民共和国主席令

（第二十一号）

《中华人民共和国侵权责任法》已由中华人民共和国第十一届全国人民代表大会常务委员会第十二次会议于 2009 年 12 月 26 日通过，现予公布，自 2010 年 7 月 1 日起施行。

中华人民共和国主席　　胡锦涛

2009 年 12 月 26 日

中华人民共和国侵权责任法

（2009 年 12 月 26 日第十一届全国人民代表大会常务委员会第十二次会议通过）

Table of Contents

目录

| | |
|---|---|
| Chapter I General Provisions | 第一章　一般规定 |
| Chapter II Constituting Liability and Methods of Assuming Liability | 第二章　责任构成和责任方式 |
| Chapter III Circumstances to Waive Liability and Mitigate Liability | 第三章　不承担责任和减轻责任的情形 |
| Chapter IV Special Provisions on Tortfeasors | 第四章　关于责任主体的特殊规定 |
| Chapter V Product Liability | 第五章　产品责任 |
| Chapter VI Liability for Motor Vehicle Traffic Accident | 第六章　机动车交通事故责任 |
| Chapter VII Liability for Medical Malpractice | 第七章　医疗损害责任 |
| Chapter VIII Liability for Environmental Pollution | 第八章　环境污染责任 |

Chapter IX Liability for Ultrahazardous Activity

Chapter X Liability for Harm Caused by Domestic Animal

Chapter XI Liability for Harm Caused by Object

Chapter XII Supplementary Provision

Chapter I General Provisions

Article 1 In order to protect the legitimate rights and interests of parties in civil law relationships, clarify the tort liability, prevent and punish tortious conduct, and promote the social harmony and stability, this Law is formulated.

Article 2 Those who infringe upon civil rights and interests shall be subject to the tort liability according to this Law.
"Civil rights and interests" used in this Law shall include the right to life, the right to health, the right to name, the right to reputation, the right to honor, right to self image, right of privacy, marital autonomy, guardianship, ownership, usufruct, security interest, copyright, patent right, exclusive right to use a trademark, right to discovery, equities, right of succession, and other personal and property rights and interests.

Article 3 The victim of a tort shall be entitled to require the tortfeasor to assume the tort liability.

Article 4 Where a tortfeasor shall assume administrative liability or criminal liability for the same conduct, it shall not prejudice the tort liability that the tortfeasor shall legally assume.
Where the assets of a tortfeasor are not adequate for payments for the tort liability and administrative liability or criminal liability for the same conduct, the tortfeasor shall first assume the tort liability.

Article 5 Where any other law provides otherwise for any tort liability in particular, such special provisions shall prevail.

Chapter II Constituting Liability and Methods of Assuming Liability

Article 6 One who is at fault for infringement upon a civil right or interest of another person shall be subject to the tort liability.
One who is at fault as construed according to legal provisions and cannot prove otherwise shall be subject to the tort liability.

第九章　高度危险责任

第十章　饲养动物损害责任

第十一章　物件损害责任

第十二章　附则

第一章　一般规定

第一条　为保护民事主体的合法权益，明确侵权责任，预防并制裁侵权行为，促进社会和谐稳定，制定本法。

第二条　侵害民事权益，应当依照本法承担侵权责任。
本法所称民事权益，包括生命权、健康权、姓名权、名誉权、荣誉权、肖像权、隐私权、婚姻自主权、监护权、所有权、用益物权、担保物权、著作权、专利权、商标专用权、发现权、股权、继承权等人身、财产权益。

第三条　被侵权人有权请求侵权人承担侵权责任。

第四条　侵权人因同一行为应当承担行政责任或者刑事责任的，不影响依法承担侵权责任。
因同一行为应当承担侵权责任和行政责任、刑事责任，侵权人的财产不足以支付的，先承担侵权责任。

第五条　其他法律对侵权责任另有特别规定的，依照其规定。

第二章　责任构成和责任方式

第六条　行为人因过错侵害他人民事权益，应当承担侵权责任。
根据法律规定推定行为人有过错，行为人不能证明自己没有过错的，应当承担侵权责任。

Article 7 One who shall assume the tort liability for infringing upon a civil right or interest of another person, whether at fault or not, as provided for by law, shall be subject to such legal provisions.

Article 8 Where two or more persons jointly commit a tort, causing harm to another person, they shall be liable jointly and severally.

Article 9 One who abets or assists another person in committing a tort shall be liable jointly and severally with the tortfeasor.
One who abets or assists a person who does not have civil conduct capacity or only has limited civil conduct capacity in committing a tort shall assume the tort liability; the guardian of such a person without civil conduct capacity or with limited civil conduct capacity shall assume the relevant liability if failing to fulfill his guardian duties.

Article 10 Where two or more persons engage in a conduct that endangers the personal or property safety of another person, if only the conduct of one or several of them causes harm to another person and the specific tortfeasor can be determined, the tortfeasor shall be liable; or if the specific tortfeasor cannot be determined, all of them shall be liable jointly and severally.

Article 11 Where two or more persons commit torts respectively, causing the same harm, and each tort is sufficient to cause the entire harm, the tortfeasors shall be liable jointly and severally.

Article 12 Where two or more persons commit torts respectively, causing the same harm, if the seriousness of liability of each tortfeasor can be determined, the tortfeasors shall assume corresponding liabilities respectively; or if the seriousness of liability of each tortfeasor is hard to be determined, the tortfeasors shall evenly assume the compensatory liability.

Article 13 Where the joint and several liability shall be assumed by the tortfeasors according to law, the victim of torts shall be entitled to require some or all of the tortfeasors to assume the liability.

Article 14 The compensation amounts corresponding to the tortfeasors who are jointly and severally liable shall be determined according to the seriousness of each tortfeasor; and if the seriousness of each tortfeasor cannot be determined, the tortfeasors shall evenly assume the compensatory liability.
A tortfeasor who has paid an amount of compensation exceeding his

第七条　行为人损害他人民事权益，不论行为人有无过错，法律规定应当承担侵权责任的，依照其规定。

第八条　二人以上共同实施侵权行为，造成他人损害的，应当承担连带责任。

第九条　教唆、帮助他人实施侵权行为的，应当与行为人承担连带责任。
教唆、帮助无民事行为能力人、限制民事行为能力人实施侵权行为的，应当承担侵权责任；该无民事行为能力人、限制民事行为能力人的监护人未尽到监护责任的，应当承担相应的责任。

第十条　二人以上实施危及他人人身、财产安全的行为，其中一人或者数人的行为造成他人损害，能够确定具体侵权人的，由侵权人承担责任；不能确定具体侵权人的，行为人承担连带责任。

第十一条　二人以上分别实施侵权行为造成同一损害，每个人的侵权行为都足以造成全部损害的，行为人承担连带责任。

第十二条　二人以上分别实施侵权行为造成同一损害，能够确定责任大小的，各自承担相应的责任；难以确定责任大小的，平均承担赔偿责任。

第十三条　法律规定承担连带责任的，被侵权人有权请求部分或者全部连带责任人承担责任。

第十四条　连带责任人根据各自责任大小确定相应的赔偿数额；难以确定责任大小的，平均承担赔偿责任。
支付超出自己赔偿数额的连带责任人，有权向其他连带责任人追偿。

contribution shall be entitled to be reimbursed by the other tortfeasors who are jointly and severally liable.

Article 15 The methods of assuming tort liabilities shall include:

1. cessation of infringement;

2. removal of obstruction;

3. elimination of danger;

4. return of property;

5. restoration to the original status;

6. compensation for losses;

7. apology; and

8. elimination of consequences and restoration of reputation.
The above methods of assuming the tort liability may be adopted individually or jointly.

Article 16 Where a tort causes any personal injury to another person, the tortfeasor shall compensate the victim for the reasonable costs and expenses for treatment and rehabilitation, such as medical treatment expenses, nursing fees and travel expenses, as well as the lost wages. If the victim suffers any disability, the tortfeasor shall also pay the costs of disability assistance equipment for the living of the victim and the disability indemnity. If it causes the death of the victim, the tortfeasor shall also pay the funeral service fees and the death compensation.

Article 17 Where the same tort causes the deaths of several persons, a uniform amount of death compensation may be determined.

Article 18 Where a tort causes the death to the victim, the close relative of the victim shall be entitled to require the tortfeasor to assume the tort liability. Where the victim of a tort, which is an entity, is split or merged, the entity succeeding to the rights of the victim shall be entitled to require the tortfeasor to assume the tort liability.
Where a tort causes the death to the victim, those who have paid the medical treatment expenses, funeral service fees and other reasonable costs and expenses for the victim shall be entitled to require the tortfeasor

第十五条　承担侵权责任的方式主要有：

（一）停止侵害；

（二）排除妨碍；

（三）消除危险；

（四）返还财产；

（五）恢复原状；

（六）赔偿损失；

（七）赔礼道歉；

（八）消除影响、恢复名誉。
以上承担侵权责任的方式，可以单独适用，也可以合并适用。

第十六条　侵害他人造成人身损害的，应当赔偿医疗费、护理费、交通费等为治疗和康复支出的合理费用，以及因误工减少的收入。造成残疾的，还应当赔偿残疾生活辅助具费和残疾赔偿金。造成死亡的，还应当赔偿丧葬费和死亡赔偿金。

第十七条　因同一侵权行为造成多人死亡的，可以以相同数额确定死亡赔偿金。

第十八条　被侵权人死亡的，其近亲属有权请求侵权人承担侵权责任。被侵权人为单位，该单位分立、合并的，承继权利的单位有权请求侵权人承担侵权责任。被侵权人死亡的，支付被侵权人医疗费、丧葬费等合理费用的人有权请求侵权人赔偿费用，但侵权人已支付该费用的除外。

to compensate them for such costs and expenses, except that the tortfeasor has already paid such costs and expenses.

Article 19 Where a tort causes any harm to the property of another person, the amount of loss to the property shall be calculated as per the market price at the time of occurrence of the loss or calculated otherwise.

第十九条　侵害他人财产的，财产损失按照损失发生时的市场价格或者其他方式计算。

Article 20 Where any harm caused by a tort to a personal right or interest of another person gives rise to any loss to the property of the victim of the tort, the tortfeasor shall make compensation as per the loss sustained by the victim as the result of the tort. If the loss sustained by the victim is hard to be determined and the tortfeasor obtains any benefit from the tort, the tortfeasor shall make compensation as per the benefit obtained by it. If the benefit obtained by the tortfeasor from the tort is hard to be determined, the victim and the tortfeasor disagree to the amount of compensation after consultation, and an action is brought to a people's court, the people's court shall determine the amount of compensation based on the actual situations.

第二十条　侵害他人人身权益造成财产损失的，按照被侵权人因此受到的损失赔偿；被侵权人的损失难以确定，侵权人因此获得利益的，按照其获得的利益赔偿；侵权人因此获得的利益难以确定，被侵权人和侵权人就赔偿数额协商不一致，向人民法院提起诉讼的，由人民法院根据实际情况确定赔偿数额。

Article 21 Where a tort endangers the personal or property safety of another person, the victim of the tort may require the tortfeasor to assume the tort liabilities including but not limited to cession of infringement, removal of obstruction and elimination of danger.

第二十一条　侵权行为危及他人人身、财产安全的，被侵权人可以请求侵权人承担停止侵害、排除妨碍、消除危险等侵权责任。

Article 22 Where any harm caused by a tort to a personal right or interest of another person inflicts a serious mental distress on the victim of the tort, the victim of the tort may require compensation for the infliction of mental distress.

第二十二条　侵害他人人身权益，造成他人严重精神损害的，被侵权人可以请求精神损害赔偿。

Article 23 Where one sustains any harm as the result of preventing or stopping the infringement upon the civil right or interest of another person, the tortfeasor shall be liable for the harm. If the tortfeasor flees or is unable to assume the liability and the victim of the tort requires compensation, the beneficiary shall properly make compensation.

第二十三条　因防止、制止他人民事权益被侵害而使自己受到损害的，由侵权人承担责任。侵权人逃逸或者无力承担责任，被侵权人请求补偿的，受益人应当给予适当补偿。

Article 24 Where neither the victim nor the actor is at fault for the occurrence of a damage, both of them may share the damage based on the actual situations.

第二十四条　受害人和行为人对损害的发生都没有过错的，可以根据实际情况，由双方分担损失。

Article 25 After the occurrence of any harm, the parties may consult each other about the methods to pay for compensations. If the consultation fails, the compensations shall be paid in a lump sum. If it is hard to make the payment in a lump sum, the payment may be made in installments but a corresponding security shall be provided.

第二十五条　损害发生后，当事人可以协商赔偿费用的支付方式。协商不一致的，赔偿费用应当一次性支付；一次性支付确有困难的，可以分期支付，但应当提供相应的担保。

Chapter III Circumstances to Waive Liability and Mitigate Liability

Article 26 Where the victim of a tort is also at fault as to the occurrence of harm, the liability of the tortfeasor may be mitigated.

Article 27 The actor shall not be liable for any harm that is caused intentionally by the victim.

Article 28 Where any harm is caused by a third party, the third party shall assume the tort liability.

Article 29 Where any harm to another person is caused by a force majeure, the tortfeasor shall not be liable, except as otherwise provided for by law.

Article 30 Where any harm is caused by self-defense, the person exercising self-defense shall not be liable. If the self-defense exceeds the necessary limit, causing any undue harm, the person exercising self-defense shall assume proper liability.

Article 31 Where any harm is caused by any conduct of necessity, the person causing the occurrence of danger shall be liable. If the danger is as the result of a natural cause, the person causing the harm for necessity shall not be liable or shall make proper compensation. If improper measures of necessity are taken or a necessary limit is exceeded, causing any undue harm, the person causing the harm for necessity shall assume proper liability.

Chapter IV Special Provisions on Tortfeasors

Article 32 Where a person without civil conduct capacity or with limited civil conduct capacity causes any harm to another person, the guardian shall assume the tort liability. If the guardian has fulfilled his guardian duties, his tort liability may be mitigated.
Where a person without civil conduct capacity or with limited civil conduct capacity, who has property, causes any harm to another person, the compensations shall be paid out of his own property. The guardian shall make up any deficit of the compensations.

Article 33 Where a person with full civil conduct capacity causes any harm to another person as the result of his temporary loss of consciousness or control of his conduct, if he is at fault, he shall assume the tort liability; or if he is not at fault, the victim shall be compensated properly according to

第三章　不承担责任和减轻责任的情形

　　第二十六条　被侵权人对损害的发生也有过错的，可以减轻侵权人的责任。

　　第二十七条　损害是因受害人故意造成的，行为人不承担责任。

　　第二十八条　损害是因第三人造成的，第三人应当承担侵权责任。

　　第二十九条　因不可抗力造成他人损害的，不承担责任。法律另有规定的，依照其规定。

　　第三十条　因正当防卫造成损害的，不承担责任。正当防卫超过必要的限度，造成不应有的损害的，正当防卫人应当承担适当的责任。

　　第三十一条　因紧急避险造成损害的，由引起险情发生的人承担责任。如果危险是由自然原因引起的，紧急避险人不承担责任或者给予适当补偿。紧急避险采取措施不当或者超过必要的限度，造成不应有的损害的，紧急避险人应当承担适当的责任。

第四章　关于责任主体的特殊规定

　　第三十二条　无民事行为能力人、限制民事行为能力人造成他人损害的，由监护人承担侵权责任。监护人尽到监护责任的，可以减轻其侵权责任。
有财产的无民事行为能力人、限制民事行为能力人造成他人损害的，从本人财产中支付赔偿费用。不足部分，由监护人赔偿。

　　第三十三条　完全民事行为能力人对自己的行为暂时没有意识或者失去控制造成他人损害有过错的，应当承担侵权责任；没有过错的，根据行为人的经济状况

the economic condition of the person causing the harm.

Where a person with full civil conduct capacity causes any harm to another person as the result of his temporary loss of consciousness or control of his conduct due to alcohol intoxication or abuse of narcotic or psychoactive drug, he shall assume the tort liability.

Article 34 Where an employee of an employer which is an entity causes any harm to another person in the execution of his work duty, the employer shall assume the tort liability.

Where, during the period of labor dispatch, a dispatched employee causes any harm to another person in the execution of his work duty, the entity employer receiving the dispatched employee shall assume the tort liability; and the entity employer dispatching the employee, if at fault, shall assume the corresponding complementary liability.

Article 35 Where, in a labor relationship formed between individuals, the party providing labor services causes any harm to another person as the result of the labor services, the party receiving labor services shall assume the tort liability. If the party providing labor services causes any harm to himself as the result of the labor services, both parties shall assume corresponding liabilities according to their respective faults.

Article 36 A network user or network service provider who infringes upon the civil right or interest of another person through network shall assume the tort liability.

Where a network user commits a tort through the network services, the victim of the tort shall be entitled to notify the network service provider to take such necessary measures as deletion, block or disconnection. If, after being notified, the network service provider fails to take necessary measures in a timely manner, it shall be jointly and severally liable for any additional harm with the network user.

Where a network service provider knows that a network user is infringing upon a civil right or interest of another person through its network services, and fails to take necessary measures, it shall be jointly and severally liable for any additional harm with the network user.

Article 37 The manager of a public venue such as hotel, shopping center, bank, station or entertainment place or the organizer of a mass activity shall assume the tort liability for any harm caused to another person as the result of his failure to fulfill the duty of safety protection.

If the harm to another person is caused by a third party, the third party shall assume the tort liability; and the manager or organizer, if failing to

对受害人适当补偿。

完全民事行为能力人因醉酒、滥用麻醉药品或者精神药品对自己的行为暂时没有意识或者失去控制造成他人损害的，应当承担侵权责任。

第三十四条　用人单位的工作人员因执行工作任务造成他人损害的，由用人单位承担侵权责任。

劳务派遣期间，被派遣的工作人员因执行工作任务造成他人损害的，由接受劳务派遣的用工单位承担侵权责任；劳务派遣单位有过错的，承担相应的补充责任。

第三十五条　个人之间形成劳务关系，提供劳务一方因劳务造成他人损害的，由接受劳务一方承担侵权责任。提供劳务一方因劳务自己受到损害的，根据双方各自的过错承担相应的责任。

第三十六条　网络用户、网络服务提供者利用网络侵害他人民事权益的，应当承担侵权责任。

网络用户利用网络服务实施侵权行为的，被侵权人有权通知网络服务提供者采取删除、屏蔽、断开链接等必要措施。网络服务提供者接到通知后未及时采取必要措施的，对损害的扩大部分与该网络用户承担连带责任。

网络服务提供者知道网络用户利用其网络服务侵害他人民事权益，未采取必要措施的，与该网络用户承担连带责任。

第三十七条　宾馆、商场、银行、车站、娱乐场所等公共场所的管理人或者群众性活动的组织者，未尽到安全保障义务，造成他人损害的，应当承担侵权责任。

因第三人的行为造成他人损害的，由第三人承担侵权责任；管理人或者组织者未尽

fulfill the duty of safety protection, shall assume the corresponding complementary liability.

Article 38 Where a person without civil conduct capacity sustains any personal injury during the period of studying or living in a kindergarten, school or any other educational institution, the kindergarten, school or other educational institution shall be liable unless it can prove that it has fulfilled its duties of education and management.

Article 39 Where a person with limited civil conduct capacity sustains any personal injury during the period of studying or living in a school or any other educational institution, the school or other educational institution shall be liable if failing to fulfill its duties of education and management.

Article 40 Where, during the period of studying or living in a kindergarten, a school or any other educational institution, a person without civil conduct capacity or with limited civil conduct capacity sustains any personal injury caused by any person other than those of the kindergarten, school or other education institution, the person causing the harm shall assume the tort liability; and the kindergarten, school or other educational institution shall assume the corresponding complementary liability if failing to fulfill its duties of management.

Chapter V Product Liability

Article 41 Where a defective product causes any harm to another person, the manufacturer shall assume the tort liability.

Article 42 Where a product with any defect caused by the fault of the seller causes any harm to another person, the seller shall assume the tort liability.
Where a seller can neither specify the manufacturer of a defective product nor specify the supplier of the defective product, the seller shall assume the tort liability.

Article 43 Where any harm is caused by a defective product, the victim may require compensation to be made by the manufacturer of the product or the seller of the product.
If the defect of the product is caused by the manufacturer and the seller has made the compensation for the defect, the seller shall be entitled to be reimbursed by the manufacturer.
If the defect of the product is caused by the fault of the seller and the manufacturer has made the compensation for the defect, the manufacturer shall be entitled to be reimbursed by the seller.

到安全保障义务的，承担相应的补充责任。

第三十八条　无民事行为能力人在幼儿园、学校或者其他教育机构学习、生活期间受到人身损害的，幼儿园、学校或者其他教育机构应当承担责任，但能够证明尽到教育、管理职责的，不承担责任。

第三十九条　限制民事行为能力人在学校或者其他教育机构学习、生活期间受到人身损害，学校或者其他教育机构未尽到教育、管理职责的，应当承担责任。

第四十条　无民事行为能力人或者限制民事行为能力人在幼儿园、学校或者其他教育机构学习、生活期间，受到幼儿园、学校或者其他教育机构以外的人员人身损害的，由侵权人承担侵权责任；幼儿园、学校或者其他教育机构未尽到管理职责的，承担相应的补充责任。

第五章　产品责任

第四十一条　因产品存在缺陷造成他人损害的，生产者应当承担侵权责任。

第四十二条　因销售者的过错使产品存在缺陷，造成他人损害的，销售者应当承担侵权责任。
销售者不能指明缺陷产品的生产者也不能指明缺陷产品的供货者的，销售者应当承担侵权责任。

第四十三条　因产品存在缺陷造成损害的，被侵权人可以向产品的生产者请求赔偿，也可以向产品的销售者请求赔偿。
产品缺陷由生产者造成的，销售者赔偿后，有权向生产者追偿。
因销售者的过错使产品存在缺陷的，生产者赔偿后，有权向销售者追偿。

Article 44 Where any harm is caused to another person by a defective product and the defect is caused by the fault of a third party such as carrier or warehouseman, the manufacturer or seller of the product that has paid the compensation shall be entitled to be reimbursed by the third party.

Article 45 Where the defect of a product endangers the personal or property safety of another person, the victim shall be entitled to require the manufacturer or seller to assume the tort liabilities by removing the obstruction or eliminating the danger.

Article 46 Where any defect of a product is found after the product is put into circulation, the manufacturer or seller shall take such remedial measures as warning and recall in a timely manner. The manufacturer or seller who fails to take remedial measures in a timely manner or take sufficient and effective measures and has caused any harm shall assume the tort liability.

Article 47 Where a manufacturer or seller knowing any defect of a product continues to manufacture or sell the product and the defect causes a death or any serious damage to the health of another person, the victim shall be entitled to require the corresponding punitive compensation.

Chapter VI Liability for Motor Vehicle Traffic Accident

Article 48 Where a motor vehicle traffic accident causes any harm, the compensatory liability shall be assumed according to the relevant provisions of the Road Traffic Safety Law.

Article 49 Where the owner and the user of a motor vehicle are not the same person due to the relationship of a lease, a borrowing or any other reason and the liability of a traffic accident is attributed to the motor vehicle, the insurance company shall make compensation within the liability limit of the mandatory motor vehicle insurance. The user of the motor vehicle shall make up any deficit of the compensation; and if the owner of the motor vehicle is at fault as to the harm, he shall assume the corresponding compensatory liability.

Article 50 Where a motor vehicle has been transferred and delivered from one party to another through sale or in any other transaction method but the registration of ownership transfer has not been conducted, if the liability of a traffic accident is attributed to the motor vehicle, the insurance company shall make compensation within the liability limit of the

第四十四条　因运输者、仓储者等第三人的过错使产品存在缺陷，造成他人损害的，产品的生产者、销售者赔偿后，有权向第三人追偿。

第四十五条　因产品缺陷危及他人人身、财产安全的，被侵权人有权请求生产者、销售者承担排除妨碍、消除危险等侵权责任。

第四十六条　产品投入流通后发现存在缺陷的，生产者、销售者应当及时采取警示、召回等补救措施。未及时采取补救措施或者补救措施不力造成损害的，应当承担侵权责任。

第四十七条　明知产品存在缺陷仍然生产、销售，造成他人死亡或者健康严重损害的，被侵权人有权请求相应的惩罚性赔偿。

第六章　机动车交通事故责任

第四十八条　机动车发生交通事故造成损害的，依照道路交通安全法的有关规定承担赔偿责任。

第四十九条　因租赁、借用等情形机动车所有人与使用人不是同一人时，发生交通事故后属于该机动车一方责任的，由保险公司在机动车强制保险责任限额范围内予以赔偿。不足部分，由机动车使用人承担赔偿责任；机动车所有人对损害的发生有过错的，承担相应的赔偿责任。

第五十条　当事人之间已经以买卖等方式转让并交付机动车但未办理所有权转移登记，发生交通事故后属于该机动车一方责任的，由保险公司在机动车强制保险责任限额范围内予以赔偿。不足部分，由受让人承担赔偿责任。

mandatory motor vehicle insurance. The transferee of the motor vehicle shall make up any deficit of the compensation.

Article 51 Where an illegally assembled motor vehicle or a motor vehicle reaching the standard of retirement, which has been transferred through sale or in any other transfer method, causes a traffic accident and a harm, the transferor and the transferee shall be liable jointly and severally.

Article 52 Where a traffic accident occurs to a motor vehicle that has been obtained by theft, robbery or snatch and causes a harm, the thief, robber or snatcher shall assume the compensatory liability. The insurance company that makes advances for rescue expenses within the liability limit of the mandatory motor vehicle insurance shall be entitled to be reimbursed by the person liable for the traffic accident.

Article 53 Where the driver of a motor vehicle flees after a traffic accident occurs to the motor vehicle, if the motor vehicle is covered by the mandatory insurance, the insurance company shall make compensation within the liability limit of the mandatory motor vehicle insurance; or if the motor vehicle cannot be identified or is not covered by the mandatory insurance, and the expenses for the death of or personal injury to the victim, such as rescue and funeral fees, need to be paid, the advances shall be made out of the Social Assistance Fund for Road Traffic Accidents. After advances are made out of the Social Assistance Fund for Road Traffic Accidents, the governing body of the fund shall be entitled to be reimbursed by the person liable for the traffic accident.

Chapter VII Liability for Medical Malpractice

Article 54 Where a patient sustains any harm from medical care, if the medical institution or any of its medical staff is at fault, the medical institution shall assume compensatory liability.

Article 55 During the provision of medical care, the medical staff shall explain the illness condition and relevant medical measures to their patients. If any operation, special examination or special treatment is needed, the medical staff shall explain the medical risks, alternate medical plans and other information to the patient in a timely manner, and obtain a written consent of the patient; or, when it is not proper to explain the information to the patient, explain the information to the close relative of the patient, and obtain a written consent of the close relative.

Where any medical staff member fails to fulfill the duties in the preceding

第五十一条 以买卖等方式转让拼装或者已达到报废标准的机动车，发生交通事故造成损害的，由转让人和受让人承担连带责任。

第五十二条 盗窃、抢劫或者抢夺的机动车发生交通事故造成损害的，由盗窃人、抢劫人或者抢夺人承担赔偿责任。保险公司在机动车强制保险责任限额范围内垫付抢救费用的，有权向交通事故责任人追偿。

第五十三条 机动车驾驶人发生交通事故后逃逸，该机动车参加强制保险的，由保险公司在机动车强制保险责任限额范围内予以赔偿；机动车不明或者该机动车未参加强制保险，需要支付被侵权人人身伤亡的抢救、丧葬等费用的，由道路交通事故社会救助基金垫付。道路交通事故社会救助基金垫付后，其管理机构有权向交通事故责任人追偿。

第七章 医疗损害责任

第五十四条 患者在诊疗活动中受到损害，医疗机构及其医务人员有过错的，由医疗机构承担赔偿责任。

第五十五条 医务人员在诊疗活动中应当向患者说明病情和医疗措施。需要实施手术、特殊检查、特殊治疗的，医务人员应当及时向患者说明医疗风险、替代医疗方案等情况，并取得其书面同意；不宜向患者说明的，应当向患者的近亲属说明，并取得其书面同意。
医务人员未尽到前款义务，造成患者损害的，医疗机构应当承担赔偿责任。

paragraph and causes any harm to a patient, the medical institution shall assume compensatory liability.

Article 56 Where the opinion of a patient or his close relative cannot be obtained in the case of an emergency such as rescue of a patient in critic condition, with the approval of the person in charge of the medical institution or an authorized person in charge, the corresponding medical measures may be taken immediately.

Article 57 Where any medical staff member fails to fulfill obligations of medical care up to the medical level at the time during the provision of medical care, causing any harm to a patient, the medical institution shall assume compensatory liability.

Article 58 Under any of the following circumstances, a medical institution shall be at fault constructively for any harm caused to a patient:

1. violating a law, administrative regulation or rule, or any other provision on the procedures and standards for medical care;

2. concealing or refusing to provide the medical history data related to a dispute; or

3. forging, tampering or destroying any medical history data.

Article 59 Where any harm to a patient is caused by the defect of any drug, medical disinfectant or medical instrument or by the transfusion of substandard blood, the patient may require a compensation from the manufacturer or institution providing blood, or require a compensation from the medical institution. If the patient requires a compensation from the medical institution, the medical institution that has paid the compensation shall be entitled to be reimbursed by the liable manufacturer or institution providing blood.

Article 60 Under any of the following circumstances, a medical institution shall not assume compensatory liability for any harm caused to a patient:

1. the patient or his close relative does not cooperate with the medical institution in the provision of mecical care in line with the procedures and standards for medical care;

2. the medical staff have fulfilled the obligation of providing reasonable mecial care in case of emergency such as rescuing a patient in critical condition; or

第五十六条 因抢救生命垂危的患者等紧急情况，不能取得患者或者其近亲属意见的，经医疗机构负责人或者授权的负责人批准，可以立即实施相应的医疗措施。

第五十七条 医务人员在诊疗活动中未尽到与当时的医疗水平相应的诊疗义务，造成患者损害的，医疗机构应当承担赔偿责任。

第五十八条 患者有损害，因下列情形之一的，推定医疗机构有过错：

（一）违反法律、行政法规、规章以及其他有关诊疗规范的规定；

（二）隐匿或者拒绝提供与纠纷有关的病历资料；

（三）伪造、篡改或者销毁病历资料。

第五十九条 因药品、消毒药剂、医疗器械的缺陷，或者输入不合格的血液造成患者损害的，患者可以向生产者或者血液提供机构请求赔偿，也可以向医疗机构请求赔偿。患者向医疗机构请求赔偿的，医疗机构赔偿后，有权向负有责任的生产者或者血液提供机构追偿。

第六十条 患者有损害，因下列情形之一的，医疗机构不承担赔偿责任：

（一）患者或者其近亲属不配合医疗机构进行符合诊疗规范的诊疗；

（二）医务人员在抢救生命垂危的患者等紧急情况下已经尽到合理诊疗义务；

3. medical care for the patient is difficult due to the medical level at the time.

Under the circumstance in item 1 of the preceding paragraph, if the medical institution or any of its medical staff is also at fault, the medical institution shall assume corresponding compensatory liability.

Article 61 A medical institution and its medical staff shall fill out and properly keep the hospital admission logs, medical treatment order slips, test reports, operation and anesthesia records, pathology records, nurse care records, medical expenses sheets and other medical history data according to the relevant provisions.

Where a patient files a request for consulting or copying the medical history data in the preceding paragraph, the medical institution shall provide the data.

Article 62 A medical institution and its medical staff shall keep confidential the privacy of a patient. If any privacy data of a patient is divulged or any of the medical history data of a patient is open to the public without the consent of the patient, causing any harm to the patient, the medial institution shall assume the tort liability.

Article 63 A medical institution and its medical staff shall not conduct unnecessary examinations in violation of the procedures and standards for diagnosis and treatment.

Article 64 The legitimate rights and interests of a medical institution and its medical staff shall be protected by law. Anyone who interrupts the order of the medical system or obstructs the work or life of medical staff shall be subject to legal liability.

Chapter VIII Liability for Environmental Pollution

Article 65 Where any harm is caused by environmental pollution, the polluter shall assume the tort liability.

Article 66 Where any dispute arises over an environmental pollution, the polluter shall assume the burden to prove that it should not be liable or its liability could be mitigated under certain circumstances as provided for by law or to prove that there is no causation between its conduct and the harm.

Article 67 Where the environmental pollution is caused by two or more polluters, the seriousness of liability of each polluter shall be determined according to the type of pollutant, volume of emission and other factors.

（三）限于当时的医疗水平难以诊疗。

前款第一项情形中，医疗机构及其医务人员也有过错的，应当承担相应的赔偿责任。

第六十一条　医疗机构及其医务人员应当按照规定填写并妥善保管住院志、医嘱单、检验报告、手术及麻醉记录、病理资料、护理记录、医疗费用等病历资料。患者要求查阅、复制前款规定的病历资料的，医疗机构应当提供。

第六十二条　医疗机构及其医务人员应当对患者的隐私保密。泄露患者隐私或者未经患者同意公开其病历资料，造成患者损害的，应当承担侵权责任。

第六十三条　医疗机构及其医务人员不得违反诊疗规范实施不必要的检查。

第六十四条　医疗机构及其医务人员的合法权益受法律保护。干扰医疗秩序，妨害医务人员工作、生活的，应当依法承担法律责任。

第八章　环境污染责任

第六十五条　因污染环境造成损害的，污染者应当承担侵权责任。

第六十六条　因污染环境发生纠纷，污染者应当就法律规定的不承担责任或者减轻责任的情形及其行为与损害之间不存在因果关系承担举证责任。

第六十七条　两个以上污染者污染环境，污染者承担责任的大小，根据污染物的种类、排放量等因素确定。

Article 68 Where any harm is caused by environmental pollution for the fault of a third party, the victim may require a compensation from either the polluter or the third party. After making compensation, the polluter shall be entitled to be reimbursed by the third party.

Chapter IX Liability for Ultrahazardous Activity

Article 69 One who causes any harm to another person while engaging in any ultrahazardous operation shall assume the tort liability.

Article 70 Where a nuclear accident occurs to a civil nuclear facility and causes any harm to another person, the operator of the civil nuclear facility shall assume the tort liability unless it can prove that the harm is caused by a situation such as war or by the victim intentionally.

Article 71 Where a civil aircraft causes any harm to another person, the operator of the civil aircraft shall assume the tort liability unless it can prove that the harm is caused by the victim intentionally.

Article 72 Where the possession or use of inflammable, explosive, acutely toxic, radioactive or any other ultrahazardous materials causes any harm to another person, the possessor or user shall assume the tort liability unless it can prove that the harm is caused by the victim intentionally or by a force majeure. If the victim is grossly negligent for the occurrence of the harm, the liability of the possessor or user may be mitigated.

Article 73 Where any harm is caused to another person by an aerial, high pressure or underground excavation activity or by the use of high speed rail transport vehicle, the operator shall assume the tort liability unless it can prove that the harm is caused by the victim intentionally or by a force majeure. If the victim is negligent for the occurrence of the harm, the liability of the operator may be mitigated.

Article 74 Where any harm is caused to another person by the loss or abandonment of ultrahazardous materials, the owner shall assume the tort liability. If the owner has delivered the ultrahazardous materials to another person for management, the person who manages the materials shall assume the tort liability; and if the owner is at fault, he shall be liable jointly and severally with the person who manages the materials.

第六十八条　因第三人的过错污染环境造成损害的，被侵权人可以向污染者请求赔偿，也可以向第三人请求赔偿。污染者赔偿后，有权向第三人追偿。

第九章　高度危险责任

第六十九条　从事高度危险作业造成他人损害的，应当承担侵权责任。

第七十条　民用核设施发生核事故造成他人损害的，民用核设施的经营者应当承担侵权责任，但能够证明损害是因战争等情形或者受害人故意造成的，不承担责任。

第七十一条　民用航空器造成他人损害的，民用航空器的经营者应当承担侵权责任，但能够证明损害是因受害人故意造成的，不承担责任。

第七十二条　占有或者使用易燃、易爆、剧毒、放射性等高度危险物造成他人损害的，占有人或者使用人应当承担侵权责任，但能够证明损害是因受害人故意或者不可抗力造成的，不承担责任。被侵权人对损害的发生有重大过失的，可以减轻占有人或者使用人的责任。

第七十三条　从事高空、高压、地下挖掘活动或者使用高速轨道运输工具造成他人损害的，经营者应当承担侵权责任，但能够证明损害是因受害人故意或者不可抗力造成的，不承担责任。被侵权人对损害的发生有过失的，可以减轻经营者的责任。

第七十四条　遗失、抛弃高度危险物造成他人损害的，由所有人承担侵权责任。所有人将高度危险物交由他人管理的，由管理人承担侵权责任；所有人有过错的，与管理人承担连带责任。

Article 75 Where any harm to another person is caused by the illegal possession of ultrahazardous materials, the illegal possessor shall assume the tort liability. If the owner and the managing person cannot prove that it has fulfilled its duty of a high degree of care in preventing others from illegal possession, they shall be liable jointly and severally with the illegal possessor.

Article 76 Where any harm is caused by the entry into an area of ultrahazardous activities or an area of storing ultrahazardous materials, if the managing person has taken safety measures and fulfilled its duty of warning, its liability may be mitigated or it may assume no liability.

Article 77 Where any legal provision prescribes a limit of compensation for liability for an ultrahazardous activity, such a provision shall apply.

Chapter X Liability for Harm Caused by Domestic Animal

Article 78 Where a domestic animal causes any harm to another person, the keeper or manager of the animal shall assume the tort liability, but may assume no liability or assume mitigated liability, if it can prove that the harm is caused by the victim intentionally or by the gross negligence of the victim.

Article 79 Where any harm is caused to another person by a failure to take safety measures against an animal in violation of management rules, the keeper or manager of the animal shall assume the tort liability.

Article 80 Where any dangerous animal such as a fierce dog that is prohibited from keeping causes any harm to another person, the keeper or manger of the animal shall assume the tort liability.

Article 81 Where any animal of a zoo causes any harm to another person, the zoo shall assume the tort liability unless it can prove that it has fulfilled its duties of management.

Article 82 Where an abandoned or fleeing animal causes any harm to another person during the time period of its abandonment or fleeing, the original keeper or manager of the animal shall assume the tort liability.

Article 83 Where any harm is caused to another person by an animal for the fault of a third party, the victim may require a compensation from the keeper or manger of the animal, or require a compensation from the third party. After making compensation, the keeper or manager of the animal shall be entitled to be reimbursed by the third party.

第七十五条　非法占有高度危险物造成他人损害的，由非法占有人承担侵权责任。所有人、管理人不能证明对防止他人非法占有尽到高度注意义务的，与非法占有人承担连带责任。

第七十六条　未经许可进入高度危险活动区域或者高度危险物存放区域受到损害，管理人已经采取安全措施并尽到警示义务的，可以减轻或者不承担责任。

第七十七条　承担高度危险责任，法律规定赔偿限额的，依照其规定。

第十章　饲养动物损害责任

第七十八条　饲养的动物造成他人损害的，动物饲养人或者管理人应当承担侵权责任，但能够证明损害是因被侵权人故意或者重大过失造成的，可以不承担或者减轻责任。

第七十九条　违反管理规定，未对动物采取安全措施造成他人损害的，动物饲养人或者管理人应当承担侵权责任。

第八十条　禁止饲养的烈性犬等危险动物造成他人损害的，动物饲养人或者管理人应当承担侵权责任。

第八十一条　动物园的动物造成他人损害的，动物园应当承担侵权责任，但能够证明尽到管理职责的，不承担责任。

第八十二条　遗弃、逃逸的动物在遗弃、逃逸期间造成他人损害的，由原动物饲养人或者管理人承担侵权责任。

第八十三条　因第三人的过错致使动物造成他人损害的，被侵权人可以向动物饲养人或者管理人请求赔偿，也可以向第三人请求赔偿。动物饲养人或者管理人赔偿后，有权向第三人追偿。

Article 84 Animals shall be kept in accordance with the law, in the manner of respecting the social morals, and without interference with the life of others.

Chapter XI Liability for Harm Caused by Object

Article 85 Where any building, structure or facility or any thing laid thereon or suspended therefrom falls off or falls down, causing any harm to another person, if the owner, manager or user cannot prove that he is not at fault, he shall assume the tort liability. After making compensation, the owner, manager or user shall be entitled to be reimbursed by other liable persons if any.

Article 86 Where any building, structure or facility collapses, causing any harm to another person, the construction employer and contractor shall be liable jointly and severally. After making compensation, the construction employer or contractor shall be entitled to be reimbursed by other liable persons if any.
Where the collapse of any building, structure or facility, which causes any harm to another person, is attributed to any other liable person, the other liable person shall assume the tort liability.

Article 87 Where any object thrown out of a building or falling down from a building causes any harm to another person and it is hard to determine the specific tortfeasor, all the users of the building who possibly commit the tort but those who can prove that they are not the tortfeasor shall make indemnity.

Article 88 Where a pile of objects collapse and cause any harm to another person, the person making the pile shall assume the tort liability if it cannot prove that it has no fault.

Article 89 Where any harm is caused to another person by objects piled, dumped or scattered on a public road, which obstruct passage, the relevant entity or individual shall assume the tort liability.

Article 90 Where any harm is caused to another person by a broken tree, the owner or manager of the tree shall assume the tort liability if it cannot prove that he is not at fault.

Article 91 Where anyone digs a pit, repairs or installs any underground facility, etc. at a public venue or on a public road but fails to set up any

第八十四条　饲养动物应当遵守法律，尊重社会公德，不得妨害他人生活。

第十一章　物件损害责任

第八十五条　建筑物、构筑物或者其他设施及其搁置物、悬挂物发生脱落、坠落造成他人损害，所有人、管理人或者使用人不能证明自己没有过错的，应当承担侵权责任。所有人、管理人或者使用人赔偿后，有其他责任人的，有权向其他责任人追偿。

第八十六条　建筑物、构筑物或者其他设施倒塌造成他人损害的，由建设单位与施工单位承担连带责任。建设单位、施工单位赔偿后，有其他责任人的，有权向其他责任人追偿。
因其他责任人的原因，建筑物、构筑物或者其他设施倒塌造成他人损害的，由其他责任人承担侵权责任。

第八十七条　从建筑物中抛掷物品或者从建筑物上坠落的物品造成他人损害，难以确定具体侵权人的，除能够证明自己不是侵权人的外，由可能加害的建筑物使用人给予补偿。

第八十八条　堆放物倒塌造成他人损害，堆放人不能证明自己没有过错的，应当承担侵权责任。

第八十九条　在公共道路上堆放、倾倒、遗撒妨碍通行的物品造成他人损害的，有关单位或者个人应当承担侵权责任。

第九十条　因林木折断造成他人损害，林木的所有人或者管理人不能证明自己没有过错的，应当承担侵权责任。

第九十一条　在公共场所或者道路上挖坑、修缮安装地下设施等，没有设置明

obvious warning sign or take any safety measure, and causes any harm to another person, the person shall assume the tort liability.

Where a manhole or any other underground facility causes any harm to another person, the manager of the manhole or the facility shall assume the tort liability if he cannot prove that he has fulfilled the duties of management.

Chapter XII Supplementary Provision

Article 92 This Law shall come into force on July 1, 2010.

显标志和采取安全措施造成他人损害的，施工人应当承担侵权责任。

窨井等地下设施造成他人损害，管理人不能证明尽到管理职责的，应当承担侵权责任。

第十二章　附则

第九十二条　本法自 2010 年 7 月 1 日起施行。

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com

00K5

# Copyright Law of the People's Republic of China (2010 Amendment)

**Copyright Law of the People's Republic of China (2010 Amendment)[Effective]**
中华人民共和国著作权法(2010 修正) [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Standing Committee of the National People's Congress,Standing Committee of the National People's Congress | **Document Number:** | Order No.26 of the President of the People's Republic of China |
| **Date issued:** | 02-26-2010 | **Effective date:** | 04-01-2010 |
| **Level of Authority:** | Laws | **Area of Law:** | Copyright |

Copyright Law of the People's Republic of China

(Adopted at the Fifteenth Session of the Standing Committee of the Seventh National People's Congress on September 7, 1990 and amended for the first time in accordance with the Decision of the 24th Session of the Standing Committee of the Ninth National People's Congress Concerning Amendment to the Copyright Law of the People's Republic of China on October 27, 2001; and amended for the second time in accordance with the Decision of the 13th Session of the Standing Committee of the Eleventh National People's Congress Concerning Amendment to the Copyright Law of the People's Republic of China on February 26, 2010)

中华人民共和国著作权法

（1990 年 9 月 7 日第七届全国人民代表大会常务委员会第十五次会议通过 根据 2001 年 10 月 27 日第九届全国人民代表大会常务委员会第二十四次会议《关于修改〈中华人民共和国著作权法〉的决定》 第一次修正 根据 2010 年 2 月 26 日第十一届全国人民代表大会常务委员会第十三次会议《关于修改〈中华人民共和国著作权法〉的决定》第二次修正）

Contents

Chapter I General Provisions

Chapter II Copyright

Section 1 Copyright Owners and Their Rights

Section 2 Ownership of Copyright

Section 3 Term of Protection

Section 4 Limitations on Rights

Chapter III Contracts of Copyright Licensing and Contracts of Copyright Transfer

Chapter IV Publication, Performance, Sound Recording, Video Recording and Broadcasting

目 录

第一章 总则

第二章 著作权

第一节 著作权人及其权利

第二节 著作权归属

第三节 权利的保护期

第四节 权利的限制

第三章 著作权许可使用和转让合同

第四章 出版、表演、录音录像、播放

Section 1 Publication of Books, Newspapers and Periodicals

Section 2 Performance

Section 3 Sound Recording and Video Recording

Section 4 Broadcasting by A Radio Station or Television Station

Chapter V Legal Liabilities and Law Enforcement Measures

Chapter VI Supplementary Provisions

Chapter I General Provisions

Article 1 This Law is enacted, in accordance with the Constitution for the purposes of protecting the copyright of authors in their literary, artistic and scientific works and rights related to copyright, of encouraging the creation and dissemination of works which would contribute to the construction of socialist spiritual and material civilization, and of promoting the development and flourishing of socialist culture and sciences.

Article 2 Works of Chinese citizens, legal entities or other organizations, whether published or not, shall enjoy copyright in accordance with this Law.
Any work of a foreigner or stateless person which enjoys copyright under an agreement concluded between the country to which the author belongs or in which the author permanently resides and China, or under an international treaty to which both countries are parties, shall be protected by this Law.
Any work of a foreigner or stateless person published for the first time and within the territory of China shall enjoy copyright in accordance with this Law.
Any work of an author from a country not having concluded an agreement with China or entered into an international treaty jointly with China or of a stateless person, which is published for the first time in a country as a member of the international treaty into which China has entered or published in a member country and non- member country at the same time, shall be protected by this Law.

Article 3 "Works" mentioned in this Law shall include works of literature, art, natural science, social science, engineering technology and the like made in the following forms:

(1) written works;

第一节 图书、报刊的出版

第二节 表演

第三节 录音录像

第四节 广播电台、电视台播放

第五章 法律责任和执法措施

第六章 附则

第一章 总则

第一条 为保护文学、艺术和科学作品作者的著作权，以及与著作权有关的权益，鼓励有益于社会主义精神文明、物质文明建设的作品的创作和传播，促进社会主义文化和科学事业的发展与繁荣，根据宪法制定本法。

第二条 中国公民、法人或者其他组织的作品，不论是否发表，依照本法享有著作权。
外国人、无国籍人的作品根据其作者所属国或者经常居住地同中国签订的协议或者共同参加的国际条约享有的著作权，受本法保护。
外国人、无国籍人的作品首先在中国境内出版的，依照本法享有著作权。
未与中国签订协议或者共同参加国际条约的国家的作者以及无国籍人的作品首次在中国参加的国际条约的成员国出版的，或者在成员国和非成员国同时出版的，受本法保护。

第三条 本法所称的作品，包括以下列形式创作的文学、艺术和自然科学、社会科学、工程技术等作品：

（一）文字作品；

(2) oral works;

(3) musical, dramatic, quyi*, choreographic and acrobatic art works;

(4) works of fine art and architecture

(5) photographic works;

(6) cinematographic works and works created in a way similar to cinematography

(7) drawings of engineering designs and product designs, maps, sketches and other graphic works as well as model works;

(8) computer software;

(9) other works as provided in laws and administrative regulations.

Article 4 Copyright owners, in exercising their copyright, shall not violate the Constitution or laws or infringe upon the public interests. The state shall supervise and administer the publication and circulation of works according to law.

Article 5 This Law shall not be applicable to:

(1) laws, regulations, resolutions, decisions and orders of state organs; other documents of legislative, administrative or judicial nature; and their official translations;

(2) news on current affairs;

(3) calendars, numerical tables, forms of general use and formulas.

Article 6 Regulations for the protection of copyright in expressions of folklore shall be separately established by the State Council.

Article 7 The copyright administration department under the State Council shall be responsible for the nationwide administration of copyright. The copyright administration department of the people's government of each province, autonomous region or municipality directly under the Central Government shall be responsible for the administration of copyright within its own jurisdiction.

Article 8 Copyright owners and the obligees related to copyright may authorize a collective management organization of copyright to exercise

（二）口述作品；

（三）音乐、戏剧、曲艺、舞蹈、杂技艺术作品；

（四）美术、建筑作品；

（五）摄影作品；

（六）电影作品和以类似摄制电影的方法创作的作品；

（七）工程设计图、产品设计图、地图、示意图等图形作品和模型作品；

（八）计算机软件；

（九）法律、行政法规规定的其他作品。

第四条 著作权人行使著作权，不得违反宪法和法律，不得损害公共利益。国家对作品的出版、传播依法进行监督管理。

第五条 本法不适用于：

（一）法律、法规，国家机关的决议、决定、命令和其他具有立法、行政、司法性质的文件，及其官方正式译文；

（二）时事新闻；

（三）历法、通用数表、通用表格和公式。

第六条 民间文学艺术作品的著作权保护办法由国务院另行规定。

第七条 国务院著作权行政管理部门主管全国的著作权管理工作；各省、自治区、直辖市人民政府的著作权行政管理部门主管本行政区域的著作权管理工作。

第八条 著作权人和与著作权有关的权利人可以授权著作权集体管理组织行使

the copyright or the rights related to copyright. The collective management organization of copyright may, after being authorized, claim rights in its own name for the copyright owners and the obligees related to copyright, and may, as a party concerned, participate in the litigation and arbitration activities involved with copyright or the rights related to copyright.

A collective management organization of copyright shall be a non-profit organization, and the method of its establishment, its rights and obligations, the collection and distribution of the royalty for copyright licensing, as well as the supervision and management over it shall be separately provided by the State Council.

Chapter II Copyright

Section 1 Copyright Owners and Their Rights

Article 9 "Copyright owners" shall include:

(1) authors;

(2) other citizens, legal entities and organizations enjoying copyright in accordance with this Law.

Article 10 "Copyright" shall include the following personal rights and property rights:

(1) the right of publication, that is, the right to decide whether to male a work available to the public;

(2) the right of authorship, that is, the right to claim authorship and to have the author's name mentioned in connection with the work;

(3) the right of alteration, that is, the right to alter or authorize others to alter one's work;

(4) the right of integrity, that is, the right to protect one's work against distortion and mutilation;

(5) the right of reproduction, that is, the right to produce one or more copies of the work by means of printing, Xeroxing, rubbing, sound recording, video recording, duplicating, or re-shooting, etc.;

(6) the right of distribution, that is, the right to provide the public with original copies or reproduced copies of works by means of selling or donating;

著作权或者与著作权有关的权利。著作权集体管理组织被授权后，可以以自己的名义为著作权人和与著作权有关的权利人主张权利，并可以作为当事人进行涉及著作权或者与著作权有关的权利的诉讼、仲裁活动。

著作权集体管理组织是非营利性组织，其设立方式、权利义务、著作权许可使用费的收取和分配，以及对其监督和管理等由国务院另行规定。

第二章 著作权

第一节 著作权人及其权利

第九条 著作权人包括：

（一）作者；

（二）其他依照本法享有著作权的公民、法人或者其他组织。

第十条 著作权包括下列人身权和财产权：

（一）发表权，即决定作品是否公之于众的权利；

（二）署名权，即表明作者身份，在作品上署名的权利；

（三）修改权，即修改或者授权他人修改作品的权利；

（四）保护作品完整权，即保护作品不受歪曲、篡改的权利；

（五）复制权，即以印刷、复印、拓印、录音、录像、翻录、翻拍等方式将作品制作一份或者多份的权利；

（六）发行权，即以出售或者赠与方式向公众提供作品的原件或者复制件的权利；

(7) the right of lease, that is, the right to nongratuitously permit others to temporarily exploit a cinematographic work, a work created in a way similar to cinematography or computer software, unless the computer software is not the main object under the lease;

(8) the right of exhibition, that is, the right to publicly display the original copies or reproduced copies of works of fine art and cinematographic works;

(9) the right of performance, that is, the right to publicly perform works, and to publicly transmit the performance of works by various means;

(10) the right of projection, that is, the right to make, by such technical equipment as projector, episcope, etc., the works of fine art, photographic works, cinematographic works and works created in a way similar to cinematography, etc. reappear publicly;

(11) the right of broadcasting, that is, the right to publicly broadcast or disseminate works by wireless means, to disseminate broadcast works to the public by wired dissemination or rebroadcast, and to disseminate broadcast works to the public by audio amplifier or other similar instruments for transmission of signs, sounds or images;

(12) the right of information network dissemination, that is, the right to provide the public with works by wired or wireless means, so as to make the public able to respectively obtain the works at the individually selected time and place;

(13) the right of production, that is, the right to fix works on the carrier by cinematography or in a way similar to cinematography;

(14) the right of adaptation, that is, the right to modify a work for the purpose of creating a new work of original creation;

(15) the right of translation, that is, the right to transform the language of a work into another language;

(16) the right of compilation, that is, the right to choose or edit some works or fragments of works so as to form a new work;

(17) other rights which shall be enjoyed by the copyright owners.
A copyright owner may permit others to exercise the rights provided in Items (5) through (17) of the preceding paragraph, and may receive remuneration as agreed upon in the contract or in accordance with the

（七）出租权，即有偿许可他人临时使用电影作品和以类似摄制电影的方法创作的作品、计算机软件的权利，计算机软件不是出租的主要标的的除外；

（八）展览权，即公开陈列美术作品、摄影作品的原件或者复制件的权利；

（九）表演权，即公开表演作品，以及用各种手段公开播送作品的表演的权利；

（十）放映权，即通过放映机、幻灯机等技术设备公开再现美术、摄影、电影和以类似摄制电影的方法创作的作品等的权利；

（十一）广播权，即以无线方式公开广播或者传播作品，以有线传播或者转播的方式向公众传播广播的作品，以及通过扩音器或者其他传送符号、声音、图像的类似工具向公众传播广播的作品的权利；

（十二）信息网络传播权，即以有线或者无线方式向公众提供作品，使公众可以在其个人选定的时间和地点获得作品的权利；

（十三）摄制权，即以摄制电影或者以类似摄制电影的方法将作品固定在载体上的权利；

（十四）改编权，即改变作品，创作出具有独创性的新作品的权利；

（十五）翻译权，即将作品从一种语言文字转换成另一种语言文字的权利；

（十六）汇编权，即将作品或者作品的片段通过选择或者编排，汇集成新作品的权利；

（十七）应当由著作权人享有的其他权利。
著作权人可以许可他人行使前款第（五）项至第（十七）项规定的权利，并依照约

relevant provisions in this Law.

A copyright owner may wholly or partially transfer the rights provided in Items (5) through (17) of Paragraph 1 of this Article, and may receive remuneration as agreed upon in the contract or in accordance with the relevant provisions in this Law.

Section 2 Ownership of Copyright

Article 11 Except otherwise provided in this Law, the copyright in a work shall belong to its author.

The author is the citizen who has created the work.

Where a work is created according to the intention and under the supervision and responsibility of a legal entity or another organization, such legal entity or organization shall be the author of the work.

The citizen, legal entity or organization whose name is affixed to a work shall, without the contrary proof, be the author of the work.

Article 12 Where a work is created by adaptation, translation, annotation or arrangement of a pre-existing work, the copyright in the work thus created shall be enjoyed by the adapter, translator, annotator or arranger, provided that the copyright in the original work is not infringed upon.

Article 13 Where a work is created jointly by two or more co-authors, the copyright in the work shall be enjoyed jointly by those co-authors. Co-authorship may not be claimed by anyone who has not participated in the creation of the work.

If a work of joint authorship can be separated into independent parts and exploited separately, each co-author shall be entitled to independent copyright in the parts that he has created, provided that the exercise of such copyright does not infringe upon the copyright in the joint work as a whole.

Article 14 A work created by compilation shall refer to the work which is compiled of some works, fragments of works or the data or other materials not constituting a work, and the choice or layout of the contents of which embodies the original creation. The copyright of the compilation work shall be enjoyed by the compiler, provided that the exercise of such copyright does not infringe upon the copyright of the pre-existing works included in the compilation.

Article 15 The copyright of a cinematographic work or a work created in a way similar to cinematography shall be enjoyed by the producer, while any

定或者本法有关规定获得报酬。

著作权人可以全部或者部分转让本条第一款第（五）项至第（十七）项规定的权利，并依照约定或者本法有关规定获得报酬。

第二节　著作权归属

第十一条　著作权属于作者，本法另有规定的除外。

创作作品的公民是作者。

由法人或者其他组织主持，代表法人或者其他组织意志创作，并由法人或者其他组织承担责任的作品，法人或者其他组织视为作者。

如无相反证明，在作品上署名的公民、法人或者其他组织为作者。

第十二条　改编、翻译、注释、整理已有作品而产生的作品，其著作权由改编、翻译、注释、整理人享有，但行使著作权时不得侵犯原作品的著作权。

第十三条　两人以上合作创作的作品，著作权由合作作者共同享有。没有参加创作的人，不能成为合作作者。

合作作品可以分割使用的，作者对各自创作的部可以单独享有著作权，但行使著作权时不得侵犯合作作品整体的著作权。

第十四条　汇编若干作品、作品的片段或者不构成作品的数据或者其他材料，对其内容的选择或者编排体现独创性的作品，为汇编作品，其著作权由汇编人享有，但行使著作权时，不得侵犯原作品的著作权。

第十五条　电影作品和以类似摄制电影的方法创作的作品的著作权由制片者享

of the playwright, director, cameraman, words-writer, composer and other authors of the work shall enjoy the right of authorship, and shall be entitled to obtain remuneration as agreed upon in the contract between him and the producer.

The authors of the screenplay, musical works and other works that are included in a cinematographic work or a work created in a way similar to cinematography and can be exploited separately shall be entitled to exercise their copyright independently.

Article 16 A work created by a citizen when fulfilling the tasks assigned to him by a legal entity or another organization shall be deemed to be a service work. Unless otherwise provided in Paragraph 2 of this Article, the copyright of such a work shall be enjoyed by the author, but the legal entity or organization shall have a priority right to exploit the work within the scope of its professional activities. During the two years after the completion of the work, the author shall not, without the consent of the legal entity or organization, authorize a third party to exploit the work in the same way as the legal entity or organization does.

In the following cases the author of a service work shall enjoy the right of authorship, while the legal entity or organization shall enjoy other rights included in the copyright and may reward the author:

(1) drawings of engineering designs and product designs, maps, computer software and other service works, which are created mainly with the materials and technical resources of the legal entity or organization and under its responsibility;

(2) service works of which the copyright is, in accordance with the laws or administrative regulations or as agreed upon in the contract, enjoyed by the legal entity or organization.

Article 17 The ownership of copyright in a commissioned work shall be agreed upon in a contract between the commissioning and the commissioned parties. In the absence of such a contract or of an explicit agreement in the contract, the copyright in such a work shall belong to the commissioned party.

Article 18 The transfer of ownership of the original copy of a work of fine art or another work shall not be deemed to include the transfer of the copyright in such a work, however, the right to exhibit the original copy of a work of fine art shall be enjoyed by the owner of such original copy.

Article 19 Where the copyright of a work belongs to a citizen, his rights in respect of the work as provided in Items (5) through (17) of Paragraph 1 of

有，但编剧、导演、摄影、作词、作曲等作者享有署名权，并有权按照与制片者签订的合同获得报酬。

电影作品和以类似摄制电影的方法创作的作品中的剧本、音乐等可以单独使用的作品的作者有权单独行使其著作权。

第十六条　公民为完成法人或者其他组织工作任务所创作的作品是职务作品，除本条第二款的规定以外，著作权由作者享有，但法人或者其他组织有权在其业务范围内优先使用。作品完成两年内，未经单位同意，作者不得许可第三人以与单位使用的相同方式使用该作品。

有下列情形之一的职务作品，作者享有署名权，著作权的其他权利由法人或者其他组织享有，法人或者其他组织可以给予作者奖励：

（一）主要是利用法人或者其他组织的物质技术条件创作，并由法人或者其他组织承担责任的工程设计图、产品设计图、地图、计算机软件等职务作品；

（二）法律、行政法规规定或者合同约定著作权由法人或者其他组织享有的职务作品。

第十七条　受委托创作的作品，著作权的归属由委托人和受托人通过合同约定。合同未作明确约定或者没有订立合同的，著作权属于受托人。

第十八条　美术等作品原件所有权的转移，不视为作品著作权的转移，但美术作品原件的展览权由原件所有人享有。

第十九条　著作权属于公民的，公民死亡后，其本法第十条第一款第（五）项

Article 10 of this Law shall, after his death, during the term of protection provided in this Law, be transferred in accordance with the Inheritance Law.

Where the copyright of a work belongs to a legal entity or another organization, its rights in respect of the work as provided in Items (5) through (17) of Paragraph 1 of Article 10 of this Law shall, after the change or the termination of the status of the legal entity or organization, during the term of protection provided in this Law, be enjoyed by the succeeding legal entity or organization which has taken over the rights and obligations of the previous legal entity or organization, or, in the absence of such succeeding legal entity or organization, by the State.

Section 3 Term of Protection

Article 20 The rights of authorship, alteration and integrity of an author shall be unlimited in time.

Article 21 In respect of a work of a citizen, the term of protection of the right of publication and of the rights provided in Items (5) through (17) of Paragraph 1 of Article 10 of this Law shall be the lifetime of the author and fifty years after his death, expiring on December 31 of the fiftieth year after his death. In the case of a work of joint authorship, such term shall expire on December 31 of the fiftieth year after the death of the last surviving author.

The term of protection of the right of publication and of the rights provided in Items (5) through (17) of Paragraph 1 of Article 10 of this Law where the copyright belongs to a legal entity or another organization, or in respect of a service work where the legal entity or organization enjoys the copyright (except the right of authorship), shall be fifty years, expiring on December 31 of the fiftieth year after the first publication of such a work, however, any such work that has not been published within fifty years after the completion of its creation shall no longer be protected by this Law.

The term of protection of the right of publication and of the rights provided in Items (5) through (17) of Paragraph 1 of Article 10 of this Law in respect of a cinematographic work or a work created in a way similar to cinematography shall be fifty years, expiring on December 31 of the fiftieth year after the first publication of such a work, however, any such work that has not been published within fifty years after the completion of its creation shall no longer be protected by this Law.

Section 4 Limitations on Rights

至第（十七）项规定的权利在本法规定的保护期内，依照继承法的规定转移。

著作权属于法人或者其他组织的，法人或者其他组织变更、终止后，其本法第十条第一款第（五）项至第（十七）项规定的权利在本法规定的保护期内，由承受其权利义务的法人或者其他组织享有；没有承受其权利义务的法人或者其他组织的，由国家享有。

第三节　权利的保护期

第二十条　作者的署名权、修改权、保护作品完整权的保护期不受限制。

第二十一条　公民的作品，其发表权、本法第十条第一款第（五）项至第（十七）项规定的权利的保护期为作者终生及其死亡后五十年，截止于作者死亡后第五十年的12月31日；如果是合作作品，截止于最后死亡的作者死亡后第五十年的12月31日。

法人或者其他组织的作品、著作权（署名权除外）由法人或者其他组织享有的职务作品，其发表权、本法第十条第一款第（五）项至第（十七）项规定的权利的保护期为五十年，截止于作品首次发表后第五十年的12月31日，但作品自创作完成后五十年内未发表的，本法不再保护。

电影作品和以类似摄制电影的方法创作的作品、摄影作品，其发表权、本法第十条第一款第（五）项至第（十七）项规定的权利的保护期为五十年，截止于作品首次发表后第五十年的12月31日，但作品自创作完成后五十年内未发表的，本法不再保护。

第四节　权利的限制

Article 22 In the following cases, a work may be exploited without the permission from, and without payment of remuneration to, the copyright owner, provided that the name of the author and the title of the work are mentioned and the other rights enjoyed by the copyright owner by virtue of this Law are not infringed upon:

(1) use of a published work for the purposes of the user's own private study, research or self-entertainment;

(2) appropriate quotation from a published work in one's own work for the purposes of introduction of, or comment on, a work, or demonstration of a point;

(3) inevitable reappearance or citation of a published work in newspapers, periodicals, radio stations, television stations or other media for the purpose of reporting current events;

(4) reprinting by newspapers or periodicals or other media, or rebroadcasting by radio stations or television stations or other media, of the current event articles on the issues of politics, economy and religion, which have been published by other newspapers, periodicals, radio stations or television stations or other media, except where the author has declared that publication or broadcasting is not permitted;

(5) publication in newspapers or periodicals or other media, or broadcasting by radio stations or television stations or other media, of a speech delivered at a public assembly, except where the author has declared that publication or broadcasting is not permitted;

(6) translation or reproduction, in a small quality of copies, of a published work for use by teachers or scientific researchers in classroom teaching or scientific research, provided that the translation or reproduction is not published or distributed;

(7) use of a published work by a State organ within the reasonable scope for the purpose of fulfilling its official duties;

(8) reproduction of a work in its collections by a library, archive, memorial hall, museum, art gallery or similar institution, for the purpose of the display or preservation of a copy of the work;

(9) free of charge performance of a published work, that is, with respect to the performance, neither fees are charged from the public nor the remuneration is paid to the performers;

第二十二条　在下列情况下使用作品，可以不经著作权人许可，不向其支付报酬，但应当指明作者姓名、作品名称，并且不得侵犯著作权人依照本法享有的其他权利：

（一）为个人学习、研究或者欣赏，使用他人已经发表的作品；

（二）为介绍、评论某一作品或者说明某一问题，在作品中适当引用他人已经发表的作品；

（三）为报道时事新闻，在报纸、期刊、广播电台、电视台等媒体中不可避免地再现或者引用已经发表的作品；

（四）报纸、期刊、广播电台、电视台等媒体刊登或者播放其他报纸、期刊、广播电台、电视台等媒体已经发表的关于政治、经济、宗教问题的时事性文章，但作者声明不许刊登、播放的除外；

（五）报纸、期刊、广播电台、电视台等媒体刊登或者播放在公众集会上发表的讲话，但作者声明不许刊登、播放的除外；

（六）为学校课堂教学或者科学研究，翻译或者少量复制已经发表的作品，供教学或者科研人员使用，但不得出版发行；

（七）国家机关为执行公务在合理范围内使用已经发表的作品；

（八）图书馆、档案馆、纪念馆、博物馆、美术馆等为陈列或者保存版本的需要，复制本馆收藏的作品；

（九）免费表演已经发表的作品，该表演未向公众收取费用，也未向表演者支付报酬；

(10) copying, drawing, photographing, or video recording of an artistic work located or on display in an outdoor public place;

(11) translation of a work published by a Chinese citizen, legal entity or organization, which is created in the Han language (Chinese), into a minority nationality language for publication and distribution within the country;

(12) translation of a published work into Braille and publication of the work so translated;

The provisions in the preceding paragraph shall be applicable to the limitations on the rights of publishers, performers, producers of sound recordings and video recordings, radio stations and television stations.

Article 23 Anyone who compiles or publishes textbooks for the purpose of implementing the nine-year compulsory education or State education planning may, without the permission from the copyright owner, except that the author has declared in advance that the exploitation is not permitted, compile published fragments of works, short written works or musical works, a single work of fine art, or photographic works into the textbooks, however, he shall pay the remuneration as provided, mention the name of the author and the title of the work, and shall not infringe upon other rights which the copyright owner shall enjoy in accordance with this Law.

The provisions in the preceding paragraph shall be applicable to the limitations on the rights of publishers, performers, producers of sound recordings and video recordings, radio stations and television stations.

Chapter III Contracts of Copyright Licensing and Contracts of Copyright Transfer

Article 24 Anyone who exploits a work created by another shall conclude a contract of licensing with the copyright owner, unless it is provided in this Law that the exploitation need not be licensed.

A contract of licensing shall include the following main contents:

(1) the variety of the right to exploit the work covered by the license;

(2) the exclusive or non-exclusive nature of the right to exploit the work covered by the license;

(3) the territorial scope and term of the license;

(4) the amount of the remuneration and the method of its payment;

(5) the breach liability;

（十）对设置或者陈列在室外公共场所的艺术作品进行临摹、绘画、摄影、录像；

（十一）将中国公民、法人或者其他组织已经发表的以汉语言文字创作的作品翻译成少数民族语言文字作品在国内出版发行；

（十二）将已经发表的作品改成盲文出版。

前款规定适用于对出版者、表演者、录音录像制作者、广播电台、电视台的权利的限制。

第二十三条　为实施九年制义务教育和国家教育规划而编写出版教科书，除作者事先声明不许使用的外，可以不经著作权人许可，在教科书中汇编已经发表的作品片段或者短小的文字作品、音乐作品或者单幅的美术作品、摄影作品，但应当按照规定支付报酬，指明作者姓名、作品名称，并且不得侵犯著作权人依照本法享有的其他权利。

前款规定适用于对出版者、表演者、录音录像制作者、广播电台、电视台的权利的限制。

第三章　著作权许可使用和转让合同

第二十四条　使用他人作品应当同著作权人订立许可使用合同，本法规定可以不经许可的除外。

许可使用合同包括下列主要内容：

（一）许可使用的权利种类；

（二）许可使用的权利是专有使用权或者非专有使用权；

（三）许可使用的地域范围、期间；

（四）付酬标准和办法；

（五）违约责任；

(6) any other contents that both parties consider necessary.

Article 25 Anyone who transfers any of the rights provided in Items (5) through (17) of Paragraph 1 of Article 10 of this Law shall conclude a written contract with the transferee.
A contract of copyright transfer shall include the following main contents:

(1) the name of the work;

(2) the variety and territorial scope of the transferred right;

(3) the transfer price;

(4) the date and method of the delivery of the transfer price;

(5) the breach liability;

(6) any other contents that both parties consider necessary.

Article 26 Where the copyright is pledged, the pledger and the pledge shall handle the registration of pledge at the copyright administrative department of the State Council.

Article 27 The licensee or the transferee shall not, without the consent of the copyright owner, exercise any right that the copyright owner has not expressly licensed or transferred in the contract.

Article 28 The standards of remuneration for the exploitation of a work may be either agreed upon by the parties concerned or be made by the copyright administration department under the State Council in collaboration with other departments concerned. Where the parties concerned fail to reach a clear agreement, the remuneration shall be paid in accordance with the standards of remuneration made by the copyright administration department under the State Council in collaboration with other departments concerned.

Article 29 Publishers, performers, producers of sound recordings and video recordings, radio stations, television stations and other entities who or which exploit the works of others pursuant to this Law shall not infringe upon the author's rights of authorship, alteration or integrity, or their right to remuneration.

Chapter IV Publication, Performance, Sound Recording, Video Recording and Broadcasting

（六）双方认为需要约定的其他内容。

第二十五条　转让本法第十条第一款第（五）项至第（十七）项规定的权利，应当订立书面合同。
权利转让合同包括下列主要内容：

（一）作品的名称；

（二）转让的权利种类、地域范围；

（三）转让价金；

（四）交付转让价金的日期和方式；

（五）违约责任；

（六）双方认为需要约定的其他内容。

第二十六条　以著作权出质的，由出质人和质权人向国务院著作权行政管理部门办理出质登记。

第二十七条　许可使用合同和转让合同中著作权人未明确许可、转让的权利，未经著作权人同意，另一方当事人不得行使。

第二十八条　使用作品的付酬标准可以由当事人约定，也可以按照国务院著作权行政管理部门会同有关部门制定的付酬标准支付报酬。当事人约定不明确的，按照国务院著作权行政管理部门会同有关部门制定的付酬标准支付报酬。

第二十九条　出版者、表演者、录音录像制作者、广播电台、电视台等依照本法有关规定使用他人作品的，不得侵犯作者的署名权、修改权、保护作品完整权和获得报酬的权利。

第四章　出版、表演、录音录像、播放

Section 1 Publication of Books, Newspapers and Periodicals

第一节　图书、报刊的出版

Article 30 A book publisher who publishes a book shall conclude a publishing contract with, and pay remuneration to, the copyright owner.

第三十条　图书出版者出版图书应当和著作权人订立出版合同，并支付报酬。

Article 31 With respect to a work delivered to a book publisher by the copyright owner for publication, the exclusive right to publish the work enjoyed by the book publisher as agreed upon in the contract shall be protected by law, and the work may not be published by others.

第三十一条　图书出版者对著作权人交付出版的作品，按照合同约定享有的专有出版权受法律保护，他人不得出版该作品。

Article 32 The copyright owner shall deliver the work within the term agreed upon in the contract. The book publisher shall publish the work in accordance with the quality requirements and within the term agreed upon in the contract.

The book publisher shall bear the civil liability provided in Article 53 of this Law if he fails to publish the work within the term agreed upon in the contract.

The book publisher shall notify, and pay remuneration to, the copyright owner when the work is to be reprinted or republished. If the publisher refuses to reprint or republish the work when stocks of the book are exhausted, the copyright owner shall have the right to terminate the contract.

第三十二条　著作权人应当按照合同约定期限交付作品。图书出版者应当按照合同约定的出版质量、期限出版图书。
图书出版者不按照合同约定期限出版，应当依照本法第五十四条的规定承担民事责任。
图书出版者重印、再版作品的，应当通知著作权人，并支付报酬。图书脱销后，图书出版者拒绝重印、再版的，著作权人有权终止合同。

Article 33 Where a copyright owner has submitted the manuscript of his work to a newspaper or a periodical publisher for publication and has not received any notification of the said publisher's decision to publish the work, within fifteen days from the newspaper publisher or within thirty days from the periodical publisher, counted from the date of submission of the manuscript, the copyright owner may submit the manuscript of the same work to another newspaper or periodical publisher for publication, unless the two parties have agreed otherwise.

Except where the copyright owner has declared that reprinting or excerpting is not permitted, other newspaper or periodical publishers may, after the publication of the work by a newspaper or periodical, reprint the work or print an abstract of it or print it as reference material, but such other publishers shall pay remuneration to the copyright owner as provided in regulations.

第三十三条　著作权人向报社、期刊社投稿的，自稿件发出之日起十五日内未收到报社通知决定刊登的，或者自稿件发出之日起三十日内未收到期刊社通知决定刊登的，可以将同一作品向其他报社、期刊社投稿。双方另有约定的除外。
作品刊登后，除著作权人声明不得转载、摘编的外，其他报刊可以转载或者作为文摘、资料刊登，但应当按照规定向著作权人支付报酬。

Article 34 A book publisher may alter or abridge a work with the permission from the copyright owner.

A newspaper or periodical publisher may make editorial modifications and abridgments in a work, but shall not make modifications in the content of the work unless permission has been obtained from the author.

第三十四条　图书出版者经作者许可，可以对作品修改、删节。
报社、期刊社可以对作品文字性修改、删节。对内容的修改，应当经作者许可。

Article 35 When publishing works created by adaptation, translation, annotation, arrangement or compilation of pre-existing works, the publisher shall obtain permission from and pay remuneration to both the owners of the copyright in the works created by means of adaptation, translation, annotation, arrangement or compilation, and the owners of the copyright in the original work.

Article 36 A publisher shall be entitled to permit others to exploit the format design of a published book or periodical of his or prohibit others from doing so.

The term of protection of the right provided in the preceding paragraph shall be ten years, expiring on December 31 of the tenth year after the first publication of the book or periodical that uses such a format.

Section 2 Performance

Article 37 A performer (an individual performer or a performing group) who for a performance exploits a work created by another shall obtain permission from and pay remuneration to the copyright owner. A performance organizer who organizes a performance shall obtain permission from and pay remuneration to the copyright owner.

A performer who for a performance exploits a work created by adaptation, translation, annotation or arrangement of a pre-existing work shall obtain permission from and pay remuneration to both the owner of the copyright in the work created by adaptation, translation, annotation or arrangement and the owner of the copyright in the original work.

Article 38 A performer shall, in relation to his performance, enjoy the rights:

(1) to show his/her identity;

(2) to protect the character in his performance from distortion;

(3) to authorize others to make live broadcasts or to publicly transmit his live performance, and to receive remuneration for it;

(4) to authorize others to make sound recordings and video recordings, and to receive remuneration for it.

(5) to permit others to reproduce and distribute the sound recordings or video recordings which record his performance, and to receive remuneration for it;

第三十五条　出版改编、翻译、注释、整理、汇编已有作品而产生的作品，应当取得改编、翻译、注释、整理、汇编作品的著作权人和原作品的著作权人许可，并支付报酬。

第三十六条　出版者有权许可或者禁止他人使用其出版的图书、期刊的版式设计。

前款规定的权利的保护期为十年，截止于使用该版式设计的图书、期刊首次出版后第十年的 12 月 31 日。

第二节　表演

第三十七条　使用他人作品演出，表演者（演员、演出单位）应当取得著作权人许可，并支付报酬。演出组织者组织演出，由该组织者取得著作权人许可，并支付报酬。

使用改编、翻译、注释、整理已有作品而产生的作品进行演出，应当取得改编、翻译、注释、整理作品的著作权人和原作品的著作权人许可，并支付报酬。

第三十八条　表演者对其表演享有下列权利：

（一）表明表演者身份；

（二）保护表演形象不受歪曲；

（三）许可他人从现场直播和公开传送其现场表演，并获得报酬；

（四）许可他人录音录像，并获得报酬；

（五）许可他人复制、发行录有其表演的录音录像制品，并获得报酬；

(6) to permit others to disseminate his performance to the public through information network, and to receive remuneration for it.

Anyone who is permitted to exploit the works in the ways provided in Items (3) through (6) of the preceding paragraph shall also obtain permission from and pay remuneration to the copyright owner.

Article 39 The term of protection of the rights provided in Items (1) and (2) of Paragraph 1 of Article 38 of this Law shall not be limited.

The term of protection of the rights provided in Items (3) through (6) of Paragraph 1 of Article 38 of this Law shall be fifty years, expiring on December 31 of the fiftieth year after the performance is made.

Section 3 Sound Recording and Video Recording

Article 40 A producer of sound recordings or video recordings who, for the production of a sound recording or video recording, exploits a work created by another, shall obtain permission from and pay remuneration to the copyright owner.

A producer of sound recordings or video recordings who exploits a work created by adaptation, translation, annotation or arrangement of a pre-existing work shall obtain permission from and pay remuneration to both the owner of the copyright in the work created by adaptation, translation, annotation or arrangement and the owner of copyright in the original work.

A producer of a sound recording who, for the production of a sound recording, exploits a musical work which has been lawfully recorded as a sound recording by another, does not need to obtain permission from, but shall, as provided in regulations, pay remuneration to the copyright owner; such work shall not be exploited where the copyright owner has declared that such exploitation is not permitted.

Article 41 When producing a sound recording or video recording, the producer shall conclude a contract with, and pay remuneration to, the performers.

Article 42 A producer of sound recordings or video recordings shall have the right to permit others to reproduce, distribute, lease and disseminate to the public through information network such sound recordings or video recordings and shall have the right to receive remuneration for it. The term of protection of such rights shall be fifty years, expiring on December 31 of the fiftieth year after the production of the recording is firstly completed.

A producer of sound recordings or video recordings who is permitted to

（六）许可他人通过信息网络向公众传播其表演，并获得报酬。

被许可人以前款第（三）项至第（六）项规定的方式使用作品，还应当取得著作权人许可，并支付报酬。

第三十九条 本法第三十八条第一款第（一）项、第（二）项规定的权利的保护期不受限制。

本法第三十八条第一款第（三）项至第（六）项规定的权利的保护期为五十年，截止于该表演发生后第五十年的 12 月 31 日。

第三节 录音录像

第四十条 录音录像制作者使用他人作品制作录音录像制品，应当取得著作权人许可，并支付报酬。

录音录像制作者使用改编、翻译、注释、整理已有作品而产生的作品，应当取得改编、翻译、注释、整理作品的著作权人和原作品著作权人许可，并支付报酬。

录音制作者使用他人已经合法录制为录音制品的音乐作品制作录音制品，可以不经著作权人许可，但应当按照规定支付报酬；著作权人声明不许使用的不得使用。

第四十一条 录音录像制作者制作录音录像制品，应当同表演者订立合同，并支付报酬。

第四十二条 录音录像制作者对其制作的录音录像制品，享有许可他人复制、发行、出租、通过信息网络向公众传播并获得报酬的权利；权利的保护期为五十年，截止于该制品首次制作完成后第五十年的 12 月 31 日。

被许可人复制、发行、通过信息网络向公

reproduce, distribute, lease or disseminate to the public through information network a sound recording or video recording shall obtain permission from and also pay remuneration to both the copyright owner and the performer.

众传播录音录像制品，还应当取得著作权人、表演者许可，并支付报酬。

Section 4 Broadcasting by A Radio Station or Television Station

第四节　广播电台、电视台播放

Article 43 A radio station or television station that broadcasts an unpublished work created by another shall obtain permission from and pay remuneration to the copyright owner.
A radio station or television station that broadcasts a published work created by another does not need to obtain permission from, but shall pay remuneration to the copyright owner.

第四十三条　广播电台、电视台播放他人未发表的作品，应当取得著作权人许可，并支付报酬。
广播电台、电视台播放他人已发表的作品，可以不经著作权人许可，但应当支付报酬。

Article 44 A radio station or television station that broadcasts a published sound recording does not need to obtain permission from, but shall pay remuneration to the copyright owner, unless the parties concerned have agreed otherwise. The specific measures shall be provided by the State Council.

第四十四条　广播电台、电视台播放已经出版的录音制品，可以不经著作权人许可，但应当支付报酬。当事人另有约定的除外。具体办法由国务院规定。

Article 45 A radio station or television station is entitled to prohibit the following acts which it has not permitted:

第四十五条　广播电台、电视台有权禁止未经其许可的下列行为：

(1) rebroadcasting the radio or television which it has broadcasted;

（一）将其播放的广播、电视转播；

(2) recording the radio or television which it has broadcasted in the audio or video carrier and to reproduce the audio or video carrier.
The term of protection of the rights provided in the preceding paragraph shall be fifty years, expiring on December 31 of the fiftieth year after the first broadcasting of the radio or television.

（二）将其播放的广播、电视录制在音像载体上以及复制音像载体。
前款规定的权利的保护期为五十年，截止于该广播、电视首次播放后第五十年的12月31日。

Article 46 A television station that broadcasts another's cinematographic work, work created in a way similar to cinematography or videographic work shall obtain permission from and pay remuneration to the producer. A television station that broadcasts another's videographic work shall also obtain permission from and pay remuneration to the copyright owner.

第四十六条　电视台播放他人的电影作品和以类似摄制电影的方法创作的作品、录像制品，应当取得制片者或者录像制作者许可，并支付报酬；播放他人的录像制品，还应当取得著作权人许可，并支付报酬。

Chapter V Legal Liabilities and Law Enforcement Measures

第五章　法律责任和执法措施

Article 47 He who commits any of the following acts of infringement shall bear the civil liability for such remedies as ceasing the infringing act,

第四十七条　有下列侵权行为的，应当根据情况，承担停止侵害、消除影响、赔礼道歉、赔偿损失等民事责任：

eliminating the effects of the act, making a public apology or paying compensation for damages, depending on the circumstances:

(1) publishing a work without the permission from the copyright owner;

（一）未经著作权人许可，发表其作品的；

(2) publishing a work of joint authorship as a work created solely by oneself, without the permission from the other co-authors;

（二）未经合作作者许可，将与他人合作创作的作品当作自己单独创作的作品发表的；

(3) having his name mentioned in connection with a work created by another, in order to seek personal fame and gain, where he has not taken part in the creation of the work;

（三）没有参加创作，为谋取个人名利，在他人作品上署名的；

(4) distorting a work created by another;

（四）歪曲、篡改他人作品的；

(5) plagiarizing the works of others;

（五）剽窃他人作品的；

(6) exploiting a work by means of exhibition, making cinematographic productions or a means similar to making cinematographic productions, or by means of adaptation, translation, annotation, etc. without the permission from the copyright owner, unless otherwise provided in this Law;

（六）未经著作权人许可，以展览、摄制电影和以类似摄制电影的方法使用作品，或者以改编、翻译、注释等方式使用作品的，本法另有规定的除外；

(7) exploiting a work of another without paying the remuneration;

（七）使用他人作品，应当支付报酬而未支付的；

(8) without the permission from the copyright owner or obligee related to the copyright of a cinematographic work or a work created in a way similar to cinematography, computer software, sound recordings or video recordings, leasing his work or sound recordings or video recordings, except where otherwise provided in this Law;

（八）未经电影作品和以类似摄制电影的方法创作的作品、计算机软件、录音录像制品的著作权人或者与著作权有关的权利人许可，出租其作品或者录音录像制品的，本法另有规定的除外；

(9) without the permission from a publisher, exploiting the format design of his published book or periodical;

（九）未经出版者许可，使用其出版的图书、期刊的版式设计的；

(10) without the permission from the performer, broadcasting or publicly transmitting his live performance or recording his performance;

（十）未经表演者许可，从现场直播或者公开传送其现场表演，或者录制其表演的；

(11) committing other acts of infringement upon copyright and upon other rights related to copyright.

（十一）其他侵犯著作权以及与著作权有关的权益的行为。

Article 48 He who commits any of the following acts of infringement shall bear the civil liability for such remedies as ceasing the infringements, eliminating the effects of the act, making a public apology or paying

第四十八条　有下列侵权行为的，应当根据情况，承担停止侵害、消除影响、赔礼道歉、赔偿损失等民事责任；同时损

compensation for damages, depending on the circumstances; where he damages public interests at the same time, the copyright administration department may order him to cease the act of tort, may confiscate his illegal gains, confiscate and destroy the reproductions of infringement, and impose a fine on him; if the case is serious, the copyright administration department may also confiscate the materials, instruments and equipment, etc. mainly used to make the reproductions of infringement; where his act has constituted a crime, he shall be investigated for criminal liabilities in accordance with the law:

(1) without the permission from the copyright owner, reproducing, distributing, performing, projecting, broadcasting, compiling, disseminating to the public through information network his works, except where otherwise provided in this Law;

(2) publishing a book where the exclusive right of publication belongs to another;

(3) without the permission from a performer, reproducing, distributing the sound recordings or video recordings of his performance, or disseminating his performance to the public through information network, except where otherwise provided in this Law;

(4) without the permission from a producer of sound recordings and video recordings, reproducing, distributing, disseminating to the public through information network the sound recordings or video recordings produced by him, except where otherwise provided in this Law;

(5) without the permission, broadcasting or reproducing the radio or television, except where otherwise provided in this Law;

(6) without the permission from the copyright owner or obligee related to the copyright, intentionally avoiding or destroying the technical measures taken by the obligee on his works, sound recordings or video recordings, etc. to protect the copyright or the rights related to the copyright, except where otherwise provided in laws or administrative regulations;

(7) without the permission from the copyright owner or obligee related to the copyright, intentionally deleting or altering the electronic information on the management of the rights on the works, sound recordings or video recordings, except where otherwise provided in laws or administrative regulations;

(8) producing or selling a work where the signature of another is counterfeited.

害公共利益的，可以由著作权行政管理部门责令停止侵权行为，没收违法所得，没收、销毁侵权复制品，并可处以罚款；情节严重的，著作权行政管理部门还可以没收主要用于制作侵权复制品的材料、工具、设备等；构成犯罪的，依法追究刑事责任：

（一）未经著作权人许可，复制、发行、表演、放映、广播、汇编、通过信息网络向公众传播其作品的，本法另有规定的除外；

（二）出版他人享有专有出版权的图书的；

（三）未经表演者许可，复制、发行录有其表演的录音录像制品，或者通过信息网络向公众传播其表演的，本法另有规定的除外；

（四）未经录音录像制作者许可，复制、发行、通过信息网络向公众传播其制作的录音录像制品的，本法另有规定的除外；

（五）未经许可，播放或者复制广播、电视的，本法另有规定的除外；

（六）未经著作权人或者与著作权有关的权利人许可，故意避开或者破坏权利人为其作品、录音录像制品等采取的保护著作权或者与著作权有关的权利的技术措施的，法律、行政法规另有规定的除外；

（七）未经著作权人或者与著作权有关的权利人许可，故意删除或者改变作品、录音录像制品等的权利管理电子信息的，法律、行政法规另有规定的除外；

（八）制作、出售假冒他人署名的作品的。

Article 49 The infringer shall, when having infringed upon the copyright or the rights related to copyright, make a compensation on the basis of the obligee's actual losses; where the actual losses are difficult to be calculated, the compensation may be made on the basis of the infringer's illegal gains. The amount of compensation shall also include the reasonable expenses paid by the obligee for stopping the act of tort. Where the obligee's actual losses or the infringer's illegal gains cannot be determined, the people's court shall, on the basis of the seriousness of the act of tort, adjudicate a compensation of 500,000 Yuan or less.

Article 50 Where a copyright owner or obligee related to copyright has evidence to prove that another is committing or is going to commit an act infringing upon his right, and that his lawful rights and interests will suffer the damage which is difficult to be remedied if he does not stop it in time, he may, before bringing a lawsuit, apply to the people's court for an order to cease the relevant acts or for property preservation.
The people's court shall handle the application in the preceding paragraph in accordance with Article 93 through Article 96 and Article 99 of the Civil Procedure Law of the People's Republic of China.

Article 51 For the purpose of stopping the acts of tort, a copyright owner or an obligee related to copyright may, under circumstances that the evidence may be destroyed or lost or difficult to obtain later on, apply to the people's court for the evidence to be preserved.
The people's court must, after receiving the application, make an order within 48 hours; if the preservation is granted by an order, its implementation shall start immediately.
The people's court may order the applicant to provide a surety; if the applicant fails to do so, his application shall be rejected.
If the applicant fails to bring a lawsuit within 15 days after the people's court has adopted the preservation measures, the people's court shall cancel the property preservation.

Article 52 The people's court may, when trying the cases of infringing upon copyright or the rights related to copyright, confiscate the illegal gains, the reproductions of infringement and the properties used for committing illegal acts.

Article 53 Where a publisher or producer of reproductions is unable to prove the lawful authorization of his publication or production, or the distributor of the reproductions or the lessor of the reproductions of a cinematographic work or a work created in a way similar to cinematography, computer software, sound recordings or video recordings

第四十九条　侵犯著作权或者与著作权有关的权利的，侵权人应当按照权利人的实际损失给予赔偿；实际损失难以计算的，可以按照侵权人的违法所得给予赔偿。赔偿数额还应当包括权利人为制止侵权行为所支付的合理开支。
权利人的实际损失或者侵权人的违法所得不能确定的，由人民法院根据侵权行为的情节，判决给予五十万元以下的赔偿。

第五十条　著作权人或者与著作权有关的权利人有证据证明他人正在实施或者即将实施侵犯其权利的行为，如不及时制止将会使其合法权益受到难以弥补的损害的，可以在起诉前向人民法院申请采取责令停止有关行为和财产保全的措施。
人民法院处理前款申请，适用《中华人民共和国民事诉讼法》第九十三条至第九十六条和第九十九条的规定。

第五十一条　为制止侵权行为，在证据可能灭失或者以后难以取得的情况下，著作权人或者与著作权有关的权利人可以在起诉前向人民法院申请保全证据。
人民法院接受申请后，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。
人民法院可以责令申请人提供担保，申请人不提供担保的，驳回申请。
申请人在人民法院采取保全措施后十五日内不起诉的，人民法院应当解除保全措施。

第五十二条　人民法院审理案件，对于侵犯著作权或者与著作权有关的权利的，可以没收违法所得、侵权复制品以及进行违法活动的财物。

第五十三条　复制品的出版者、制作者不能证明其出版、制作有合法授权的，复制品的发行者或者电影作品或者以类似摄制电影的方法创作的作品、计算机软件、录音录像制品的复制品的出租者不能

is unable to prove the lawful sources of his distribution or lease of the reproductions, he shall bear the legal liabilities.

Article 54 Where a party concerned does not implement his contractual obligations or his implementation of the contractual obligations does not conform to the stipulated requirements, he shall bear the civil liabilities in accordance with the General Principles of the Civil Law of the People's Republic of China, the Contract Law of the People's Republic of China and other laws.

Article 55 A dispute over copyright may be settled by mediation or be submitted for arbitration to a copyright arbitration institution under a written arbitration agreement concluded between the parties concerned, or under the arbitration clause in the copyright contract.
Any party may bring a lawsuit directly to the people's court in the absence of a written arbitration agreement or an arbitration clause in the copyright contract.

Article 56 Any party who objects to an administrative penalty may bring a lawsuit to the people's court within three months as of the date when it received the written decision on the penalty. If a party neither bring a lawsuit nor implements the decision within the above time limit, the copyright administration department concerned may apply to the people's court for enforcement.

Chapter VI Supplementary Provisions

Article 57 The term "author's right" shall have the same meaning as "copyright" in this Law.

Article 58 The term "publication" mentioned in Article 2 of this Law shall refer to reproduction and distribution of works.

Article 59 Regulations for the protection of computer software and of the right of information network dissemination shall be established separately by the State Council.

Article 60 The rights of copyright owners, publishers, performers, producers of sound recordings and video recordings, radio stations and television stations as provided in this Law, of which the term of protection specified in this Law has not yet expired on the date of this Law's entry into force, shall be protected in accordance with this Law.
Any infringements upon copyright and the rights related to copyright or breaches of contract committed prior to the entry into force of this Law

证明其发行、出租的复制品有合法来源的，应当承担法律责任。

第五十四条　当事人不履行合同义务或者履行合同义务不符合约定条件的，应当依照《中华人民共和国民法通则》、《中华人民共和国合同法》等有关法律规定承担民事责任。

第五十五条　著作权纠纷可以调解，也可以根据当事人达成的书面仲裁协议或者著作权合同中的仲裁条款，向仲裁机构申请仲裁。
当事人没有书面仲裁协议，也没有在著作权合同中订立仲裁条款的，可以直接向人民法院起诉。

第五十六条　当事人对行政处罚不服的，可以自收到行政处罚决定书之日起三个月内向人民法院起诉，期满不起诉又不履行的，著作权行政管理部门可以申请人民法院执行。

第六章　附则

第五十七条　本法所称的著作权即版权。

第五十八条　本法第二条所称的出版，指作品的复制、发行。

第五十九条　计算机软件、信息网络传播权的保护办法由国务院另行规定。

第六十条　本法规定的著作权人和出版者、表演者、录音录像制作者、广播电台、电视台的权利，在本法施行之日尚未超过本法规定的保护期的，依照本法予以保护。
本法施行前发生的侵权或者违约行为，依

shall be dealt with under the relevant regulations or policies in force at the time when the infringement was committed.

Article 61 This Law shall enter into force on June 1, 1991.

照侵权或者违约行为发生时的有关规定和政策处理。

第六十一条 本法自 1991 年 6 月 1 日起施行。

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com

# 00K6

# Regulation for the Implementation of the Copyright Law of the Peoples Republic of China 2013

# Regulation for the Implementation of the Copyright Law of the People's Republic of China (2013 Revision)[Effective]

## 中华人民共和国著作权法实施条例(2013 修订) [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | State Council | **Document Number:** | Order No. 633 of the State Council |
| **Date issued:** | 01-30-2013 | **Effective date:** | 03-01-2013 |
| **Level of Authority:** | Administrative Regulations | **Area of Law:** | Copyright |

Regulation for the Implementation of the Copyright Law of the People's Republic of China

(Promulgated by Order No. 359 of the State Council of the People's Republic of China on August 2, 2002；amended for the first time in accordance with the Decision of the State Council on Abolishing and Amending Some Administration Regulations on January 8, 2011; and amended the second time in accordance with the Decision of the State Council on Amending the Regulations for the Implementation of the Copyright Law of the People's Republic of China on January 30, 2013)

Article 1 These Regulations are formulated in accordance with the Copyright Law of the People's Republic of China (hereinafter referred to as "the Copyright Law").

Article 2 The term "works" as referred to in the Copyright Law means intellectual creations with originality in the literary, artistic or scientific domain, insofar as they can be reproduced in a tangible form.

Article 3 The term "creation" as referred to in the Copyright Law means intellectual activities in which literary, artistic or scientific works are directly created.
Any organizational activity, consultation, material support or other auxiliary services conducted or offered for another person's creation shall not be deemed as creation.

Article 4 For the purposes of the Copyright Law and these Regulations, the following expressions concerning works shall have the meanings hereunder assigned to them:

(1) "written works" means works expressed in written form, such as novels, poems, essays and theses;

中华人民共和国著作权法实施条例

（2002 年 8 月 2 日中华人民共和国国务院令第 359 号公布 根据 2011 年 1 月 8 日《国务院关于废止和修改部分行政法规的决定》第一次修订 根据 2013 年 1 月 30 日《国务院关于修改〈中华人民共和国著作权法实施条例〉的决定》第二次修订）

第一条 根据《中华人民共和国著作权法》（以下简称著作权法），制定本条例。

第二条 著作权法所称作品，是指文学、艺术和科学领域内具有独创性并能以某种有形形式复制的智力成果。

第三条 著作权法所称创作，是指直接产生文学、艺术和科学作品的智力活动。
为他人创作进行组织工作，提供咨询意见、物质条件，或者进行其他辅助工作，均不视为创作。

第四条 著作权法和本条例中下列作品的含义：

（一）文字作品，是指小说、诗词、散文、论文等以文字形式表现的作品；

(2) "oral works" means works expressed in form of spoken language, such as impromptu speeches, lectures and court debates;

（二）口述作品，是指即兴的演说、授课、法庭辩论等以口头语言形式表现的作品；

(3) "musical works" means such works as songs and symphonic works, with or without accompanying words, which can be sung or performed;

（三）音乐作品，是指歌曲、交响乐等能够演唱或者演奏的带词或者不带词的作品；

(4) "dramatic works" means such works as dramas, operas and local traditional operas for stage performance;

（四）戏剧作品，是指话剧、歌剧、地方戏等供舞台演出的作品；

(5) "qu yi works" means such works as "xiang sheng" (cross talk), "kuai shu" (clapper talk), "da gu" (ballad singing with drum accompaniment) and "ping shu" (story telling based on novels), which are mainly performed by recitation or singing, or by both;

（五）曲艺作品，是指相声、快书、大鼓、评书等以说唱为主要形式表演的作品；

(6) "choreographic works" means works in which ideas and feelings are or can be expressed through successive body movements, gestures, facial movements, etc;

（六）舞蹈作品，是指通过连续的动作、姿势、表情等表现思想情感的作品；

(7) "acrobatic works" means works expressed through body movements and skills, such as acrobatics, magic and circus;

（七）杂技艺术作品，是指杂技、魔术、马戏等通过形体动作和技巧表现的作品；

(8) "works of fine arts" means two- or three-dimensional works of the plastic arts created in lines, colours or other media which impart aesthetic effect, such as paintings, works of calligraphy and sculptures;

（八）美术作品，是指绘画、书法、雕塑等以线条、色彩或者其他方式构成的有审美意义的平面或者立体的造型艺术作品；

(9) "works of architecture" means works with aesthetic effect which are expressed in form of buildings or structures;

（九）建筑作品，是指以建筑物或者构筑物形式表现的有审美意义的作品；

(10) "photographic works" means artistic works created by recording images of objects on light-sensitive or other materials with the aid of devices;

（十）摄影作品，是指借助器械在感光材料或者其他介质上记录客观物体形象的艺术作品；

(11) "cinematographic works and works created by a process analogous to cinematography" means works which are recorded on some material, consisting of a series of images, with or without accompanying sound, and which can be projected with the aid of suitable devices or communicated by other means;

（十一）电影作品和以类似摄制电影的方法创作的作品，是指摄制在一定介质上，由一系列有伴音或者无伴音的画面组成，并且借助适当装置放映或者以其他方式传播的作品；

(12) "graphic works" means such works as drawings of engineering designs and product designs for the purpose of actual construction and manufacturing, and as maps and sketches showing geographical phenomena and demonstrating the fundamentals or the structure of a thing or an object;

（十二）图形作品，是指为施工、生产绘制的工程设计图、产品设计图，以及反映地理现象、说明事物原理或者结构的地图、示意图等作品；

(13) "model works" means three-dimensional works made on the basis of the shape and the structure of an object to a certain scale, for the purpose of display, test or observation.

Article 5 For the purposes of the Copyright Law and these Regulations, the following expressions shall have the meanings hereunder assigned to them:

(1) "news on current affairs" means the mere facts or happenings conveyed through the media such as newspapers, periodicals and radio and television programmes;

(2) "sound recordings" means aural fixations of sounds of performances or of other sounds;

(3) "video recordings" means fixations of a connected series of related images or pictures, with or without accompanying sounds, other than cinematographic works and works created by a process analogous to cinematography;

(4) "producer of sound recordings" means the person who first makes the sound recordings;

(5) "producer of video recordings" means the person who first makes the video recordings;

(6) "performer" means an actor, or a performing group or any other person who performs literary or artistic works.

Article 6 A copyright shall subsist on the date when a work is created.

Article 7 Works of foreigners or stateless persons first published in the territory of China, as provided in the third paragraph of Article 2 of the Copyright Law, shall be protected from the date of the first publication of the works.

Article 8 Where a work of a foreigner or a stateless person first published outside the territory of China is published in the territory of China within 30 days thereafter, it shall be deemed published simultaneously in the territory of China.

Article 9 Where a work of joint authorship cannot be separated into parts and exploited separately, the copyright therein shall be enjoyed by the co-authors and exercised under a unanimous agreement; where an agreement thereupon cannot be reached through consultation, any party

（十三）模型作品，是指为展示、试验或者观测等用途，根据物体的形状和结构，按照一定比例制成的立体作品。

第五条 著作权法和本条例中下列用语的含义：

（一）时事新闻，是指通过报纸、期刊、广播电台、电视台等媒体报道的单纯事实消息；

（二）录音制品，是指任何对表演的声音和其他声音的录制品；

（三）录像制品，是指电影作品和以类似摄制电影的方法创作的作品以外的任何有伴音或者无伴音的连续相关形象、图像的录制品；

（四）录音制作者，是指录音制品的首次制作人；

（五）录像制作者，是指录像制品的首次制作人；

（六）表演者，是指演员、演出单位或者其他表演文学、艺术作品的人。

第六条 著作权自作品创作完成之日起产生。

第七条 著作权法第二条第三款规定的首先在中国境内出版的外国人、无国籍人的作品，其著作权自首次出版之日起受保护。

第八条 外国人、无国籍人的作品在中国境外首先出版后，30日内在中国境内出版的，视为该作品同时在中国境内出版。

第九条 合作作品不可以分割使用的，其著作权由各合作作者共同享有，通过协商一致行使；不能协商一致，又无正当理由的，任何一方不得阻止他方行使除

may not, without justifications, prevent the other party or parties from exercising the copyright, except the transfer right; however, the gains thus obtained shall be distributed reasonably among all the co-authors.

Article 10 Where a copyright owner authorizes another person to make, based on his works, cinematographic works or works created by a process analogous to cinematography, it is deemed that he has permitted him to make necessary alteration of his works, insofar as such alteration does not distort or mutilate the original works.

Article 11 The term "tasks" as referred to in the first paragraph of Article 16 of the Copyright Law regarding a work created in the course of employment means the duties the citizen shall fulfill in the legal person or organization by which he is employed.
The term "material and technical resources" as referred to in the second paragraph of Article 16 of the Copyright Law regarding a work created in the course of employment means the funds, equipment or materials purposely provided to the citizen by the legal person or organization by which he is employed for the creation of a work.

Article 12 Where, within two years after the completion of a work created in the course of employment, the author, with the consent by the entity he belongs to, authorizes a third party to exploit his work in the same manner as the entity may have, the remuneration obtained therefrom shall be divided between the author and the entity according to the agreed proportions.
The period of two years after the completion of the work shall be calculated from the date on which the author submits the work to the entity.

Article 13 In the case of a work of an unidentified author, the copyright, except the right of authorship, shall be exercised by the owner of the original copy of the work. Where the author is identified, the copyright shall be exercised by the author or his successor.

Article 14 Where one of the co-authors of a work dies without any successor or legatee, the rights he enjoyed in the work as stipulated in subparagraphs (5) through (17) of the first paragraph of Article 10 of the Copyright Law shall be exercised by the other co-authors.

Article 15 The right of authorship, the right of revision and the right of integrity included in a copyright shall, after the death of the author, be protected by his successor or legatee.
In the absence of a successor or legatee, the right of authorship, the right

转让以外的其他权利，但是所得收益应当合理分配给所有合作作者。

第十条 著作权人许可他人将其作品摄制成电影作品和以类似摄制电影的方法创作的作品的，视为已同意对其作品进行必要的改动，但是这种改动不得歪曲篡改原作品。

第十一条 著作权法第十六条第一款关于职务作品的规定中的"工作任务"，是指公民在该法人或者该组织中应当履行的职责。
著作权法第十六条第二款关于职务作品的规定中的"物质技术条件"，是指该法人或者该组织为公民完成创作专门提供的资金、设备或者资料。

第十二条 职务作品完成两年内，经单位同意，作者许可第三人以与单位使用的相同方式使用作品所获报酬，由作者与单位按约定的比例分配。
作品完成两年的期限，自作者向单位交付作品之日起计算。

第十三条 作者身份不明的作品，由作品原件的所有人行使除署名权以外的著作权。作者身份确定后，由作者或者其继承人行使著作权。

第十四条 合作作者之一死亡后，其对合作作品享有的著作权法第十条第一款第五项至第十七项规定的权利无人继承又无人受遗赠的，由其他合作作者享有。

第十五条 作者死亡后，其著作权中的署名权、修改权和保护作品完整权由作者的继承人或者受遗赠人保护。
著作权无人继承又无人受遗赠的，其署名

of revision and the right of integrity included in a copyright shall be protected by the administrative departments for copyright.

Article 16 The exploitation of a work the copyright in which is enjoyed by the State shall be managed by the administrative department for copyright of the State Council.

Article 17 In the case of a posthumous work, the right of publication may be exercised by the author's successor or legatee within a period of 50 years after the death of the author, unless the author had expressly stated otherwise. In the absence of a successor or legatee, the said right shall be exercised by the owner of the original copy of the work.

Article 18 In the case of a work of an unidentified author, the term of protection for the rights of such an author as provided in subparagraphs (5) through (17) of the first paragraph of Article 10 of the Copyright Law shall expire on December 31 of the 50th year after the first publication of the work. The provisions of Article 21 of the Copyright Law shall be applicable after the author of the work has been identified.

Article 19 Anyone who exploits another person's work shall clearly indicate the name of the author and the title of the work, except where the parties agree otherwise or the indication cannot be undertaken due to the special characteristic of the manner of exploiting the work.

Article 20 The term "published work" as referred to in the Copyright Law means a work which has been made available to the public by the copyright owner himself or under his permission.

Article 21 The exploitation of a published work which may be exploited without permission from the copyright owner in accordance with the relevant provisions of the Copyright Law shall not impair the normal exploitation of the work concerned, nor unreasonably prejudice the legitimate interests of the copyright owner.

Article 22 The rates of remuneration for the exploitation of works in accordance with the provisions of Article 23, the second paragraph of Article 32 and the third paragraph of Article 39 of the Copyright Law shall be fixed and issued by the administrative department for copyright of the State Council jointly with the competent department for pricing of the State Council.

Article 23 Anyone who exploits another person's work shall conclude a licensing contract with the copyright owner, and the contract shall be made in written form insofar as the right licensed for exploiting the work has an

权、修改权和保护作品完整权由著作权行政管理部门保护。

第十六条 国家享有著作权的作品的使用，由国务院著作权行政管理部门管理。

第十七条 作者生前未发表的作品，如果作者未明确表示不发表，作者死亡后50年内，其发表权可由继承人或者受遗赠人行使：没有继承人又无人受遗赠的，由作品原件的所有人行使。

第十八条 作者身份不明的作品，其著作权法第十条第一款第五项至第十七项规定的权利的保护期截止于作品首次发表后第50年的12月31日。作者身份确定后，适用著作权法第二十一条的规定。

第十九条 使用他人作品的，应当指明作者姓名、作品名称；但是，当事人另有约定或者由于作品使用方式的特性无法指明的除外。

第二十条 著作权法所称已经发表的作品，是指著作权人自行或者许可他人公之于众的作品。

第二十一条 依照著作权法有关规定，使用可以不经著作权人许可的已经发表的作品的，不得影响该作品的正常使用，也不得不合理地损害著作权人的合法利益。

第二十二条 依照著作权法第二十三条、第三十三条第二款、第四十条第三款的规定使用作品的付酬标准，由国务院著作权行政管理部门会同国务院价格主管部门制定、公布。

第二十三条 使用他人作品应当同著作权人订立许可使用合同，许可使用的权

exclusive nature, except where the work is to be published in a newspaper or a periodical.

Article 24 The contents of an exclusive right of exploitation provided in Article 24 of the Copyright Law shall be agreed upon by the contract. In the absence of such an agreement or of any clear agreement thereupon in the contract, it shall be deemed that the licensee has the right to prevent any other person, including the copyright owner himself, from exploiting the work in the same manner; unless otherwise agreed in the contract, the sublicensing of the same right to a third party by the licensee shall be subject to the permission from the copyright owner.

Article 25 An exclusive licensing contract and a copyright transfer contract concluded with the copyright owner may be filed with the administrative departments for copyright for the record.

Article 26 The term "rights and interests related to copyright" as referred to in the Copyright Law and these Regulations means the rights enjoyed by publishers in the typographical designs of their books or periodicals, the rights enjoyed by performers in their performances, the rights enjoyed by producers of sound and video recordings in their sound and video recordings, and the rights enjoyed by radio and television stations in their broadcasting programmes.

Article 27 Publishers, performers, producers of sound and video recordings, and radio and television stations, in the course of exercising their rights, shall not prejudice the rights of the copyright owners in the works being exploited and in the original works.

Article 28 Where it is agreed in a book publishing contract that the book publisher enjoys an exclusive publishing right but its particular contents are not specified, it shall be deemed that the book publisher has the exclusive right to publish a book in the same language and in the form of original or revised version, within the term of validity of the contract and the territory defined by the contract.

Article 29 If two separate subscription forms mailed by the copyright owner to the book publisher are still not able to be fulfilled within six months, it shall be deemed that the stock of the book is exhausted as referred to in Article 31 of the Copyright Law.

Article 30 Where a copyright owner declares in accordance with the second paragraph of Article 32 of the Copyright Law that no reprinting or excerpting of his work is permitted, he shall append such a declaration to the work when it is published in a newspaper or a periodical.

利是专有使用权的，应当采取书面形式，但是报社、期刊社刊登作品除外。

第二十四条 著作权法第二十四条规定的专有使用权的内容由合同约定，合同没有约定或者约定不明的，视为被许可人有权排除包括著作权人在内的任何人以同样的方式使用作品；除合同另有约定外，被许可人许可第三人行使同一权利，必须取得著作权人的许可。

第二十五条 与著作权人订立专有许可使用合同、转让合同的，可以向著作权行政管理部门备案。

第二十六条 著作权法和本条例所称与著作权有关的权益，是指出版者对其出版的图书和期刊的版式设计享有的权利，表演者对其表演享有的权利，录音录像制作者对其制作的录音录像制品享有的权利，广播电台、电视台对其播放的广播、电视节目享有的权利。

第二十七条 出版者、表演者、录音录像制作者、广播电台、电视台行使权利，不得损害被使用作品和原作品著作权人的权利。

第二十八条 图书出版合同中约定图书出版者享有专有出版权但没有明确其具体内容的，视为图书出版者享有在合同有效期限内和在合同约定的地域范围内以同种文字的原版、修订版出版图书的专有权利。

第二十九条 著作权人寄给图书出版者的两份订单在 6 个月内未能得到履行，视为著作权法第三十二条所称图书脱销。

第三十条 著作权人依照著作权法第三十三条第二款声明不得转载、摘编其作品的，应当在报纸、期刊刊登该作品时附带声明。

Article 31 Where a copyright owner declares in accordance with the third paragraph of Article 39 of the Copyright Law that no making of sound recordings of his work is permitted, he shall make such a declaration when his work is legally recorded.

Article 32 To exploit another person's work in accordance with the provisions of Article 23, the second paragraph of Article 32 and the third paragraph of Article 39 of the Copyright Law, the exploiter shall pay remuneration to the copyright owner within two months from the date of exploitation of the said work.

Article 33 Performances by foreigners or stateless persons in the territory of China shall be protected by the Copyright Law.
The rights enjoyed by foreigners or stateless persons in their performances under the international treaties to which China has already acceded shall be protected by the Copyright Law.

Article 34 Sound recordings produced and distributed by foreigners or stateless persons in the territory of China shall be protected by the Copyright Law.
The rights enjoyed by foreigners or stateless persons in the sound recordings produced and distributed by them under the international treaties to which China has acceded shall be protected by the Copyright Law.

Article 35 The rights enjoyed by foreign radio and television stations in their broadcasting programmes under the international treaties to which China has acceded shall be protected by the Copyright Law.

Article 36 Where any act of infringement is committed as enumerated in Article 48 of the Copyright Law, which also prejudices the social or public interests, and the illegal proceeds are more than 50,000 yuan, the administrative department for copyright may impose a fine of more than one time but less than five times the volume of the illegal business; if there are no illegal proceeds or the illegal proceeds are less than 50,000 yuan, a fine of not more than 100,000 yuan may be imposed by the administrative department for copyright according to the seriousness of circumstances..

Article 37 Where any act of infringement is committed as enumerated in Article 47 of the Copyright Law, which also prejudices the social or public interests, the administrative department for copyright of the local people's government shall be responsible for the investigation into and dealing with such an act.

第三十一条 著作权人依照著作权法第四十条第三款声明不得对其作品制作录音制品的，应当在该作品合法录制为录音制品时声明。

第三十二条 依照著作权法第二十三条、第三十三条第二款、第四十条第三款的规定，使用他人作品的，应当自使用该作品之日起 2 个月内向著作权人支付报酬。

第三十三条 外国人、无国籍人在中国境内的表演，受著作权法保护。
外国人、无国籍人根据中国参加的国际条约对其表演享有的权利，受著作权法保护。

第三十四条 外国人、无国籍人在中国境内制作、发行的录音制品，受著作权法保护。
外国人、无国籍人根据中国参加的国际条约对其制作、发行的录音制品享有的权利，受著作权法保护。

第三十五条 外国的广播电台、电视台根据中国参加的国际条约对其播放的广播、电视节目享有的权利，受著作权法保护。

第三十六条 有著作权法第四十八条所列侵权行为，同时损害社会公共利益，非法经营额 5 万元以上的，著作权行政管理部门可处非法经营额 1 倍以上 5 倍以下的罚款；没有非法经营额或者非法经营额 5 万元以下的，著作权行政管理部门根据情节轻重，可处 25 万元以下的罚款。

第三十七条 有著作权法第四十八条所列侵权行为，同时损害社会公共利益的，由地方人民政府著作权行政管理部门负责查处。

The administrative department for copyright of the State Council may investigate into and deal with any act of infringement that is of nationwide effect.

国务院著作权行政管理部门可以查处在全国有重大影响的侵权行为。

Article 38 These Regulations shall be effective on September 15, 2002. The Regulations for the Implementation of the Copyright Law of the People's Republic of China, which were approved by the State Council on May 24, 1991 and promulgated by the National Copyright Administration on May 30, 1991, shall be abolished at the same time.

　　第三十八条 本条例自 2002 年 9 月 15 日起施行。1991 年 5 月 24 日国务院批准、1991 年 5 月 30 日国家版权局发布的《中华人民共和国著作权法实施条例》同时废止。

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com

# 00K7

# Provisions on the Implementation of the International Copyright Treaties

## Provisions on the Implementation of the International Copyright Treaties[Effective]
### 实施国际著作权条约的规定 [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | State Council | **Document Number:** | Order No.105 of the State Council |
| **Date issued:** | 09-25-1992 | **Effective date:** | 09-30-1992 |
| **Level of Authority:** | Administrative Regulations | **Area of Law:** | Copyright |

Order of

the State Council of the People's Republic of China

(No. 105)

The Provisions

on the Implementation of the International Copyright Treaties are hereby issued

and shall come into force as of September 30, 1992.

Premier:

Li Peng

September

25, 1992

PROVISIONS ON THE IMPLEMENTATION OF THE INTERNATIONAL COPYRIGHT TREATIES

Article 1 These Provisions are formulated to implement the international copyright treaties and to protect the legitimate rights and interests of the owners of copyright in foreign works.

Article 2 With regard to the protection of foreign works, the Copyright Law of the People's Republic of China (hereinafter referred to as "the Copyright Law"), the Regulations for the Implementation of Copyright Law of the People's Republic of China, the Regulations for the Protection of Computer Software and these Provisions shall apply.

Article 3 The "international copyright treaties" mentioned in these Provisions refers to the Berne Convention for the Protection of Literary and Artistic Works (hereinafter referred to as "the Berne Convention")to which the People's Republic of China (hereinafter referred to as"China") is a

中华人民共和国国务院令

（第 105 号）

现发布《实施国际著作权条约的规定》，自一九九二年九月三十日起施行。

总理 李鹏

一九九二年九月二十五日

实施国际著作权条约的规定

第一条 为实施国际著作权条约，保护外国作品著作权人的合法权益，制定本规定。

第二条 对外国作品的保护，适用《中华人民共和国著作权法》（以下称著作权法）、《中华人民共和国著作权法实施条例》、《计算机软件保护条例》和本规定。

第三条 本规定所称国际著作权条约，是指中华人民共和国（以下称中国）参加的《伯尔尼保护文学和艺术作品公约》（以下称伯尔尼公约）和与外国签订的有关著作权的双边协定。

party, and the bilateral agreements on copyright which China has concluded with foreign countries.

Article 4 Foreign works mentioned in these Provisions shall include:

(1) works of which the author or one of the co-authors or the other owner of copyright or one of the co-owners of copyright is a national ora permanent resident of a country party to theinternational copyright treaties;

(2) works of which the author is not a national or a permanent resident of a country party to international copyright treaties but which have been first published or published simultaneously in a country party of the international copyright treaties;

(3) Works created by others by commission from a Chinese-foreign equity joint venture, a Chinese-foreign contractual joint venture or a foreign-capital enterprise which, by virtue of a contract, is the owner of copyright or one of the coowners of copyright of the work.

Article 5 With regard to the term of protection for unpublished foreign works, the provisions of Articles 20 and 21 of the Copyright Law shall apply.

Article 6 In the case of foreign works of applied art, the term of protection shall be 25 years commencing from the creation of the works.
The preceding paragraph, however, shall not apply to the works of fine arts, including designs of cartoon characters, used in industrial goods.

Article 7 Foreign computer programmes shall be protected as literary works, shall not be subject to registration and shall enjoy a term of protection of 50 years commencing from the end of the year of their first publication.

Article 8 Foreign works created by compiling non-protected materials shall be protected in accordance with the provisions of Article 14 of the Copyright Law, provided that originality is shown in the selection and arrangement of such materials.Such protection, however, shall not preclude others from using the same materials to create works of compilation.

Article 9 Foreign video recordings shall be protected as cinematographic works to the extent that international copyright treaties treat them as such works.

第四条　本规定所称外国作品，包括：

（一）作者或者作者之一，其他著作权人或者著作权人之一是国际著作权条约成员国的国民或者在该条约的成员国有经常居所的居民的作品；

（二）作者不是国际著作权条约成员国的国民或者在该条约的成员国有经常居所的居民，但是在该条约的成员国首次或者同时发表的作品；

（三）中外合资经营企业、中外合作经营企业和外资企业按照合同约定是著作权人或者著作权人之一的，其委托他人创作的作品。

第五条　对未发表的外国作品的保护期，适用著作权法第二十条、第二十一条的规定。

第六条　对外国实用艺术作品的保护期，为自该作品完成起二十五年。
美术作品（包括动画形象设计）用于工业制品的，不适用前款规定。

第七条　外国计算机程序作为文学作品保护，可以不履行登记手续，保护期为自该程序首次发表之年年底起五十年。

第八条　外国作品是由不受保护的材料编辑而成，但是在材料的选取或者编排上有独创性的，依照著作权法第十四条的规定予以保护。此种保护不排斥他人利用同样的材料进行编辑。

第九条　外国录像制品根据国际著作权条约构成电影作品的，作为电影作品保护。

Article 10 Prior authorization of the copyright owners shall be required if a published foreign work created in Chinese is to be translated into and published in the language of a minority nationality.

Article 11 Copyright owners of foreign works have the right to authorize others to perform before the public their works in any manner and by any means, or to communicate to the public the performance of their works.

Article 12 Copyright owners of foreign cinematographic works, television works and works of video recordings have the right to authorize others to perform before the public their works.

Article 13 Prior authorization of the copyright owner shall be required for newspapers and periodicals to reprint a foreign work, except the reprinting of articles on current political, economic and social topics.

Article 14 Copyright owners of foreign works may authorize or prohibit rental of copies of their works after authorizing others to distribtute such copies.

Article 15 Copyright owners of foreign works have the right to prohibit the importation of the following types of copies of their works:

(1) infringing copies;

(2) copies coming from a country where their works are not protected.

Article 16 In the case of public performance, recording and broadcasting of foreign works, the provisions of the Berne Convention shall apply.Where there is a collective administration organization, prior authorization of such organization shall be required.

Article 17 Foreign works which, at the date on which the international copyright treaties enter into force in China, have not fallen into the public domain in their countries of origin shall be protected until the expiration of the term of protection as is prescribed in the Copyright Law and these Provisions.
The preceding paragraph shall not apply to the uses of foreign works that had taken place before the international copyright treaties entered into force in China.
A Chinese citizen or legal person who owned and used a particular copy of a foreign work for a particular purpose before the entry into force of the

第十条　将外国人已经发表的以汉族文字创作的作品，翻译成少数民族文字出版发行的，应当事先取得著作权人的授权。

第十一条　外国作品著作权人，可以授权他人以任何方式、手段公开表演其作品或者公开传播对其作品的表演。

第十二条　外国电影、电视和录像作品的著作权人可以授权他人公开表演其作品。

第十三条　报刊转载外国作品，应当事先取得著作权人的授权；但是，转载有关政治、经济等社会问题的时事文章除外。

第十四条　外国作品的著作权人在授权他人发行其作品的复制品后，可以授权或者禁止出租其作品的复制品。

第十五条　外国作品的著作权人有权禁止进口其作品的下列复制品：

（一）侵权复制品；

（二）来自对其作品不予保护的国家的复制品。

第十六条　表演、录音或者广播外国作品，适用伯尔尼公约的规定；有集体管理组织的，应当事先取得该组织的授权。

第十七条　国际著作权约在中国生效之日尚未在起源国进入公有领域的外国作品，按照著作权法和本规定规定的保护期受保护，到期满为止。
前款规定不适用于国际著作权约在中国生效之日前发生的对外国作品的使用。
中国公民或者法人在国际著作权约在中国生效之日前为特定目的而拥有和使用外国作品的特定复制本的，可以继续使用该作品的复制本而不承担责任；但是，该复

international copyright treaties in China may continue to make use of that copy of the work without liability; but such copy may not be reproduced nor used in any manner susceptible to prejudice unreasonably the legitimate rights and interests of the copyright owner.

The application of the foregoing three paragraphs shall be subject to the provisions of the bilateral agreements on copyright concluded by China with the countries concerned.

制本不得以任何不合理地损害该作品著作权人合法权益的方式复制和使用。

前三款规定依照中国同有关国家签订的有关著作权的双边协定的规定实施。

Article 18 Articles 5, 12, 14, 15, and 17 of these Provisions shall also apply to sound recordings.

第十八条 本规定第五条、第十二条、第十四条、第十五条、第十七条适用于录音制品。

Article 19 Where pre-existing administrative regulations relating to copyright conflict with these Provisions, these Provisions shall apply.Where these Provisions conflict with the international copyright treaties, the international copyright treaties shall apply.

第十九条 本规定施行前，有关著作权的行政法规与本规定有不同规定的，适用本规定。本规定与国际著作权条约有不同规定的，适用国际著作权条约。

Article 20 The implementation in China of the international copyright treaties shall be the responsibility of the National Copyright Administration of China.

第二十条 国家版权局负责国际著作权条约在中国的实施。

Article 21 The interpretation of these Provisions shall be the responsibility of the National Copyright Administration of China.

第二十一条 本规定由国家版权局负责解释。

Article 22 These Provisions shall enter into force as of September 30,1992.

第二十二条 本规定自一九九二年九月三十日起施行。

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com

# 00K8

# Interpretation of the Supreme Peoples Court Trial of Civil Disputes over Copyright

# Interpretation of the Supreme People's Court Concerning the Application of Laws in the Trial of Civil Disputes over Copyright[Effective]

## 最高人民法院关于审理著作权民事纠纷案件适用法律若干问题的解释 [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Supreme People's Court | **Document Number:** | No. 31 [2002] of Legal Interpretation |
| **Date issued:** | 10-12-2002 | **Effective date:** | 10-15-2002 |
| **Level of Authority:** | Judicial Interpretation | **Area of Law:** | Civil Litigation,Copyright |

Public Announcement of the People's Supreme Court

The Interpretation of the People's Supreme Court Concerning the Application of Laws to the Trial of Civil Disputes of Copyright have been adopted by the 1246th Session of the Judicial Committee of the Supreme People's Court on October 12, 2002 and are hereby promulgated for implementation as of October 15, 2002.

The People's Supreme Court

October 12, 2002

Interpretation of the Supreme People's Court Concerning the Application of Laws in the Trial of Civil Disputes over Copyright

(Adopted at the 1246th Session of the Judicial Committee of the Supreme People's Court on October 12, 2002. Docket No. 31 [2002] of Legal Interpretation)

With a view to correctly trial the cases of civil dispute over copyright, some issues concerning the application of laws are hereby interpreted on the basis of the statutory provisions including the General Principles of the Civil Law of the People's Republic of China, the Contract Law of the People's Republic of China, the Copyright Law of the People's Republic of China and the Civil Procedure Law of the People's Republic of China.

Article 1 The people's courts accept the civil cases of dispute over copyright as mentioned below:

a. The cases of dispute over the possession, infringement and contract of copyright or copyright-related rights and interests;

b. The cases of plead for stopping the infringement upon copyright or copyright-related rights and interests before the institution of an action or for attachment of property or evidences before the institution of an action;

c. Other cases of dispute over copyright or copyright-related rights and interests.

中华人民共和国最高人民法院公告

《最高人民法院关于审理著作权民事纠纷案件适用法律若干问题的解释》已于2002年10月12日由最高人民法院审判委员会第1246次会议通过。现予公布，自2002年10月15日起施行。

最高人民法院

2002年10月12日

最高人民法院关于审理著作权民事纠纷案件适用法律若干问题的解释

（2002年10月12日最高人民法院审判委员会第1246次会议通过　法释[2002]31号）

为了正确审理著作权民事纠纷案件，根据《中华人民共和国民法通则》、《中华人民共和国合同法》、《中华人民共和国著作权法》、《中华人民共和国民事诉讼法》等法律的规定，就适用法律若干问题解释如下：

　　第一条　人民法院受理以下著作权民事纠纷案件：

　　（一）著作权及与著作权有关权益权属、侵权、合同纠纷案件；

　　（二）申请诉前停止侵犯著作权、与著作权有关权益行为，申请诉前财产保全、诉前证据保全案件；

　　（三）其他著作权、与著作权有关权益纠纷案件。

Article 2 A civil case of dispute over copyright shall be subject to the jurisdiction of the intermediate people's court or above.

All the higher people's court may, by taking the practical situations of their respective jurisdictions into consideration, determine some of the basic-level people's courts as the first-instance court for trying civil cases of dispute over copyright.

Article 3 As for the acts infringing upon copyright as found out by the administrative departments of copyright, if any of the parties concerned lodges an action to look into the civil liabilities of the actor, such case shall be accepted by the people's court.

When trying a civil case of dispute over the infringement of copyright that has already been handled by the administrative department of copyright, the people's court shall examine the case facts in a comprehensive way.

Article 4 A civil action instituted on the ground of infringing upon copyright shall be subject to the jurisdiction of the people's court where the infringing act occurred or where the infringing reproductions were stored or detained and sealed up or where the defendant dwells as provided for in Article 46 and 47 of the Copyright Law.

The place where the infringing reproductions were stored as mentioned in the preceding paragraph refers to the place where large quantities of infringing reproductions were stored or infringing reproductions were stored or concealed for business purposes. The place of detention and sealing up refers to the place where the infringing reproductions were lawfully sealed up or detained by the administrative departments of customs, copyright, administrations for industry and commerce, etc.

Article 5 For the joint actions instituted by several defendants of the place where different infringing acts are involved, the plaintiff may select the people's court of the place where the infringing act of either of the defendants occurred as the jurisdictional people's court. Where an action is instituted against only one of the defendants, the people's court of the place where the infringing act of the defendant shall have jurisdiction.

Article 6 Where an action is instituted by an organization lawfully established for the collective management of copyright in its own name upon the written authorization of the copyright holder, the people's court shall accept.

Article 7 The manuscripts, original scripts, lawful publications, copyright registration certificates, attestations issued by authentication institutions, contracts for acquiring rights, etc. as submitted by the parties concerned may be adopted as evidences.

第二条　著作权民事纠纷案件，由中级以上人民法院管辖。

各高级人民法院根据本辖区的实际情况，可以确定若干基层人民法院管辖第一审著作权民事纠纷案件。

第三条　对著作权行政管理部门查处的侵犯著作权行为，当事人向人民法院提起诉讼追究该行为人民事责任的，人民法院应当受理。

人民法院审理已经过著作权行政管理部门处理的侵犯著作权行为的民事纠纷案件，应当对案件事实进行全面审查。

第四条　因侵犯著作权行为提起的民事诉讼，由著作权法第四十六条、第四十七条所规定侵权行为的实施地、侵权复制品储藏地或者查封扣押地、被告住所地人民法院管辖。

前款规定的侵权复制品储藏地，是指大量或者经营性储存、隐匿侵权复制品所在地；查封扣押地，是指海关、版权、工商等行政机关依法查封、扣押侵权复制品所在地。

第五条　对涉及不同侵权行为实施地的多个被告提起的共同诉讼，原告可以选择其中一个被告的侵权行为实施地人民法院管辖；仅对其中某一被告提起的诉讼，该被告侵权行为实施地的人民法院有管辖权。

第六条　依法成立的著作权集体管理组织，根据著作权人的书面授权，以自己的名义提起诉讼，人民法院应当受理。

第七条　当事人提供的涉及著作权的底稿、原件、合法出版物、著作权登记证书、认证机构出具的证明、取得权利的合同等，可以作为证据。

The natural persons, legal persons or other organizations which appear on a work or production as authors shall be deemed as the holder of copyright or copyright-related rights and interests unless there are evidences that prove the opposite.

Article 8 Where any party concerned purchases infringing reproductions by ordering or on-the-spot dealing by himself or authorizing any other person, the physical objects and invoices, etc. obtained thereby may be adopted as evidences.

The notaries issued by any notary public, without disclosing his own identity to the party that is suspicious of infringement, concerning the evidences obtained by the party concerned in the ways as mentioned in the preceding paragraph or concerning the process of obtaining the evidences shall be adopted as evidences unless there are evidences that can prove the opposite.

Article 9 The phrase "making known to the public" as mentioned in Article 10, Item 1 of the Copyright Law refers to that a work is made to known to unspecified people by the holder of copyright or with the permission of the copyright holder. However, it shall not be based on the condition that the general public has already known it.

Article 10 In the case of a "work" as mentioned in Article 15, Paragraph 2 of the Copyright Law, if the copyright holder is a natural person, the provisions of Article 21, Paragraph 1 of the Copyright Law shall be applicable to the term of protection thereof; while in that the copyright holder is a legal person or any other organization, the provisions of Article 21, Paragraph 2 of the Copyright Law shall be applicable to the term of protection thereof.

Article 11 Where a dispute arises from the sequence of authorship to a work, the people's court shall handle the case according to the following principles: if there is any agreement concerning the sequence of authorship, such agreement shall apply; if there is no agreement, the sequence of authorship may be determined according to how much labor one had paid to the creation of the work or the sequence of the content of the work or the number and sequence of the strokes of the Chinese characters for the surnames of the authors, etc.

Article 12 According to Article 17 of the Copyright Law which provides that the copyright to an entrusted work, the trustor has the right to use the work within the stipulated scope of use. If both parties fail to agree upon the scope of use of the work, the trustor may gratuitously use the work within the scope of the specific purpose for creating the work.

在作品或者制品上署名的自然人、法人或者其他组织视为著作权、与著作权有关权益的权利人，但有相反证明的除外。

第八条 当事人自行或者委托他人以定购、现场交易等方式购买侵权复制品而了取得的实物、发票等，可以作为证据。公证人员在未向涉嫌侵权的一方当事人表明身份的情况下，如实对另一方当事人按照前款规定的方式取得的证据和取证过程出具的公证书，应当作为证据使用，但有相反证据的除外。

第九条 著作权法第十条第（一）项规定的"公之于众"，是指著作权人自行或者经著作权人许可将作品向不特定的人公开，但不以公众知晓为构成条件。

第十条 著作权法第十五条第二款所指的作品，著作权人是自然人的，其保护期适用著作权法第二十一条第一款的规定；著作权人是法人或其他组织的，其保护期适用著作权法第二十一条第二款的规定。

第十一条 因作品署名顺序发生的纠纷，人民法院按照下列原则处理；有约定的按约定确定署名顺序；没有约定的，可以按照创作作品付出的劳动、作品排列、作者姓氏笔划等确定署名顺序。

第十二条 按照著作权法第十七条规定委托作品著作权属于受托人的情形，委托人在约定的使用范围内享有使用作品的权利；双方没有约定使用作品范围的，委

Article 13 Apart from the situation as provided in Article 11, Item 3 of the Copyright Law, works such as reports and speeches which are written by other people but are revised, finalized and delivered in one's own name, the copyright shall be held by the person who makes the report or speech. The copyright holder may pay appropriate remunerations to the writers.

Article 14 Where the parties concerned agree to create an autobiographical work on the basis of the experiences of a particular person and if they have come to any agreement concerning the possession of copyright, such agreement shall apply. If they have not come to any agreement, the copyright thereof shall be held by the particular person. If the writer of the work has made efforts to the work, the copyright holder may pay appropriate remunerations to him.

Article 15 With regards to a work created by different authors on the basis of a same topic, the authors shall enjoy independent copyright if the expression of the work is completed independently and is creative.

Article 16 The purely factual news which is disseminated through mass media are the news of current affairs as provided in Article 5, Item 2 of the Copyright Law. When disseminating the news of current affairs as written by other persons, the source of the news shall be marked.

Article 17 The word "reprint" as mentioned in Article 32, Paragraph 2 of the Copyright Law refers to the publishing of works by a newspaper or magazine that have already been published by other newspapers or magazines. Any one who reprints a work without marking the authors or the newspaper or magazine that has first published the work shall assume the civil liabilities of clearing up ill effects and making apologies, etc.

Article 18 The term "artistic work in out-door public places" as mentioned in Article 22, Item 10 of the Copyright Law refers to such artistic works as sculptures, painting, calligraphy works, etc. that are located or displayed in out-door places for social public activities.
Any person who copies, paints, takes photographs or video tapes of the artistic works as mentioned in the preceding paragraph may further use his products in reasonable ways and scopes without constituting an infringement.

Article 19 Publishers and producers shall bear the burden of proof concerning the lawful authorization of its publication or production. Issuers

托人可以在委托创作的特定目的范围内免费使用该作品。

第十三条　除著作权法第十一条第三款规定的情形外，由他人执笔，本人审阅定稿并以本人名义发表的报告、讲话等作品，著作权归报告人或者讲话人享有。著作权人可以支付执笔人适当的报酬。

第十四条　当事人合意以特定人物经历为题材完成的自传体作品，当事人对著作权权属有约定的，依其约定；没有约定的，著作权归该特定人物享有，执笔人或整理人对作品完成付出劳动的，著作权人可以向其支付适当的报酬。

第十五条　由不同作者就同一题材创作的作品，作品的表达系独立完成并且有创作性的，应当认定作者各自享有独立著作权。

第十六条　通过大众传播媒介传播的单纯事实消息属于著作权法第五条第（二）项规定的时事新闻。传播报道他人采编的时事新闻，应当注明出处。

第十七条　著作权法第三十二条第二款规定的转载，是指报纸、期刊登载其他报刊已发表作品的行为。转载未注明被转载作品的作者和最初登载的报刊出处的，应当承担消除影响、赔礼道歉等民事责任。

第十八条　著作权法第二十二条第（十）项规定的室外公共场所的艺术作品，是指设置或者陈列在室外社会公众活动处所的雕塑、绘画、书法等艺术作品。对前款规定艺术作品的临摹、绘画、摄影、录像人，可以对其成果以合理的方式和范围再行使用，不构成侵权。

第十九条　出版者、制作者应当对其出版、制作有合法授权承担举证责任，发

and leasers shall bear the burden of proof concerning the lawful source of the reproductions issued or leased. Any one who fails to produce evidences shall assume the legal liabilities as provided in Articles 46 and 47 of the Copyright Law.

Article 20 In case any publication has infringed upon the copyright of any other person, the publisher shall assume civil liabilities of compensation according to seriousness of fault or infringement or damages caused, etc. Any publisher who fails to give reasonable care to the authorization of the publication or the source or authorship of the contributions or the content of the publication it has edited shall be responsible for making compensations according to the provisions of Article 48 of the Copyright Law.

If the publisher has given reasonable care and the copyright holder cannot produce evidences to prove that the publisher should have known that the publication thereof has constituted an infringement, it shall, according to the provisions of Article 117, Paragraph 1 of the General Principles of the Civil Law of the People's Republic China, assume the civil liabilities of stopping the infringement and refunding the profits gained from the infringement.

The publisher shall bear the burden of proof to prove that it has given reasonable care.

Article 21 A user of computer software who uses the software without permission or beyond the permitted scope of business use shall assume the civil liabilities as provided in Article 47, Item 1 of the Copyright Law, Article 24, Item 1 of the Regulation on the Protection of Computer Software.

Article 22 Where a contract for the transfer of copyright fails to be made in written form, the people's court shall examine and determine whether the contract establishes according to the provisions of Articles 36 and 37 of the Contract Law.

Article 23 Where any publisher who loses the work of delivered by the holder of copyright for publication so that the publication contract cannot be performed, it shall assume the civil liabilities as provided in Article 53 of the Copyright Law, Article 117 of the General Principles of the Civil Law and Article 122 of the Contract Law.

Article 24 The actual losses of the copyright holder may be computed according to the arithmetic product of the reduced sales volume of the reproductions incurred by the infringement or the sales volume of the infringing reproductions and the unit profits of the reproductions of the

行者、出租者应当对其发行或者出租的复制品有合法来源承担举证责任。举证不能的，依据著作权法第四十六条、第四十七条的相应规定承担法律责任。

　　第二十条　出版物侵犯他人著作权的，出版者应当根据其过错、侵权程度及损害后果等承担民事赔偿责任。

出版者对其出版行为的授权、稿件来源和署名、所编辑出版物的内容等未尽到合理注意义务的，依据著作权法第四十八条的规定，承担赔偿责任。

出版者尽了合理注意义务，著作权人也无证据证明出版者应当知道其出版涉及侵权的，依据民法通则第一百一十七条第一款的规定，出版者承担停止侵权、返还其侵权所得利润的民事责任。

出版者所尽合理注意义务情况，由出版者承担举证责任。

　　第二十一条　计算机软件用户未经许可或者超过许可范围商业使用计算机软件的，依据著作权法第四十七条第（一）项、《计算机软件保护条例》第二十四条第（一）项的规定承担民事责任。

　　第二十二条　著作权转让合同未采取书面形式的，人民法院依据合同法第三十六条、第三十七条的规定审查合同是否成立。

　　第二十三条　出版者将著作权人交付出版的作品丢失、毁损致使出版合同不能履行的，依据著作权法第五十三条、民法通则第一百一十七条以及合同法第一百二十二条的规定追究出版者的民事责任。

　　第二十四条　权利人的实际损失，可以根据权利人因侵权所造成复制品发行减少量或者侵权复制品销售量与权利人发行该复制品单位利润乘积计算。发行减少量

copyright holder. If it is difficult to determine the reduction of the sales volume, it shall be the market sales volume of the infringing reproductions.

Article 25 Where it is impossible to determine the actual losses of the copyright holder or the illegal gains of the infringer, the people's court may determine the amount of compensation upon the request of the parties concerned or by applying the provisions of Article 48, Paragraph 2 of the Copyright Law upon its own power.

When determining the amount of compensation, the people's court shall take into comprehensive consideration of the type of the work, reasonable royalties, nature and consequences of the infringing act, etc.

Where the parties concerned have come into any agreement concerning the amount of compensation according to the provisions of Paragraph 1 of the present Article, such agreement shall apply.

Article 26 The term "reasonable expenses for stopping infringing acts" as mentioned in Article 48, Paragraph 1 of the Copyright Law shall include the reasonable expenses of the right holder or the agent entrusted thereby in looking into the infringing acts and obtaining evidences.

The people's courts may, according to the allegations of the parties concerned and the specific situations of the cases concerned, include the lawyer's fees that conform to the provisions of relevant departments of the state into the range of compensations.

Article 27 As for the cases instituted on the ground of infringing upon one's copyright that has happened before the Decision (of the Standing Committee of the People's Congress) on Amending the Copyright Law takes effect and the people's court makes the judgment after the Decision has taken effect, the provisions of Article 48 of the Copyright Law may be applied by reference.

Article 28 The statute of limitations for the infringement of copyright is two years, starting from the day when the copyright holder knows or should have known of the infringing act. Where the right holder institutes an action after two years, and if the infringing act still exists when the action is instituted and is within the period of copyright protection, the people's court shall rule that the defendant shall stop the infringing act, and the amount of compensations for damages shall be computed till two years further as of the day when the right holder institutes the action with the people's court.

Article 29 As for the infringing acts as provided in Article 47 of the Copyright Law, the people's court may, apart from imposing civil liabilities upon the actors upon the pleading of the parties concerned, impose civil sanctions to the actors according to the provisions of Article 134,

难以确定的，按照侵权复制品市场销售量确定。

第二十五条　权利人的实际损失或者侵权人的违法所得无法确定的，人民法院根据当事人的请求或者依职权适用著作权法第四十八条第二款的规定确定赔偿数额。

人民法院在确定赔偿数额时，应当考虑作品类型、合理使用费、侵权行为性质、后果等情节综合确定。

当事人按照本条第一款的规定就赔偿数额达成协议的，应当准许。

第二十六条　著作权法第四十八条第一款规定的制止侵权行为所支付的合理开支，包括权利人或者委托代理人对侵权行为进行调查、取证的合理费用。

人民法院根据当事人的诉讼请求和具体案情，可以将符合国家有关部门规定的律师费用计算在赔偿范围内。

第二十七条　在著作权法修改决定施行前发生的侵犯著作权行为起诉的案件，人民法院于该决定施行后作出判决的，可以参照适用著作权法第四十八条的规定。

第二十八条　侵犯著作权的诉讼时效为两年，自著作权人知道或者应当知道侵权行为之日起计算。权利人超过两年起诉的，如果侵权行为在起诉时仍在持续，在该著作权保护期内，人民法院应当判决被告停止侵权行为；侵权损害赔偿数额应当自权利人向人民法院起诉之日起向前推算两年计算。

第二十九条　对著作权法第四十七条规定的侵权行为，人民法院根据当事人的请求除追究行为人民事责任外，还可以依据民法通则第一百三十四条第三款的规定

Paragraph of the General Principles of the Civil Law. The amount of fines to be imposed upon may be determined by referring to the relevant provisions of the Regulation of the People's Republic of China on Implementing the Copyright Law.

In case the administrative department of copyright has already imposed administrative punishments to a same infringing act, the people's court shall not impose any more civil sanctions.

Article 30 As for the acts of infringing upon copyright prior to October 27, 2001, if the parties concerned pleads to the people's court for ordering the actors to stop infringing acts or for taking measures of attachment of evidences, the provisions of Articles 49 and 50 of the Copyright Law shall apply.

Where the people's court takes the measures before the institution of an action, it shall handle the case by referring to the provisions of the Interpretation of the Supreme People's Court Concerning the Application of Laws for Stopping Acts of Infringing upon Registered Trademark Rights and for Attachment of Evidences Before An Action Is Instituted.

Article 31 Unless there are other provisions in the present Interpretation, the cases of civil dispute over copyright as accepted by the people's courts after October 27, 2001, for the acts that happened prior to October 27, 2001, the provisions of Copyright Law prior to its amendment shall apply, while for the acts that happened subsequent to the said date, the provisions of the amended Copyright Law shall apply. As for the civil acts that happened prior to the said but continues after the date, the provisions of the amended Copyright Law shall apply.

Article 32 Where any of the relevant provisions promulgated in the past is inconsistent with the present Interpretation, the present Interpretation shall prevail.

给予民事制裁，罚款数额可以参照《中华人民共和国著作权法实施条例》的有关规定确定。

著作权行政管理部门对相同的侵权行为已经给予行政处罚的，人民法院不再予以民事制裁。

第三十条　对 2001 年 10 月 27 日前发生的侵犯著作权行为，当事人于 2001 年 10 月 27 日后向人民法院提出申请采取责令停止侵权行为或者证据保全措施的，适用著作权法第四十九条、第五十条的规定。

人民法院采取诉前措施，参照《最高人民法院关于诉前停止侵犯注册商标专用权行为和保全证据适用法律问题的解释》的规定办理。

第三十一条　除本解释另行规定外，2001 年 10 月 27 日以后人民法院受理的著作权民事纠纷案件，涉及 2001 年 10 月 27 日前发生的民事行为的，适用修改前著作权法的规定；涉及该日期以后发生的民事行为的，适用修改后著作权法的规定；涉及该日期前发生，持续到该日期后的民事行为的，适用修改后著作权法的规定。

第三十二条　以前的有关规定与本解释不一致的，以本解释为准。

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com

# 00K9

# Law of the People's Republic of China on Choice of Law for Foreign-related Civil Relationships

# Law of the People's Republic of China on Choice of Law for Foreign-related Civil Relationships[Effective]
## 中华人民共和国涉外民事关系法律适用法 [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Standing Committee of the National People's Congress,Standing Committee of the National People's Congress | **Document Number:** | Order No.36 of the President of the People's Republic of China |
| **Date issued:** | 10-28-2010 | **Effective date:** | 04-01-2011 |
| **Level of Authority:** | Laws | **Area of Law:** | Civil Law |

Order of the President of the People's Republic of China (No.36)

Law of the People's Republic of China on Choice of Law for Foreign-related Civil Relationships, which has been adopted at the 17th session of the Standing Committee of the 11th National People's Congress on October 28, 2010, is hereby promulgated and shall come into force on April 1, 2011.

President of the People's Republic of China Hu Jintao

October 28, 2010

Law of the People's Republic of China on Choice of Law for Foreign-related Civil Relationships

(Adopted at the 17th session of the Standing Committee of the 11th National People's Congress on October 28, 2010)

中华人民共和国主席令

（第三十六号）

《中华人民共和国涉外民事关系法律适用法》已由中华人民共和国第十一届全国人民代表大会常务委员会第十七次会议于 2010 年 10 月 28 日通过，现予公布，自 2011 年 4 月 1 日起施行。

中华人民共和国主席　胡锦涛

2010 年 10 月 28 日

中华人民共和国涉外民事关系法律适用法

（2010 年 10 月 28 日第十一届全国人民代表大会常务委员会第十七次会议通过）

Table of Contents

目　录

Chapter I General Provisions

第一章　一般规定

Chapter II Civil Subjects

第二章　民事主体

Chapter III Marriage and Family

第三章　婚姻家庭

Chapter IV Inheritance

第四章　继承

Chapter V Real Right

第五章　物权

Chapter VI Creditor's Rights

第六章　债权

Chapter VII Intellectual Property Rights

第七章　知识产权

Chapter VIII Supplementary Provisions

Chapter I General Provisions

Article 1 This Law is enacted in order to clarify the application of laws concerning foreign-related civil relations, reasonably solve foreign-related civil disputes and safeguard the legal rights and interests of parties.

Article 2 The application of laws concerning foreign-related civil relations shall be determined in accordance with this Law. If there are otherwise special provisions in other laws on the application of laws concerning foreign-related civil relations, such provisions shall prevail.
If there are no provisions in this Law or other laws on the application of any laws concerning foreign-related civil relations, the laws which have the closest relation with this foreign-related civil relation shall apply.

Article 3 The parties may explicitly choose the laws applicable to foreign-related civil relations in accordance with the provisions of law.

Article 4 If there are mandatory provisions on foreign-related civil relations in the laws of the People's Republic of China, these mandatory provisions shall directly apply.

Article 5 If the application of foreign laws will damage the social public interests of the People's Republic of China, the laws of the People's Republic of China shall apply.

Article 6 As for the application of foreign laws on a foreign-related civil relation, if different laws are enforced in different regions of this foreign country, the laws of the region which has the closest relation with this foreign-related civil relation shall apply.

Article 7 The proper laws applicable to the relevant foreign-related civil relations shall apply to the limitation of action.

Article 8 Lex fori shall apply to the determination on the nature of foreign-related civil relations.

Article 9 Foreign laws applicable to foreign-related civil relations do not include the Law of the Application of Law of this foreign country.

Article 10 Foreign laws applicable to foreign-related civil relations shall be ascertained by the people's court, arbitral authority or administrative organ. If any party chooses the applicable foreign laws, he shall provide the laws of this country.

第八章　附则

第一章　一般规定

第一条　为了明确涉外民事关系的法律适用，合理解决涉外民事争议，维护当事人的合法权益，制定本法。

第二条　涉外民事关系适用的法律，依照本法确定。其他法律对涉外民事关系法律适用另有特别规定的，依照其规定。本法和其他法律对涉外民事关系法律适用没有规定的，适用与该涉外民事关系有最密切联系的法律。

第三条　当事人依照法律规定可以明示选择涉外民事关系适用的法律。

第四条　中华人民共和国法律对涉外民事关系有强制性规定的，直接适用该强制性规定。

第五条　外国法律的适用将损害中华人民共和国社会公共利益的，适用中华人民共和国法律。

第六条　涉外民事关系适用外国法律，该国不同区域实施不同法律的，适用与该涉外民事关系有最密切联系区域的法律。

第七条　诉讼时效，适用相关涉外民事关系应当适用的法律。

第八条　涉外民事关系的定性，适用法院地法律。

第九条　涉外民事关系适用的外国法律，不包括该国的法律适用法。

第十条　涉外民事关系适用的外国法律，由人民法院、仲裁机构或者行政机关查明。当事人选择适用外国法律的，应当提供该国法律。

If foreign laws can not be ascertained or there are no provisions in the laws of this country, the laws of the People's Republic of China shall apply.

不能查明外国法律或者该国法律没有规定的，适用中华人民共和国法律。

Chapter II Civil Subjects

第二章　民事主体

Article 11 The laws at the habitual residence shall apply to the civil rights capacities of a natural person.

第十一条　自然人的民事权利能力，适用经常居所地法律。

Article 12 The laws at the habitual residence shall apply to the civil acts capacities of a natural person.
Where a natural person conducting civil activities is determined as incompetent for civil acts in accordance with the laws at the habitual residence but is determined as competent for civil acts in accordance with the laws at the locality of the acts, the laws at the locality of the acts shall apply unless they are related to marriage, family or inheritance.

第十二条　自然人的民事行为能力，适用经常居所地法律。
自然人从事民事活动，依照经常居所地法律为无民事行为能力，依照行为地法律为有民事行为能力的，适用行为地法律，但涉及婚姻家庭、继承的除外。

Article 13 The laws at the habitual residence of a natural person shall apply to the declaration of missing or declaration of death.

第十三条　宣告失踪或者宣告死亡，适用自然人经常居所地法律。

Article 14 The laws at the locality of registration shall apply to such items as the civil rights capacities, civil acts capacities, organizational institutions, rights and obligations of shareholders, etc. of a legal person and its branch.
If the main business place of a legal person is inconsistent with the locality of registration, the laws of the main business place may apply. The main business place of a legal person shall be its habitual residence.

第十四条　法人及其分支机构的民事权利能力、民事行为能力、组织机构、股东权利义务等事项，适用登记地法律。
法人的主营业地与登记地不一致的，可以适用主营业地法律。法人的经常居所地，为其主营业地。

Article 15 The laws at the habitual residence of a right holder shall apply to the contents of his right of personality.

第十五条　人格权的内容，适用权利人经常居所地法律。

Article 16 The laws at the locality of agency act shall apply to agency, but the laws at the locality of agency relation shall apply to the civil relations between the principal and the agent.
The parties concerned may choose the laws applicable to entrustment of agency by agreement.

第十六条　代理适用代理行为地法律，但被代理人与代理人的民事关系，适用代理关系发生地法律。
当事人可以协议选择委托代理适用的法律。

Article 17 The parties concerned may choose the laws applicable to trust by agreement. If the parties do not choose, the laws at the locality of the trust or of the fiduciary relation shall apply.

第十七条　当事人可以协议选择信托适用的法律。当事人没有选择的，适用信托财产所在地法律或者信托关系发生地法律。

Article 18 The parties concerned may choose the laws applicable to arbitral agreement by agreement. If the parties do not choose, the laws at the locality of the arbitral authority or of the arbitration shall apply.

第十八条　当事人可以协议选择仲裁协议适用的法律。当事人没有选择的，适用仲裁机构所在地法律或者仲裁地法律。

Article 19 If the laws of the state of nationality are to apply in accordance with this Law and a natural person has more than two nationalities, the laws of the state of nationality in which he has a habitual residence shall apply; if he has no habitual residence in any of the states of nationality, the laws of the state of nationality with which he has the closest relation shall apply. If a natural person has no nationality or his nationality is uncertain, the laws at his habitual residence shall apply.

Article 20 If the laws at the habitual residence are to apply in accordance with this Law and a natural person's habitual residence is uncertain, the laws at his current residence shall apply.

Chapter III Marriage and Family

Article 21 The laws at the mutual habitual residence of the parties shall apply to the marriage qualifications; if there is no mutual habitual residence, the laws of the mutual state of nationality shall apply; if there is no mutual nationality and the marriage is established at the habitual residence or in the state of nationality of one party, the laws at the locality where the marriage is established shall apply.

Article 22 Marriage formalities shall be valid if they conform to the laws at the locality where the marriage is established or the laws at the habitual residence or of the state of nationality of one party.

Article 23 The laws at the mutual habitual residence shall apply to the personal relation between husband and wife; if there is no mutual habitual residence, the laws of the mutual state of nationality shall apply.

Article 24 As for the property relation between husband and wife, the parties concerned may choose the applicable laws at the habitual residence, of the state of nationality or at the locality of the main properties of one party by agreement. If the parties do not choose, the laws at the mutual habitual residence shall apply; if there is no mutual habitual residence, the laws of the mutual state of nationality shall apply.

Article 25 The laws at the mutual habitual residence shall apply to the personal and property relations between parents and children; if there is no mutual habitual residence, the laws in favor of protecting the rights and interests of the weak in the laws at the habitual residence or of the state of nationality of one party shall apply.

Article 26 As for a divorce by agreement, the parties concerned may choose the applicable laws at the habitual residence or of the state of

第十九条 依照本法适用国籍国法律，自然人具有两个以上国籍的，适用有经常居所的国籍国法律；在所有国籍国均无经常居所的，适用与有最密切联系的国籍国法律。自然人无国籍或者国籍不明的，适用其经常居所地法律。

第二十条 依照本法适用经常居所地法律，自然人经常居所地不明的，适用其现在居所地法律。

第三章 婚姻家庭

第二十一条 结婚条件，适用当事人共同经常居所地法律；没有共同经常居所的，适用共同国籍国法律；没有共同国籍，在一方当事人经常居所地或者国籍国缔结婚姻的，适用婚姻缔结地法律。

第二十二条 结婚手续，符合婚姻缔结地法律、一方当事人经常居所地法律或者国籍国法律的，均为有效。

第二十三条 夫妻人身关系，适用共同经常居所地法律；没有共同经常居所地的，适用共同国籍国法律。

第二十四条 夫妻财产关系，当事人可以协议选择适用一方当事人经常居所地法律、国籍国法律或者主要财产所在地法律。当事人没有选择的，适用共同经常居所地法律；没有共同经常居所地的，适用共同国籍国法律。

第二十五条 父母子女人身、财产关系，适用共同经常居所地法律；没有共同经常居所地的，适用一方当事人经常居所地法律或者国籍国法律中有利于保护弱者权益的法律。

第二十六条 协议离婚，当事人可以协议选择适用一方当事人经常居所地法律

nationality of one party by agreement. If the parties do not choose, the laws at the mutual habitual residence shall apply; if there is no mutual habitual residence, the laws of the mutual state of nationality shall apply; if there is no mutual nationality, the laws at the locality of the institution handling the divorce formalities shall apply.

Article 27 The laws at the locality of the court shall apply to a divorce by litigation.

Article 28 The laws at the habitual residence of the adopter and the adoptee shall apply to the qualifications and formalities of adoption. The laws at the habitual residence of the adopter at the time of adoption shall apply to the validity of adoption. The laws at the habitual residence of the adoptee at the time of adoption or at the locality of the court shall apply to the termination of the adoptive relation.

Article 29 The laws in favor of protecting the rights and interests of the persons being maintained in the laws at the habitual residence, of the state of nationality or at the locality of the main properties of one party shall apply to maintenance.

Article 30 The laws in favor of protecting the rights and interests of the persons under guardianship in the laws at the habitual residence or of the state of nationality of one party shall apply to guardianship.

Chapter IV Inheritance

Article 31 The laws at the habitual residence at the time of death of the deceased shall apply to legal inheritance, but the laws at the locality of the real estate shall apply to the legal inheritance of a real estate.

Article 32 A testament shall be confirmed as valid if its form conforms to the laws at the habitual residence, of the state of nationality or at the locality of the testamentary acts when the testament is made or at the time of death of the testator.

Article 33 The laws at the habitual residence or of the state of nationality when the testament is made or at the time of death of the testator shall apply to the validity of a testament.

Article 34 The laws at the locality of an estate shall apply to the administration of estates and related issues.

Article 35 The laws at the locality of an estate at the time of death of the deceased shall apply to the disposition of a vacant estate.

或者国籍国法律。当事人没有选择的，适用共同经常居所地法律；没有共同经常居所地的，适用共同国籍国法律；没有共同国籍的，适用办理离婚手续机构所在地法律。

第二十七条 诉讼离婚，适用法院地法律。

第二十八条 收养的条件和手续，适用收养人和被收养人经常居所地法律。收养的效力，适用收养时收养人经常居所地法律。收养关系的解除，适用收养时被收养人经常居所地法律或者法院地法律。

第二十九条 扶养，适用一方当事人经常居所地法律、国籍国法律或者主要财产所在地法律中有利于保护被扶养人权益的法律。

第三十条 监护，适用一方当事人经常居所地法律或者国籍国法律中有利于保护被监护人权益的法律。

第四章 继承

第三十一条 法定继承，适用被继承人死亡时经常居所地法律，但不动产法定继承，适用不动产所在地法律。

第三十二条 遗嘱方式，符合遗嘱人立遗嘱时或者死亡时经常居所地法律、国籍国法律或者遗嘱行为地法律的，遗嘱均为成立。

第三十三条 遗嘱效力，适用遗嘱人立遗嘱时或者死亡时经常居所地法律或者国籍国法律。

第三十四条 遗产管理等事项，适用遗产所在地法律。

第三十五条 无人继承遗产的归属，适用被继承人死亡时遗产所在地法律。

Chapter V Real Right

第五章　物权

Article 36 The laws at the locality of immovables shall apply to the right to immovables.

　　第三十六条　不动产物权，适用不动产所在地法律。

Article 37 The parties concerned may choose the laws applicable to the right over the movables by agreement. If the parties do not choose, the laws at the locality of the movables when the legal facts take place shall apply.

　　第三十七条　当事人可以协议选择动产物权适用的法律。当事人没有选择的，适用法律事实发生时动产所在地法律。

Article 38 The parties concerned may choose the laws applicable to any change of the right over the movables taking place in transportation by agreement. If the parties do not choose, the laws at the destination of transportation shall apply.

　　第三十八条　当事人可以协议选择运输中动产物权发生变更适用的法律。当事人没有选择的，适用运输目的地法律。

Article 39 The laws at the locality of the realization of the rights of negotiable securities or other laws which have the closest relation with the negotiable securities shall apply to negotiable securities.

　　第三十九条　有价证券，适用有价证券权利实现地法律或者其他与该有价证券有最密切联系的法律。

Article 40 The laws at the locality of the establishment of the right of pledge shall apply to the pledge of rights.

　　第四十条　权利质权，适用质权设立地法律。

Chapter VI Creditor's Rights

第六章　债权

Article 41 The parties concerned may choose the laws applicable to contracts by agreement. If the parties do not choose, the laws at the habitual residence of the party whose fulfillment of obligations can best reflect the characteristics of this contract or other laws which have the closest relation with this contract shall apply.

　　第四十一条　当事人可以协议选择合同适用的法律。当事人没有选择的，适用履行义务最能体现该合同特征的一方当事人经常居所地法律或者其他与该合同有最密切联系的法律。

Article 42 The laws at the habitual residence of consumers shall apply to consumer contracts; If a consumer chooses the applicable laws at the locality of the provision of goods or services or an operator has no relevant business operations at the habitual residence of the consumer, the laws at the locality of the provision of goods or services shall apply.

　　第四十二条　消费者合同，适用消费者经常居所地法律；消费者选择适用商品、服务提供地法律或者经营者在消费者经常居所地没有从事相关经营活动的，适用商品、服务提供地法律。

Article 43 The laws at the working locality of laborers shall apply to labor contracts; if it is difficult to determine the working locality of a laborer, the laws at the main business place of the employer shall apply. The laws at the dispatching place of labor services shall apply to labor dispatches.

　　第四十三条　劳动合同，适用劳动者工作地法律；难以确定劳动者工作地的，适用用人单位主营业地法律。劳务派遣，可以适用劳务派出地法律。

Article 44 The laws at the place of tort shall apply to liabilities for tort, but if the parties have a mutual habitual residence, the laws at the mutual

　　第四十四条　侵权责任，适用侵权行为地法律，但当事人有共同经常居所地的，适用共同经常居所地法律。侵权行为

habitual residence shall apply. If the parties choose the applicable laws by agreement after any tort takes place, the agreement shall prevail.

Article 45 The laws at the habitual residence of the infringed shall apply to product liabilities; if the infringed chooses the applicable laws at the main business place of the infringer or at the locality of the infringement, or the infringer has no relevant business operations at the habitual residence of the infringed, the laws at the main business place of the infringer or at the locality of the infringement shall apply.

Article 46 If such personal rights as the right of name, right of portrait, right of reputation, right of privacy, etc. are infringed upon via the network or by other means, the laws at the habitual residence of the infringed shall apply.

Article 47 The applicable laws chosen by the parties concerned by agreement shall apply to ill-gotten gains and negotiorum gestio. If the parties do not choose, the laws at the mutual habitual residence of the parties shall apply; if there is no mutual habitual residence, the laws at the locality of ill-gotten gains and negotiorum gestio shall apply.

Chapter VII Intellectual Property Rights

Article 48 The laws at the locality where protection is claimed shall apply to the ownership and contents of the intellectual property right.

Article 49 A party may choose the laws applicable to the assignment and licensed use of intellectual property right by agreement. If the parties do not choose, the relevant provisions on contracts of this Law shall apply.

Article 50 The laws at the locality where protection is claimed shall apply to the liabilities for tort for intellectual property, the parties concerned may also choose the applicable laws at the locality of the court by agreement after the tort takes place.

Chapter VIII Supplementary Provisions

Article 51 If the provisions in Article 146 and Article 147 of the General Principles of the Civil Law of the People's Republic of China and Article 36 of the Law of Succession of the People's Republic of China do not conform with the provisions in this Law, the provisions in this Law shall prevail.

发生后，当事人协议选择适用法律的，按照其协议。

第四十五条　产品责任，适用被侵权人经常居所地法律；被侵权人选择适用侵权人主营业地法律、损害发生地法律的，或者侵权人在被侵权人经常居所地没有从事相关经营活动的，适用侵权人主营业地法律或者损害发生地法律。

第四十六条　通过网络或者采用其他方式侵害姓名权、肖像权、名誉权、隐私权等人格权的，适用被侵权人经常居所地法律。

第四十七条　不当得利、无因管理，适用当事人协议选择适用的法律。当事人没有选择的，适用当事人共同经常居所地法律；没有共同经常居所地的，适用不当得利、无因管理发生地法律。

第七章　知识产权

第四十八条　知识产权的归属和内容，适用被请求保护地法律。

第四十九条　当事人可以协议选择知识产权转让和许可使用适用的法律。当事人没有选择的，适用本法对合同的有关规定。

第五十条　知识产权的侵权责任，适用被请求保护地法律，当事人也可以在侵权行为发生后协议选择适用法院地法律。

第八章　附则

第五十一条　《中华人民共和国民法通则》第一百四十六条、第一百四十七条，《中华人民共和国继承法》第三十六条，与本法的规定不一致的，适用本法。

Article 52 This Law shall come into force on April 1, 2011.

第五十二条　本法自 2011 年 4 月 1 日起施行。

**© Copyright Chinalawinfo Co., Ltd**

database@chinalawinfo.com

# 00K10

# Civil Procedure Law of the People's Republic of China 2017

# The Civil Procedure Law of the People's Republic of China (2017 Amendment)[Effective]
## 中华人民共和国民事诉讼法(2017 修正) [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Standing Committee of the National People's Congress,Standing Committee of the National People's Congress | **Document Number:** | Order No. 71 of the President of the People's Republic of China |
| **Date issued:** | 06-27-2017 | **Effective date:** | 07-01-2017 |
| **Level of Authority:** | Laws | **Area of Law:** | Civil Litigation |

The Civil Procedure Law of the People's Republic of China

(Adopted at the 4th Session of the Seventh National People's Congress on April 9, 1991; amended for the first time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 30th Session of the Standing Committee of the Tenth National People's Congress on October 28, 2007; and amended for the second time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Eleventh National People's Congress on August 31, 2012; and amended for the third time in accordance with the Decision on Amending the Civil Procedure Law of the People's Republic of China and the Administrative Litigation Law of the People's Republic of China as adopted at the 28th Session of the Standing Committee of the Twelfth National People's Congress on June 27, 2017)

中华人民共和国民事诉讼法

（1991 年 4 月 9 日第七届全国人民代表大会第四次会议通过 根据 2007 年 10 月 28 日第十届全国人民代表大会常务委员会第三十次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第一次修正 根据 2012 年 8 月 31 日第十一届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉的决定》第二次修正 根据 2017 年 6 月 27 日第十二届全国人民代表大会常务委员会第二十八次会议《关于修改〈中华人民共和国民事诉讼法〉和〈中华人民共和国行政诉讼法〉的决定》第三次修正）

Table of Contents

Part One General Provisions

Chapter 1 Purposes, Scope of Application and Basic Principles

Chapter 2 Jurisdiction

Section 1 Hierarchical Jurisdiction

Section 2 Territorial Jurisdiction

Section 3 Jurisdiction Transfer and Specified Jurisdiction

Chapter 3 Trial Organization

目录

第一编　总　则

第一章　任务、适用范围和基本原则

第二章　管　辖

第一节　级别管辖

第二节　地域管辖

第三节　移送管辖和指定管辖

第三章　审判组织

| | |
|---|---|
| Chapter 4 Disqualification | 第四章　回　避 |
| Chapter 5 Primary Litigation Participants | 第五章　诉讼参加人 |
| Section 1 Parties | 第一节　当事人 |
| Section 2 Litigation Representatives | 第二节　诉讼代理人 |
| Chapter 6 Evidence | 第六章　证　据 |
| Chapter 7 Periods and Service of Process | 第七章　期间、送达 |
| Section 1 Periods | 第一节　期　间 |
| Section 2 Service of Process | 第二节　送　达 |
| Chapter 8 Mediation | 第八章　调　解 |
| Chapter 9 Preservation and Advance Enforcement | 第九章　保全和先予执行 |
| Chapter 10 Compulsory Measures against Obstruction of Civil Procedures | 第十章　对妨害民事诉讼的强制措施 |
| Chapter 11 Litigation Expenses | 第十一章　诉讼费用 |
| Part Two Trial Procedure | 第二编　审判程序 |
| Chapter 12 Formal Procedure at First Instance | 第十二章　第一审普通程序 |
| Section 1 Instituting and Accepting an Action | 第一节　起诉和受理 |
| Section 2 Pretrial Preparations | 第二节　审理前的准备 |
| Section 3 Court Trial | 第三节　开庭审理 |
| Section 4 Suspension and Termination of an Action | 第四节　诉讼中止和终结 |
| Section 5 Judgments and Rulings | 第五节　判决和裁定 |
| Chapter 13 Summary Procedure | 第十三章　简易程序 |
| Chapter 14 Procedure at Second Instance | 第十四章　第二审程序 |
| Chapter 15 Special Procedures | 第十五章　特别程序 |
| Section 1 General Provisions | 第一节　一般规定 |
| Section 2 Voter Eligibility Cases | 第二节　选民资格案件 |
| Section 3 Missing Person Declaration and Death Declaration Cases | 第三节　宣告失踪、宣告死亡案件 |

| | |
|---|---|
| Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens | 第四节　认定公民无民事行为能力、限制民事行为能力案件 |
| Section 5 Cases of Determining Unclaimed Property | 第五节　认定财产无主案件 |
| Section 6 Cases of Confirming Mediation Agreements | 第六节　确认调解协议案件 |
| Section 7 Cases of Security Interest Realization | 第七节　实现担保物权案件 |
| Chapter 16 Trial Supervision Procedure | 第十六章　审判监督程序 |
| Chapter 17 Procedure for Urging Debt Repayment | 第十七章　督促程序 |
| Chapter 18 Procedure for Announcement to Urge Declaration of Claims | 第十八章　公示催告程序 |
| Part Three Enforcement Procedure | 第三编　执行程序 |
| Chapter 19 General Provisions | 第十九章　一般规定 |
| Chapter 20 Application and Transfer for Enforcement | 第二十章　执行的申请和移送 |
| Chapter 21 Enforcement Measures | 第二十一章　执行措施 |
| Chapter 22 Suspension and Termination of Enforcement | 第二十二章　执行中止和终结 |
| Part Four Special Provisions on Foreign-Related Civil Procedures | 第四编　涉外民事诉讼程序的特别规定 |
| Chapter 23 General Principles | 第二十三章　一般原则 |
| Chapter 24 Jurisdiction | 第二十四章　管　辖 |
| Chapter 25 Service of Process and Periods | 第二十五章　送达、期间 |
| Chapter 26 Arbitration | 第二十六章　仲　裁 |
| Chapter 27 Judicial Assistance | 第二十七章　司法协助 |

| | |
|---|---|
| Part One General Provisions | 第一编　总　则 |
| Chapter 1 Purposes, Scope of Application and Basic Principles | 第一章　任务、适用范围和基本原则 |
| Article 1 The Civil Procedure Law of the People's Republic of China is formulated in accordance with the Constitution and in consideration of civil trial experience and actual circumstances of civil trials in China. | 第一条　中华人民共和国民事诉讼法以宪法为根据，结合我国民事审判工作的经验和实际情况制定。 |
| Article 2 The purposes of the Civil Procedure Law of the People's Republic of China are to protect the parties' exercise of procedural rights; ensure that a people's court finds facts, distinguishes right from wrong, applies law correctly and try civil cases in a timely manner; confirm civil rights and obligations; punish violations of civil law; protect the lawful rights and | 第二条　中华人民共和国民事诉讼法的任务，是保护当事人行使诉讼权利，保证人民法院查明事实，分清是非，正确适用法律，及时审理民事案件，确认民事权利义务关系，制裁民事违法行为，保护当 |

interests of the parties; educate citizens on consciously abiding by law; maintain the social and economic order; and guarantee smooth socialist development.

事人的合法权益，教育公民自觉遵守法律，维护社会秩序、经济秩序，保障社会主义建设事业顺利进行。

Article 3 The provisions of this Law shall apply to civil actions accepted by a people's court regarding property or personal relationships between citizens, between legal persons, between other organizations or between citizens and legal persons, citizens and other organizations or legal persons and other organizations.

第三条　人民法院受理公民之间、法人之间、其他组织之间以及他们相互之间因财产关系和人身关系提起的民事诉讼，适用本法的规定。

Article 4 For all civil actions conducted within the territory of the People's Republic of China, this Law must be complied with.

第四条　凡在中华人民共和国领域内进行民事诉讼，必须遵守本法。

Article 5 Foreign nationals, stateless persons and foreign enterprises and organizations which institute or respond to actions in the people's courts shall have equal procedural rights and obligations as citizens, legal persons and other organizations of the People's Republic of China.

第五条　外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，同中华人民共和国公民、法人和其他组织有同等的诉讼权利义务。

Where the courts of a foreign country impose any restrictions on the civil procedural rights of citizens, legal persons and other organizations of the People's Republic of China, the people's courts of the People's Republic of China shall apply the principle of reciprocity to the civil procedural rights of citizens, enterprises and organizations of such a foreign country.

外国法院对中华人民共和国公民、法人和其他组织的民事诉讼权利加以限制的，中华人民共和国人民法院对该国公民、企业和组织的民事诉讼权利，实行对等原则。

Article 6 The power to try civil cases shall be exercised by the people's courts.

第六条　民事案件的审判权由人民法院行使。

The people's courts shall try civil cases independently in accordance with law, without interference from any government agency, social group or individual.

人民法院依照法律规定对民事案件独立进行审判，不受行政机关、社会团体和个人的干涉。

Article 7 When trying civil cases, the people's courts must regard facts as the basis and regard law as the yardstick.

第七条　人民法院审理民事案件，必须以事实为根据，以法律为准绳。

Article 8 All parties to a civil action shall have equal procedural rights. When trying civil cases, the people's courts shall provide safeguards and facilitation for all parties to exercise their procedural rights, and apply law equally for all parties.

第八条　民事诉讼当事人有平等的诉讼权利。人民法院审理民事案件，应当保障和便利当事人行使诉讼权利，对当事人在适用法律上一律平等。

Article 9 When trying civil cases, the people's courts shall conduct mediation under the principles of free will of the parties and legality; and if mediation fails, shall enter a judgment in a timely manner.

第九条　人民法院审理民事案件，应当根据自愿和合法的原则进行调解；调解不成的，应当及时判决。

Article 10 When trying civil cases, the people's courts shall apply the collegial bench, disqualification, open trial and "final after two trials" systems in accordance with law.

第十条　人民法院审理民事案件，依照法律规定实行合议、回避、公开审判和两审终审制度。

Article 11 Citizens of all ethnicities shall be entitled to use their native spoken and written languages in civil procedures.

In areas where an ethnic minority is concentrated or several ethnicities cohabit, the people's courts shall conduct trial and publish legal instruments in the spoken and written language commonly used by the local ethnicity or ethnicities.

The people's courts shall provide interpretation for litigation participants who are not familiar with the spoken or written language commonly used by the local ethnicity or ethnicities.

Article 12 When a people's court tries a civil case, the parties shall have the right to debate.

Article 13 In civil procedures, the principle of good faith shall be adhered to.

The parties shall be entitled to dispose of their respective civil rights and procedural rights within the extent as permitted by law.

Article 14 The people's procuratorates shall have the authority to exercise legal supervision over civil procedures.

Article 15 For conduct which infringes upon the civil rights and interests of the state, a collective or an individual, a state organ, a social group, an enterprise or a public institution may support the entity or individual which suffers infringement in instituting an action in a people's court.

Article 16 The people's congresses of ethnical autonomous areas may formulate provisions with necessary changes or supplementary provisions in accordance with the principles of the Constitution and this Law and in consideration of the specific circumstances of the local ethnicity or ethnicities. Such provisions formulated by an autonomous region shall be subject to the approval of the Standing Committee of the National People's Congress. Such provisions formulated by an autonomous prefecture or autonomous county shall be subject to the approval of the standing committee of the people's congress of the corresponding province or autonomous region and be filed with the Standing Committee of the National People's Congress.

Chapter 2 Jurisdiction

Section 1 Hierarchical Jurisdiction

第十一条　各民族公民都有用本民族语言、文字进行民事诉讼的权利。

在少数民族聚居或者多民族共同居住的地区，人民法院应当用当地民族通用的语言、文字进行审理和发布法律文书。

人民法院应当对不通晓当地民族通用的语言、文字的诉讼参与人提供翻译。

第十二条　人民法院审理民事案件时，当事人有权进行辩论。

第十三条　民事诉讼应当遵循诚实信用原则。

当事人有权在法律规定的范围内处分自己的民事权利和诉讼权利。

第十四条　人民检察院有权对民事诉讼实行法律监督。

第十五条　机关、社会团体、企业事业单位对损害国家、集体或者个人民事权益的行为，可以支持受损害的单位或者个人向人民法院起诉。

第十六条　民族自治地方的人民代表大会根据宪法和本法的原则，结合当地民族的具体情况，可以制定变通或者补充的规定。自治区的规定，报全国人民代表大会常务委员会批准。自治州、自治县的规定，报省或者自治区的人民代表大会常务委员会批准，并报全国人民代表大会常务委员会备案。

第二章　管　辖

第一节　级别管辖

Article 17 The basic people's courts shall have jurisdiction over civil cases as a court of first instance, except as otherwise provided for in this Law.

Article 18 The intermediate people's courts shall have jurisdiction over the following civil cases as a court of first instance:

(1) Major foreign-related cases.

(2) Cases which have a major impact within their respective jurisdictions.

(3) Cases which are under the jurisdiction of the intermediate people's courts as determined by the Supreme People's Court.

Article 19 The higher people's courts shall have jurisdiction over civil cases which have a major impact within their respective jurisdictions as a court of first instance.

Article 20 The Supreme People's Court shall have jurisdiction over the following civil cases as a court of first instance:

(1) Cases which have a major impact nationwide.

(2) Cases which the Supreme People's Court deems shall be tried by itself.

Section 2 Territorial Jurisdiction

Article 21 A civil action instituted against a citizen shall be under the jurisdiction of the people's court at the place of domicile of the defendant; or if the defendant's place of domicile is different from his or her place of habitual residence, the civil action shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant.

A civil action instituted against a legal person or any other organization shall be under the jurisdiction of the people's court at the place of domicile of the defendant.

Where the places of domicile or places of habitual residence of several defendants in the same action are located within the jurisdictions of two or more people's courts, both or all of such people's courts shall have jurisdiction over the action.

Article 22 The following civil actions shall be under the jurisdiction of the people's court at the place of domicile of the plaintiff; or if the plaintiff's place of domicile is different from his or her place of habitual residence, the civil actions shall be under the jurisdiction of the people's court at the place of habitual residence of the plaintiff:

第十七条 基层人民法院管辖第一审民事案件，但本法另有规定的除外。

第十八条 中级人民法院管辖下列第一审民事案件：

（一）重大涉外案件；

（二）在本辖区有重大影响的案件；

（三）最高人民法院确定由中级人民法院管辖的案件。

第十九条 高级人民法院管辖在本辖区有重大影响的第一审民事案件。

第二十条 最高人民法院管辖下列第一审民事案件：

（一）在全国有重大影响的案件；

（二）认为应当由本院审理的案件。

第二节 地域管辖

第二十一条 对公民提起的民事诉讼，由被告住所地人民法院管辖；被告住所地与经常居住地不一致的，由经常居住地人民法院管辖。

对法人或者其他组织提起的民事诉讼，由被告住所地人民法院管辖。

同一诉讼的几个被告住所地、经常居住地在两个以上人民法院辖区的，各该人民法院都有管辖权。

第二十二条 下列民事诉讼，由原告住所地人民法院管辖；原告住所地与经常居住地不一致的，由原告经常居住地人民法院管辖：

(1) An action regarding a personal relationship instituted against a person who does not reside within the territory of the People's Republic of China.

(2) An action regarding a personal relationship instituted against a person whose whereabouts is unknown or against a person who has been declared missing.

(3) An action instituted against a person who is subject to any compulsory correctional measure.

(4) An action instituted against a person who is incarcerated.

Article 23 An action instituted for a contract dispute shall be under the jurisdiction of the people's court at the place of domicile of the defendant or at the place where the contract is performed.

Article 24 An action instituted for an insurance contract dispute shall be under the jurisdiction of the people's court at the place of domicile of the defendant or at the place where the subject matter insured is located.

Article 25 An action instituted for a negotiable instrument dispute shall be under the jurisdiction of the people's court at the place of payment of the negotiable instrument or at the place of domicile of the defendant.

Article 26 An action instituted for a dispute arising from formation, shareholder eligibility confirmation, profit distribution, dissolution or any other matter of a company shall be under the jurisdiction of the people's court at the place of domicile of the company.

Article 27 An action instituted for a dispute arising from a railway, road, water, air, or multi-mode transportation contract shall be under the jurisdiction of the people's court at the place of departure or destination of transportation or at the place of domicile of the defendant.

Article 28 An action instituted for a tort shall be under the jurisdiction of the people's court at the place where the tort occurs or at the place of domicile of the defendant.

Article 29 An action instituted for damages for a railway, road, water or air transportation accident shall be under the jurisdiction of the people's court at the place where the accident occurs, where the vehicle or vessel first arrives or where the aircraft first lands or at the place of domicile of the defendant.

Article 30 An action instituted for damages for a vessel collision or any other maritime accident shall be under the jurisdiction of the people's court

（一）对不在中华人民共和国领域内居住的人提起的有关身份关系的诉讼；

（二）对下落不明或者宣告失踪的人提起的有关身份关系的诉讼；

（三）对被采取强制性教育措施的人提起的诉讼；

（四）对被监禁的人提起的诉讼。

第二十三条 因合同纠纷提起的诉讼，由被告住所地或者合同履行地人民法院管辖。

第二十四条 因保险合同纠纷提起的诉讼，由被告住所地或者保险标的物所在地人民法院管辖。

第二十五条 因票据纠纷提起的诉讼，由票据支付地或者被告住所地人民法院管辖。

第二十六条 因公司设立、确认股东资格、分配利润、解散等纠纷提起的诉讼，由公司住所地人民法院管辖。

第二十七条 因铁路、公路、水上、航空运输和联合运输合同纠纷提起的诉讼，由运输始发地、目的地或者被告住所地人民法院管辖。

第二十八条 因侵权行为提起的诉讼，由侵权行为地或者被告住所地人民法院管辖。

第二十九条 因铁路、公路、水上和航空事故请求损害赔偿提起的诉讼，由事故发生地或者车辆、船舶最先到达地、航空器最先降落地或者被告住所地人民法院管辖。

第三十条 因船舶碰撞或者其他海事损害事故请求损害赔偿提起的诉讼，由碰

at the place where the collision occurs, where the colliding vessel first arrives or where the vessel at fault is detained or at the place of domicile of the defendant.

Article 31 An action instituted for maritime salvage shall be under the jurisdiction of the people's court at the place of salvage or at the place where the salvaged vessel first arrives.

Article 32 An action instituted for a general average shall be under the jurisdiction of the people's court at the place where the vessel first arrives, where the general average is adjusted or where the voyage ends.

Article 33 The following cases shall be under the exclusive jurisdiction of the people's courts as specified below:

(1) An action instituted for a real estate dispute shall be under the jurisdiction of the people's court at the place where the real estate is located.

(2) An action instituted for a dispute arising from harbor operations shall be under the jurisdiction of the people's court at the place where the harbor is located.

(3) An action instituted for an inheritance dispute shall be under the jurisdiction of the people's court at the place of domicile of the deceased upon death or at the place where the major part of estate is located.

Article 34 Parties to a dispute over a contract or any other right or interest in property may, by a written agreement, choose the people's court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located or at any other place actually connected to the dispute to have jurisdiction over the dispute, but the provisions of this Law regarding hierarchical jurisdiction and exclusive jurisdiction shall not be violated.

Article 35 When two or more people's courts have jurisdiction over an action, the plaintiff may institute an action in one of such people's courts; and if the plaintiff institutes actions in two or more people's courts that have jurisdiction, the people's court which dockets the case first shall have jurisdiction over the action.

Section 3 Jurisdiction Transfer and Specified Jurisdiction

Article 36 Where a people's court discovers that a case accepted is not under its jurisdiction, it shall transfer the case to the people's court having

撞发生地、碰撞船舶最先到达地、加害船舶被扣留地或者被告住所地人民法院管辖。

第三十一条 因海难救助费用提起的诉讼，由救助地或者被救助船舶最先到达地人民法院管辖。

第三十二条 因共同海损提起的诉讼，由船舶最先到达地、共同海损理算地或者航程终止地的人民法院管辖。

第三十三条 下列案件，由本条规定的人民法院专属管辖：

（一）因不动产纠纷提起的诉讼，由不动产所在地人民法院管辖；

（二）因港口作业中发生纠纷提起的诉讼，由港口所在地人民法院管辖；

（三）因继承遗产纠纷提起的诉讼，由被继承人死亡时住所地或者主要遗产所在地人民法院管辖。

第三十四条 合同或者其他财产权益纠纷的当事人可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地等与争议有实际联系的地点的人民法院管辖，但不得违反本法对级别管辖和专属管辖的规定。

第三十五条 两个以上人民法院都有管辖权的诉讼，原告可以向其中一个人民法院起诉；原告向两个以上有管辖权的人民法院起诉的，由最先立案的人民法院管辖。

第三节 移送管辖和指定管辖

第三十六条 人民法院发现受理的案件不属于本院管辖的，应当移送有管辖权

jurisdiction, and the people's court to which the case is transferred shall accept the case. If the people's court to which the case is transferred deems that the transferred case is not under its jurisdiction according to the relevant provisions, it shall report the case to its superior for specified jurisdiction and shall not transfer the case without direction.

Article 37 Where a people's court having jurisdiction is unable to exercise its jurisdiction for any special reasons, its superior shall specify jurisdiction.

Where there is any dispute over jurisdiction between the people's courts, the dispute shall be resolved by the disputing courts through consultations; or if such consultations fail, the disputing courts shall request their common superior to specify jurisdiction.

Article 38 A people's court at a higher level shall have the power to try a first instance civil case under the jurisdiction of a people's court at a lower level. If it is necessary to transfer a first instance civil case under its jurisdiction to a people's court at a lower level for trial, a people's court at a higher level shall file a report with its superior for approval of the transfer.

If a people's court at a lower level deems it necessary for a first instance civil case under its jurisdiction to be tried by a people's court at a higher level, it may request the people's court at a higher level to try the case.

Chapter 3 Trial Organization

Article 39 When a people's court tries a first instance civil case, a collegial bench consisting of judges and jurors or consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

Civil cases tried under summary procedure shall be tried by a sole judge.

When performing their juror's duties, jurors shall have equal rights and obligations as a judge.

Article 40 When a people's court tries a second instance civil case, a collegial bench consisting of judges only shall be formed. The members of a collegial bench must be in an odd number.

For a case remanded for retrial, the original trial people's court shall form a new collegial bench under the procedure at first instance.

的人民法院，受移送的人民法院应当受理。受移送的人民法院认为受移送的案件依照规定不属于本院管辖的，应当报请上级人民法院指定管辖，不得再自行移送。

第三十七条　有管辖权的人民法院由于特殊原因，不能行使管辖权的，由上级人民法院指定管辖。

人民法院之间因管辖权发生争议，由争议双方协商解决；协商解决不了的，报请它们的共同上级人民法院指定管辖。

第三十八条　上级人民法院有权审理下级人民法院管辖的第一审民事案件；确有必要将本院管辖的第一审民事案件交下级人民法院审理的，应当报请其上级人民法院批准。

下级人民法院对它所管辖的第一审民事案件，认为需要由上级人民法院审理的，可以报请上级人民法院审理。

第三章　审判组织

第三十九条　人民法院审理第一审民事案件，由审判员、陪审员共同组成合议庭或者由审判员组成合议庭。合议庭的成员人数，必须是单数。

适用简易程序审理的民事案件，由审判员一人独任审理。

陪审员在执行陪审职务时，与审判员有同等的权利义务。

第四十条　人民法院审理第二审民事案件，由审判员组成合议庭。合议庭的成员人数，必须是单数。

发回重审的案件，原审人民法院应当按照第一审程序另行组成合议庭。

If a case for retrial was originally tried by a court of first instance, a new collegial bench shall be formed under the procedure at first instance; or if the case for retrial was originally tried by a court of second instance or tried directly by a people's court at a higher level, a new collegial bench shall be formed under the procedure at second instance.

Article 41 The president of a people's court or a divisional chief of a people's court shall designate a judge as the presiding judge of a collegial bench; and if the president or divisional chief participates in the trial, the president or divisional chief shall be the presiding judge.

Article 42 When deliberating a case, a collegial bench shall adhere to the rule of majority. Deliberation transcripts shall be prepared and be signed by the members of the collegial bench. The dissenting opinions during deliberations shall be truthfully included in the transcripts.

Article 43 Judges shall handle cases impartially in accordance with law.

Judges shall not accept any treats or gifts from the parties or their litigation representatives.

Judges who commit embezzlement, accept bribes, practice favoritism for personal gains or adjudicate by bending the law shall be subject to legal liability; and those suspected of any crime shall be subject to criminal liability in accordance with law.

Chapter 4 Disqualification

Article 44 Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge verbally or in writing:

(1) The judge is a party to a case or is a close relative of a party to a case or a litigation representative thereof.

(2) The judge is an interested party to a case.

(3) The judge has any other relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

Where a judge accepts any treat or gift from a party to a case or a litigation representative thereof or meets with a party to a case in violation of legal provisions, a party shall be entitled to require disqualification of such a judge.

审理再审案件，原来是第一审的，按照第一审程序另行组成合议庭；原来是第二审的或者是上级人民法院提审的，按照第二审程序另行组成合议庭。

第四十一条　合议庭的审判长由院长或者庭长指定审判员一人担任；院长或者庭长参加审判的，由院长或者庭长担任。

第四十二条　合议庭评议案件，实行少数服从多数的原则。评议应当制作笔录，由合议庭成员签名。评议中的不同意见，必须如实记入笔录。

第四十三条　审判人员应当依法秉公办案。

审判人员不得接受当事人及其诉讼代理人请客送礼。

审判人员有贪污受贿，徇私舞弊，枉法裁判行为的，应当追究法律责任；构成犯罪的，依法追究刑事责任。

第四章　回　避

第四十四条　审判人员有下列情形之一的，应当自行回避，当事人有权用口头或者书面方式申请他们回避：

（一）是本案当事人或者当事人、诉讼代理人近亲属的；

（二）与本案有利害关系的；

（三）与本案当事人、诉讼代理人有其他关系，可能影响对案件公正审理的。

审判人员接受当事人、诉讼代理人请客送礼，或者违反规定会见当事人、诉讼代理人的，当事人有权要求他们回避。

A judge who commits any conduct in the preceding paragraph shall be subject to legal liability in accordance with law.

审判人员有前款规定的行为的，应当依法追究法律责任。

The provisions of the preceding three paragraphs shall also apply to court clerks, interpreters, identification or evaluation experts, and surveyors.

前三款规定，适用于书记员、翻译人员、鉴定人、勘验人。

Article 45 To request disqualification, a party shall state reasons and file a request at the beginning of the trial of a case; and a request may also be filed before the end of court debate if a party becomes aware of a reason for disqualification after the trial of a case begins.

第四十五条　当事人提出回避申请，应当说明理由，在案件开始审理时提出；回避事由在案件开始审理后知道的，也可以在法庭辩论终结前提出。

Before the people's court decides whether to grant the request for disqualification, the person whose disqualification is requested shall be suspended from participating in the case, unless the case requires that emergency measures be taken.

被申请回避的人员在人民法院作出是否回避的决定前，应当暂停参与本案的工作，但案件需要采取紧急措施的除外。

Article 46 The disqualification of the presiding judge who is the president of a people's court shall be decided by the judicial committee of the people's court; the disqualification of judges shall be decided by the president of a people's court; and the disqualification of other persons shall be decided by the presiding judge.

第四十六条　院长担任审判长时的回避，由审判委员会决定；审判人员的回避，由院长决定；其他人员的回避，由审判长决定。

Article 47 A people's court shall make a decision verbally or in writing on a party's request for disqualification within three days after the request is filed. Against the decision, a party may apply for reconsideration once when receiving the decision. During the period of reconsideration, the person whose disqualification is requested shall not be suspended from participating in the case. A people's court shall make a decision on an application for reconsideration within three days and notify the reconsideration applicant of the decision.

第四十七条　人民法院对当事人提出的回避申请，应当在申请提出的三日内，以口头或者书面形式作出决定。申请人对决定不服的，可以在接到决定时申请复议一次。复议期间，被申请回避的人员，不停止参与本案的工作。人民法院对复议申请，应当在三日内作出复议决定，并通知复议申请人。

Chapter 5 Primary Litigation Participants

第五章　诉讼参加人

Section 1 Parties

第一节　当事人

Article 48 Citizens, legal persons and other organizations may act as the parties to civil actions.

第四十八条　公民、法人和其他组织可以作为民事诉讼的当事人。

The legal representative of a legal person shall participate in an action on behalf of the legal person. The primary person in charge of any other organization shall participate in an action on behalf of the organization.

法人由其法定代表人进行诉讼。其他组织由其主要负责人进行诉讼。

Article 49 The parties shall be entitled to retain representatives, file a request for disqualification, collect and provide evidence, debate, file a request for mediation, file an appeal, and apply for enforcement.

第四十九条　当事人有权委托代理人，提出回避申请，收集、提供证据，进行辩论，请求调解，提起上诉，申请执行。

The parties may consult materials related to the case and copy materials and legal instruments related to the case. The scope of and measures for consulting and copying materials related to a case shall be prescribed by the Supreme People's Court.

The parties must exercise their procedural rights in accordance with law, observe the order of litigation, and execute effective written judgments, rulings and consent judgments.

Article 50 Both sides of a civil action may reach a settlement themselves.

Article 51 The plaintiff may relinquish or modify its claims. The defendant may admit or repudiate the plaintiff's claims and shall have the right to file a counterclaim.

Article 52 A joint action means that one side or both sides of a civil action consist of two or more persons, the subject matter of action for each party is same or is of the same kind and the people's court deems that the disputes of all the parties may be tried concurrently, to which all the parties agree.

Where the parties on one side of a joint action have common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall bind the rest of such parties if the conduct is recognized by the rest of such parties; or where the parties on one side of a joint action have no common rights and obligations regarding the subject matter of action, the litigation conduct of any of such parties shall not bind the rest of such parties.

Article 53 Where the parties on one side of a joint action is numerous, such parties may recommend a representative or representatives to participate in the action. The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any claims, admit any claims of the opposing party or reach a settlement, such representatives must obtain a consent from the parties represented.

Article 54 Where the subject matter of action for each party is of the same kind, the parties on one side of an action are numerous, but the exact number of such parties is uncertain when the action is instituted, the people's court may publish a notice to describe the case and claims and notify right holders to register with the people's court within a certain period of time.

当事人可以查阅本案有关材料，并可以复制本案有关材料和法律文书。查阅、复制本案有关材料的范围和办法由最高人民法院规定。

当事人必须依法行使诉讼权利，遵守诉讼秩序，履行发生法律效力的判决书、裁定书和调解书。

第五十条　双方当事人可以自行和解。

第五十一条　原告可以放弃或者变更诉讼请求。被告可以承认或者反驳诉讼请求，有权提起反诉。

第五十二条　当事人一方或者双方为二人以上，其诉讼标的是共同的，或者诉讼标的是同一种类、人民法院认为可以合并审理并经当事人同意的，为共同诉讼。

共同诉讼的一方当事人对诉讼标的有共同权利义务的，其中一人的诉讼行为经其他共同诉讼人承认，对其他共同诉讼人发生效力；对诉讼标的没有共同权利义务的，其中一人的诉讼行为对其他共同诉讼人不发生效力。

第五十三条　当事人一方人数众多的共同诉讼，可以由当事人推选代表人进行诉讼。代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

第五十四条　诉讼标的是同一种类、当事人一方人数众多在起诉时人数尚未确定的，人民法院可以发出公告，说明案件情况和诉讼请求，通知权利人在一定期间向人民法院登记。

The right holders which have registered with the people's court may recommend a representative or representatives to participate in the litigation; and if no representative is recommended, the people's court may determine a representative or representatives in consultation with the right holders which have registered with the people's court.

向人民法院登记的权利人可以推选代表人进行诉讼；推选不出代表人的，人民法院可以与参加登记的权利人商定代表人。

The litigation conduct of such representatives shall bind all the parties represented; however, to modify or relinquish any claims, admit any claims of the opposing party or reach a settlement, such representatives must obtain a consent from the parties represented.

代表人的诉讼行为对其所代表的当事人发生效力，但代表人变更、放弃诉讼请求或者承认对方当事人的诉讼请求，进行和解，必须经被代表的当事人同意。

The judgment or ruling issued by the people's court shall bind all right holders which have registered with the people's court. Such a judgment or ruling shall also apply to actions instituted during the time limitation for rights holders which have not registered with the people's court.

人民法院作出的判决、裁定，对参加登记的全体权利人发生效力。未参加登记的权利人在诉讼时效期间提起诉讼的，适用该判决、裁定。

Article 55 For conduct that pollutes environment, infringes upon the lawful rights and interests of vast consumers or otherwise damages the public interest, an authority or relevant organization as prescribed by law may institute an action in a people's court.

第五十五条　对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，法律规定的机关和有关组织可以向人民法院提起诉讼。

Where the people's procuratorate finds in the performance of functions any conduct that undermines the protection of the ecological environment and resources, infringes upon consumers' lawful rights and interests in the field of food and drug safety or any other conduct that damages social interest, it may file a lawsuit with the people's court if there is no authority or organization prescribed in the preceding paragraph or the authority or organization prescribed in the preceding paragraph does not file a lawsuit. If the authority or organization prescribed in the preceding paragraph files a lawsuit, the people's procuratorate may support the filing of a lawsuit.

人民检察院在履行职责中发现破坏生态环境和资源保护、食品药品安全领域侵害众多消费者合法权益等损害社会公共利益的行为，在没有前款规定的机关和组织或者前款规定的机关和组织不提起诉讼的情况下，可以向人民法院提起诉讼。前款规定的机关或者组织提起诉讼的，人民检察院可以支持起诉。

Article 56 A third party which deems that it has an independent claim regarding the subject matter of an action between two parties shall have the right to institute an action.

第五十六条　对当事人双方的诉讼标的，第三人认为有独立请求权的，有权提起诉讼。

Where a third party does not have an independent claim regarding the subject matter of an action between two parties but is an interested party in law to the outcome of the case, the third party may apply to participate in the action or the people's court may notify the third party to participate in the action. If the third party assumes any civil liability according to the judgment entered by the people's court, the third party shall have the procedural rights and obligations as a party to the action.

对当事人双方的诉讼标的，第三人虽然没有独立请求权，但案件处理结果同他有法律上的利害关系的，可以申请参加诉讼，或者由人民法院通知他参加诉讼。人民法院判决承担民事责任的第三人，有当事人的诉讼权利义务。

Where a third party as mentioned in the preceding two paragraphs fails to participate in an action, which is not attributable to the third party's fault,

前两款规定的第三人，因不能归责于本人的事由未参加诉讼，但有证据证明发生法

and there is evidence that an effective judgment, ruling or consent judgment is entirely or partially erroneous and causes damage to the third party's civil rights and interests, the third party may, within six months from the day when the third party knows or should have known that the third party's civil rights and interests have been damaged, institute an action in the people's court which entered the judgment, ruling or consent judgment. If, after trial, the third party's claims are supported, the people's court shall modify or revoke the original judgment, ruling or consent judgment; or if the third party's claims are not supported, the claims shall be dismissed.

## Section 2 Litigation Representatives

Article 57 The guardian of a person without competency to participate in an action shall participate in the action on behalf of the person as the person's legal representative. If the legal representatives of a person shift their duty of representation onto each other, the people's court shall specify one of them to participate in the action on behalf of the person.

Article 58 A party or a legal representative may retain one or two persons as litigation representatives.

The following persons may serve as a litigation representative:

(1) A lawyer or legal service worker at the basic level.

(2) A close relative or staff member of a party.

(3) A citizen recommended by the community of or the entity employing a party or recommended by a relevant social group.

Article 59 To participate in an action on behalf of a party or a legal representative, a litigation representative must submit to the people's court a power of attorney, to which the signature or seal of the party or legal representative is affixed.

The power of attorney must state the authorized matters and the extent of authority. To admit, relinquish or modify any claims, reach a settlement, or file a counterclaim or an appeal on behalf of a party or a legal representative, a litigation representative must have a special authorization from the party or legal representative.

Where a citizen of the People's Republic of China who is residing in a foreign country posts a power of attorney or delivers through another person a power of attorney to China, the power of attorney must be authenticated by the embassy or consulate of the People's Republic of China in that country. If there is no such an embassy or consulate in that

律效力的判决、裁定、调解书的部分或者全部内容错误，损害其民事权益的，可以自知道或者应当知道其民事权益受到损害之日起六个月内，向作出该判决、裁定、调解书的人民法院提起诉讼。人民法院经审理，诉讼请求成立的，应当改变或者撤销原判决、裁定、调解书；诉讼请求不成立的，驳回诉讼请求。

第二节　诉讼代理人

第五十七条　无诉讼行为能力人由他的监护人作为法定代理人代为诉讼。法定代理人之间互相推诿代理责任的，由人民法院指定其中一人代为诉讼。

第五十八条　当事人、法定代理人可以委托一至二人作为诉讼代理人。

下列人员可以被委托为诉讼代理人：

（一）律师、基层法律服务工作者；

（二）当事人的近亲属或者工作人员；

（三）当事人所在社区、单位以及有关社会团体推荐的公民。

第五十九条　委托他人代为诉讼，必须向人民法院提交由委托人签名或者盖章的授权委托书。

授权委托书必须记明委托事项和权限。诉讼代理人代为承认、放弃、变更诉讼请求，进行和解，提起反诉或者上诉，必须有委托人的特别授权。

侨居在国外的中华人民共和国公民从国外寄交或者托交的授权委托书，必须经中华人民共和国驻该国的使领馆证明；没有使领馆的，由与中华人民共和国有外交关系的第三国驻该国的使领馆证明，再转由中

country, the power of attorney shall be first authenticated by an embassy or consulate of a third country which has a diplomatic relationship with the People's Republic of China in that country and then be authenticated by the embassy or consulate of the People's Republic of China in the third country or be authenticated by the local patriotic overseas Chinese organization.

华人民共和国驻该第三国使领馆证明，或者由当地的爱国华侨团体证明。

Article 60 Where the authority of a litigation representative of a party has changed or has been revoked, the party shall notify the people's court in writing and the people's court shall notify the opposing party of the change or revocation.

第六十条　诉讼代理人的权限如果变更或者解除，当事人应当书面告知人民法院，并由人民法院通知对方当事人。

Article 61 Lawyers serving as litigation representatives and other litigation representatives shall have the right to investigate and collect evidence and may consult materials related to the case. The scope of and measures for consulting materials related to a case shall be prescribed by the Supreme People's Court.

第六十一条　代理诉讼的律师和其他诉讼代理人有权调查收集证据，可以查阅本案有关材料。查阅本案有关材料的范围和办法由最高人民法院规定。

Article 62 Where a party to a divorce case has appointed a litigation representative, the party shall still appear in court unless the party is unable to express his or her ideas; and if the party is unable to appear in court under special circumstances, the party must submit a written opinion to the people's court.

第六十二条　离婚案件有诉讼代理人的，本人除不能表达意思的以外，仍应出庭；确因特殊情况无法出庭的，必须向人民法院提交书面意见。

Chapter 6 Evidence

第六章　证　据

Article 63 Evidence includes:

第六十三条　证据包括：

(1) statement of a party;

（一）当事人的陈述；

(2) documentary evidence;

（二）书证；

(3) physical evidence;

（三）物证；

(4) audio-visual recordings;

（四）视听资料；

(5) electronic data;

（五）电子数据；

(6) witness testimony;

（六）证人证言；

(7) expert opinion; and

（七）鉴定意见；

(8) transcripts of survey.

（八）勘验笔录。

Evidence must be verified before being used as a basis for deciding a fact.

证据必须查证属实，才能作为认定事实的根据。

Article 64 A party shall have the burden to provide evidence for its claims.

A people's court shall investigate and collect evidence which a party and its litigation representative are unable to collect for some objective reasons and evidence which the people's court deems necessary for trying a case.

A people's court shall, under statutory procedures, verify evidence comprehensively and objectively.

Article 65 A party shall provide evidence for its claims in a timely manner.

A people's court shall, according to the claims of a party and the circumstances of trial of a case, determine the evidence to be provided by a party and the time limit for provision of evidence. Where it is difficult for a party to provide evidence within the time limit, the party may apply to the people's court for an extension, and the people's court may appropriately extend the time limit upon application of the party. Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation; and if the party refuses to explain or the party's explanation is not acceptable, the people's court may, according to different circumstances, deem the evidence inadmissible or adopt the evidence but impose an admonition or a fine on the party.

Article 66 A people's court shall issue receipts for evidentiary materials submitted to the court by a party, indicating the name of evidence, number of pages, number of copies, original or photocopy, time of receipt, and other matters, to which the signatures or seals of the court personnel receiving the same shall be affixed.

Article 67 A people's court shall have the authority to investigate and collect evidence from the relevant entities and individuals, and the relevant entities and individuals shall not refuse such investigation and collection of evidence.

A people's court shall identify the authenticity and examine and determine the validity of documentary evidence provided by the relevant entities and individuals.

Article 68 Evidence shall be presented in court and cross-examined by the parties. Evidence which involves any state secret, trade secret or individual privacy shall be kept confidential, and if it is necessary to present such evidence in court, such evidence shall not be presented in open court.

第六十四条　当事人对自己提出的主张，有责任提供证据。

当事人及其诉讼代理人因客观原因不能自行收集的证据，或者人民法院认为审理案件需要的证据，人民法院应当调查收集。

人民法院应当按照法定程序，全面地、客观地审查核实证据。

第六十五条　当事人对自己提出的主张应当及时提供证据。

人民法院根据当事人的主张和案件审理情况，确定当事人应当提供的证据及其期限。当事人在该期限内提供证据确有困难的，可以向人民法院申请延长期限，人民法院根据当事人的申请适当延长。当事人逾期提供证据的，人民法院应当责令其说明理由；拒不说明理由或者理由不成立的，人民法院根据不同情形可以不予采纳该证据，或者采纳该证据但予以训诫、罚款。

第六十六条　人民法院收到当事人提交的证据材料，应当出具收据，写明证据名称、页数、份数、原件或者复印件以及收到时间等，并由经办人员签名或者盖章。

第六十七条　人民法院有权向有关单位和个人调查取证，有关单位和个人不得拒绝。

人民法院对有关单位和个人提出的证明文书，应当辨别真伪，审查确定其效力。

第六十八条　证据应当在法庭上出示，并由当事人互相质证。对涉及国家秘密、商业秘密和个人隐私的证据应当保密，需要在法庭出示的，不得在公开开庭时出示。

Article 69 A people's court shall regard legal facts and documents notarized under statutory procedures as a basis for deciding facts, unless there is any evidence to the contrary which suffices to overturn the notarization.

Article 70 The originals as documentary evidence shall be submitted. The originals as physical evidence shall be submitted. If it is difficult to submit the originals, replicas, photographs, copies or extracts may be submitted.

Documentary evidence in a foreign language must be submitted with Chinese versions.

Article 71 The people's court shall identify the authenticity of audio-visual recordings and, in consideration of other evidence in the case, examine and determine whether the audio-visual recordings may serve as a basis for deciding facts.

Article 72 Any entity or individual which knows any circumstances of a case shall have the obligation to testify in court. The person in charge of a relevant entity shall support a witness in testifying.

A person who is unable to appropriately express his or her ideas shall not testify.

Article 73 Upon notice by a people's court, a witness shall testify in court. Under any of the following circumstances, a witness may testify by written testimony, audio-visual transmission technology, audio-visual recordings or any other means as permitted by a people's court:

(1) The witness is unable to appear in court for health reasons.

(2) The witness is unable to appear in court for remote residence and travel difficulty.

(3) The witness is unable to appear in court for a force majeure such as a natural disaster.

(4) The witness is unable to appear in court for any other justifiable reason.

Article 74 The travel, room and board, and other necessary expenses of a witness for performing his or her obligation of testifying in court, as well as loss of working time, shall be assumed by the losing party. A party which applies for a witness to testify shall advance the same; or if no party

第六十九条 经过法定程序公证证明的法律事实和文书，人民法院应当作为认定事实的根据，但有相反证据足以推翻公证证明的除外。

第七十条 书证应当提交原件。物证应当提交原物。提交原件或者原物确有困难的，可以提交复制品、照片、副本、节录本。

提交外文书证，必须附有中文译本。

第七十一条 人民法院对视听资料，应当辨别真伪，并结合本案的其他证据，审查确定能否作为认定事实的根据。

第七十二条 凡是知道案件情况的单位和个人，都有义务出庭作证。有关单位的负责人应当支持证人作证。

不能正确表达意思的人，不能作证。

第七十三条 经人民法院通知，证人应当出庭作证。有下列情形之一的，经人民法院许可，可以通过书面证言、视听传输技术或者视听资料等方式作证：

（一）因健康原因不能出庭的；

（二）因路途遥远，交通不便不能出庭的；

（三）因自然灾害等不可抗力不能出庭的；

（四）其他有正当理由不能出庭的。

第七十四条 证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用以及误工损失，由败诉一方当事人负担。当事人申请证人作证的，由该当事人先行

applies and the people's court notifies a witness to testify, the people's court shall advance the same.

Article 75 A people's court shall, in consideration of other evidence in the case, examine and determine whether the statements of a party may serve as a basis for deciding facts.

The deciding of facts of a case by a people's court based on evidence shall not be affected by a party's refusal to provide a statement.

Article 76 A party may apply to the people's court for identification regarding a specialized issue for ascertaining the facts of a case. Where a party applies for identification, the parties on both sides shall determine a qualified identification expert by consultation; or if such consultation fails, the people's court shall specify one for them.

Where no party applies for identification but the people's court deems it necessary to conduct identification regarding a specialized issue, the people's court shall employ a qualified identification expert to conduct identification.

Article 77 An identification expert shall have the right to access the case file needed for conducting identification and, when necessary, may interview a party or a witness.

An identification expert shall issue a written identification opinion and affix his or her signature or seal to the identification document.

Article 78 Where a party raises any objection to an identification opinion or a people's court deems it necessary to require an identification expert to testify in court, the identification expert shall testify in court. If, upon notice by the people's court, the identification expert refuses to testify in court, the identification opinion shall not be used as a basis for deciding facts; and the party which has paid the identification fees may require that the identification fees be refunded.

Article 79 A party may apply to the people's court for notifying a person with expertise to appear in court to offer an opinion regarding an identification opinion issued by an identification expert or regarding a specialized issue.

Article 80 When surveying any physical evidence or a site, the surveyors must produce their credentials issued by a people's court and invite the local grassroots organization or the entity employing a party to send personnel to participate in the survey. The party or an adult family member

垫付；当事人没有申请，人民法院通知证人作证的，由人民法院先行垫付。

第七十五条　人民法院对当事人的陈述，应当结合本案的其他证据，审查确定能否作为认定事实的根据。

当事人拒绝陈述的，不影响人民法院根据证据认定案件事实。

第七十六条　当事人可以就查明事实的专门性问题向人民法院申请鉴定。当事人申请鉴定的，由双方当事人协商确定具备资格的鉴定人；协商不成的，由人民法院指定。

当事人未申请鉴定，人民法院对专门性问题认为需要鉴定的，应当委托具备资格的鉴定人进行鉴定。

第七十七条　鉴定人有权了解进行鉴定所需要的案件材料，必要时可以询问当事人、证人。

鉴定人应当提出书面鉴定意见，在鉴定书上签名或者盖章。

第七十八条　当事人对鉴定意见有异议或者人民法院认为鉴定人有必要出庭的，鉴定人应当出庭作证。经人民法院通知，鉴定人拒不出庭作证的，鉴定意见不得作为认定事实的根据；支付鉴定费用的当事人可以要求返还鉴定费用。

第七十九条　当事人可以申请人民法院通知有专门知识的人出庭，就鉴定人作出的鉴定意见或者专业问题提出意见。

第八十条　勘验物证或者现场，勘验人必须出示人民法院的证件，并邀请当地基层组织或者当事人所在单位派人参加。

of the party shall be present; and the survey shall not be affected by the refusal of the party or the adult family member to appear on site.

Upon notice by the people's court, the relevant entities and individuals shall have the obligations to protect the site and assist in the survey.

The surveyors shall prepare transcripts of the process and results of survey, to which the surveyors, the party and the invited participants shall affix their signatures or seals.

Article 81 Where any evidence may be extinguished or may be hard to obtain at a later time, a party may, in the course of an action, apply to the people's court for evidence preservation, and the people's court may also take preservation measures on its own initiative.

Where any evidence may be extinguished or may be hard to obtain at a later time, if the circumstances are urgent, an interested party may, before instituting an action or applying for arbitration, apply for evidence preservation to a people's court at the place where the evidence is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case.

Other procedures for evidence preservation shall be executed by reference to the relevant provisions of Chapter IX of this Law regarding preservation.

Chapter 7 Periods and Service of Process

Section 1 Periods

Article 82 Periods include statutory periods and periods prescribed by a people's court.

Periods shall be calculated by hour, day, month and year. The beginning hour and day of a period shall not be counted in the period.

If the expiration date of a period falls on a holiday, the first day after the holiday shall be the expiration date of the period.

A statutory period shall not include the time en route. A litigation document posted before the expiration date of a period shall not be regarded as past due.

Article 83 Where a party fails to comply with a period for reasons beyond the party's control or for any other justifiable reasons, the party may apply for an extension of the period within ten days after the impediment is

当事人或者当事人的成年家属应当到场，拒不到场的，不影响勘验的进行。

有关单位和个人根据人民法院的通知，有义务保护现场，协助勘验工作。

勘验人应当将勘验情况和结果制作笔录，由勘验人、当事人和被邀参加人签名或者盖章。

第八十一条　在证据可能灭失或者以后难以取得的情况下，当事人可以在诉讼过程中向人民法院申请保全证据，人民法院也可以主动采取保全措施。

因情况紧急，在证据可能灭失或者以后难以取得的情况下，利害关系人可以在提起诉讼或者申请仲裁前向证据所在地、被申请人住所地或者对案件有管辖权的人民法院申请保全证据。

证据保全的其他程序，参照适用本法第九章保全的有关规定。

第七章　期间、送达

第一节　期间

第八十二条　期间包括法定期间和人民法院指定的期间。

期间以时、日、月、年计算。期间开始的时和日，不计算在期间内。

期间届满的最后一日是节假日的，以节假日后的第一日为期间届满的日期。

期间不包括在途时间，诉讼文书在期满前交邮的，不算过期。

第八十三条　当事人因不可抗拒的事由或者其他正当理由耽误期限的，在障碍

eliminated, and the people's court shall decide whether to permit such an extension.

Section 2 Service of Process

Article 84 Service of process must be accompanied with a service acknowledgement, to which the person to be served shall affix a date of receipt and his or her signature or seal.

The date of receipt affixed to the service acknowledgement by the person to be served shall be the date of service.

Article 85 Process shall be served directly on the person to be served. If the person to be served, who is a citizen, is absent, a cohabiting adult family member of the person to be served shall sign for the service of process. If the person to be served is a legal person or any other organization, the legal representative of the legal person, the primary person in charge of the organization or the employee of the legal person or organization responsible for receiving process shall sign for the service of process. If the person to be served has a litigation representative, the litigation representative may sign for the service of process. If the person to be served has informed the people's court of a designated person to receive process, the designated person shall sign for the service of process.

The date of receipt affixed to the service acknowledgment by the cohabiting adult family member of the person to be served, the employee of the legal person or organization responsible for receiving process, the litigation representative or the designated person to receive process shall be the date of service.

Article 86 Where the person to be served refuses to receive or his or her cohabiting adult family member refuses to receive process, the process server may invite the representatives of relevant grassroots organizations or the entity employing the person to be served to be present, provide an explanation on the refusal, record the cause of refusal and date on the service acknowledgement, to which the process server and witnesses shall affix their signatures or seals, and drop process at the domicile of the person to be served; and may also drop process at the domicile of the person to be served and record the service of process by photograph, video and other means, and process shall be deemed served.

Article 87 With the consent of the person to be served, a people's court may serve process by fax, email and other means capable of confirming

消除后的十日内，可以申请顺延期限，是否准许，由人民法院决定。

第二节　送达

第八十四条　送达诉讼文书必须有送达回证，由受送达人在送达回证上记明收到日期，签名或者盖章。

受送达人在送达回证上的签收日期为送达日期。

第八十五条　送达诉讼文书，应当直接送交受送达人。受送达人是公民的，本人不在交他的同住成年家属签收；受送达人是法人或者其他组织的，应当由法人的法定代表人、其他组织的主要负责人或者该法人、组织负责收件的人签收；受送达人有诉讼代理人的，可以送交其代理人签收；受送达人已向人民法院指定代收人的，送交代收人签收。

受送达人的同住成年家属，法人或者其他组织的负责收件的人，诉讼代理人或者代收人在送达回证上签收的日期为送达日期。

第八十六条　受送达人或者他的同住成年家属拒绝接收诉讼文书的，送达人可以邀请有关基层组织或者所在单位的代表到场，说明情况，在送达回证上记明拒收事由和日期，由送达人、见证人签名或者盖章，把诉讼文书留在受送达人的住所；也可以把诉讼文书留在受送达人的住所，并采用拍照、录像等方式记录送达过程，即视为送达。

第八十七条　经受送达人同意，人民法院可以采用传真、电子邮件等能够确认

receipt by the person to be served, except a judgment, ruling and consent judgment.

Where a means in the preceding paragraph is adopted, the date when a fax, an email or any other means reaches the specific system of the person to be served shall be the date of service of process.

Article 88 Where direct service of process is difficult, service of process may be entrusted to another people's court or be conducted by post. If process is served by post, the date of receipt stated on the service acknowledgement shall be the date of service.

Article 89 Where the person to be served is in the military service, process shall be served on the person through the political office of the unit at or above the regiment level of the armed force where the person serves.

Article 90 Where the person to be served is incarcerated, process shall be served on the person through the incarceration facility.

Where the person to be served is subject to any compulsory correctional measure, process shall be served on the person through the compulsory correctional facility.

Article 91 The office or entity through which process is served must, immediately after receiving process, deliver the same to the person to be served, the person to be served shall sign for the service of process, and the date of receipt on the service acknowledgement shall be the date of service.

Article 92 Where the whereabouts of the person to be served is unknown or service of process is not possible by other means set out in this Section, process may be served by public announcement. Process shall be deemed served sixty days after the date of public announcement.

The reasons for and the course of service of process by public announcement shall be recorded in the case file.

Chapter 8 Mediation

Article 93 When trying civil cases, a people's court shall, under the principle of free will of the parties, conduct mediation by distinguishing between right and wrong based on clear facts.

Article 94 When a people's court conducts mediation, mediation may be conducted by one judge or by the collegial bench, and mediation shall be conducted on the spot as much as possible.

其收悉的方式送达诉讼文书，但判决书、裁定书、调解书除外。

采用前款方式送达的，以传真、电子邮件等到达受送达人特定系统的日期为送达日期。

第八十八条　直接送达诉讼文书有困难的，可以委托其他人民法院代为送达，或者邮寄送达。邮寄送达的，以回执上注明的收件日期为送达日期。

第八十九条　受送达人是军人的，通过其所在部队团以上单位的政治机关转交。

第九十条　受送达人被监禁的，通过其所在监所转交。

受送达人被采取强制性教育措施的，通过其所在强制性教育机构转交。

第九十一条　代为转交的机关、单位收到诉讼文书后，必须立即交受送达人签收，以在送达回证上的签收日期，为送达日期。

第九十二条　受送达人下落不明，或者用本节规定的其他方式无法送达的，公告送达。自发出公告之日起，经过六十日，即视为送达。

公告送达，应当在案卷中记明原因和经过。

第八章　调　解

第九十三条　人民法院审理民事案件，根据当事人自愿的原则，在事实清楚的基础上，分清是非，进行调解。

第九十四条　人民法院进行调解，可以由审判员一人主持，也可以由合议庭主持，并尽可能就地进行。

When a people's court conducts mediation, it may notify by simple means the parties and witnesses to appear in court.

Article 95 When a people's court conducts mediation, it may invite relevant entities and individuals to provide assistance. The invited entities and individuals shall assist the people's court in mediation.

Article 96 A mediation agreement must be based on the free will of both sides, and the parties shall not be forced to reach a mediation agreement. The content of a mediation agreement shall not violate any legal provisions.

Article 97 When a mediation agreement is reached, the people's court shall prepare a consent judgment. A consent judgment shall state the claims, facts of the case and results of mediation.

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a consent judgment, which shall be served on both sides.

Once a consent judgment is signed by both sides, it shall become legally binding.

Article 98 A consent judgment of a people's court is not required for mediation agreements reached in the following cases:

(1) Divorce cases where both parties have reconciled through mediation.

(2) Adoption cases where an adoptive relationship has been maintained through mediation.

(3) Cases where performance on the spot is possible.

(4) Other cases where a consent judgment is not required.

A mediation agreement which does not require a consent judgment shall be recorded in the transcripts and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

Article 99 Where no mediation agreement is reached or one party retracts before a mediation agreement is served on the party, the people's court shall enter a judgment in a timely manner.

Chapter 9 Preservation and Advance Enforcement

人民法院进行调解，可以用简便方式通知当事人、证人到庭。

第九十五条　人民法院进行调解，可以邀请有关单位和个人协助。被邀请的单位和个人，应当协助人民法院进行调解。

第九十六条　调解达成协议，必须双方自愿，不得强迫。调解协议的内容不得违反法律规定。

第九十七条　调解达成协议，人民法院应当制作调解书。调解书应当写明诉讼请求、案件的事实和调解结果。

调解书由审 判人员、书记员署名，加盖人民法院印章，送达双方当事人。

调解书经双方当事人签收后，即具有法律效力。

第九十八条　下列案件调解达成协议，人民法院可以不制作调解书：

（一）调解和好的离婚案件；

（二）调解维持收养关系的案件；

（三）能够即时履行的案件；

（四）其他不需要制作调解书的案件。

对不需要制作调解书的协议，应当记入笔录，由双方当事人、审判人员、书记员签名或者盖章后，即具有法律效力。

第九十九条　调解未达成协议或者调解书送达前一方反悔的，人民法院应当及时判决。

第九章　保全和先予执行

Article 100 For a case where, for the conduct of a party or for other reasons, it may be difficult to execute a judgment or any other damage may be caused to a party, a people's court may, upon application of the opposing party, issue a ruling on preservation of the party's property, order certain conduct of the party or prohibit the party from certain conduct; and if no party applies, the people's court may, when necessary, issue a ruling to take a preservative measure.

A people's court may order the applicant to provide security for taking a preservative measure and, if the applicant fails to provide security, shall issue a ruling to dismiss the application.

After accepting an application, a people's court must, if the circumstances are urgent, issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

Article 101 Where the lawful rights and interests of an interested party will be irreparable damaged if an application for preservation is not filed immediately under urgent circumstances, the interested party may, before instituting an action or applying for arbitration, apply to the people's court at the place where the property to be preserved is located or at the place of domicile of the respondent or a people's court having jurisdiction over the case for taking preservative measures. The applicant shall provide security and, if the applicant fails to provide security, the people's court shall issue a ruling to dismiss the application.

After accepting an application, a people's court must issue a ruling within 48 hours; and if it rules to take a preservative measure, the measure shall be executed immediately.

Where the applicant fails to institute an action or apply for arbitration in accordance with law within 30 days after the people's court takes a preservative measure, the people's court shall remove preservation.

Article 102 Preservation shall be limited to the extent specified in an application or the property in connection with the case.

Article 103 Property shall be preserved by seizure, impoundment, freezing of account or any other means prescribed by law. After preserving any property, a people's court shall immediately notify the person whose property is preserved.

Property which has already been seized or frozen shall not be repeatedly seized or frozen.

第一百条 人民法院对于可能因当事人一方的行为或者其他原因，使判决难以执行或者造成当事人其他损害的案件，根据对方当事人的申请，可以裁定对其财产进行保全、责令其作出一定行为或者禁止其作出一定行为；当事人没有提出申请的，人民法院在必要时也可以裁定采取保全措施。

人民法院采取保全措施，可以责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

人民法院接受申请后，对情况紧急的，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

第一百零一条 利害关系人因情况紧急，不立即申请保全将会使其合法权益受到难以弥补的损害的，可以在提起诉讼或者申请仲裁前向被保全财产所在地、被申请人住所地或者对案件有管辖权的人民法院申请采取保全措施。申请人应当提供担保，不提供担保的，裁定驳回申请。

人民法院接受申请后，必须在四十八小时内作出裁定；裁定采取保全措施的，应当立即开始执行。

申请人在人民法院采取保全措施后三十日内不依法提起诉讼或者申请仲裁的，人民法院应当解除保全。

第一百零二条 保全限于请求的范围，或者与本案有关的财物。

第一百零三条 财产保全采取查封、扣押、冻结或者法律规定的其他方法。人民法院保全财产后，应当立即通知被保全财产的人。

财产已被查封、冻结的，不得重复查封、冻结。

Article 104 Where, in a property dispute case, the respondent has provided security, the people's court shall issue a ruling to remove preservation.

Article 105 Where an application is erroneous, the applicant shall compensate the respondent for any loss incurred from preservation.

Article 106 A people's court may, upon application of a party, issue a ruling on advance enforcement for the following cases:

(1) Cases to recover support for elderly parents, support for other adult dependants, child support, consolation money or medical expenses.

(2) Cases to recover labor remuneration.

(3) Cases requiring advance enforcement under urgent circumstances.

Article 107 For a people's court to issue a ruling on advance enforcement, both of the following conditions shall be met:

(1)The rights and obligations between the parties are clear, and a denial of advance enforcement will seriously affect the life or business operation of the applicant.

(2)The respondent is capable of performance.

The people's court may order the applicant to provide security; and if the applicant fails to provide security, shall dismiss the application. If the applicant loses the action, the applicant shall compensate the respondent for any property loss incurred from advance enforcement.

Article 108 Against a ruling on preservation or advance enforcement, a party may apply for reconsideration once. The enforcement of the ruling shall not be suspended during the period of reconsideration.

Chapter 10 Compulsory Measures against Obstruction of Civil Procedures

Article 109 Where a defendant who must appear in court refuses to appear in court without justifiable reasons after being summonsed twice by a people's court, the people's court may summons the defendant by force.

Article 110 Litigation participants and other persons shall abide by court rules.

第一百零四条　财产纠纷案件，被申请人提供担保的，人民法院应当裁定解除保全。

第一百零五条　申请有错误的，申请人应当赔偿被申请人因保全所遭受的损失。

第一百零六条　人民法院对下列案件，根据当事人的申请，可以裁定先予执行：

（一）追索赡养费、扶养费、抚育费、抚恤金、医疗费用的；

（二）追索劳动报酬的；

（三）因情况紧急需要先予执行的。

第一百零七条　人民法院裁定先予执行的，应当符合下列条件：

（一）当事人之间权利义务关系明确，不先予执行将严重影响申请人的生活或者生产经营的；

（二）被申请人有履行能力。

人民法院可以责令申请人提供担保，申请人不提供担保的，驳回申请。申请人败诉的，应当赔偿被申请人因先予执行遭受的财产损失。

第一百零八条　当事人对保全或者先予执行的裁定不服的，可以申请复议一次。复议期间不停止裁定的执行。

第十章　对妨害民事诉讼的强制措施

第一百零九条　人民法院对必须到庭的被告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

第一百一十条　诉讼参与人和其他人应当遵守法庭规则。

A people's court may admonish persons who violate court rules, order such persons to leave the court, or impose a fine or detention on such persons.

For persons who clamor in a courtroom, attack a courtroom, or insult, defame, threaten or assault judges, seriously disrupting the order of the courtroom, the people's court shall investigate their criminal liability in accordance with law; or if the circumstances are not serious, impose a fine or detention on them.

Article 111 Where a litigation participant or any other person commits any of the following conduct, the people's court may impose a fine or detention on the litigation participant or person according to the severity of the circumstances; and if suspected of any crime, the litigation participant or person shall be subject to criminal liability in accordance with law.

(1) Forging or destroying any material evidence, which obstructs the trial of the case by the people's court.

(2) Preventing a witness from testifying by violence, threat or bribery or instigating, bribing or coercing any other person to commit perjury.

(3) Concealing, transferring, selling or destroying any seized or impounded property or any inventoried property under the custody of the litigation participant or person as ordered or transferring any frozen property.

(4) Insulting, defaming, falsely incriminating, assaulting or retaliating any judge, primary litigation participant, witness, interpreter, identification expert, surveyor or person assisting in enforcement.

(5) Obstructing judicial personnel from performing their duties by violence, threat or any other means.

(6) Refusing to execute any effective judgment or ruling of a people's court.

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine or detention on the primary person in charge or directly liable persons of the entity; and if suspected of any crime, such persons shall be subject to criminal liability in accordance with law.

Article 112 Where the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by litigation,

人民法院对违反法庭规则的人，可以予以训诫，责令退出法庭或者予以罚款、拘留。

人民法院对哄闹、冲击法庭，侮辱、诽谤、威胁、殴打审判人员，严重扰乱法庭秩序的人，依法追究刑事责任；情节较轻的，予以罚款、拘留。

第一百一十一条　诉讼参与人或者其他人有下列行为之一的，人民法院可以根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任：

（一）伪造、毁灭重要证据，妨碍人民法院审理案件的；

（二）以暴力、威胁、贿买方法阻止证人作证或者指使、贿买、胁迫他人作伪证的；

（三）隐藏、转移、变卖、毁损已被查封、扣押的财产，或者已被清点并责令其保管的财产，转移已被冻结的财产的；

（四）对司法工作人员、诉讼参加人、证人、翻译人员、鉴定人、勘验人、协助执行的人，进行侮辱、诽谤、诬陷、殴打或者打击报复的；

（五）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的；

（六）拒不履行人民法院已经发生法律效力的判决、裁定的。

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

第一百一十二条　当事人之间恶意串通，企图通过诉讼、调解等方式侵害他人

mediation or any other means, a people's court shall dismiss their claims and impose a fine or detention on the parties according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability in accordance with law.

Article 113 Where the party against whom enforcement is sought, maliciously in collusion with other persons, evades performance of obligations determined in a legal instrument by litigation, arbitration, mediation or any other means, a people's court shall impose a fine or detention on them according to the severity of the circumstances; and if suspected of any crime, they shall be subject to criminal liability.

Article 114 Where an entity with an obligation to assist in investigation or enforcement commits any of the following conduct, the people's court may, in addition to ordering the entity to perform the obligation of assistance, impose a fine on the entity:

(1) The relevant entity refuses or obstructs investigation or collection of evidence by the people's court.

(2) The relevant entity refuses to assist in property inquiry, seizure, freezing, transfer or sale, after receiving a notice of enforcement assistance from the people's court.

(3) The relevant entity refuses to assist in withholding the income of the party against whom enforcement is sought, handling the transfer of a relevant property right certificate, or delivering a relevant bill, certificate or license or any other relevant property, after receiving a notice of enforcement assistance from the people's court.

(4) The relevant entity otherwise refuses to assist in enforcement.

Where an entity commits any of the conduct in the preceding paragraph, the people's court may impose a fine on the primary person in charge or directly liable persons of the entity; and if the entity still fails to perform its obligation to provide assistance, may detain such persons and offer judicial recommendations to the supervisory authority or other relevant authorities regarding disciplinary actions against such persons.

Article 115 The amount of a fine on an individual shall not be more than 100,000 yuan. The amount of a fine on an entity shall not be less than 50,000 yuan but not be more than 1 million yuan.

The period of detention shall not be longer than 15 days.

合法权益的，人民法院应当驳回其请求，并根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

第一百一十三条 被执行人与他人恶意串通，通过诉讼、仲裁、调解等方式逃避履行法律文书确定的义务的，人民法院应当根据情节轻重予以罚款、拘留；构成犯罪的，依法追究刑事责任。

第一百一十四条 有义务协助调查、执行的单位有下列行为之一的，人民法院除责令其履行协助义务外，并可以予以罚款：

（一）有关单位拒绝或者妨碍人民法院调查取证的；

（二）有关单位接到人民法院协助执行通知书后，拒不协助查询、扣押、冻结、划拨、变价财产的；

（三）有关单位接到人民法院协助执行通知书后，拒不协助扣留被执行人的收入、办理有关财产权证照转移手续、转交有关票证、证照或者其他财产的；

（四）其他拒绝协助执行的。

人民法院对有前款规定的行为之一的单位，可以对其主要负责人或者直接责任人员予以罚款；对仍不履行协助义务的，可以予以拘留；并可以向监察机关或者有关机关提出予以纪律处分的司法建议。

第一百一十五条 对个人的罚款金额，为人民币十万元以下。对单位的罚款金额，为人民币五万元以上一百万元以下。

拘留的期限，为十五日以下。

A people's court shall deliver a detainee to a public security authority for custody. If the detainee admits and corrects his or her wrongdoing during the period of detention, the people's court may decide to discharge the detainee early.

被拘留的人，由人民法院交公安机关看管。在拘留期间，被拘留人承认并改正错误的，人民法院可以决定提前解除拘留。

Article 116 A summons by force, a fine or detention must subject to the approval of the president of a people's court.

第一百一十六条　拘传、罚款、拘留必须经院长批准。

A warrant shall be issued for a summons by force.

拘传应当发拘传票。

A written decision shall be made to impose a fine or detention. Against such a decision, a party may apply to the people's court at the next higher level for reconsideration once. The enforcement of the decision shall not be suspended during the period of reconsideration.

罚款、拘留应当用决定书。对决定不服的，可以向上一级人民法院申请复议一次。复议期间不停止执行。

Article 117 Any compulsory measure against obstruction of civil procedures must be taken upon decision of a people's court. Any entity or individual which recovers a debt by illegally withholding another person against the person's will or illegally seizing another person's property shall be subject to criminal liability in accordance with law or subject to detention or a fine.

第一百一十七条　采取对妨害民事诉讼的强制措施必须由人民法院决定。任何单位和个人采取非法拘禁他人或者非法私自扣押他人财产追索债务的，应当依法追究刑事责任，或者予以拘留、罚款。

Chapter 11 Litigation Expenses

第十一章　诉讼费用

Article 118 A party instituting a civil action shall pay a case acceptance fee according to the relevant provisions. In property cases, a party shall pay other litigation expenses, in addition to a case acceptance fee.

第一百一十八条　当事人进行民事诉讼，应当按照规定交纳案件受理费。财产案件除交纳案件受理费外，并按照规定交纳其他诉讼费用。

Where it is difficult for a party to pay any litigation expenses, the party may, according to the relevant provisions, apply to the people's court for payment postponement, reduction or waiver.

当事人交纳诉讼费用确有困难的，可以按照规定向人民法院申请缓交、减交或者免交。

Procedures for collection of litigation expenses shall be formulated separately.

收取诉讼费用的办法另行制定。

Part Two Trial Procedure

第二编　审判程序

Chapter 12 Formal Procedure at First Instance

第十二章　第一审普通程序

Section 1 Instituting and Accepting an Action

第一节　起诉和受理

Article 119 An action to be instituted must meet all of the following conditions:

第一百一十九条　起诉必须符合下列条件：

(1) The plaintiff is a citizen, legal person or any other organization with a direct interest in the case.

（一）原告是与本案有直接利害关系的公民、法人和其他组织；

(2) There is a clear defendant.

(3) There are specific claims, facts and reasons.

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court in which the action is instituted.

Article 120 A plaintiff shall submit a written complaint to the people's court and provide copies of it according to the number of defendants.

Where it is difficult for a plaintiff to write a complaint, the plaintiff may institute an action verbally, and the people's court shall record it in the transcripts and notify the opposing party.

Article 121 A written complaint shall state:

(1) the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the plaintiff; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof;

(2) information on the defendant, including but not limited to name, gender, employer and domicile; and information on a legal person or any other organization, including but not limited to name and domicile;

(2) claims and supporting facts and reasons; and

(3) evidence, sources of evidence, and names and domiciles of witnesses.

Article 122 Where mediation is appropriate for the civil dispute involved in an action instituted by a party in a people's court, mediation shall be conducted first, unless the parties refuse mediation.

Article 123 A people's court shall protect the right to sue enjoyed by a party in accordance with law. A people's court must accept an action instituted under Article 119 of this Law. A people's court shall, within seven days, docket a case which meets the conditions for instituting an action and notify the party; or issue a ruling within seven days to refuse to accept an action which fails to meet the conditions for instituting an action, and the plaintiff may appeal against the ruling.

（二）有明确的被告；

（三）有具体的诉讼请求和事实、理由；

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

第一百二十条　起诉应当向人民法院递交起诉状，并按照被告人数提出副本。

书写起诉状确有困难的，可以口头起诉，由人民法院记入笔录，并告知对方当事人。

第一百二十一条　起诉状应当记明下列事项：

（一）原告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式，法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式；

（二）被告的姓名、性别、工作单位、住所等信息，法人或者其他组织的名称、住所等信息；

（三）诉讼请求和所根据的事实与理由；

（四）证据和证据来源，证人姓名和住所。

第一百二十二条　当事人起诉到人民法院的民事纠纷，适宜调解的，先行调解，但当事人拒绝调解的除外。

第一百二十三条　人民法院应当保障当事人依照法律规定享有的起诉权利。对符合本法第一百一十九条的起诉，必须受理。符合起诉条件的，应当在七日内立案，并通知当事人；不符合起诉条件的，应当在七日内作出裁定书，不予受理；原告对裁定不服的，可以提起上诉。

Article 124 A people's court shall handle the following actions according to different circumstances:

(1) Notifying the plaintiff to file an administrative lawsuit, if the case is within the scope of administrative lawsuits in accordance with the Administrative Litigation Law.

(2) Notifying the plaintiff to apply to an arbitral institution for arbitration, if, in accordance with law, both parties shall apply for arbitration under a written arbitration agreement reached between them and are prohibited from instituting an action in a people's court.

(3) Notifying the plaintiff to apply to a relevant authority for settlement of a dispute, if, in accordance with law, the dispute shall be handled by other authorities.

(4) Notifying the plaintiff to institute an action in a people's court having jurisdiction, if the case is not within its jurisdiction.

(5) Notifying the plaintiff to petition for retrial, except for a ruling of a people's court which allows withdrawal of an action, if a party institutes an action again for a case for which a judgment, ruling or consent judgment has come into force.

(6) Refusing to accept an action instituted during a period of prohibition from instituting an action, if, in accordance with law, the action shall not be instituted during a certain period.

(7) Refusing to accept an action instituted by the plaintiff without new developments or new reasons within six months for a divorce case where dissolution of marriage is not granted by a judgment or both parties have reconciled through mediation or for a case where an adoptive relationship is maintained by a judgment or through mediation.

## Section 2 Pretrial Preparations

Article 125 A people's court shall, within five days after docketing a case, serve a copy of the written complaint on the defendant, and the defendant shall submit a written statement of defense within 15 days after receiving the complaint. The written statement of defense shall state the name, gender, age, ethnicity, occupation, employer, domicile and contact methods of the defendant; or the name and domicile of a legal person or any other organization and the name, title and contact methods of the legal representative or primary person in charge thereof. The people's

第一百二十四条 人民法院对下列起诉，分别情形，予以处理：

（一）依照行政诉讼法的规定，属于行政诉讼受案范围的，告知原告提起行政诉讼；

（二）依照法律规定，双方当事人达成书面仲裁协议申请仲裁、不得向人民法院起诉的，告知原告向仲裁机构申请仲裁；

（三）依照法律规定，应当由其他机关处理的争议，告知原告向有关机关申请解决；

（四）对不属于本院管辖的案件，告知原告向有管辖权的人民法院起诉；

（五）对判决、裁定、调解书已经发生法律效力的案件，当事人又起诉的，告知原告申请再审，但人民法院准许撤诉的裁定除外；

（六）依照法律规定，在一定期限内不得起诉的案件，在不得起诉的期限内起诉的，不予受理；

（七）判决不准离婚和调解和好的离婚案件，判决、调解维持收养关系的案件，没有新情况、新理由，原告在六个月内又起诉的，不予受理。

第二节　审理前的准备

第一百二十五条 人民法院应当在立案之日起五日内将起诉状副本发送被告，被告应当在收到之日起十五日内提出答辩状。答辩状应当记明被告的姓名、性别、年龄、民族、职业、工作单位、住所、联系方式；法人或者其他组织的名称、住所和法定代表人或者主要负责人的姓名、职务、联系方式。人民法院应当在收到答辩状之日起五日内将答辩状副本发送原告。

court shall, within five days after receiving the written statement of defense, serve a copy of it on the plaintiff.

The defendant's failure to submit a written statement of defense shall not affect the trial of the case by the people's court.

被告不提出答辩状的，不影响人民法院审理。

Article 126 After deciding to accept a case, a people's court shall notify the parties, verbally or in a notice of case acceptance or a notice of response to an action, of their relevant procedural rights and obligations.

第一百二十六条　人民法院对决定受理的案件，应当在受理案件通知书和应诉通知书中向当事人告知有关的诉讼权利义务，或者口头告知。

Article 127 Where a party raises any objection to jurisdiction after a case is accepted by a people's court, the party shall file the objection with the people's court during the period of submitting a written statement of defense. The people's court shall examine the objection. If the objection is supported, the people's court shall issue a ruling to transfer the case to the people's court having jurisdiction; or if the objection is not supported, the people's court shall issue a ruling to dismiss the objection.

第一百二十七条　人民法院受理案件后，当事人对管辖权有异议的，应当在提交答辩状期间提出。人民法院对当事人提出的异议，应当审查。异议成立的，裁定将案件移送有管辖权的人民法院；异议不成立的，裁定驳回。

Where a party raises no objection to jurisdiction and responds to the action by submitting a written statement of defense, the people's court accepting the action shall be deemed to have jurisdiction, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

当事人未提出管辖异议，并应诉答辩的，视为受诉人民法院有管辖权，但违反级别管辖和专属管辖规定的除外。

Article 128 The parties shall be notified of the composition of a collegial bench within three days after the composition is determined.

第一百二十八条　合议庭组成人员确定后，应当在三日内告知当事人。

Article 129 Judges must carefully examine case materials and investigate and collect necessary evidence.

第一百二十九条　审判人员必须认真审核诉讼材料，调查收集必要的证据。

Article 130 The personnel assigned by a people's court to conduct investigation shall produce their credentials to the person under investigation.

第一百三十条　人民法院派出人员进行调查时，应当向被调查人出示证件。

The investigation transcripts shall be checked by the person under investigation and be signed or sealed by the person under investigation and the investigators.

调查笔录经被调查人校阅后，由被调查人、调查人签名或者盖章。

Article 131 A people's court may, when necessary, entrust investigation to a people's court in a different place.

第一百三十一条　人民法院在必要时可以委托外地人民法院调查。

The entrusting people's court must specify the investigated matters and the investigation requirements. The entrusted people's court may conduct additional investigation on its own initiative.

委托调查，必须提出明确的项目和要求。受委托人民法院可以主动补充调查。

The entrusted people's court shall complete investigation within 30 days after receiving a letter on entrusted investigation. If the entrusted people's court is unable to complete investigation for certain reasons, it shall notify the entrusting people's court in a letter within the aforesaid period.

Article 132 Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action.

Article 133 A people's court shall handle accepted cases according to different circumstances:

(1) Initiating the procedure for urging debt repayment at the court's discretion, if the parties are not in dispute and the prescribed conditions are met for initiating the procedure for urging debt repayment.

(2) Resolving disputes in a timely manner through mediation, if pre-trial mediation is allowed.

(3) Determining the application of summary procedure or formal procedure according to the circumstances of a case.

(4) Clarifying the focus of disputes by requiring the parties to exchange evidence and other means, if it is necessary to hold a court session.

Section 3 Court Trial

Article 134 A people's court shall try civil cases openly, except those involving any state secret or individual privacy or as otherwise provided by law.

Divorce cases and cases involving any trade secret may be tried in camera upon application of the parties.

Article 135 A people's court may, as needed, try civil cases in a circuit manner and on the spot.

Article 136 A people's court shall notify the parties and other litigation participants of the trial of a civil case three days before holding a court session. If the case is to be tried openly, the names of parties, cause of action, and time and location of court session shall be published.

Article 137 Before a court session begins, the court clerk shall check whether the parties and other litigation participants are present and announce court rules.

受委托人民法院收到委托书后，应当在三十日内完成调查。因故不能完成的，应当在上述期限内函告委托人民法院。

第一百三十二条　必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当通知其参加诉讼。

第一百三十三条　人民法院对受理的案件，分别情形，予以处理：

（一）当事人没有争议，符合督促程序规定条件的，可以转入督促程序；

（二）开庭前可以调解的，采取调解方式及时解决纠纷；

（三）根据案件情况，确定适用简易程序或者普通程序；

（四）需要开庭审理的，通过要求当事人交换证据等方式，明确争议焦点。

第三节　开庭审理

第一百三十四条　人民法院审理民事案件，除涉及国家秘密、个人隐私或者法律另有规定的以外，应当公开进行。

离婚案件，涉及商业秘密的案件，当事人申请不公开审理的，可以不公开审理。

第一百三十五条　人民法院审理民事案件，根据需要进行巡回审理，就地办案。

第一百三十六条　人民法院审理民事案件，应当在开庭三日前通知当事人和其他诉讼参与人。公开审理的，应当公告当事人姓名、案由和开庭的时间、地点。

第一百三十七条　开庭审理前，书记员应当查明当事人和其他诉讼参与人是否到庭，宣布法庭纪律。

When a court session begins, the presiding judge shall check the identity of each party, announce the cause of action, announce the names of judges and court clerk, notify the parties of their relevant procedural rights and obligations, and ask the parties whether they file any requests for disqualification.

开庭审理时，由审判长核对当事人，宣布案由，宣布审判人员、书记员名单，告知当事人有关的诉讼权利义务，询问当事人是否提出回避申请。

Article 138 Court investigation shall be conducted in the following order:

第一百三十八条　法庭调查按照下列顺序进行：

(1) The parties each present a statement.

（一）当事人陈述；

(2) Witnesses are notified of their rights and obligations, witnesses testify, and the statements of absent witnesses are read.

（二）告知证人的权利义务，证人作证，宣读未到庭的证人证言；

(3) Documentary evidence, physical evidence, audio-visual recordings, and electronic data are adduced.

（三）出示书证、物证、视听资料和电子数据；

(4) Expert opinions are read.

（四）宣读鉴定意见；

(5) Transcripts of survey are read.

（五）宣读勘验笔录。

Article 139 The parties may adduce new evidence in court.

第一百三十九条　当事人在法庭上可以提出新的证据。

As permitted by the court, a party may question a witness, identification expert or surveyor.

当事人经法庭许可，可以向证人、鉴定人、勘验人发问。

A party's request for reinvestigation, re-identification or resurvey shall be subject to the decision of the people's court.

当事人要求重新进行调查、鉴定或者勘验的，是否准许，由人民法院决定。

Article 140 The added claims of a plaintiff, the counterclaim of a defendant, and a third party's claims related to the case may be tried concurrently.

第一百四十条　原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理。

Article 141 Court debate shall be conducted in the following order:

第一百四十一条　法庭辩论按照下列顺序进行：

(1) The plaintiff and the litigation representative thereof present their case.

（一）原告及其诉讼代理人发言；

(2) The defendant and the litigation representative thereof present their arguments.

（二）被告及其诉讼代理人答辩；

(3) A third party and the litigation representative thereof present their case or their arguments.

（三）第三人及其诉讼代理人发言或者答辩；

(4) Debate among the parties.

（四）互相辩论。

At the end of court debate, the presiding judge shall ask each side's final statement in the order of plaintiff, defendant and third party.

Article 142 After the end of court debate, a judgment shall be entered in accordance with law. Where mediation is possible before a judgment is entered, mediation may be conducted; and if mediation fails, a judgment shall be entered in a timely manner.

Article 143 Where a plaintiff refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the court, the court may deem that the plaintiff has withdrawn the action; and if the defendant has filed a counterclaim, the court may enter a default judgment.

Article 144 Where a defendant refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the court, the court may enter a default judgment.

Article 145 Where a plaintiff requests withdrawal of the action before a judgment is pronounced, the people's court shall issue a ruling on whether to grant such a request.

If the people's court decides not to grant the request and the plaintiff refuses to appear in court without justifiable reasons after being summonsed, the people's court may enter a default judgment.

Article 146 Under any of the following circumstances, a court session may be postponed:

(1) A party or any other litigation participant which must appear in court fails to appear in court for justifiable reasons.

(2) A party files an unexpected request for disqualification.

(3) It is necessary to notify a new witness to appear in court, collect new evidence, conduct re-identification or resurvey, or conduct further investigation.

(4) Other circumstances requiring postponement.

Article 147 The court clerk shall record all court trial activities in transcripts, to which the judges and court clerk shall affix their signatures.

法庭辩论终结，由审判长按照原告、被告、第三人的先后顺序征询各方最后意见。

第一百四十二条　法庭辩论终结，应当依法作出判决。判决前能够调解的，还可以进行调解，调解不成的，应当及时判决。

第一百四十三条　原告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以按撤诉处理；被告反诉的，可以缺席判决。

第一百四十四条　被告经传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，可以缺席判决。

第一百四十五条　宣判前，原告申请撤诉的，是否准许，由人民法院裁定。

人民法院裁定不准许撤诉的，原告经传票传唤，无正当理由拒不到庭的，可以缺席判决。

第一百四十六条　有下列情形之一的，可以延期开庭审理：

（一）必须到庭的当事人和其他诉讼参与人有正当理由而没有到庭的；

（二）当事人临时提出回避申请的；

（三）需要通知新的证人到庭，调取新的证据，重新鉴定、勘验，或者需要补充调查的；

（四）其他应当延期的情形。

第一百四十七条　书记员应当将法庭审理的全部活动记入笔录，由审判人员和书记员签名。

The court transcripts shall be read out in court, and the parties and other litigation participants may be notified to read the court transcripts in court or within five days. If the parties and other litigation participants deem that there are any omissions or errors in the court transcripts regarding their respective statements, they shall be entitled to request supplementation or correction. If no supplementation or correction is permitted, their requests shall be on record.

The parties and other litigation participants shall affix their signatures or seals to the court transcripts. The court transcripts shall record any refusals to affix signatures or seals and be attached to the case file.

Article 148 Whether a case is tried openly or in camera, a people's court shall, without exception, pronounce its judgment publicly.

If a judgment is pronounced in court, a written judgment shall be issued within ten days; or if a judgment is pronounced later on a fixed date, a written judgment shall be issued immediately after pronouncement.

When a judgment is pronounced, the parties must be notified of their right to appeal, the time limit for appeal, and the appellate court.

When a divorce judgment is pronounced, the parties must be notified that neither of them may marry another person before the judgment takes effect.

Article 149 A people's court shall complete the trial of a case under formal procedure within six months after the case is docketed. If an extension of the period is necessary under special circumstances, the period may be extended for six months with the approval of the president of the people's court; and any further extension shall be subject to the approval of the superior of the people's court.

Section 4 Suspension and Termination of an Action

Article 150 Under any of the following circumstances, an action shall be suspended:

(1) A party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action.

(2) A party loses his or her litigation competency and his or her legal representative has not been determined.

法庭笔录应当当庭宣读，也可以告知当事人和其他诉讼参与人当庭或者在五日内阅读。当事人和其他诉讼参与人认为对自己的陈述记录有遗漏或者差错的，有权申请补正。如果不予补正，应当将申请记录在案。

法庭笔录由当事人和其他诉讼参与人签名或者盖章。拒绝签名盖章的，记明情况附卷。

第一百四十八条　人民法院对公开审理或者不公开审理的案件，一律公开宣告判决。

当庭宣判的，应当在十日内发送判决书；定期宣判的，宣判后立即发给判决书。

宣告判决时，必须告知当事人上诉权利、上诉期限和上诉的法院。

宣告离婚判决，必须告知当事人在判决发生法律效力前不得另行结婚。

第一百四十九条　人民法院适用普通程序审理的案件，应当在立案之日起六个月内审结。有特殊情况需要延长的，由本院院长批准，可以延长六个月；还需要延长的，报请上级人民法院批准。

第四节　诉讼中止和终结

第一百五十条　有下列情形之一的，中止诉讼：

（一）一方当事人死亡，需要等待继承人表明是否参加诉讼的；

（二）一方当事人丧失诉讼行为能力，尚未确定法定代理人的；

(3) A party which is a legal person or any other organization is terminated and the successors to the rights and obligations of the party have not been determined.

(4) A party is unable to participate in the action for reasons beyond the party's control.

(5) The action must depend on the results of the trial of another case which has not been concluded.

(6) Other circumstances requiring suspension.

The action shall resume after the cause of suspension is eliminated.

Article 151 Under any of the following circumstances, an action shall be terminated:

(1)The plaintiff dies without successors or all of his or her successors waive their procedural rights.

(2)The defendant dies without estate and without any person which shall assume the defendant's obligations.

(3) In a divorce case, either party dies.

(4) In a case to recover support for elderly parents, support for other adult dependants or child support or to rescind an adoptive relationship, either party dies.

Section 5 Judgments and Rulings

Article 152 A written judgment shall state the results of judgment and reasons for entering the judgment. The content of a written judgment includes:

(1) the cause of action, claims, facts in dispute, and reasons;

(2) the facts found and reasons and the laws applied and reasons in the judgment;

(3) the results of judgment and the assumption of litigation expenses; and

(4) the time limit for filing an appeal and the appellate court.

The judges and court clerk shall affix their signatures and the people's court shall affix its seal to the written judgment.

（三）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

（四）一方当事人因不可抗拒的事由，不能参加诉讼的；

（五）本案必须以另一案的审理结果为依据，而另一案尚未审结的；

（六）其他应当中止诉讼的情形。

中止诉讼的原因消除后，恢复诉讼。

第一百五十一条　有下列情形之一的，终结诉讼：

（一）原告死亡，没有继承人，或者继承人放弃诉讼权利的；

（二）被告死亡，没有遗产，也没有应当承担义务的人的；

（三）离婚案件一方当事人死亡的；

（四）追索赡养费、扶养费、抚育费以及解除收养关系案件的一方当事人死亡的。

第五节　判决和裁定

第一百五十二条　判决书应当写明判决结果和作出该判决的理由。判决书内容包括：

（一）案由、诉讼请求、争议的事实和理由；

（二）判决认定的事实和理由、适用的法律和理由；

（三）判决结果和诉讼费用的负担；

（四）上诉期间和上诉的法院。

判决书由审判人员、书记员署名，加盖人民法院印章。

Article 153 Where a portion of the facts of a case tried by a people's court has been ascertained, the people's court may first enter a judgment regarding such facts.

第一百五十三条　人民法院审理案件，其中一部分事实已经清楚，可以就该部分先行判决。

Article 154 The scope of application of a ruling shall include:

第一百五十四条　裁定适用于下列范围：

(1) Refusing to accept an action;

（一）不予受理；

(2) Objection to jurisdiction;

（二）对管辖权有异议的；

(3) Dismissing an action;

（三）驳回起诉；

(4) Preservation and advance enforcement;

（四）保全和先予执行；

(5) Granting or not granting the withdrawal of an action;

（五）准许或者不准许撤诉；

(6) Suspension or termination of an action;

（六）中止或者终结诉讼；

(7) Correcting typos in a written judgment;

（七）补正判决书中的笔误；

(8) Suspension or termination of enforcement;

（八）中止或者终结执行；

(9) revoking or not enforcing an arbitration award;

（九）撤销或者不予执行仲裁裁决；

(10) Refusing to enforce a debt instrument with enforceability legally granted by a notary office; and

（十）不予执行公证机关赋予强制执行效力的债权文书；

(11) Other issues to be resolved by a ruling.

（十一）其他需要裁定解决的事项。

A ruling in items (1) to (3) of the preceding paragraph is appealable.

对前款第一项至第三项裁定，可以上诉。

A written ruling shall state the results of ruling and reasons for issuing the ruling. The judges and court clerk shall affix their signatures and the people's court shall affix its seal to a written ruling. A verbal ruling shall be recorded in transcripts.

裁定书应当写明裁定结果和作出该裁定的理由。裁定书由审判人员、书记员署名，加盖人民法院印章。口头裁定的，记入笔录。

Article 155 The judgments and rulings of the Supreme People's Court and the judgments and rulings not appealable in accordance with law or not appealed during the prescribed time limit shall be effective judgments and rulings.

第一百五十五条　最高人民法院的判决、裁定，以及依法不准上诉或者超过上诉期没有上诉的判决、裁定，是发生法律效力的判决、裁定。

Article 156 The public may consult effective written judgments and rulings, except content involving any national secret, trade secret or individual privacy.

第一百五十六条　公众可以查阅发生法律效力的判决书、裁定书，但涉及国家秘密、商业秘密和个人隐私的内容除外。

Chapter 13 Summary Procedure

第十三章　简易程序

Article 157 Where a basic people's court and its detached tribunals try simple civil cases with clear facts, unambiguous rights and obligations and minor disputes, the provisions of this Chapter shall apply.

Where a basic people's court and its detached tribunals try civil cases other than those in the preceding paragraph, the parties may agree on the application of summary procedure.

Article 158 In simple civil cases, the plaintiff may institute an action verbally.

Both sides may appear at the same time before a basic people's court or its detached tribunal for resolution of a dispute. The basic people's court or its detached tribunal may try the case immediately or schedule the trial for anther day.

Article 159 When trying simple civil cases, a basic people's court and its detached tribunals may, in simple manners, summon the parties and witnesses, serve process and try cases but shall protect the parties' right to present a statement.

Article 160 Not subject to Articles 136, 138 and 141 of this Law, a simple civil case shall be tried by a sole judge.

Article 161 A people's court which tries a case under summary procedure shall complete the trial of the case within three months after the case is docketed.

Article 162 Where a basic people's court or its detached tribunal tries a simple civil case as described in paragraph 1 of Article 157 of this Law, if the amount of subject matter is lower than 30 percent of the previous year's average annual wages of workers in a province, autonomous region or municipality directly under the Central Government, the adjudication of the basic people's court or detached tribunal shall be final.

Article 163 A people's court which discovers during the trial of a case that the application of summary procedure is not appropriate for the case shall issue a ruling to transfer the case into formal procedure.

Chapter 14 Procedure at Second Instance

第一百五十七条　基层人民法院和它派出的法庭审理事实清楚、权利义务关系明确、争议不大的简单的民事案件，适用本章规定。

基层人民法院和它派出的法庭审理前款规定以外的民事案件，当事人双方也可以约定适用简易程序。

第一百五十八条　对简单的民事案件，原告可以口头起诉。

当事人双方可以同时到基层人民法院或者它派出的法庭，请求解决纠纷。基层人民法院或者它派出的法庭可以当即审理，也可以另定日期审理。

第一百五十九条　基层人民法院和它派出的法庭审理简单的民事案件，可以用简便方式传唤当事人和证人、送达诉讼文书、审理案件，但应当保障当事人陈述意见的权利。

第一百六十条　简单的民事案件由审判员一人独任审理，并不受本法第一百三十六条、第一百三十八条、第一百四十一条规定的限制。

第一百六十一条　人民法院适用简易程序审理案件，应当在立案之日起三个月内审结。

第一百六十二条　基层人民法院和它派出的法庭审理符合本法第一百五十七条第一款规定的简单的民事案件，标的额为各省、自治区、直辖市上年度就业人员年平均工资百分之三十以下的，实行一审终审。

第一百六十三条　人民法院在审理过程中，发现案件不宜适用简易程序的，裁定转为普通程序。

第十四章　第二审程序

Article 164 Against a first instance judgment of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 15 days from the date of service of the written judgment.

Against a first instance ruling of a local people's court, a party shall have the right to file an appeal with the people's court at the next higher level within 10 days from the date of service of the written ruling.

Article 165 An appellant shall submit a written appeal. The written appeal shall include the names of the parties which are natural persons, names of a legal person and its legal representative or names of any other organization and its primary person in charge; the name of the original trial people's court, case number and cause of action; and the claims in appeal and reasons for appeal.

Article 166 An appellant shall submit a written appeal through the original trial people's court and provide copies of it according to the number of the opposing parties or the representatives of the opposing parties.

Where a party appeals directly to a people's court of second instance, the people's court of second instance shall, within five days, transfer the written appeal to the original trial people's court.

Article 167 The original trial people's court shall, within five days after receiving a written appeal, serve the copies of the written appeal on the opposing parties, and the opposing parties shall, within 15 days after receiving the copies, submit their written statements of defense. The original trial people's court shall, within five days after receiving the written statements of defense, serve the copies of the written statements of defense on the appellant. The trial of the case by a people's court shall not be affected by an opposing party's failure to submit a written statement of defense.

After receiving both the written appeal and the written statements of defense, the original trial people's court shall, within five days, transfer them along with the entire case file and evidence to the people's court of second instance.

Article 168 The people's court of second instance shall review the facts and application of law in relation to the claims in appeal.

Article 169 The people's court of second instance shall form a collegial bench to try an appeal case in a court session. Where, after consultation

第一百六十四条 当事人不服地方人民法院第一审判决的,有权在判决书送达之日起十五日内向上一级人民法院提起上诉。

当事人不服地方人民法院第一审裁定的,有权在裁定书送达之日起十日内向上一级人民法院提起上诉。

第一百六十五条 上诉应当递交上诉状。上诉状的内容,应当包括当事人的姓名,法人的名称及其法定代表人的姓名或者其他组织的名称及其主要负责人的姓名;原审人民法院名称、案件的编号和案由;上诉的请求和理由。

第一百六十六条 上诉状应当通过原审人民法院提出,并按照对方当事人或者代表人的人数提出副本。

当事人直接向第二审人民法院上诉的,第二审人民法院应当在五日内将上诉状移交原审人民法院。

第一百六十七条 原审人民法院收到上诉状,应当在五日内将上诉状副本送达对方当事人,对方当事人在收到之日起十五日内提出答辩状。人民法院应当在收到答辩状之日起五日内将副本送达上诉人。对方当事人不提出答辩状的,不影响人民法院审理。

原审人民法院收到上诉状、答辩状,应当在五日内连同全部案卷和证据,报送第二审人民法院。

第一百六十八条 第二审人民法院应当对上诉请求的有关事实和适用法律进行审查。

第一百六十九条 第二审人民法院对上诉案件,应当组成合议庭,开庭审理。

of the case file, investigation and questioning of the parties, no new fact, evidence or reason is submitted, the collegial bench may decide not to hold a court session if deeming a court session unnecessary.

The people's court of second instance may try an appeal case in its own courtroom or at the place where the case occurred or where the original trial people's court is located.

Article 170 After trial, the people's court of second instance shall handle appeal cases according to the following different circumstances:

(1) Dismissing an appeal and sustaining the original judgment or ruling in the form of a judgment or ruling, if the original judgment or ruling is clear in fact finding and correct in application of law.

(2) Reversing, revoking or modifying the original judgment or ruling in accordance with law in the form of a judgment or ruling, if the original judgment or ruling is erroneous in fact finding or application of law.

(3) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court for retrial or reversing the original judgment after ascertaining facts, if the original judgment is unclear in finding the basic facts.

(4) Issuing a ruling to revoke the original judgment and remand the case to the original trial people's court, if the original judgment seriously violates statutory procedures, such as omitting a party or illegally entering a default judgment.

Where, after the original trial people's court enters a judgment for a case remanded for retrial, a party appeals the judgment, the people's court of second instance shall not remand the case again for retrial.

Article 171 The people's court of second instance shall, without exception, issue a ruling after trial of an appeal against a ruling of the people's court of first instance.

Article 172 When trying an appeal case, the people's court of second instance may conduct mediation. If a mediation agreement is reached, a consent judgment shall be prepared, to which the judges and court clerk shall affix their signatures and the people's court shall affix its seal. Upon service of the consent judgment, the judgment of the original trial people's court shall be deemed revoked.

经过阅卷、调查和询问当事人，对没有提出新的事实、证据或者理由，合议庭认为不需要开庭审理的，可以不开庭审理。

第二审人民法院审理上诉案件，可以在本院进行，也可以到案件发生地或者原审人民法院所在地进行。

第一百七十条　第二审人民法院对上诉案件，经过审理，按照下列情形，分别处理：

（一）原判决、裁定认定事实清楚，适用法律正确的，以判决、裁定方式驳回上诉，维持原判决、裁定；

（二）原判决、裁定认定事实错误或者适用法律错误的，以判决、裁定方式依法改判、撤销或者变更；

（三）原判决认定基本事实不清的，裁定撤销原判决，发回原审人民法院重审，或者查清事实后改判；

（四）原判决遗漏当事人或者违法缺席判决等严重违反法定程序的，裁定撤销原判决，发回原审人民法院重审。

原审人民法院对发回重审的案件作出判决后，当事人提起上诉的，第二审人民法院不得再次发回重审。

第一百七十一条　第二审人民法院对不服第一审人民法院裁定的上诉案件的处理，一律使用裁定。

第一百七十二条　第二审人民法院审理上诉案件，可以进行调解。调解达成协议，应当制作调解书，由审判人员、书记员署名，加盖人民法院印章。调解书送达后，原审人民法院的判决即视为撤销。

Article 173 Where an appellant requests withdrawal of its appeal before the people's court of second instance pronounces its judgment, the people's court of second instance shall issue a ruling on whether to grant such a request.

Article 174 Subject to the provisions of this Chapter, a people's court of second instance shall try appeal cases under the formal procedure at first instance.

Article 175 The judgments and rulings of a people's court of second instance shall be final.

Article 176 A people's court shall complete the trial of an appeal case against a judgment within three months after the appeal is docketed. Any extension of the aforesaid period under special circumstances shall be subject to the approval of the president of the people's court.

A people's court shall issue a final ruling for an appeal case against a ruling within 30 days after the appeal is docketed.

Chapter 15 Special Procedures

Section 1 General Provisions

Article 177 The people's courts shall try voter eligibility cases, missing person declaration and death declaration cases, cases of determining civil incompetency or limited civil competency of citizens, cases of determining unclaimed property, cases of confirming mediation agreements and cases of security interest realization in accordance with the provisions of this Chapter. Where this Chapter is silent, the relevant provisions of this Law and other laws shall apply.

Article 178 For cases tried under procedures in this Chapter, the trial results are not appealable. A collegial bench consisting of judges only shall be formed to try a voter eligibility case or a significant or difficult case; and any other case shall be tried by a sole judge.

Article 179 A people's court which discovers during the trial of a case under a procedure in this Chapter that the case involves a dispute over civil rights and interests shall issue a ruling to terminate the special procedure and notify the interested parties that they may institute a separate action.

第一百七十三条　第二审人民法院判决宣告前，上诉人申请撤回上诉的，是否准许，由第二审人民法院裁定。

第一百七十四条　第二审人民法院审理上诉案件，除依照本章规定外，适用第一审普通程序。

第一百七十五条　第二审人民法院的判决、裁定，是终审的判决、裁定。

第一百七十六条　人民法院审理对判决的上诉案件，应当在第二审立案之日起三个月内审结。有特殊情况需要延长的，由本院院长批准。

人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。

第十五章　特别程序

第一节　一般规定

第一百七十七条　人民法院审理选民资格案件、宣告失踪或者宣告死亡案件、认定公民无民事行为能力或者限制民事行为能力案件、认定财产无主案件、确认调解协议案件和实现担保物权案件，适用本章规定。本章没有规定的，适用本法和其他法律的有关规定。

第一百七十八条　依照本章程序审理的案件，实行一审终审。选民资格案件或者重大、疑难的案件，由审判员组成合议庭审理；其他案件由审判员一人独任审理。

第一百七十九条　人民法院在依照本章程序审理案件的过程中，发现本案属于民事权益争议的，应当裁定终结特别程序，并告知利害关系人可以另行起诉。

Article 180 A people's court shall complete the trial of a case under a special procedure within 30 days after the case is docketed or within 30 days after the period of public announcement expires. Any extension of the aforesaid trial period under special circumstances shall be subject to the approval of the president of the people's court. This article is not applicable to the trial of voter eligibility cases.

Section 2 Voter Eligibility Cases

Article 181 Against an election committee's decision on a petition regarding voter eligibility, a citizen may, five days before the election day, institute an action in the basic people's court at the place where the electoral district is located.

Article 182 After accepting a voter eligibility case, a people's court must complete the trial of the case before the election day.

The plaintiff, the representative of the election committee and the relevant citizen must participate in the trial.

The written judgment of the people's court shall be served on the election committee and the plaintiff before the election day, and the relevant citizen shall be notified.

Section 3 Missing Person Declaration and Death Declaration Cases

Article 183 Where the whereabouts of a citizen has been unknown for two years and an interested party applies for declaration of the citizen to be missing, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

The written application shall state the fact and time of disappearance and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that citizen's whereabouts is unknown shall be attached.

Article 184 Where the whereabouts of a citizen has been unknown for four years, has been unknown for involvement in an accident for two years, or has been unknown for involvement in an accident which the citizen cannot survive according to a certificate issued by a relevant authority, if an interested party applies for declaration of the citizen to be dead, the application shall be filed with the basic people's court at the place of domicile of the citizen whose whereabouts is unknown.

第一百八十条　人民法院适用特别程序审理的案件，应当在立案之日起三十日内或者公告期满后三十日内审结。有特殊情况需要延长的，由本院院长批准。但审理选民资格的案件除外。

第二节　选民资格案件

第一百八十一条　公民不服选举委员会对选民资格的申诉所作的处理决定，可以在选举日的五日以前向选区所在地基层人民法院起诉。

第一百八十二条　人民法院受理选民资格案件后，必须在选举日前审结。

审时，起诉人、选举委员会的代表和有关公民必须参加。

人民法院的判决书，应当在选举日前送达选举委员会和起诉人，并通知有关公民。

第三节　宣告失踪、宣告死亡案件

第一百八十三条　公民下落不明满二年，利害关系人申告宣告其失踪的，向下落不明人住所地基层人民法院提出。

申请书应当写明失踪的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

第一百八十四条　公民下落不明满四年，或者因意外事故下落不明满二年，或者因意外事故下落不明，经有关机关证明该公民不可能生存，利害关系人申请宣告其死亡的，向下落不明人住所地基层人民法院提出。

The written application shall state the fact and time of the citizen's whereabouts being unknown and claims, to which a written certificate issued by a public security authority or any other relevant authority regarding the fact that the citizen's whereabouts is known shall be attached.

申请书应当写明下落不明的事实、时间和请求，并附有公安机关或者其他有关机关关于该公民下落不明的书面证明。

Article 185 After accepting a missing person declaration or death declaration case, a people's court shall issue a public announcement to search for the missing person. The period of public announcement for declaring a person to be missing shall be three months, and the period of public announcement for declaring a person to be dead shall be one year. Where a citizen's whereabouts has been unknown for his or her involvement in an accident which the citizen cannot survive according to a certificate issued by a relevant authority, the period of public announcement for declaring the citizen to be dead shall be three months.

第一百八十五条　人民法院受理宣告失踪、宣告死亡案件后，应当发出寻找下落不明人的公告。宣告失踪的公告期间为三个月，宣告死亡的公告期间为一年。因意外事故下落不明，经有关机关证明该公民不可能生存的，宣告死亡的公告期间为三个月。

Upon expiration of the aforesaid period of public announcement, the people's court shall, according to whether the missing or death of the citizen to be declared has been confirmed as a fact, enter a judgment to declare that the person is missing or dead or enter a judgment to dismiss the application.

公告期间届满，人民法院应当根据被宣告失踪、宣告死亡的事实是否得到确认，作出宣告失踪、宣告死亡的判决或者驳回申请的判决。

Article 186 Where a citizen who has been declared to be missing or dead reappears, the people's court shall, upon application of the citizen or an interested party, enter a new judgment to revoke the original one.

第一百八十六条　被宣告失踪、宣告死亡的公民重新出现，经本人或者利害关系人申请，人民法院应当作出新判决，撤销原判决。

Section 4 Cases of Determining Civil Incompetency or Limited Civil Competency of Citizens

第四节　认定公民无民事行为能力、限制民事行为能力案件

Article 187 For the determination of a citizen's civil incompetency or limited civil competency, an application shall be filed by a close relative of the citizen or any other interested party with the basic people's court at the place of domicile of the citizen.

第一百八十七条　申请认定公民无民事行为能力或者限制民事行为能力，由其近亲属或者其他利害关系人向该公民住所地基层人民法院提出。

The written application shall state the facts and basis regarding the citizen's civil incompetency or limited civil competency.

申请书应当写明该公民无民事行为能力或者限制民事行为能力的事实和根据。

Article 188 After accepting an application, a people's court shall, when necessary, conduct identification of the citizen's civil incompetency or limited civil competency to be determined upon application. If the applicant has provided an expert opinion, the people's court shall examine the expert opinion.

第一百八十八条　人民法院受理申请后，必要时应当对被请求认定为无民事行为能力或者限制民事行为能力的公民进行鉴定。申请人已提供鉴定意见的，应当对鉴定意见进行审查。

Article 189 Where a people's court tries a case of determining a citizen's civil incompetency or limited civil competency, a close relative, other than the applicant, of the citizen shall serve as the citizen's representative. If the close relatives of the citizen shift their duty of representation onto each other, the people's court shall specify one of them as the representative of the citizen. If the citizen's health status allows, the people's court shall also solicit the opinion of the citizen.

If, upon trial, the people's court holds that the application is supported by facts, it shall enter a judgment to determine that the citizen is a person without civil competency or with limited civil competency; otherwise, it shall enter a judgment to dismiss the application.

Article 190 Upon application of a person who has been determined as a person without civil competency or with limited civil competency or application of his or her guardian, a people's court shall enter a new judgment to revoke the original one if it is evidenced that the cause of the person's civil incompetency or limited civil competency has been eliminated.

Section 5 Cases of Determining Unclaimed Property

Article 191 For the determination of unclaimed property, a citizen, a legal person or any other organization shall file an application with the basic people's court at the place where the property is located.

The written application shall state the kind and quantity of property and the grounds for requesting determination of unclaimed property.

Article 192 After accepting an application, the people's court shall conduct examination and verification and issue a public announcement on claiming the property. If no one claims the property upon one year from the date of public announcement, the people's court shall enter a judgment to determine that the property is unclaimed property and therefore owned by the state or a collective.

Article 193 Where, after any property is determined as unclaimed property in a judgment, the original owner of the property or the successor thereto appears, the original owner or successor may claim the property within the time limitation prescribed in the General Principles of Civil Law, the people's court shall, after examination and verification, enter a new judgment to revoke the original one.

Section 6 Cases of Confirming Mediation Agreements

第一百八十九条　人民法院审理认定公民无民事行为能力或者限制民事行为能力的案件，应当由该公民的近亲属为代理人，但申请人除外。近亲属互相推诿的，由人民法院指定其中一人为代理人。该公民健康情况许可的，还应当询问本人的意见。

人民法院经审理认定申请有事实根据的，判决该公民为无民事行为能力或者限制民事行为能力人；认定申请没有事实根据的，应当判决予以驳回。

第一百九十条　人民法院根据被认定为无民事行为能力人、限制民事行为能力人或者他的监护人的申请，证实该公民无民事行为能力或者限制民事行为能力的原因已经消除的，应当作出新判决，撤销原判决。

第五节　认定财产无主案件

第一百九十一条　申请认定财产无主，由公民、法人或者其他组织向财产所在地基层人民法院提出。

申请书应当写明财产的种类、数量以及要求认定财产无主的根据。

第一百九十二条　人民法院受理申请后，经审查核实，应当发出财产认领公告。公告满一年无人认领的，判决认定财产无主，收归国家或者集体所有。

第一百九十三条　判决认定财产无主后，原财产所有人或者继承人出现，在民法通则规定的诉讼时效期间可以对财产提出请求，人民法院审查属实后，应当作出新判决，撤销原判决。

第六节　确认调解协议案件

Article 194 To apply for judicial confirmation of a mediation agreement, both parties to the mediation agreement shall, in accordance with the People's Mediation Law and other laws, jointly file an application with the basic people's court of the place where the mediation organization is located within 30 days from the effective date of the mediation agreement.

Article 195 After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to affirm the validity of the mediation agreement, and if one party refuses to perform or fails to fully perform the mediation agreement, the opposing party may apply for enforcement to the people's court; or if the application does not comply with legal provisions upon examination, the people's court shall issue a ruling to dismiss the application, and the parties may, through mediation, modify the mediation agreement or reach a new mediation agreement and may also institute an action in a people's court.

Section 7 Cases of Security Interest Realization

Article 196 To apply for realization of a security interest, the security interest holder or any other party entitled to request realization of the security interest shall, in accordance with the Property Law and other laws, file an application with the basic people's court at the place where the property posted as security is located or at the place of registration of the security interest.

Article 197 After accepting an application, if the application complies with legal provisions upon examination, the people's court shall issue a ruling to auction or sell the property posted as security, and the parties may, based on the ruling, apply for enforcement to the people's court; or if the application does not comply with legal provisions, the people's court shall issue a ruling to dismiss the application, and the party may institute an action in a people's court.

Chapter 16 Trial Supervision Procedure

Article 198 Where the president of a people's court at any level discovers any error in any effective judgment, ruling or consent judgment of the court and deems a retrial necessary, the president shall submit it to the judicial committee for deliberation and decision.

Where the Supreme People's Court discovers any error in any effective judgment, ruling or consent judgment of a local people's court at any level or a people's court at a higher level discovers any error in any effective judgment, ruling or consent judgment of a people's court at a lower level, the Supreme People's Court or the court at a higher level shall have the

第一百九十四条　申请司法确认调解协议，由双方当事人依据人民调解法等法律，自调解协议生效之日起三十日内，共同向调解组织所在地基层人民法院提出。

第一百九十五条　人民法院受理申请后，经审查，符合法律规定的，裁定调解协议有效，一方当事人拒绝履行或者未全部履行的，对方当事人可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以通过调解方式变更原调解协议或者达成新的调解协议，也可以向人民法院提起诉讼。

第七节　实现担保物权案件

第一百九十六条　申请实现担保物权，由担保物权人以及其他有权请求实现担保物权的人依照物权法等法律，向担保财产所在地或者担保物权登记地基层人民法院提出。

第一百九十七条　人民法院受理申请后，经审查，符合法律规定的，裁定拍卖、变卖担保财产，当事人依据该裁定可以向人民法院申请执行；不符合法律规定的，裁定驳回申请，当事人可以向人民法院提起诉讼。

第十六章　审判监督程序

第一百九十八条　各级人民法院院长对本院已经发生法律效力的判决、裁定、调解书，发现确有错误，认为需要再审的，应当提交审判委员会讨论决定。

最高人民法院对地方各级人民法院已经发生法律效力的判决、裁定、调解书，上级人民法院对下级人民法院已经发生法律效力的判决、裁定、调解书，发现确有错误

power to directly retry the case or specify a people's court at a lower level to retry the case.

Article 199 A party which deems that an effective judgment or ruling is erroneous may file a petition for retrial with the people's court at the next higher level; and if the parties on one side are numerous or the parties on both sides are citizens, the parties may file a petition for retrial with the original trial people's court. Where a party files a petition for retrial, the execution of the judgment or ruling shall not be discontinued.

Article 200 Where a petition for retrial filed by a party falls under any of the following circumstances, the people's court shall conduct a retrial:

(1) There is any new evidence which suffices to overturn the original judgment or ruling.

(2) The basic facts found in the original judgment or ruling are not evidenced.

(3) The primary evidence admitted in the original judgment or ruling for finding facts is forged.

(4) The primary evidence admitted in the original judgment or ruling for finding facts has not been cross-examined.

(5) For objective reasons, a party is unable to gather any primary evidence necessary for the trial of a case and applies in writing for the people's court to investigate and gather the evidence, but the people's court has not investigated and gathered the evidence.

(6) There is any erroneous application of law in the original judgment or ruling.

(7) The composition of the trial organization is illegal or any judge who shall be disqualified in accordance with law fails to be disqualified.

(8) The legal representative of a person without competency to participate in the action fails to participate in the action on behalf of the person or a party which shall participate in the action fails to participate in the action, which is not attributable to the fault of the party or the litigation representative thereof.

(9) A party's right to debate is illegally denied.

的，有权提审或者指令下级人民法院再审。

第一百九十九条 当事人对已经发生法律效力的判决、裁定，认为有错误的，可以向上一级人民法院申请再审；当事人一方人数众多或者当事人双方为公民的案件，也可以向原审人民法院申请再审。当事人申请再审的，不停止判决、裁定的执行。

第二百条 当事人的申请符合下列情形之一的，人民法院应当再审：

（一）有新的证据，足以推翻原判决、裁定的；

（二）原判决、裁定认定的基本事实缺乏证据证明的；

（三）原判决、裁定认定事实的主要证据是伪造的；

（四）原判决、裁定认定事实的主要证据未经质证的；

（五）对审理案件需要的主要证据，当事人因客观原因不能自行收集，书面申请人民法院调查收集，人民法院未调查收集的；

（六）原判决、裁定适用法律确有错误的；

（七）审判组织的组成不合法或者依法应当回避的审判人员没有回避的；

（八）无诉讼行为能力人未经法定代理人代为诉讼或者应当参加诉讼的当事人，因不能归责于本人或者其诉讼代理人的事由，未参加诉讼的；

（九）违反法律规定，剥夺当事人辩论权利的；

(10) A default judgment is entered against a party which has not been summonsed.

(11) The original judgment or ruling has omitted any claims or exceeded the claims of the parties.

(12) The legal instrument on which the original judgment or ruling is based has been revoked or modified.

(13) When trying the case, a judge commits embezzlement, accepts bribes, practices favoritism for personal gains, or adjudicates by bending the law.

Article 201 Where, against an effective consent judgment, a party adduces any evidence that the mediation has violated the principle of free will of the parties or any content of the mediation agreement has violated law, the party may petition for retrial. The people's court shall, upon examination and verification, conduct a retrial.

Article 202 A party shall not file a petition for retrial against an effective judgment or consent judgment which dissolves a marital relationship.

Article 203 A party which petitions for retrial shall submit a written retrial petition and other materials. The people's court shall, within five days after receiving the written retrial petition, serve the copies of the written retrial petition on the opposing parties. The opposing parties shall submit their written opinions within 15 days after receiving the copies of the written retrial petition; and any opposing party's failure to submit a written opinion shall not affect the examination of the petition by the people's court. The people's court may require the petitioner and the opposing parties to provide relevant supplements and may question them on relevant matters.

Article 204 A people's court shall, within three months after receiving a written retrial petition, examine the petition and, if the petition complies with the provisions of this Law, issue a ruling to retry the case; or if the petition does not comply with the provisions of this Law, issue a ruling to dismiss the petition. Where, under special circumstances, an extension of the aforesaid period is necessary, the extension shall be subject to the approval of the president of the people's court.

A case to be retried according to a ruling issued upon petition of a party shall be retried by a people's court at or above the level of an intermediate people's court, except a case to be retried by a basic people's court upon petition as chosen by the parties under Article 199 of this Law. A case to

（十）未经传票传唤，缺席判决的；

（十一）原判决、裁定遗漏或者超出诉讼请求的；

（十二）据以作出原判决、裁定的法律文书被撤销或者变更的；

（十三）审判人员审理该案件时有贪污受贿，徇私舞弊，枉法裁判行为的。

第二百零一条　当事人对已经发生法律效力的调解书，提出证据证明调解违反自愿原则或者调解协议的内容违反法律的，可以申请再审。经人民法院审查属实的，应当再审。

第二百零二条　当事人对已经发生法律效力的解除婚姻关系的判决、调解书，不得申请再审。

第二百零三条　当事人申请再审的，应当提交再审申请书等材料。人民法院应当自收到再审申请书之日起五日内将再审申请书副本发送对方当事人。对方当事人应当自收到再审申请书副本之日起十五日内提交书面意见；不提交书面意见的，不影响人民法院审查。人民法院可以要求申请人和对方当事人补充有关材料，询问有关事项。

第二百零四条　人民法院应当自收到再审申请书之日起三个月内审查，符合本法规定的，裁定再审；不符合本法规定的，裁定驳回申请。有特殊情况需要延长的，由本院院长批准。

因当事人申请裁定再审的案件由中级人民法院以上的人民法院审理，但当事人依照本法第一百九十九条的规定选择向基层人民法院申请再审的除外。最高人民法院、

be retried according to a ruling issued by the Supreme People's Court or a higher people's court shall be retried by the court issuing the ruling, and the court issuing the ruling may transfer the case to any other people's court including the original trial people's court for retrial.

Article 205 A party which petitions for retrial shall file a petition for retrial within six months from the effective date of a judgment or ruling; or under the circumstances of item (1), (3), (12) or (13) of Article 200 of this Law, file a petition for retrial within six months from the day when the party knows or should have known.

Article 206 For a case retried according to a decision made under the trial supervision procedure, a ruling shall be issued to suspend the execution of the original judgment, ruling or consent judgment, but suspension of execution is not required for cases to recover support for elderly parents, support for other adult dependants, child support, consolation money, medical expenses, and labor remuneration, among others.

Article 207 For a case to be retried by a people's court under the trial supervision procedure, if the effective judgment or ruling was entered by a court of first instance, the people's court shall retry the case under the procedure at first instance, and the judgment or ruling entered by the people's court is appealable; if the effective judgment or ruling was entered by a court of second instance, the people's court shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court shall be immediately effective; or if the case is directly retried by a people's court at a higher level, the people's court at a higher level shall retry the case under the procedure at second instance, and the judgment or ruling entered by the people's court at a higher level shall be immediately effective.

A people's court shall form a new collegial bench to retry a case.

Article 208 Where the Supreme People's Procuratorate discovers that any effective judgment or ruling of a people's court at any level falls under any of the circumstances set out in Article 200 of this Law or any effective consent judgment thereof causes any damage to the national interest or public interest, or a people's procuratorate at a higher level discovers that any effective judgment or ruling of a people's court at a lower level falls under any of the circumstances set out in Article 200 of this Law or any effective consent judgment thereof causes any damage to the national interest or public interest, the Supreme People's Procuratorate or the people's procuratorate at a higher level shall file an appeal.

高级人民法院裁定再审的案件，由本院再审或者交其他人民法院再审，也可以交原审人民法院再审。

第二百零五条　当事人申请再审，应当在判决、裁定发生法律效力后六个月内提出；有本法第二百条第一项、第三项、第十二项、第十三项规定情形的，自知道或者应当知道之日起六个月内提出。

第二百零六条　按照审判监督程序决定再审的案件，裁定中止原判决、裁定、调解书的执行，但追索赡养费、扶养费、抚育费、抚恤金、医疗费用、劳动报酬等案件，可以不中止执行。

第二百零七条　人民法院按照审判监督程序再审的案件，发生法律效力的判决、裁定是由第一审法院作出的，按照第一审程序审理，所作的判决、裁定，当事人可以上诉；发生法律效力的判决、裁定是由第二审法院作出的，按照第二审程序审理，所作的判决、裁定，是发生法律效力的判决、裁定；上级人民法院按照审判监督程序提审的，按照第二审程序审理，所作的判决、裁定是发生法律效力的判决、裁定。

人民法院审理再审案件，应当另行组成合议庭。

第二百零八条　最高人民检察院对各级人民法院已经发生法律效力的判决、裁定，上级人民检察院对下级人民法院已经发生法律效力的判决、裁定，发现有本法第二百条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，应当提出抗诉。

Where a local people's procuratorate at any level discovers that any effective judgment or ruling of a people's court at the same level falls under any of the circumstances set out in Article 200 of this Law or discovers that any consent judgment thereof causes any damage to the national interest or public interest, the people's procuratorate may offer procuratorial recommendations to the people's court at the same level and file a report with the people's procuratorate at the next higher level; and may also request the people's procuratorate at the next higher level to file an appeal with the people's court at the corresponding level.

A people's procuratorate at any level shall have the authority to offer procuratorial recommendations to the people's court at the same level regarding violations of law by judges in trial procedures other than the trial supervision procedure.

Article 209 Under any of following circumstances, a party may apply to a people's procuratorate for procuratorial recommendations or appeal:

(1) A people's court dismisses a petition for retrial.

(2) A people's court fails to issue a ruling regarding a petition for retrial within the prescribed time limit.

(3) The judgment or ruling entered after retrial is clearly erroneous.

The people's procuratorate shall, within three months, examine the party's application and make a decision to offer or not to offer procuratorial recommendations or a decision to file or not to file an appeal. The party shall not apply again to the people's procuratorate for offering procuratorial recommendations or filing an appeal.

Article 210 A people's procuratorate may, as necessary for offering procuratorial recommendations or filing an appeal to perform its duty of legal supervision, investigate and verify relevant information from the parties or those who are not parties to a case.

Article 211 For a case where a people's procuratorate files an appeal, the people's court accepting the appeal shall issue a ruling on retrial within 30 days after receiving the written appeal; and under any of the circumstances set out in items (1) to (5) of Article 200 of this Law, may transfer the case to the people's court at the next lower level for retrial unless the case has been retried by the people's court at the next lower level.

地方各级人民检察院对同级人民法院已经发生法律效力的判决、裁定，发现有本法第二百条规定情形之一的，或者发现调解书损害国家利益、社会公共利益的，可以向同级人民法院提出检察建议，并报上级人民检察院备案；也可以提请上级人民检察院向同级人民法院提出抗诉。

各级人民检察院对审判监督程序以外的其他审判程序中审判人员的违法行为，有权向同级人民法院提出检察建议。

第二百零九条　有下列情形之一的，当事人可以向人民检察院申请检察建议或者抗诉：

（一）人民法院驳回再审申请的；

（二）人民法院逾期未对再审申请作出裁定的；

（三）再审判决、裁定有明显错误的。

人民检察院对当事人的申请应当在三个月内进行审查，作出提出或者不予提出检察建议或者抗诉的决定。当事人不得再次向人民检察院申请检察建议或者抗诉。

第二百一十条　人民检察院因履行法律监督职责提出检察建议或者抗诉的需要，可以向当事人或者案外人调查核实有关情况。

第二百一十一条　人民检察院提出抗诉的案件，接受抗诉的人民法院应当自收到抗诉书之日起三十日内作出再审的裁定；有本法第二百条第一项至第五项规定情形之一的，可以交下一级人民法院再审，但经该下一级人民法院再审的除外。

Article 212 A people's procuratorate which files an appeal against a judgment, ruling or consent judgment of a people's court shall prepare a written appeal.

Article 213 When a people's court retries a case upon appeal of a people's procuratorate, the people's court shall notify the people's procuratorate to send personnel to be present in court.

Chapter 17 Procedure for Urging Debt Repayment

Article 214 A creditor which requests a debtor to repay money or negotiable securities may apply to the basic people's court having jurisdiction to issue an order for payment if the following conditions are met:

(1) There are no other debt disputes between the creditor and the debtor.

(2) The order for payment can be served on the debtor.

The creditor's written application shall state the amount of money or negotiable securities to be repaid and the facts and evidence on which the application is based.

Article 215 After a creditor files an application, the people's court shall, within five days, notify the creditor whether the application is accepted.

Article 216 After accepting an application, the people's court shall examine the facts and evidence provided by the creditor and, if the creditor-debtor relationship is clear and legal, issue an order for payment to the debtor within 15 days after accepting the application; or if the application is not supported, issue a ruling to dismiss the application.

The debtor shall, within 15 days after receiving the order for payment, repay the debt or submit a written objection to the people's court.

If the debtor has neither submitted an objection nor complied with the order for payment during the period prescribed in the preceding paragraph, the creditor may apply to the people's court for enforcement of the order for payment.

Article 217 After receiving a written objection from a debtor, if the objection is supported upon examination, a people's court shall issue a ruling to

第二百一十二条 人民检察院决定对人民法院的判决、裁定、调解书提出抗诉的，应当制作抗诉书。

第二百一十三条 人民检察院提出抗诉的案件，人民法院再审时，应当通知人民检察院派员出席法庭。

第十七章 督促程序

第二百一十四条 债权人请求债务人给付金钱、有价证券，符合下列条件的，可以向有管辖权的基层人民法院申请支付令：

（一）债权人与债务人没有其他债务纠纷的；

（二）支付令能够送达债务人的。

申请书应当写明请求给付金钱或者有价证券的数量和所根据的事实、证据。

第二百一十五条 债权人提出申请后，人民法院应当在五日内通知债权人是否受理。

第二百一十六条 人民法院受理申请后，经审查债权人提供的事实、证据，对债权债务关系明确、合法的，应当在受理之日起十五日内向债务人发出支付令；申请不成立的，裁定予以驳回。

债务人应当自收到支付令之日起十五日内清偿债务，或者向人民法院提出书面异议。

债务人在前款规定的期间不提出异议又不履行支付令的，债权人可以向人民法院申请执行。

第二百一十七条 人民法院收到债务人提出的书面异议后，经审查，异议成立

terminate the procedure for urging debt repayment, and the order for payment shall be automatically invalidated.

Where an order for payment is invalidated, the litigation procedure shall be initiated, unless the party applying for the order for payment disagrees to institute an action.

Chapter 18 Procedure for Announcement to Urge Declaration of Claims

Article 218 The holder of an instrument negotiable by endorsement according to the relevant provisions may, if the instrument is stolen, lost or extinguished, apply to the basic people's court at the place of payment of the instrument for an announcement to urge declaration of claims. The provisions of this Chapter shall also apply to other matters regarding which an announcement to urge declaration of claims may be applied for according to legal provisions.

The applicant shall file a written application with the people's court, which shall state the main content of the instrument, such as the face value, issuer, holder and endorser, as well as the grounds and facts for the application.

Article 219 Where a people's court decides to accept an application, the people's court shall, at the same time, notify the drawee to stop payment and, within three days, issue an announcement to urge interested parties to declare their claims. The?period of declaration of claims shall be decided by a people's court according to the specific circumstances but shall not be less than sixty days.

Article 220 The drawee shall, upon receiving a notice of stopping payment from a people's court, stop payment until the termination of the procedure for announcement to urge declaration of claims.

During the period of declaration of claims, any transfer of rights under the instrument shall be void.

Article 221 Interested parties shall declare their claims to the people's court during the period of declaration of claims.

After receiving claims from interested parties, the people's court shall issue a ruling to terminate the procedure for announcement to urge declaration of claims and notify the applicant and the drawee.

The applicant or a claimant may institute an action in the people's court.

的，应当裁定终结督促程序，支付令自行失效。

支付令失效的，转入诉讼程序，但申请支付令的一方当事人不同意提起诉讼的除外。

第十八章　公示催告程序

第二百一十八条　按照规定可以背书转让的票据持有人，因票据被盗、遗失或者灭失，可以向票据支付地的基层人民法院申请公示催告。依照法律规定可以申请公示催告的其他事项，适用本章规定。

申请人应当向人民法院递交申请书，写明票面金额、发票人、持票人、背书人等票据主要内容和申请的理由、事实。

第二百一十九条　人民法院决定受理申请，应当同时通知支付人停止支付，并在三日内发出公告，催促利害关系人申报权利。公示催告的期间，由人民法院根据情况决定，但不得少于六十日。

第二百二十条　支付人收到人民法院停止支付的通知，应当停止支付，至公示催告程序终结。

公示催告期间，转让票据权利的行为无效。

第二百二十一条　利害关系人应当在公示催告期间向人民法院申报。

人民法院收到利害关系人的申报后，应当裁定终结公示催告程序，并通知申请人和支付人。

申请人或者申报人可以向人民法院起诉。

Article 222 Where no one declares a claim, the people's court shall enter a judgment according to the application to declare the instrument to be void. The judgment shall be publicly announced, and the drawee shall be notified. From the date of announcement of the judgment, the applicant shall be entitled to require payment from the drawee.

Article 223 Where, for any justifiable reasons, any interested party is unable to declare its claims to the people's court before a judgment is entered, the interested party may, within one year from the day when the interested party knows or should have known the public announcement of the judgment, institute an action in the people's court which entered the judgment.

Part Three Enforcement Procedure

Chapter 19 General Provisions

Article 224 An effective civil judgment or ruling or the property portion of a criminal judgment or ruling shall be enforced by the people's court of first instance or the people's court at the same level as the people's court of first instance at the place where the property under enforcement is located.

Other legal instruments enforced by a people's court as prescribed by law shall be enforced by the people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property under enforcement is located.

Article 225 Where a party or an interested party deems that enforcement has violated any legal provisions, the party or interested party may file a written objection with the people's court in charge of enforcement. Where a party or an interested party files a written objection, the people's court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to revoke or correct enforcement; or if the objection is not supported, issue a ruling to dismiss the objection. Against such a ruling, the party or interested party may apply for reconsideration to the people's court at the next higher level within ten days after the ruling is served.

Article 226 Where a people's court fails to conduct enforcement within six months after receiving a written application for enforcement, the applicant for enforcement may apply for enforcement to the people's court at the next higher level. Upon examination, the people's court at the next higher level may order the original people's court to conduct enforcement within a

第二百二十二条　没有人申报的，人民法院应当根据申请人的申请，作出判决，宣告票据无效。判决应当公告，并通知支付人。自判决公告之日起，申请人有权向支付人请求支付。

第二百二十三条　利害关系人因正当理由不能在判决前向人民法院申报的，自知道或者应当知道判决公告之日起一年内，可以向作出判决的人民法院起诉。

第三编　执行程序

第十九章　一般规定

第二百二十四条　发生法律效力的民事判决、裁定，以及刑事判决、裁定中的财产部分，由第一审人民法院或者与第一审人民法院同级的被执行的财产所在地人民法院执行。

法律规定由人民法院执行的其他法律文书，由被执行人住所地或者被执行的财产所在地人民法院执行。

第二百二十五条　当事人、利害关系人认为执行行为违反法律规定的，可以向负责执行的人民法院提出书面异议。当事人、利害关系人提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定撤销或者改正；理由不成立的，裁定驳回。当事人、利害关系人对裁定不服的，可以自裁定送达之日起十日内向上一级人民法院申请复议。

第二百二十六条　人民法院自收到申请执行书之日起超过六个月未执行的，申请执行人可以向上一级人民法院申请执行。上一级人民法院经审查，可以责令原人民法院在一定期限内执行，也可以决定由本院执行或者指令其他人民法院执行。

certain time limit or decide to conduct enforcement by itself or order another people's court to conduct enforcement.

Article 227 Where, during enforcement, a person which is not a party to the case files a written objection regarding the subject matter of enforcement, the people's court shall examine the written objection within 15 days after receiving it and, if the objection is supported, issue a ruling to suspend enforcement against the subject matter; or if the objection is not supported, issue a ruling to dismiss the objection. If the person which is not a party to the case or a party disagrees on such a ruling and deems that the original judgment or ruling is erroneous, the trial supervision procedure shall apply; or if such disagreement is irrelevant to the original judgment or ruling, the person or the party may institute an action in a people's court within 15 days after the aforesaid ruling regarding objection is served.

Article 228 Enforcement shall be conducted by enforcement personnel.

When taking enforcement measures, the enforcement personnel shall produce their credentials. After completion of enforcement, the enforcement personnel shall prepare enforcement transcripts, to which the relevant persons on the site shall affix their signatures or seals.

A people's court may, as needed, establish an enforcement department.

Article 229 Where the party against whom enforcement is sought or the property under enforcement is in a different place, enforcement may be entrusted to the people's court in the different place. The entrusted people's court must begin enforcement within 15 days after receiving a letter of entrustment and shall not refuse enforcement. After completion of enforcement, the entrusted people's court shall notify in a letter the entrusting people's court of the results of enforcement; or if enforcement cannot be completed within 30 days, the entrusted people's court shall also notify in a letter the entrusting people's court of the status of enforcement.

If the entrusted people's court fails to begin enforcement within 15 days after receiving a letter of entrustment, the entrusting people's court may request the superior of the entrusted people's court to order the entrusted people's court to conduct enforcement.

Article 230 Where, during enforcement, both sides reach a settlement agreement, the enforcement personnel shall record the provisions of the

第二百二十七条 执行过程中，案外人对执行标的提出书面异议的，人民法院应当自收到书面异议之日起十五日内审查，理由成立的，裁定中止对该标的的执行；理由不成立的，裁定驳回。案外人、当事人对裁定不服，认为原判决、裁定错误的，依照审判监督程序办理；与原判决、裁定无关的，可以自裁定送达之日起十五日内向人民法院提起诉讼。

第二百二十八条 执行工作由执行员进行。

采取强制执行措施时，执行员应当出示证件。执行完毕后，应当将执行情况制作笔录，由在场的有关人员签名或者盖章。

人民法院根据需要可以设立执行机构。

第二百二十九条 被执行人或者被执行的财产在外地的，可以委托当地人民法院代为执行。受委托人民法院收到委托函件后，必须在十五日内开始执行，不得拒绝。执行完毕后，应当将执行结果及时函复委托人民法院；在三十日内如果还未执行完毕，也应当将执行情况函告委托人民法院。

受委托人民法院自收到委托函件之日起十五日内不执行的，委托人民法院可以请求受委托人民法院的上级人民法院指令受委托人民法院执行。

第二百三十条 在执行中，双方当事人自行和解达成协议的，执行员应当将协

settlement agreement in the enforcement transcripts, to which both sides shall affix their signatures or seals.

Where the applicant for enforcement reaches a settlement agreement as a victim of a fraud or under duress with the party against whom enforcement is sought or a party fails to perform a settlement agreement, the people's court may, upon application of a party, resume the enforcement of the original effective legal instrument.

Article 231 Where, during enforcement, the party against whom enforcement is sought provides security to the people's court, the people's court may, with the consent of the applicant for enforcement, decide to suspend enforcement and decide a period of suspension. If the party against whom enforcement is sought fails to perform its obligations within the aforesaid period, the people's court shall have the power to conduct enforcement against the property posted as security by the party against whom enforcement is sought or the property of any guarantor.

Article 232 Where a citizen as the party against whom enforcement is sought dies, his or her debts shall be repaid with his or her estate. Where a legal person or any other organization as the party against whom enforcement is sought is terminated, the successors to the rights and obligations of the legal person or organization shall perform the obligations of the legal person or organization.

Article 233 Where, after completion of enforcement, the judgment, ruling or any other legal document on which enforcement is based is revoked by a people's court for any errors, the people's court shall issue a ruling on the property which has undergone enforcement to order the party which has acquired the property to return the property; and if the party refuses to return the property, the people's court shall conduct enforcement.

Article 234 The provisions of this Part shall also apply to the enforcement of a consent judgment of a people's court.

Article 235 The people's procuratorates shall have the authority to conduct legal supervision over civil enforcement.

Chapter 20 Application and Transfer for Enforcement

Article 236 The parties must comply with an effective civil judgment or ruling. If a party refuses to comply, the opposing party may apply to the people's court for enforcement, and the judges may also transfer the case to the enforcement personnel for enforcement.

议内容记入笔录，由双方当事人签名或者盖章。

申请执行人因受欺诈、胁迫与被执行人达成和解协议，或者当事人不履行和解协议的，人民法院可以根据当事人的申请，恢复对原生效法律文书的执行。

第二百三十一条　在执行中，被执行人向人民法院提供担保，并经申请执行人同意的，人民法院可以决定暂缓执行及暂缓执行的期限。被执行人逾期仍不履行的，人民法院有权执行被执行人的担保财产或者担保人的财产。

第二百三十二条　作为被执行人的公民死亡的，以其遗产偿还债务。作为被执行人的法人或者其他组织终止的，由其权利义务承受人履行义务。

第二百三十三条　执行完毕后，据以执行的判决、裁定和其他法律文书确有错误，被人民法院撤销的，对已被执行的财产，人民法院应当作出裁定，责令取得财产的人返还；拒不返还的，强制执行。

第二百三十四条　人民法院制作的调解书的执行，适用本编的规定。

第二百三十五条　人民检察院有权对民事执行活动实行法律监督。

第二十章　执行的申请和移送

第二百三十六条　发生法律效力的民事判决、裁定，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行，也可以由审判员移送执行员执行。

The parties must comply with a consent judgment and other legal instruments enforced by a people's court. If a party refuses to comply, the opposing party may apply to the people's court for enforcement.

调解书和其他应当由人民法院执行的法律文书，当事人必须履行。一方拒绝履行的，对方当事人可以向人民法院申请执行。

Article 237 Where a party refuses to comply with an award rendered by a legally established arbitral institution, the opposing party may apply for enforcement to the people's court having jurisdiction. The people's court accepting the application shall enforce the award.

第二百三十七条　对依法设立的仲裁机构的裁决，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行。受申请的人民法院应当执行。

Where the respondent adduces evidence that the arbitration award falls under any of the following circumstances, the people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the arbitration award:

被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(2) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

（二）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的；

(3) The composition of the arbitration tribunal or the arbitration procedure has violated the statutory procedures.

（三）仲裁庭的组成或者仲裁的程序违反法定程序的；

(4) The evidence for rendering the award is forged.

（四）裁决所根据的证据是伪造的；

(5) The opposing party withholds any evidence to the arbitral institution, which suffices to affect an impartial award.

（五）对方当事人向仲裁机构隐瞒了足以影响公正裁决的证据的；

(6) When arbitrating the case, any arbitrator commits embezzlement, accepts bribes, practices favoritism for personal gains, or renders the award by bending the law.

（六）仲裁员在仲裁该案时有贪污受贿，徇私舞弊，枉法裁决行为的。

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

Such a ruling shall be served on both sides and the arbitral institution.

裁定书应当送达双方当事人和仲裁机构。

Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again to an arbitral institution for arbitration or institute an action in a people's court.

仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

Article 238 Where a party fails to comply with a debt instrument with enforceability legally granted by a notary office, the opposing party may apply to the people's court having jurisdiction for enforcement, and the people's court accepting the application shall conduct enforcement.

If the notarized debt instrument is erroneous, the people's court shall issue a ruling not to enforce the debt instrument and serve a written ruling on both sides and the notary office.

Article 239 The period for applying for enforcement shall be two years. The suspension or interruption of the time limitation for applying for enforcement shall be governed by legal provisions regarding the suspension or interruption of the time limitations for instituting an action.

The period in the preceding paragraph shall begin from the last day of the performance period specified in a legal instrument; begin from the last day of each specified performance period if a legal instrument requires performance in installments; or begin from the effective date of a legal instrument if the legal instrument does not specify a period of performance.

Article 240 Enforcement personnel receiving a written application for enforcement or a letter of transfer for enforcement shall issue a notice of enforcement to the party against whom enforcement is sought and may immediately take enforcement measures.

Chapter 21 Enforcement Measures

Article 241 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the party shall report its current property status and its property status for one year before receiving the enforcement notice. If the party refuses to report or submits a false report, the people's court may, according to the severity of the circumstances, impose a fine or detention on the party which is a natural person or her or her legal representative or the primary person in charge or directly liable persons of the relevant entity.

Article 242 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to inquire the relevant entities about the deposits, bonds, stocks, fund shares and other property of the party against whom enforcement is sought. The people's court shall have the right to seize, freeze, transfer or sell the property of

第二百三十八条　对公证机关依法赋予强制执行效力的债权文书，一方当事人不履行的，对方当事人可以向有管辖权的人民法院申请执行，受申请的人民法院应当执行。

公证债权文书确有错误的，人民法院裁定不予执行，并将裁定书送达双方当事人和公证机关。

第二百三十九条　申请执行的期间为二年。申请执行时效的中止、中断，适用法律有关诉讼时效中止、中断的规定。

前款规定的期间，从法律文书规定履行期间的最后一日起计算；法律文书规定分期履行的，从规定的每次履行期间的最后一日起计算；法律文书未规定履行期间的，从法律文书生效之日起计算。

第二百四十条　执行员接到申请执行书或者移交执行书，应当向被执行人发出执行通知，并可以立即采取强制执行措施。

第二十一章　执行措施

第二百四十一条　被执行人未按执行通知履行法律文书确定的义务，应当报告当前以及收到执行通知之日前一年的财产情况。被执行人拒绝报告或者虚假报告的，人民法院可以根据情节轻重对被执行人或者其法定代理人、有关单位的主要负责人或者直接责任人员予以罚款、拘留。

第二百四十二条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权向有关单位查询被执行人的存款、债券、股票、基金份额等财产情况。人民法院有权根据不同情形扣押、冻结、划拨、变价被执行人的财产。人民法院查询、扣

the party against whom enforcement is sought according to different circumstances. The aforesaid property inquiry and seizure, freezing, transfer and sale by the people's court shall not exceed the extent of obligations that the party against enforcement is sought shall perform.

The people's court shall issue a ruling on seizure, freezing, transfer or sale of property, as well as a notice of enforcement assistance, and the relevant entities must assist.

Article 243 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to withhold or withdraw a portion of the party's income corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessary living expenses for the party and his or her dependent family members are retained by the party.

The people's court shall issue a ruling on withholding or withdrawing income, as well as a notice of enforcement assistance, and the entity employing the party, banks, credit unions and other entities engaged in savings must assist.

Article 244 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument as required by a notice of enforcement, the people's court shall have the right to seize, impound, freeze, auction or sell a portion of the party's property corresponding to the party's obligations to be performed. However, the people's court shall ensure that necessities of life for the party and his or her dependent family members are retained by the party.

The people's court shall issue a ruling to take a measure in the preceding paragraph.

Article 245 When a people's court seizes or impounds any property, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the property is located shall send personnel to the site.

押、冻结、划拨、变价的财产不得超出被执行人应当履行义务的范围。

人民法院决定扣押、冻结、划拨、变价财产，应当作出裁定，并发出协助执行通知书，有关单位必须办理。

第二百四十三条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权扣留、提取被执行人应当履行义务部分的收入。但应当保留被执行人及其所扶养家属的生活必需费用。

人民法院扣留、提取收入时，应当作出裁定，并发出协助执行通知书，被执行人所在单位、银行、信用合作社和其他有储蓄业务的单位必须办理。

第二百四十四条　被执行人未按执行通知履行法律文书确定的义务，人民法院有权查封、扣押、冻结、拍卖、变卖被执行人应当履行义务部分的财产。但应当保留被执行人及其所扶养家属的生活必需品。

采取前款措施，人民法院应当作出裁定。

第二百四十五条　人民法院查封、扣押财产时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者财产所在地的基层组织应当派人参加。

The enforcement personnel must prepare an inventory of the seized or impounded property, to which the persons on the site shall affix their signatures or seals, and a copy of the inventory shall be provided to the party against whom enforcement is sought. If the party against whom enforcement is sought is a citizen, a copy of the inventory may also be provided to his or her adult family members.

对被查封、扣押的财产，执行员必须造具清单，由在场人签名或者盖章后，交被执行人一份。被执行人是公民的，也可以交他的成年家属一份。

Article 246 The enforcement personnel may specify the party against whom enforcement is sought to be responsible for the safekeeping of the seized property. The party against whom enforcement is sought shall assume any losses incurred for the fault of the party against whom enforcement is sought.

第二百四十六条　被查封的财产，执行员可以指定被执行人负责保管。因被执行人的过错造成的损失，由被执行人承担。

Article 247 After any property is seized or impounded, the enforcement personnel shall order the party against whom enforcement is sought to perform obligations determined in a legal instrument during a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the people's court shall auction the seized or impounded property; and if auction is not appropriate or both parties disagree on auction, the people's court may authorize a relevant entity to sell or may directly sell the property. Property prohibited by the state from being sold freely shall be delivered to the relevant entities for purchase at a price prescribed by the state.

第二百四十七条　财产被查封、扣押后，执行员应当责令被执行人在指定期间履行法律文书确定的义务。被执行人逾期不履行的，人民法院应当拍卖被查封、扣押的财产；不适于拍卖或者当事人双方同意不进行拍卖的，人民法院可以委托有关单位变卖或者自行变卖。国家禁止自由买卖的物品，交有关单位按照国家规定的价格收购。

Article 248 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument and conceals property, the people's court shall have the right to issue a search warrant to search the party, the residence of the party or a place where property may be concealed.

第二百四十八条　被执行人不履行法律文书确定的义务，并隐匿财产的，人民法院有权发出搜查令，对被执行人及其住所或者财产隐匿地进行搜查。

To take the measure in the preceding paragraph, the president of the people's court shall sign and issue a search warrant.

采取前款措施，由院长签发搜查令。

Article 249 The property, bill or certificate to be delivered as specified in a legal instrument shall be delivered in the presence of both sides as summoned by the enforcement personnel or be delivered through the enforcement personnel, and the party accepting delivery shall sign for it.

第二百四十九条　法律文书指定交付的财物或者票证，由执行员传唤双方当事人当面交付，或者由执行员转交，并由被交付人签收。

Where a relevant entity holds the property, bill or certificate, the entity shall deliver it according to the notice of enforcement assistance from the people's court, and the party accepting delivery shall sign for it.

有关单位持有该项财物或者票证的，应当根据人民法院的协助执行通知书转交，并由被交付人签收。

Where a relevant citizen holds the property, bill or certificate, the people's court shall notify the citizen to surrender it. If the citizen refuses to do so, the people's court shall conduct enforcement.

有关公民持有该项财物或者票证的，人民法院通知其交出。拒不交出的，强制执行。

Article 250 For a compulsory eviction from a building or land, the president of a people's court shall sign and issue a public announcement to order the party against whom enforcement is sought to perform the obligation within a specified period. If the party against whom enforcement is sought fails to do so within the specified period, the enforcement personnel shall conduct enforcement.

When conducting enforcement, if the party against whom enforcement is sought is a citizen, the people's court shall notify the party or his or her adult family members to appear on the site; or if the party against whom enforcement is sought is a legal person or any other organization, the people's court shall notify its legal representative or primary person in charge to appear on the site. Their refusals to appear on the site shall not affect the enforcement. If the party against whom enforcement is sought is a citizen, the entity employing the citizen or the grassroots organizations at the place where the building or land is located shall send personnel to the site. The enforcement personnel shall include enforcement information in the transcripts, to which the persons on the site shall affix their signatures or seals.

The people's court shall assign personnel to transport the property removed from a building as a result of compulsory eviction to a designated location and deliver the property to the party against whom enforcement is sought. If the party against whom enforcement is sought is a citizen, the property may also be delivered to his or her adult family member. Any losses incurred due to refusal to accept delivery shall be assumed by the party against whom enforcement is sought.

Article 251 Where, during enforcement, the formalities for transferring any property right certificate is required, the people's court may issue a notice of enforcement assistance to the relevant entities, and the relevant entities must assist.

Article 252 Where the party against whom enforcement is sought fails to perform any conduct specified in a judgment, ruling or any other legal instrument as required by a notice of enforcement, the people's court may conduct enforcement or authorize a relevant unit or any other person to complete the conduct at the expense of the party against whom enforcement is sought.

Article 253 Where the party against whom enforcement is sought fails to perform any obligation of pecuniary payment during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay double interest for the debt for the period

第二百五十条　强制迁出房屋或者强制退出土地，由院长签发公告，责令被执行人在指定期间履行。被执行人逾期不履行的，由执行员强制执行。

强制执行时，被执行人是公民的，应当通知被执行人或者他的成年家属到场；被执行人是法人或者其他组织的，应当通知其法定代表人或者主要负责人到场。拒不到场的，不影响执行。被执行人是公民的，其工作单位或者房屋、土地所在地的基层组织应当派人参加。执行员应当将强制执行情况记入笔录，由在场人签名或者盖章。

强制迁出房屋被搬出的财物，由人民法院派人运至指定处所，交给被执行人。被执行人是公民的，也可以交给他的成年家属。因拒绝接收而造成的损失，由被执行人承担。

第二百五十一条　在执行中，需要办理有关财产权证照转移手续的，人民法院可以向有关单位发出协助执行通知书，有关单位必须办理。

第二百五十二条　对判决、裁定和其他法律文书指定的行为，被执行人未按执行通知履行的，人民法院可以强制执行或者委托有关单位或者其他人完成，费用由被执行人承担。

第二百五十三条　被执行人未按判决、裁定和其他法律文书指定的期间履行给付金钱义务的，应当加倍支付迟延履行期间的债务利息。被执行人未按判决、裁

of deferred performance. If the party against whom enforcement is sought fails to perform any other obligation during a period specified in a judgment, ruling or any other legal instrument, the party against whom enforcement is sought shall pay a late fee for deferred performance.

定和其他法律文书指定的期间履行其他义务的，应当支付迟延履行金。

Article 254 Where, after a people's court takes the enforcement measures in Articles 242, 243 and 244 of this Law, the party against whom enforcement is sought is still unable to repay debts, the party against whom enforcement is sought shall continue to perform obligations. Once the creditor discovers that the party against whom enforcement is sought has any other property, the creditor may, at any time, apply to the people's court for enforcement.

第二百五十四条　人民法院采取本法第二百四十二条、第二百四十三条、第二百四十四条规定的执行措施后，被执行人仍不能偿还债务的，应当继续履行义务。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

Article 255 Where the party against whom enforcement is sought fails to perform obligations determined in a legal instrument, the people's court may take or notify a relevant entity to assist in taking the measure of restricting exit from China, the measure of recording the failure in the credit system, the measure of publishing information on the failure on media and other measures prescribed by law.

第二百五十五条　被执行人不履行法律文书确定的义务的，人民法院可以对其采取或者通知有关单位协助采取限制出境，在征信系统记录、通过媒体公布不履行义务信息以及法律规定的其他措施。

Chapter 22 Suspension and Termination of Enforcement

第二十二章　执行中止和终结

Article 256 Under any of the following circumstances, the people's court shall issue a ruling to suspend enforcement:

第二百五十六条　有下列情形之一的，人民法院应当裁定中止执行：

(1) The applicant indicates that enforcement may be deferred.

（一）申请人表示可以延期执行的；

(2) A person which is not a party to the case raises any justified objection to the subject matter of enforcement.

（二）案外人对执行标的提出确有理由的异议的；

(3) A citizen as one of the parties dies, and it is necessary to wait for his or her successors to succeed to his or her rights or obligations.

（三）作为一方当事人的公民死亡，需要等待继承人继承权利或者承担义务的；

(4) A legal person or any other organization as one of the parties is terminated, and the successors to its rights and obligations have not been determined.

（四）作为一方当事人的法人或者其他组织终止，尚未确定权利义务承受人的；

(5) Other circumstances under which the people's court deems that enforcement shall be suspended.

（五）人民法院认为应当中止执行的其他情形。

Enforcement shall be resumed after the circumstances causing suspension have disappeared.

中止的情形消失后，恢复执行。

Article 257 Under any of the following circumstances, the people's court shall issue a ruling to terminate enforcement:

第二百五十七条　有下列情形之一的，人民法院裁定终结执行：

(1) The applicant withdraws the application for enforcement.

(2) The legal instrument on which enforcement is based has been revoked.

(3) The citizen as the party against whom enforcement is sought dies, without any estate for enforcement, and no one succeeds to his or her obligations.

(4) The person entitled to recover support for elderly parents, support for other adult dependants or child support dies.

(5) The citizen as the party against whom enforcement is sought is unable to repay his or her borrowings for living in hardship, has no source of income, and has lost his or her ability to work.

(6) Other circumstances under which the people's court deems that enforcement shall be terminated.

Article 258 A ruling to suspend or terminate enforcement shall be effective immediately after being served on a party.

Part Four Special Provisions on Foreign-Related Civil Procedures

Chapter 23 General Principles

Article 259 The provisions of this Part shall apply to foreign-related civil actions within the territory of the People's Republic of China. Where this Part is silent, other relevant provisions of this Law shall apply.

Article 260 Where there is any discrepancy between an international treaty concluded or acceded to by the People's Republic of China and this Law, the provisions of the international treaty shall prevail, except clauses to which the People's Republic of China has declared reservations.

Article 261 Civil actions instituted against foreign nationals, foreign organizations or international organizations which enjoy diplomatic privileges or immunities shall be governed by the relevant laws of the People's Republic of China and the international treaties concluded or acceded to by the People's Republic of China.

Article 262 When trying foreign-related civil cases, a people's court shall use the spoken and written languages commonly used in the People's Republic of China. Upon request of the parties, interpretation may be provided at the expense of the parties.

（一）申请人撤销申请的；

（二）据以执行的法律文书被撤销的；

（三）作为被执行人的公民死亡，无遗产可供执行，又无义务承担人的；

（四）追索赡养费、扶养费、抚育费案件的权利人死亡的；

（五）作为被执行人的公民因生活困难无力偿还借款，无收入来源，又丧失劳动能力的；

（六）人民法院认为应当终结执行的其他情形。

第二百五十八条　中止和终结执行的裁定，送达当事人后立即生效。

第四编　涉外民事诉讼程序的特别规定

第二十三章　一般原则

第二百五十九条　在中华人民共和国领域内进行涉外民事诉讼，适用本编规定。本编没有规定的，适用本法其他有关规定。

第二百六十条　中华人民共和国缔结或者参加的国际条约同本法有不同规定的，适用该国际条约的规定，但中华人民共和国声明保留的条款除外。

第二百六十一条　对享有外交特权与豁免的外国人、外国组织或者国际组织提起的民事诉讼，应当依照中华人民共和国有关法律和中华人民共和国缔结或者参加的国际条约的规定办理。

第二百六十二条　人民法院审理涉外民事案件，应当使用中华人民共和国通用的语言、文字。当事人要求提供翻译的，可以提供，费用由当事人承担。

Article 263 A foreign national, a stateless person or a foreign enterprise or organization which needs to be represented by a lawyer in instituting or responding to an action in a people's court must retain a lawyer of the People's Republic of China.

Article 264 Where a foreign national, a stateless person or a foreign enterprise or organization without a domicile within the territory of the People's Republic of China needs to be represented by a lawyer or any other person of the People's Republic of China in an action, the power of attorney posted or forwarded from outside the territory of the People's Republic of China is valid only after it has been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

Chapter 24 Jurisdiction

Article 265 Where an action is instituted against a defendant which has no domicile within the territory of the People's Republic of China for a contract dispute or any other property right or interest dispute, if the contract is signed or performed within the territory of the People's Republic of China, the subject matter of action is located within the territory of the People's Republic of China, the defendant has any impoundable property within the territory of the People's Republic of China, or the defendant has any representative office within the territory of the People's Republic of China, the people's court at the place where the contract is signed or performed, where the subject matter of action is located, where the impoundable property is located, where the tort occurs or where the domicile of the representative office is located may have jurisdiction over the action.

Article 266 Actions instituted for disputes arising from the performance of contracts for Chinese-foreign equity joint ventures, Chinese-foreign contractual joint ventures or Chinese-foreign cooperative exploration and exploitation of natural resources in the People's Republic of China shall be under the jurisdiction of the people's courts of the People's Republic of China.

Chapter 25 Service of Process and Periods

Article 267 A people's court may serve process on a party which has no domicile within the territory of the People's Republic of China in the following manners:

第二百六十三条 外国人、无国籍人、外国企业和组织在人民法院起诉、应诉，需要委托律师代理诉讼的，必须委托中华人民共和国的律师。

第二百六十四条 在中华人民共和国领域内没有住所的外国人、无国籍人、外国企业和组织委托中华人民共和国律师或者其他人代理诉讼，从中华人民共和国领域外寄交或者托交的授权委托书，应当经所在国公证机关证明，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续后，才具有效力。

第二十四章 管 辖

第二百六十五条 因合同纠纷或者其他财产权益纠纷，对在中华人民共和国领域内没有住所的被告提起的诉讼，如果合同在中华人民共和国领域内签订或者履行，或者诉讼标的物在中华人民共和国领域内，或者被告在中华人民共和国领域内有可供扣押的财产，或者被告在中华人民共和国领域内设有代表机构，可以由合同签订地、合同履行地、诉讼标的物所在地、可供扣押财产所在地、侵权行为地或者代表机构住所地人民法院管辖。

第二百六十六条 因在中华人民共和国履行中外合资经营企业合同、中外合作经营企业合同、中外合作勘探开发自然资源合同发生纠纷提起的诉讼，由中华人民共和国人民法院管辖。

第二十五章 送达、期间

第二百六十七条 人民法院对在中华人民共和国领域内没有住所的当事人送达诉讼文书，可以采用下列方式：

(1) Process is served in the manners specified in the international treaty concluded or acceded to by the home country of the person to be served and the People's Republic of China.

(2) Process is served through diplomatic channels.

(3) If the person to be served is a citizen of the People's Republic of China, service of process may be entrusted to the embassy or consulate of the People's Republic of China stationed in the country where the person to be served resides.

(4) Process is served on a litigation representative authorized by the person to be served to receive service of process.

(5) Process is served on the representative office or a branch office or business agent authorized to receive service of process established by the person to be served within the territory of the People's Republic of China.

(6) Service of process by post is allowed if the law of the home country of the person to be served permits service of process by post, and if, three months after the postmark date, the service acknowledgement is not returned, but based on all circumstances, it may be determined that process has been served, process shall be deemed served on the expiration date of the aforesaid period.

(7) Process is served by fax, email or any other means capable of confirming receipt by the person to be served.

(8) If service of process by the aforesaid means is not possible, process shall be served by public announcement, and process shall be deemed served three months after the date of public announcement.

Article 268 Where a defendant has no domicile within the territory of the People's Republic of China, the people's court shall serve a copy of the written complaint on the defendant and notify the defendant to a written statement of defense within 30 days after receiving the copy of the written complaint. If the defendant applies for an extension of the aforesaid period, the extension shall be subject to the decision of the people's court.

Article 269 A party which has no domicile within the territory of the People's Republic of China shall have the right to appeal against a judgment or ruling of a people's court of first instance within 30 days from the date of service of the written judgment or ruling. The appellee shall submit a written statement of defense within 30 days after receiving a copy of the written appeal. If a party is unable to file an appeal or submit a

（一）依照受送达人所在国与中华人民共和国缔结或者共同参加的国际条约中规定的方式送达；

（二）通过外交途径送达；

（三）对具有中华人民共和国国籍的受送达人，可以委托中华人民共和国驻受送达人所在国的使领馆代为送达；

（四）向受送达人委托的有权代其接受送达的诉讼代理人送达；

（五）向受送达人在中华人民共和国领域内设立的代表机构或者有权接受送达的分支机构、业务代办人送达；

（六）受送达人所在国的法律允许邮寄送达的，可以邮寄送达，自邮寄之日起满三个月，送达回证没有退回，但根据各种情况足以认定已经送达的，期间届满之日视为送达；

（七）采用传真、电子邮件等能够确认受送达人收悉的方式送达；

（八）不能用上述方式送达的，公告送达，自公告之日起满三个月，即视为送达。

第二百六十八条　被告在中华人民共和国领域内没有住所的，人民法院应当将起诉状副本送达被告，并通知被告在收到起诉状副本后三十日内提出答辩状。被告申请延期的，是否准许，由人民法院决定。

第二百六十九条　在中华人民共和国领域内没有住所的当事人，不服第一审人民法院判决、裁定的，有权在判决书、裁定书送达之日起三十日内提起上诉。被上诉人在收到上诉状副本后，应当在三十日内提出答辩状。当事人不能在法定期间提

written statement of defense within the statutory period and applies for an extension of the period, the application shall be subject to the decision of the people's court.

Article 270 The period for a people's court to try a foreign-related civil case shall not be limited by the provisions of Article 149 and 176 of this Law.

Chapter 26 Arbitration

Article 271 Where, for disputes arising from foreign economic and trade activities or international transportation or maritime activities, the parties have included an arbitration clause in the contracts or have reached a written arbitration agreement after a dispute arose to refer such disputes to an international arbitral institution of the People's Republic of China or any other arbitral institution for arbitration, the parties shall not institute an action in a people's court.

If the parties have not included any arbitration clauses in the contracts or have not reached a written arbitration agreement after a dispute arose, the parties may institute an action in a people's court.

Article 272 Where a party applies for a preservation measure, the international arbitral institution of the People's Republic of China shall submit the party's application to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

Article 273 Where an international arbitral institution of the People's Republic of China has rendered an award for a dispute, the parties shall not institute an action in a people court for the dispute. If a party fails to comply with the arbitration award, the opposing party may apply for enforcement of the award to the intermediate people's court at the place of domicile of the respondent or at the place where the respondent's property is located.

Article 274 Where the respondent adduces evidence that an arbitration award of an international arbitral institution of the People's Republic of China falls under any of the following circumstances, a people's court shall, upon examination and verification by a collegial bench, issue a ruling not to enforce the award:

(1) The contract between the parties does not include an arbitration clause or the parties have not reached any written arbitration agreement after a dispute arose.

起上诉或者提出答辩状，申请延期的，是否准许，由人民法院决定。

第二百七十条　人民法院审理涉外民事案件的期间，不受本法第一百四十九条、第一百七十六条规定的限制。

第二十六章　仲　裁

第二百七十一条　涉外经济贸易、运输和海事中发生的纠纷，当事人在合同中订有仲裁条款或者事后达成书面仲裁协议，提交中华人民共和国涉外仲裁机构或者其他仲裁机构仲裁的，当事人不得向人民法院起诉。

当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的，可以向人民法院起诉。

第二百七十二条　当事人申请采取保全的，中华人民共和国的涉外仲裁机构应当将当事人的申请，提交被申请人住所地或者财产所在地的中级人民法院裁定。

第二百七十三条　经中华人民共和国涉外仲裁机构裁决的，当事人不得向人民法院起诉。一方当事人不履行仲裁裁决的，对方当事人可以向被申请人住所地或者财产所在地的中级人民法院申请执行。

第二百七十四条　对中华人民共和国涉外仲裁机构作出的裁决，被申请人提出证据证明仲裁裁决有下列情形之一的，经人民法院组成合议庭审查核实，裁定不予执行：

（一）当事人在合同中没有订有仲裁条款或者事后没有达成书面仲裁协议的；

(2) The respondent is not notified to appoint an arbitrator or of the conduct of arbitration procedure or fails to present its case, which is not attributable to the fault of the respondent.

(3) The composition of the arbitration tribunal or the arbitration procedure is not in conformity with arbitration rules.

(4) The matters arbitrated are outside the scope of an arbitration agreement or the arbitral institution has no arbitration power.

If a people's court holds that the enforcement of an arbitration award is contrary to the public interest, the people's court shall issue a ruling not to enforce the award.

Article 275 Where an arbitration award is not enforced according to a ruling of a people's court, the parties may, according to a written arbitration agreement reached by them, apply again for arbitration or institute an action in a people's court.

Chapter 27 Judicial Assistance

Article 276 In accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court and a foreign court may request each other to provide judicial assistance in service of process, investigation and collection of evidence and other litigation activities.

If any matter requested by a foreign court for assistance is detrimental to the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant the request.

Article 277 Judicial assistance shall be requested and provided through the channels prescribed in an international treaty concluded or acceded to by the People's Republic of China; or in the absence of such a treaty, shall be requested and provided through diplomatic channels.

A foreign embassy or consulate to the People's Republic of China may serve process on and investigate and collect evidence from its citizens but shall not violate the laws of the People's Republic of China and shall not take compulsory measures.

Except for the circumstances in the preceding paragraph, no foreign authority or individual shall, without permission from the competent authorities of the People's Republic of China, serve process or conduct investigation and collection of evidence within the territory of the People's Republic of China.

（二）被申请人没有得到指定仲裁员或者进行仲裁程序的通知，或者由于其他不属于被申请人负责的原因未能陈述意见的；

（三）仲裁庭的组成或者仲裁的程序与仲裁规则不符的；

（四）裁决的事项不属于仲裁协议的范围或者仲裁机构无权仲裁的。

人民法院认定执行该裁决违背社会公共利益的，裁定不予执行。

第二百七十五条　仲裁裁决被人民法院裁定不予执行的，当事人可以根据双方达成的书面仲裁协议重新申请仲裁，也可以向人民法院起诉。

第二十七章　司法协助

第二百七十六条　根据中华人民共和国缔结或者参加的国际条约，或者按照互惠原则，人民法院和外国法院可以相互请求，代为送达文书、调查取证以及进行其他诉讼行为。

外国法院请求协助的事项有损于中华人民共和国的主权、安全或者社会公共利益的，人民法院不予执行。

第二百七十七条　请求和提供司法协助，应当依照中华人民共和国缔结或者参加的国际条约所规定的途径进行；没有条约关系的，通过外交途径进行。

外国驻中华人民共和国的使领馆可以向本国公民送达文书和调查取证，但不得违反中华人民共和国的法律，并不得采取强制措施。

除前款规定的情况外，未经中华人民共和国主管机关准许，任何外国机关或者个人不得在中华人民共和国领域内送达文书、调查取证。

Article 278 The written request of a foreign court for the provision of judicial assistance by a people's court and the annexes thereto shall be accompanied with Chinese versions or versions in other languages specified in the relevant international treaty.

A letter of request and its annexes submitted to a foreign court by a people's court for judicial assistance shall also be appended with the translations in the language of the country or the texts in the language specified in the relevant international treaty.

Article 279 The people's courts shall provide judicial assistance under the procedures prescribed by the laws of the People's Republic of China. If a foreign court requests that judicial assistance be provided in a special manner, it may be provided in the special manner requested, but the special manner requested shall not violate the laws of the People's Republic of China.

Article 280 Where a party applies for enforcement of an effective judgment or ruling of a people's court, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant may apply directly to the foreign court having jurisdiction for recognition and enforcement or apply to a people's court for the people's court to request recognition and enforcement by the foreign court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

Where a party applies for enforcement of an effective arbitration award of an international arbitral institution of the People's Republic of China, if the party against whom enforcement is sought or the property thereof is not within the territory of the People's Republic of China, the applicant shall apply directly to the foreign court having jurisdiction for recognition and enforcement.

Article 281 Where an effective judgment or ruling of a foreign court requires recognition and enforcement by a people's court of the People's Republic of China, a party may apply directly to the intermediate people's court of the People's Republic of China having jurisdiction for recognition and enforcement or apply to the foreign court for the foreign court to request recognition and enforcement by the people's court in accordance with the provisions of an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

第二百七十八条　外国法院请求人民法院提供司法协助的请求书及其所附文件，应当附有中文译本或者国际条约规定的其他文字文本。

人民法院请求外国法院提供司法协助的请求书及其所附文件，应当附有该国文字译本或者国际条约规定的其他文字文本。

第二百七十九条　人民法院提供司法协助，依照中华人民共和国法律规定的程序进行。外国法院请求采用特殊方式的，也可以按照其请求的特殊方式进行，但请求采用的特殊方式不得违反中华人民共和国法律。

第二百八十条　人民法院作出的发生法律效力的判决、裁定，如果被执行人或者其财产不在中华人民共和国领域内，当事人请求执行的，可以由当事人直接向有管辖权的外国法院申请承认和执行，也可以由人民法院依照中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求外国法院承认和执行。

中华人民共和国涉外仲裁机构作出的发生法律效力的仲裁裁决，当事人请求执行的，如果被执行人或者其财产不在中华人民共和国领域内，应当由当事人直接向有管辖权的外国法院申请承认和执行。

第二百八十一条　外国法院作出的发生法律效力的判决、裁定，需要中华人民共和国法院承认和执行的，可以由当事人直接向中华人民共和国有管辖权的中级人民法院申请承认和执行，也可以由外国法院依照该国与中华人民共和国缔结或者参加的国际条约的规定，或者按照互惠原则，请求人民法院承认和执行。

Article 282 After examining an application or request for recognition and enforcement of an effective judgment or ruling of a foreign court in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity, a people's court shall issue a ruling to recognize the legal force of the judgment or ruling and issue an order for enforcement as needed to enforce the judgment or ruling according to the relevant provisions of this Law if the people's court deems that the judgment or ruling does not violate the basic principles of the laws of the People's Republic of China and the sovereignty, security and public interest of the People's Republic of China. If the judgment or ruling violates the basic principles of the laws of the People's Republic of China or the sovereignty, security or public interest of the People's Republic of China, the people's court shall not grant recognition and enforcement.

Article 283 Where an arbitration award of a foreign arbitral institution requires recognition and enforcement by a people's court of the People's Republic of China, a party shall apply directly to the intermediate people's court at the place of domicile of the party against whom enforcement is sought or at the place where the property thereof is located, and the people's court shall process the application in accordance with an international treaty concluded or acceded to by the People's Republic of China or under the principle of reciprocity.

Article 284 This Law comes into force on the date of issuance, and the Civil Procedure Law of the People's Republic of China (for Trial Implementation) shall be repealed simultaneously.

chl_297379

第二百八十二条 人民法院对申请或者请求承认和执行的外国法院作出的发生法律效力的判决、裁定,依照中华人民共和国缔结或者参加的国际条约,或者按照互惠原则进行审查后,认为不违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的,裁定承认其效力,需要执行的,发出执行令,依照本法的有关规定执行。违反中华人民共和国法律的基本原则或者国家主权、安全、社会公共利益的,不予承认和执行。

第二百八十三条 国外仲裁机构的裁决,需要中华人民共和国人民法院承认和执行的,应当由当事人直接向被执行人住所地或者其财产所在地的中级人民法院申请,人民法院应当依照中华人民共和国缔结或者参加的国际条约,或者按照互惠原则办理。

第二百八十四条 本法自公布之日起施行,《中华人民共和国民事诉讼法(试行)》同时废止。

© Copyright Chinalawinfo Co., Ltd
database@chinalawinfo.com

# 00K11

# Interpretation of the Supreme Peoples Court on Application of the Civil Procedure Law

# Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China[Effective]

最高人民法院关于适用《中华人民共和国民事诉讼法》的解释 [现行有效]

| | | | |
|---|---|---|---|
| **Issuing authority:** | Supreme People's Court | **Document Number:** | Interpretation No. 5 [2015] of the Supreme People's Court |
| **Date issued:** | 01-30-2015 | **Effective date:** | 02-04-2015 |
| **Level of Authority:** | Judicial Interpretation | **Area of Law:** | Civil Litigation |

Announcement of the Supreme People's Court

最高人民法院公告

The Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China, as adopted at the 1636th meeting of the Judicial Committee of the Supreme People's Court on December 18, 2014, is hereby issued, and shall come into force on February 4, 2015.

《最高人民法院关于适用〈中华人民共和国民事诉讼法〉的解释》已于 2014 年 12 月 18 日由最高人民法院审判委员会第 1636 次会议通过，现予公布，自 2015 年 2 月 4 日起施行。

Supreme People's Court

最高人民法院

January 30, 2015

2015 年 1 月 30 日

Interpretation of the Supreme People's Court on the Application of the Civil Procedure Law of the People's Republic of China

最高人民法院关于适用《中华人民共和国民事诉讼法》的解释

(Adopted at the 1636th meeting of the Judicial Committee of the Supreme People's Court on December 18, 2014, Interpretation No. 5 [2015] of the Supreme People's Court)

（2014 年 12 月 18 日最高人民法院审判委员会第 1636 次会议通过 法释〔2015〕5 号）

Table of Contents

目录

I. Jurisdiction

一、管辖

II. Disqualification

二、回避

III. Primary Litigation Participants

三、诉讼参加人

IV. Evidence

四、证据

V. Periods and Service of Process

五、期间和送达

VI. Mediation

六、调解

VII. Preservation and Advance Enforcement

七、保全和先予执行

VIII. Compulsory Measures against Obstruction of Civil Procedures

IX. Litigation Expenses

X. Formal Procedure at First Instance

XI. Summary Procedure

XII. Small Claims in Summary Procedure

XIII. Public Interest Actions

XIV. Third-Party Revocation Actions

XV. Enforcement Opposition Actions

XVI. Procedure at Second Instance

XVII. Special Procedures

XVIII. Trial Supervision Procedure

XIX. Procedure for Urging Debt Repayment

XX. Procedure for Announcement to Urge Declaration of Claims

XXI. Enforcement Procedure

XXII. Special Provisions on Foreign-Related Civil Procedures

XXIII. Supplementary Provisions

八、对妨害民事诉讼的强制措施

九、诉讼费用

十、第一审普通程序

十一、简易程序

十二、简易程序中的小额诉讼

十三、公益诉讼

十四、第三人撤销之诉

十五、执行异议之诉

十六、第二审程序

十七、特别程序

十八、审判监督程序

十九、督促程序

二十、公示催告程序

二十一、执行程序

二十二、涉外民事诉讼程序的特别规定

二十三、附则

On August 31, 2012, the Decision on Amending the Civil Procedure Law of the People's Republic of China was deliberated and adopted at the 28th session of the Standing Committee of the Eleventh National People's Congress. In accordance with the Civil Procedure Law as amended and in consideration of the civil trial and enforcement practices of the people's courts, this Interpretation is developed.

2012 年 8 月 31 日，第十一届全国人民代表大会常务委员会第二十八次会议审议通过了《关于修改〈中华人民共和国民事诉讼法〉的决定》。根据修改后的民事诉讼法，结合人民法院民事审判和执行工作实际，制定本解释。

I. Jurisdiction

一、管辖

Article 1 As mentioned in Article 18(1) of the Civil Procedure Law, "major foreign-related cases" includes a case involving a large amount in dispute, a case with complicated circumstances, a case in which one side consists of a large number of parties, and other cases having a major impact.

第一条　民事诉讼法第十八条第一项规定的重大涉外案件，包括争议标的额大的案件、案情复杂的案件，或者一方当事人人数众多等具有重大影响的案件。

Article 2 Patent infringement cases shall be under the jurisdiction of intellectual property courts, as well as the intermediate people's courts and basic people's courts specified by the Supreme People's Court.

第二条　专利纠纷案件由知识产权法院、最高人民法院确定的中级人民法院和基层人民法院管辖。

Cases of maritime affairs and maritime commerce shall be under the jurisdiction of maritime courts.

海事、海商案件由海事法院管辖。

Article 3 "Domicile of a citizen" means a citizen's place of permanent residence, and "domicile of a legal person or any other organization" means the place where its principal office is located.

第三条　公民的住所地是指公民的户籍所在地，法人或者其他组织的住所地是指法人或者其他组织的主要办事机构所在地。

Where the place where the principal office of a legal person or any other organization is located cannot be determined, the place of registration of the legal person or other organization shall be its place of domicile.

法人或者其他组织的主要办事机构所在地不能确定的，法人或者其他组织的注册地或者登记地为住所地。

Article 4 "Place of habitual residence of a citizen" means the place where a citizen has continuously resided for one year or more after leaving his or her place of domicile when instituting an action, except the place of hospitalization.

第四条　公民的经常居住地是指公民离开住所地至起诉时已连续居住一年以上的地方，但公民住院就医的地方除外。

Article 5 An action instituted against a partnership of individuals or a partnership of entities without an office shall be under the jurisdiction of the people's court at the defendant's place of registration. If none of the defendants are registered and they are not in the same territorial jurisdiction, the people's court at the place of domicile of each defendant shall have jurisdiction over the case.

第五条　对没有办事机构的个人合伙、合伙型联营体提起的诉讼，由被告注册登记地人民法院管辖。没有注册登记，几个被告又不在同一辖区的，被告住所地的人民法院都有管辖权。

Article 6 Where the registered permanent residence of the defendant in a case is cancelled, the jurisdiction over the case shall be determined in accordance with the provision of Article 22 of the Civil Procedure Law; and where the registered permanent residences of both the plaintiff and the defendant are cancelled, the case shall be under the jurisdiction of the people's court at the place of residence of the defendant.

第六条　被告被注销户籍的，依照民事诉讼法第二十二条规定确定管辖；原告、被告均被注销户籍的，由被告居住地人民法院管辖。

Article 7 Where the registered permanent residence of a party to a case has been removed but the new permanent residence of the party has not been registered, if the party has a place of habitual residence, the case shall be under the jurisdiction of the people's court at such a place; or if the party does not have a place of habitual residence, the case shall be under the jurisdiction of the people's court at the original place of registered permanent residence.

第七条　当事人的户籍迁出后尚未落户，有经常居住地的，由该地人民法院管辖；没有经常居住地的，由其原户籍所在地人民法院管辖。

Article 8 Where both parties to a case are incarcerated or are subjected to any compulsory correctional measure, the case shall be under the jurisdiction of the people's court at the original place of domicile of the defendant. If the defendant is incarcerated or is subjected to any compulsory correctional measure for one year or more, the case shall be under the jurisdiction of the people's court at the place where the

第八条　双方当事人都被监禁或者被采取强制性教育措施的，由被告原住所地人民法院管辖。被告被监禁或者被采取强制性教育措施一年以上的，由被告被监禁地或者被采取强制性教育措施地人民法院管辖。

defendant is incarcerated or is subjected to the compulsory correctional measure.

Article 9 Where the places of domicile of the two or more defendants in a case involving recovery of support for elderly parents, child support, or support for other adult dependents are not in the same territorial jurisdiction, the case may be under the jurisdiction of the people's court at the place of domicile of the plaintiff.

Article 10 A case filed against specification of a guardian or a case involving modification of guardianship may be under the jurisdiction of the people's court at the place of domicile of the ward.

Article 11 A civil case to which both parties are military personnel or military entities shall be under the jurisdiction of a military court.

Article 12 A case filed by one spouse for divorce one year or more after the other spouse left their place of domicile may be under the jurisdiction of the people's court at the place of domicile of the plaintiff.

A case filed by one spouse for divorce one year or more after both spouses left their place of domicile shall be under the jurisdiction of the people's court at the place of habitual residence of the defendant. If the defendant does not have a place of habitual residence, the case shall be under the jurisdiction of the people's court at the place of residence of the defendant when the action is instituted.

Article 13 Where a court of a foreign country in which an overseas Chinese who got married in China settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of the court at the place of celebration, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the place of celebration or the place of last domestic residence of a party.

Article 14 Where a court of a foreign country in which an overseas Chinese who got married abroad settles rejects a divorce action involving the overseas Chinese on the ground that such a case must be under the jurisdiction of a court of the country of nationality of the overseas Chinese, if a party institutes a divorce action in a people's court, the case shall be under the jurisdiction of the people's court at the original place of domicile or the place of last domestic residence of a party.

Article 15 Where both spouses are Chinese citizens but one lives abroad and the other lives in China, the people's court at the place of domicile of

第九条  追索赡养费、抚育费、扶养费案件的几个被告住所地不在同一辖区的,可以由原告住所地人民法院管辖。

第十条  不服指定监护或者变更监护关系的案件,可以由被监护人住所地人民法院管辖。

第十一条  双方当事人均为军人或者军队单位的民事案件由军事法院管辖。

第十二条  夫妻一方离开住所地超过一年,另一方起诉离婚的案件,可以由原告住所地人民法院管辖。

夫妻双方离开住所地超过一年,一方起诉离婚的案件,由被告经常居住地人民法院管辖;没有经常居住地的,由原告起诉时被告居住地人民法院管辖。

第十三条  在国内结婚并定居国外的华侨,如定居国法院以离婚诉讼须由婚姻缔结地法院管辖为由不予受理,当事人向人民法院提出离婚诉讼的,由婚姻缔结地或者一方在国内的最后居住地人民法院管辖。

第十四条  在国外结婚并定居国外的华侨,如定居国法院以离婚诉讼须由国籍所属国法院管辖为由不予受理,当事人向人民法院提出离婚诉讼的,由一方原住所地或者在国内的最后居住地人民法院管辖。

第十五条  中国公民一方居住在国外,一方居住在国内,不论哪一方向人民

the spouse who lives in China shall have jurisdiction over a divorce action between them, regardless of which spouse institutes a divorce action in a people's court. Where the spouse who lives abroad institutes an action in a court of the country of residence of the spouse, and the spouse who lives in China institutes an action in a people's court, the people's court in which the action is instituted shall have jurisdiction over the divorce case.

法院提起离婚诉讼，国内一方住所地人民法院都有权管辖。国外一方在居住国法院起诉，国内一方向人民法院起诉的，受诉人民法院有权管辖。

Article 16 Where both spouses are Chinese citizens, and they live abroad but have not settled abroad, if one spouse institutes a divorce action in a people's court, the people's court at the original place of domicile of the plaintiff or defendant shall have jurisdiction over the divorce case.

第十六条　中国公民双方在国外但未定居，一方向人民法院起诉离婚的，应由原告或者被告原住所地人民法院管辖。

Article 17 Where both of the divorced Chinese citizens have settled abroad, an action instituted in a people's court for division of property in China shall be under the jurisdiction of the people's court at the place where the major property is located.

第十七条　已经离婚的中国公民，双方均定居国外，仅就国内财产分割提起诉讼的，由主要财产所在地人民法院管辖。

Article 18 Where the parties have agreed on a place of performance in a contract, such a place of performance shall be the place where the contract is performed.

第十八条　合同约定履行地点的，以约定的履行地点为合同履行地。

Where the parties fail to agree on or clearly agree on a place of performance in a contract, and the subject matter of dispute is the payment of money, the place where the recipient of money is located shall be the place where the contract is performed; in the delivery of real property, the place where the real property is located shall be the place where the contract is performed; and for any other subject matter, the place where the party performing the agreed obligations is located shall be the place where the contract is performed. For a contract on spot transactions, the place of transaction shall be the place where the contract is performed.

合同对履行地点没有约定或者约定不明确，争议标的为给付货币的，接收货币一方所在地为合同履行地；交付不动产的，不动产所在地为合同履行地；其他标的，履行义务一方所在地为合同履行地。即时结清的合同，交易行为地为合同履行地。

Where a contract is not actually performed, and the place of domicile of either party is not the place of performance as agreed on in the contract, the people's court at the place of domicile of the defendant shall have jurisdiction.

合同没有实际履行，当事人双方住所地都不在合同约定的履行地的，由被告住所地人民法院管辖。

Article 19 For a property leasing contract or a financial leasing contract, the place where the leased property is used shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.

第十九条　财产租赁合同、融资租赁合同以租赁物使用地为合同履行地。合同对履行地有约定的，从其约定。

Article 20 For a sales contract concluded on an information network, if the subject matter is delivered on the information network, the place of domicile of the buyer shall be the place where the contract is performed; or

第二十条　以信息网络方式订立的买卖合同，通过信息网络交付标的的，以买受人住所地为合同履行地；通过其他方式

if the subject matter is delivered by any other means, the place of receipt shall be the place where the contract is performed, unless the parties have agreed otherwise on the place of performance in the contract.

Article 21 For an action instituted for a dispute arising from a property insurance contract, if the subject matter insured is a transport vehicle or the goods in transit, the case may be under the jurisdiction of the people's court at the place where the transport vehicle is registered, the place of destination, or the place where the insurance accident occurs.

A case of dispute over a personal insurance contract may be under the jurisdiction of the people's court at the place of domicile of the insured.

Article 22 For an action instituted for a dispute arising from records in the register of shareholders, a request for modification of company registration, shareholders' right to know, a resolution of a company, a corporate combination or division, a capital increase or decrease of a company, the jurisdiction over the case may be determined in accordance with the provision of Article 26 of the Civil Procedure Law.

Article 23 Where a creditor applies for issuance of an order for payment, Article 21 of the Civil Procedure Law shall apply, and the case shall be under the jurisdiction of the basic people's courtat the place of domicile of the debtor.

Article 24 As mentioned in Article 28 of the Civil Procedure Law, "place where the tort occurs" includes the place where a tort is committed and the place where the result of a tort occurs.

Article 25 The place where a tort is committed on an information network shall include the place where the computer and other pieces of information equipment used to commit the alleged tort are located, and the place where the result of a tort occurs shall include the place of domicile of the victim.

Article 26 For an action instituted for property or bodily damage caused by the substandard quality of a product or service, the people's courts at the place where the product is manufactured, the place where the product is sold, the place where the service is rendered, the place where the tort occurs, and the place of domicile of the defendant shall all have jurisdiction.

Article 27 An action instituted by the respondent or an interested party for losses resulting from a party's failure to institute an action or apply for arbitration within the statutory period after applying for preservation before

交付标的的，收货地为合同履行地。合同对履行地有约定的，从其约定。

第二十一条 因财产保险合同纠纷提起的诉讼，如果保险标的物是运输工具或者运输中的货物，可以由运输工具登记注册地、运输目的地、保险事故发生地人民法院管辖。

因人身保险合同纠纷提起的诉讼，可以由被保险人住所地人民法院管辖。

第二十二条 因股东名册记载、请求变更公司登记、股东知情权、公司决议、公司合并、公司分立、公司减资、公司增资等纠纷提起的诉讼，依照民事诉讼法第二十六条规定确定管辖。

第二十三条 债权人申请支付令，适用民事诉讼法第二十一条规定，由债务人住所地基层人民法院管辖。

第二十四条 民事诉讼法第二十八条规定的侵权行为地，包括侵权行为实施地、侵权结果发生地。

第二十五条 信息网络侵权行为实施地包括实施被诉侵权行为的计算机等信息设备所在地，侵权结果发生地包括被侵权人住所地。

第二十六条 因产品、服务质量不合格造成他人财产、人身损害提起的诉讼，产品制造地、产品销售地、服务提供地、侵权行为地和被告住所地人民法院都有管辖权。

第二十七条 当事人申请诉前保全后没有在法定期间起诉或者申请仲裁，给被

the institutionofaction shall be under the jurisdiction of the people's court taking the preservation measures.

Where a party institutes an action or applies for arbitration within the statutory period after applying for preservation before the institution of action, an action instituted by the respondent or an interested party for losses resulting from the preservation measures shall be under the jurisdiction of the people's court which accepts that action or takes the preservation measures.

Article 28 As mentioned in Article 33 (1) of the Civil Procedure Law, "real estate dispute" means a property dispute arising from the confirmation of rights in real estate, division of real estate, or neighboringrelations, among others.

The jurisdiction over a contractual dispute involving contracted operations on rural land, tenancy, construction of a building project, or purchase of a policy-based property shall be determined according to the jurisdiction over a real estate dispute.

For registered real estate, the location recorded in the real estate register shall be the place where the real estate is located; and for unregistered real estate, the place where the real estate is actually located shall be the place where the real estate is located.

Article 29 As mentioned in Article 34 of the Civil Procedure Law, "written agreement" means the jurisdiction clauses in a written contract and a written agreement on choice of jurisdiction reached before litigation.

Article 30 Where the court having jurisdiction can be determined according to a jurisdiction agreement when an action is instituted, the agreement shall prevail; otherwise, the jurisdiction over the action shall be determined in accordance with the relevant provisions of the Civil Procedure Law.

Where a jurisdiction agreement provides that two or more people's courts at places with substantial connection to a dispute shall have jurisdiction over the dispute, the plaintiff may institute an action in one of the people's courts.

Article 31 Where, after a business enters into a jurisdiction agreement with a consumer by using standard clauses without reminding in appropriate manners the consumer to pay attention to such clauses, the consumer claims the nullification of the jurisdiction agreement, the claim shall be supported by the people's court.

申请人、利害关系人造成损失引起的诉讼，由采取保全措施的人民法院管辖。

当事人申请诉前保全后在法定期间内起诉或者申请仲裁，被申请人、利害关系人因保全受到损失提起的诉讼，由受理起诉的人民法院或者采取保全措施的人民法院管辖。

第二十八条　民事诉讼法第三十三条第一项规定的不动产纠纷是指因不动产的权利确认、分割、相邻关系等引起的物权纠纷。

农村土地承包经营合同纠纷、房屋租赁合同纠纷、建设工程施工合同纠纷、政策性房屋买卖合同纠纷，按照不动产纠纷确定管辖。

不动产已登记的，以不动产登记簿记载的所在地为不动产所在地；不动产未登记的，以不动产实际所在地为不动产所在地。

第二十九条　民事诉讼法第三十四条规定的书面协议，包括书面合同中的协议管辖条款或者诉讼前以书面形式达成的选择管辖的协议。

第三十条　根据管辖协议，起诉时能够确定管辖法院的，从其约定；不能确定的，依照民事诉讼法的相关规定确定管辖。

管辖协议约定两个以上与争议有实际联系的地点的人民法院管辖，原告可以向其中一个人民法院起诉。

第三十一条　经营者使用格式条款与消费者订立管辖协议，未采取合理方式提请消费者注意，消费者主张管辖协议无效的，人民法院应予支持。

Article 32 Where a jurisdiction agreement provides that the people's court at the place of domicile of one party has jurisdiction, but the place of domicile of the party changes after the agreement is concluded, the people's court at the place of domicile of the party when the agreement is concluded shall have jurisdiction, unless the parties agree otherwise.

Article 33 When a contract is assigned, the jurisdiction agreement on the contract shall bind the assignee, unless the assignee is not aware of the jurisdiction agreement at the time of assignment or it is otherwise agreed on in the assignment agreement and the other party in the contract consents.

Article 34 Where the parties to a property dispute that arises when they cohabit or after their marital relationship or adoptive relationship is dissolved reach a jurisdiction agreement, the jurisdiction over the case may be determined in accordance with the provision of Article 34 of the Civil Procedure Law.

Article 35 Where a party fails to respond to an action upon expiry of the period for submitting a statement of defense, if the people's court of first instance finds before holding a court session that the case is not under its jurisdiction, it shall issue a ruling to transfer the case to the people's court having jurisdiction over the case.

Article 36 Where two or more people's courts have jurisdiction over an action, the people's court that firstly dockets the case shall not transfer the case to any other people's court having jurisdiction. If a people's court finds out before docketing a case that the case has been docketed by another people's court having jurisdiction, it shall docket the case again; and if it finds out after docketing the case that another competent people's court having jurisdiction has docketed the case before it, it shall issue a ruling to transfer the case to the people's court docketing the case before it.

Article 37 After a case is accepted, the jurisdiction of the people's court accepting the action shall not be affected by any change in the place of domicile or place of habitual residence of a party.

Article 38 After a people's court having jurisdiction accepts a case, it shall not, on the ground of adjustment of administrative areas, transfer the case to the people's court having jurisdiction after such adjustment. An appellate case after adjudication or a case retried under the trial supervision procedure shall be tried by the people's court at a higher level of the original trial people's court. A case ordered or remanded by the

第三十二条　管辖协议约定由一方当事人住所地人民法院管辖，协议签订后当事人住所地变更的，由签订管辖协议时的住所地人民法院管辖，但当事人另有约定的除外。

第三十三条　合同转让的，合同的管辖协议对合同受让人有效，但转让时受让人不知道有管辖协议，或者转让协议另有约定且原合同相对人同意的除外。

第三十四条　当事人因同居或者在解除婚姻、收养关系后发生财产争议，约定管辖的，可以适用民事诉讼法第三十四条规定确定管辖。

第三十五条　当事人在答辩期间届满后未应诉答辩，人民法院在一审开庭前，发现案件不属于本院管辖的，应当裁定移送有管辖权的人民法院。

第三十六条　两个以上人民法院都有管辖权的诉讼，先立案的人民法院不得将案件移送给另一个有管辖权的人民法院。人民法院在立案前发现其他有管辖权的人民法院已先立案的，不得重复立案；立案后发现其他有管辖权的人民法院已先立案的，裁定将案件移送给先立案的人民法院。

第三十七条　案件受理后，受诉人民法院的管辖权不受当事人住所地、经常居住地变更的影响。

第三十八条　有管辖权的人民法院受理案件后，不得以行政区域变更为由，将案件移送给变更后有管辖权的人民法院。判决后的上诉案件和依审判监督程序提审的案件，由原审人民法院的上级人民法院进行审判；上级人民法院指令再审、发回

people's court at a higher level for retrial shall be retried by the original trial people's court.

Article 39 Where a people's court is determined to have jurisdiction upon examination of an objection to jurisdiction, the jurisdiction shall not be changed because a party files a counterclaim, adds any new claim or modifies its claims, unless the provisions regarding hierarchical jurisdiction and exclusive jurisdiction are violated.

For a case remanded for retrial or retried under the procedure at first instance by a people's court, where a party raises an objection to jurisdiction, the people's court will not examine it.

Article 40 In accordance with the provision of paragraph 2, Article 37 of the Civil Procedure Law, where two people's courts with a dispute over jurisdiction request their common superior to specify jurisdiction after their consultations fail, if both courts are basic people's courts in the same district of a prefecture or city, the intermediate people's court of the prefecture or city shall specify jurisdiction in a timely manner; if both courts are people's courts in the same province, autonomous region or municipality directly under the Central Government, the higher people's court of the province, autonomous region or municipality directly under the Central Government shall specify jurisdiction in a timely manner; if both courts are in different provinces, autonomous regions or municipalities directly under the Central Government, and the consultation between the higher people's courts fails, the Supreme People's Court shall specify jurisdiction in a timely manner.

When a request is made to the superior to specify jurisdiction under the preceding paragraph, it shall be made level by level.

Article 41 Where a people's court specifies jurisdiction under paragraph 2, Article 37 of the Civil Procedure Law, it shall issue a ruling thereon.

Where a case is reported to a people's court at a higher level for specification of jurisdiction, a people's court shall suspend the trial. Where the people's court issues a judgment or ruling before a ruling to specify jurisdiction is issued, the people's court at a higher level shall revoke the judgment or ruling when issuing a ruling to specify jurisdiction.

Article 42 A people's court may, before trial, transfer a first instance civil case under any of the following circumstances to a people's court at a

重审的案件，由原审人民法院再审或者重审。

第三十九条　人民法院对管辖异议审查后确定有管辖权的，不因当事人提起反诉、增加或者变更诉讼请求等改变管辖，但违反级别管辖、专属管辖规定的除外。

人民法院发回重审或者按第一审程序再审的案件，当事人提出管辖异议的，人民法院不予审查。

第四十条　依照民事诉讼法第三十七条第二款规定，发生管辖权争议的两个人民法院因协商不成报请它们的共同上级人民法院指定管辖时，双方为同属一个地、市辖区的基层人民法院的，由该地、市的中级人民法院及时指定管辖；同属一个省、自治区、直辖市的两个人民法院的，由该省、自治区、直辖市的高级人民法院及时指定管辖；双方为跨省、自治区、直辖市的人民法院，高级人民法院协商不成的，由最高人民法院及时指定管辖。

依照前款规定报请上级人民法院指定管辖时，应当逐级进行。

第四十一条　人民法院依照民事诉讼法第三十七条第二款规定指定管辖的，应当作出裁定。

对报请上级人民法院指定管辖的案件，下级人民法院应当中止审理。指定管辖裁定作出前，下级人民法院对案件作出判决、裁定的，上级人民法院应当在裁定指定管辖的同时，一并撤销下级人民法院的判决、裁定。

第四十二条　下列第一审民事案件，人民法院依照民事诉讼法第三十八条第一

lower level for trial in accordance with the provision of paragraph 1, Article 38 of the Civil Procedure Law:

(1) A case concerning a debtor in the bankruptcy procedure.

(2) A case involving numerous parties who are inconvenient to institute actions.

(3) A case of any other type as determined by the Supreme People's Court.

Before transferring such a case to a people's court at a lower level for trial, a people's court shall report the situation to a people's court at a higher level for approval. Upon approval, the people's court shall issue a ruling to transfer the case to the people's court at a lower level for trial.

II. Disqualification

Article 43 Under any of the following circumstances, a judge shall voluntarily disqualify himself or herself, and a party shall be entitled to request disqualification of such a judge:

(1) The judge is a party to the case or is a close relative of a party to the case.

(2) The judge or a close relative thereof is an interested party to the case.

(3) The judge once acted as a witness, identification or evaluation expert, defender, litigation representative, or interpreter of the case.

(4) The judge is a close relative of a litigation representative in the case.

(5) The judge or a close relative thereof holds shares or equities in an unlisted company which is a party to the case.

(6) The judge has any other interested relationship with a party to a case or a litigation representative thereof, which may affect the impartial trial of the case.

Article 44 A party shall be entitled to request disqualification of a judge under any of the following circumstances:

(1) The judge accepts any treat from a party to the case or an agent thereof or attends any activity sponsored by a party to the case or an agent thereof.

款规定，可以在开庭前交下级人民法院审理：

（一）破产程序中有关债务人的诉讼案件；

（二）当事人人数众多且不方便诉讼的案件；

（三）最高人民法院确定的其他类型案件。

人民法院交下级人民法院审理前，应当报请其上级人民法院批准。上级人民法院批准后，人民法院应当裁定将案件交下级人民法院审理。

二、回避

第四十三条　审判人员有下列情形之一的，应当自行回避，当事人有权申请其回避：

（一）是本案当事人或者当事人近亲属的；

（二）本人或者其近亲属与本案有利害关系的；

（三）担任过本案的证人、鉴定人、辩护人、诉讼代理人、翻译人员的；

（四）是本案诉讼代理人近亲属的；

（五）本人或者其近亲属持有本案非上市公司当事人的股份或者股权的；

（六）与本案当事人或者诉讼代理人有其他利害关系，可能影响公正审理的。

第四十四条　审判人员有下列情形之一的，当事人有权申请其回避：

（一）接受本案当事人及其受托人宴请，或者参加由其支付费用的活动的；

(2) The judge extorts or accepts any property or other benefit from a party to the case or an agent thereof.

(3) The judge meets a party to the case or the litigation representative thereof in violation of rules.

(4) The judge recommends or introduces a litigation representative to a party to the case or introduces the case to a lawyer or any other person for handling.

(5) The judge borrows money or any other property from a party to the case or an agent thereof.

(6) Any other improper conduct which may affect the impartial trial of the case.

Article 45 A judge who once participated in the trial of a case under one trial procedure may not participate in the trial of the case under another procedure.

However, for a case remanded for retrial, the members of the collegial panel under the original second-instance procedure shall not be subject to the restriction mentioned in the preceding paragraph, provided that the case enters again the second-instance procedure after the court of first instance adjudicates the case.

Article 46 Where a judge who shall disqualify himself/herself fails to do so and none of the parties applies for disqualification of the judge, the president or the judicial committee of the people's court shall decide to disqualify the judge.

Article 47 A people's court shall notify the parties to a case of their right to apply for disqualification of any member of the collegial panel, the sole judge or the clerk.

Article 48 As mentioned in Article 44 of the Civil Procedure Law, "judge" includes the president, vice presidents, members of the judicial committee, division chief judges, associate chief judges, judges, assistant judges, and people's assessors of a people's court at any level.

Article 49 The relevant provisions on the disqualification of judges shall apply to clerks and executors.

III. Primary Litigation Participants

（二）索取、接受本案当事人及其受托人财物或者其他利益的；

（三）违反规定会见本案当事人、诉讼代理人的；

（四）为本案当事人推荐、介绍诉讼代理人，或者为律师、其他人员介绍代理本案的；

（五）向本案当事人及其受托人借用款物的；

（六）有其他不正当行为，可能影响公正审理的。

第四十五条 在一个审判程序中参与过本案审判工作的审判人员，不得再参与该案其他程序的审判。

发回重审的案件，在一审法院作出裁判后又进入第二审程序的，原第二审程序中合议庭组成人员不受前款规定的限制。

第四十六条 审判人员有应当回避的情形，没有自行回避，当事人也没有申请其回避的，由院长或者审判委员会决定其回避。

第四十七条 人民法院应当依法告知当事人对合议庭组成人员、独任审判员和书记员等人员有申请回避的权利。

第四十八条 民事诉讼法第四十四条所称的审判人员，包括参与本案审理的人民法院院长、副院长、审判委员会委员、庭长、副庭长、审判员、助理审判员和人民陪审员。

第四十九条 书记员和执行员适用审判人员回避的有关规定。

三、诉讼参加人

Article 50 The legal representative of a legal person shall be the one as legally registered, unless it is otherwise prescribed by any law. For a legal person not required to be registered, the principal person in charge of it shall be its legal representative; in the absence of the principal person in charge, the deputy person in charge shall be its legal representative.

Where the legal representative is changed but the registration thereof has not been completed yet, if the new legal representative requests the old legal representative to participate in the action, the people's court may grant permission.

For any other organization, its principal responsible person shall be its legal representative.

Article 51 Where the legal representative of a legal person changes in an action, the new legal representative shall continue to participate in the action, and the identity certificate of the new legal representative shall be submitted to the people's court. The litigation conduct of the old legal representative shall bind.

The preceding paragraph shall apply in an action involving the participation of any other organization.

Article 52 As mentioned in Article 48 of the Civil Procedure Law, "other organizations" means organizations that are lawfully established, have certain organizational frameworks and property but do not have the legal person status, including:

(1) Sole proprietorships that have been registered and obtained business licenses according to the law.

(2) Partnership enterprises that have been registered and obtained business licenses according to the law.

(3) Chinese-foreign contractual joint ventures and foreign-funded enterprises that have been registered and obtained business licenses according to the law.

(4) Lawfully formed branch offices and representative offices of social organizations.

(5) Legal persons' lawfully formed branch offices that have obtained business licenses according to the law.

第五十条　法人的法定代表人以依法登记的为准，但法律另有规定的除外。依法不需要办理登记的法人，以其正职负责人为法定代表人；没有正职负责人的，以其主持工作的副职负责人为法定代表人。

法定代表人已经变更，但未完成登记，变更后的法定代表人要求代表法人参加诉讼的，人民法院可以准许。

其他组织，以其主要负责人为代表人。

第五十一条　在诉讼中，法人的法定代表人变更的，由新的法定代表人继续进行诉讼，并应向人民法院提交新的法定代表人身份证明书。原法定代表人进行的诉讼行为有效。

前款规定，适用于其他组织参加的诉讼。

第五十二条　民事诉讼法第四十八条规定的其他组织是指合法成立、有一定的组织机构和财产，但又不具备法人资格的组织，包括：

（一）依法登记领取营业执照的个人独资企业；

（二）依法登记领取营业执照的合伙企业；

（三）依法登记领取我国营业执照的中外合作经营企业、外资企业；

（四）依法成立的社会团体的分支机构、代表机构；

（五）依法设立并领取营业执照的法人的分支机构；

(6) Commercial banks', policy banks' and non-banking financial institutions' lawfully formed branch offices that have obtained business licenses according to the law.

(7) Township enterprises and neighborhood enterprises that have been registered and obtained business licenses according to the law.

(8) Other organizations that meet the conditions set out in this Article.

Article 53 For a branch office not lawfully formed by a legal person or a lawfully formed branch office that has not obtained the business license, the legal person forming it shall be a party to the case.

Article 54 Where a party conducts civil activities in the name of another party, if a party requests that both of the two to assume civil liability according to the law, the two parties shall be co-litigants.

Article 55 Where, in an action, a party dies and it is necessary to wait for his or her successors to indicate whether they will participate in the action, the people's court shall issue a ruling to suspend the action. The people's court shall notify the successors to participate in the action as the parties to the case, and the litigation conduct of the deceased shall bind the successors that participate in the action.

Article 56 Where an employee of a legal person or any other organization causes any harm to another person in the execution of his or her work duty, the legal person or other organization shall be a party to the case.

Article 57 Where the party providing labor services causes any harm to another person as the result of the labor services, the party receiving labor services shall be the defendant in the action instituted by the victim.

Article 58 Where, during the period of employment secondment, a seconded worker causes any harm to another person in the execution of his or her work duty, the receiver of the seconded worker shall be a party to the case. If the party claims that the supplier of the seconded worker shall assume liability, the supplier of the seconded worker shall be a co-defendant.

Article 59 In an action, the business operator registered on the business license of an individual industrial and commercial household shall be a party to the case. If the individual industrial and commercial household has a trade name, the trade name registered on the business license shall be

（六）依法设立并领取营业执照的商业银行、政策性银行和非银行金融机构的分支机构；

（七）经依法登记领取营业执照的乡镇企业、街道企业；

（八）其他符合本条规定条件的组织。

第五十三条　法人非依法设立的分支机构，或者虽依法设立，但没有领取营业执照的分支机构，以设立该分支机构的法人为当事人。

第五十四条　以挂靠形式从事民事活动，当事人请求由挂靠人和被挂靠人依法承担民事责任的，该挂靠人和被挂靠人为共同诉讼人。

第五十五条　在诉讼中，一方当事人死亡，需要等待继承人表明是否参加诉讼的，裁定中止诉讼。人民法院应当及时通知继承人作为当事人承担诉讼，被继承人已经进行的诉讼行为对承担诉讼的继承人有效。

第五十六条　法人或者其他组织的工作人员执行工作任务造成他人损害的，该法人或者其他组织为当事人。

第五十七条　提供劳务一方因劳务造成他人损害，受害人提起诉讼的，以接受劳务一方为被告。

第五十八条　在劳务派遣期间，被派遣的工作人员因执行工作任务造成他人损害的，以接受劳务派遣的用工单位为当事人。当事人主张劳务派遣单位承担责任的，该劳务派遣单位为共同被告。

第五十九条　在诉讼中，个体工商户以营业执照上登记的经营者为当事人。有字号的，以营业执照上登记的字号为当事

a party to the case, provided that the basic information about the business operator of the trade name shall be stated.

If the business operator registered on the business license is inconsistent with the actual business operator, the registered business operator and the actual business operator shall be co-litigants.

Article 60 In an action, all partners of an individual partnership that has not been registered and obtained a business license according to the law shall be parties to the joint action. If the individual partnership has a trade name approved and registered according to the law, the registered trade name shall be specified in legal documents. All partners may recommend a representative or representatives, for which a letter of recommendation shall be issued.

Article 61 Where the parties to a dispute reach a mediation agreement upon the mediation of the people's mediation committee, but one party fails to perform the mediation agreement and the other party institutes an action in a people's court, the opposing party shall be the defendant.

Article 62 Under any of the following circumstances, the actor shall be a party to the case:

(1) Without registering a legal person or any other organization as required, the actor conducts civil activities in the name of the legal person or other organization.

(2) The actor conducts civil activities in the name of the principal without authorization, beyond authorization or after the termination of authorization, unless the other party has reason to believe that the actor has authorization.

(3) After a legal person or any other organization is terminated according to the law, the actor still conducts civil activities in its name.

Article 63 In the combination of an enterprise legal person, for a dispute arising from a civil activity conducted before the combination, the enterprise after the combination shall be a party to the case; in the division of an enterprise legal person, for a dispute arising from a civil activity conducted before the division, the enterprises after the division shall be co-litigants.

Article 64 In the dissolution of an enterprise legal person, before it is liquidated and deregistered according to the law, the enterprise legal

人，但应同时注明该字号经营者的基本信息。

营业执照上登记的经营者与实际经营者不一致的，以登记的经营者和实际经营者为共同诉讼人。

第六十条　在诉讼中，未依法登记领取营业执照的个人合伙的全体合伙人为共同诉讼人。个人合伙有依法核准登记的字号的，应在法律文书中注明登记的字号。全体合伙人可以推选代表人；被推选的代表人，应由全体合伙人出具推选书。

第六十一条　当事人之间的纠纷经人民调解委员会调解达成协议后，一方当事人不履行调解协议，另一方当事人向人民法院提起诉讼的，应以对方当事人为被告。

第六十二条　下列情形，以行为人为当事人：

（一）法人或者其他组织应登记而未登记，行为人即以该法人或者其他组织名义进行民事活动的；

（二）行为人没有代理权、超越代理权或者代理权终止后以被代理人名义进行民事活动的，但相对人有理由相信行为人有代理权的除外；

（三）法人或者其他组织依法终止后，行为人仍以其名义进行民事活动的。

第六十三条　企业法人合并的，因合并前的民事活动发生的纠纷，以合并后的企业为当事人；企业法人分立的，因分立前的民事活动发生的纠纷，以分立后的企业为共同诉讼人。

第六十四条　企业法人解散的，依法清算并注销前，以该企业法人为当事人；

person shall be a party to the case; if it is deregistered without liquidation, its shareholder, promoter or capital contributor shall be a party to the case.

Article 65 For the lending of a business letter of introduction, special seal for contractual uses, blank sealed contract or bank account, the lending entity and the borrowing entity shall be co-litigants.

Article 66 For an action instituted for a guarantee contract dispute, where the creditor claims its rights against the guarantor and the warrantee, the people's court shall take the guarantor and the warrantee as co-defendants; if the guarantee contract is about a general guarantee and the creditor sues only against the guarantor, the people's court shall notify the warrantee to participate in the action as a codefendant; and if the creditor sues only against the warrantee, the people's court may only take the warrantee as the defendant.

Article 67 Where a person without civil competency or with limited civil competency causes damage to others, the person and the guardian thereof shall be co-defendants.

Article 68 For a civil dispute between a villagers' committee or a villagers' group and another party, the villagers' committee or the villagers' group shall be a party to the case, provided that, in case of the villagers' group, it shall have independent property.

Article 69 For an action instituted against an infringement upon the body, bone, name, image, reputation, honor or privacy of the deceased, a close relative of the deceased shall be a party to the case.

Article 70 For an action instituted for an inheritance dispute, where only some of the inheritors institute the action, the people's court shall notify other inheritors to participate in the action as co-plaintiffs; if any inheritors as notified are not willing to participate in the action but do not clearly renounce their substantial rights, the people's court shall still take them as co-plaintiffs.

Article 71 Where the plaintiff institutes an action against the principal and the agent, requesting them to assume joint and several liability, the principal and the agent shall be co-defendants.

Article 72 If, after the right to a common property is damaged by another person, only some of the common property right holders institute an action, other common property right holders shall be taken as co-litigants.

未依法清算即被注销的，以该企业法人的股东、发起人或者出资人为当事人。

第六十五条　借用业务介绍信、合同专用章、盖章的空白合同书或者银行账户的，出借单位和借用人为共同诉讼人。

第六十六条　因保证合同纠纷提起的诉讼，债权人向保证人和被保证人一并主张权利的，人民法院应当将保证人和被保证人列为共同被告。保证合同约定为一般保证，债权人仅起诉保证人的，人民法院应当通知被保证人作为共同被告参加诉讼；债权人仅起诉被保证人的，可以只列被保证人为被告。

第六十七条　无民事行为能力人、限制民事行为能力人造成他人损害的，无民事行为能力人、限制民事行为能力人和其监护人为共同被告。

第六十八条　村民委员会或者村民小组与他人发生民事纠纷的，村民委员会或者有独立财产的村民小组为当事人。

第六十九条　对侵害死者遗体、遗骨以及姓名、肖像、名誉、荣誉、隐私等行为提起诉讼的，死者的近亲属为当事人。

第七十条　在继承遗产的诉讼中，部分继承人起诉的，人民法院应通知其他继承人作为共同原告参加诉讼；被通知的继承人不愿意参加诉讼又未明确表示放弃实体权利的，人民法院仍应将其列为共同原告。

第七十一条　原告起诉被代理人和代理人，要求承担连带责任的，被代理人和代理人为共同被告。

第七十二条　共有财产权受到他人侵害，部分共有权人起诉的，其他共有权人为共同诉讼人。

Article 73 Where a party who must participate in a joint action fails to participate in the action, the people's court shall notify the party to participate in the action in accordance with the provision of Article 132 of the Civil Procedure Law, and the party may also request for adding it as a party. The people's court shall examine such a request. If the ground is tenable, the people's court shall issue a ruling to dismiss the request; if the ground is not tenable, the people's court shall notify in writing the added party to participate in the action.

Article 74 When adding a party to a joint action, the people's court shall notify the other parties. Where a party that shall be added as a plaintiff has expressly renounced its substantial rights, it is permitted to not add the party. A party that is unwilling to participate in the action yet refuses to renounce its substantial rights shall still be added as a co-plaintiff, and its absence in the action will not affect the people's court's trial and judgment of the case.

Article 75 As mentioned in Articles 53, 54 and 199 of the Civil Procedure Law, "numerous" generally means ten or more persons.

Article 76 In accordance with the provision of Article 53 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is certain when the action is instituted, all of such parties may recommend their common representatives, or some of such parties may recommend their own representatives. For parties that cannot select representatives, they may participate by themselves in a necessary joint action, or may institute another action in a common joint action.

Article 77 In accordance with the provision of Article 54 of the Civil Procedure Law, where the parties on one side of an action are numerous but the exact number of such parties is uncertain when the action is instituted, the parties shall recommend representatives. If they cannot recommend one, the people's court may propose one and decide upon consultation with the parties; if such consultation fails, the people's court may specify one among the parties instituting the action.

Article 78 The "representatives" as mentioned in Articles 53 and 54 of the Civil Procedure Law shall be two to five persons, and each representative may have one or two litigation representatives.

第七十三条　必须共同进行诉讼的当事人没有参加诉讼的，人民法院应当依照民事诉讼法第一百三十二条的规定，通知其参加；当事人也可以向人民法院申请追加。人民法院对当事人提出的申请，应当进行审查，申请理由不成立的，裁定驳回；申请理由成立的，书面通知被追加的当事人参加诉讼。

第七十四条　人民法院追加共同诉讼的当事人时，应当通知其他当事人。应当追加的原告，已明确表示放弃实体权利的，可不予追加；既不愿意参加诉讼，又不放弃实体权利的，仍应追加为共同原告，其不参加诉讼，不影响人民法院对案件的审理和依法作出判决。

第七十五条　民事诉讼法第五十三条、第五十四条和第一百九十九条规定的人数众多，一般指十人以上。

第七十六条　依照民事诉讼法第五十三条规定，当事人一方人数众多在起诉时确定的，可以由全体当事人推选共同的代表人，也可以由部分当事人推选自己的代表人；推选不出代表人的当事人，在必要的共同诉讼中可以自己参加诉讼，在普通的共同诉讼中可以另行起诉。

第七十七条　根据民事诉讼法第五十四条规定，当事人一方人数众多在起诉时不确定的，由当事人推选代表人。当事人推选不出的，可以由人民法院提出人选与当事人协商；协商不成的，也可以由人民法院在起诉的当事人中指定代表人。

第七十八条　民事诉讼法第五十三条和第五十四条规定的代表人为二至五人，每位代表人可以委托一至二人作为诉讼代理人。

Article 79 For a case accepted under Article 54 of the Civil Procedure Law, the people's court may publish a notice to notify right holders to register with the people's court. The period of notification shall be determined in view of the specific circumstances of the case, but may not be less than 30 days.

Article 80 A right holder registered with the people's court under Article 54 of the Civil Procedure Law shall prove his legal relationship with the opposing party and the damage he has suffered from. If he fails to do so, registration will not be granted, and he may institute a separate action. The judgment made by the people's court shall be enforced within the scope of registration. When a right holder that has not been registered institutes an action, the people's court shall issue a ruling to apply the judgment or ruling issued by the people's court if upholding his claim.

Article 81 In accordance with the provision of Article 56 of the Civil Procedure Law, a third party with an independent claim shall have the right to submit claims, facts and basis to the people's court and become a party to the case, while a third party without an independent claim may participate in the action upon his request or the notification of the people's court.

Where a third party not participating in the action under the procedure at first instance applies to participate in the procedure at second instance, the people's court may grant permission.

Article 82 In an action of first instance, a third party without an independent claim shall have no right to raise an objection to jurisdiction and shall have no right to relinquish or modify its claims or request for withdrawal of the action, but shall have the right to file an appeal if being ordered to assume civil liability.

Article 83 In an action, the guardian of a person without civil competency or with limited civil competencyshall be his legal representative. If the guardian has not been determined in advance, the persons qualified for guardianship may determine one upon consultation; if such consultation fails, the people's court shall specify one of them as the person's legal representative in the action. If there is no such guardian as prescribed in paragraph 1 or 2, Article 16 or paragraph 1, Article 17 of the General Principles of the Civil Law for the party, the people's court may specify a relevant organization prescribed in paragraph 4, Article 16 or paragraph 3, Article 17 of the General Principles of the Civil Law to act as the legal representative in the action.

第七十九条 依照民事诉讼法第五十四条规定受理的案件，人民法院可以发出公告，通知权利人向人民法院登记。公告期间根据案件的具体情况确定，但不得少于三十日。

第八十条 根据民事诉讼法第五十四条规定向人民法院登记的权利人，应当证明其与对方当事人的法律关系和所受到的损害。证明不了的，不予登记，权利人可以另行起诉。人民法院的裁判在登记的范围内执行。未参加登记的权利人提起诉讼，人民法院认定其请求成立的，裁定适用人民法院已作出的判决、裁定。

第八十一条 根据民事诉讼法第五十六条的规定，有独立请求权的第三人有权向人民法院提出诉讼请求和事实、理由，成为当事人；无独立请求权的第三人，可以申请或者由人民法院通知参加诉讼。

第一审程序中未参加诉讼的第三人，申请参加第二审程序的，人民法院可以准许。

第八十二条 在一审诉讼中，无独立请求权的第三人无权提出管辖异议，无权放弃、变更诉讼请求或者申请撤诉，被判决承担民事责任的，有权提起上诉。

第八十三条 在诉讼中，无民事行为能力人、限制民事行为能力人的监护人是他的法定代理人。事先没有确定监护人的，可以由有监护资格的人协商确定；协商不成的，由人民法院在他们之中指定诉讼中的法定代理人。当事人没有民法通则第十六条第一款、第二款或者第十七条第一款规定的监护人的，可以指定该法第十六条第四款或者第十七条第三款规定的有关组织担任诉讼中的法定代理人。

Article 84 A party may not authorize a person without civil competency or with limited civil competencyor any other party prohibited by the law to act as a legal representative to act as its legal representative.

Article 85 In accordance with the provision of paragraph 2(2), Article 58 of the Civil Procedure Law, a relative with a spousal relationship, lineal consanguinity, collateral consanguinity within three generations, close affinity, or maintenance or support relationship with a party may act as the litigation representative of the party in the name of a close relative of the party.

Article 86 In accordance with the provision of paragraph 2(2), Article 58 of the Civil Procedure Law, an employee with a lawful labor relationship with a party may act as the litigation representative of the party in the name of the party's employee.

Article 87 In accordance with the provision of paragraph 2(3), Article 58 of the Civil Procedure Law, the following conditions shall be met when a relevant social group recommends a citizen to act as A legal representative:

(1) The social group is a non-profit incorporated organization lawfully registered and formed or lawfully exempted from registration.

(2) The represented party is a member of the social group, or the place of domicile of one party to the case is within the activity area of the social group.

(3) The matter is within the scope of business as indicated in the articles of association of the social group.

(4) The recommended citizen is the person in charge of the social group or an employee that has a legal labor relationship with the social group.

If recommended by All-China Patent Agents Association, a patent agency may act as a litigation representative in a case of patent dispute.

Article 88 A litigation representative shall submit relevant materials to the people's court according to the following provisions in addition to the power of attorney required by Article 59 of the Civil Procedure Law:

第八十四条　无民事行为能力人、限制民事行为能力人以及其他依法不能作为诉讼代理人的，当事人不得委托其作为诉讼代理人。

第八十五条　根据民事诉讼法第五十八条第二款第二项规定，与当事人有夫妻、直系血亲、三代以内旁系血亲、近姻亲关系以及其他有抚养、赡养关系的亲属，可以当事人近亲属的名义作为诉讼代理人。

第八十六条　根据民事诉讼法第五十八条第二款第二项规定，与当事人有合法劳动人事关系的职工，可以当事人工作人员的名义为诉讼代理人。

第八十七条　根据民事诉讼法第五十八条第二款第三项规定，有关社会团体推荐公民担任诉讼代理人的，应当符合下列条件：

（一）社会团体属于依法登记设立或者依法免予登记设立的非营利性法人组织；

（二）被代理人属于该社会团体的成员，或者当事人一方住所地位于该社会团体的活动地域；

（三）代理事务属于该社会团体章程载明的业务范围；

（四）被推荐的公民是该社会团体的负责人或者与该社会团体有合法劳动人事关系的工作人员。

专利代理人经中华全国专利代理人协会推荐，可以在专利纠纷案件中担任诉讼代理人。

第八十八条　诉讼代理人除根据民事诉讼法第五十九条规定提交授权委托书外，还应当按照下列规定向人民法院提交相关材料：

(1) A lawyer shall submit his legal professional qualification certificate and the certification documents on his law firm.

（一）律师应当提交律师执业证、律师事务所证明材料；

(2) A basic-level legal service worker shall submit his practice certificate, a reference letter issued by the basic-level legal service office, and the certification documents on the fact that one party to the case is within its jurisdiction.

（二）基层法律服务工作者应当提交法律服务工作者执业证、基层法律服务所出具的介绍信以及当事人一方位于本辖区内的证明材料；

(3) A close relative of the party shall submit his identity certificate and the certification documents on the fact that he is a close relative of the party.

（三）当事人的近亲属应当提交身份证件和与委托人有近亲属关系的证明材料；

(4) An employee of the party shall submit his identity certificate and the certification documents on his legal labor relationship with the party.

（四）当事人的工作人员应当提交身份证件和与当事人有合法劳动人事关系的证明材料；

(5) A citizen recommended by the community or employer of the party shall submit his identity certificate, the recommendation materials, and the certification documents on the fact that the party belongs to the community or employer.

（五）当事人所在社区、单位推荐的公民应当提交身份证件、推荐材料和当事人属于该社区、单位的证明材料；

(6) A citizen recommended by a relevant social group shall submit his identity certificate and the certification materials on satisfaction of the conditions as set out in Article 87 of this Interpretation.

（六）有关社会团体推荐的公民应当提交身份证件和符合本解释第八十七条规定条件的证明材料。

Article 89 The power of attorney to be submitted by a party to the people's court shall be submitted before the court session. If the power of attorney only states the words "general agency" without a specific authorization, the litigation representative shall have no right to admit, waive or alter claims, conduct mediation, or file a counterclaim or appeal for the party.

第八十九条　当事人向人民法院提交的授权委托书，应当在开庭审理前送交人民法院。授权委托书仅写"全权代理"而无具体授权的，诉讼代理人无权代为承认、放弃、变更诉讼请求，进行和解，提出反诉或者提起上诉。

For a case tried under summary procedure, where both parties appear before the court at the same time and a court session is held to try the case, they may retain litigation representatives verbally on the spot, which shall be included in the transcripts by the people's court.

适用简易程序审理的案件，双方当事人同时到庭并径行开庭审理的，可以当场口头委托诉讼代理人，由人民法院记入笔录。

IV. Evidence

四、证据

Article 90 A party shall provide evidence to prove the facts on which his claims are based or to repudiate the facts on which the claims of the opposing party are based, unless it is otherwise prescribed by any law.

第九十条　当事人对自己提出的诉讼请求所依据的事实或者反驳对方诉讼请求所依据的事实，应当提供证据加以证明，但法律另有规定的除外。

Where a party fails to provide evidence or the evidence provided is insufficient to support his claims before a judgment is entered, the party bearing the burden of proof shall take the adverse consequences.

在作出判决前，当事人未能提供证据或者证据不足以证明其事实主张的，由负有举证证明责任的当事人承担不利的后果。

Article 91 A people's court shall determine the carrying of burden of proof under the following principles, unless it is otherwise prescribed by any law:

(1) A party claiming the existence of a legal relationship shall carry the burden of proof on the basic facts giving rise to the legal relationship.

(2) A party claiming the modification or extinction of a legal relationship or the impairment of a right shall carry the burden of proof on the basic facts about the modification or extinction of a legal relationship or the impairment of a right.

Article 92 Where one party expressly acknowledges the facts unfavorable to it in a court session or in such a written material as the written complaint, written statement of defense or statement of attorney, the other party does not need to provide proof.

For facts concerning an identity relationship, national interests or public interests which the people's court shall investigate into based on their powers and functions, the preceding paragraph shall not apply.

Where the facts acknowledged by a party are inconsistent with the facts verified, the people's court will not confirm them.

Article 93 A party need not provide evidence for the following facts:

(1) Natural laws and theorems.

(2) Facts known to all.

(3) Facts deduced from legal provisions.

(4) Facts established on the basis of known facts and daily life experience.

(5) Facts confirmed by effective rulings issued by people's courts.

(6) Facts confirmed by effective awards rendered by arbitration agencies.

(7) Facts proven by effective notarization documents.

The facts mentioned in items (2) through (4) shall be excluded if the party has contrary evidence which suffices to refute, and the facts mentioned in

第九十一条　人民法院应当依照下列原则确定举证证明责任的承担，但法律另有规定的除外：

（一）主张法律关系存在的当事人，应当对产生该法律关系的基本事实承担举证证明责任；

（二）主张法律关系变更、消灭或者权利受到妨害的当事人，应当对该法律关系变更、消灭或者权利受到妨害的基本事实承担举证证明责任。

第九十二条　一方当事人在法庭审理中，或者在起诉状、答辩状、代理词等书面材料中，对于己不利的事实明确表示承认的，另一方当事人无需举证证明。

对于涉及身份关系、国家利益、社会公共利益等应当由人民法院依职权调查的事实，不适用前款自认的规定。

自认的事实与查明的事实不符的，人民法院不予确认。

第九十三条　下列事实，当事人无须举证证明：

（一）自然规律以及定理、定律；

（二）众所周知的事实；

（三）根据法律规定推定的事实；

（四）根据已知的事实和日常生活经验法则推定出的另一事实；

（五）已为人民法院发生法律效力的裁判所确认的事实；

（六）已为仲裁机构生效裁决所确认的事实；

（七）已为有效公证文书所证明的事实。

前款第二项至第四项规定的事实，当事人有相反证据足以反驳的除外；第五项至第

items (5) through (7) shall be excluded if the party has contrary evidence which suffices to overturn.

七项规定的事实，当事人有相反证据足以推翻的除外。

Article 94 The evidence which a party and its litigation representative are unable to collect for some objective reasonsas mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes:

第九十四条　民事诉讼法第六十四条第二款规定的当事人及其诉讼代理人因客观原因不能自行收集的证据包括：

(1) Evidence that is preserved by the relevant state authority and to which both the party and its litigation representative have no access for consulting and taking.

（一）证据由国家有关部门保存，当事人及其诉讼代理人无权查阅调取的；

(2) Evidence concerning state secrets, trade secrets or personal privacy.

（二）涉及国家秘密、商业秘密或者个人隐私的；

(3) Other evidence which the party and its litigation representative are unable to collect for some objective reasons

（三）当事人及其诉讼代理人因客观原因不能自行收集的其他证据。

For evidence which a party and its litigation representative are unable to collect for some objective reasons, the party may apply in written to the people's court for investigation and collection before the expiry of the evidence-producing term.

当事人及其诉讼代理人因客观原因不能自行收集的证据，可以在举证期限届满前书面申请人民法院调查收集。

Article 95 If the evidence which a party applies for investigation and collection is irrelevant or meaningless to the facts to be proven or is otherwise unnecessary to collect upon investigation, the people's court shall not approve.

第九十五条　当事人申请调查收集的证据，与待证事实无关联、对证明待证事实无意义或者其他无调查收集必要的，人民法院不予准许。

Article 96 The evidence which the people's court deems necessary for trying a case as mentioned in paragraph 2, Article 64 of the Civil Procedure Law includes:

第九十六条　民事诉讼法第六十四条第二款规定的人民法院认为审理案件需要的证据包括：

(1) Evidence that may damage national interests or public interests.

（一）涉及可能损害国家利益、社会公共利益的；

(2) Evidence concerning any identity relationship.

（二）涉及身份关系的；

(3) Evidence concerning an action mentioned in Article 55 of the Civil Procedure Law.

（三）涉及民事诉讼法第五十五条规定诉讼的；

(4) There is a possibility that the parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of others.

（四）当事人有恶意串通损害他人合法权益可能的；

(5) Evidence concerning such procedural matters as adding a party, suspending the trial, terminating the trial and disqualification based on its powers and functions.

（五）涉及依职权追加当事人、中止诉讼、终结诉讼、回避等程序性事项的。

Except for the evidence mentioned in the preceding paragraph, the people's court shall investigate and collect evidence upon the application of a party.

Article 97 A people's court shall assign two or more persons to jointly investigate and collect evidence. The investigation materials shall be signed, fingerprinted or sealed by the investigators, the respondent and the recording personnel.

Article 98 A party which applies for evidence preservation in accordance with the provision of paragraph 1, Article 81 of the Civil Procedure Law may submit an application in writing before the expiration of the time limit for adducing evidence.

Where evidence preservation may cause any loss to others, the people's court shall order the party to provide corresponding security.

Article 99 A people's court shall determine the time limit for adducing evidence by a party during the preparatory stage before trial. The time limit for adducing evidence may be negotiated by the parties, subject to permission of the people's court.

The time limit for adducing evidence determined by?a people's court shall not be less than 15 days for a case under the formal procedure at first instance, and shall not be less than 10 days for a case under the procedure at second instance in which a party provides new evidence.

Where a party applies for providing rebuttal evidence against evidence provided or providing supplements and corrections for defects in the source, form, and other aspects of evidence after the expiry of the time limit for adducing evidence, a people's court may, at its discretion, re-determine the time limit for adducing evidence, which is not subject to the provision of the preceding paragraph.

Article 100 A party which applies for an extension the time limit for adducing evidence shall submit an application in writing before the expiration of the time limit for adducing evidence.

Where the grounds for the application are tenable, a people's court shall grant permission, appropriately extend the time limit for adducing evidence, and notify other parties. The extended time limit for adducing evidence shall be applicable to other parties.

Where the grounds for the application are not tenable, the people's court shall not grant permission, but shall notify the applicant.

除前款规定外，人民法院调查收集证据，应当依照当事人的申请进行。

第九十七条　人民法院调查收集证据，应当由两人以上共同进行。调查材料要由调查人、被调查人、记录人签名、捺印或者盖章。

第九十八条　当事人根据民事诉讼法第八十一条第一款规定申请证据保全的，可以在举证期限届满前书面提出。

证据保全可能对他人造成损失的，人民法院应当责令申请人提供相应的担保。

第九十九条　人民法院应当在审理前的准备阶段确定当事人的举证期限。举证期限可以由当事人协商，并经人民法院准许。

人民法院确定举证期限，第一审普通程序案件不得少于十五日，当事人提供新的证据的第二审案件不得少于十日。

举证期限届满后，当事人对已经提供的证据，申请提供反驳证据或者对证据来源、形式等方面的瑕疵进行补正的，人民法院可以酌情再次确定举证期限，该期限不受前款规定的限制。

第一百条　当事人申请延长举证期限的，应当在举证期限届满前向人民法院提出书面申请。

申请理由成立的，人民法院应当准许，适当延长举证期限，并通知其他当事人。延长的举证期限适用于其他当事人。

申请理由不成立的，人民法院不予准许，并通知申请人。

Article 101 Where a party provides any evidence beyond the time limit, the people's court shall order the party to provide an explanation, and may request the party to provide corresponding evidence, if necessary.

Where a party provides evidence beyond the time limit for objective reasons or the opposite party does not raise any objection against the evidence provided beyond the time limit, it shall not be deemed overdue.

Article 102 Evidence provided by a party beyond the time limit deliberately or due to gross negligence shall be deemed inadmissible by a people's court. But the evidence which is related to the basic facts of the case shall be deemed admissible by the people's court which shall impose an admonition or a fine in accordance with the provisions of Article 65 and paragraph 1, Article 115 of the Civil Procedure Law.

Evidence provided by a party beyond the time limit not deliberately or due to gross negligence shall be deemed admissible by a people's court which shall impose an admonition on the party.

Where a party requests the opposite party to compensate for costs of transportation, accommodation, meals, lost labor, witness presenting at court, and other necessary expenses arising from overdue provision of evidence, a people's court may be supportive.

Article 103 Evidence shall be presented in court and cross-examined by the parties. Evidence without cross-examination by the parties shall not be regarded as the basis for deciding the facts of a case.

A party's evidence admissible during the preparatory phase before hearing shall be deemed as evidence cross-examined upon explanation by judges during court hearing.

Evidence which involves any state secret, trade secret and individual privacy, or which shall be kept confidential according to the law shall not be cross-examined in public.

Article 104 A people's court shall organize the parties to make cross-examination on the authenticity and legitimacy of evidence and the relevance of the evidence to be investigated, and explain and debate on the existence or not and degree of the probative force of the evidence.

Evidence which can reflect the reality of a case, which is related with the facts to be investigated, and whose source and form comply with the provisions of laws shall be deemed the basis for deciding the facts of a case.

第一百零一条　当事人逾期提供证据的，人民法院应当责令其说明理由，必要时可以要求其提供相应的证据。

当事人因客观原因逾期提供证据，或者对方当事人对逾期提供证据未提出异议的，视为未逾期。

第一百零二条　当事人因故意或者重大过失逾期提供的证据，人民法院不予采纳。但该证据与案件基本事实有关的，人民法院应当采纳，并依照民事诉讼法第六十五条、第一百一十五条第一款的规定予以训诫、罚款。

当事人非因故意或者重大过失逾期提供的证据，人民法院应当采纳，并对当事人予以训诫。

当事人一方要求另一方赔偿因逾期提供证据致使其增加的交通、住宿、就餐、误工、证人出庭作证等必要费用的，人民法院可予支持。

第一百零三条　证据应当在法庭上出示，由当事人互相质证。未经当事人质证的证据，不得作为认定案件事实的根据。

当事人在审理前的准备阶段认可的证据，经审判人员在庭审中说明后，视为质证过的证据。

涉及国家秘密、商业秘密、个人隐私或者法律规定应当保密的证据，不得公开质证。

第一百零四条　人民法院应当组织当事人围绕证据的真实性、合法性以及与待证事实的关联性进行质证，并针对证据有无证明力和证明力大小进行说明和辩论。

能够反映案件真实情况、与待证事实相关联、来源和形式符合法律规定的证据，应当作为认定案件事实的根据。

Article 105 A people's court shall, in accordance with legal procedures, comprehensively and objectively examine and verify evidence; utilize logical reasoning and daily life rules to judge the existence of the probative force of evidence or not and the degree of the probative force according to the law and publicize the reasons and results of the judgment.

Article 106 Evidence formed or acquired by serious infringement upon the lawful rights and interests of others, violation of the law prohibitions or serious breach of public order and good custom shall not be deemed the basis for deciding the facts of a case.

Article 107 In lawsuits, facts accepted by the parties by compromise for the purpose of reaching an reconciliation agreement or a settlement agreement shall not be regarded as basis adverse thereto in the subsequent lawsuits, except as otherwise specified by laws or agreed by the parties.

Article 108 For evidence provided by a party who bears the burden of proof, where a people's court finds out high possibility of existence of the facts to be investigated upon examination in combination with relevant facts, it shall be deemed that the facts exist.

For evidence provided by a party for the purpose of refuting the facts claimed by the party who bears the burden of proof, where a people's court believes whether the facts to be investigated are true or false is not clear upon examination in combination with relevant facts, it shall be deemed that the facts do not exist.

Where a law provides otherwise for the evidence standards for the facts to be proved, such standards shall prevail.

Article 109 For proof of facts concerning fraud, duress, and malicious collusion, as well as proof of facts concerning oral will or gift by a party, where a people's court is convinced that the possibility for the existence of the facts to be investigated are beyond a reasonable doubt, it shall be deemed that such facts exist.

Article 110 A people's court, if deems it necessary, may require the parties to appear in court in person, for questioning on the relevant facts of a case; and may request the parties to sign letters of guarantee before questioning.

The letters of guarantee shall specify that statements are to be made according to the facts and the statement maker will be willing to accept

第一百零五条　人民法院应当按照法定程序，全面、客观地审核证据，依照法律规定，运用逻辑推理和日常生活经验法则，对证据有无证明力和证明力大小进行判断，并公开判断的理由和结果。

第一百零六条　对以严重侵害他人合法权益、违反法律禁止性规定或者严重违背公序良俗的方法形成或者获取的证据，不得作为认定案件事实的根据。

第一百零七条　在诉讼中，当事人为达成调解协议或者和解协议作出妥协而认可的事实，不得在后续的诉讼中作为对其不利的根据，但法律另有规定或者当事人均同意的除外。

第一百零八条　对负有举证证明责任的当事人提供的证据，人民法院经审查并结合相关事实，确信待证事实的存在具有高度可能性的，应当认定该事实存在。

对一方当事人为反驳负有举证证明责任的当事人所主张事实而提供的证据，人民法院经审查并结合相关事实，认为待证事实真伪不明的，应当认定该事实不存在。

法律对于待证事实所应达到的证明标准另有规定的，从其规定。

第一百零九条　当事人对欺诈、胁迫、恶意串通事实的证明，以及对口头遗嘱或者赠与事实的证明，人民法院确信该待证事实存在的可能性能够排除合理怀疑的，应当认定该事实存在。

第一百一十条　人民法院认为有必要的，可以要求当事人本人到庭，就案件有关事实接受询问。在询问当事人之前，可以要求其签署保证书。

保证书应当载明据实陈述、如有虚假陈述愿意接受处罚等内容。当事人应当在保证书上签名或者捺印。

punishment if any misrepresentation is made, and so on. The parties shall sign or affix seals on the letters of guarantee.

Where a party who bears the burden of proof refuses to appear in court, accept questioning, or sign the letter of guarantee, and there is lack of other evidence to prove the facts to be investigated, a people's court shall not assert the facts claimed.

Article 111 Where it is indeed difficult to provide the original copy of documentary evidence as set forth in Article 70 of the Civil Procedure Law, including the following circumstances:

(1) The original copy of documentary evidence is lost, extinguished or damaged.

(2) The original copy, under control of the opposite party, is refused to be submitted despite lawful notification of submission.

(3) The original copy is under the control of another person who is entitled not to submit it.

(4) It is inconvenient to submit the original copy because of excess space or volume.

(5) A party who bears the burden of proof is unable to obtain the original copy of documentary evidence through applying for investigation and collection by a people's court or other ways.

Under the aforesaid circumstances, a people's court shall review to determine whether the duplicate of the documentary evidence is able to be regarded as the basis for deciding the facts of a case, in combination with other evidence and the specific circumstances of the case.

Article 112 Where the documentary evidence is under the control of the opposite party, the party who bears the burden of proof may submit a written application requesting the people's court to order the opposite party to submit it before the expiry of the time limit for adducing evidence.

Where the grounds for the application are tenable, a people's court shall order the opposite party to submit. The expenses arising from the submission of documentary evidence shall be assumed by the applicant. Where the opposite party refuses to submit without justified reason, a people's court may identify that the contents of the documentary evidence adduced by the applicant are true.

负有举证证明责任的当事人拒绝到庭、拒绝接受询问或者拒绝签署保证书，待证事实又欠缺其他证据证明的，人民法院对其主张的事实不予认定。

　　第一百一十一条　民事诉讼法第七十条规定的提交书证原件确有困难，包括下列情形：

　　（一）书证原件遗失、灭失或者毁损的；

　　（二）原件在对方当事人控制之下，经合法通知提交而拒不提交的；

　　（三）原件在他人控制之下，而其有权不提交的；

　　（四）原件因篇幅或者体积过大而不便提交的；

　　（五）承担举证证明责任的当事人通过申请人民法院调查收集或者其他方式无法获得书证原件的。

　　前款规定情形，人民法院应当结合其他证据和案件具体情况，审查判断书证复制品等能否作为认定案件事实的根据。

　　第一百一十二条　书证在对方当事人控制之下的，承担举证证明责任的当事人可以在举证期限届满前书面申请人民法院责令对方当事人提交。

　　申请理由成立的，人民法院应当责令对方当事人提交，因提交书证所产生的费用，由申请人负担。对方当事人无正当理由拒不提交的，人民法院可以认定申请人所主张的书证内容为真实。

Article 113 Where a party holding the documentary evidence destroys relevant documentary evidence or implements other behavior which makes the documentary evidence be unable to be used for the purpose of impeding the use by the opposite party, a people's court may, in accordance with the provision of Article 111 of the Civil Procedure Law, impose a fine or detention.

Article 114 The matters recorded in the documents which are formulated by a State organ or another organization with social management functions according to law within their scope of functions shall be presumed to be true, except as otherwise overthrown by sufficient contrary evidence. When necessary, a people's court may request the organ or organization to explain the authenticity of the documents.

Article 115 The evidentiary materials produced by an entity to a people's court shall be signed or sealed by the person in charge and the preparer of the entity, with the seal of the entity to be affixed. A people's court may conduct an investigation of the evidentiary materials on the entity and the preparer of the evidentiary materials. If necessary, the preparer of the evidentiary material may be requested to appear in court as a witness.

Where an entity and a preparer of the evidentiary materials refuse the investigation of a people's court or a preparer of the evidentiary materials refuses to appear in court without justified reasons, the evidentiary materials shall not be deemed as the basis for deciding the facts of a case.

Article 116 Audio-visual recordings shall include audio recordings and video recordings.

Electronic data shall include e-mails, electronic data interchange, online chatting records, blog, micro-blog, SMS, electronic signatures, domains and other information formed or stored in electronic media.

The provisions on electronic data shall apply to the audio recordings and video recordings stored in electronic media.

Article 117 A party which applies for the presence of a witness in court shall propose before the expiry of the time limit for adducing evidence.

Where the circumstances as set forth in paragraph 1, Article 96 of these Interpretations are satisfied, a people's court may notify witnesses of testifying in court according to the powers.

第一百一十三条　持有书证的当事人以妨碍对方当事人使用为目的，毁灭有关书证或者实施其他致使书证不能使用行为的，人民法院可以依照民事诉讼法第一百一十一条规定，对其处以罚款、拘留。

第一百一十四条　国家机关或者其他依法具有社会管理职能的组织，在其职权范围内制作的文书所记载的事项推定为真实，但有相反证据足以推翻的除外。必要时，人民法院可以要求制作文书的机关或者组织对文书的真实性予以说明。

第一百一十五条　单位向人民法院提出的证明材料，应当由单位负责人及制作证明材料的人员签名或者盖章，并加盖单位印章。人民法院就单位出具的证明材料，可以向单位及制作证明材料的人员进行调查核实。必要时，可以要求制作证明材料的人员出庭作证。

单位及制作证明材料的人员拒绝人民法院调查核实，或者制作证明材料的人员无正当理由拒绝出庭作证的，该证明材料不得作为认定案件事实的根据。

第一百一十六条　视听资料包括录音资料和影像资料。

电子数据是指通过电子邮件、电子数据交换、网上聊天记录、博客、微博客、手机短信、电子签名、域名等形成或者存储在电子介质中的信息。

存储在电子介质中的录音资料和影像资料，适用电子数据的规定。

第一百一十七条　当事人申请证人出庭作证的，应当在举证期限届满前提出。

符合本解释第九十六条第一款规定情形的，人民法院可以依职权通知证人出庭作证。

Without notice by a people's court, a witness may not testify in court, except as agreed by the two parties and permitted by a people's court.

Article 118 The travel, room and board, meal, and other necessary expenses of a witness for performing his or her obligation of testifying in court as set forth in Article 74 of the Civil Procedure Law shall be calculated according to the standards of travel expenses and subsidies for staff of organs and public institutions. Loss of working time shall be calculated as per the standard of national average daily pay of employees in the prior year.

A people's court allowing witnesses to testify in court shall notify the applicant of prepaying the expenses of witness presenting at court.

Article 119 A people's court shall inform the witness of the obligation of testifying truthfully and the legal consequence of giving false testimony and order the witness to sign a letter of guarantee, before the witness appears in court to testify, except persons without capacity for civil conduct and persons with limited capacity for civil conduct.

The relevant provisions of these Interpretations shall apply to parties' signing of a letter of guarantee.

Article 120 A witness who refuses to sign a letter of guarantee shall not testify and shall assume relevant expenses.

Article 121 A party which applies for identification may propose before the expiry of the time limit for adducing evidence. Matters applied for identification which are irrelevant to the facts to be investigated or meaningless for the facts to be investigated shall not be permitted by a people's court.

A people's court which permits the parties to apply for identification shall organize the parties to determine the qualified identification experts upon negotiations. Where negotiations of parties fail, identifiers shall be designated by a people's court.

Where the conditions for investigating and collecting evidence according to the powers are satisfied, a people's court shall entrust identification according to the powers and designate qualified identification experts after seeking opinions of the parties.

Article 122 A party may, in accordance with the provisions of Article 79 of the Civil Procedure Law, apply for inviting one to two persons with

未经人民法院通知，证人不得出庭作证，但双方当事人同意并经人民法院准许的除外。

第一百一十八条　民事诉讼法第七十四条规定的证人因履行出庭作证义务而支出的交通、住宿、就餐等必要费用，按照机关事业单位工作人员差旅费用和补贴标准计算；误工损失按照国家上年度职工日平均工资标准计算。

人民法院准许证人出庭作证申请的，应当通知申请人预缴证人出庭作证费用。

第一百一十九条　人民法院在证人出庭作证前应当告知其如实作证的义务以及作伪证的法律后果，并责令其签署保证书，但无民事行为能力人和限制民事行为能力人除外。

证人签署保证书适用本解释关于当事人签署保证书的规定。

第一百二十条　证人拒绝签署保证书的，不得作证，并自行承担相关费用。

第一百二十一条　当事人申请鉴定，可以在举证期限届满前提出。申请鉴定的事项与待证事实无关联，或者对证明待证事实无意义的，人民法院不予准许。

人民法院准许当事人鉴定申请的，应当组织双方当事人协商确定具备相应资格的鉴定人。当事人协商不成的，由人民法院指定。

符合依职权调查收集证据条件的，人民法院应当依职权委托鉴定，在询问当事人的意见后，指定具备相应资格的鉴定人。

第一百二十二条　当事人可以依照民事诉讼法第七十九条的规定，在举证期限

expertise to appear in court to conduct cross-examination on the expert opinions on behalf of the party or propose opinions on the specialized issues involved in the facts of a case, before the expiry of the time limit for adducing evidence.

Opinions proposed by persons with expertise in court on the specialized issues shall be deemed as statements of the parties.

Where an application of a party is permitted by a people's court, relevant expenses shall be assumed by the applying party.

Article 123 A people's court may cross-examine persons with expertise appearing in court. Permitted by the court, the parties may cross-examine persons with expertise appearing in court. Persons with expertise respectively applied for by the parties may confront on relevant issues of a case.

Persons with expertise may not participate in court hearing activities other than those on the specialized issues.

Article 124 A people's court, where it deems necessary, may survey the physical evidence or site according to the application of a party or the powers. The privacy and dignity of others shall be protected in survey.

A people's court may require the identification expert to participate in the survey; and may require the identification expert to conduct identification in survey.

V. Periods and Service of Process

Article 125 In accordance with the provision of paragraph 2, Article 82 of the Civil Procedure Law, all the time periods calculated by hour in civil proceedings shall start from the next hour. Periods calculated by day, month and year shall start from the next day.

Article 126 The time limit for docketing a case as prescribed in Article 123 of the Civil Procedure Law, if the bill of complaint is not complete and the plaintiff is notified of supplementing it, shall start from the next day after the plaintiff has supplemented the bill of complaint. For a case transferred to a people's court at a lower level by a people's court at a higher level, it?shall start from the next day after the people's court in which the action is instituted receives the bill of complaint.

届满前申请一至二名具有专门知识的人出庭，代表当事人对鉴定意见进行质证，或者对案件事实所涉及的专业问题提出意见。

具有专门知识的人在法庭上就专业问题提出的意见，视为当事人的陈述。

人民法院准许当事人申请的，相关费用由提出申请的当事人负担。

第一百二十三条　人民法院可以对出庭的具有专门知识的人进行询问。经法庭准许，当事人可以对出庭的具有专门知识的人进行询问，当事人各自申请的具有专门知识的人可以就案件中的有关问题进行对质。

具有专门知识的人不得参与专业问题之外的法庭审理活动。

第一百二十四条　人民法院认为有必要的，可以根据当事人的申请或者依职权对物证或者现场进行勘验。勘验时应当保护他人的隐私和尊严。

人民法院可以要求鉴定人参与勘验。必要时，可以要求鉴定人在勘验中进行鉴定。

五、期间和送达

第一百二十五条　依照民事诉讼法第八十二条第二款规定，民事诉讼中以时起算的期间从次时起算；以日、月、年计算的期间从次日起算。

第一百二十六条　民事诉讼法第一百二十三条规定的立案期限，因起诉状内容欠缺通知原告补正的，从补正后交人民法院的次日起算。由上级人民法院转交下级人民法院立案的案件，从受诉人民法院收到起诉状的次日起算。

Article 127 The period of six months as prescribed in paragraph 3, Article 56 and Article 205 of the Civil Procedure Law and Articles 374, 384, 401, 422, and 423 of this Interpretation and the period of one year as prescribed in Article 223 of the Civil Procedure Law shall be the invariable periods to which the provisions on the suspension, interruption or extension of time limitations for instituting an action shall not apply.

Article 128 Where a case is retried under the procedure at first instance or the procedure at second instance, the time limit for completing the trial as prescribed in Article 149 and Article 176 of the Civil Procedure Law shall apply. The time limit for completing the trial shall start from the next day after the retrial case is docketed.

Article 129 A people's court shall complete the review of a retrial case within three months upon the receipt of the application. However, the announcement period, the periods for reconciliation of the litigants, and other periods shall not be included in the period of review. Extension, if necessary, under special circumstances, shall be subject to approval of the president of the court.

Article 130 For the service of litigation documents on a legal person or other organization, the legal representative of the legal person or the main person in-charge of the organization or the person in the office, mail room or janitor's room responsible for receipt of mails shall sign for litigation documents or affix seals; otherwise, the service by leaving the rejected legal document at the place of abode shall be applied.

The representatives of relevant grassroots organizations and entities as provided in Article 86 of the Civil Procedure Law may be neighborhood committees of the recipients, employees of the villagers' committees, and employees of the entities of the recipients.

Article 131 For the service of litigation documents directly served by a people's court, the parties may be notified of receiving at the people's court. Where a party refuses to sign a service acknowledgement at the people's court, it shall be deemed served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

A people's court may directly serve the litigation document on parties in locations other than the places of their domiciles. Where a party refuses to sign a service acknowledgement, the service of process shall be recorded by photograph, video and other means, and the process shall be deemed

第一百二十七条　民事诉讼法第五十六条第三款、第二百零五条以及本解释第三百七十四条、第三百八十四条、第四百零一条、第四百二十二条、第四百二十三条规定的六个月，民事诉讼法第二百二十三条规定的一年，为不变期间，不适用诉讼时效中止、中断、延长的规定。

第一百二十八条　再审案件按照第一审程序或者第二审程序审理的，适用民事诉讼法第一百四十九条、第一百七十六条规定的审限。审限自再审立案的次日起算。

第一百二十九条　对申请再审案件，人民法院应当自受理之日起三个月内审查完毕，但公告期间、当事人和解期间等不计入审查期间。有特殊情况需要延长的，由本院院长批准。

第一百三十条　向法人或者其他组织送达诉讼文书，应当由法人的法定代表人、该组织的主要负责人或者办公室、收发室、值班室等负责收件的人签收或者盖章，拒绝签收或者盖章的，适用留置送达。

民事诉讼法第八十六条规定的有关基层组织和所在单位的代表，可以是受送达人住所地的居民委员会、村民委员会的工作人员以及受送达人所在单位的工作人员。

第一百三十一条　人民法院直接送达诉讼文书的，可以通知当事人到人民法院领取。当事人到达人民法院，拒绝签署送达回证的，视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

人民法院可以在当事人住所地以外向当事人直接送达诉讼文书。当事人拒绝签署送达回证的，采用拍照、录像等方式记录送达过程即视为送达。审判人员、书记员应当在送达回证上注明送达情况并签名。

served. Judges and court clerks shall indicate the situation of service and sign on the service acknowledgement.

Article 132 If the recipient has a litigation representative, the people's court may serve the legal document either on the recipient or on his litigation representative. If the recipient has designated his litigation representative for receipt of legal document, the service by leaving the rejected legal document at the place of abode may be applied in the case of service of a legal document on the litigation representative.

Article 133 A consent judgment shall be served directly on the parties concerned, and the service by leaving the rejected legal document at the place of abode shall not be applied. If any parties concerned can not sign for the consent judgment by himself for certain reasons, he can designate an agent for doing so.

Article 134 If a litigation document is served by the entrusted people's court in accordance with the provision of Article 88 of the Civil Procedure Law, the entrusting people's court shall issue a power of attorney and attach the litigation document for service and the service acknowledgement, and the date stated by the recipient on the service acknowledgement shall be the date of service.

For a service of process through entrustment, the entrusted people's court shall vicariously complete service of process within ten days upon receipt of the letter of entrustment and relevant litigation documents.

Article 135 Process may be served electronically via fax, email, mobile communications and other specific systems.

The date of reaching the specific system of the person to be served as provided in paragraph 2, Article 87 of the Civil Procedure Law shall be the date of successful service of process as indicated in the corresponding system of the people's court. However, where the date of reaching the specific system as proved by the person to be served is inconsistent with the date of successful service of process as indicated in the corresponding system of the people's court, the former shall prevail.

Article 136 Where a person to be served agrees to adopt electronic service, it shall be confirmed in the confirmation form for service address.

Article 137 Where a party does not change the address for service in writing in application for appeal, retrial or enforcement, his address for

第一百三十二条　受送达人有诉讼代理人的，人民法院既可以向受送达人送达，也可以向其诉讼代理人送达。受送达人指定诉讼代理人为代收人的，向诉讼代理人送达时，适用留置送达。

第一百三十三条　调解书应当直接送达当事人本人，不适用留置送达。当事人本人因故不能签收的，可由其指定的代收人签收。

第一百三十四条　依照民事诉讼法第八十八条规定，委托其他人民法院代为送达的，委托法院应当出具委托函，并附需要送达的诉讼文书和送达回证，以受送达人在送达回证上签收的日期为送达日期。

委托送达的，受委托人民法院应当自收到委托函及相关诉讼文书之日起十日内代为送达。

第一百三十五条　电子送达可以采用传真、电子邮件、移动通信等即时收悉的特定系统作为送达媒介。

民事诉讼法第八十七条第二款规定的到达受送达人特定系统的日期，为人民法院对应系统显示发送成功的日期，但受送达人证明到达其特定系统的日期与人民法院对应系统显示发送成功的日期不一致的，以受送达人证明到达其特定系统的日期为准。

第一百三十六条　受送达人同意采用电子方式送达的，应当在送达地址确认书中予以确认。

第一百三十七条　当事人在提起上诉、申请再审、申请执行时未书面变更送

service as confirmed in the procedure of the first instance may be deemed as the address for service of the procedure of the second instance, the procedure of supervision of adjudication, and the enforcement procedure.

Article 138 For the service of process by announcement, an announcement shall be posted on the bulletin board of the court or at the domicile of the person to be served. An announcement may also be published in newspaper, information networks and other media. The last posting or publishing date shall prevail for the date of announcement. Where there are special requirements for the service by announcement, the announcement shall be made in the required manner. After expiration of the term of announcement, the process shall be deemed served.

Where a people's court posts an announcement at a domicile of the person to be served, the process of posting shall be recorded by photograph, video and other means.

Article 139 The reasons for service of process by announcement shall be explained. For the service of the duplicate of a bill of complaint or a petition for appeal by announcement, the people's court shall indicate the key points of complaint or appeal, the term for the person to be served to make defense as well as the legal consequences if the recipient fails to make defense within the stipulated term. For the service of a summons by announcement, the people's court shall indicate the place and time for court appearance as well as the legal consequences for failure to appear in court at the designated place and time. For the service of a judgment or ruling, the people's court shall indicate main adjudication items, as well as the rights of appeal, term of appeal and the appellate people's court, where a party is entitled to appeal.

Article 140 Where a case is heard under summary procedure, service by announcement shall not be applicable.

Article 141 If any party rejects to sign for a judgment or ruling when the people's court pronounces a judgment or ruling at fixed time, the process shall be deemed served, and the circumstance shall be indicated in the transcripts of pronouncement.

VI. Mediation

Article 142 If, after acceptance of a case, the people's court deems upon examination that the legal relationship is explicit and facts are clear, it can directly conduct mediation after having solicited the consent of both parties.

达地址的,其在第一审程序中确认的送达地址可以作为第二审程序、审判监督程序、执行程序的送达地址。

第一百三十八条 公告送达可以在法院的公告栏和受送达人住所地张贴公告,也可以在报纸、信息网络等媒体上刊登公告,发出公告日期以最后张贴或者刊登的日期为准。对公告送达方式有特殊要求的,应当按要求的方式进行。公告期满,即视为送达。

人民法院在受送达人住所地张贴公告的,应当采取拍照、录像等方式记录张贴过程。

第一百三十九条 公告送达应当说明公告送达的原因;公告送达起诉状或者上诉状副本的,应当说明起诉或者上诉要点,受送达人答辩期限及逾期不答辩的法律后果;公告送达传票,应当说明出庭的时间和地点及逾期不出庭的法律后果;公告送达判决书、裁定书的,应当说明裁判主要内容,当事人有权上诉的,还应当说明上诉权利、上诉期限和上诉的人民法院。

第一百四十条 适用简易程序的案件,不适用公告送达。

第一百四十一条 人民法院在定期宣判时,当事人拒不签收判决书、裁定书的,应视为送达,并在宣判笔录中记明。

六、调解

第一百四十二条 人民法院受理案件后,经审查,认为法律关系明确、事实清楚,在征得当事人双方同意后,可以径行调解。

Article 143 No mediation may be made for cases heard under special procedure, supervision procedure, and public notice procedure, cases confirming marriage and other personal status relationship, and other cases for which mediation may not be made according to the nature of cases.

Article 144 A people's court which finds out that parties, maliciously in collusion, attempt to infringe upon the lawful rights and interests of other persons by reconciliation or mediation, in hearing civil cases, shall deal with it in accordance with the provisions of Article 112 of the Civil Procedure Law.

Article 145 When a people's court hears civil cases, it shall conduct mediation on the principle of free will and legality. If one party or both parties are unwilling to conduct mediation, a judgment shall be rendered in a timely manner.

A people's court shall conduct mediation when hearing the cases of divorce, but shall not conduct long-term mediation without decisive results.

Article 146 When a people's court hears civil cases, mediation shall not be made in public, unless as agreed by the parties.

The contents of mediation agreements shall not be disclosed, unless when deemed as necessary by the people's court for the protection of national interests, public interests and the lawful rights and interests of others.

Persons presiding over and participating in the mediations shall keep the mediation process, as well as the state secrets, trade secrets, personal privacy, and other information inappropriate to be disclosed which are obtained during the mediation process confidential, except for the protection of national interests, public interests and the lawful rights and interests of others.

Article 147 When the people's court mediates a case, if the parties can not appear in court, upon special authorization, his authorized agent can participate in mediation, and the mediation agreement as concluded may be signed by his authorized agent.

If one party to a case of divorce can not appear in court for mediation under a special circumstance, except that party himself can not express his ideas, he shall present written opinions.

第一百四十三条　适用特别程序、督促程序、公示催告程序的案件，婚姻等身份关系确认案件以及其他根据案件性质不能进行调解的案件，不得调解。

第一百四十四条　人民法院审理民事案件，发现当事人之间恶意串通，企图通过和解、调解方式侵害他人合法权益的，应当依照民事诉讼法第一百一十二条的规定处理。

第一百四十五条　人民法院审理民事案件，应当根据自愿、合法的原则进行调解。当事人一方或者双方坚持不愿调解的，应当及时裁判。

人民法院审理离婚案件，应当进行调解，但不应久调不决。

第一百四十六条　人民法院审理民事案件，调解过程不公开，但当事人同意公开的除外。

调解协议内容不公开，但为保护国家利益、社会公共利益、他人合法权益，人民法院认为确有必要公开的除外。

主持调解以及参与调解的人员，对调解过程以及调解过程中获悉的国家秘密、商业秘密、个人隐私和其他不宜公开的信息，应当保守秘密，但为保护国家利益、社会公共利益、他人合法权益的除外。

第一百四十七条　人民法院调解案件时，当事人不能出庭的，经其特别授权，可由其委托代理人参加调解，达成的调解协议，可由委托代理人签名。

离婚案件当事人确因特殊情况无法出庭参加调解的，除本人不能表达意志的以外，应当出具书面意见。

Article 148 Where parties request a people's court to make a written judgment according to the settlement or mediation agreement after reaching an agreement through settlement or mediation themselves, the people's court may not grant permission.

For a case of divorce in which one party is a person of no capacity for civil conduct, his statutory agent shall participate in litigation for him. If the statutory agent reaches an agreement with the opposite party and requests to issue a judgment, the people's court can prepare a judgment based on the contents of the agreement.

Article 149 The consent judgment shall take effect only after signed by the parties for the service of process. The day when the party that receives the consent judgment behind makes signature shall be the day when the consent judgment comes into effect.

Article 150 A people's court which needs a third party without independent claim to assume liability in the mediation of civil cases shall be subject to the consent of the third party. If the third party retracts before a mediation agreement is served on the party, the people's court shall render a judgment in a timely manner.

Article 151 Where it takes effect after parties agree to sign or affix seals on the mediation agreements as provided in paragraph 1 (4), Article 98 of the Civil Procedure Law, it shall be recorded in the transcripts or be attached in the annex to the mediation agreement upon review and confirmation by the people's court, and become legally binding immediately after both sides and the judges and court clerk affix their signatures or seals to the transcripts.

Where the parties request the preparation of a consent judgment under the aforesaid circumstances, a people's court may prepare a consent judgment and serve it on the parties upon review and confirmation. Parties' rejection of consent judgment shall not affect the validity of the mediation agreement.

VII. Preservation and Advance Enforcement

Article 152 Where a people's court orders an interested party or parties concerned to provide security when taking pre-action preservation and litigation preservation measures in accordance with the provisions of Article 100 and Article 101 of the Civil Procedure Law, they shall be notified in writing.

第一百四十八条 当事人自行和解或者调解达成协议后，请求人民法院按照和解协议或者调解协议的内容制作判决书的，人民法院不予准许。

无民事行为能力人的离婚案件，由其法定代理人进行诉讼。法定代理人与对方达成协议要求发给判决书的，可根据协议内容制作判决书。

第一百四十九条 调解书需经当事人签收后才发生法律效力的，应当以最后收到调解书的当事人签收的日期为调解书生效日期。

第一百五十条 人民法院调解民事案件，需由无独立请求权的第三人承担责任的，应当经其同意。该第三人在调解书送达前反悔的，人民法院应当及时裁判。

第一百五十一条 根据民事诉讼法第九十八条第一款第四项规定，当事人各方同意在调解协议上签名或者盖章后即发生法律效力的，经人民法院审查确认后，应当记入笔录或者将调解协议附卷，并由当事人、审判人员、书记员签名或者盖章后即具有法律效力。

前款规定情形，当事人请求制作调解书的，人民法院审查确认后可以制作调解书送交当事人。当事人拒收调解书的，不影响调解协议的效力。

七、保全和先予执行

第一百五十二条 人民法院依照民事诉讼法第一百条、第一百零一条规定，在采取诉前保全、诉讼保全措施时，责令利害关系人或者当事人提供担保的，应当书面通知。

An interested party which applies for pre-action preservation shall provide security. A party applying for pre-action property preservation shall provide security equivalent to the amount of preservation requested. In special circumstances, a people's court may handle it at its discretion. A party applying for pre-action behavior preservation shall provide security of the amount which is determined by a people's court based on the specific circumstances of the case.

In a lawsuit, a people's court applying for preservation measures according to the application or powers shall determine whether the parties shall provide security and the amount of such security, based on the specific circumstances of the case.

Article 153 When a people's court adopts the measure for preservation of seasonal goods, fresh or decayable goods, or goods unsuitable for long-time preservation, it can order the party concerned to timely dispose of the said goods and keep money therefrom; and when necessary, the people's court may sell off the said goods and keep the money.

Article 154 When a people's court adopts the measures of seizure, detention, or freezing, it shall properly keep the property as seized, detained, or frozen. For property unsuitable to be kept by a people's court, a people's court may designate the preserved person to keep it. For property unsuitable to be kept by the preserved person, a people's court may entrust the keeping to others or the preservation applicant.

Security interest occupied by a security interest holder by seizure, detention, or freezing shall generally be kept by the security interest holder. For those kept by a people's court, the right of pledge and the lien shall not be eliminated due to the adoption of preservation measures.

Article 155 Property kept by the preserved person as designated by a people's court may be continuously used by the preserved person, if continuous use has no significant impact on the value of such property. Property kept by a people's court or kept by others and the preservation applicant upon commission shall not be used by the people's court or other keepers.

Article 156 A people's court which takes property preservation methods and measures shall handle it in accordance with the relevant provisions of the enforcement procedure.

利害关系人申请诉前保全的，应当提供担保。申请诉前财产保全的，应当提供相当于请求保全数额的担保；情况特殊的，人民法院可以酌情处理。申请诉前行为保全的，担保的数额由人民法院根据案件的具体情况决定。

在诉讼中，人民法院依申请或者依职权采取保全措施的，应当根据案件的具体情况，决定当事人是否应当提供担保以及担保的数额。

第一百五十三条 人民法院对季节性商品、鲜活、易腐烂变质以及其他不宜长期保存的物品采取保全措施时，可以责令当事人及时处理，由人民法院保存价款；必要时，人民法院可予以变卖，保存价款。

第一百五十四条 人民法院在财产保全中采取查封、扣押、冻结财产措施时，应当妥善保管被查封、扣押、冻结的财产。不宜由人民法院保管的，人民法院可以指定被保全人负责保管；不宜由被保全人保管的，可以委托他人或者申请保全人保管。

查封、扣押、冻结担保物权人占有的担保财产，一般由担保物权人保管；由人民法院保管的，质权、留置权不因采取保全措施而消灭。

第一百五十五条 由人民法院指定被保全人保管的财产，如果继续使用对该财产的价值无重大影响，可以允许被保全人继续使用；由人民法院保管或者委托他人、申请保全人保管的财产，人民法院和其他保管人不得使用。

第一百五十六条 人民法院采取财产保全的方法和措施，依照执行程序相关规定办理。

Article 157 A people's court may adopt the measure of property preservation to the object under mortgage, pledge or lien, but the mortgagee, pledgee or lienor has the priority of compensation.

Article 158 For the receivable proceeds due to the debtor, the people's court may adopt the measure of property preservation and restrict the debtor from drawing these proceeds, and notify the relevant entity of offering assistance in the enforcement.

Article 159 If the debtor's properties are not enough for the request for property preservation but the debtor has mature creditor's rights to others, the people's court may rule, upon application of the creditor, that others shall not make payment to the debtor. If others request to make payment, the property or money shall be submitted to the people's court.

Article 160 Where a party institutes an action in a people's court having jurisdiction other than the people's court taking pre-action preservation measures, the people's court taking pre-action preservation measures shall transfer the preservation formalities to the court accepting the case. A ruling of pre-action preservation shall be deemed as the ruling made by the people's court to which the formalities are transferred.

Article 161 For a case of appeal filed because the party is not satisfied with the judgment of first instance, if the party concerned transfers, hides, sells or destroys the property before the people's court of second instance receives the case as filed, and the measure of preservation shall be adopted, the people's court of first instance can adopt the measure of property preservation upon application of the party concerned or upon the strength of its authority. The ruling about preservation of the people's court of first instance shall be timely reported to the people's court of second instance.

Article 162 A people's court of second instance which renders a ruling to adopt renewal preservation measures or new preservation measures for the preservation measures adopted by the people's court of first instance may implement it on its own or entrust the implementation to the people's court of first instance.

A people's court of retrial which renders a ruling to adopt renewal preservation measures or new preservation measures for the previous preservation measures may implement it on its own or entrust the implementation to the people's court of original trial.

第一百五十七条　人民法院对抵押物、质押物、留置物可以采取财产保全措施，但不影响抵押权人、质权人、留置权人的优先受偿权。

第一百五十八条　人民法院对债务人到期应得的收益，可以采取财产保全措施，限制其支取，通知有关单位协助执行。

第一百五十九条　债务人的财产不能满足保全请求，但对他人有到期债权的，人民法院可以依债权人的申请裁定该他人不得对本案债务人清偿。该他人要求偿付的，由人民法院提存财物或者价款。

第一百六十条　当事人向采取诉前保全措施以外的其他有管辖权的人民法院起诉的，采取诉前保全措施的人民法院应当将保全手续移送受理案件的人民法院。诉前保全的裁定视为受移送人民法院作出的裁定。

第一百六十一条　对当事人不服一审判决提起上诉的案件，在第二审人民法院接到报送的案件之前，当事人有转移、隐匿、出卖或者毁损财产等行为，必须采取保全措施的，由第一审人民法院依当事人申请或者依职权采取。第一审人民法院的保全裁定，应当及时报送第二审人民法院。

第一百六十二条　第二审人民法院裁定对第一审人民法院采取的保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托第一审人民法院实施。

再审人民法院裁定对原保全措施予以续保或者采取新的保全措施的，可以自行实施，也可以委托原审人民法院或者执行法院实施。

Article 163 After legal instruments enter into force and before they enter the implementation procedure, a creditor, under emergency circumstances such as the opposite party's transfer of property which may lead to inability to implement the effective legal instruments or difficulty to implement them in the absence of application for preservation, may apply for preservation measures with the court of enforcement. Where a creditor fails to apply for enforcement within five days after the expiry of the performance term as specified in the legal instrument, a people's court shall cancel the preservation.

Article 164 For the property posted as security provided by the preservation applicant or others, a people's court shall complete the formalities of seizure, detention, freezing and others.

Article 165 After a people's court rules to take the measures of preservation, except that the people's court that rendered the preservation ruling or the superior thereof removes the preservation measures, no entity may remove the preservation measures within the term of preservation.

Article 166 After a ruling of adopting preservation measures is rendered, a people's court shall render a ruling of removing preservation, in one of the following circumstances:

(1) The preservation is false.

(2) The applicant withdraws the application for preservation.

(3) The applicant's prosecution or claims are dismissed by a valid judgment.

(4) Other circumstances under which a people's court deems that preservation shall be removed.

Where preservation measures implemented by registration are removed, a notice of enforcement assistance shall be issued to the registration authority.

Article 167 Where the preserved person of property preservation provides other equivalent property posted as security which is conducive to enforcement, a people's court may render a ruling of changing the subject matter of preservation to the property posted as security by the preserved person.

Article 168 A preservation ruling, without revocation or removal by a people's court according to the law, shall be automatically converted to

第一百六十三条　法律文书生效后，进入执行程序前，债权人因对方当事人转移财产等紧急情况，不申请保全将可能导致生效法律文书不能执行或者难以执行的，可以向执行法院申请采取保全措施。债权人在法律文书指定的履行期间届满后五日内不申请执行的，人民法院应当解除保全。

第一百六十四条　对申请保全人或者他人提供的担保财产，人民法院应当依法办理查封、扣押、冻结等手续。

第一百六十五条　人民法院裁定采取保全措施后，除作出保全裁定的人民法院自行解除或者其上级人民法院决定解除外，在保全期限内，任何单位不得解除保全措施。

第一百六十六条　裁定采取保全措施后，有下列情形之一的，人民法院应当作出解除保全裁定：

（一）保全错误的；

（二）申请人撤回保全申请的；

（三）申请人的起诉或者诉讼请求被生效裁判驳回的；

（四）人民法院认为应当解除保全的其他情形。

解除以登记方式实施的保全措施的，应当向登记机关发出协助执行通知书。

第一百六十七条　财产保全的被保全人提供其他等值担保财产且有利于执行的，人民法院可以裁定变更保全标的物为被保全人提供的担保财产。

第一百六十八条　保全裁定未经人民法院依法撤销或者解除，进入执行程序

seizure, detention, and freezing measures, after entering into the enforcement procedure. The term shall be calculated continuously. The court of enforcement does not need to prepare a new ruling in writing, except when the seizure, detention, and freezing term expires.

Article 169 The "advance enforcement" prescribed in the Civil Procedure Law shall be conducted by the people's court after a case has been accepted but before the final judgment is made. The advance enforcement shall be limited to the scope of claims of the party concerned and to the urgent needs for the life, production or business operation of the party concerned.

Article 170 The "emergencies" prescribed in Article 106 (3) in the Civil Procedure Law shall include:

(1) It is necessary to immediately stop infringement and remove obstacle.

(2) It is necessary to immediately stop some acts.

(3) The insurance compensation in the urgent need for recovery of production or business operation is recovered.

(4) It is necessary to immediately refund social insurance and social assistance funds.

(5) Failure to refund immediately will seriously affect the life and operation of the right holders.

Article 171 Against a ruling of preservation or advance enforcement, a party may apply for reconsideration with the people's court rendering such ruling within five days from the receipt of the ruling. A people's court shall, within ten days after receipt of the application for reconsideration, conduct examination. The people's court shall reject the application of the party concerned if the ruling is correct; or shall alter or cancel the original ruling if the ruling is inappropriate.

Article 172 Against a ruling on preservation or advance enforcement, an interested party may apply for reconsideration. The people's court rendering the ruling shall handle it in accordance with the provisions of Article 108 of the Civil Procedure Law.

Article 173 If, after the advance enforcement by the people's court, an applicant shall return the proceeds obtained from advance enforcement according to the judgment that has come into force, Article 233 of the Civil Procedure Law shall be applied.

后，自动转为执行中的查封、扣押、冻结措施，期限连续计算，执行法院无需重新制作裁定书，但查封、扣押、冻结期限届满的除外。

第一百六十九条　民事诉讼法规定的先予执行，人民法院应当在受理案件后终审判决作出前采取。先予执行应当限于当事人诉讼请求的范围，并以当事人的生活、生产经营的急需为限。

第一百七十条　民事诉讼法第一百零六条第三项规定的情况紧急，包括：

（一）需要立即停止侵害、排除妨碍的；

（二）需要立即制止某项行为的；

（三）追索恢复生产、经营急需的保险理赔费的；

（四）需要立即返还社会保险金、社会救助资金的；

（五）不立即返还款项，将严重影响权利人生活和生产经营的。

第一百七十一条　当事人对保全或者先予执行裁定不服的，可以自收到裁定书之日起五日内向作出裁定的人民法院申请复议。人民法院应当在收到复议申请后十日内审查。裁定正确的，驳回当事人的申请；裁定不当的，变更或者撤销原裁定。

第一百七十二条　利害关系人对保全或者先予执行的裁定不服申请复议的，由作出裁定的人民法院依照民事诉讼法第一百零八条规定处理。

第一百七十三条　人民法院先予执行后，根据发生法律效力的判决，申请人应当返还因先予执行所取得的利益的，适用民事诉讼法第二百三十三条的规定。

VIII. Compulsory Measures against Obstruction of Civil Procedures

Article 174 As mentioned in Article 109 of the Civil Procedure Law, "defendant who must appear in court" means a defendant who has the obligation to support elderly parents, underage children, or other adult dependants and whose appearance in court is indispensable for finding case facts.

Where a plaintiff whose appearance in court is indispensable for finding case facts refuses to appear in court without justifiable reasons after being summonsed twice by a people's court, the people's court may summons the plaintiff by force.

Article 175 A warrant shall be issued for a summons by force and be directly served on the summonsed person. Before summonsing a person by force, the summonsed person shall be informed of the consequences of refusal to appear in court, and may be summonsed to court by force if the summonsed person still refuses to appear in court after criticism and education.

Article 176 Where any litigant participant or other person has any of the following acts, a people's court may handle it in accordance with the provision of Article 110 of the Civil Procedure Law:

(1) Unauthorized audio, video, and photograph recording;

(2) on-site dissemination of trial activities by mobile communications and other means without permission; and

(3) other activities disturbing the court order and obstructing judicial activities.

In case of the circumstances as provided in the preceding paragraph, a people's court may temporarily seize the equipment of litigant participants or other persons for audio, video, and photograph recording, as well as dissemination of trial activities; and order them to delete relevant contents. In case of refusal to delete, a people's court may take necessary means to forcibly remove these contents.

Article 177 A collegial bench or an independent judge shall make decision of admonishing and ordering persons to leave the court. The admonishing contents and the illegal facts of the persons who are ordered to leave the court shall be recorded in the trial transcripts.

八、对妨害民事诉讼的强制措施

第一百七十四条　民事诉讼法第一百零九条规定的必须到庭的被告，是指负有赡养、抚育、扶养义务和不到庭就无法查清案件情的被告。

人民法院对必须到庭才能查清案件基本事实的原告，经两次传票传唤，无正当理由拒不到庭的，可以拘传。

第一百七十五条　拘传必须用拘传票，并直接送达被拘传人；在拘传前，应当向被拘传人说明拒不到庭的后果，经批评教育仍拒不到庭的，可以拘传其到庭。

第一百七十六条　诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十条规定处理：

（一）未经准许进行录音、录像、摄影的；

（二）未经准许以移动通信等方式现场传播审判活动的；

（三）其他扰乱法庭秩序，妨害审判活动进行的。

有前款规定情形的，人民法院可以暂扣诉讼参与人或者其他人进行录音、录像、摄影、传播审判活动的器材，并责令其删除有关内容；拒不删除的，人民法院可以采取必要手段强制删除。

第一百七十七条　训诫、责令退出法庭由合议庭或者独任审判员决定。训诫的内容、被责令退出法庭者的违法事实应当记入庭审笔录。

Article 178 If a people's court needs to adopt detention measures in accordance with the provisions from Article 110 to 114 of the Civil Procedure Law, it shall be subject to approval by the court president, a written decision of detention shall be made, and the detainee shall be transferred by judicial police to the local public security organ for custody.

Article 179 If the detainee does not stay within the jurisdiction of the people's court that makes the decision of detention, this people's court shall assign clerks to the people's court at the place where the detainee stays and request the latter to offer assistance in enforcement, and the entrusted people's court shall timely assign clerks for assistance in enforcement. If the detainee applies for reconsideration or admits and corrects errors during the course of detention, and the measure of detention needs to be removed in advance, the entrusted people's court shall inform of the circumstance or bring forward a suggestion to the entrusting people's court for examination and decision.

Article 180 After taking the measure of detention against a detainee, a people's court shall, within 24 hours, notify the detainee's family members; and if such family members actually fail to be notified on schedule or cannot be notified, it shall be on record.

Article 181 Where the measure of detention needs to be immediately taken in the case of such emergency circumstances as clamoring in a courtroom or attacking a courtroom, and resisting the exercise of official duties by violence, threat, and other means, after detaining the offenders, the judicial personnel shall report to the president of the people's court for supplementing the approval formality. If the president deems that the measure of detention is improper, the detention shall be removed.

Article 182 Where the detainee admits his or her mistake and shows repentance during the period of detention, he or she may be ordered to make a statement of repentance and the measure of detention may be removed in advance. The removal of detention in advance shall be subject to approval of the president of a people's court, and a written decision on removal of detention in advance shall be made and given to the public security organ in charge of custody of the detainee for enforcement.

Article 183 The measures of fine and detention as prescribed in Articles 110 to 113 of the Civil Procedure Law may be applied either separately or concurrently.

Article 184 The measures of fine and detention against the same obstruction of civil procedures shall not be applied continuously. Where a

第一百七十八条　人民法院依照民事诉讼法第一百一十条至第一百一十四条的规定采取拘留措施的，应经院长批准，作出拘留决定书，由司法警察将被拘留人送交当地公安机关看管。

第一百七十九条　被拘留人不在本辖区的，作出拘留决定的人民法院应当派员到被拘留人所在地的人民法院，请该院协助执行，受委托的人民法院应当及时派员协助执行。被拘留人申请复议或者在拘留期间承认并改正错误，需要提前解除拘留的，受委托人民法院应当向委托人民法院转达或者提出建议，由委托人民法院审查决定。

第一百八十条　人民法院对被拘留人采取拘留措施后，应当在二十四小时内通知其家属；确实无法按时通知或者通知不到的，应当记录在案。

第一百八十一条　因哄闹、冲击法庭，用暴力、威胁等方法抗拒执行公务等紧急情况，必须立即采取拘留措施的，可在拘留后，立即报告院长补办批准手续。院长认为拘留不当的，应当解除拘留。

第一百八十二条　被拘留人在拘留期间认错悔改的，可以责令其具结悔过，提前解除拘留。提前解除拘留，应报经院长批准，并作出提前解除拘留决定书，交负责看管的公安机关执行。

第一百八十三条　民事诉讼法第一百一十条至第一百一十三条规定的罚款、拘留可以单独适用，也可以合并适用。

第一百八十四条　对同一妨害民事诉讼行为的罚款、拘留不得连续适用。发生

new obstruction of civil procedures occurs, the people's court may impose a fine or detention again.

新的妨害民事诉讼行为的，人民法院可以重新予以罚款、拘留。

Article 185 Where a person on whom a fine or detention is imposed refuses to accept the decision on fine or detention and applies for reconsideration, the person shall file the application for reconsideration within three days upon receipt of the written decision. The people's court at the higher level shall make a decision within five days upon receipt of the application for reconsideration, and notify the people's court at the lower level and the parties the reconsideration conclusion.

第一百八十五条　被罚款、拘留的人不服罚款、拘留决定申请复议的，应当自收到决定书之日起三日内提出。上级人民法院应当在收到复议申请后五日内作出决定，并将复议结果通知下级人民法院和当事人。

Article 186 Where the people's court at the higher level holds that the compulsory measure is improper at the time of reconsideration, it shall prepare a written decision to revoke or modify the decision on detention or fine as made by the people's court at the lower level; and if the circumstance is urgent, may issue the written decision within three days after a verbal notice is given.

第一百八十六条　上级人民法院复议时认为强制措施不当的，应当制作决定书，撤销或者变更下级人民法院作出的拘留、罚款决定。情况紧急的，可以在口头通知后三日内发出决定书。

Article 187 The conduct of "obstructing judicial personnel from performing their duties by violence, threat or any other means" as prescribed in paragraph 1(5), Article 111 of the Civil Procedure Law include:

第一百八十七条　民事诉讼法第一百一十一条第一款第五项规定的以暴力、威胁或者其他方法阻碍司法工作人员执行职务的行为，包括：

(1) Clamoring or stranding in a courtroom and failing to obey the judicial personnel's dissuasion.

（一）在人民法院哄闹、滞留，不听从司法工作人员劝阻的；

(2) Deliberately damaging or seizing legal instruments and seizure marks of a people's court.

（二）故意毁损、抢夺人民法院法律文书、查封标志的；

(3) Clamoring in or attacking the scene for exercising official duties, besieging or detaining enforcement personnel or personnel who assist in enforcement.

（三）哄闹、冲击执行公务现场，围困、扣押执行或者协助执行公务人员的；

(4) Damaging, seizing, or withholding case materials, vehicles for exercising official duties, other instruments for exercising official duties, garments of personnel exercising official duties, and certificates for exercising official duties.

（四）毁损、抢夺、扣留案件材料、执行公务车辆、其他执行公务器械、执行公务人员服装和执行公务证件的；

(5) Obstructing judicial personnel from inquiring, seizing, impounding, freezing, appropriating, auctioning, or selling the property by violence, threat, or other means.

（五）以暴力、威胁或者其他方法阻碍司法工作人员查询、查封、扣押、冻结、划拨、拍卖、变卖财产的；

(6) Other conduct of obstructing judicial personnel from exercising their duties by violence, threat or any other means.

（六）以暴力、威胁或者其他方法阻碍司法工作人员执行职务的其他行为。

Article 188 The conduct of refusing to enforce an effective judgment or ruling of a people's court as prescribed in paragraph 1(6), Article 111 of the Civil Procedure Law include:

(1) Hiding, transferring, selling, damaging property, or transferring property free of charge, trading property at an obviously unreasonable price, abandoning mature creditor's rights, or providing guarantee for other persons free of charge after a legal instrument has come into effect, causing the failure of the people's court to enforce the legal instrument.

(2) Hiding, transferring, damaging, or disposing of property that has been provided to a people's court as guarantee without the permission of the people's court.

(3) Consuming in violation of the order of the people's court on high consumption restriction.

(4) Having the capacity but refusing to perform obligations as determined in an effective legal instrument in accordance with the notice of a people's court on enforcement.

(5) Refusing to assist in enforcing the judgment or ruling after an individual with the obligation to assist in enforcement receives a written notice of enforcement assistance from the people's court.

Article 189 Where any litigation participant or other person commits any of the following conduct, a people's court may punish such litigation participant or other person in accordance with the provisions of Article 111 of the Civil Procedure Law:

(1) The litigation participant or other person institutes an action or participates in the litigation by passing other person off.

(2) A witness makes a false testimony after signing a letter of guarantee, which impedes the case trial by the people's court.

(3) Forging, concealing, damaging, or refusing to submit material evidence on the capacity of the party against whom enforcement is sought for performing the obligation, which impedes the people's court from identifying the property status of the party against whom enforcement is sought.

(4) Illegally unfreezing the property that has been frozen by the people's court.

第一百八十八条 民事诉讼法第一百一十一条第一款第六项规定的拒不履行人民法院已经发生法律效力的判决、裁定的行为，包括：

（一）在法律文书发生法律效力后隐藏、转移、变卖、毁损财产或者无偿转让财产、以明显不合理的价格交易财产、放弃到期债权、无偿为他人提供担保等，致使人民法院无法执行的；

（二）隐藏、转移、毁损或者未经人民法院允许处分已向人民法院提供担保的财产的；

（三）违反人民法院限制高消费令进行消费的；

（四）有履行能力而拒不按照人民法院执行通知履行生效法律文书确定的义务的；

（五）有义务协助执行的个人接到人民法院协助执行通知书后，拒不协助执行的。

第一百八十九条 诉讼参与人或者其他人有下列行为之一的，人民法院可以适用民事诉讼法第一百一十一条的规定处理：

（一）冒充他人提起诉讼或者参加诉讼的；

（二）证人签署保证书后作虚假证言，妨碍人民法院审理案件的；

（三）伪造、隐藏、毁灭或者拒绝交出有关被执行人履行能力的重要证据，妨碍人民法院查明被执行人财产状况的；

（四）擅自解冻已被人民法院冻结的财产的；

(5) Revealing information to a party and assisting the party in transferring or hiding property after receiving a written notice of enforcement assistance form the people's court.

Article 190 The "lawful rights and interests of other persons" as prescribed in Article 112 of the Civil Procedure Law include the lawful rights and interests of a party not to the case, national interest, and public interest.

Where a third party institutes an action for revoking an effective judgment, ruling, or consent judgment in accordance with the provisions of paragraph 3, Article 56 of the Civil Procedure Law and it is found upon examination that the parties to the original case maliciously institute a false action in collusion, the parties to the original case shall be punished in accordance with the provisions of Article 112 of the Civil Procedure Law.

Article 191 Where an entity commits any conduct as prescribed in Article 112 or Article 113 of the Civil Procedure Law, a people's court shall impose a fine on the entity and may impose a fine or detention on the primary person in charge or directly liable persons of the entity; if suspected of any crime, they shall be subject to criminal liability in accordance with the law.

Article 192 Where the relevant entity commits any of the following conduct after receiving a written notice of enforcement assistance from a people's court, the people's court may punish such entity by applying the provisions of Article 114 of the Civil Procedure Law:

(1) The relevant entity allows the party against whom enforcement is sought to make high consumption.

(2) The relevant entity allows the party against whom enforcement is sought to exit China.

(3) The relevant entity refuses to cease to handle the transfer of a relevant property right certificate, the registration of ownership change, and the examination and approval of planning.

(4) The relevant entity delays the handling on the grounds that it is necessary to request for internal instructions and internal approval and there are internal provisions.

Article 193 When imposing a fine on an individual or an entity, a people's court shall, according to such factors as the nature, circumstances, and consequences of obstruction of civil procedures the individual or entity commits, the local economic development level, and the amount of subject

（五）接到人民法院协助执行通知书后，给当事人通风报信，协助其转移、隐匿财产的。

第一百九十条　民事诉讼法第一百一十二条规定的他人合法权益，包括案外人的合法权益、国家利益、社会公共利益。

第三人根据民事诉讼法第五十六条第三款规定提起撤销之诉，经审查，原案当事人之间恶意串通通过虚假诉讼的，适用民事诉讼法第一百一十二条规定处理。

第一百九十一条　单位有民事诉讼法第一百一十二条或者第一百一十三条规定行为的，人民法院应当对该单位进行罚款，并可以对其主要负责人或者直接责任人员予以罚款、拘留；构成犯罪的，依法追究刑事责任。

第一百九十二条　有关单位接到人民法院协助执行通知书后，有下列行为之一的，人民法院可以适用民事诉讼法第一百一十四条规定处理：

（一）允许被执行人高消费的；

（二）允许被执行人出境的；

（三）拒不停止办理有关财产权证照转移手续、权属变更登记、规划审批等手续的；

（四）以需要内部请示、内部审批，有内部规定等为由拖延办理的。

第一百九十三条　人民法院对个人或者单位采取罚款措施时，应当根据其实施妨害民事诉讼行为的性质、情节、后果，当地的经济发展水平，以及诉讼标的额等

matter of action, determine corresponding amount of fine within the limits as prescribed in paragraph 1, Article 115 of the Civil Procedure Law.

因素，在民事诉讼法第一百一十五条第一款规定的限额内确定相应的罚款金额。

IX. Litigation Expenses

九、诉讼费用

Article 194 For a case tried in accordance with Article 54 of the Civil Procedure Law, no case acceptance fee needs to be paid in advance and the losing party shall supplement the case acceptance fee based on the amount of subject matter of action after the case is concluded.

第一百九十四条 依照民事诉讼法第五十四条审理的案件不预交案件受理费，结案后按照诉讼标的额由败诉方交纳。

Article 195 Where the litigation procedure is initiated after an order of payment is invalidated, the debtor shall supplement the case acceptance fee in accordance with the Measures for the Payment of Litigation Expenses.

第一百九十五条 支付令失效后转入诉讼程序的，债权人应当按照《诉讼费用交纳办法》补交案件受理费。

Where the debtor institutes a separate action after the revocation of the order of payment, the litigation expenses shall be paid in accordance with the Measures for the Payment of Litigation Expenses.

支付令被撤销后，债权人另行起诉的，按照《诉讼费用交纳办法》交纳诉讼费用。

Article 196 Where a people's court modifies the original judgment, ruling or results of mediation, the people's court shall, in the judgment, handle the assumption of litigation expenses in the original trial.

第一百九十六条 人民法院改变原判决、裁定、调解结果的，应当在裁判文书中对原审诉讼费用的负担一并作出处理。

Article 197 Where the subject matter of action is securities, the amount of subject matter of action shall be calculated in accordance with the rules of securities trading and on the basis of the closing price on the lasting trading day before the party institutes the action, the market price on that day, or the amount as specified.

第一百九十七条 诉讼标的物是证券的，按照证券交易规则并根据当事人起诉之日前最后一个交易日的收盘价、当日的市场价或者其载明的金额计算诉讼标的的金额。

Article 198 Where the subject matter of action is such specific goods as housing, land, forest, vehicle, vessel, and cultural relic or intellectual property right and it is difficult to determine the value thereof when an action is instituted, the people's court shall explain to the plaintiff the litigation risks of over-high or over-low claims and determine the amount of subjection matter of action on the basis of the value as claimed by the plaintiff.

第一百九十八条 诉讼标的物是房屋、土地、林木、车辆、船舶、文物等特定物或者知识产权，起诉时价值难以确定的，人民法院应当向原告释明主张过高或者过低的诉讼风险，以原告主张的价值确定诉讼标的的金额。

Article 199 Where a case tried under summary procedure is transferred into formal procedure, the plaintiff shall, within seven days after receiving the notice on the payment of litigation expenses from a people's court, supplement the case acceptance fee.

第一百九十九条 适用简易程序审理的案件转为普通程序的，原告自接到人民法院交纳诉讼费用通知之日起七日内补交案件受理费。

Where the plaintiff fails to supplement the case acceptance fee in full amount within the time limit without justifiable reasons, it shall be deemed

原告无正当理由未按期足额补交的，按撤诉处理，已经收取的诉讼费用退还一半。

that the plaintiff has withdrawn the action and one half of the litigation expenses that have been collected shall be refunded.

Article 200 For a civil action involving the relevant debtors in bankruptcy proceedings, litigation expenses shall be paid according to the standards for property cases, except labor dispute cases.

Article 201 Where there are both property claims and non-property claims, litigation expenses shall be paid according to the standards for property claims.

Where there are multiple property claims, litigation expenses shall be jointly calculated and paid; and if there are multiple non-property claims in the claims, they shall be regarded as one claim for paying litigation expenses.

Article 202 Where a plaintiff, a defendant, and a third party appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.

Where numerous parties on one side jointly appeal, only one case acceptance fee at second instance shall be paid in advance; and if such parties appeal respectively, they shall pay the case acceptance fee at second instance in advance according to their respective claims in appeal.

Article 203 Where the parties assuming the joint and several liability lose the action, they shall jointly assume litigation expenses.

Article 204 In a case of security right realization, where a people's court rules to auction or sell the property posted as security, the application fee shall be assumed by the debtor and the guarantor; and if the people's court rules to dismiss the application, the application fee shall be assumed by the applicant.

Where the applicant institutes a separate action, the application fee he or she has paid may be deducted from the case acceptance fee.

Article 205 Where, after a ruling to auction or otherwise sell the property posted as security is issued, the people's court conducts enforcement, the enforcement application fee shall be collected based on the amount under enforcement.

Article 206 Where a people's court decides to reduce by half the case acceptance fee, the case acceptance fee may be so reduced only once.

第二百条　破产程序中有关债务人的民事诉讼案件，按照财产案件标准交纳诉讼费，但劳动争议案件除外。

第二百零一条　既有财产性诉讼请求，又有非财产性诉讼请求的，按照财产性诉讼请求的标准交纳诉讼费。

有多个财产性诉讼请求的，合并计算交纳诉讼费；诉讼请求中有多个非财产性诉讼请求的，按一件交纳诉讼费。

第二百零二条　原告、被告、第三人分别上诉的，按照上诉请求分别预交二审案件受理费。

同一方多人共同上诉的，只预交一份二审案件受理费；分别上诉的，按照上诉请求分别预交二审案件受理费。

第二百零三条　承担连带责任的当事人败诉的，应当共同负担诉讼费用。

第二百零四条　实现担保物权案件，人民法院裁定拍卖、变卖担保财产的，申请费由债务人、担保人负担；人民法院裁定驳回申请的，申请费由申请人负担。

申请人另行起诉的，其已经交纳的申请费可以从案件受理费中扣除。

第二百零五条　拍卖、变卖担保财产的裁定作出后，人民法院强制执行的，按照执行金额收取执行申请费。

第二百零六条　人民法院决定减半收取案件受理费的，只能减半一次。

Article 207 After a judgment takes effect, the litigation expenses that have been prepaid but should not be assumed by the winning party shall be refunded by the people's court to the winining party and be paid by the losing party to the people's court, unless the winning party voluntarily assumes such litigation expenses or agrees that the losing party will directly pay such litigation expenses to it.

Where a party refuses to pay any litigation expenses, a people's court may conduct enforcement.

X. Formal Procedure at First Instance

Article 208 When a people's court receives a written civil complaint submitted by a party, where such written civil complaint complies with the provisions of Article 119 of the Civil Procedure Law and does not fall under the circumstances as prescribed in Article 124 thereof, the people's court shall register such written civil complaint and docket a case; if the people's court fails to determine on the spot whether such written civil complaint meets the conditions for instituting an action, it shall receive the complaint materials and issue a dated certification in writing.

Where it is necessary to supplement corresponding indispensable materials, the people's court shall notify the party in a timely manner. After the corresponding materials are supplemented, the people's court shall decide whether to docket a case within seven days.

Where the people's court finds that the complaint does not meet the conditions for instituting an action after having docketed the case or the complaint falls under the circumstances as prescribed in Article 124 of the Civil Procedure Law, the people's court shall rule to dismiss the auction.

Article 209 Where information on the defendant as provided by the plaintiff, including but not limited to name or title, and domicile, is specific and clear, and is sufficient to differentiate a defendant from other persons, it may be determined that there is a clear defendant.

Where information on the defendant as listed in the written complaint is insufficient to determine a clear defendant, the people's court may notify the plaintiff to supplement or correct corresponding information. Where a clear defendant still fails to be determined after supplement or correction by the plaintiff, the people's court shall rule not to accept the action.

Article 210 Where a plaintiff uses the words of vituperation or personal assault in the written complaint, the people's court shall inform it of modifying the written complaint before instituting an action.

第二百零七条 判决生效后，胜诉方预交但不应负担的诉讼费用，人民法院应当退还，由败诉方向人民法院交纳，但胜诉方自愿承担或者同意败诉方直接向其支付的除外。

当事人拒不交纳诉讼费用的，人民法院可以强制执行。

十、第一审普通程序

第二百零八条 人民法院接到当事人提交的民事起诉状时，对符合民事诉讼法第一百一十九条的规定，且不属于第一百二十四条规定情形的，应当登记立案；对当场不能判定是否符合起诉条件的，应当接收起诉材料，并出具注明收到日期的书面凭证。

需要补充必要相关材料的，人民法院应当及时告知当事人。在补齐相关材料后，应当在七日内决定是否立案。

立案后发现不符合起诉条件或者属于民事诉讼法第一百二十四条规定情形的，裁定驳回起诉。

第二百零九条 原告提供被告的姓名或者名称、住所等信息具体明确，足以使被告与他人相区别的，可以认定为有明确的被告。

起诉状列写被告信息不足以认定明确的被告的，人民法院可以告知原告补正。原告补正后仍不能确定明确的被告的，人民法院裁定不予受理。

第二百一十条 原告在起诉状中有谩骂和人身攻击之辞的，人民法院应当告知其修改后提起诉讼。

Article 211 Where a people's court has no jurisdiction over a case, it shall notify the plaintiff to institute an action in the competent people's court; if the plaintiff insists on instituting an action in the people's court, it shall rule to dismiss the action; or if the people's court finds that it has no jurisdiction over the case after having docketed it, it shall transfer the case to the competent people's court.

第二百一十一条　对本院没有管辖权的案件，告知原告向有管辖权的人民法院起诉；原告坚持起诉的，裁定不予受理；立案后发现本院没有管辖权的，应当将案件移送有管辖权的人民法院。

Article 212 Where a people's court has ruled not to accept a case or dismiss the action, the plaintiff institutes another action, and the complaint meets the conditions for instituting an action and does not fall under the circumstances as prescribed in Article 124 of the Civil Procedure Law, the people's court shall accept the case.

第二百一十二条　裁定不予受理、驳回起诉的案件，原告再次起诉，符合起诉条件且不属于民事诉讼法第一百二十四条规定情形的，人民法院应予受理。

Article 213 Where the plaintiff must pay the case acceptance fee in advance but fails to do so, the people's court shall notify him, her or it to make advance payment. If the plaintiff still fails to make advance payment after being notified, or his, her or its application for reduction, postponement and exemption of case acceptance fee is not approved by the people's court but he, she or it still fails to make advance payment, the people's court shall rule that the plaintiff has withdrawn the action.

第二百一十三条　原告应当预交而未预交案件受理费，人民法院应当通知其预交，通知后仍不预交或者申请减、缓、免未获批准而仍不预交的，裁定按撤诉处理。

Article 214 Where, after the plaintiff withdraws an action or the people's court deems that the plaintiff has withdrawn the action, the plaintiff institutes another action for the same claims, the people's court shall accept the action.

第二百一十四条　原告撤诉或者人民法院按撤诉处理后，原告以同一诉讼请求再次起诉的，人民法院应予受理。

For a divorce case that is withdrawn by the plaintiff or deemed by a people's court that the plaintiff has withdrawn the action, if one party institutes another action within six months without new developments or reasons, the people's court may dismiss the action by referring to item (7), Article 124 of the Civil Procedure Law.

原告撤诉或者按撤诉处理的离婚案件，没有新情况、新理由，六个月内又起诉的，比照民事诉讼法第一百二十四条第七项的规定不予受理。

Article 215 Where the parties have stipulated an arbitration clause in the written agreement or reached a written arbitration agreement after the dispute occurs, if one party institutes an action in the people's court, the people's court shall notify the plaintiff of applying for arbitration to an arbitral institution and if the plaintiff insists on instituting the action, the people's court shall rule to dismiss the action, unless the arbitration clause or agreement are untenable, invalid, invalidated, and ambiguous and thus cannot be enforced.

第二百一十五条　依照民事诉讼法第一百二十四条第二项的规定，当事人在书面合同中订有仲裁条款，或者在发生纠纷后达成书面仲裁协议，一方向人民法院起诉的，人民法院应当告知原告向仲裁机构申请仲裁，其坚持起诉的，裁定不予受理，但仲裁条款或者仲裁协议不成立、无效、失效、内容不明确无法执行的除外。

Article 216 Where, before the first court session of a people's court begins, a defendant raises an objection to the acceptance of the civil case by the

第二百一十六条　在人民法院首次开庭前，被告以有书面仲裁协议为由对受理

people's court on the ground that there is a written arbitration agreement, the people's court shall examine the objection.

Where, upon examination, the objection falls under any of the following circumstances, the people's court shall rule to dismiss the action:

(1) The arbitral institution or the people's court has confirmed that the arbitration agreement is valid.

(2) The party fails to raise an objection to the effectiveness of the arbitration agreement before the arbitration tribunal first holds a court session.

(3) The arbitration agreement complies with the provisions of Article 16 of the Arbitration Law and does not fall under the circumstances as prescribed in Article 17 of the Arbitration Law.

Article 217 In a case where the whereabouts of the husband or the wife are unknown, the other party institutes an action in a people's court for divorce but does not apply for declaration of the party whose whereabouts are unknown as missing or dead, the people's court shall accept the case and serve process on the party whose whereabouts are unknown by a public notice.

Article 218 For a case regarding claims of alimonies, supports for children or elders, pension for the disabled or the family of a decedent, where, after the judgment has come into force, one side institutes another action for increase or reduction of expenses with new developments or new reasons, the people's court shall accept the action as a new one.

Article 219 Where a party institutes an action after the time limitation for instituting an action expires, a people's court shall accept the action. If, after the people's court accepts the action, the opposing party makes a defense on the time limitation and the people's court holds upon trial that the defenses are tenable, the people's court shall enter a judgment to dismiss the claims of the plaintiff.

Article 220 As mentioned in Articles 68, 134, and 156 of the Civil Procedure Law, "trade secrets" means technical secrets and business intelligence and information that a party is unwilling to disclose to the public such as manufacturing techniques, formulas, business contracts, and purchase and sale channels.

民事案件提出异议的，人民法院应当进行审查。

经审查符合下列情形之一的，人民法院应当裁定驳回起诉：

（一）仲裁机构或者人民法院已经确认仲裁协议有效的；

（二）当事人没有在仲裁庭首次开庭前对仲裁协议的效力提出异议的；

（三）仲裁协议符合仲裁法第十六条规定且不具有仲裁法第十七条规定情形的。

　　第二百一十七条　夫妻一方下落不明，另一方诉至人民法院，只要求离婚，不申请宣告下落不明人失踪或者死亡的案件，人民法院应当受理，对下落不明人公告送达诉讼文书。

　　第二百一十八条　赡养费、扶养费、抚育费案件，裁判发生法律效力后，因新情况、新理由，一方当事人再行起诉要求增加或者减少费用的，人民法院应作为新案受理。

　　第二百一十九条　当事人超过诉讼时效期间起诉的，人民法院应予受理。受理后对方当事人提出诉讼时效抗辩，人民法院经审理认为抗辩事由成立的，判决驳回原告的诉讼请求。

　　第二百二十条　民事诉讼法第六十八条、第一百三十四条、第一百五十六条规定的商业秘密，是指生产工艺、配方、贸易联系、购销渠道等当事人不愿公开的技术秘密、商业情报及信息。

Article 221 Where the parties institute actions in the same people's court for disputes arising from the same facts, respectively, the people's court may concurrently try such actions.

Article 222 Where a plaintiff directly lists a third party in the written complaint, it shall be deemed that the plaintiff applies to the people's court for adding the third party to participate in the litigation. Upon examination, the people's court shall decide whether to notify the third party to participate in the litigation.

Article 223 Where a party raises an objection to jurisdiction during the period of submitting a written statement of defense and presents his, her or its argument on the content of the written complaint, the people's court shall examine the objection to jurisdiction in accordance with the provisions of paragraph 1, Article 127 of the Civil Procedure Law.

Where the party does not raise an objection to jurisdiction, but presents his, her or its argument or statement, or files a counterclaim on the substantial content of the case, it may be identified as "responding to the action by submitting a written statement of defense" as prescribed in paragraph 2, Article 127 of the Civil Procedure Law.

Article 224 In accordance with the provisions of item (4), Article 133 of the Civil Procedure Law, a people's court may, after the period of defense expires, make good preparation for the trial by organizing evidence exchange, holding a pre-trial conference, and other means.

Article 225 In light of specific case circumstances, the content of a pre-trial conference may include:

(1) Specifying the claims of the plaintiff and the arguments of the defendant.

(2) Examining and handling the application for adding or modifying claims and the counterclaim as filed by the parties and the claims related to the case as raised by a third party.

(3) Deciding to investigate and collect evidence upon application of the parties, entrusting an entity with evidence authentication, requiring the parties to adduce evidence, surveying such evidence, and conducting evidence preservation.

(4) Organizing the exchange of evidence.

(5) Concluding the focus of disputes.

第二百二十一条　基于同一事实发生的纠纷，当事人分别向同一人民法院起诉的，人民法院可以合并审理。

第二百二十二条　原告在起诉状中直接列写第三人的，视为其申请人民法院追加该第三人参加诉讼。是否通知第三人参加诉讼，由人民法院审查决定。

第二百二十三条　当事人在提交答辩状期间提出管辖异议，又针对起诉状的内容进行答辩的，人民法院应当依照民事诉讼法第一百二十七条第一款的规定，对管辖异议进行审查。

当事人未提出管辖异议，就案件实体内容进行答辩、陈述或者反诉的，可以认定为民事诉讼法第一百二十七条第二款规定的应诉答辩。

第二百二十四条　依照民事诉讼法第一百三十三条第四项规定，人民法院可以在答辩期届满后，通过组织证据交换、召集庭前会议等方式，作好审理前的准备。

第二百二十五条　根据案件具体情况，庭前会议可以包括下列内容：

（一）明确原告的诉讼请求和被告的答辩意见；

（二）审查处理当事人增加、变更诉讼请求的申请和提出的反诉，以及第三人提出的与本案有关的诉讼请求；

（三）根据当事人的申请决定调查收集证据，委托鉴定，要求当事人提供证据，进行勘验，进行证据保全；

（四）组织交换证据；

（五）归纳争议焦点；

(6) Conducting mediation.

Article 226 A people's court shall, in accordance with the claims and arguments of the parties as well as the circumstances on evidence exchange, conclude the focus of disputes and solicit opinions on such concluded focus of disputes from the parties.

Article 227 Where a people's court tries a case under formal procedure, the people's court shall, three days before the court session begins, summons the parties and notify the litigation representatives, witnesses, identification experts, surveyors, and interpreters to appear in court by a notice. If any parties or any other litigation participants stay in another place, the people's court shall arrange necessary time of travelling for them.

Article 228 The court session shall center on such focuses as the facts in dispute of the parties, evidence, and application of law.

Article 229 Where, in the court session, a party raises different opinions on the facts and evidence he, she or it has recognized at the preparatory stage before trial, the people's court shall order him, her or it to state reasons. When necessary, the people's court may order the party to provide corresponding evidence. The people's court shall examine such reasons in light of the litigation capacity of the party, evidence, and specific case circumstances. Where such reasons are tenable, the people's court shall list such different opinions into the focus of disputes for trial.

Article 230 On the basis of specific case circumstances, a people's court may conduct court investigation and court debate concurrently, to which the parties agree.

Article 231 Where a party produces any new evidence in court, the people's court shall handle it in accordance with the provisions of paragraph 2, Article 65 of the Civil Procedure Law and the relevant provisions of this Interpretation.

Article 232 Where, after the acceptance of a case and before the end of court debate, the plaintiff adds claims, the defendant files a counterclaim, a third party raises claims related to the case, if they may be tried concurrently, the people's court shall try them concurrently.

Article 233 The parties to a counterclaim shall be limited to the parties to the action.

（六）进行调解。

第二百二十六条　人民法院应当根据当事人的诉讼请求、答辩意见以及证据交换的情况，归纳争议焦点，并就归纳的争议焦点征求当事人的意见。

第二百二十七条　人民法院适用普通程序审理案件，应当在开庭三日前用传票传唤当事人。对诉讼代理人、证人、鉴定人、勘验人、翻译人员应当用通知书通知其到庭。当事人或者其他诉讼参与人在外地的，应当留有必要的在途时间。

第二百二十八条　法庭审理应当围绕当事人争议的事实、证据和法律适用等焦点问题进行。

第二百二十九条　当事人在庭审中对其在审理前的准备阶段认可的事实和证据提出不同意见的，人民法院应当责令其说明理由。必要时，可以责令其提供相应证据。人民法院应当结合当事人的诉讼能力、证据和案件的具体情况进行审查。理由成立的，可以列入争议焦点进行审理。

第二百三十条　人民法院根据案件具体情况并征得当事人同意，可以将法庭调查和法庭辩论合并进行。

第二百三十一条　当事人在法庭上提出新的证据的，人民法院应当依照民事诉讼法第六十五条第二款规定和本解释相关规定处理。

第二百三十二条　在案件受理后，法庭辩论结束前，原告增加诉讼请求，被告提出反诉，第三人提出与本案有关的诉讼请求，可以合并审理的，人民法院应当合并审理。

第二百三十三条　反诉的当事人应当限于本诉的当事人的范围。

Where the claims of the counterclaim and those of the action are based on the same legal relationship, there is causation between such claims, or the claims of the counterclaim and the action are based on the same facts, the people's court shall try them concurrently.

A counterclaim shall be under exclusive jurisdiction of other people's court. Where the counterclaim is irrelevant to the subject matter of the action and the facts and reasons on which the claims in the action are based, the people's court shall rule to dismiss such counterclaim and notify the party to the counterclaim to institute a separate action.

Article 234 For a divorce case involving a person of no capacity for civil conduct, his or her legal representative shall appear in court; where the legal representative is unable to appear in court, the people's court shall enter a judgment in accordance with the law after the facts have been ascertained.

Article 235 Where the legal representative of one party of no capacity for civil conduct refuses to appear in court without any justifiable reasons after being summonsed, if the party is a plaintiff, the people's court may deem that the plaintiff has withdrawn the action by referring to the provisions of Article 143 of the Civil Procedure Law; and if the party is a defendant, the court may enter a default judgment by referring to the provisions of Article 144 of the Civil Procedure Law. When necessary, the people's court may summons the party to appear in court by force.

Article 236 Where a third party with an independent claim refuses to appear in court without any justifiable reasons after being summonsed by a people's court, or leaves the courtroom during a court session without permission from the people's court, the people's court may deem that the third party has withdrawn the action by referring to the provisions of Article 143 of the Civil Procedure Law.

Article 237 Where, after a third party with an independent claim has participated in the litigation, the plaintiff files an application for withdrawal of the action, the people's court shall, after approving the plaintiff's application, take the third party with an independent claim as the plaintiff of another case, take the plaintiff and the defendant in the original case as the defendant of another case, and continue the litigation.

Article 238 For a case in which a party applies for withdrawal of the action or which can be taken as a case where a party has withdrawn the action, if there is any illegal act committed by the party that needs to be handled according to the law, the people's court is allowed to not approve the

反诉与本诉的诉讼请求基于相同法律关系、诉讼请求之间具有因果关系，或者反诉与本诉的诉讼请求基于相同事实的，人民法院应当合并审理。

反诉应由其他人民法院专属管辖，或者与本诉的诉讼标的及诉讼请求所依据的事实、理由无关联的，裁定不予受理，告知另行起诉。

　　第二百三十四条　无民事行为能力人的离婚诉讼，当事人的法定代理人应当到庭；法定代理人不能到庭的，人民法院应当在查清事实的基础上，依法作出判决。

　　第二百三十五条　无民事行为能力的当事人的法定代理人，经传票传唤无正当理由拒不到庭，属于原告方的，比照民事诉讼法第一百四十三条的规定，按撤诉处理；属于被告方的，比照民事诉讼法第一百四十四条的规定，缺席判决。必要时，人民法院可以拘传其到庭。

　　第二百三十六条　有独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭的，或者未经法庭许可中途退庭的，比照民事诉讼法第一百四十三条的规定，按撤诉处理。

　　第二百三十七条　有独立请求权的第三人参加诉讼后，原告申请撤诉，人民法院在准许原告撤诉后，有独立请求权的第三人作为另案原告，原案原告、被告作为另案被告，诉讼继续进行。

　　第二百三十八条　当事人申请撤诉或者依法可以按撤诉处理的案件，如果当事人有违反法律的行为需要依法处理的，人

withdrawal or not take the case as one where the party has withdrawn the action.

Where the plaintiff files an application for withdrawal of the action after the end of court debate, but the defendant disagrees to the plaintiff's application, the people's court is allowed to not approve the plaintiff's application.

Article 239 Where a people's court approves the application for withdrawal of the plaintiff to the action, the people's court shall continue the trial of the counterclaim; if the defendant files an application for withdrawal of the counterclaim, the people's court shall approve such application.

Article 240 Where a third party without an independent claim refuses to appear in court without any justifiable reasons after being summonsed by a people's court or leaves the courtroom during a court session without the permission of the people's court, it does not affect the trial of the case.

Article 241 Where a defendant refuses to appear in court without justifiable reasons after being summonsed or leaves the courtroom during a court session without permission from the people's court, the people's court shall hold a court session on schedule or continue the court session and after trying the claims of the parties appearing in court, the plea grounds of the defendant as well as the evidence that has been submitted and other case materials, the people's court may enter a default judgment according to the law.

Article 242 Where, after the pronouncement of the first-instance judgment, the original trial people's court discovers any adjudication error and the party appeals within the time limit for appeal, the original trial people's court may present opinions that there is an error in the original judgment and submit its opinions to the people's court of second instance, and the people's court of second instance shall try the case under the procedure of second instance; if the party does not appeal, the case shall be tried under the trial supervision procedure.

Article 243 The time limit for completing the trial of a case prescribed in Article 149 of the Civil Procedure Law shall be a period from the day when the case is docketed to the day when the judgment is pronounced or the consent judgment is served, excluding the duration of public notice, the duration of expert identification, the duration of settlement between both sides, the duration for trying the objection to jurisdiction raised by the party as well as the duration for settling jurisdictional disputes between the people's courts.

民法院可以不准许撤诉或者不按撤诉处理。

法庭辩论终结后原告申请撤诉，被告不同意的，人民法院可以不予准许。

第二百三十九条 人民法院准许本诉原告撤诉的，应当对反诉继续审理；被告申请撤回反诉的，人民法院应予准许。

第二百四十条 无独立请求权的第三人经人民法院传票传唤，无正当理由拒不到庭，或者未经法庭许可中途退庭的，不影响案件的审理。

第二百四十一条 被告经传票传唤无正当理由拒不到庭，或者未经法庭许可中途退庭的，人民法院应当按期开庭或者继续开庭审理，对到庭的当事人诉讼请求、双方的诉辩理由以及已经提交的证据及其他诉讼材料进行审理后，可以依法缺席判决。

第二百四十二条 一审宣判后，原审人民法院发现判决有错误，当事人在上诉期内提出上诉的，原审人民法院可以提出原判决有错误的意见，报送第二审人民法院，由第二审人民法院按照第二审程序进行审理；当事人不上诉的，按照审判监督程序处理。

第二百四十三条 民事诉讼法第一百四十九条规定的审限，是指从立案之日起至裁判宣告、调解书送达之日止的期间，但公告期间、鉴定期间、双方当事人和解期间、审理当事人提出的管辖异议以及处理人民法院之间的管辖争议期间不应计算在内。

Article 244 Where a judgment or ruling that is appealable cannot be served on both sides at the same time, the time limit for appeal shall be calculated from the day when they receive the judgment or ruling, respectively.

Article 245 As mentioned in paragraph 1(7), Article 154 of the Civil Procedure Law, "typos" means clerical errors and miscalculations in legal instruments, omissions and miscalculations of litigation expenses, and other typos.

Article 246 When the cause for suspension of action is eliminated and the litigation procedure resumes, it is unnecessary to revoke the original ruling and the ruling for suspension of action shall immediately become invalidated after the people's court notifies or allows both sides to proceed with the action.

Article 247 Where, in the course of an action or after a judgment takes effect, a party institutes another action against matters for which an action has been instituted, and the another action meets the following conditions at the same time, it constitutes a repeated action:

(1) The parties to the latter action and those to the former action are the same.

(2) The subject matter of action in the latter action and that in the former action are the same.

(3) The claims in the latter action and those in the former action are the same or the claims in the latter action substantially deny the judgment in the former action.

Where a party institutes a repeated action, the people's court shall rule not to accept the action; if the repeated action has been accepted, the people's court shall rule to dismiss the action, unless otherwise as prescribed in laws and judicial interpretations.

Article 248 Where, after a judgment has come into force, new facts occur and a party institutes another action, the people's court shall accept such action according to the law.

Article 249 Where the civil rights and obligations in dispute are transferred during litigation, the litigation eligibility status and the status in litigation of a party shall not be affected. The effective judgment or ruling as issued by the people's court shall be binding upon the transferee.

第二百四十四条　可以上诉的判决书、裁定书不能同时送达双方当事人的，上诉期从各自收到判决书、裁定书之日计算。

第二百四十五条　民事诉讼法第一百五十四条第一款第七项规定的笔误是指法律文书误写、误算，诉讼费用漏写、误算和其他笔误。

第二百四十六条　裁定中止诉讼的原因消除，恢复诉讼程序时，不必撤销原裁定，从人民法院通知或者准许当事人双方继续进行诉讼时起，中止诉讼的裁定即失去效力。

第二百四十七条　当事人就已经提起诉讼的事项在诉讼过程中或者裁判生效后再次起诉，同时符合下列条件的，构成重复起诉：

（一）后诉与前诉的当事人相同；

（二）后诉与前诉的诉讼标的相同；

（三）后诉与前诉的诉讼请求相同，或者后诉的诉讼请求实质上否定前诉裁判结果。

当事人重复起诉的，裁定不予受理；已经受理的，裁定驳回起诉，但法律、司法解释另有规定的除外。

第二百四十八条　裁判发生法律效力后，发生新的事实，当事人再次提起诉讼的，人民法院应当依法受理。

第二百四十九条　在诉讼中，争议的民事权利义务转移的，不影响当事人的诉讼主体资格和诉讼地位。人民法院作出的发生法律效力的判决、裁定对受让人具有拘束力。

Where the transferee files an application for participating in the litigation as a third party without an independent claim, the people's court may approve the transferee's participation. If the transferee files an application for assuming the litigation by substituting a party, the people's court may, in accordance with specific case circumstances, decide whether to approve the transferee's application; and if the people's court does not approve the transferee's application, the people's court may add the transferee as a third party without an independent claim.

Article 250 In accordance with the provisions of Article 249 of this Interpretation, where a people's court allows the transferee to assume the litigation by substituting a party, the people's court shall rule to change the parties.

After the parties have been changed, the litigation procedure proceeds with the transferee as a party and the original party shall retreat from the litigation. The litigation conduct that has been committed by the original party shall be binding on the transferee.

Article 251 Where the ruling of second instance revokes the judgment of first instance and remands the case to the original trial people's court for retrial, if the parties apply for changing the parties, adding claims, or filing a counterclaim, and a third party files a claim related to the case, they shall be handled in accordance with the provisions of Article 140 of the Civil Procedure Law.

Article 252 For a case in which the ruling issued upon retrial revokes the original judgment and rules to remand the case to the original trial people's court for retrial, where the parties apply for changing or adding claims, or filing a counterclaim, which falls under any of the following circumstances, the people's court shall approve such an application:

(1) The original trial people's court enters a default judgment without legally summonsing the parties, which affects the parties' exercise of their procedural rights.

(2) A new party to the action is added.

(3) The subject matter of action is lost or changed, which causes the failure to realize the original claims.

(4) The claims to be changed or added under the application of the parties or the counterclaim filed by the parties fail to be resolved by instituting a separate action.

受让人申请以无独立请求权的第三人身份参加诉讼的，人民法院可予准许。受让人申请替代当事人承担诉讼的，人民法院可以根据案件的具体情况决定是否准许；不予准许的，可以追加其为无独立请求权的第三人。

第二百五十条　依照本解释第二百四十九条规定，人民法院准许受让人替代当事人承担诉讼的，裁定变更当事人。

变更当事人后，诉讼程序以受让人为当事人继续进行，原当事人应当退出诉讼。原当事人已经完成的诉讼行为对受让人具有拘束力。

第二百五十一条　二审裁定撤销一审判决发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，第三人提出与本案有关的诉讼请求的，依照民事诉讼法第一百四十条规定处理。

第二百五十二条　再审裁定撤销原判决、裁定发回重审的案件，当事人申请变更、增加诉讼请求或者提出反诉，符合下列情形之一的，人民法院应当准许：

（一）原审未合法传唤缺席判决，影响当事人行使诉讼权利的；

（二）追加新的诉讼当事人的；

（三）诉讼标的物灭失或者发生变化致使原诉讼请求无法实现的；

（四）当事人申请变更、增加的诉讼请求或者提出的反诉，无法通过另诉解决的。

Article 253 For cases whose judgments are pronounced in court, except that the parties require the delivery of judgments by mail, the people's court shall notify the parties or the litigation representatives thereof of the time and place for receiving judgments and the legal consequences for failing to receive such judgments within a prescribed time limit. The aforesaid circumstances shall be recorded in transcripts.

Article 254 Where a citizen, legal person, or other organization applies for consulting an effective judgment or ruling, the citizen, legal person, or other organization shall file the application with the people's court that enters the effective judgment. The application shall be filed in writing and the specific case number or the name or title of the party shall be provided.

Article 255 The people's court shall handle an application for consulting a judgment or ruling under any of the following circumstances:

(1) Where the judgment or ruling has been made available to the public through information network, the people's court shall guide the applicant in the voluntary consultation.

(2) Where the judgment or ruling is not made available to the public through information network, but the application meets the requirements, the people's court shall, in a timely manner, provide convenient consultation services.

(3) Where the judgment or ruling has not come into force or has become invalid, the people's court shall not make it available for the public's consultation and notify the applicant.

(4) Where the effective judgment or ruling is not issued by the people's court, the people's court shall notify the applicant to file an application for consultation with the people's court that has issued such effective judgment or ruling.

(5) Where the content under the application for consultation involves state secret, trade secret, or individual privacy, the people's court shall not allow the consultation of such content and notify the applicant.

XI. Summary Procedure

Article 256 As mentioned in Article 157 of the Civil Procedure Law, "clear facts" of a simple civil case means that the parties make basically consistent statements on the facts of a dispute and can provide corresponding evidence, and it is unnecessary for the people's court to

第二百五十三条　当庭宣判的案件，除当事人当庭要求邮寄发送裁判文书的外，人民法院应当告知当事人或者诉讼代理人领取裁判文书的时间和地点以及逾期不领取的法律后果。上述情况，应当记入笔录。

第二百五十四条　公民、法人或者其他组织申请查阅发生法律效力的判决书、裁定书的，应当向作出该生效裁判的人民法院提出。申请应当以书面形式提出，并提供具体的案号或者当事人姓名、名称。

第二百五十五条　对于查阅判决书、裁定书的申请，人民法院根据下列情形分别处理：

（一）判决书、裁定书已经通过信息网络向社会公开的，应当引导申请人自行查阅；

（二）判决书、裁定书未通过信息网络向社会公开，且申请符合要求的，应当及时提供便捷的查阅服务；

（三）判决书、裁定书尚未发生法律效力，或者已失去法律效力的，不提供查阅并告知申请人；

（四）发生法律效力的判决书、裁定书不是本院作出的，应当告知申请人向作出生效裁判的人民法院申请查阅；

（五）申请查阅的内容涉及国家秘密、商业秘密、个人隐私的，不予准许并告知申请人。

十一、简易程序

第二百五十六条　民事诉讼法第一百五十七条规定的简单民事案件中的事实清楚，是指当事人对争议的事实陈述基本一致，并能提供相应的证据，无须人民法院

investigate and collect evidence for ascertaining facts; "unambiguous rights and obligations" means that it is clear that who is the obligor and who is the oblige; and "minor disputes" means that there is no difference in principle regarding the right and the wrong of the case, the responsibilities, and the dispute over the subject matter of action.

Article 257 The summary procedure shall not apply to the trial of the following cases:

(1) The whereabouts of a defendant are unknown when the action is instituted.

(2) The case is remanded to the original trial people's court for retrial.

(3) The parties on one side are numerous.

(4) The trial supervision procedure is applicable.

(5) National interest or public interest is involved.

(6) The claims of a third party are changed or the effective judgment, ruling, or consent judgment is revoked.

(7) Other cases, for which the application of summary procedure is not appropriate.

Article 258 For a case to which summary procedure applies, where, after the time limit for trial expires, both sides agree on the continued application of summary procedure, the time limit for trial may be extended with the approval of the president of the people's court. The cumulative time limit for trial after the extension shall not exceed six months.

Where the people's court discovers that a case has complicated circumstances and it is necessary to transfer the case into formal procedure, the people's court shall, before the time limit for trial expires, issue a ruling and notify both sides of the composition of the collegial bench and the corresponding matters in writing.

Where a case is transferred into formal procedure, the time limit for trial shall be calculated from the day when the people's court dockets the case.

Article 259 Both sides may file an application with a people's court regarding the court session manner and the people's court shall decide whether to approve such court session manner. With the consents of both sides, the court session may be held by adopting audio and video transmission technologies and other means.

调查收集证据即可查明事实；权利义务关系明确是指能明确区分谁是责任的承担者，谁是权利的享有者；争议不大是指当事人对案件的是非、责任承担以及诉讼标的争执无原则分歧。

第二百五十七条 下列案件，不适用简易程序：

（一）起诉时被告下落不明的；

（二）发回重审的；

（三）当事人一方人数众多的；

（四）适用审判监督程序的；

（五）涉及国家利益、社会公共利益的；

（六）第三人起诉请求改变或者撤销生效判决、裁定、调解书的；

（七）其他不宜适用简易程序的案件。

第二百五十八条 适用简易程序审理的案件，审理期限到期后，双方当事人同意继续适用简易程序的，由本院院长批准，可以延长审理期限。延长后的审理期限累计不得超过六个月。

人民法院发现案情复杂，需要转为普通程序审理的，应当在审理期限届满前作出裁定并将合议庭组成人员及相关事项书面通知双方当事人。

案件转为普通程序审理的，审理期限自人民法院立案之日计算。

第二百五十九条 当事人双方可就开庭方式向人民法院提出申请，由人民法院决定是否准许。经当事人双方同意，可以采用视听传输技术等方式开庭。

Article 260 A case that has been tried under formal procedure may not be transferred into summary procedure after the court session begins.

Article 261 For a case to which summary procedure applies, a people's court may summons both sides, notify witnesses, and serve process excluding judgment in such simple manners as oral message, phone call, short message, fax, and e-mail.

Where the receipt of a notice on court session served in simple manners is not confirmed by the parties or there is no evidence proving that the parties have received it, the people's court may not enter a default judgment.

For a case to which summary procedure applies, the judge shall try it individually and the court clerk shall be responsible for taking notes.

Article 262 The judgments, rulings, and consent judgments issued by a people's court shall bear the seal of a basic people's court and the seal of a people's tribunal may not be used to substitute the seal of a basic people's court.

Article 263 For a case to which summary procedure applies, the case files shall contain the following:

(1) a written complaint or transcript of a verbal complaint;

(2) a written statement of defense or transcript of a verbal defense;

(3) identity certification documents of the parties;

(4) a power of attorney for authorizing other person to represent the party to the case or transcript of verbal authorization;

(5) evidence;

(6) transcripts of inquiries of the parties;

(7) transcripts of trial (including mediation);

(8) a judgment, ruling, consent judgment, or mediation agreement;

(9) transcripts of service and pronouncement;

(10) enforcement information;

第二百六十条　已经按照普通程序审理的案件，在开庭后不得转为简易程序审理。

第二百六十一条　适用简易程序审理案件，人民法院可以采取捎口信、电话、短信、传真、电子邮件等简便方式传唤双方当事人、通知证人和送达裁判文书以外的诉讼文书。

以简便方式送达的开庭通知，未经当事人确认或者没有其他证据证明当事人已经收到的，人民法院不得缺席判决。

适用简易程序审理案件，由审判员独任审判，书记员担任记录。

第二百六十二条　人民法庭制作的判决书、裁定书、调解书，必须加盖基层人民法院印章，不得用人民法庭的印章代替基层人民法院的印章。

第二百六十三条　适用简易程序审理案件，卷宗中应当具备以下材料：

（一）起诉状或者口头起诉笔录；

（二）答辩状或者口头答辩笔录；

（三）当事人身份证明材料；

（四）委托他人代理诉讼的授权委托书或者口头委托笔录；

（五）证据；

（六）询问当事人笔录；

（七）审理（包括调解）笔录；

（八）判决书、裁定书、调解书或者调解协议；

（九）送达和宣判笔录；

（十）执行情况；

(11) receipts of litigation expenses; and

(12) a written notification of the relevant procedure where a case is tried in accordance with the provisions of Article 262 of the Civil Procedure Law.

Article 264 Where both sides agree on the application of summary procedure in accordance with the provisions of paragraph 2, Article 157 of the Civil Procedure Law, they shall put forward it before the court session begins. Where it is put forward verbally, it shall be recorded in transcripts and confirmed by the signatures or fingerprints of both sides.

For cases as prescribed in Article 257 of this Interpretation, if the parties agree on the application of summary procedure to such cases, the people's court may not approve it.

Article 265 Where a plaintiff institutes an action verbally, the people's court shall correctly record such basic information on the parties as name, gender, employer, domicile, and contact methods, claims, facts, and reasons in transcripts and upon verification, the plaintiff shall affix his, her or its signature or fingerprint. The people's court shall issue receipts for the evidentiary materials submitted by the parties to it.

Article 266 The time limit for producing evidence for a case to which summary procedure applies shall be determined by a people's court or may be determined upon consultation and consensus of the parties and approval of the people's court, but it may not exceed 15 days. Where a defendant requires a written statement of defense, the people's court may, on the basis of gaining the consent of the defendant, properly determine the period of defense.

The people's court shall notify both sides of the time limit for producing evidence and the date of court session and explain to the parties the legal consequences of failure to produce evidence within the time limit for producing evidence and refusal to appear in court.

Where both sides express that the time limit for producing evidence and the period of defense are unnecessary, the people's court shall immediately hold the court session or determine the date of court session.

Article 267 For a case to which summary procedure applies, pre-trial preparations may be made in simple manners.

Article 268 For a party that does not retain a lawyer or legal service worker at the basic level to serve as the litigation representative, a people's court

（十一）诉讼费收据；

（十二）适用民事诉讼法第一百六十二条规定审理的，有关程序适用的书面告知。

第二百六十四条 当事人双方根据民事诉讼法第一百五十七条第二款规定约定适用简易程序的，应当在开庭前提出。口头提出的，记入笔录，由双方当事人签名或者捺印确认。

本解释第二百五十七条规定的案件，当事人约定适用简易程序的，人民法院不予准许。

第二百六十五条 原告口头起诉的，人民法院应当将当事人的姓名、性别、工作单位、住所、联系方式等基本信息，诉讼请求，事实及理由等准确记入笔录，由原告核对无误后签名或者捺印。对当事人提交的证据材料，应当出具收据。

第二百六十六条 适用简易程序案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但不得超过十五日。被告要求书面答辩的，人民法院可在征得其同意的基础上，合理确定答辩期间。

人民法院应当将举证期限和开庭日期告知双方当事人，并向当事人说明逾期举证以及拒不到庭的法律后果，由双方当事人在笔录和开庭传票的送达回证上签名或者捺印。

当事人双方均表示不需要举证期限、答辩期间的，人民法院可以立即开庭审理或者确定开庭日期。

第二百六十七条 适用简易程序审理案件，可以简便方式进行审理前的准备。

第二百六十八条 对没有委托律师、基层法律服务工作者代理诉讼的当事人，

may, in the course of court session, give necessary explanation or description of the relevant content, including disqualification, confession, and burden of proof and appropriately remind the party of properly exercising the procedural rights and performing the procedural obligations.

Article 269 Where a party raises an objection to the application of summary procedure in the trial of a case, if the objection is tenable upon examination by a people's court, the people's court shall rule to transfer the case into formal procedure; or if the objection is untenable, the people's court shall verbally notify the party and record it in transcripts.

Where the case is transferred into formal procedure, the people's court shall notify both sides of the composition of the collegial bench of the people's court and corresponding matters in writing.

Before the case is transferred into formal procedure, facts that have been confirmed by both sides may no longer be adduced or cross-examined.

Article 270 Where a case to which summary procedure applies falls under any of the following circumstances, when preparing a judgment, ruling, or consent judgment, the people's court may appropriately simplify the found facts or judgment's reasoning:

(1) The parties reach a mediation agreement and it is necessary to prepare a civil consent judgment.

(2) The parties on one side explicitly admit all or partial claims of the opposing parties.

(3) For a case involving trade secret or individual privacy, the parties on one side require the simplification of the relevant content of the judgment and the people's court holds that the reasons for such simplification are justifiable.

(4) Both sides agree to the simplification.

XII. SmallClaimsinSummaryProcedure

Article 271 Where a people's court tries a small claims lawsuit, the adjudication of the people's court shall be final in accordance with the provisions of Article 162 of the Civil Procedure Law.

Article 272 As mentioned in Article 162 of the Civil Procedure Law, "previous year's average annual wages of employees in a province, autonomous region or municipality directly under the Central Government"

人民法院在庭审过程中可以对回避、自认、举证证明责任等相关内容向其作必要的解释或者说明，并在庭审过程中适当提示当事人正确行使诉讼权利、履行诉讼义务。

　　第二百六十九条　当事人就案件适用简易程序提出异议，人民法院经审查，异议成立的，裁定转为普通程序；异议不成立的，口头告知当事人，并记入笔录。

转为普通程序的，人民法院应当将合议庭组成人员及相关事项以书面形式通知双方当事人。

转为普通程序前，双方当事人已确认的事实，可以不再进行举证、质证。

　　第二百七十条　适用简易程序审理的案件，有下列情形之一的，人民法院在制作判决书、裁定书、调解书时，对认定事实或者裁判理由部分可以适当简化：

　　（一）当事人达成调解协议并需要制作民事调解书的；

　　（二）一方当事人明确表示承认对方全部或者部分诉讼请求的；

　　（三）涉及商业秘密、个人隐私的案件，当事人一方要求简化裁判文书中的相关内容，人民法院认为理由正当的；

　　（四）当事人双方同意简化的。

　　十二、简易程序中的小额诉讼

　　第二百七十一条　人民法院审理小额诉讼案件，适用民事诉讼法第一百六十二条的规定，实行一审终审。

　　第二百七十二条　民事诉讼法第一百六十二条规定的各省、自治区、直辖市上年度就业人员年平均工资，是指已经公布

means the previous year's average annual wages of employees in a province, autonomous region or municipality directly under the Central Government that have been published. Before the previous year's average annual wages of employees are published, the most recent year's average annual wages of employees that have been published shall prevail.

Article 273 Maritime courts may try maritime and maritime commerce small claims lawsuits. The amount of the subject matter in a case shall be lower than 30% of the previous year's average annual wages of employees in the province, autonomous region or municipality directly under the Central Government where the maritime court that actually accepts the case or its dispatched tribunal is located.

Article 274 Small claims procedures shall apply to the trial of the following cases which involve pecuniary payment:

(1) Cases of disputes over sales contracts, loan contracts or lease contracts.

(2) Cases of disputes over alimony or payment for supporting the aging parents or children where the identity relationship is clear and there are disputes only over the amount, time and means of payment.

(3) Cases of disputes over the compensation for traffic accident damages and other personal injuries where responsibilities are clarified and there are disputes only over the amount, time and means of payment.

(4) Cases of disputes over water, electricity, gas and heating power contracts.

(5) Cases of bankcard disputes.

(6) Cases of disputes over labor contracts where the labor relationship is clear and there are disputes only over the amount, time and means of payment of labor remunerations, medical expenses for a work-related injury or economic indemnity or compensation.

(7) Cases of disputes over labor contracts where the labor relationship is clear and there are disputes only over the amount, time and means of payment of labor remunerations.

(8) Cases of disputes over property, telecommunications or any other service contracts.

(9) Other cases of disputes over pecuniary payment.

的各省、自治区、直辖市上一年度就业人员年平均工资。在上一年度就业人员年平均工资公布前，以已经公布的最近年度就业人员年平均工资为准。

第二百七十三条　海事法院可以审理海事、海商小额诉讼案件。案件标的额应当以实际受理案件的海事法院或者其派出法庭所在的省、自治区、直辖市上年度就业人员年平均工资百分之三十为限。

第二百七十四条　下列金钱给付的案件，适用小额诉讼程序审理：

（一）买卖合同、借款合同、租赁合同纠纷；

（二）身份关系清楚，仅在给付的数额、时间、方式上存在争议的赡养费、抚育费、扶养费纠纷；

（三）责任明确，仅在给付的数额、时间、方式上存在争议的交通事故损害赔偿和其他人身损害赔偿纠纷；

（四）供用水、电、气、热力合同纠纷；

（五）银行卡纠纷；

（六）劳动关系清楚，仅在劳动报酬、工伤医疗费、经济补偿金或者赔偿金给付数额、时间、方式上存在争议的劳动合同纠纷；

（七）劳务关系清楚，仅在劳务报酬给付数额、时间、方式上存在争议的劳务合同纠纷；

（八）物业、电信等服务合同纠纷；

（九）其他金钱给付纠纷。

Article 275 Small claims procedures shall not apply to the trial of the following cases:

(1) Cases of disputes over personal relationship and property right confirmation.

(2) Cases of foreign-related civil disputes.

(3) Cases of intellectual property disputes.

(4) Cases of disputes under which evaluation and appraisal are required or any objection is raised topre-action evaluation or appraisal results.

(5) Other cases of disputes for which the adjudication of first instance is not appropriate to be final.

Article 276 When accepting a small claims lawsuit, a people's court shall notify the party of the trial organization, finaljudgmentin thefirstinstance, time limit of trial, payment standards for litigation costs and other relevant matters.

Article 277 The time limit for producing evidencein a small claims lawsuit may be either determined by a people's court or agreed on by the parties and approved by the people's court, which, however, generally not exceed seven days.

Where the defendant requires for making a written statement of defense, a people's court may determine in a reasonable manner the defense period on the basis of obtaining the consent of the defendant, which shall not exceed 15 day at a minimum.

Where a party claims after appearing before the court that he does not need the time period for producing evidenceor the defense period, the people's court may try the case in court session immediately.

Article 278 Where a party raises any objection to the jurisdiction concerning a small claims lawsuit, the people's court shall make a ruling. The ruling shall take effect immediately after being made.

Article 279 Where a people's court finds after accepting a small claims lawsuit that the filing of the lawsuit fails to meet the conditions for instituting an action as prescribed in Article 119 of the Civil Procedure Law, it shall rule to dismiss the lawsuit. The ruling shall take effect immediately after being made.

第二百七十五条　下列案件，不适用小额诉讼程序审理：

（一）人身关系、财产确权纠纷；

（二）涉外民事纠纷；

（三）知识产权纠纷；

（四）需要评估、鉴定或者对诉前评估、鉴定结果有异议的纠纷；

（五）其他不宜适用一审终审的纠纷。

第二百七十六条　人民法院受理小额诉讼案件，应当向当事人告知该类案件的审判组织、一审终审、审理期限、诉讼费用交纳标准等相关事项。

第二百七十七条　小额诉讼案件的举证期限由人民法院确定，也可以由当事人协商一致并经人民法院准许，但一般不超过七日。

被告要求书面答辩的，人民法院可以在征得其同意的基础上合理确定答辩期间，但最长不得超过十五日。

当事人到庭后表示不需要举证期限和答辩期间的，人民法院可立即开庭审理。

第二百七十八条　当事人对小额诉讼案件提出管辖异议的，人民法院应当作出裁定。裁定一经作出即生效。

第二百七十九条　人民法院受理小额诉讼案件后，发现起诉不符合民事诉讼法第一百一十九条规定的起诉条件的，裁定驳回起诉。裁定一经作出即生效。

Article 280 Where a case fails to meet the conditions for a small claims lawsuit as the party applies for adding or changing claims, files a counterclaim or adds parties, among others, the case shall be tried under other provisions of summary procedure.

Where the case as prescribed in the preceding paragraph shall be tried under formal procedure, a ruling shall be made to try the case under formal procedure.

Before trying the case under other provisions of summary procedure or formal procedure, the facts ascertained by both parties may no longer be proved or cross-examined.

Article 281 A party's objection to the trial of a case under the procedure for a small claims lawsuit shall be raised before the court hearing. If the objection is supported upon examination of the people's court, the case shall be tried under other provisions of summary procedure; or if the objection is not supported, the people's court shall notify the party and include it in the transcripts.

Article 282 A judgment document of a small claims lawsuit may be simplified by primarily recording the basic information of the parties, claims, the main text of the judgment and other contents.

Article 283 Where these Interpretation is silent, a people's court shall try a small claims lawsuit under other provisions of summary procedure.

XIII. Public Interest Actions

Article 284 Where an organ or relevant organization as prescribed by the Environmental Protection Law, the Law of the People's Republic of China on the Protection of Consumer Rights and Interests or any other law initiates a public interest action for any conduct that pollutes environment, infringes upon the legitimate rights and interests of vast consumers or otherwise damages public interests in accordance with the provisions of Article 55 of the Civil Procedure Law, if the action meets the following conditions, the people's court shall accept such action:

(1) There is a clear defendant.

(2) There are specific claims.

(3) There is preliminary evidence that public interests have been damaged.

第二百八十条　因当事人申请增加或者变更诉讼请求、提出反诉、追加当事人等，致使案件不符合小额诉讼案件条件的，应当适用简易程序的其他规定审理。

前款规定案件，应当适用普通程序审理的，裁定转为普通程序。

适用简易程序的其他规定或者普通程序审理前，双方当事人已确认的事实，可以不再进行举证、质证。

第二百八十一条　当事人对按照小额诉讼案件审理有异议的，应当在开庭前提出。人民法院经审查，异议成立的，适用简易程序的其他规定审理；异议不成立的，告知当事人，并记入笔录。

第二百八十二条　小额诉讼案件的裁判文书可以简化，主要记载当事人基本信息、诉讼请求、裁判主文等内容。

第二百八十三条　人民法院审理小额诉讼案件，本解释没有规定的，适用简易程序的其他规定。

十三、公益诉讼

第二百八十四条　环境保护法、消费者权益保护法等法律规定的机关和有关组织对污染环境、侵害众多消费者合法权益等损害社会公共利益的行为，根据民事诉讼法第五十五条规定提起公益诉讼，符合下列条件的，人民法院应当受理：

（一）有明确的被告；

（二）有具体的诉讼请求；

（三）有社会公共利益受到损害的初步证据；

(4) The case is within the scope of civil actions accepted by the people's courts and under the jurisdiction of the people's court with which the action is initiated.

Article 285 A public interest action shall be under the jurisdiction of the intermediate people's court at the place where the tort occurs or at the place of domicile of the defendant, except as otherwise provided by laws and judicial interpretations.

A public interest action initiated for marine environmentpollutionshall be under the jurisdiction of the maritime court at the place where pollution occurs, where injury result occurs or where pollution prevention measures are taken.

Where a public interest action is instituted respectively with two or more people's courts for the same tort, the people's court which files the case first shall have jurisdiction over the action, and, where necessary, their common people's court at a higher level shall designate the jurisdiction.

Article 286 A people's court shall, after accepting a public interest action, inform the relevant competent administrative department in writing within ten days.

Article 287 After a people's court accepts a public interest action, any other organ or relevant organization which is eligible for initiating an action in accordance with the law may apply to the people's court for participating in the action before the court session. Where the people's court allows the organ or organization to participate in the action, such organ or organization may be listed as a co-plaintiff.

Article 288 The acceptance of a public interest action by a people's court does not affect the initiation of an action by a victim of the same tort in accordance with the provisions of Article 119 of the Civil Procedure Law.

Article 289 In a public interest action, the parties may reach a settlement, and the people's court may conduct mediation.

After the parties reach a settlement or a mediation agreement, the people's court shall make an announcement of the settlement or mediation agreement for a period of not less than 30 days.

After the announcement period expires, a people's court shall issue an consent judgment if it finds upon review that the settlement or mediation agreement does not violate the public interests, or refuse to issue an

（四）属于人民法院受理民事诉讼的范围和受诉人民法院管辖。

第二百八十五条　公益诉讼案件由侵权行为地或者被告住所地中级人民法院管辖，但法律、司法解释另有规定的除外。

因污染海洋环境提起的公益诉讼，由污染发生地、损害结果地或者采取预防污染措施地海事法院管辖。

对同一侵权行为分别向两个以上人民法院提起公益诉讼的，由最先立案的人民法院管辖，必要时由它们的共同上级人民法院指定管辖。

第二百八十六条　人民法院受理公益诉讼案件后，应当在十日内书面告知相关行政主管部门。

第二百八十七条　人民法院受理公益诉讼案件后，依法可以提起诉讼的其他机关和有关组织，可以在开庭前向人民法院申请参加诉讼。人民法院准许参加诉讼的，列为共同原告。

第二百八十八条　人民法院受理公益诉讼案件，不影响同一侵权行为的受害人根据民事诉讼法第一百一十九条规定提起诉讼。

第二百八十九条　对公益诉讼案件，当事人可以和解，人民法院可以调解。

当事人达成和解或者调解协议后，人民法院应当将和解或者调解协议进行公告。公告期间不得少于三十日。

公告期满后，人民法院经审查，和解或者调解协议不违反社会公共利益的，应当出具调解书；和解或者调解协议违反社会公

mediation agreement and continue to try the case and make a ruling in accordance with the law if the settlement or consent judgment violates public interests.

Article 290 Where the plaintiff of a public interest action applies for withdrawing an action after the end of a court debate, the people's court shall not grant such application.

Article 291 Where, after the judgment in a public interest action takes legal effect, any organ or relevant organizationqualified as a plaintiff initiates a public interest action for the same tort, the people's court shall make a rule of not accepting such action, except as otherwise provided by laws and judicial interpretations.

XIV.Third-PartyRevocationActions

Article 292 Where a third party files a revocation lawsuit against an effective judgment, ruling, or consent judgment of a people's court, it shall, within six months from the date when the third party knows or should have known that the third party's civil rights and interests have been damaged, institute an action in the people's court which rendered the effective judgment, ruling or consent judgment, and provide the evidentiary materials proving the existence of any of the following circumstances:

(1) The third party fails to participate in an action for any reason that cannot be attributable to the third party's fault.

(2) The legally effective judgment, ruling or consent judgment is entirely or partially erroneous.

(3) The errors in the contents of the legally effective judgment, ruling or consent judgment cause damage to the third party's civil rights and interests.

Article 293 A people's court shall, within five days of receipt of the written complaint and evidentiary materials, deliver themto the opposing party, and the opposing partymay put forward written opinions within ten days of receipt of the written complaint.

The people's court shall examine the written complaint and evidentiary materials submitted by the third party and the written opinions of the opposing party, and, where necessary, may interview both parties.

Where, upon examination, a case meets the conditions for instituting an action, the people's court shall file the case within 30 days of receipt of the written complaint;or the people's court shall issue a ruling within 30 days to

共利益的，不予出具调解书，继续对案件进行审理并依法作出裁判。

第二百九十条　公益诉讼案件的原告在法庭辩论终结后申请撤诉的，人民法院不予准许。

第二百九十一条　公益诉讼案件的裁判发生法律效力后，其他依法具有原告资格的机关和有关组织就同一侵权行为另行提起公益诉讼的，人民法院裁定不予受理，但法律、司法解释另有规定的除外。

十四、第三人撤销之诉

第二百九十二条　第三人对已经发生法律效力的判决、裁定、调解书提起撤销之诉的，应当自知道或者应当知道其民事权益受到损害之日起六个月内，向作出生效判决、裁定、调解书的人民法院提出，并应当提供存在下列情形的证据材料：

（一）因不能归责于本人的事由未参加诉讼；

（二）发生法律效力的判决、裁定、调解书的全部或者部分内容错误；

（三）发生法律效力的判决、裁定、调解书内容错误损害其民事权益。

第二百九十三条　人民法院应当在收到起诉状和证据材料之日起五日内送交对方当事人，对方当事人可以自收到起诉状之日起十日内提出书面意见。

人民法院应当对第三人提交的起诉状、证据材料以及对方当事人的书面意见进行审查。必要时，可以询问双方当事人。

经审查，符合起诉条件的，人民法院应当在收到起诉状之日起三十日内立案。不符

refuse to accept a case which fails to meet the conditions for instituting an action.

Article 294 A people's court shall form a collegial bench to try a case of third-party revocation action.

Article 295 As mentioned in paragraph 3, Article 56 of the Civil Procedure Law, "failure to participate in an action for any reason that is not attributable to the third party's fault" means the circumstances under which a third party is not listed as a party to an effectivejudgment, ruling or consent judgment, andis not at fault or not obviously at fault, including:

(1) The third party fails to participate in the action because he or it does not know the action.

(2) The third party applies for participating in the action but fails to get the approval.

(3) The third party knows the action, but cannot participate in the action for any objective reason.

(4) The third party fails to participate in the lawsuit for any reason that is not attributable to the third party's fault.

Article 296 As mentioned in paragraph 3, Article 56 of the Civil Procedure Law, "judgment, ruling or consent judgment is entirely or partially erroneous" means the adjudication part of a judgment or ruling or the results of disposition of the parties' civil rights and obligations in a consent judgment.

Article 297 A people's court shall not accept athird-party revocation action which is filed under any of the following circumstances:

(1) The action shall be handled under special procedures, prompting procedures, procedure for Announcement to Urge Declaration of Claims, bankruptcy procedures, or other non-contentiousprocedures.

(2) The action is initiated against the contents involving identity relationship in the judgment, ruling or consent judgment which invalidates a marriage orrevokes or dissolves a marital relationship, among others.

(3) The action is initiated against the effective judgment in the litigation case of unregistered right holder v. representative as prescribed in Article 54 of the Civil Procedure Law.

合起诉条件的，应当在收到起诉状之日起三十日内裁定不予受理。

第二百九十四条　人民法院对第三人撤销之诉案件，应当组成合议庭开庭审理。

第二百九十五条　民事诉讼法第五十六条第三款规定的因不能归责于本人的事由未参加诉讼，是指没有被列为生效判决、裁定、调解书当事人，且无过错或者无明显过错的情形。包括：

（一）不知道诉讼而未参加的；

（二）申请参加未获准许的；

（三）知道诉讼，但因客观原因无法参加的；

（四）因其他不能归责于本人的事由未参加诉讼的。

第二百九十六条　民事诉讼法第五十六条第三款规定的判决、裁定、调解书的部分或者全部内容，是指判决、裁定的主文，调解书中处理当事人民事权利义务的结果。

第二百九十七条　对下列情形提起第三人撤销之诉的，人民法院不予受理：

（一）适用特别程序、督促程序、公示催告程序、破产程序等非讼程序处理的案件；

（二）婚姻无效、撤销或者解除婚姻关系等判决、裁定、调解书中涉及身份关系的内容；

（三）民事诉讼法第五十四条规定的未参加登记的权利人对代表人诉讼案件的生效裁判；

(4) The action is initiated against the effective judgment of any public interest action initiated by victims of any conduct that damages public interests as prescribed in Article 55 of the Civil Procedure Law.

Article 298 Where a third party files a revocation action, the people's court shall list the third party as the plaintiff, and the parties to the effective judgment, ruling and consent judgment shall be listed as defendants, but a third party without an independent right of claim that does not undertake obligations in the effective judgment, ruling and consent judgment shall be listed as the third party.

Article 299 After accepting a third-party revocation action, the people's court may approve the plaintiff's request for terminating enforcement by providing the corresponding guarantee.

Article 300 Upon trial, a people's court shall handle a third party's claim for entirely or partially revoking any content of an effective judgment, ruling or consent judgment respectively according to the following circumstances:

(1) Where the third party's claim is supported, and the claim for confirming his or its civil rights is entirely or partially supported, the erroneous part in the original judgment, ruling or consent judgment shall be altered.

(2) Where the third party's claim is supported, but the claim for confirming its entire or partial civil rights is not supported, or the third party does not file a claim for confirming his or its civil rights, the erroneous part in the original judgment, ruling or consent judgment shall be revoked.

(3) Where the third party's claim is not supported, the claim shall be dismissed.

The party that refuses to accept the ruling as prescribed in the preceding paragraph may make an appeal.

The contents not changed or not revoked in the original judgment, ruling or consent judgment shall remain in force.

Article 301 Where, during the trial of a third-party revocation action, the people's court makes a ruling on the retrial of an effective judgment, ruling or consent judgment, the people's court which accepts the third-party revocation action shall make a ruling on incorporating the third party's claims into the retrial procedures. However, where there is evidence proving that the parties in an original trial maliciously collude witheach other, which has damaged the legitimate rights and interests of the third

（四）民事诉讼法第五十五条规定的损害社会公共利益行为的受害人对公益诉讼案件的生效裁判。

第二百九十八条　第三人提起撤销之诉，人民法院应当将该第三人列为原告，生效判决、裁定、调解书的当事人列为被告，但生效判决、裁定、调解书中没有承担责任的无独立请求权的第三人列为第三人。

第二百九十九条　受理第三人撤销之诉案件后，原告提供相应担保，请求中止执行的，人民法院可以准许。

第三百条　对第三人撤销或者部分撤销发生法律效力的判决、裁定、调解书内容的请求，人民法院经审理，按下列情形分别处理：

（一）请求成立且确认其民事权利的主张全部或部分成立的，改变原判决、裁定、调解书内容的错误部分；

（二）请求成立，但确认其全部或部分民事权利的主张不成立，或者未提出确认其民事权利请求的，撤销原判决、裁定、调解书内容的错误部分；

（三）请求不成立的，驳回诉讼请求。

对前款规定裁判不服的，当事人可以上诉。

原判决、裁定、调解书的内容未改变或者未撤销的部分继续有效。

第三百零一条　第三人撤销之诉案件审理期间，人民法院对生效判决、裁定、调解书裁定再审的，受理第三人撤销之诉的人民法院应当裁定将第三人的诉讼请求并入再审程序。但有证据证明原审当事人之间恶意串通损害第三人合法权益的，人

party, the people's court shall first try the third-party's revocation action, and make a ruling on suspension of the retrial action.

Article 302 A third-party's claims that are incorporated into the retrial procedures shall be handled respectively according to the following circumstances:

(1) Where the case is tried under the procedure at first instance, the people's court shall try the third party's claims concurrently, and the parties may appeal against the ruling made.

(2) Where the case is tried under the procedure at second instance, the people's court may conduct mediation. If no agreement can be reached through mediation, the people's court shall make a ruling on revoking the original judgment, ruling or consent judgment, and remand this case to the court of the first instance for retrial. The third party shall be listed during the retrial.

Article 303 Where, after a third party initiates a revocation action, the enforcement of the effective original judgment, ruling or consent judgment fails to be suspended, the enforcement court shall examine the enforcement objection raised by the third party in accordance with the provisions of Article 227 of the Civil Procedure Law. Where the third party refuses to accept the ruling onrejection of enforcement objection, and files a retrial petition for trial of the original judgment, ruling or consent judgment, the people's court shall not accept such petition.

Where any party not involved in this case refuses to accept the people's court's ruling onrejection of its enforcement objection, deeming that the original judgment, ruling or consent judgment damage has damaged his or its legitimate rights and interests, he or it shall file a retrial petition in accordance with the provisions of Article 127 of the Civil Procedure Law. Where a third-party revocation action is initiated, the people's court shall not accept such action.

XV. Enforcement Opposition Actions

Article 304 Where, in accordance with the provisions of Article 227 of the Civil Procedure Law, a party not involved in a case or a party to this case refuses to accept a ruling onrejection of enforcement objection, he or it may file an enforcement objection action with the people's court within 15 days after the aforesaid ruling regarding objection is served, and the enforcement court shall have the jurisdiction.

民法院应当先行审理第三人撤销之诉案件，裁定中止再审诉讼。

第三百零二条　第三人诉讼请求并入再审程序审理的，按照下列情形分别处理：

（一）按照第一审程序审理的，人民法院应当对第三人的诉讼请求一并审理，所作的判决可以上诉；

（二）按照第二审程序审理的，人民法院可以调解，调解达不成协议的，应当裁定撤销原判决、裁定、调解书，发回一审法院重审，重审时应当列明第三人。

第三百零三条　第三人提起撤销之诉后，未中止生效判决、裁定、调解书执行的，执行法院对第三人依照民事诉讼法第二百二十七条规定提出的执行异议，应予审查。第三人不服驳回执行异议裁定，申请对原判决、裁定、调解书再审的，人民法院不予受理。

案外人对人民法院驳回其执行异议裁定不服，认为原判决、裁定、调解书内容错误损害其合法权益的，应当根据民事诉讼法第二百二十七条规定申请再审，提起第三人撤销之诉的，人民法院不予受理。

十五、执行异议之诉

第三百零四条　根据民事诉讼法第二百二十七条规定，案外人、当事人对执行异议裁定不服，自裁定送达之日起十五日内向人民法院提起执行异议之诉的，由执行法院管辖。

Article 305 The initiation of an enforcement objection action by a party not involved in a case shall, in addition to complying with the provisions of Article 119 of the Civil Procedure Law, meet the following conditions:

(1) The people's court has rendered a ruling to dismiss the petition for enforcement objection filed by the party not involved in the case.

(2) There areexplicit claims for preventing the enforcement of the subject matter of enforcement, and such claims have nothing to do with the original judgment or ruling.

(3) The enforcement objection action is initiated within 15 days after the enforcement objection ruling is served.

The people's court shall decide whether to file the case within seven days from the date of receipt of the written complaint.

Article 306 The initiation of an enforcement objection action by an enforcement applicant shall, in addition to complying with the provisions of Article 119 of the Civil Procedure Law, meet the following conditions:

(1) The people's court makes a ruling on suspension of enforcement on the basis of theapplication for enforcement objection filed by the party not involved in the case.

(2) There areexplicit claims for continuing the enforcement of the subject matter of enforcement, and such claims have nothing to do with the original judgment or ruling.

(3) The enforcement objection action is initiated within 15 days after the enforcement objection ruling is served.

The people's court shall decide whether to file the case within seven days from the date of receipt of the written complaint.

Article 307 Where a party not involved in a case institutes an enforcement objection action, the enforcement applicant shall be the defendant. If theparty subject to enforcement opposes the objection of the party not involved in the case, theparty subject to enforcement shall be a codefendant; or if theparty subject to enforcement does not oppose the objection of the party not involved in the case, theparty subject to enforcement may be listed as a third party.

Article 308 Where an enforcement applicant initiates an enforcement objection action, the party not involved in the case shall be the defendant. Where the party subject to enforcement opposes the claim of the

第三百零五条　案外人提起执行异议之诉，除符合民事诉讼法第一百一十九条规定外，还应当具备下列条件：

（一）案外人的执行异议申请已经被人民法院裁定驳回；

（二）有明确的排除对执行标的执行的诉讼请求，且诉讼请求与原判决、裁定无关；

（三）自执行异议裁定送达之日起十五日内提起。

人民法院应当在收到起诉状之日起十五日内决定是否立案。

第三百零六条　申请执行人提起执行异议之诉，除符合民事诉讼法第一百一十九条规定外，还应当具备下列条件：

（一）依案外人执行异议申请，人民法院裁定中止执行；

（二）有明确的对执行标的继续执行的诉讼请求，且诉讼请求与原判决、裁定无关；

（三）自执行异议裁定送达之日起十五日内提起。

人民法院应当在收到起诉状之日起十五日内决定是否立案。

第三百零七条　案外人提起执行异议之诉的，以申请执行人为被告。被执行人反对案外人异议的，被执行人为共同被告；被执行人不反对案外人异议的，可以列被执行人为第三人。

第三百零八条　申请执行人提起执行异议之诉的，以案外人为被告。被执行人反对申请执行人主张的，以案外人和被执

enforcement applicant, the party not involved in the case and the party subject to enforcement shall be the codefendants. Where the party subject to enforcement does not oppose the claim of the enforcement applicant, the party subject to enforcement may be listed as a third party.

Article 309 Where an enforcement applicant does not file an enforcement objection action against a ruling on suspension of enforcement, and the party subject to enforcement initiates an enforcement objection action, the people's court shall notify the party subject to enforcement to institute a separate action.

Article 310 A people's court shall try an enforcement objection case under formal procedure.

Article 311 Where a party not involved in a case or an enforcement applicant initiates an enforcement objection action, the party not involved in the case shall undertake the liability forproducing evidence to prove that he or it enjoys the civil rights and interests concerning the subject matter of enforcement which are sufficient to prevent enforcement.

Article 312 For enforcement objection actions filed by parties not involved in cases, a people's court shall, upon trial, handle them respectively according to the following circumstances:

(1) Where a party not involved in a case enjoys the civil rights and interests concerning the subject matter of enforcement which are sufficient to prevent enforcement, the people's court shall make a ruling that this subject matter should not be enforced.

(2) Where a party not involved in a case does not enjoy the civil rights and interests concerning the subject matter of enforcement which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

Where a party not involved in a case also files the claims for confirming his or its rights, the people's court may adjudicate concurrently in the judgment.

Article 313 For enforcement objection actions filed by enforcement applicants, a people's court shall, upon trial, handle them respectively according to the following circumstances:

(1) Where a party not involved in a case does not enjoy the civil rights and interests concerning the subject matter of enforcement which are sufficient

行人为共同被告；被执行人不反对申请执行人主张的，可以列被执行人为第三人。

第三百零九条 申请执行人对中止执行裁定未提起执行异议之诉的，被执行人提起执行异议之诉的，人民法院告知其另行起诉。

第三百一十条 人民法院审理执行异议之诉案件，适用普通程序。

第三百一十一条 案外人或者申请执行人提起执行异议之诉的，案外人应当就其对执行标的享有足以排除强制执行的民事权益承担举证证明责任。

第三百一十二条 对案外人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

（一）案外人就执行标的享有足以排除强制执行的民事权益的，判决不得执行该执行标的；

（二）案外人就执行标的不享有足以排除强制执行的民事权益的，判决驳回诉讼请求。

案外人同时提出确认其权利的诉讼请求的，人民法院可以在判决中一并作出裁判。

第三百一十三条 对申请执行人提起的执行异议之诉，人民法院经审理，按照下列情形分别处理：

（一）案外人就执行标的不享有足以排除强制执行的民事权益的，判决准许执行该执行标的；

to prevent enforcement, the people's court shall make a ruling on approving the enforcement of this subject matter of enforcement.

(2) Where a party not involved in a case enjoys the civil rights and interests concerning the subject matter of enforcement which are sufficient to prevent enforcement, the people's court shall make a ruling on dismissing the claims.

（二）案外人就执行标的享有足以排除强制执行的民事权益的，判决驳回诉讼请求。

Article 314 Where, for an enforcement objection action initiated by a party not involved in a case, the people's court makes a ruling that the subject matter of enforcement shall not be enforced, the enforcement objection ruling shall be invalidated.

第三百一十四条　对案外人执行异议之诉，人民法院判决不得对执行标的执行的，执行异议裁定失效。

Where, for an enforcement objection action initiated by an enforcement applicant, the people's court makes a ruling on approving the enforcement of the subject matter of enforcement, the enforcement objection ruling shall be invalidated, and the enforcement court may resume enforcement upon application of an enforcement applicant or its powers.

对申请执行人执行异议之诉，人民法院判决准许对该执行标的执行的，执行异议裁定失效，执行法院可以根据申请执行人的申请或者依职权恢复执行。

Article 315 During the trial of the enforcement objection action initiated by a party not involved in a case, the people's court shall not dispose of the subject matter of enforcement. Where the enforcement applicant requests the people's court to continue the enforcementand provides the corresponding guarantees, the people's court may approve the request.

第三百一十五条　案外人执行异议之诉审理期间，人民法院不得对执行标的进行处分。申请执行人请求人民法院继续执行并提供相应担保的，人民法院可以准许。

Where the party subject to enforcement maliciously colludes with the party not involved in the case to impede enforcement by raising enforcement objection or initiating an enforcement objection action, the people's court shall dispose of them in accordance with the provisions of Article 113 of the Civil Procedure Law provisions. Where the enforcement applicant suffers damage thereby, he or it may institute an action to claim compensation from the party subject to enforcement and the party not involved in the case.

被执行人与案外人恶意串通，通过执行异议、执行异议之诉妨害执行的，人民法院应当依照民事诉讼法第一百一十三条规定处理。申请执行人因此受到损害的，可以提起诉讼要求被执行人、案外人赔偿。

Article 316 After a people's court issues a ruling on suspension of enforcement of the subject matter of enforcement, if the enforcement applicant fails to initiate an enforcement objection action within the time limit as prescribed in laws, the people's court shall rescind the enforcement measures taken for this subject matter of enforcement within seven days upon expiry of the time limit forfiling a lawsuit.

第三百一十六条　人民法院对执行标的裁定中止执行后，申请执行人在法律规定的期间内未提起执行异议之诉的，人民法院应当自起诉期限届满之日起七日内解除对该执行标的采取的执行措施。

XVI.Procedureat Second Instance

十六、第二审程序

Article 317 If both parties and the third party have filed their own appeals, all of them shall be deemed as the appellants. A people's court may

第三百一十七条　双方当事人和第三人都提起上诉的，均列为上诉人。人民法

determine thelitigation status of the parties in the procedure at second instance according to their functions and powers.

Article 318 "Opposing parties" as prescribed in Article 166 and Article 167 of the Civil Procedure Law include appellees andother parties involved in the original trial.

Article 319 If one or some persons of one party in a necessary joint action file an appeal, the people's court shall handle it as follows:

(1) If the appeal is filed only due to an objection to the distribution of rights and obligations with the opposing party and the interests of any other co-litigants are not involved, the people's court shall take the opposing party as the appellee, and list other persons of one party that do not appeal in light of their litigation status in original trial.

(2) If the appeal is filed only due to an objection to the distribution of rights and obligations among the co-litigants, and the interests of the opposing party are not involved, the people's court shall take other co-litigants that do not appeal as the appellees, and list the opposing party in light of his or its litigation status in original trial.

(3) If the appeal is filed due to an objection to the distribution of rights and obligations between both parties and among the co-litigants, the people's court shall take all the other parties that have not filed the appeal as the appellees.

Article 320If a party files an oral appeal when the first-instance judgment is pronounced or the written judgment or ruling is served, the people's court shall notify the party that he or it shall submit a written appeal within the statutory time limit for appeal. If the party fails to do so, the people's court will deem that the party has not filed any appeal. Wherethe party fails to pay appeal fees within a designated time limit though he or it submits a written appeal, the people's court shall deem that the party has automatically withdrawn the appeal.

Article 321 The legal representative of a person without civil competency or with limited civil competency may file a appeal on behalf of that person.

Article 322 Where a party that appeals dies or terminates, the people's court shall notify in accordance with the law thesuccessor of his or its rights and obligatorstoparticipate in the action.

院可以依职权确定第二审程序中当事人的诉讼地位。

第三百一十八条　民事诉讼法第一百六十六条、第一百六十七条规定的对方当事人包括被上诉人和原审其他当事人。

第三百一十九条　必要共同诉讼人的一人或者部分人提起上诉的，按下列情形分别处理：

（一）上诉仅对与对方当事人之间权利义务分担有意见，不涉及其他共同诉讼人利益的，对方当事人为被上诉人，未上诉的同一方当事人依原审诉讼地位列明；

（二）上诉仅对共同诉讼人之间权利义务分担有意见，不涉及对方当事人利益的，未上诉的同一方当事人为被上诉人，对方当事人依原审诉讼地位列明；

（三）上诉对双方当事人之间以及共同诉讼人之间权利义务承担有意见的，未提起上诉的其他当事人均为被上诉人。

第三百二十条　一审宣判时或者判决书、裁定书送达时，当事人口头表示上诉的，人民法院应告知其必须在法定上诉期间内递交上诉状。未在法定上诉期间内递交上诉状的，视为未提起上诉。虽递交上诉状，但未在指定的期限内交纳上诉费的，按自动撤回上诉处理。

第三百二十一条　无民事行为能力人、限制民事行为能力人的法定代理人，可以代理当事人提起上诉。

第三百二十二条　上诉案件的当事人死亡或者终止的，人民法院依法通知其权利义务承继者参加诉讼。

Where an action needs to be terminated, the provisions of Article 151 of the Civil Procedure Law shall apply.

Article 323 The people's court of second instance shalltry a case around the party's claims in appeal.

Where a party does not file claims, the people's court shall not try the case, unless thefirst-instance judgmentviolates prohibitive provisions in laws or damages the interests of the state, public interests, or the legitimate rights and interests of other persons.

Article 324 For a case tried in a court session, people's court of second instance may make pretrial preparations in accordance with the provisionsof item (4),Article133 of the Civil Procedure Law.

Article 325 Any of the following circumstances may be determined as a severe violation of legal procedures as prescribed in paragraph 1(4), Article 170 of the Civil Procedure Law:

(1) The composition of a trial organization is illegal.

(2) Any judge who shall be disqualified in accordance with law fails to be disqualified.

(3) The legal representative of a person without competency to participate in the action fails to participate in the action on behalf of the person.

(4) A party's right to debate is illegally denied.

Article 326 For the claims filed by a party in the procedure at first instance, if the people's court of original instance fails to try the case and render a judgment thereon, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

Article 327 If a party that is required to participate in an action or a third party with an independent right of claim fails to participate in the action in the procedure at first instance, the people's court of second instance may conduct mediation on the principle of free will of the parties; or if mediation fails, the case shall be remanded for retrial.

Article 328 In the procedure at second instance, if the plaintiff in original trial adds any independent claims or the defendant in original trial files a counterclaim, the people's court of second instance may conduct mediation regarding the newly added claims or counterclaim on the

需要终结诉讼的，适用民事诉讼法第一百五十一条规定。

第三百二十三条　第二审人民法院应当围绕当事人的上诉请求进行审理。

当事人没有提出请求的，不予审理，但一审判决违反法律禁止性规定，或者损害国家利益、社会公共利益、他人合法权益的除外。

第三百二十四条　开庭审理的上诉案件，第二审人民法院可以依照民事诉讼法第一百三十三条第四项规定进行审理前的准备。

第三百二十五条　下列情形，可以认定为民事诉讼法第一百七十条第一款第四项规定的严重违反法定程序：

（一）审判组织的组成不合法的；

（二）应当回避的审判人员未回避的；

（三）无诉讼行为能力人未经法定代理人代为诉讼的；

（四）违法剥夺当事人辩论权利的。

第三百二十六条　对当事人在第一审程序中已经提出的诉讼请求，原审人民法院未作审理、判决的，第二审人民法院可以根据当事人自愿的原则进行调解；调解不成的，发回重审。

第三百二十七条　必须参加诉讼的当事人或者有独立请求权的第三人，在第一审程序中未参加诉讼，第二审人民法院可以根据当事人自愿的原则予以调解；调解不成的，发回重审。

第三百二十八条　在第二审程序中，原审原告增加独立的诉讼请求或者原审被告提出反诉的，第二审人民法院可以根据当事人自愿的原则就新增加的诉讼请求或

principle of free will of the parties; orif mediation fails, the people's court shall notify the party to file a new lawsuit.

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

Article 329 For a case for which the judgment of first instance disapproves the divorce, if, after the appeal, the people's court of second instance holds that a judgment on approval of divorce shall be rendered, it may, on the principle of free will of the parties, conduct mediation together with the issues of child upbringing and property; or if mediation fails, the case shall be remanded for retrial.

If both parties agree with the trial of the case by the people's court of second instance concurrently, the people's court of second instance may render a judgment concurrently.

Article 330 For a case tried by the people's court under the procedure at second instance, if the people's court holds that the case shall not be accepted by the people's court in accordance with the law, the people's court of second instance may directly rule to cancel the original judgment and dismiss the action.

Article 331 For a case tried by the people's court under the procedure at second instance, if the people's court holds that the case accepted by the people's court of first instance violates the provisions on exclusive jurisdiction, the people's court shall render aruling to revokethe original judgment and transfer the case to the people's court having jurisdiction.

Article 332 If the people's court of second instance ascertains that there is any error in theruling of rejection rendered by the people's court of first instance, it shall, when revoking the original ruling, order the people's court of first instance to put the case on file and accept it; and if the people's court of second instance finds that there is any error in the ruling of dismissal rendered by the people's court of first instance, it shall, when canceling the original ruling, order the people's court of first instance to try the case.

Article 333 The people's court of second instance may not try the following appeal cases in court sessions in accordance with the provisions of Article 169 of the Civil Procedure Law:

者反诉进行调解；调解不成的，告知当事人另行起诉。

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

第三百二十九条　一审判决不准离婚的案件，上诉后，第二审人民法院认为应当判决离婚的，可以根据当事人自愿的原则，与子女抚养、财产问题一并调解；调解不成的，发回重审。

双方当事人同意由第二审人民法院一并审理的，第二审人民法院可以一并裁判。

第三百三十条　人民法院依照第二审程序审理案件，认为依法不应由人民法院受理的，可以由第二审人民法院直接裁定撤销原裁判，驳回起诉。

第三百三十一条　人民法院依照第二审程序审理案件，认为第一审人民法院受理案件违反专属管辖规定的，应当裁定撤销原裁判并移送有管辖权的人民法院。

第三百三十二条　第二审人民法院查明第一审人民法院作出的不予受理裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院立案受理；查明第一审人民法院作出的驳回起诉裁定有错误的，应当在撤销原裁定的同时，指令第一审人民法院审理。

第三百三十三条　第二审人民法院对下列上诉案件，依照民事诉讼法第一百六十九条规定可以不开庭审理：

(1) Cases in which the rulings rendered for the rejection of action, the challenge to the jurisdiction or the dismissal of action are refused to be accepted.

(2) Cases in which the appeal claims filed by the parties obviously cannot be supported.

(3) Cases in which the facts are clearly ascertained but the application of law is erroneous in the judgment or ruling of original instance.

(4) Cases that need to be remanded for retrial because the original adjudications severely violate legal procedures.

Article 334 Where the results of the original judgment or ruling are correct though the facts ascertained by the original judgment or ruling or the application of law are flawed, the people's court of second instance may, after correcting the flaws in the judgment or ruling, maintain the original judgment or ruling in accordance with the provisions of paragraph 1(1) of Article 170 of the Civil Procedure Law.

Article 335 As mentioned in paragraph 1(3), Article 170 of the Civil Procedure Law, "basic facts" means the facts used to determine the competence of a party, the nature of a case, or civil rights and obligations, which have a substantial impact on the original judgment or ruling.

Article 336 If, in the procedure at second instance, the legal person or other organization as the party is split off, the people's court may directly take the legal persons or other organizations after the split-off as the co-litigants; in the case of merger, the people's court may take the legal person or other organization after merger as the party.

Article 337 If, in the procedure at second instance, a party applies for withdrawal of an appeal, and the people's court holds upon review that there are truly errors in the judgment of first instance, or the parties maliciously collude with each other to damage the interests of the state, public interests or the legitimate rights of others, the people's court shall not approve the withdrawal.

Article 338 If, in the procedure at second instance, the plaintiff in original trial applies for withdrawal of an action, the people's court may approve the application upon consent of other parties and when the interests of the state, public interests or the legitimate rights of others are not damaged. Where withdrawal of the action is approved, the people's court shall rule to concurrently revoke the first-instance judgment.

（一）不服不予受理、管辖权异议和驳回起诉裁定的；

（二）当事人提出的上诉请求明显不能成立的；

（三）原判决、裁定认定事实清楚，但适用法律错误的；

（四）原判决严重违反法定程序，需要发回重审的。

第三百三十四条　原判决、裁定认定事实或者适用法律虽有瑕疵，但裁判结果正确的，第二审人民法院可以在判决、裁定中纠正瑕疵后，依照民事诉讼法第一百七十条第一款第一项规定予以维持。

第三百三十五条　民事诉讼法第一百七十条第一款第三项规定的基本事实，是指用以确定当事人主体资格、案件性质、民事权利义务等对原判决、裁定的结果有实质性影响的事实。

第三百三十六条　在第二审程序中，作为当事人的法人或者其他组织分立的，人民法院可以直接将分立后的法人或者其他组织列为共同诉讼人；合并的，将合并后的法人或者其他组织列为当事人。

第三百三十七条　在第二审程序中，当事人申请撤回上诉，人民法院经审查认为一审判决确有错误，或者当事人之间恶意串通损害国家利益、社会公共利益、他人合法权益的，不应准许。

第三百三十八条　在第二审程序中，原审原告申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。准许撤诉的，应当一并裁定撤销一审判决。

Where the plaintiff in original trial brings an action again after he or it withdraws the original action in the procedure at second instance, the people's court shall not accept such action.

原审原告在第二审程序中撤回起诉后重复起诉的，人民法院不予受理。

Article 339 If the parties reach a mediation agreement in the procedure at second instance, the people's court may, upon request of the parties, review the mediation agreement reached by both parties and make a consent judgment and serve it on the parties; if an application for withdrawing an action is filed due to mediation, the people's court shall approve the withdrawal if the conditions for withdrawal of an action are met upon review.

第三百三十九条　当事人在第二审程序中达成和解协议的，人民法院可以根据当事人的请求，对双方达成的和解协议进行审查并制作调解书送达当事人；因和解而申请撤诉，经审查符合撤诉条件的，人民法院应予准许。

Article 340 The people's court of second instance may pronounce a judgment on its own, or may entrust it to the people's court of original trial or the people's court at the domicile of the party.

第三百四十条　第二审人民法院宣告判决可以自行宣判，也可以委托原审人民法院或者当事人所在地人民法院代行宣判。

Article 341 A people's court shall issue a final ruling for an appeal against a ruling within 30 days after the appeal case of second instance is filed. If it is necessary to extend the time limit for trial under any special circumstance, it shall be approved by the president of the people's court

第三百四十一条　人民法院审理对裁定的上诉案件，应当在第二审立案之日起三十日内作出终审裁定。有特殊情况需要延长审限的，由本院院长批准。

Article 342 The acts of a party committed under the procedure at first instance shall remain binding upon the party under the procedure at second instance.

第三百四十二条　当事人在第一审程序中实施的诉讼行为，在第二审程序中对该当事人仍具有拘束力。

When a party overturns an act committed by the party under the procedure at first instance, the people's court shall order the party to give reasons for the overturn. If there are no justifiable reasons, the overturn shall not be supported by the people's court.

当事人推翻其在第一审程序中实施的诉讼行为时，人民法院应当责令其说明理由。理由不成立的，不予支持。

XVII. Special Procedures

十七、特别程序

Article 343 For a case concerning the declaration of missing or death, the people's court may, upon request of the applicant, clean up the properties of the person whose whereabouts are unknown, and designate a property administrator during the period of case trial. After the period of announcement expires, if the people's court rules to declare the missing, it shall simultaneously designate a property administrator for the missing person in accordance with paragraph 1, Article 21 of the General Principles of the Civil Law.

第三百四十三条　宣告失踪或者宣告死亡案件，人民法院可以根据申请人的请求，清理下落不明的财产，并指定案件审理期间的财产管理人。公告期满后，人民法院判决宣告失踪的，应当同时依照民法通则第二十一条第一款的规定指定失踪人的财产代管人。

Article 344 If, after the property administrator for a missing person has been designated by the people's court, the administrator applies for the change of designation, the application shall be heard according to the

第三百四十四条　失踪人的财产代管人经人民法院指定后，代管人申请变更代管的，比照民事诉讼法特别程序的有关规

relevant provisions on the special procedures in the Civil Procedure Law. If the application is reasonable, the court shall rule to cancel the applicant's status as the administrator, and simultaneously designate another property administrator; if the application is unreasonable, the court shall rule to reject the application.

If another interested party of the missing person applies for change of the designation of the property administrator, the people's court shall notify him or it to institute an action against the designated original property administrator that shall be taken as the defendant, and the case shall be tried under formal procedure.

Article 345 If, after the people's court has adjudicated to declare the missing of a citizen, any interested person thereof applies to the people's court for declaration of the death of the missing person, and four years or more have lapsed from the date of missing, the people's court shall accept the application, the judgment for declaration of missing shall be the proof of the missing of the citizen, and, during trial, the people's court shall make an announcement still in accordance with Article 185 of the Civil Procedure Law.

Article 346 Where more than one interested party file the application fordeclaring death or missing, they shall be listed as joint applicants.

Article 347 An announcement on the search for the missing person shall specify the following contents:

(1) The respondent shall declare his specific address and contact information to thecourt accepting the case within the prescribed time. Otherwise, the respondent will be declared missing or dead;

(2) Whoever knows the  HYPERLINK "javascript:void(0);" current HYPERLINK "javascript:void(0);" living HYPERLINK "javascript:void(0);" situation of the respondent shall report the situation he has learned to the court that accepts the case within the period of announcement.

Article 348 Where, after a people's court accepts a case concerning the declaration of missing or death of a person, an applicant withdraws the application before the people's court makes a judgment, the people's court shall make a ruling to conclude the case, unless any other interest party that complies with legal provisions joins the procedures to require the people's court to continue the trial.

定进行审理。申请理由成立的，裁定撤销申请人的代管人身份，同时另行指定财产代管人；申请理由不成立的，裁定驳回申请。

失踪人的其他利害关系人申请变更代管的，人民法院应当告知其以原指定的代管人为被告起诉，并按普通程序进行审理。

第三百四十五条  人民法院判决宣告公民失踪后，利害关系人向人民法院申请宣告失踪人死亡，自失踪之日起满四年的，人民法院应当受理，宣告失踪的判决即是该公民失踪的证明，审理中仍应依照民事诉讼法第一百八十五条规定进行公告。

第三百四十六条  符合法律规定的多个利害关系人提出宣告失踪、宣告死亡申请的，列为共同申请人。

第三百四十七条  寻找下落不明人的公告应当记载下列内容：

（一）被申请人应当在规定期间内向受理法院申报其具体地址及其联系方式。否则，被申请人将被宣告失踪、宣告死亡；

（二）凡知悉被申请人生存现状的人，应当在公告期间内将其所知道情况向受理法院报告。

第三百四十八条  人民法院受理宣告失踪、宣告死亡案件后，作出判决前，申请人撤回申请的，人民法院应当裁定终结案件，但其他符合法律规定的利害关系人加入程序要求继续审理的除外。

Article 349 If, in the litigation, an interested person of one party claims that the party is suffering from a mental disease and requests to announce him as a personwithout civil competency or withlimited civil competency, the interested person shall file an application with the people's court, and the people's court that accept the case shall put the case on file for trial according to the special procedure, and the original action shall be suspended.

Article 350 For a case on the determination of a property as unclaimed, if any one claims the property during the period of public notice, the people's court shall rule to conclude the special procedure, and notify the applicant to file a new lawsuit, and the case shall be tried under formal procedure.

Article 351 If the designated guardian does not accept a designation, he shallraise an objection to the people's court within 30 days of receipt of the notice. Upon trial, if the court holds that the designation is proper, it shall rule to dismiss the objection; if the court holds that the designation is improper, it shall rule to revoke the designation, and designate a new guardian; and shall serve the written judgment on the objector, the original designated entity and the guardian newly designated in the judgment.

Article 352Where, in a case of the determination of a citizen's civil incompetency or limited civil competency, the respondenthas no close relative, the people's court may designate any other of his relatives as the representative. Where the respondenthas no relative, he people's court may designated the close friend who is willing to act as the representative and has obtained the consent of the entity where the applicant works or the residents' committee and villagers' committee at the place where the applicant resides.

Where there is no representative as prescribed in the preceding paragraph, the entity where the applicant works or the residents' committee and villagers' committee at the place where the applicant resides or a civil affairs department shall act as the representative.

A representative may be one person or two persons in the same order.

Article 353 To apply for judicial confirmation of a mediation agreement, both parties to the mediation agreement themselves or the representatives as prescribed in Article 58 of the Civil Procedure Law shall file an application with the basic people's court or the people's tribunal at the place where the mediation organization is located.

第三百四十九条　在诉讼中，当事人的利害关系人提出该当事人患有精神病，要求宣告该当事人无民事行为能力或者限制民事行为能力的，应由利害关系人向人民法院提出申请，由受诉人民法院按照特别程序立案审理，原诉讼中止。

第三百五十条　认定财产无主案件，公告期间有人对财产提出请求的，人民法院应当裁定终结特别程序，告知申请人另行起诉，适用普通程序审理。

第三百五十一条　被指定的监护人不服指定，应当自接到通知之日起三十日内向人民法院提出异议。经审理，认为指定并无不当的，裁定驳回异议；指定不当的，判决撤销指定，同时另行指定监护人。判决书应当送达异议人、原指定单位及判决指定的监护人。

第三百五十二条　申请认定公民无民事行为能力或者限制民事行为能力的案件，被申请人没有近亲属的，人民法院可以指定其他亲属为代理人。被申请人没有亲属的，人民法院可以指定经被申请人所在单位或者住所地的居民委员会、村民委员会同意，且愿意担任代理人的关系密切的朋友为代理人。

没有前款规定的代理人的，由被申请人所在单位或者住所地的居民委员会、村民委员会或者民政部门担任代理人。

代理人可以是一人，也可以是同一顺序中的两人。

第三百五十三条　申请司法确认调解协议的，双方当事人应当本人或者由符合民事诉讼法第五十八条规定的代理人向调解组织所在地基层人民法院或者人民法庭提出申请。

Article 354 Where two or more mediation organizations participate in the mediation, all basic people's courts at the places where such mediation organizations are located shall have the jurisdiction.

Both parties may jointly file an application with the basic people's court at the place where either mediation organization is located. Where both parties jointly file applications with the basic people's courts where two or more mediation organizations are located, the people's court he people's court that first files the case shall have jurisdiction.

Article 355 A party may apply for judicial confirmation of a mediation agreementin writing or verbally. Where a party file a verbal application, the people's court shall transcribe the application which shall be signed, fingerprinted or affixed with sealby the party.

Article 356 To apply for judicial confirmation of a mediation agreement, both parties shall submit to the people's court the mediation agreement, the certificate on the mediation organization's presiding over mediation, and property right certificate and other materials related to mediation agreement, and provide the identity, domicile, contact information and other basic information of both parties.

Where the parties fail to submit the aforesaid materials, the people's court shall require the parties to supplement the required materials within a prescribed time limit.

Article 357 Where an application for judicial confirmation of a mediation agreement filed by the parties fails under any of the following circumstances, the people's court shall rule not to accept the application:

(1) The application is not subject to the acceptance scope of the people'scourt

(2) The application is not under the jurisdiction of the people's court accepting the application.

(3) The application is made for confirming the invalidity, validity ortermination of the marital relationship, parentage, adoptive relationship or any other identity relationship.

(4) Any other special procedure, procedure for Announcement to Urge Declaration of Claims and bankruptcy procedure applies to the trial of the case.

第三百五十四条　两个以上调解组织参与调解的，各调解组织所在地基层人民法院均有管辖权。

双方当事人可以共同向其中一个调解组织所在地基层人民法院提出申请；双方当事人共同向两个以上调解组织所在地基层人民法院提出申请的，由最先立案的人民法院管辖。

第三百五十五条　当事人申请司法确认调解协议，可以采用书面形式或者口头形式。当事人口头申请的，人民法院应当记入笔录，并由当事人签名、捺印或者盖章。

第三百五十六条　当事人申请司法确认调解协议，应当向人民法院提交调解协议、调解组织主持调解的证明，以及与调解协议相关的财产权利证明等材料，并提供双方当事人的身份、住所、联系方式等基本信息。

当事人未提交上述材料的，人民法院应当要求当事人限期补交。

第三百五十七条　当事人申请司法确认调解协议，有下列情形之一的，人民法院裁定不予受理：

（一）不属于人民法院受理范围的；

（二）不属于收到申请的人民法院管辖的；

（三）申请确认婚姻关系、亲子关系、收养关系等身份关系无效、有效或者解除的；

（四）涉及适用其他特别程序、公示催告程序、破产程序审理的；

(5) The contents of the mediation agreement involve theconfirmation of property and intellectual property right.

Where the people's court finds, after accepting the application, that the application falls under any of the following circumstances under which an application shall not be accepted, it shall rule to reject the parties' application.

Article 358 When examining the relevant information, a people's court shall notify both parties to appear in court together to verify the case.

Where the people's court holds upon examination that the statement of or the certification materials provided by a party are insufficient, incomplete or doubtful, it may require the party to supplement the statement or certification materials within a prescribed time limit. If necessary, the people's court mayverify the relevant information with the mediation organization.

Article 359 Where, before the ruling on confirming the mediation agreement is made, a party withdraws the application, the people's court may make a ruling on approving the withdrawal of the application.

Where a party fails, without any justified reason, to supplement the statement or certification materials within a prescribed time limit or refuses to accept inquiry, the people's court may deem the party has withdrawn the application.

Article 360 Where, upon examination, the mediation agreement is found to fall under any of the following circumstances, the people's court shall issue a ruling to dismiss the application:

1.The mediation agreement violates any mandatory provision of the law.

2.The mediation agreement damages the national interest, public interest, or lawful rights and interests of others.

3.The mediation agreement violates the public order and good morals.

4.The mediation agreement is ambiguous in content.

5.The contents is ambiguous

6Other circumstances under which the mediation agreement cannot be confirmed by the people's court.

（五）调解协议内容涉及物权、知识产权确权的。

人民法院受理申请后，发现有上述不予受理情形的，应当裁定驳回当事人的申请。

第三百五十八条　人民法院审查相关情况时，应当通知双方当事人共同到场对案件进行核实。

人民法院经审查，认为当事人的陈述或者提供的证明材料不充分、不完备或者有疑义的，可以要求当事人限期补充陈述或者补充证明材料。必要时，人民法院可以向调解组织核实有关情况。

第三百五十九条　确认调解协议的裁定作出前，当事人撤回申请的，人民法院可以裁定准许。

当事人无正当理由未在限期内补充陈述、补充证明材料或者拒不接受询问的，人民法院可以按撤回申请处理。

第三百六十条　经审查，调解协议有下列情形之一的，人民法院应当裁定驳回申请：

（一）违反法律强制性规定的；

（二）损害国家利益、社会公共利益、他人合法权益的；

（三）违背公序良俗的；

（四）违反自愿原则的；

（五）内容不明确的；

（六）其他不能进行司法确认的情形。

Article 361 As mentioned in Article 196 of the Civil Procedure Law, "security interest holder" means a mortgagee, pledgee, or lienor; and "other party entitled to request realization of the security interest" means a mortgagor, pledgor, lienee, or owner, among others.

Article 362 A case involving the realization of a pledge of right with a right certificate such as a negotiable instrument, a warehouse receipt, or a bill of lading may be under the jurisdiction of the people's court at the place of domicile of the holder of the right certificate; and a case involving the realization of a pledge of right without a right certificate shall be under the jurisdiction of the people's court at the place of registration of pledging.

Article 363 Where a case of security interest realization is under the jurisdiction of a maritime court or any other specialized people's court, such a specialized people's court shall exercise the jurisdiction over the case.

Article 364 Where multiple pieces of property are posted as security for the same claim and are located at different places, if the applicant applies for security interest realization to the people's courts having jurisdiction respectively, the people's courts shall accept the applications according to the law.

Article 365 Where a claim is secured by both property and personal guarantee as described in Article 176 of the Property Law, if an application for security interest realization violates the agreement between the parties on the order of realization of security interests, the people's court shall issue a ruling to reject the application; or if the parties have not reached such an agreement or such an agreement between the parties is ambiguous, the people's court shall accept the application.

Article 366 Where multiple security interests are created on the same property, a security interest registered earlier which has not been realized shall not affect an application filed by the holder of a later security interest to the people's court for realization of security interest.

Article 367 To apply for security interest realization, the applicant shall submit the following materials:

1. A written application, including the basic information on the applicant and respondent, such as their names and contact methods, and the specific claims, facts, and reasons.

第三百六十一条　民事诉讼法第一百九十六条规定的担保物权人，包括抵押权人、质权人、留置权人；其他有权请求实现担保物权的人，包括抵押人、出质人、财产被留置的债务人或者所有权人等。

第三百六十二条　实现票据、仓单、提单等有权利凭证的权利质权的，可以由权利凭证持有人住所地人民法院管辖；无权利凭证的权利质权，由出质登记地人民法院管辖。

第三百六十三条　实现担保物权案件属于海事法院等专门人民法院管辖的，由专门人民法院管辖。

第三百六十四条　同一债权的担保物有多个且所在地不同，申请人分别向有管辖权的人民法院申请实现担保物权的，人民法院应当依法受理。

第三百六十五条　依照物权法第一百七十六条的规定，被担保的债权既有物的担保又有人的担保，当事人对实现担保物权的顺序有约定，实现担保物权的申请违反该约定的，人民法院裁定不予受理；没有约定或者约定不明的，人民法院应当受理。

第三百六十六条　同一财产上设立多个担保物权，登记在先的担保物权尚未实现的，不影响后顺位的担保物权人向人民法院申请实现担保物权。

第三百六十七条　申请实现担保物权，应当提交下列材料：

（一）申请书。申请书应当记明申请人、被申请人的姓名或者名称、联系方式等基本信息，具体的请求和事实、理由；

2. Proof of existence of a security interest, including but not limited to a master contract, a contract on provision of security, a certificate of mortgage registration or a certificate of other rights, a right certificate for pledge of rights, or a certificate of registration of pledging.

3. Proof of satisfaction of conditions for security interest realization.

4. A statement on the current condition of the property posted as security.

5. Other materials as deemed necessary by the people's court.

Article 368 After accepting an application, a people's court shall, within five days, service a copy of the application, a notification of right of opposition, and other documents on the respondent.

If the respondent opposes the application, the respondent shall, within five days of receipt of the notification from the people's court, file an opposition with the people's court, explaining the reasons for opposition, and submit the relevant evidential materials.

Article 369 A case involving realization of a security interest may be examined by a sole judge. If the value of the subject matter secured is beyond the jurisdiction of the basic people's court, a collegial bench shall be formed to examine the case.

Article 370 In examining a case involving realization of a security interest, a people's court may question the applicant, respondent, and interested persons, and when necessary, investigate the relevant facts according to its power.

Article 371 A people's court shall examine the validity, term, and performance of a master contract, the validity of a security interest, the scope of property posted as security, the scope of claims secured, whether the repayment for the claims secured is due and other conditions for realization of a security interest, and whether the lawful rights and interests of others will be damaged, among others.

Where the respondent or an interested party raises an objecation, the people's court shall examine it jointly with the aforsaid matters.

Article 372 After examination, a people's court shall proceed as follows:

（二）证明担保物权存在的材料，包括主合同、担保合同、抵押登记证明或者他项权利证书，权利质权的权利凭证或者质权出质登记证明等；

（三）证明实现担保物权条件成就的材料；

（四）担保财产现状的说明；

（五）人民法院认为需要提交的其他材料。

第三百六十八条　人民法院受理申请后，应当在五日内向被申请人送达申请书副本、异议权利告知书等文书。

被申请人有异议的，应当在收到人民法院通知后的五日内向人民法院提出，同时说明理由并提供相应的证据材料。

第三百六十九条　实现担保物权案件可以由审判员一人独任审查。担保财产标的额超过基层人民法院管辖范围的，应当组成合议庭进行审查。

第三百七十条　人民法院审查实现担保物权案件，可以询问申请人、被申请人、利害关系人，必要时可以依职权调查相关事实。

第三百七十一条　人民法院应当就主合同的效力、期限、履行情况，担保物权是否有效设立、担保财产的范围、被担保的债权范围、被担保的债权是否已届清偿期等担保物权实现的条件，以及是否损害他人合法权益等内容进行审查。

被申请人或者利害关系人提出异议的，人民法院应当一并审查。

第三百七十二条　人民法院审查后，按下列情形分别处理：

1. It shall issue a ruling to permit the auction or sale of the property posted as security, if the parties are not substantively in dispute and the conditions for realization of a security interest are satisfied;

2. It may issue a ruling to permit the auction or sale of the property posted as security for the part of security interests over which the parties are not in dispute, if the parties are substantively in dispute over certain security interests; or

3. It shall dismiss the application and notify the applicant that the applicant may institute an action in the people's court, if the parties are substantively in dispute over the realization of a security interest.

Article 373 Where, after a people's court accepts an application, the applicant files a motion for preservation of the property posted as security, the preservation provisions of the Civil Procedure Law may apply.

Article 374 A party or interested person which deems that a judgment or ruling issued under a special proceeding is erroneous may file an opposition with the people's court issuing the judgment or ruling. Upon examination, if the people's court supports or partially supports the opposition, it shall issue a new judgment or ruling to revoke or modify the original judgment or ruling; or dismiss the opposition if the opposition is unfounded.

A party which opposes a ruling issued by a people's court to confirm a mediation agreement and permit realization of a security interest shall, within 15 days of receipt of the ruling, file the opposition; or an interested party shall file such an opposition within six months from the day when it knows or should have known the infringement upon its rights and interests in civil law.

XVIII. Trial Supervision Procedure

Article 375 Where a party dies or is terminated, the successor to the rights and obligations of the party may file a petition for retrial in accordance with the provisions of Articles 199 and 201 of the Civil Procedure Law.

Where, after a judgment or consent judgment takes effect, a party assigns the claims determined in the judgment or consent judgment, the people's court shall reject a petition for retrial filed by the assignee against the judgment or consent judgment.

（一）当事人对实现担保物权无实质性争议且实现担保物权条件成就的，裁定准许拍卖、变卖担保财产；

（二）当事人对实现担保物权有部分实质性争议的，可以就无争议部分裁定准许拍卖、变卖担保财产；

（三）当事人对实现担保物权有实质性争议的，裁定驳回申请，并告知申请人向人民法院提起诉讼。

第三百七十三条　人民法院受理申请后，申请人对担保财产提出保全申请的，可以按照民事诉讼法关于诉讼保全的规定办理。

第三百七十四条　适用特别程序作出的判决、裁定，当事人、利害关系人认为有错误的，可以向作出该判决、裁定的人民法院提出异议。人民法院经审查，异议成立或者部分成立的，作出新的判决、裁定撤销或者改变原判决、裁定；异议不成立的，裁定驳回。

对人民法院作出的确认调解协议、准许实现担保物权的裁定，当事人有异议的，应当自收到裁定之日起十五日内提出；利害关系人有异议的，自知道或者应当知道其民事权益受到侵害之日起六个月内提出。

十八、审判监督程序

第三百七十五条　当事人死亡或者终止的，其权利义务承继者可以根据民事诉讼法第一百九十九条、第二百零一条的规定申请再审。

判决、调解书生效后，当事人将判决、调解书确认的债权转让，债权受让人对该判决、调解书不服申请再审的，人民法院不予受理。

Article 376 The numerous parties on one side as described in Article 199 of the Civil Procedure Law may include citizens, legal persons, and other organizations.

A case in which the parties on both sides are citizens as described in Article 199 of the Civil Procedure Law means a case in which both the plaintiff(s) and the defendant(s) are citizens.

Article 377 To petition for retrial, a party shall submit the following materials:

1. A written petition for retrial, with copies in the number of the respondent(s) and other parties in the original trial.

2. The identification of the petitioner who is a natural person or the business license, organization code certificate, and identification of the legal representative or primary person in charge of the petitioner which is a legal person or any other organization. If the petitioner authorizes another person to file the petition on behalf of the petitioner, the power of attorney and identification of the authorized person shall also be submitted.

3. The original judgment, ruling, or consent judgment.

4. Primary evidence and other materials on the basic facts of the case.

The materials as set out in items (2), (3) and (4) in the preceding paragraph may be photocopies which are certified to the consistent with the originals.

Article 378 A written petition for retrial shall state:

1. the basic information on the petitioner, respondents, and other parties in the original trial;

2. the name of the original trial people's court and the case number of the original adjudicative document;

3. the specific claims in retrial; and

4. the statutory circumstances under which the petition for retrial is filed and the specific facts and reasons.

A written petition for retrial shall specify the people's court with which the petition for retrial is filed, and the petitioner shall affix its signature, fingerprint, or seal to the written petition for retrial.

第三百七十六条　民事诉讼法第一百九十九条规定的人数众多的一方当事人，包括公民、法人和其他组织。

民事诉讼法第一百九十九条规定的当事人双方为公民的案件，是指原告和被告均为公民的案件。

第三百七十七条　当事人申请再审，应当提交下列材料：

（一）再审申请书，并按照被申请人和原审其他当事人的人数提交副本；

（二）再审申请人是自然人的，应当提交身份证明；再审申请人是法人或者其他组织的，应当提交营业执照、组织机构代码证书、法定代表人或者主要负责人身份证明书。委托他人代为申请的，应当提交授权委托书和代理人身份证明；

（三）原审判决书、裁定书、调解书；

（四）反映案件基本事实的主要证据及其他材料。

前款第二项、第三项、第四项规定的材料可以是与原件核对无异的复印件。

第三百七十八条　再审申请书应当记明下列事项：

（一）再审申请人与被申请人及原审其他当事人的基本信息；

（二）原审人民法院的名称，原审裁判文书案号；

（三）具体的再审请求；

（四）申请再审的法定情形及具体事实、理由。

再审申请书应当明确申请再审的人民法院，并由再审申请人签名、捺印或者盖章。

Article 379 Where the parties on one side are numerous or the parties on both sides are citizens, and the parties petition for retrial to the original trial people's court and the people's court at the next higher level respectively, if the parties cannot reach an agreement, the case shall be accepted by the original trial people's court.

Article 380 A party to a case which is tried under a special procedure, the procedure for urging debt repayment, the procedure for Announcement to Urge Declaration of Claims, the bankruptcy procedure, or any other non-contentious procedure shall be prohibited from petitioning for retrial of the case.

Article 381 A party which deems that an effective ruling to reject or dismiss an action is erroneous may file a petition for retrial of the case.

Article 382 Where a party files a petition for retrial of a divorce case over division of property, if any property already divided in the judgment is involved, a people's court shall examine the petition in accordance with the provision of Article 200 of the Civil Procedure Law and issue a ruling to permit retrial after finding that the retrial conditions are satisfied; or if any community property not decided in the judgment is involved, a people's court shall notify the party that the party may institute an action separately.

Article 383 Where a party's petition for retrial falls under any of the following circumstances, a people's court shall reject the petition:

1. A party files a petition for retrial again after the petition is rejected.

2. A party files a petition for retrial against a judgment or ruling entered after retrial.

3. A party files a petition for retrial again after the people's procuratorate makes a decision not to offer a procuratorial recommendation or a decision not to file an appeal.

Under the circumstances as described in items (1) and (2) in the preceding paragraph, the people's court shall notify the party that the party may apply to a people's procuratorate for a procuratorial recommendation of retrial or for appeal, except for a judgment or ruling entered after retrial upon procuratorial recommendation of retrial or appeal from a people's procuratorate.

第三百七十九条　当事人一方人数众多或者当事人双方为公民的案件，当事人分别向原审人民法院和上一级人民法院申请再审且不能协商一致的，由原审人民法院受理。

第三百八十条　适用特别程序、督促程序、公示催告程序、破产程序等非讼程序审理的案件，当事人不得申请再审。

第三百八十一条　当事人认为发生法律效力的不予受理、驳回起诉的裁定错误的，可以申请再审。

第三百八十二条　当事人就离婚案件中的财产分割问题申请再审，如涉及判决中已分割的财产，人民法院应当依照民事诉讼法第二百条的规定进行审查，符合再审条件的，应当裁定再审；如涉及判决中未作处理的夫妻共同财产，应当告知当事人另行起诉。

第三百八十三条　当事人申请再审，有下列情形之一的，人民法院不予受理：

（一）再审申请被驳回后再次提出申请的；

（二）对再审判决、裁定提出申请的；

（三）在人民检察院对当事人的申请作出不予提出再审检察建议或者抗诉决定后又提出申请的。

前款第一项、第二项规定情形，人民法院应当告知当事人可以向人民检察院申请再审检察建议或者抗诉，但因人民检察院提出再审检察建议或者抗诉而再审作出的判决、裁定除外。

Article 384 Where a party files a petition for retrial against an effective consent judgment, the petition shall be filed within six months after the consent judgment takes effect.

Article 385 A people's court shall, within five days of receipt of a written petition for retrial and other materials that satisfy the statutory conditions, issue a notice of acceptance to the petitioner and a notice of response, a copy of the written petition for retrial, and other materials to the respondent(s) and other parties in the original trial.

Article 386 After accepting a retrial petition case, a people's court shall, in accordance with the provisions of Articles 200, 201 and 204, among others, examine the cause of retrial alleged by the party.

Article 387 Where the new evidence provided by the petitioner can prove that the finding of basic facts in the original judgment or ruling or the result of adjudication is erroneous, the petition for retrial shall be determined to fall under the circumstance as described in item (1), Article 200 of the Civil Procedure Law.

For evidence as described in the preceding paragraph, the people's court shall order the petitioner to explain why the provision of such evidence has been delayed; and if the petitioner refuses to explain or the explanation is unfounded, paragraph 2, Article 65 of the Civil Procedure Law and Article 102 of this Interpretation shall be applied.

Article 388 Where the petitioner proves that the new evidence provided by the petitioner falls under any of the following circumstances, it may be determined that the petitioner's delay in providing the new evidence is well-founded:

1. The new evidence had existed before the end of court hearing in the original trial and was discovered only after the end of court hearing for certain objective reasons.

2. The new evidence had been discovered before the end of court hearing in the original trial but could not be obtained for certain objective reasons or could not be provided during the specified period.

3. The new evidence came into being after the end of court hearing in the original trial, and no separate action is permitted on the basis of such evidence.

第三百八十四条　当事人对已经发生法律效力的调解书申请再审，应当在调解书发生法律效力后六个月内提出。

第三百八十五条　人民法院应当自收到符合条件的再审申请书等材料之日起五日内向再审申请人发送受理通知书，并向被申请人及原审其他当事人发送应诉通知书、再审申请书副本等材料。

第三百八十六条　人民法院受理申请再审案件后，应当依照民事诉讼法第二百条、第二百零一条、第二百零四条等规定，对当事人主张的再审事由进行审查。

第三百八十七条　再审申请人提供的新的证据，能够证明原判决、裁定认定基本事实或者裁判结果错误的，应当认定为民事诉讼法第二百条第一项规定的情形。

对于符合前款规定的证据，人民法院应当责令再审申请人说明其逾期提供该证据的理由；拒不说明理由或者理由不成立的，依照民事诉讼法第六十五条第二款和本解释第一百零二条的规定处理。

第三百八十八条　再审申请人证明其提交的新的证据符合下列情形之一的，可以认定逾期提供证据的理由成立：

（一）在原审庭审结束前已经存在，因客观原因于庭审结束后才发现的；

（二）在原审庭审结束前已经发现，但因客观原因无法取得或者在规定的期限内不能提供的；

（三）在原审庭审结束后形成，无法据此另行提起诉讼的。

Where the evidence provided by the petitioner had been provided in the original trial, and the original trial people's court failed to conduct cross-examination of such evidence and did not admit such evidence for its adjudication, the petitioner's delay in providing such evidence shall be deemed justifiable, except for evidence inadmissible as determined by the original trial people's court in accordance with the provision of Article 65 of the Civil Procedure Law.

Article 389 Where, in the original trial, a party refused to present a cross-examination opinion on the primary evidence admitted in the original judgment or ruling for finding facts or failed to present a cross-examination opinion during the cross-examination, it is not the uncross-examined primary evidence as mentioned in item (4), Article 200 of the Civil Procedure Law.

Article 390 Where any of the following circumstances leads to an erroneous result in a judgment or ruling, it shall be determined as the erroneous application of law in the original judgment or ruling as mentioned in item (6), Article 200 of the Civil Procedure Law:

1. The law applied is evidently inconsistent with the nature of the case.

2. In the determination of civil liability, the agreement between the parties or any law is evidently violated.

3. Any expired law or law that has not taken effect is applied.

4. The provisions on retroactivity of any law are violated.

5. The rules on governing law are violated.

6. The original legislative intent is evidently violated.

Article 391 Where any of the following circumstances exists in a court session of the original trial, it shall be determined as the denial of a party's right to debate as mentioned in item (9), Article 200 of the Civil Procedure Law:

1. A party is not allowed to present a defense opinion.

2. A court session shall be held but is not held.

再审申请人提交的证据在原审中已经提供，原审人民法院未组织质证且未作为裁判根据的，视为逾期提供证据的理由成立，但原审人民法院依照民事诉讼法第六十五条规定不予采纳的除外。

第三百八十九条　当事人对原判决、裁定认定事实的主要证据在原审中拒绝发表质证意见或者质证中未对证据发表质证意见的，不属于民事诉讼法第二百条第四项规定的未经质证的情形。

第三百九十条　有下列情形之一，导致判决、裁定结果错误的，应当认定为民事诉讼法第二百条第六项规定的原判决、裁定适用法律确有错误：

（一）适用的法律与案件性质明显不符的；

（二）确定民事责任明显违背当事人约定或者法律规定的；

（三）适用已经失效或者尚未施行的法律的；

（四）违反法律溯及力规定的；

（五）违反法律适用规则的；

（六）明显违背立法原意的。

第三百九十一条　原审开庭过程中有下列情形之一的，应当认定为民事诉讼法第二百条第九项规定的剥夺当事人辩论权利：

（一）不允许当事人发表辩论意见的；

（二）应当开庭审理而未开庭审理的；

3.The service of a copy of the complaint or a copy of the appeal is in violation of the law, as a result of which a party cannot exercise its right to debate.

4. Other circumstances under which a party's right to debate is illegally denied.

Article 392 The claims as mentioned in item (11), Article 200 of the Civil Procedure Law shall include claims before the court of first instance and claims in the trial upon appeal, unless a party fails to appeal a judgment or ruling of a court of first instance that has omitted any claims or exceeded the claims.

Article 393 As mentioned in item (12), Article 200 of the Civil Procedure Law, "legal instrument" means:

1. an effective judgment, ruling, or consent judgment;

2. an effective arbitration award; or

3. an enforceable notarized debt instrument.

Article 394 The embezzlement, acceptance of bribes, practice of favoritism for personal gains, or adjudication by bending the law by a judge when trying a case, as described in item (13), Article 200, means the act determined in an effective criminal legal instrument or a disciplinary action decision.

Article 395 Where the cause of retrial alleged by a party is supported, and the conditions for filing a petition for retrial as set out in the Civil Procedure Law and this Interpretation are satisfied, a people's court shall issue a ruling to permit retrial.

Where the cause of retrial alleged by a party is not supported or a party's petition for retrial exceeds the statutory period for filing a petition for retrial, is outside the statutory causes of retrial, or otherwise fails to satisfy the conditions for filing a petition for retrial as set out in the Civil Procedure Law or this Interpretation, a people's court shall issue a ruling to dismiss the retrial petition.

Article 396 Where a people's court decides according to the law to permit retrial of a case for which a judgment, ruling, or consent judgment has taken effect, if the enforcement of the judgment, ruling, or consent judgment needs to be suspended in accordance with the provision of

（三）违反法律规定送达起诉状副本或者上诉状副本，致使当事人无法行使辩论权利的；

（四）违法剥夺当事人辩论权利的其他情形。

第三百九十二条　民事诉讼法第二百条第十一项规定的诉讼请求，包括一审诉讼请求、二审上诉请求，但当事人未对一审判决、裁定遗漏或者超出诉讼请求提起上诉的除外。

第三百九十三条　民事诉讼法第二百条第十二项规定的法律文书包括：

（一）发生法律效力的判决书、裁定书、调解书；

（二）发生法律效力的仲裁裁决书；

（三）具有强制执行效力的公证债权文书。

第三百九十四条　民事诉讼法第二百条第十三项规定的审判人员审理该案件时有贪污受贿、徇私舞弊、枉法裁判行为，是指已经由生效刑事法律文书或者纪律处分决定所确认的行为。

第三百九十五条　当事人主张的再审事由成立，且符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定再审。

当事人主张的再审事由不成立，或者当事人申请再审超过法定申请再审期限、超出法定再审事由范围等不符合民事诉讼法和本解释规定的申请再审条件的，人民法院应当裁定驳回再审申请。

第三百九十六条　人民法院对已经发生法律效力的判决、裁定、调解书依法决定再审，依照民事诉讼法第二百零六条规定，需要中止执行的，应当在再审裁定中

Article 206 of the Civil Procedure Law, the people's court shall, in its ruling to permit retrial, state the suspension of enforcement of the original judgment, ruling, or consent judgment; or in case of emergency, may verbally notify the people's court in charge of enforcement of its ruling requiring suspension of enforcement, but shall sent the written ruling within ten days after such notification.

Article 397 A people's court may, as needed for examining a case, decide whether or not to question the parties. If the new evidence may overturn the original judgment or ruling, the people's court shall question the parties.

Article 398 Where, during the period of examination of a petition for retrial, the respondent(s) and other parties in the original trial also file petitions for retrial according to the law, the people's court shall regard them as retrial petitioners and concurrently examine their causes of retrial, and the petition examination period shall restart. If, upon examination, the cause of retrial alleged by any of the retrial petitioners is well-founded, the people's court shall issue a ruling to permit retrial. If all of the causes of retrial alleged by all retrial petitioners are unfounded, the people's court shall issue a ruling to concurrently dismiss their retrial petitions.

Article 399 Where, during the period of examination of a retrial petition, the petitioner files a motion for the people's court to authorize forensic identification or evaluation or a survey, the people's court shall not allow it.

Article 400 Where, during the period of examination of a retrial petition, the petitioner withdraws the petition, the people's court shall issue a ruling to allow or deny the withdrawal.

Where, without any justifiable reason, the summonsed petitioner refuses to be questioned, the petition may be deemed to have been withdrawn.

Article 401 Where, after a people's court allows the withdrawal of a retrial petition or a retrial petition is deemed to have been withdrawn, the petitioner files a petition for retrial again, the people's court shall reject the petition, unless it is filed within six months from the day when the petitioner knows or should have known the existence of any of the circumstances as described in items (1), (3), (12) and (13), Article 200 of the Civil Procedure Law.

Article 402 Where, during the period of examination of a retrial petition, any of the following circumstances appears, a people's court shall issue a ruling to terminate examination:

同时写明中止原判决、裁定、调解书的执行；情况紧急的，可以将中止执行裁定口头通知负责执行的人民法院，并在通知后十日内发出裁定书。

第三百九十七条　人民法院根据审查案件的需要决定是否询问当事人。新的证据可能推翻原判决、裁定的，人民法院应当询问当事人。

第三百九十八条　审查再审申请期间，被申请人及原审其他当事人依法提出再审申请的，人民法院应当将其列为再审申请人，对其再审事由一并审查，审查期限重新计算。经审查，其中一方再审申请人主张的再审事由成立的，应当裁定再审。各方再审申请人主张的再审事由均不成立的，一并裁定驳回再审申请。

第三百九十九条　审查再审申请期间，再审申请人申请人民法院委托鉴定、勘验的，人民法院不予准许。

第四百条　审查再审申请期间，再审申请人撤回再审申请的，是否准许，由人民法院裁定。

再审申请人经传票传唤，无正当理由拒不接受询问的，可以按撤回再审申请处理。

第四百零一条　人民法院准许撤回再审申请或者按撤回再审申请处理后，再审申请人再次申请再审的，不予受理，但有民事诉讼法第二百条第一项、第三项、第十二项、第十三项规定情形，自知道或者应当知道之日起六个月内提出的除外。

第四百零二条　再审申请审查期间，有下列情形之一的，裁定终结审查：

1. The petitioner dies or is terminated, and there is no successor to the rights and obligations of the petitioner or the successor to the rights and obligations of the petitioner issues a statement to renounce the retrial petition.

2. In an action for payment, the respondent with an obligation to pay dies or is terminated, and there is no property available for enforcement and no person that shall assume the obligation.

3. The parties have completely performed a settlement agreement between them, unless a party declares a reservation of its right to file a petition for retrial in the settlement agreement.

4. The petition for retrial is filed by someone in the name of a party without the party's authorization.

5. The original trial people's court or the people's court at the next higher level has issued a ruling to permit retrial.

6. Any of the circumstances as set out in paragraph 1, Article 383 of this Interpretation appears.

Article 403 A people's court shall form a collegial bench to hold court to retry a case, unless the case is retried in a procedure at second instance and no court is held under special circumstances or as agreed upon by the parties which have otherwise fully presented their opinions.

A default judgment may be entered if the conditions for entering a default judgment are satisfied.

Article 404 A people's court shall hold court to retry a case according to the following provisions:

1. If the retrial is initiated upon petition of a party, the retrial petitioner first states its claims in retrial and reasons, the respondent then defends, and the other parties in the original trial present their opinions.

2. If the retrial is initiated upon appeal, the appealing procuratorate first reads a written appeal, the party applying for appeal states its case, the respondent then defends, and the other parties in the original trial present their opinions.

3. If the retrial is initiated by the people's court according to its power and there is a petitioner, the petitioner first states its claims in retrial and

（一）再审申请人死亡或者终止，无权利义务承继者或者权利义务承继者声明放弃再审申请的；

（二）在给付之诉中，负有给付义务的被申请人死亡或者终止，无可供执行的财产，也没有应当承担义务的人的；

（三）当事人达成和解协议且已履行完毕的，但当事人在和解协议中声明不放弃申请再审权利的除外；

（四）他人未经授权以当事人名义申请再审的；

（五）原审或者上一级人民法院已经裁定再审的。

（六）有本解释第三百八十三条第一款规定情形的。

第四百零三条　人民法院审理再审案件应当组成合议庭开庭审理，但按照第二审程序审理，有特殊情况或者双方当事人已经通过其他方式充分表达意见，且书面同意不开庭审理的除外。

符合缺席判决条件的，可以缺席判决。

第四百零四条　人民法院开庭审理再审案件，应当按照下列情形分别进行：

（一）因当事人申请再审的，先由再审申请人陈述再审请求及理由，后由被申请人答辩、其他原审当事人发表意见；

（二）因抗诉再审的，先由抗诉机关宣读抗诉书，再由申请抗诉的当事人陈述，后由被申请人答辩、其他原审当事人发表意见；

（三）人民法院依职权再审，有申诉人的，先由申诉人陈述再审请求及理由，后

reasons, the respondent then defends, and the other parties in the original trial present their opinions.

4. If the retrial is initiated by the people's court according to its power and there is no petitioner, the plaintiff or appellant in the original trial first states its case, and then the other parties in the original trial present their opinions.

Under the circumstances as described in items (1), (2) and (3) in the preceding paragraph, the people's court shall require a party to specify its claims in retrial.

Article 405 A people's court shall retry a case by centering on the claims in retrial. Those claims in retrial of a party beyond the claims in the original trial shall not be tried; and if the conditions for instituting another action are satisfied, the people's court shall notify the party that the party may institute a separate action.

The claims in retrial filed by the respondent(s) and other parties in the original trial before the end of debate in court shall be concurrently tried by the people's court.

Where the people's court discovers in the retrial that the effective judgment or ruling causes damage to the national interest, public interest, or lawful rights and interests of others, it shall be tried concurrently.

Article 406 Where any of the following circumstances appears during the period of retrial, a people's court may issue a ruling to terminate the retrial procedure:

1. The retrial petitioner withdraws, during the period of retrial, all of its claims in retrial, which has been allowed by the people's court.

2. The retrial petitioner refuses to appear in court without any justifiable reason after being summonsed or leaves the courtroom during a court session without permission from the court and is therefore deemed by the court to have withdrawn all of its claims in retrial.

3. The people's procuratorate withdraws its appeal.

4. Any of the circumstances as described in items (1) to (4), Article 402 of this Interpretation appears.

Where a ruling to permit retrial is issued upon appeal of a people's procuratorate, if the party applying for appeal falls under any of the

由被申请人答辩、其他原审当事人发表意见;

(四)人民法院依职权再审,没有申诉人的,先由原审原告或者原审上诉人陈述,后由原审其他当事人发表意见。

对前款第一项至第三项规定的情形,人民法院应当要求当事人明确其再审请求。

第四百零五条 人民法院审理再审案件应当围绕再审请求进行。当事人的再审请求超出原审诉讼请求的,不予审理;符合另案诉讼条件的,告知当事人可以另行起诉。

被申请人及原审其他当事人在庭审辩论结束前提出的再审请求,符合民事诉讼法第二百零五条规定的,人民法院应当一并审理。

人民法院经再审,发现已经发生法律效力的判决、裁定损害国家利益、社会公共利益、他人合法权益的,应当一并审理。

第四百零六条 再审审理期间,有下列情形之一的,可以裁定终结再审程序:

(一)再审申请人在再审期间撤回再审请求,人民法院准许的;

(二)再审申请人经传票传唤,无正当理由拒不到庭的,或者未经法庭许可中途退庭,按撤回再审请求处理的;

(三)人民检察院撤回抗诉的;

(四)有本解释第四百零二条第一项至第四项规定情形的。

因人民检察院提出抗诉裁定再审的案件,申请抗诉的当事人有前款规定的情形,且

circumstances as set out in the preceding paragraph, causing no damage to the national interest, public interest, or lawful rights and interests of others, the people's court shall issue a ruling to terminate the retrial procedure.

After terminating the retrial procedure, the people's court shall issue a ruling for the automatic resumption of enforcement of the original effective judgment suspended from enforcement.

Article 407 After retrial, a people's court shall sustain the original judgment or ruling if it considers the original judgment or ruling clear in fact finding and correct in the application of law or sustain the original judgment or ruling after correcting the flaws in the original judgment or ruling if the result of adjudication is correct though the original judgment or ruling is flawed in fact finding or the application of law.

A people's court shall reverse, revoke, or modify the original judgment or ruling according to the law if the result of adjudication is erroneous because the original judgment or ruling is erroneous in fact finding or application of law.

Article 408 Where, after retrial of a case in a procedure at second instance, a people's court considers that the case doe not satisfy the conditions for instituting an action as set out in the Civil Procedure Law or that the case shall not be accepted as described in Article 124 of the Civil Procedure Law, it shall issue a ruling to revoke the judgments entered by the court of first instance and the court of second instance and dismiss the action.

Article 409 After a people's court issues a ruling to permit retrial against a consent judgment, the case shall be handled according to the following provisions:

1. If the cause alleged by the party, which is the violation of the principle of voluntariness in the process of mediation, is not supported, and the contents of the consent judgment are not in violation of the mandatory provisions of the law, the people's court shall issue a ruling to dismiss the retrial petition.

2. If the reason alleged in the appeal from the people's procuratorate or in the procuratorial recommendation of retrial that damage has been caused to the national interest or public interest is not supported, the people's court shall issue a ruling to terminate the retrial procedure.

不损害国家利益、社会公共利益或者他人合法权益的，人民法院应当裁定终结再审程序。

再审程序终结后，人民法院裁定中止执行的原生效判决自动恢复执行。

第四百零七条　人民法院经再审审理认为，原判决、裁定认定事实清楚、适用法律正确的，应予维持；原判决、裁定认定事实、适用法律虽有瑕疵，但裁判结果正确的，应当在再审判决、裁定中纠正瑕疵后予以维持。

原判决、裁定认定事实、适用法律错误，导致裁判结果错误的，应当依法改判、撤销或者变更。

第四百零八条　按照第二审程序再审的案件，人民法院经审理认为不符合民事诉讼法规定的起诉条件或者符合民事诉讼法第一百二十四条规定不予受理情形的，应当裁定撤销一、二审判决，驳回起诉。

第四百零九条　人民法院对调解书裁定再审后，按照下列情形分别处理：

（一）当事人提出的调解违反自愿原则的事由不成立，且调解书的内容不违反法律强制性规定的，裁定驳回再审申请；

（二）人民检察院抗诉或者再审检察建议所主张的损害国家利益、社会公共利益的理由不成立的，裁定终结再审程序。

Under the circumstances in the preceding paragraph, if the consent judgment suspended by a ruling of the people's court from enforcement needs to be enforced, the enforcement of the consent judgment shall resume automatically.

Article 410 Where, in the retrial procedure, the plaintiff in the trial at first instance files a motion to withdraw the action, if the other parties agree to the withdrawal and the withdrawal does not cause damage to the national interest, public interest, and rights and interests of others, the people's court may allow the withdrawal. If a ruling is issued to allow the withdrawal, the original judgment shall be revoked concurrently.

A people's court shall reject an action which has been withdrawn in the retrial procedure and is instituted again by a plaintiff in the trial at first instance.

Article 411 Where the original judgment or ruling is reversed because of the new evidence provided by a party, if the respondent and other parties claim reimbursement for their additional travel, room and board, lost wage, and other necessary expenses because such evidence was not adduced in a timely manner in the original trial for the fault of the retrial petitioner or the party applying for procuratorial supervision, the people's court shall support such claims.

Article 412 Where some parties are present in court and reach a mediation agreement, and there are no written indications from the other parties, the people's court shall state such facts in its judgment; and if the contents of the mediation agreement are not in violation of the law and do not damage the lawful rights and interests of the other parties, the people's court may confirm the mediation agreement in the conclusion part of the judgment.

Article 413 Where, according to the law, a people's procuratorate appeals an effective judgment, ruling, or consent judgment which causes damage to the national interest or public interest or offers a procuratorial recommendation of retrial upon deliberation and decision of its procuratorial committee, the people's court shall accept the appeal or recommendation.

Article 414 Where, according to the law, a people's procuratorate appeals an effective judgment or an effective ruling to reject or dismiss an action, the people's court shall accept it, except for judgments and rulings not subject to the trial supervision procedure such as those made under the special procedures, the procedure for urging debt repayment, the

前款规定情形，人民法院裁定中止执行的调解书需要继续执行的，自动恢复执行。

第四百一十条　一审原告在再审审理程序中申请撤回起诉，经其他当事人同意，且不损害国家利益、社会公共利益、他人合法权益的，人民法院可以准许。裁定准许撤诉的，应当一并撤销原判决。

一审原告在再审审理程序中撤回起诉后重复起诉的，人民法院不予受理。

第四百一十一条　当事人提交新的证据致使再审改判，因再审申请人或者申请检察监督当事人的过错未能在原审程序中及时举证，被申请人等当事人请求补偿其增加的交通、住宿、就餐、误工等必要费用的，人民法院应予支持。

第四百一十二条　部分当事人到庭并达成调解协议，其他当事人未作出书面表示的，人民法院应当在判决中对该事实作出表述；调解协议内容不违反法律规定，且不损害其他当事人合法权益的，可以在判决主文中予以确认。

第四百一十三条　人民检察院依法对损害国家利益、社会公共利益的发生法律效力的判决、裁定、调解书提出抗诉，或者经人民检察院检察委员会讨论决定提出再审检察建议的，人民法院应予受理。

第四百一十四条　人民检察院对已经发生法律效力的判决以及不予受理、驳回起诉的裁定依法提出抗诉的，人民法院应予受理，但适用特别程序、督促程序、公示催告程序、破产程序以及解除婚姻关系

procedure for Announcement to Urge Declaration of Claims, and the bankruptcy procedure and those involving the dissolution of marriage.

Article 415 Where, in accordance with the provision of paragraph 1(3), Article 209 of the Civil Procedure Law, a people's procuratorate appeals or offers a procuratorial recommendation of retrial against an evidently erroneous judgment or ruling entered after retrial, the people's court shall accept the appeal or recommendation.

Article 416 Where, upon application of a party, a people's procuratorate at any local level offers a procuratorial recommendation of retrial to the people's court at the same level against an effective judgment or ruling, the recommendation shall be accepted if the following conditions are satisfied:

(1)The written procuratorial recommendation of retrial, written application of the party in the original trial, and relevant evidential materials have been submitted to the people's court.

(2)The subject matter of retrial in the recommendation is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

(3)The written procuratorial recommendation of retrial states that the judgment or ruling falls under the circumstance as described in paragraph 2, Article 208 of the Civil Procedure Law.

(4)There is the circumstance as described in paragraph 1(1) or (2), Article 209 of the Civil Procedure law.

(5)The procuratorial recommendation of retrial has been deliberated and decided by the procuratorial committee of the people's procuratorate.

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the recommendation; and if the people's procuratorate fails to do so, shall, by letter, reject the recommendation.

Article 417 Where, upon application of a party, a people's procuratorate appeals an effective judgment or ruling, the people's court shall, within 30 days, issue a ruling to permit retrial if the following conditions are satisfied:

(1)The written appeal, written application of the party in the original trial, and relevant evidential materials have been submitted.

的判决、裁定等不适用审判监督程序的判决、裁定除外。

第四百一十五条 人民检察院依照民事诉讼法第二百零九条第一款第三项规定对有明显错误的再审判决、裁定提出抗诉或者再审检察建议的,人民法院应予受理。

第四百一十六条 地方各级人民检察院依当事人的申请对生效判决、裁定向同级人民法院提出再审检察建议,符合下列条件的,应予受理:

(一)再审检察建议书和原审当事人申请书及相关证据材料已经提交;

(二)建议再审的对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定;

(三)再审检察建议书列明该判决、裁定有民事诉讼法第二百零八条第二款规定情形;

(四)符合民事诉讼法第二百零九条第一款第一项、第二项规定情形;

(五)再审检察建议经该人民检察院检察委员会讨论决定。

不符合前款规定的,人民法院可以建议人民检察院予以补正或者撤回;不予补正或者撤回的,应当函告人民检察院不予受理。

第四百一十七条 人民检察院依当事人的申请对生效判决、裁定提出抗诉,符合下列条件的,人民法院应当在三十日内裁定再审:

(一)抗诉书和原审当事人申请书及相关证据材料已经提交;

(2)The subject matter of appeal is a judgment or ruling against which retrial may be initiated in accordance with the provisions of the Civil Procedure Law and this Interpretation.

(3)The written appeal states that the judgment or ruling falls under the circumstance as described in paragraph 1, Article 208 of the Civil Procedure Law.

(4)There is the circumstance as described in paragraph 1(1) or (2), Article 209 of the Civil Procedure law.

Where the provisions of the preceding paragraph are not complied with, the people's court may advise the people's procuratorate to submit supplements and corrections or withdraw the appeal; and if the people's procuratorate fails to do so, may issue a ruling to reject the appeal.

Article 418 Where, after the retrial petition of a party is dismissed by a ruling of the people's court at a higher level, the people's procuratorate appeals the original judgment, ruling, or consent judgment, the people's court accepting the appeal may deliver the case to the people's court at the next lower level for retrial if the cause of appeal falls under any of the circumstances as set out in items (1) to (5), Article 200 of the Civil Procedure law.

Article 419 A people's court shall, within three months after receiving a procuratorial recommendation of retrial, form a collegial bench to examine the recommendation and, if it finds that the original judgment, ruling, or consent judgment is erroneous and requires a retrial, issue a ruling to permit retrial in accordance with the provision of Article 198 of the Civil Procedure Law and notify the parties; or respond in writing to the people's procuratorate if it decides not to permit retrial after examination.

Article 420 The retrial of a case by a people's court according to a ruling to permit retrial issued upon appeal or procuratorial recommendation from a people's procuratorate shall not be affected by a previously issued ruling to dismiss a party's retrial petition.

Article 421 A people's court which holds court to retry a case upon appeal shall, three days before holding court, notify the people's procuratorate, parties, and other litigation participants. The people's procuratorate at the same level or filing the appeal shall send staff members to appear in court.

The people's procuratorate shall submit and explain to the court any verified information obtained from the parties and anyone that is not a

（二）抗诉对象为依照民事诉讼法和本解释规定可以进行再审的判决、裁定；

（三）抗诉书列明该判决、裁定有民事诉讼法第二百零八条第一款规定情形；

（四）符合民事诉讼法第二百零九条第一款第一项、第二项规定情形。

不符合前款规定的，人民法院可以建议人民检察院予以补正或者撤回；不予补正或者撤回的，人民法院可以裁定不予受理。

第四百一十八条　当事人的再审申请被上级人民法院裁定驳回后，人民检察院对原判决、裁定、调解书提出抗诉，抗诉事由符合民事诉讼法第二百条第一项至第五项规定情形之一的，受理抗诉的人民法院可以交由下一级人民法院再审。

第四百一十九条　人民法院收到再审检察建议后，应当组成合议庭，在三个月内进行审查，发现原判决、裁定、调解书确有错误，需要再审的，依照民事诉讼法第一百九十八条规定裁定再审，并通知当事人；经审查，决定不予再审的，应当书面回复人民检察院。

第四百二十条　人民法院审理因人民检察院抗诉或者检察建议裁定再审的案件，不受此前已经作出的驳回当事人再审申请裁定的影响。

第四百二十一条　人民法院开庭审理抗诉案件，应当在开庭三日前通知人民检察院、当事人和其他诉讼参与人。同级人民检察院或者提出抗诉的人民检察院应当派员出庭。

人民检察院因履行法律监督职责向当事人或者案外人调查核实的情况，应当向法庭

party to the case during investigation conducted in performing its legal supervision duties, and such information shall be subject to cross-examination by the parties on both sides.

Article 422 Where a party which must participate in a joint action fails to participate in the action for a cause not attributable to the party or its litigation representative, the party may file a petition for retrial within six months from the day when the party knows or should have known the action in accordance with the provision of item (8), Article 200 of the Civil Procedure Law, except under the circumstances as described in Article 423 of this Interpretation.

Where a people's court issues a ruling to permit retrial upon application of a party as described in the preceding paragraph, if the retrial is conducted under the procedures at first instance, the party shall be added as a party to the retrial, and a new judgment or ruling shall be entered; or if the retrial is conducted under the procedures at second instance, and no agreement is reached upon mediation, the people's court shall revoke the original judgment or ruling and remand the case for retrial, to which the party shall be added as a party.

Article 423 Where, in accordance with the provision of Article 227 of the Civil Procedure Law, a person which is not a party to a case disagrees to a ruling that dismisses the person's opposition to enforcement, deeming that the erroneous content of the original judgment, ruling, or consent judgment has caused damage to the person's rights and interests in civil law, the person may, within six months of the service of the enforcement opposition ruling, file a petition for retrial with the people's court issuing the original judgment, ruling, or consent judgment.

Article 424 Where, in accordance with the provision of Article 227 of the Civil Procedure Law, a people's court issues a ruling to permit retrial, if the person which is not a party to a case is a party to a necessary joint action under the retrial, the provision of paragraph 2, Article 422 of this Interpretation shall be applied.

If the person which is not a party to a case is not a party to a necessary joint action under the retrial, the people's court shall only retry the part of the original judgment, ruling, or consent judgment causing damage to the person's rights and interests in civil law. After retrial, if the retrial petition is well-founded, the people's court shall revoke or modify the original judgment, ruling, or consent judgment; or if the retrial petition is unfounded, sustain the original judgment, ruling, or consent judgment.

提交并予以说明，由双方当事人进行质证。

第四百二十二条 必须共同进行诉讼的当事人因不能归责于本人或者其诉讼代理人的事由未参加诉讼的，可以根据民事诉讼法第二百条第八项规定，自知道或者应当知道之日起六个月内申请再审，但符合本解释第四百二十三条规定情形的除外。

人民法院因前款规定的当事人申请而裁定再审，按照第一审程序再审的，应当追加其为当事人，作出新的判决、裁定；按照第二审程序再审，经调解不能达成协议的，应当撤销原判决、裁定，发回重审，重审时应当追加其为当事人。

第四百二十三条 根据民事诉讼法第二百二十七条规定，案外人对驳回其执行异议的裁定不服，认为原判决、裁定、调解书内容错误损害其民事权益的，可以自执行异议裁定送达之日起六个月内，向作出原判决、裁定、调解书的人民法院申请再审。

第四百二十四条 根据民事诉讼法第二百二十七条规定，人民法院裁定再审后，案外人属于必要的共同诉讼当事人的，依照本解释第四百二十二条第二款规定处理。

案外人不是必要的共同诉讼当事人的，人民法院仅审理原判决、裁定、调解书对其民事权益造成损害的内容。经审理，再审请求成立的，撤销或者改变原判决、裁定、调解书；再审请求不成立的，维持原判决、裁定、调解书。

Article 425 The provision of Article 340 of this Interpretation shall apply to the trial supervision procedure.

Article 426 Where, against a judgment or ruling for a small claims case, a party files a petition for retrial with the original trial people's court for a cause as set out in Article 200 of the Civil Procedure Law, the people's court shall accept the petition. If the cause of the petition for retrial is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. No party may appeal a judgment or ruling issued upon such retrial.

Where a party files a petition for retrial with the original trial people's court on the ground that the case should not be tried as a small claims case, the people's court shall accept the petition. If the ground is well-founded, the people's court shall issue a ruling to permit retrial, and form a collegial bench to retry the case. A party may appeal a judgment or ruling issued upon such retrial.

XIX. Procedure for Urging Debt Repayment

Article 427 Where there are two or more people's courts having jurisdiction, a creditor may apply to one of the basic people's courts for issuance of an order for payment.

Where a creditor apply to two or more basic people's courts having jurisdiction for issuance of an order for payment, the people's court which first dockets the case shall exercise jurisdiction over the case.

Article 428 Where, after receiving a written application of a creditor for issuance of an order for payment, a people's court deems that the written application does not satisfy the prescribed requirements, it may notify the creditor of supplementing or correcting the application during a specified period. Within five days of receipt of all supplements and corrections, the people's court shall notify the creditor whether or not the application is accepted.

Article 429 A basic people's court shall accept an application of a creditor for issuance of an order for payment if the following conditions are satisfied, and notify the creditor within five days of receipt of the written application:

(1)The creditor requests payment of money or a draft, a promissory note, a check, stock, bonds, treasury bonds, a transferrable certificate of deposit, or any other negotiable securities.

第四百二十五条 本解释第三百四十条规定适用于审判监督程序。

第四百二十六条 对小额诉讼案件的判决、裁定，当事人以民事诉讼法第二百条规定的事由向原审人民法院申请再审的，人民法院应当受理。申请再审事由成立的，应当裁定再审，组成合议庭进行审理。作出的再审判决、裁定，当事人不得上诉。

当事人以不应按小额诉讼案件审理为由向原审人民法院申请再审的，人民法院应当受理。理由成立的，应当裁定再审，组成合议庭审理。作出的再审判决、裁定，当事人可以上诉。

十九、督促程序

第四百二十七条 两个以上人民法院都有管辖权的，债权人可以向其中一个基层人民法院申请支付令。

债权人向两个以上有管辖权的基层人民法院申请支付令的，由最先立案的人民法院管辖。

第四百二十八条 人民法院收到债权人的支付令申请书后，认为申请书不符合要求的，可以通知债权人限期补正。人民法院应当自收到补正材料之日起五日内通知债权人是否受理。

第四百二十九条 债权人申请支付令，符合下列条件的，基层人民法院应当受理，并在收到支付令申请书后五日内通知债权人：

（一）请求给付金钱或者汇票、本票、支票、股票、债券、国库券、可转让的存款单等有价证券；

(2)The alleged obligation to pay money or negotiable securities, the amount of which is definite, is due, and the application states the facts and evidence based on which the request is made.

(3)The creditor has no obligation to provide equivalent consideration.

(4)The debtor is located within China, and the debtor's whereabouts is not unknown.

(5)The order for payment can be served on the debtor.

(6)The people's court receiving the written application has jurisdiction.

(7)The creditor has not applied to a people's court for preservation before instituting an action.

If the provision of the preceding paragraph is not complied with, the people's court shall, within five days of receipt of a written application for issuance of an order for payment, notify the creditor of its rejection of the application.

A basic people's court's acceptance of an application for issuance of an order for payment shall not be limited by the amount of debts.

Article 430 After an application is accepted by a people's court, a sole judge shall examine the application. If any of the following circumstances is discovered upon examination, the people's court shall dismiss the application:

(1)The applicant is not eligible as a party to the procedure.

(2)In the evidentiary document on an obligation to pay money or negotiable securities, there is no agreement on payment of late interest, liquidated damages, or compensation for overdue payment, and the creditor insists that such late interest, liquidated damages, or compensation be paid.

(3)The alleged money or negotiable securities to be paid are illegal income.

(4)The alleged obligation to pay money or negotiable securities is not due or the amount of such money or negotiable securities is not definite.

If the people's court discovers that the conditions for accepting an application for issuance of an order for payment as set out in this Interpretation are not satisfied after accepting the application, it shall issue

（二）请求给付的金钱或者有价证券已到期且数额确定，并写明了请求所根据的事实、证据；

（三）债权人没有对待给付义务；

（四）债务人在我国境内且未下落不明；

（五）支付令能够送达债务人；

（六）收到申请书的人民法院有管辖权；

（七）债权人未向人民法院申请诉前保全。

不符合前款规定的，人民法院应当在收到支付令申请书后五日内通知债权人不予受理。

基层人民法院受理申请支付令案件，不受债权金额的限制。

第四百三十条　人民法院受理申请后，由审判员一人进行审查。经审查，有下列情形之一的，裁定驳回申请：

（一）申请人不具备当事人资格的；

（二）给付金钱或者有价证券的证明文件没有约定逾期给付利息或者违约金、赔偿金，债权人坚持要求给付利息或者违约金、赔偿金的；

（三）要求给付的金钱或者有价证券属于违法所得的；

（四）要求给付的金钱或者有价证券尚未到期或者数额不确定的。

人民法院受理支付令申请后，发现不符合本解释规定的受理条件的，应当在受理之日起十五日内裁定驳回申请。

a ruling to dismiss the application within 15 days of acceptance of the application.

Article 431 Where a debtor refuses to receive an order for payment to be served directly on the debtor, a people's court may serve the order on the debtor by leaving the order at the place of the debtor.

Article 432 Under any of the following circumstances, a people's court shall issue a ruling to terminate a procedure for urging debt repayment, and if an order for payment has been issued, the order shall be invalidated automatically:

(1)After a people's court accepts an application for issuance of an order for payment, the creditor institutes an action for the same creditor-debtor relationship.

(2)An order for payment cannot be served on the debtor within 30 days of issuance of the order by a people's court.

(3)The creditor withdraws its application before the debtor receives an order for payment.

Article 433 Where, after receiving an order for payment, a debtor institutes an action in another people's court, instead of filing a written opposition during the statutory period, the validity of the order for payment shall not be affected.

A debtor which files an opposition beyond the statutory period shall be deemed to have failed to file an opposition.

Article 434 Where a creditor includes two or more payment claims against a debtor in one application for issuance of an order for payment based on the same creditor-debtor relationship, if the creditor files an opposition to only one or more of such claims, the validity of the order regarding the other claims shall not be affected.

Article 435 Where a creditor's payment claims in an application for issuance of an order for payment are against two or more debtors based on the same creditor-debtor relationship involving a dividable debt, if one or more of the debtors file oppositions, the validity of the order regarding the other claims shall not be affected.

Article 436 An order for payment issued to the principal debtor of a secured debt shall not be binding upon the party providing security.

第四百三十一条　向债务人本人送达支付令，债务人拒绝接收的，人民法院可以留置送达。

第四百三十二条　有下列情形之一的，人民法院应当裁定终结督促程序，已发出支付令的，支付令自行失效：

（一）人民法院受理支付令申请后，债权人就同一债权债务关系又提起诉讼的；

（二）人民法院发出支付令之日起三十日内无法送达债务人的；

（三）债务人收到支付令前，债权人撤回申请的。

第四百三十三条　债务人在收到支付令后，未在法定期间提出书面异议，而向其他人民法院起诉的，不影响支付令的效力。

债务人超过法定期间提出异议的，视为未提出异议。

第四百三十四条　债权人基于同一债权债务关系，在同一支付令申请中向债务人提出多项支付请求，债务人仅就其中一项或者几项请求提出异议的，不影响其他各项请求的效力。

第四百三十五条　债权人基于同一债权债务关系，就可分之债向多个债务人提出支付请求，多个债务人中的一人或者几人提出异议的，不影响其他请求的效力。

第四百三十六条　对设有担保的债务的主债务人发出的支付令，对担保人没有拘束力。

If the creditor institutes a separate action regarding the security, the order for payment shall be invalidated from the day when the action is accepted by the people's court.

Article 437 Where, upon pro forma examination, a written opposition filed by a debtor is found to fall under any of the following circumstances, the opposition shall be supported, a ruling shall be issued to terminate the procedure for urging debt repayment, and the order for payment shall be invalidated automatically:

(1)The creditor's application shall be rejected as prescribed in this Interpretation.

(2)The creditor's application shall be dismissed by a ruling as prescribed in this Interpretation.

(3)The procedure for urging debt repayment shall be terminated by a ruling as prescribed in this Interpretation.

(4)The people's court has any reasonable doubt on the satisfaction of the conditions for issuance of an order for payment.

Article 438 Where a debtor's opposition is filed regarding the insolvency of the debtor, extension of the period of debt repayment, or modification of methods for debt repayment, among others, instead of the debt itself, the validity of the order for payment shall not be affected.

If a people's court deems that an opposition should not be supported after examination, it shall issue a ruling to dismiss the opposition.

An opposition filed verbally shall be void.

Article 439 Where, before a people's court issues a ruling to terminate the procedure for urging debt repayment or dismiss an opposition, the debtor filing the opposition requests withdrawal of the opposition, the people's court shall issue a ruling to allow the withdrawal.

If the debtor regrets after withdrawing the opposition, the people's court shall not support the opposition.

Article 440 Where, after an order for payment is invalidated, the party as the applicant for the order disagrees to institute an action, the party shall indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, such disagreement to the people's court accepting the application.

债权人就担保关系单独提起诉讼的，支付令自人民法院受理案件之日起失效。

第四百三十七条　经形式审查，债务人提出的书面异议有下列情形之一的，应当认定异议成立，裁定终结督促程序，支付令自行失效：

（一）本解释规定的不予受理申请情形的；

（二）本解释规定的裁定驳回申请情形的；

（三）本解释规定的应当裁定终结督促程序情形的；

（四）人民法院对是否符合发出支付令条件产生合理怀疑的。

第四百三十八条　债务人对债务本身没有异议，只是提出缺乏清偿能力、延缓债务清偿期限、变更债务清偿方式等异议的，不影响支付令的效力。

人民法院经审查认为异议不成立的，裁定驳回。

债务人的口头异议无效。

第四百三十九条　人民法院作出终结督促程序或者驳回异议裁定前，债务人请求撤回异议的，应当裁定准许。

债务人对撤回异议反悔的，人民法院不予支持。

第四百四十条　支付令失效后，申请支付令的一方当事人不同意提起诉讼的，应当自收到终结督促程序裁定之日起七日内向受理申请的人民法院提出。

Such disagreement shall not affect the right of the party to institute an action in another people's court having jurisdiction.

Article 441 Where, after an order for payment is invalidated, the party as the applicant for the order fails to indicate, within seven days of receipt of a ruling to terminate the procedure for urging debt repayment, its disagreement to institute an action to the people's court accepting the application, the party shall be deemed to have instituted an action in the people's court accepting the application.

The time of filing an application by a creditor for issuance of an order for payment shall be the time of instituting an action by the creditor in the people's court.

Article 442 The period for a creditor to apply to a people's court for enforcement of an order for payment shall be governed by the provisions of Article 239 of the Civil Procedure Law.

Article 443 Where the president of a people's court discovers that any effective order for payment issued by the court is erroneous and deems it necessary to revoke the order, the people's court shall, after the case is deliberated and decided by the judicial committee of the court, issue a ruling to revoke the order and dismiss the application of the creditor.

XX. Procedure for Announcement to Urge Declaration of Claims

Article 444 As mentioned in Article 218 of the Civil Procedure Law, "holder of an instrument" means the last holder of a negotiable instrument before it is stolen, lost, or extinguished.

Article 445 A people's court shall examine and decide whether to accept an application for issuance of an announcement to urge declaration of claims immediately after receiving the application. If the people's court deems that the conditions for accepting the application are satisfied after examination, it shall notify the applicant of its acceptance of the application and, at the same time, notify the drawee of stopping payment; or if the people's court deems that the conditions are not satisfied, it shall dismiss the application by a ruling within seven days.

Article 446 Where an application for issuance of an announcement to urge declaration of claims is filed because the holder of an instrument is no longer in possession of the instrument, the people's court shall decide whether to accept the application based on the stub of the instrument, a photocopy of the instrument, a certificate from the issuer on issuing the

申请支付令的一方当事人不同意提起诉讼的，不影响其向其他有管辖权的人民法院提起诉讼。

第四百四十一条　支付令失效后，申请支付令的一方当事人自收到终结督促程序裁定之日起七日内未向受理申请的人民法院表明不同意提起诉讼的，视为向受理申请的人民法院起诉。

债权人提出支付令申请的时间，即为向人民法院起诉的时间。

第四百四十二条　债权人向人民法院申请执行支付令的期间，适用民事诉讼法第二百三十九条的规定。

第四百四十三条　人民法院院长发现本院已经发生法律效力的支付令有错误，认为需要撤销的，应当提交本院审判委员会讨论决定后，裁定撤销支付令，驳回债权人的申请。

二十、公示催告程序

第四百四十四条　民事诉讼法第二百一十八条规定的票据持有人，是指票据被盗、遗失或者灭失前的最后持有人。

第四百四十五条　人民法院收到公示催告的申请后，应当立即审查，并决定是否受理。经审查认为符合受理条件的，通知予以受理，并同时通知支付人停止支付；认为不符合受理条件的，七日内裁定驳回申请。

第四百四十六条　因票据丧失，申请公示催告的，人民法院应结合票据存根、丧失票据的复印件、出票人关于签发票据的证明、申请人合法取得票据的证明、银

instrument, a certificate on the applicant's legal obtainment of the instrument, a bank advice on loss registration and stop of payment, proof of filing a police report, and other evidence.

Article 447 The announcement of accepting an application issued by a people's court in accordance with the provision of Article 219 of the Civil Procedure Law shall state:

(1)the applicant's name;

(2)the instrument's type, number, face value, issuer, endorser, holder, and payment period, among others, or the type, number, scope of right, obligee, and obligor, among others, of any other certificate of right for which an application for issuance of an announcement to urge declaration of claims may be filed;

(3)period of declaration of claims; and

(4)legal consequences of an interested party's failure to declare claims in case of transfer of an instrument or any other certificate of right during the period of declaration of claims as determined in the announcement.

Article 448 The announcement shall be published in a relevant newspaper or any other media and, on the same day, be posted on the bulletin board of the people's court. If a securities exchange is located at the place of the people's court, the announcement shall be also published on the same day on the securities exchange.

Article 449 The period of declaration of claims as determined in the announcement shall not be less than 60 days, and the expiration date of the period shall not be earlier than the 15th day after the date of payment of the instrument.

Article 450 Where an interested party declares claims after the declaration period expires but before a judgment is entered, the provisions of paragraphs 2 and 3, Article 221 of the Civil Procedure Law shall be applied.

Article 451 Where an interested party declares claims, the people's court shall notify the interested party of presenting the negotiable instrument to the court and notify the applicant of examining the instrument during a specified period. If the instrument alleged by the applicant is different from the instrument presented by the interested party, a ruling shall be issued to dismiss the claims declared by the interested party.

行挂失止付通知书、报案证明等证据，决定是否受理。

第四百四十七条 人民法院依照民事诉讼法第二百一十九条规定发出的受理申请的公告，应当写明下列内容：

（一）公示催告申请人的姓名或者名称；

（二）票据的种类、号码、票面金额、出票人、背书人、持票人、付款期限等事项以及其他可以申请公示催告的权利凭证的种类、号码、权利范围、权利人、义务人、行权日期等事项；

（三）申报权利的期间；

（四）在公示催告期间转让票据等权利凭证，利害关系人不申报的法律后果。

第四百四十八条 公告应当在有关报纸或者其他媒体上刊登，并于同日公布于人民法院公告栏内。人民法院所在地有证券交易所的，还应当同日在该交易所公布。

第四百四十九条 公告期间不得少于六十日，且公示催告期间届满日不得早于票据付款日后十五日。

第四百五十条 在申报期届满后、判决作出之前，利害关系人申报权利的，应当适用民事诉讼法第二百二十一条第二款、第三款规定处理。

第四百五十一条 利害关系人申报权利，人民法院应当通知其向法院出示票据，并通知公示催告申请人在指定的期间查看该票据。公示催告申请人申请公示催告的票据与利害关系人出示的票据不一致的，应当裁定驳回利害关系人的申报。

Article 452 Where no claim is declared during the declaration period or the claims declared are dismissed, the applicant shall, within one month of the expiration of the period, apply for a judgment. If the applicant fails to do so, the procedure for announcement to urge declaration of claims shall be terminated.

If a ruling is issued to terminate the procedure, the applicant and the drawee shall be notified of the termination.

Article 453 From the date of announcement of a judgment, the applicant shall have the right to require payment from the drawee according to the judgment.

Where the applicant institutes an action in a people's court because the drawee refuses to pay, if the conditions for instituting an action as set out in Article 119 of the Civil Procedure Law are satisfied, the people's court shall accept the case.

Article 454 A case under the procedure for announcement to urge declaration of claims may be tried by a sole judge; however, if an instrument is to be invalidated by a judgment, a collegial bench shall be formed to try the case.

Article 455 To withdraw an application, the applicant shall do so before the court issues an announcement to urge declaration of claims; and if an application is withdrawn during the declaration period, the people's court may directly issue a ruling to terminate the procedure.

Article 456 A people's court shall comply with the provisions on property preservation when notifying a drawee of stopping payment in accordance with the provision of Article 220 of the Civil Procedure Law. Where a drawee refuses to stop payment after receiving a notice of stopping payment, in addition to the compulsory measures taken in accordance with the provisions of Articles 111 and 114 of the Civil Procedure Law, the drawee shall continue to have the obligation to pay after a judgment is entered.

Article 457 Where, after a people's court terminates the procedure for announcement to urge declaration of claims in accordance with the provision of Article 220 of the Civil Procedure Law, the applicant or an interested party declaring claims institutes an action in a people's court, if the action is for dispute over rights under an instrument, the people's court at the place of payment of the instrument or the place of domicile of the defendant shall have jurisdiction over the case; or if the action is not for

第四百五十二条　在申报权利的期间无人申报权利，或者申报被驳回的，申请人应当自公示催告期间届满之日起一个月内申请作出判决。逾期不申请判决的，终结公示催告程序。

裁定终结公示催告程序的，应当通知申请人和支付人。

第四百五十三条　判决公告之日起，公示催告申请人有权依据判决向付款人请求付款。

付款人拒绝付款，申请人向人民法院起诉，符合民事诉讼法第一百一十九条规定的起诉条件的，人民法院应予受理。

第四百五十四条　适用公示催告程序审理案件，可由审判员一人独任审理；判决宣告票据无效的，应当组成合议庭审理。

第四百五十五条　公示催告申请人撤回申请，应在公示催告前提出；公示催告期间申请撤回的，人民法院可以径行裁定终结公示催告程序。

第四百五十六条　人民法院依照民事诉讼法第二百二十条规定通知支付人停止支付，应当符合有关财产保全的规定。支付人收到停止支付通知后拒不止付的，除可依照民事诉讼法第一百一十一条、第一百一十四条规定采取强制措施外，在判决后，支付人仍应承担付款义务。

第四百五十七条　人民法院依照民事诉讼法第二百二十一条规定终结公示催告程序后，公示催告申请人或者申报权利人向人民法院提起诉讼，因票据权利纠纷提起的，由票据支付地或者被告住所地人民法院管辖；因非票据权利纠纷提起的，由被告住所地人民法院管辖。

dispute over rights under an instrument, the people's court at the place of domicile of the defendant shall have jurisdiction over the case.

Article 458 A written ruling to terminate the procedure for announcement to urge declaration of claims as made in accordance with the provision of Article 221 of the Civil Procedure Law shall be signed by the judge(s) and clerk, and the seal of the people's court shall also be affixed to the written ruling.

Article 459 Where an interested party institutes an action in a people's court in accordance with the provision of Article 223 of the Civil Procedure Law, the people's court may try the case under the formal procedure as a case involving a dispute over a negotiable instrument.

Article 460 "Justifiable reasons" as mentioned in Article 223 of the Civil Procedure Law shall include the following reasons:

(1)An interested party is unable to know the fact of an announcement for the occurrence of an accident or for a force majeure.

(2)An interested party is unable to know the fact of an announcement because his or her personal freedom is restricted, or an interested party knows the fact of an announcement but is unable to declare claims personally or through an agent.

(3)It is not a statutory circumstance under which an application for issuance of an announcement to urge declaration of claims may be filed.

(4)No announcement is issued or an announcement is not issued in a statutory manner.

(5)Any other fact causing an interested party's failure to declare claims to the people's court before a judgment is entered.

Article 461 Where, in accordance with the provision of Article 223 of the Civil Procedure Law, an interested party requests a people's court to revoke a judgment that invalidates an instrument, the applicant shall be listed as the defendant.

Where an interested party institutes an action only to confirm that the interested party is the lawful holder, the people's court shall state in its adjudicative document that the judgment that invalidates an instrument is revoked immediately after the judgment to confirm the interested party as the holder of the instrument is made.

XXI. Enforcement Procedure

第四百五十八条　依照民事诉讼法第二百二十一条规定制作的终结公示催告程序的裁定书，由审判员、书记员署名，加盖人民法院印章。

第四百五十九条　依照民事诉讼法第二百二十三条的规定，利害关系人向人民法院起诉的，人民法院可按票据纠纷适用普通程序审理。

第四百六十条　民事诉讼法第二百二十三条规定的正当理由，包括：

（一）因发生意外事件或者不可抗力致使利害关系人无法知道公告事实的；

（二）利害关系人因被限制人身自由而无法知道公告事实，或者虽然知道公告事实，但无法自己或者委托他人代为申报权利的；

（三）不属于法定申请公示催告情形的；

（四）未予公告或者未按法定方式公告的；

（五）其他导致利害关系人在判决作出前未能向人民法院申报权利的客观事由。

第四百六十一条　根据民事诉讼法第二百二十三条的规定，利害关系人请求人民法院撤销除权判决的，应当将申请人列为被告。

利害关系人仅诉请确认其为合法持票人的，人民法院应当在裁定文书中写明，确认利害关系人为票据权利人的判决作出后，除权判决即被撤销。

二十一、执行程序

Article 462 An effective ruling on the realization of a security interest, ruling on the confirmation of a mediation agreement, or an order for payment shall be enforced by the people's court which renders the ruling or order for payment or the same-level people's court at the place where the property subject to enforcement is located.

The people's court that enters a judgment to determine that the property is unclaimed property shall rule that the property is owned by the state or a collective.

Article 463 An effective legal instrument to be enforced by the people's court upon the application of a party shall meet the following conditions:

(1) The subjects of rights and obligations are definite.

(2) The content involving the payment is specific.

Where the continual fulfillment of a contract is determined in the legal document, the specific content to be continually fulfilled shall be specified.

Article 464 In accordance with Article 227 of the Civil Procedure Law, where a person that is not a party to the case raises an objection regarding the subject matter of enforcement, the person shall do so before the termination of procedure for the enforcement of the subject matter.

Article 465 An objection filed by the person that is not a party to the case shall be handled according to the following circumstances respectively upon examination:

(1) Where the person that is not a party to the case does not have the rights and interests that are sufficient to exclude compulsory enforcement, the court shall rule to reject the person's objection.

(2) Where the person that is not a party to the case has the rights and interests that are sufficient to exclude compulsory enforcement, the court shall render a ruling to suspend enforcement.

Within 15 days after the ruling to reject the objection to enforcement filed by the person that is not a party to the case is served upon the person, the people's court shall not dispose of the subject matter of enforcement.

Article 466 Where the applicant for enforcement and the person subject to enforcement, after reaching a settlement agreement, request the suspension of enforcement or withdraws the application for enforcement,

第四百六十二条　发生法律效力的实现担保物权裁定、确认调解协议裁定、支付令，由作出裁定、支付令的人民法院或者与其同级的被执行财产所在地的人民法院执行。

认定财产无主的判决，由作出判决的人民法院将无主财产收归国家或者集体所有。

第四百六十三条　当事人申请人民法院执行的生效法律文书应当具备下列条件：

（一）权利义务主体明确；

（二）给付内容明确。

法律文书确定继续履行合同的，应当明确继续履行的具体内容。

第四百六十四条　根据民事诉讼法第二百二十七条规定，案外人对执行标的提出异议的，应当在该执行标的执行程序终结前提出。

第四百六十五条　案外人对执行标的提出的异议，经审查，按照下列情形分别处理：

（一）案外人对执行标的不享有足以排除强制执行的权益的，裁定驳回其异议；

（二）案外人对执行标的享有足以排除强制执行的权益的，裁定中止执行。

驳回案外人执行异议裁定送达案外人之日起十五日内，人民法院不得对执行标的进行处分。

第四百六十六条　申请执行人与被执行人达成和解协议后请求中止执行或者撤回执行申请的，人民法院可以裁定中止执行或者终结执行。

the people's court may render a ruling to suspend enforcement or terminate enforcement.

Article 467 Where one party fails to perform or completely perform the settlement agreement reached out of free will of both parties in enforcement, if the other party applies for enforcing the original effective legal document, the people's court shall resume the enforcement of the original effective legal document; however, the part of settlement agreement which has been performed shall be excluded. If the settlement agreement has been completely performed, the people's court will not resume the enforcement of the original effective legal document.

Article 468 The time limit for an application for resuming the enforcement of an original effective legal document shall be governed by the provisions on the time limit for applying for enforcement as prescribed in Article 239 of the Civil Procedure Law. If the time limit for applying for enforcement is suspended due to the settlement agreement reached during enforcement, it shall be recalculated from the last day of the time limit for enforcement as agreed upon in the settlement agreement.

Article 469 Where the people's court decides to suspend enforcement in accordance with the provision of Article 231 of the Civil Procedure Law, if the security is provided with a deadline, the deadline of the suspension of enforcement shall be consistent with the deadline of security with the maximum of one year. If the person subject to enforcement or the guarantor transfers, conceals, sells or destroys, among others, the property for security during the period of suspension of enforcement, the people's court may resume compulsory enforcement.

Article 470 Where security for enforcement is provided to the people's court in accordance with the provision of Article 231 of the Civil Procedure Law, property may be provided as security to the people's court by the person subject to enforcement or any other person or a guarantee may be provided by any other person. The guarantor shall have the ability to perform or assume the liability of compensation on behalf of the person subject to enforcement.

Where any other person provides security for enforcement, the person shall issue the guarantee to the enforcement court, and serve the copy of the guarantee upon the applicant for enforcement. If the person subject to enforcement or any other person provides property for security, the person shall undergo the corresponding formalities by reference to the relevant provisions of the property law and the guarantee law.

第四百六十七条　一方当事人不履行或者不完全履行在执行中双方自愿达成的和解协议，对方当事人申请执行原生效法律文书的，人民法院应当恢复执行，但和解协议已履行的部分应当扣除。和解协议已经履行完毕的，人民法院不予恢复执行。

第四百六十八条　申请恢复执行原生效法律文书，适用民事诉讼法第二百三十九条申请执行期间的规定。申请执行期间因达成执行中的和解协议而中断，其期间自和解协议约定履行期限的最后一日起重新计算。

第四百六十九条　人民法院依照民事诉讼法第二百三十一条规定决定暂缓执行的，如果担保是有期限的，暂缓执行的期限应当与担保期限一致，但最长不得超过一年。被执行人或者担保人对担保的财产在暂缓执行期间有转移、隐藏、变卖、毁损等行为的，人民法院可以恢复强制执行。

第四百七十条　根据民事诉讼法第二百三十一条规定向人民法院提供执行担保的，可以由被执行人或者他人提供财产担保，也可以由他人提供保证。担保人应当具有代为履行或者代为承担赔偿责任的能力。

他人提供执行保证的，应当向执行法院出具保证书，并将保证书副本送交申请执行人。被执行人或者他人提供财产担保的，应当参照物权法、担保法的有关规定办理相应手续。

Article 471 Where the person subject to enforcement still fails to perform any obligation thereof after expiration of the term for suspension of enforcement decided by the people's court, the people's court may directly conduct enforcement against the property posted as security or rule to enforce the property of the guarantor; however, the enforcement of the guarantor's property shall be limited to the part for the performance of obligation.

Article 472 Where the legal person or any other organization as the person subject to enforcement is split off or merged during enforcement in accordance with the provision of Article 232 of the Civil Procedure Law, the people's court may render a ruling that the modified legal person or any other organization is the person subject to enforcement. If it is deregistered, and there is any successor of rights and obligations according to the relevant substantive law, the people's court may render a ruling that the said successor of rights and obligations is the person subject to enforcement.

Article 473 Where, during enforcement, any other organization fails to perform an obligation determined in the legal document, the people's court may render a ruling to conduct enforcement against the property of any legal person or citizen which assumes the obligation for the said organization in accordance with law.

Article 474 Where, during enforcement, the legal person or any other organization as the person subject to enforcement modifies its name, the people's court may render a ruling that the modified legal person or organization is the person subject to enforcement.

Article 475 Where a citizen as the person subject to enforcement dies and his or her inheritor has not waived inheritance, the people's court may render a ruling to modify the person subject to enforcement, and the said inheritor shall pay off debts within the scope of legacy. If the inheritor has waived the right of inheritance, the people's court may directly enforce the legacy of the person subject to enforcement.

Article 476 Where, after any other legal document has been completely enforced by the people's court as prescribed by law, the said legal document is revoked by the relevant authority or organization in accordance with law, upon application of a party, Article 233 of the Civil Procedure Law shall apply.

Article 477 Where the matters being arbitrated by an arbitral institution partly fall under the circumstances as set forth in paragraphs 2 and 3,

第四百七十一条　被执行人在人民法院决定暂缓执行的期限届满后仍不履行义务的，人民法院可以直接执行担保财产，或者裁定执行担保人的财产，但执行担保人的财产以担保人应当履行义务部分的财产为限。

第四百七十二条　依照民事诉讼法第二百三十二条规定，执行中作为被执行人的法人或者其他组织分立、合并的，人民法院可以裁定变更后的法人或者其他组织为被执行人；被注销的，如果依照有关实体法的规定享有权利义务承受人的，可以裁定该权利义务承受人为被执行人。

第四百七十三条　其他组织在执行中不能履行法律文书确定的义务的，人民法院可以裁定执行对该其他组织依法承担义务的法人或者公民个人的财产。

第四百七十四条　在执行中，作为被执行人的法人或者其他组织名称变更的，人民法院可以裁定变更后的法人或者其他组织为被执行人。

第四百七十五条　作为被执行人的公民死亡，其遗产继承人没有放弃继承的，人民法院可以裁定变更被执行人，由该继承人在遗产的范围内偿还债务。继承人放弃继承的，人民法院可以直接执行被执行人的遗产。

第四百七十六条　法律规定由人民法院执行的其他法律文书执行完毕后，该法律文书被有关机关或者组织依法撤销的，经当事人申请，适用民事诉讼法第二百三十三条规定。

第四百七十七条　仲裁机构裁决的事项，部分有民事诉讼法第二百三十七条第

Article 237 of the Civil Procedure Law, the people's court shall render a ruling not to enforce the part of matters.

Where the part of matters that shall not be enforced are inseparable with other parts, the people's court shall render a ruling not to enforce the arbitration award.

Article 478 Where, after the people's court issues a ruling not to enforce an arbitration award in accordance with the provisions of paragraphs 2 and 3, Article 237 of the Civil Procedure Law, a party raises an objection to or applies for reconsideration of the ruling, the people's court shall not accept it. The parties may either reach a new written arbitration agreement on the civil dispute and then apply for arbitration, or may institute an action in the people's court.

Article 479 Where, during enforcement, the person subject to enforcement confirms the right of a person that is not a party to the case to any property already seized, impounded or frozen by the people's court or divides and distributes such property to the person that is not a party to the case under the arbitration procedure, the proceeding of the enforcement procedure of the people's court shall not be affected.

The person that is not a party to the case may file an objection in accordance with the provision of Article 227 of the Civil Procedure Law.

Article 480 Under any of the following circumstances, the notarized debt instrument as set forth in paragraph 2, Article 238 of the Civil Procedure Law may be determined as truly erroneous:

(1) The notarized debt instrument falls under debt instruments without enforceability.

(2) The person subject to enforcement fails to notarize on site or retain a representative to do so, or otherwise seriously violates notarization procedures prescribed by laws.

(3) The content of the notarized debt instrument is inconsistent with facts or violates any compulsory provision of laws.

(4) The notarized debt instrument fails to indicate that the person subject to enforcement agrees to accept compulsory enforcement when the person fails to perform or completely perform the obligation.

Where a people's court determines that the enforcement of the notarized debt instrument is contrary to the public interest, the people's court shall render a ruling not to enforce the instrument.

二款、第三款规定情形的，人民法院应当裁定对该部分不予执行。

应当不予执行部分与其他部分不可分的，人民法院应当裁定不予执行仲裁裁决。

第四百七十八条　依据民事诉讼法第二百三十七条第二款、第三款规定，人民法院裁定不予执行仲裁裁决后，当事人对该裁定提出执行异议或者复议的，人民法院不予受理。当事人可以就该民事纠纷重新达成书面仲裁协议申请仲裁，也可以向人民法院起诉。

第四百七十九条　在执行中，被执行人通过仲裁程序将人民法院查封、扣押、冻结的财产确权或者分割给案外人的，不影响人民法院执行程序的进行。

案外人不服的，可以根据民事诉讼法第二百二十七条规定提出异议。

第四百八十条　有下列情形之一的，可以认定为民事诉讼法第二百三十八条第二款规定的公证债权文书确有错误：

（一）公证债权文书属于不得赋予强制执行效力的债权文书的；

（二）被执行人一方未亲自或者未委托代理人到场公证等严重违反法律规定的公证程序的；

（三）公证债权文书的内容与事实不符或者违反法律强制性规定的；

（四）公证债权文书未载明被执行人不履行义务或者不完全履行义务时同意接受强制执行的。

人民法院认定执行该公证债权文书违背社会公共利益的，裁定不予执行。

Where a notarized debt instrument is not enforced according to a ruling of a people's court, the parties and the interest parties to the notarization may institute an action on the dispute over creditor's rights.

Article 481 Where a party requests the non-enforcement of an arbitration award or a notarized debt instrument, the party shall file the request with the enforcement court before the termination of enforcement.

Article 482 The people's court shall issue a notice of enforcement within ten days as of receipt of a written application for enforcement or a letter of transfer for enforcement.

In addition to the order to the person subject to enforcement to perform the obligation determined in the legal document, the notice of enforcement shall also inform the person to pay the interest or surcharge for delay of performance in accordance with the provision of Article 253 of the Civil Procedure Law.

Article 483 Where the applicant for enforcement files an application for compulsory enforcement with the people's court beyond the time limitation for applying for enforcement, the people's court shall accept the application. If the person subject to enforcement submits an objection against the time limitation for applying for enforcement, and the people's court holds that the objection is supported upon examination, it shall render a ruling not to enforce the arbitration award.

Where the person subject to enforcement requests the recovery of enforcement on the ground of not being aware of the time limitation for applying for enforcement after performing the obligation in whole or in part, the people's court shall not support such a request.

Article 484 Where the person subject to enforcement, or the legal representative, person in charge or actual controller of the person subject to enforcement that must accept investigation and interview refuses to appear before court without any justifiable reason after having been legally summoned, the people's court may compel the appearance thereof.

The people's court shall, in a timely manner, investigate and interview the summoned person for no more than eight hours. If the circumstances are complicated, and detention measure may be taken according to law, the time of investigation and interview shall not exceed 24 hours.

When the people's court compels the appearance of any person out of its jurisdiction, it may compel the appearance of the summoned person at the local people's court, and the local people's court shall provide assistance.

公证债权文书被裁定不予执行后，当事人、公证事项的利害关系人可以就债权争议提起诉讼。

第四百八十一条　当事人请求不予执行仲裁裁决或者公证债权文书的，应当在执行终结前向执行法院提出。

第四百八十二条　人民法院应当在收到申请执行书或者移交执行书后十日内发出执行通知。

执行通知中除应责令被执行人履行法律文书确定的义务外，还应通知其承担民事诉讼法第二百五十三条规定的迟延履行利息或者迟延履行金。

第四百八十三条　申请执行人超过申请执行时效期间向人民法院申请强制执行的，人民法院应予受理。被执行人对申请执行时效期间提出异议，人民法院经审查异议成立的，裁定不予执行。

被执行人履行全部或者部分义务后，又以不知道申请执行时效期间届满为由请求执行回转的，人民法院不予支持。

第四百八十四条　对必须接受调查询问的被执行人、被执行人的法定代表人、负责人或者实际控制人，经依法传唤无正当理由拒不到场的，人民法院可以拘传其到场。

人民法院应当及时对被拘传人进行调查询问，调查询问的时间不得超过八小时；情况复杂，依法可能采取拘留措施的，调查询问的时间不得超过二十四小时。

人民法院在本辖区以外采取拘传措施时，可以将被拘传人拘传到当地人民法院，当地人民法院应予协助。

Article 485 The people's court shall have the right to inquire the identity information and property information of the person subject to enforcement, and the entity and individual that have obtained the relevant information shall handle according to the enforcement assistance notice.

Article 486 The people's court shall not dispose of any property subject to enforcement that has not been seized, impounded or frozen. For various kinds of properties that may be directly deducted such as bank deposits, the deduction ruling of the people's court shall, at the same time, have the legal force of freezing the property.

Article 487 The period for a people's court to freeze the bank deposits of the person subject to enforcement shall not exceed one year, the period for sealing up or impounding movable properties shall not exceed two years, and the period for sealing up real estate or freezing other property rights shall not exceed three years.

Where the applicant for enforcement applies for the extension of the period, the people's court shall undergo the formalities for extending the period of sealing, impounding or freezing measure prior to the expiration of such a measure, provided that the extended period does not exceed the term prescribed in the preceding paragraph.

The people's court may also undergo the formalities for extending the period of sealing, impounding or freezing measure according to its powers.

Article 488 Where, during enforcement, the people's court needs to auction the property of the person subject to enforcement in accordance with the provision of Article 247 of the Civil Procedure Law, the people's court may organize the auction by itself, or turn over the property to the auction institution with the corresponding qualification for auction.

Where the people's court turns over the property to the auction institution for auction, the people's court shall oversee the auction activities.

Article 489 Where on-site inspection and survey are required for auction assessment, the people's court shall order the person subject to enforcement and the person obliged to assist to cooperate. If the person subject to enforcement or the person obliged to assist refuses to cooperate, the people's court may conduct compulsory enforcement.

Article 490 Where, during enforcement, the people's court needs to sell off any properties of the person subject to enforcement, it may either deliver the property to a relevant entity for sell-off or directly sell off the property by itself.

第四百八十五条　人民法院有权查询被执行人的身份信息与财产信息，掌握相关信息的单位和个人必须按照协助执行通知书办理。

第四百八十六条　对被执行人的财产，人民法院非经查封、扣押、冻结不得处分。对银行存款等各类可以直接扣划的财产，人民法院的扣划裁定同时具有冻结的法律效力。

第四百八十七条　人民法院冻结被执行人的银行存款的期限不得超过一年，查封、扣押动产的期限不得超过两年，查封不动产、冻结其他财产权的期限不得超过三年。

申请执行人申请延长期限的，人民法院应当在查封、扣押、冻结期限届满前办理续行查封、扣押、冻结手续，续行期限不得超过前款规定的期限。

人民法院也可以依职权办理续行查封、扣押、冻结手续。

第四百八十八条　依照民事诉讼法第二百四十七条规定，人民法院在执行中需要拍卖被执行人财产的，可以由人民法院自行组织拍卖，也可以交由具备相应资质的拍卖机构拍卖。

交拍卖机构拍卖的，人民法院应当对拍卖活动进行监督。

第四百八十九条　拍卖评估需要对现场进行检查、勘验的，人民法院应当责令被执行人、协助义务人予以配合。被执行人、协助义务人不予配合的，人民法院可以强制进行。

第四百九十条　人民法院在执行中需要变卖被执行人财产的，可以交有关单位变卖，也可以由人民法院直接变卖。

For the property to be sold off by a people's court, the people's court or any of its staff shall not buy it.

Article 491 Upon consent of the applicant for enforcement and the person subject to enforcement, if the lawful rights and interests of other creditors and public interest are not impaired, the properties of the person subject to enforcement may be directly converted into money and be delivered to the applicant for payment of debts without auction or sell-off. The person subject to enforcement shall continue to pay off the remaining debts.

Article 492 Where the property of the person subject to enforcement can not be auctioned or sold off, upon consent of the applicant for enforcement, if the lawful rights and interests of other creditors and public interest are not impaired, the people's court may convert the property into money and deliver the property to the applicant for payment of debts or deliver the property to the applicant for administration. If the applicant for enforcement refuses to take or administer the property, the property shall be returned to the person subject to enforcement.

Article 493 Where an auction is done or a ruling is rendered under statutory procedures to offset debts with property, the title of the subject matter shall be transferred when the ruling of a successful auction or a ruling of offsetting debts with property is served upon the buyer or the creditor that accepts the property for debt offset.

Article 494 Where the object of enforcement is specific, the original object shall be enforced. If the original object has been destroyed or extinguished, compensation may be made by converting the original object into money with the consent of both parties.

Where both parties fail to reach a consensus through negotiation on the converted compensation, the people's court shall terminate the enforcement procedure. The applicant for enforcement may file a separate lawsuit.

Article 495 Where any other person that holds the property or negotiable instrument to be delivered designated by a legal document fails to deliver the property or instrument after the people's court sent out a notice of assistance in enforcement in accordance with the provisions of paragraphs 2 and 3, Article 249 of the Civil Procedure Law, the people's court may enforce the delivery of the property or instrument, and handle the situation in accordance with the provisions of Articles 114 and 115 of the Civil Procedure Law.

对变卖的财产，人民法院或者其工作人员不得买受。

第四百九十一条　经申请执行人和被执行人同意，且不损害其他债权人合法权益和社会公共利益的，人民法院可以不经拍卖、变卖，直接将被执行人的财产作价交付申请执行人抵偿债务。对剩余债务，被执行人应当继续清偿。

第四百九十二条　被执行人的财产无法拍卖或者变卖的，经申请执行人同意，且不损害其他债权人合法权益和社会公共利益的，人民法院可以将该项财产作价后交付申请执行人抵偿债务，或者交付申请执行人管理；申请执行人拒绝接收或者管理的，退回被执行人。

第四百九十三条　拍卖成交或者依法定程序裁定以物抵债的，标的物所有权自拍卖成交裁定或者抵债裁定送达买受人或者接受抵债物的债权人时转移。

第四百九十四条　执行标的物为特定物的，应当执行原物。原物确已毁损或者灭失的，经双方当事人同意，可以折价赔偿。

双方当事人对折价赔偿不能协商一致的，人民法院应当终结执行程序。申请执行人可以另行起诉。

第四百九十五条　他人持有法律文书指定交付的财物或者票证，人民法院依照民事诉讼法第二百四十九条第二款、第三款规定发出协助执行通知后，拒不转交的，可以强制执行，并可依照民事诉讼法第一百一十四条、第一百一十五条规定处理。

Where the said property or negotiable instrument is destroyed or extinguished when it is held by the other person, Article 494 of this Interpretation may, by reference, apply to the disposal thereof.

Where the other person claims the lawful holding of property or negotiable instrument, the person may raise an objection to enforcement in accordance with the provision of Article 227 of the Civil Procedure Law.

Article 496 Where, during enforcement, the person subject to enforcement conceals the property, accounting books or any other materials, the people's court may, in addition to punishing the person subject to enforcement in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law, order the person to surrender the property, accounting books or other materials concealed. If that person refuses to do so, the people's court may take the search measure.

Article 497 The search personnel shall wear clothes as required, and show a search warrant and their work certificates.

Article 498 When a people's court makes search, no irrelevant person may enter the search site. If the object of search is a citizen, the person subject to enforcement or his or her adult family members as well as the person assigned by a grassroots organization shall be present; if the object of search is a legal person or any other organization, its legal representative or principal person in charge shall be notified to be present. If any of the said persons refuses to be present, the search will not be affected.

The body of a woman shall be searched by female enforcers.

Article 499 Where any properties that shall be seized or impounded according to law are discovered in search, they shall be disposed of in accordance with the provisions of paragraph 2, Article 245 and Article 247 of the Civil Procedure Law.

Article 500 Transcripts of search shall be made for the search, to which the signatures, fingerprints or seals of the search personnel, the person being searched and other persons on the scene shall be affixed. If any of the aforesaid persons refuses to affix his or her signature, fingerprint or seal, it shall be indicated in the transcripts of search.

Article 501 The people's court may render a ruling to freeze the due claim of the person subject to enforcement against any other person, and notify the other person to perform the claim to the applicant for enforcement.

他人持有期间财物或者票证毁损、灭失的，参照本解释第四百九十四条规定处理。

他人主张合法持有财物或者票证的，可以根据民事诉讼法第二百二十七条规定提出执行异议。

第四百九十六条 在执行中，被执行人隐匿财产、会计账簿等资料的，人民法院除可依照民事诉讼法第一百一十一条第一款第六项规定对其处理外，还应责令被执行人交出隐匿的财产、会计账簿等资料。被执行人拒不交出的，人民法院可以采取搜查措施。

第四百九十七条 搜查人员应当按规定着装并出示搜查令和工作证件。

第四百九十八条 人民法院搜查时禁止无关人员进入搜查现场；搜查对象是公民的，应当通知被执行人或者他的成年家属以及基层组织派员到场；搜查对象是法人或者其他组织的，应当通知法定代表人或者主要负责人到场。拒不到场的，不影响搜查。

搜查妇女身体，应当由女执行人员进行。

第四百九十九条 搜查中发现应当依法采取查封、扣押措施的财产，依照民事诉讼法第二百四十五条第二款和第二百四十七条规定办理。

第五百条 搜查应当制作搜查笔录，由搜查人员、被搜查人及其他在场人签名、捺印或者盖章。拒绝签名、捺印或者盖章的，应当记入搜查笔录。

第五百零一条 人民法院执行被执行人对他人的到期债权，可以作出冻结债权的裁定，并通知该他人向申请执行人履行。

Where the other person raises any objection to the due claim and the applicant for enforcement requests the compulsory enforcement of the objection part, the people's court shall not support such a request. If an interested party has any objection to the due claim, the people's court shall handle the objection in accordance with the provision of Article 227 of the Civil Procedure Law.

Where the other person denies the due claim determined in a valid legal document, the people's court shall not support it.

Article 502 Where, during enforcement, a people's court needs to undergo the formalities for transfer of a certificate of title to house property, land certificate, certificate for the ownership of mountain forest, certificate of patent, certificate of trademark, vehicle license or any other certificate of property right, it may undergo the formalities in accordance with the provision of Article 251 of the Civil Procedure Law.

Article 503 Where the person subject to enforcement fails to perform an obligatory act determined in an effective legal document, and the obligation may be completed by any other person, the people's court may determine the person that performs on behalf of the person subject to enforcement; and if any law or administrative regulation restricts the qualification of the person performing this obligatory act, the person that performs on behalf shall be selected from qualified persons. When necessary, the person that performs the obligation on behalf of the person subject to enforcement may be determined by bid invitation.

The applicant for enforcement may recommend the person that performs the obligation on behalf of the person subject to enforcement from qualified persons, or may apply to perform the obligation by itself or himself, the people's court shall decide whether to approve the application or not.

Article 504 The amount of expenses for the performance of obligation on behalf of the person subject to enforcement shall be determined by the people's court according to the specific case circumstances, and be prepaid by the person subject to enforcement within the designated time limit. If the person subject to enforcement fails to make prepayment, the people's court may enforce the payment of the expenses.

After the performance of obligation on behalf of the person subject to enforcement, the person subject to enforcement may consult and duplicate the list of expenses and major certificates.

该他人对到期债权有异议，申请执行人请求对异议部分强制执行的，人民法院不予支持。利害关系人对到期债权有异议的，人民法院应当按照民事诉讼法第二百二十七条规定处理。

对生效法律文书确定的到期债权，该他人予以否认的，人民法院不予支持。

第五百零二条　人民法院在执行中需要办理房产证、土地证、林权证、专利证书、商标证书、车船执照等有关财产权证照转移手续的，可以依照民事诉讼法第二百五十一条规定办理。

第五百零三条　被执行人不履行生效法律文书确定的行为义务，该义务可由他人完成的，人民法院可以选定代履行人；法律、行政法规对履行该行为义务有资格限制的，应当从有资格的人中选定。必要时，可以通过招标的方式确定代履行人。

申请执行人可以在符合条件的人中推荐代履行人，也可以申请自己代为履行，是否准许，由人民法院决定。

第五百零四条　代履行费用的数额由人民法院根据案件具体情况确定，并由被执行人在指定期限内预先支付。被执行人未预付的，人民法院可以对该费用强制执行。

代履行结束后，被执行人可以查阅、复制费用清单以及主要凭证。

Article 505 Where the person subject to enforcement fails to perform any conduct designated in a legal document, and such a conduct can only be completed by the person subject to enforcement, the people's court may handle the situation in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law.

Where the person subject to enforcement stills fails to perform the conduct within the time limit determined by the people's court, the people's court may handle the situation once again in accordance with the provision of paragraph 1(6), Article 111 of the Civil Procedure Law.

Article 506 Where the person subject to enforcement delays in performance, the interest or discharge for delay of performance shall be calculated as of the date of expiration of the time limit for performance as designated by the judgment, ruling or any other legal document.

Article 507 Where the person subject to enforcement fails to perform the non-pecuniary obligation of payment within the time limit designated by the judgment, ruling or any other legal document, no matter whether losses have been caused to the applicant for enforcement or not, the interest for delay of performance shall be paid. If losses have been caused to the applicant for enforcement, compensation shall be made in double of the said losses; and if there is no loss, the surcharge for delay of performance may be decided by the people's court based on the specific case circumstances.

Article 508 Where the person subject to enforcement is a citizen or any other organization, if other creditors which have obtained the enforcement grounds find after commencement of the enforcement procedure that the properties of the person subject to enforcement cannot pay off all the debts, they may apply to the people's court for participating in the distribution of properties.

The creditor that has the right of priority and security interest of the property seized, impounded or frozen by the people's court may directly apply for participating in distribution and claim the right of preferred compensation.

Article 509 To apply for participation in distribution, the applicant shall submit a written application, which shall state the facts and grounds for participating in distribution and the failure of the person subject to enforcement to pay off all the debts, and attach the grounds for enforcement.

第五百零五条 被执行人不履行法律文书指定的行为，且该项行为只能由被执行人完成的，人民法院可以依照民事诉讼法第一百一十一条第一款第六项规定处理。

被执行人在人民法院确定的履行期间内仍不履行的，人民法院可以依照民事诉讼法第一百一十一条第一款第六项规定再次处理。

第五百零六条 被执行人迟延履行的，迟延履行期间的利息或者迟延履行金自判决、裁定和其他法律文书指定的履行期间届满之日起计算。

第五百零七条 被执行人未按判决、裁定和其他法律文书指定的期间履行非金钱给付义务的，无论是否已给申请执行人造成损失，都应当支付迟延履行金。已经造成损失的，双倍补偿申请执行人已经受到的损失；没有造成损失的，迟延履行金可以由人民法院根据具体案件情况决定。

第五百零八条 被执行人为公民或者其他组织，在执行程序开始后，被执行人的其他已经取得执行依据的债权人发现被执行人的财产不能清偿所有债权的，可以向人民法院申请参与分配。

对人民法院查封、扣押、冻结的财产有优先权、担保物权的债权人，可以直接申请参与分配，主张优先受偿权。

第五百零九条 申请参与分配，申请人应当提交申请书。申请书应当写明参与分配和被执行人不能清偿所有债权的事实、理由，并附有执行依据。

An application for participation in distribution shall be filed after the commencement of the enforcement procedure but before the termination of enforcement of the property owned by the person subject to enforcement.

参与分配申请应当在执行程序开始后，被执行人的财产执行终结前提出。

Article 510 In enforcement involving participation in distribution, after enforcement expenses are deducted from the money obtained from enforcement and the money is used to pay off priority debts, a common debt shall, in principle, be repaid according to its proportion in the total debts participating in distribution. The person subject to enforcement shall continue to pay off the remaining debts after aforesaid repayment. If a creditor discovers any other property of the person subject to enforcement, the creditor may request enforcement by the people's court at any time.

第五百一十条　参与分配执行中，执行所得价款扣除执行费用，并清偿应当优先受偿的债权后，对于普通债权，原则上按照其占全部申请参与分配债权数额的比例受偿。清偿后的剩余债务，被执行人应当继续清偿。债权人发现被执行人有其他财产的，可以随时请求人民法院执行。

Article 511 Where several creditors apply for participating in the distribution of property for enforcement, the enforcement court shall develop a property distribution plan and serve it upon all creditors and the person subject to enforcement. A creditor or the person subject to enforcement that raises any objection to the distribution plan shall submit a written objection to the enforcement court within 15 days of receipt of the distribution plan.

第五百一十一条　多个债权人对执行财产申请参与分配的，执行法院应当制作财产分配方案，并送达各债权人和被执行人。债权人或者被执行人对分配方案有异议的，应当自收到分配方案之日起十五日内向执行法院提出书面异议。

Article 512 Where any creditor or the person subject to enforcement files a written objection to the distribution plan, the enforcement court shall notify non-objecting creditors and the person subject to enforcement.

第五百一十二条　债权人或者被执行人对分配方案提出书面异议的，执行法院应当通知未提出异议的债权人、被执行人。

Where none of the non-objecting creditors and the person subject to enforcement offers any opposing opinion within 15 days as of receipt of the notice, the enforcement court shall distribute the property after examining and amending the distribution plan according to the opinions of the objector; if any opposing opinion is offered, the enforcement court shall notify the objector. The objector may institute an action in the enforcement court against the creditors and the person subject to enforcement offering opposing opinions within 15 days as of receipt of the notice; if the objector fails to institute an action within the prescribed time limit, the enforcement court shall distribute the property according to the original distribution plan.

未提出异议的债权人、被执行人自收到通知之日起十五日内未提出反对意见的，执行法院依异议人的意见对分配方案审查修正后进行分配；提出反对意见的，应当通知异议人。异议人可以自收到通知之日起十五日内，以提出反对意见的债权人、被执行人为被告，向执行法院提起诉讼；异议人逾期未提起诉讼的，执行法院按照原分配方案进行分配。

Where the property is distributed during the action, the enforcement court shall set aside a sum of money equivalent to the disputed creditor's right.

诉讼期间进行分配的，执行法院应当提存与争议债权数额相应的款项。

Article 513 Where, during enforcement, an enterprise legal person as the person subject to enforcement falls under any circumstance as set forth in paragraph 1, Article 2 of the Enterprise Bankruptcy Law, the enforcement

第五百一十三条　在执行中，作为被执行人的企业法人符合企业破产法第二条第一款规定情形的，执行法院经申请执行

court shall, with the consent of one of the applicants for enforcement or the person subject to enforcement, render a ruling to suspend the enforcement against the person subject to enforcement, and transfer the materials relating to the enforcement case to the people's court at the place of domicile of the person subject to enforcement.

Article 514 The people's court at the place of domicile of the person subject to enforcement shall, within 30 days as of receipt of the materials relating to the enforcement case, inform the enforcement court of the ruling whether or not to accept the bankruptcy case. If the people's court rules not to accept the case, it shall return the relevant case materials to the enforcement court.

Article 515 Where the people's court at the place of domicile of the person subject to enforcement issues a ruling to accept a bankruptcy case, the enforcement court shall lift the measure of preserving the property of the person subject to enforcement. If the people's court at the place of domicile of the person subject to enforcement issues a ruling to declare the person subject to enforcement bankrupt, the enforcement court shall render a ruling to terminate the enforcement of the person subject to enforcement.

Where the people's court at the place of domicile of the person subject to enforcement does not accept the bankruptcy case, the enforcement court shall resume the enforcement.

Article 516 Where a party disapproves the transfer of a bankruptcy case or the people's court at the place of domicile of the person subject to enforcement does not accept a bankruptcy case, the enforcement court shall use the properties obtained from enforced sale deducting enforcement expenses and expenses for paying off debts receiving prepayment in priority to pay off common creditor's right according to the sequence of properties seized, impounded or frozen in property preservation and enforcement.

Article 517 Where a creditor requests continual enforcement by the people's court in accordance with the provision of Article 254 of the Civil Procedure Law, the creditor shall not be subject to the time limitation for applying for enforcement as set forth in Article 239 of the Civil Procedure Law.

Article 518 Where the person subject to enforcement fails to perform the obligation determined in the legal document, the people's court shall, in addition to punishing the person subject to enforcement, include the

人之一或者被执行人同意，应当裁定中止对该被执行人的执行，将执行案件相关材料移送被执行人住所地人民法院。

第五百一十四条　被执行人住所地人民法院应当自收到执行案件相关材料之日起三十日内，将是否受理破产案件的裁定告知执行法院。不予受理的，应当将相关案件材料退回执行法院。

第五百一十五条　被执行人住所地人民法院裁定受理破产案件的，执行法院应当解除对被执行人财产的保全措施。被执行人住所地人民法院裁定宣告被执行人破产的，执行法院应当裁定终结对该被执行人的执行。

被执行人住所地人民法院不受理破产案件的，执行法院应当恢复执行。

第五百一十六条　当事人不同意移送破产或者被执行人住所地人民法院不受理破产案件的，执行法院就执行变价所得财产，在扣除执行费用及清偿优先受偿的债权后，对于普通债权，按照财产保全和执行中查封、扣押、冻结财产的先后顺序清偿。

第五百一十七条　债权人根据民事诉讼法第二百五十四条规定请求人民法院继续执行的，不受民事诉讼法第二百三十九条规定申请执行时效期间的限制。

第五百一十八条　被执行人不履行法律文书确定的义务的，人民法院除对被执行人予以处罚外，还可以根据情节将其纳

person subject to enforcement in the list of dishonest persons subject to enforcement according to the actual circumstances, and notify the information on the person's failure to perform or completely perform the obligation to the entity where the person works, the credit investigation agency and other relevant institutions.

Article 519 The people's court may, if it finds no property for enforcement upon property investigation, render a ruling to terminate this enforcement procedure after the applicant for enforcement signs for confirmation or upon examination and verification by a collegial bench of the enforcement court, and the approval of the president.

Where the applicant for enforcement finds that the person subject to enforcement has any property for enforcement after enforcement is terminated according to the provisions of the preceding paragraph, the applicant may reapply for enforcement. The new application filed shall not be restricted by the time limitation for applying for enforcement.

Article 520 Where, after enforcement is terminated due to the revocation of the application, one party files a new application for enforcement within the time limitation for applying for enforcement as set forth in Article 239 of the Civil Procedure Law, the people's court shall accept the application.

Article 521 Where, within six months after the people's court terminates enforcement, the person subject to enforcement or any other person impairs the object of enforcement, the people's court may eliminate the impairment upon application, and may impose on a punishment in accordance with the provision of Article 111 of the Civil Procedure Law. If the impairment has caused any loss to the creditor in enforcement or any other person, the victim may institute an action separately.

XXII. Special Provisions on Foreign-Related Civil Procedures

Article 522 Under any of the following circumstances, the people's court may determine a case as a foreign-related civil case:

(1) Either party or both parties are foreigners, stateless persons, foreign enterprises or organizations.

(2)The habitual residence of either party or both parties is located outside the territory of the People's Republic of China.

(3) The subject matter is outside the territory of the People's Republic of China.

入失信被执行人名单，将被执行人不履行或者不完全履行义务的信息向其所在单位、征信机构以及其他相关机构通报。

第五百一十九条　经过财产调查未发现可供执行的财产，在申请执行人签字确认或者执行法院组成合议庭审查核实并经院长批准后，可以裁定终结本次执行程序。

依照前款规定终结执行后，申请执行人发现被执行人有可供执行财产的，可以再次申请执行。再次申请不受申请执行时效期间的限制。

第五百二十条　因撤销申请而终结执行后，当事人在民事诉讼法第二百三十九条规定的申请执行时效期间内再次申请执行的，人民法院应当受理。

第五百二十一条　在执行终结六个月内，被执行人或者其他人对已执行的标的有妨害行为的，人民法院可以依申请排除妨害，并可以依照民事诉讼法第一百一十一条规定进行处罚。因妨害行为给付行债权人或者其他人造成损失的，受害人可以另行起诉。

二十二、涉外民事诉讼程序的特别规定

第五百二十二条　有下列情形之一，人民法院可以认定为涉外民事案件：

（一）当事人一方或者双方是外国人、无国籍人、外国企业或者组织的；

（二）当事人一方或者双方的经常居所地在中华人民共和国领域外的；

（三）标的物在中华人民共和国领域外的；

(4) The legal fact that leads to the establishment, change or termination of civil relationship occurs outside the territory of the People's Republic of China.

(5) Any other circumstance under which a case may be determined as a foreign-related civil case.

Article 523 A foreign national that participates in an action shall submit to the people's court his or her passport and other certificates that are used to prove his or her identity.

A foreign enterprise or organization that participates in an action shall submit to the people's court its identity certification documents which have been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

The person that participates in an action on behalf of a foreign enterprise or organization shall submit to the people's court the certificate on his or her right to participate in the action as the representative, which have been legalized by a notary office in the home country and authenticated by the Chinese embassy or consulate stationed in that country or has undergone the legalization formalities prescribed in the relevant treaty concluded by the People's Republic of China and that country.

For the purpose of this Article, "home country" means the third country where a foreign enterprise or organization is formed and registered, or has undergone business registration formalities.

Article 524 Where, in accordance with Article 264 of the Civil Procedure Law and Article 523 of this Interpretation, the relevant certificate needs to be notarized or authenticated, but the country where the foreign party is located has not established a diplomatic relationship with the People's Republic of China, the certificate may be legalized by a notary office in the home country and authenticated by an embassy or consulate of a third country which has a diplomatic relationship with the People's Republic of China in that country, and then be authenticated by the embassy or consulate of the People's Republic of China in the third country.

Article 525 Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney to retain a representative to institute a civil action as witnessed by the judge of the people's court, the people's court shall recognize it.

（四）产生、变更或者消灭民事关系的法律事实发生在中华人民共和国领域外的；

（五）可以认定为涉外民事案件的其他情形。

第五百二十三条　外国人参加诉讼，应当向人民法院提交护照等用以证明自己身份的证件。

外国企业或者组织参加诉讼，向人民法院提交的身份证明文件，应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

代表外国企业或者组织参加诉讼的人，应当向人民法院提交其有权作为代表人参加诉讼的证明，该证明应当经所在国公证机关公证，并经中华人民共和国驻该国使领馆认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

本条所称的"所在国"，是指外国企业或者组织的设立登记地国，也可以是办理了营业登记手续的第三国。

第五百二十四条　依照民事诉讼法第二百六十四条以及本解释第五百二十三条规定，需要办理公证、认证手续，而外国当事人所在国与中华人民共和国没有建立外交关系的，可以经该国公证机关公证，经与中华人民共和国有外交关系的第三国驻该国使领馆认证，再转由中华人民共和国驻该第三国使领馆认证。

第五百二十五条　外国人、外国企业或者组织的代表人在人民法院法官的见证下签署授权委托书，委托代理人进行民事诉讼的，人民法院应予认可。

Article 526 Where a foreign national or the representative of a foreign enterprise or organization signs a power of attorney within the territory of the People's Republic of China to retain a representative to institute a civil action, and the power of attorney has been legalized by a notary office in the People's Republic of China, the people's court shall recognize it.

Article 527 Where the written materials submitted by a party to the people's court are in a foreign language, the party shall, at the same time, submit the Chinese translations to the people's court.

Where the parties have any objection to the Chinese translations, they shall jointly entrust a translation institution to provide the translations; and if the parties fail to the reach a consensus on the selection of the translation institution, the translation institution shall be determined by the people's court.

Article 528 The foreign party in a foreign-related civil action may retain a person or lawyer, as a non-lawyer, with the same nationality as him or her to be his or her litigation representative. Any official in the embassy or consulate of a foreign country in China may, upon entrustment of the citizen in his or her home country, serve as a litigation representative in his or her own name; however, he or she will not enjoy diplomatic or consular privileges or immunities in the litigation.

Article 529 In a foreign-related civil action, an embassy or consulate of a foreign country in China may entrust its official to retain, under the name of a diplomatic representative, a lawyer of the People's Republic of China or a citizen of the People's Republic of China to be the civil litigation representative for a national of that foreign country when the national of that foreign country is involved in a case and not within the territory of the People's Republic of China.

Article 530 In a foreign-related civil action, if both parties reach an agreement upon mediation, the people's court shall work out a consent judgment. If the parties request the issuance of a judgment, the people's court may work out the judgment according to the content of the agreement and serve it upon the parties.

Article 531 The parties to a dispute over a foreign-related contract or any other right or interest in property may, by a written agreement, choose the foreign court at the place of domicile of the defendant, at the place where the contract is performed or signed, at the place of domicile of the plaintiff, at the place where the subject matter is located, at the place where the

第五百二十六条　外国人、外国企业或者组织的代表人在中华人民共和国境内签署授权委托书，委托代理人进行民事诉讼，经中华人民共和国公证机构公证的，人民法院应予认可。

第五百二十七条　当事人向人民法院提交的书面材料是外文的，应当同时向人民法院提交中文翻译件。

当事人对中文翻译件有异议的，应当共同委托翻译机构提供翻译文本；当事人对翻译机构的选择不能达成一致的，由人民法院确定。

第五百二十八条　涉外民事诉讼中的外籍当事人，可以委托本国人为诉讼代理人，也可以委托本国律师以非律师身份担任诉讼代理人；外国驻华使领馆官员，受本国公民的委托，可以以个人名义担任诉讼代理人，但在诉讼中不享有外交或者领事特权和豁免。

第五百二十九条　涉外民事诉讼中，外国驻华使领馆授权其本馆官员，在作为当事人的本国国民不在中华人民共和国领域内的情况下，可以以外交代表身份为其本国国民在中华人民共和国聘请中华人民共和国律师或者中华人民共和国公民代理民事诉讼。

第五百三十条　涉外民事诉讼中，经调解双方达成协议，应当制发调解书。当事人要求发给判决书的，可以依协议的内容制作判决书送达当事人。

第五百三十一条　涉外合同或者其他财产权益纠纷的当事人，可以书面协议选择被告住所地、合同履行地、合同签订地、原告住所地、标的物所在地、侵权行为地等与争议有实际联系地点的外国法院管辖。

infringement is conducted or at any other place actually connected to the dispute to have jurisdiction over the dispute.

For the cases under the exclusive jurisdiction of courts of the People's Republic of China in accordance with the provisions of Articles 33 and 266 of the Civil Procedure Law, the parties shall not select a foreign court for jurisdiction by an agreement; unless they stipulate to settle the dispute through arbitration.

根据民事诉讼法第三十三条和第二百六十六条规定，属于中华人民共和国法院专属管辖的案件，当事人不得协议选择外国法院管辖，但协议选择仲裁的除外。

Article 532 Where a foreign-related civil case falls under all the following circumstances, the people's court may render a ruling to dismiss the plaintiff's action, and inform the plaintiff to institute an action in a more convenient foreign court.

第五百三十二条　涉外民事案件同时符合下列情形的，人民法院可以裁定驳回原告的起诉，告知其向更方便的外国法院提起诉讼：

(1) The defendant raises a claim that the case shall be subject to the jurisdiction of a more convenient foreign court, or raises an objection to jurisdiction.

（一）被告提出案件应由更方便外国法院管辖的请求，或者提出管辖异议；

(2) The parties do not have an agreement specifying the jurisdiction of a court of the People's Republic of China.

（二）当事人之间不存在选择中华人民共和国法院管辖的协议；

(3) The case does not fall under the exclusive jurisdiction of a court of the People's Republic of China.

（三）案件不属于中华人民共和国法院专属管辖；

(4) The case does not involve the national interest, or the interest of any citizen, legal person or any other organization of the People's Republic of China.

（四）案件不涉及中华人民共和国国家、公民、法人或者其他组织的利益；

(5)The people's court has great difficulties in the determination of facts and the application of laws since major facts of disputes in a case do not occur within the territory of the People's Republic of China, and the laws of the People's Republic of China do not apply to the case.

（五）案件争议的主要事实不是发生在中华人民共和国境内，且案件不适用中华人民共和国法律，人民法院审理案件在认定事实和适用法律方面存在重大困难；

(6) The foreign court has jurisdiction over the case and it is more convenient for it to try the case.

（六）外国法院对案件享有管辖权，且审理该案件更加方便。

Article 533 For a case over which both a people's court of the People's Republic of China and a foreign court have jurisdiction, if one party institutes an action in the foreign court whereas the other party institutes an action in the people's court of the People's Republic of China, the people's court may accept the case. If, after a judgment is rendered, the foreign court or a party requests the people's court's recognition and enforcement of the judgment or ruling rendered by the foreign court concerning this case, the people's court shall not consent to the request,

第五百三十三条　中华人民共和国法院和外国法院都有管辖权的案件，一方当事人向外国法院起诉，而另一方当事人向中华人民共和国法院起诉的，人民法院可予受理。判决后，外国法院申请或者当事人请求人民法院承认和执行外国法院对本案件作出的判决、裁定的，不予准许；但双方共同缔结或者参加的国际条约另有规定的除外。

unless it is otherwise prescribed by an international treaty concluded or acceded to by both countries.

Where the judgment or ruling rendered by the foreign court has been acknowledged by the people's court, and the parties institute an action over the same dispute in the people's court, the people's court shall not accept the action.

外国法院判决、裁定已经被人民法院承认，当事人就同一争议向人民法院起诉的，人民法院不予受理。

Article 534 Where a party who resides outside the territory of the People's Republic of China fails to respond to the lawsuit at expiration of the term of public notice in the case of service of litigation documents by a public notice, after the people's court renders a default judgment, it shall serve the judgment by a public notice in accordance with the provision of item (8), Article 267 of the Civil Procedure Law. As of the next day at expiration of three months after the judgment is served by a public notice, if no party has filed an appeal within 30 days of the time limit for appeal, the judgment of first instance shall promptly come into force.

第五百三十四条　对在中华人民共和国领域内没有住所的当事人，经用公告方式送达诉讼文书，公告期满不应诉，人民法院缺席判决后，仍应当将裁判文书依照民事诉讼法第二百六十七条第八项规定公告送达。自公告送达裁判文书满三个月之日起，经过三十日的上诉期当事人没有上诉的，一审判决即发生法律效力。

Article 535 Where a foreign national or the representative or principal person in charge of a foreign enterprise or organization is located within the territory of the People's Republic of China, the people's court may serve the relevant documents upon the natural person or the representative or principal persons in charge of the foreign enterprise or organization.

第五百三十五条　外国人或者外国企业、组织的代表人、主要负责人在中华人民共和国领域内的，人民法院可以向该自然人或者外国企业、组织的代表人、主要负责人送达。

The principal persons in charge of a foreign enterprise or organization include the directors, supervisors, senior executives, and other personnel of the enterprise or organization.

外国企业、组织的主要负责人包括该企业、组织的董事、监事、高级管理人员等。

Article 536 Service of process by post by the people's court is allowed if the law of the home country of the person to be served permits service of process by post.

第五百三十六条　受送达人所在国允许邮寄送达的，人民法院可以邮寄送达。

Service of process by post must be accompanied with a service acknowledgement. If the party to be served fails to sign the service acknowledgement but signs the postal receipt, the relevant documents shall be deemed as having been served, and the date of receipt shall be the date of service.

邮寄送达时应当附有送达回证。受送达人未在送达回证上签收但在邮件回执上签收的，视为送达，签收日期为送达日期。

Where, three months after the postmark date, the certification documents served have not been received, and based on all circumstances, it may not be determined that process has been served, the service of process by post is not allowed.

自邮寄之日起满三个月，如果未收到送达的证明文件，且根据各种情况不足以认定已经送达的，视为不能用邮寄方式送达。

Article 537 Where the people's court serves litigation documents upon the parties by announcement at the trial of first instance, it may directly serve litigation documents upon the parties at the trial of second instance, unless the people's court may serve upon the documents by the method other than announcement.

Article 538 A party that resides in the territory of the People's Republic of China may file an appeal against the judgment or ruling rendered by the people's court of the first instance within the time limit as prescribed in Article 164 of the Civil Procedure Law; for a party that does not have a residence within the territory of the People's Republic of China, the time limit as prescribed in Article 269 of the Civil Procedure Law shall apply. If neither party files an appeal at expiration of the time limit for appeal, the judgment or ruling rendered by the court of the first instance shall promptly become legally effective.

Article 539 The period of a people's court's examination of the retrial application of a party to a foreign-related civil case shall not be subject to the restriction of Article 204 of the Civil Procedure Law.

Article 540 To apply to the people's court for enforcement of an award rendered by an international arbitral institution of the People's Republic of China, the applicant shall file a written application, to which the original of the award shall be affixed. If the applicant is the foreign party, the written application shall be filed in Chinese.

Article 541 When a people's court enforces the arbitration award rendered by an international arbitral institution, if the party subject to enforcement makes defense that there is any circumstance prescribed in paragraph 1, Article 274 of the Civil Procedure Law, the people's court shall examine the defense made by the party subject to enforcement, and rule to enforce the award or reject the defense according to the review results.

Article 542 Where an international arbitral institution of the People's Republic of China submits a property preservation application filed by the party to a people's court for ruling in accordance with the provision of Article 272 of the Civil Procedure Law, the people's court may examine the application and decide whether or not to take the preservation measure. The people's court that issues a ruling of preservation shall order the applicant to provide the security, and if the applicant fails to do so, the people's court shall render a ruling to dismiss the application.

第五百三十七条　人民法院一审时采取公告方式向当事人送达诉讼文书的，二审时可径行采取公告方式向其送达诉讼文书，但人民法院能够采取公告方式之外的其他方式送达的除外。

第五百三十八条　不服第一审人民法院判决、裁定的上诉期，对在中华人民共和国领域内有住所的当事人，适用民事诉讼法第一百六十四条规定的期限；对在中华人民共和国领域内没有住所的当事人，适用民事诉讼法第二百六十九条规定的期限。当事人的上诉期均已届满没有上诉的，第一审人民法院的判决、裁定即发生法律效力。

第五百三十九条　人民法院对涉外民事案件的当事人申请再审进行审查的期间，不受民事诉讼法第二百零四条规定的限制。

第五百四十条　申请人向人民法院申请执行中华人民共和国涉外仲裁机构的裁决，应当提出书面申请，并附裁决书正本。如申请人为外国当事人，其申请书应当用中文文本提出。

第五百四十一条　人民法院强制执行涉外仲裁机构的仲裁裁决时，被执行人以有民事诉讼法第二百七十四条第一款规定的情形为由提出抗辩的，人民法院应当对被执行人的抗辩进行审查，并根据审查结果裁定执行或者不予执行。

第五百四十二条　依照民事诉讼法第二百七十二条规定，中华人民共和国涉外仲裁机构将当事人的保全申请提交人民法院裁定的，人民法院可以进行审查，裁定是否进行保全。裁定保全的，应当责令申请人提供担保，申请人不提供担保的，裁定驳回申请。

Where the parties apply for evidence preservation, and the people's court deems a security unnecessary upon examination, the applicant is not required to provide the security.

Article 543 Where the applicant applies to the people's court for recognition and enforcement of an effective judgment or ruling of a foreign court, the applicant shall submit a written application, to which the original or the certified error-free duplicate and Chinese translation of the effective judgment or ruling of the foreign court shall be affixed. If the judgment or ruling rendered by the foreign court is a default judgment or ruling, the applicant shall, at the same time, submit the certification documents on a legal summons from the foreign court, unless the judgment or ruling has expressly stated the fact.

Where an international treaty concluded or acceded to by the People's Republic of China has otherwise provided for the submission documents, the relevant provisions shall apply.

Article 544 Where a party applies to an intermediate people's court of the People's Republic of China having jurisdiction for recognition and enforcement of an effective judgment or ruling of a foreign court, if the home country of the foreign court has neither concluded or jointly acceded to an international treaty nor has a relationship of reciprocity with the People's Republic of China, the court shall rule to dismiss the application, unless the party applies to the people's court for recognizing an effective divorce judgment rendered by a foreign court.

If the application for recognition and enforcement is dismissed, the party may institute an action in a people's court.

Article 545 Where one party applies to the people's court for the recognition and enforcement of an arbitration award rendered by an ad hoc arbitration tribunal outside the territory of the People's Republic of China, the people's court shall handle the application in accordance with the provision of Article 283 of the Civil Procedure Law.

Article 546 Where an effective judgment or ruling of a foreign court or a foreign arbitration award requires enforcement by a people's court of the People's Republic of China, a party may first apply to the people's court for recognition. After the people's court issues a ruling to recognize the aforesaid judgment, ruling or award upon examination, enforcement shall be conducted in accordance with the provisions of Part III of the Civil Procedure Law.

当事人申请证据保全，人民法院经审查确认为无需提供担保的，申请人可以不提供担保。

第五百四十三条　申请人向人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定，应当提交申请书，并附外国法院作出的发生法律效力的判决、裁定正本或者证明无误的副本以及中文译本。外国法院判决、裁定为缺席判决、裁定的，申请人应当同时提交该外国法院已经合法传唤的证明文件，但判决、裁定已经对此予以明确说明的除外。

中华人民共和国缔结或者参加的国际条约对提交文件有规定的，按照规定办理。

第五百四十四条　当事人向中华人民共和国有管辖权的中级人民法院申请承认和执行外国法院作出的发生法律效力的判决、裁定的，如果该法院所在国与中华人民共和国没有缔结或者共同参加国际条约，也没有互惠关系的，裁定驳回申请，但当事人向人民法院申请承认外国法院作出的发生法律效力的离婚判决的除外。

承认和执行申请被裁定驳回的，当事人可以向人民法院起诉。

第五百四十五条　对临时仲裁庭在中华人民共和国领域外作出的仲裁裁决，一方当事人向人民法院申请承认和执行的，人民法院应当依照民事诉讼法第二百八十三条规定处理。

第五百四十六条　对外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决，需要中华人民共和国法院执行的，当事人应当先向人民法院申请承认。人民法院经审查，裁定承认后，再根据民事诉讼法第三编的规定予以执行。

Where the party only applies for recognition without applying for enforcement at the same time, the people's court shall examine whether it shall grant recognition or not and render a ruling.

Article 547 During the period when one party applies for the recognition and enforcement of an effective judgment or ruling of a foreign court or a foreign arbitration award, Article 239 of the Civil Procedure Law shall apply.

Where the party only applies for recognition without applying for enforcement at the same time, the period of application for enforcement shall be recalculated from the date when the ruling issued by the people's court on the recognition application comes into force.

Article 548 The people's court shall form a collegial bench to examine a case of recognition and enforcement of an effective judgment or ruling of a foreign court or a foreign arbitration award.

The people's court shall serve the written application upon the respondent. The respondent may state its or his opinions.

The ruling rendered by the people's court upon examination shall be legally effective once it is served upon.

Article 549 Where a court of a country, which has neither concluded a judicial assistance convention nor has the relationship of reciprocity with the People's Republic of China, directly requests the people's court to provide judicial assistance without resorting to diplomatic channel, the people's court shall reject the application and state the reasons.

Article 550 Where a party uses the judgment or ruling rendered by a court of the People's Republic of China outside the territory of the People's Republic of China and requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, or a foreign court requests a court of the People's Republic of China to prove the legal force of the judgment or ruling, the court of the People's Republic of China that rendered the judgment or ruling may issue a certification in its own name.

Article 551 The people's courts may apply, mutatis mutandis, the special provisions on foreign-related civil procedures to civil actions that involve the Hong Kong Special Administrative Region, the Macao Special Administrative Region, or the Taiwan region.

当事人仅申请承认而未同时申请执行的，人民法院仅对应否承认进行审查并作出裁定。

第五百四十七条　当事人申请承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的期间，适用民事诉讼法第二百三十九条的规定。

当事人仅申请承认而未同时申请执行的，申请执行的期间自人民法院对承认申请作出的裁定生效之日起重新计算。

第五百四十八条　承认和执行外国法院作出的发生法律效力的判决、裁定或者外国仲裁裁决的案件，人民法院应当组成合议庭进行审查。

人民法院应当将申请书送达被申请人。被申请人可以陈述意见。

人民法院经审查作出的裁定，一经送达即发生法律效力。

第五百四十九条　与中华人民共和国没有司法协助条约又无互惠关系的国家的法院，未通过外交途径，直接请求人民法院提供司法协助的，人民法院应予退回，并说明理由。

第五百五十条　当事人在中华人民共和国领域外使用中华人民共和国法院的判决书、裁定书，要求中华人民共和国法院证明其法律效力的，或者外国法院要求中华人民共和国法院证明判决书、裁定书的法律效力的，作出判决、裁定的中华人民共和国法院，可以本法院的名义出具证明。

第五百五十一条　人民法院审理涉及香港、澳门特别行政区和台湾地区的民事诉讼案件，可以参照适用涉外民事诉讼程序的特别规定。

XXIII. Supplementary Provisions

二十三、附则

Article 552 The Opinions on Several Issues concerning the Application of the Civil Procedure Law of the People's Republic of China issued by the Supreme People's Court on July 14, 1992, shall be repealed on the effective date of this Interpretation; and any judicial interpretation previously issued by the Supreme People's Court which has any discrepancies with this Interpretation shall no longer be applied.

　　第五百五十二条　本解释公布施行后，最高人民法院于 1992 年 7 月 14 日发布的《关于适用〈中华人民共和国民事诉讼法〉若干问题的意见》同时废止；最高人民法院以前发布的司法解释与本解释不一致的，不再适用。

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com

# 00K12

# Supreme People's Court on Evidence in Civil Procedures 2008

# Some Provisions of the Supreme People's Court on Evidence in Civil Procedures (2008 Amendment PKULAW Version)[Effective]
## 最高人民法院关于民事诉讼证据的若干规定(2008 修正) [现行有效]

**Issuing authority:**   Supreme People's Court

**Effective date:**   12-31-2008

**Area of Law:**   Civil Litigation

**Date issued:**   12-16-2008

**Level of Authority:**   Judicial Interpretation

Some Provisions of the Supreme People's Court on Evidence in Civil Procedures

(Passed at the 1201st meeting of the Judicial Committee of the Supreme People's Court on December 6, 2001, and are hereby promulgated for implementation (No. 33 of [2001]) on December 21, 2001 and shall come into force as of April 1, 2002, and adjusted in accordance with the Decision of the Supreme People's Court on Adjusting the Sequential Number of the Articles of the Civil Procedure Law of the People's Republic of China Cited in Judicial Interpretations and Other Documents issued on December 16, 2008 )

The present Provisions have been formulated on the basis of the Civil Procedure Law of the People' s Republic of China(hereinafter referred to as the Civil Procedure Law) and other relevant laws by combining the civil trial experience with the actual practice for the purpose of ensuring the People's courts' finding of facts, impartial and timely trial of civil cases, and safeguarding and facilitating the parties concerned to exercise their litigation rights according to law.

I. Producing Evidences by the Parties Concerned

Article 1 The plaintiff that files a lawsuit or the defendant that files a counterclaim at the People's court shall produce eligible evidential materials.

Article 2 The parties concerned shall be responsible for producing evidences to prove the facts on which their own allegations are based or the facts on which the allegations of the other party are refuted.

最高人民法院关于民事诉讼证据的若干规定

（于 2001 年 12 月 6 日由最高人民法院审判委员会第 1201 次会议通过　2001 年 12 月 21 日以法释〔2001〕33 号公布　自 2002 年 4 月 1 日起施行　根据 2008 年 12 月 16 日发布的《最高人民法院关于调整司法解释等文件中引用＜中华人民共和国民事诉讼法＞条文序号的决定》调整）

为保证人民法院正确认定案件事实，公正、及时审理民事案件，保障和便利当事人依法行使诉讼权利，根据《中华人民共和国民事诉讼法》（以下简称《民事诉讼法》）等有关法律的规定，结合民事审判经验和实际情况，制定本规定。

一、当事人举证

第一条　原告向人民法院起诉或者被告提出反诉，应当附有符合起诉条件的相应的证据材料。

第二条　当事人对自己提出的诉讼请求所依据的事实或者反驳对方诉讼请求所依据的事实有责任提供证据加以证明。

Where any party cannot produce evidence or the evidences produced cannot support the facts on which the allegations are based, the party concerned that bears the burden of proof shall undertake unfavorable consequences.

Article 3 The People's court shall inform the parties concerned of the requirements for producing evidences and the of the corresponding legal liabilities so that the parties concerned may produce evidence actively, completely, correctly and honestly within the reasonable time period.

Any party who cannot independently collect evidences due to objective reasons may request the People's court to collect after investigations.

Article 4 The burden of proof in the tort actions shall be assumed according to the following rules:

1. In a patent infringement action resulting from the innovation-creation of ways of producing new products, the entity or individual that produces the same product shall prove that the ways used are different from those of the patent holder;

2. In an infringement action resulting from personal damage caused by highly dangerous operations, the infringing person shall be responsible for producing evidences to prove that argument that the victim caused the injury;

3. In a compensation lawsuit for damages caused by environmental pollution, the infringing party shall be responsible for producing evidence to prove the existence of exemptions of liabilities as provided in laws or that there is no causal relationship between the his act and the harmful consequences;

4. In an infringement action of damages caused by the collapse, breaking off or falling of a building or other facilities and the thing that is laid or hung on the building, the owner of administrator of the building shall be responsible for producing evidences;

5. In an infringement action of damages caused by an animal, the person who raises or manages the animal shall be responsible for producing evidences to prove that the victim is at fault or any third party is at fault;

6. In an infringement action of damages caused by a defective product, the producer of the product shall be responsible for producing evidences to prove that there exist the exemptions of liabilities as provided in laws;

没有证据或者证据不足以证明当事人的事实主张的，由负有举证责任的当事人承担不利后果。

第三条　人民法院应当向当事人说明举证的要求及法律后果，促使当事人在合理期限内积极、全面、正确、诚实地完成举证。

当事人因客观原因不能自行收集的证据，可申请人民法院调查收集。

第四条　下列侵权诉讼，按照以下规定承担举证责任：

（一）因新产品制造方法发明专利引起的专利侵权诉讼，由制造同样产品的单位或者个人对其产品制造方法不同于专利方法承担举证责任；

（二）高度危险作业致人损害的侵权诉讼，由加害人就受害人故意造成损害的事实承担举证责任；

（三）因环境污染引起的损害赔偿诉讼，由加害人就法律规定的免责事由及其行为与损害结果之间不存在因果关系承担举证责任；

（四）建筑物或者其他设施以及建筑物上的搁置物、悬挂物发生倒塌、脱落、坠落致人损害的侵权诉讼，由所有人或者管理人对其无过错承担举证责任；

（五）饲养动物致人损害的侵权诉讼，由动物饲养人或者管理人就受害人有过错或者第三人有过错承担举证责任；

（六）因缺陷产品致人损害的侵权诉讼，由产品的生产者就法律规定的免责事由承担举证责任；

7. In an infringement action of damages caused by common danger, the persons who commit the common danger shall be responsible for producing evidences to prove that there is no causal relationship between the act thereof and the harmful consequences;

8. In an infringement action of damages caused by medical acts, the medical institution shall be responsible for producing evidences to prove that there is no causal relationship between the medical act and the harmful consequences or it is not at fault.

Where there are special provisions in relevant laws concerning the producing of evidences, such provisions shall prevail.

Article 5 In a contractual dispute, the party that claims the establishment of contractual relationship and the contract has taken effect shall be responsible for producing evidences to prove that the contract has been concluded and that it has taken effect; the party that claims that the contract has been altered, dissolved, terminated or canceled shall be responsible for producing evidences to prove the changes of the contract.

In a dispute over whether a contract is performed, the party under the obligation of performing the contract shall be responsible for producing evidences;

In a dispute over the power of agency, the party that claims the existence of such power shall be responsible for producing evidences.

Article 6 In a dispute of labor, if the dispute is caused by the employing entity's decision of kickout, removal from the name roll, dismissal, dissolution of contract, reducing remuneration, calculation of working years of the laborer, the employing entity shall be responsible for producing evidences.

Article 7 Where there are no explicit statutory provisions and it is not possible to define who shall be responsible for producing evidences according to the present Provisions or other judicial interpretations, the People's court may determine the burden of proof according to the principle of fairness and the principle of honesty and credit and taking such elements as the ability to produce evidences into consideration.

Article 8 In the process of litigation, if a party explicitly acknowledges the facts alleged by the other party, the other party needs not to produce evidences with, however, the exception of cases that involves personal identification.

（七）因共同危险行为致人损害的侵权诉讼，由实施危险行为的人就其行为与损害结果之间不存在因果关系承担举证责任；

（八）因医疗行为引起的侵权诉讼，由医疗机构就医疗行为与损害结果之间不存在因果关系及不存在医疗过错承担举证责任。

有关法律对侵权诉讼的举证责任有特殊规定的，从其规定。

第五条　在合同纠纷案件中，主张合同关系成立并生效的一方当事人对合同订立和生效的事实承担举证责任；主张合同关系变更、解除、终止、撤销的一方当事人对引起合同关系变动的事实承担举证责任。

对合同是否履行发生争议的，由负有履行义务的当事人承担举证责任。

对代理权发生争议的，由主张有代理权一方当事人承担举证责任。

第六条　在劳动争议纠纷案件中，因用人单位作出开除、除名、辞退、解除劳动合同、减少劳动报酬、计算劳动者工作年限等决定而发生劳动争议的，由用人单位负举证责任。

第七条　在法律没有具体规定，依本规定及其他司法解释无法确定举证责任承担时，人民法院可以根据公平原则和诚实信用原则，综合当事人举证能力等因素确定举证责任的承担。

第八条　诉讼过程中，一方当事人对另一方当事人陈述的案件事实明确表示承认的，另一方当事人无需举证。但涉及身份关系的案件除外。

If the other party neither acknowledges nor denies the facts alleged by a party and still fails to explicitly express confirmation or denial after the judge has made adequate accounts and inquiries, it shall be deemed as confirming the said facts.

If any of the parties concerned entrusts agents to participate in the litigation, the affirmation of the agent shall be that of the parties concerned, however, with the exception of the affirmation of facts made by the agent without special authorization that leads to the affirmation of the litigation allegations of the other party. If the party concerned is present but fails to deny the affirmation made by the agent thereof, the affirmation shall be deemed as the affirmation of the party concerned.

If any of the parties concerned withdraws its affirmation and obtains the approval of the other party prior to the end of court debate, or has adequate evidences to prove that its affirmation has been made due to threat or gross misunderstanding or the affirmation is not consistent with the facts, the party concerned shall not be exempted from the burden of proof.

Article 9 The facts as mentioned below need not be proved by the parties concerned by presenting evidences:

1. The facts that are know by all people;

2. Natural laws and theorems;

3. The fact that can be induced according to legal provisions or known facts or the rule of experience of daily life;

4. The facts affirmed in the judgment of the People's court that has taken effect;

5. The facts affirmed in the award of the arbitration organ that has taken effect;

6. The facts that have been proved in the valid notary documents.

The facts as mentioned in items 1, 3, 4, 5, 6 of the preceding paragraph shall be excluded if they can be overthrown by contrary evidences of the parties concerned.

Article 10 When producing evidences to the People's court, the parties concerned shall submit the original document or original thing. If the party concerned need to preserve the original document or original thing of the evidence or if it is difficult to submit the original document or original thing,

对一方当事人陈述的事实，另一方当事人既未表示承认也未否认，经审判人员充分说明并询问后，其仍不明确表示肯定或者否定的，视为对该项事实的承认。

当事人委托代理人参加诉讼的，代理人的承认视为当事人的承认。但未经特别授权的代理人对事实的承认直接导致承认对方诉讼请求的除外；当事人在场但对其代理人的承认不作否认表示的，视为当事人的承认。

当事人在法庭辩论终结前撤回承认并经对方当事人同意，或者有充分证据证明其承认行为是在受胁迫或者重大误解情况下作出且与事实不符的，不能免除对方当事人的举证责任。

第九条 下列事实，当事人无需举证证明：

（一）众所周知的事实；

（二）自然规律及定理；

（三）根据法律规定或者已知事实和日常生活经验法则，能推定出的另一事实；

（四）已为人民法院发生法律效力的裁判所确认的事实；

（五）已为仲裁机构的生效裁决所确认的事实；

（六）已为有效公证文书所证明的事实。

前款（一）、（三）、（四）、（五）、（六）项，当事人有相反证据足以推翻的除外。

第十条 当事人向人民法院提供证据，应当提供原件或者原物。如需自己保存证据原件、原物或者提供原件、原物确

a photocopy or reproduction that has been deemed as the original by the People's court after verification may be submitted.

Article 11 If the evidence submitted by the parties concerned is formed beyond the territory of the People's Republic of China, the evidence shall be subject to the certification of the notarization organ of the country concerned and shall be authenticated by the embassy of the People's Republic of China stationed in the said country, or shall be subject to the certification formalities as provided in the relevant treaties concluded between the People's Republic of China and the said country.

If the evidence submitted by the parties concerned is formed in Hong Kong, Macao or Taiwan, relevant formalities shall also be gone through.

Article 12 The foreign-language written documents or foreign-language specification materials submitted by the parties concerned shall be accompanied by the Chinese translation thereof.

Article 13 The facts to which both parties consent but which concern the interests of the state or the public interests of the society or the lawful rights and interests of other people, the People's court may order the parties concerned to produce relevant evidences.

Article 14 The parties concerned shall categorize and number the evidential materials submitted thereby, make a brief specification of the sources of the evidential materials, the object and content of proof, put on their signatures and mark the date of submission and submit as many copies according to the number of opposite parties concerned.

The People's court shall, upon receiving the evidential materials submitted by the parties concerned, issue receipts, noting the title copies and pages of the evidences as well as the time when the evidences are received, and shall put signatures or official seals to the receipts.

II. The Investigation upon and Collection of Evidences by the People's Court

Article 15 The "evidences deemed as necessary by the People's court for hearing the case" as mentioned in Article 64 of the Civil Procedure Law of the People's Republic of China shall refer to the following:

1. The facts that may injure the interest of the state, the public interest of the society or the lawful interest of other people;

有困难的，可以提供经人民法院核对无异的复制件或者复制品。

第十一条 当事人向人民法院提供的证据系在中华人民共和国领域外形成的，该证据应当经所在国公证机关予以证明，并经中华人民共和国驻该国使领馆予以认证，或者履行中华人民共和国与该所在国订立的有关条约中规定的证明手续。

当事人向人民法院提供的证据是在香港、澳门、台湾地区形成的，应当履行相关的证明手续。

第十二条 当事人向人民法院提供外文书证或者外文说明资料，应当附有中文译本。

第十三条 对双方当事人无争议但涉及国家利益、社会公共利益或者他人合法权益的事实，人民法院可以责令当事人提供有关证据。

第十四条 当事人应当对其提交的证据材料逐一分类编号，对证据材料的来源、证明对象和内容作简要说明，签名盖章，注明提交日期，并依照对方当事人人数提出副本。

人民法院收到当事人提交的证据材料，应当出具收据，注明证据的名称、份数和页数以及收到的时间，由经办人员签名或者盖章。

二、人民法院调查收集证据

第十五条 《民事诉讼法》第六十四条规定的"人民法院认为审理案件需要的证据"，是指以下情形：

（一）涉及可能有损国家利益、社会公共利益或者他人合法权益的事实；

2. The procedural matters that have nothing to do with the substantial dispute, such as adding parties concerned, suspending the litigation, ending the litigation, withdrawing, etc on the basis of authority of the courts.

Article 16 Unless provided in Article 15 of the present Provisions, the investigation upon and collection of evidences by the People's court shall be based on the application of the parties concerned.

Article 17 In any of the following circumstances, the parties concerned and the agent ad litem thereof may plead the People's court to investigate upon and collect evidences:

1. The evidences applied for investigation and collection are the archive files kept by relevant organs of the state and must be accessed by the People's court upon authority;

2. The materials that concern state secrets, commercial secrets or personal privacy;

3. Other materials that cannot be collected by the parties concerned or the agents ad litem thereof due to objective reasons.

Article 18 To plead the People's court for investigating upon and collecting evidences, the parties concerned and the agents ad litem thereof shall submit a written application.The application shall clearly specify the basic information of the evidences, such as the name of the person investigated or the title of the entity, the dwelling place, the contents of the evidences to be investigated upon and collected, the reasons of why the evidences need to be investigated upon and collected by the People's court and the facts to be proved.

Article 19 The application of the parties concerned and the agents ad litem thereof to the People's court for investigating upon and collecting evidences shall be filed at no later than seven days prior to the expiration of the term for producing evidences.

If the People's court refuses to approve the application of the parties concerned or the agents ad litem thereof, it shall service a notice to them. The parties concerned and the agents ad litem thereof may file a written application to the People's court that accepts the application for reconsideration within three days after receiving the notice. The People's court shall give a reply within five days after receiving the application for reconsideration.

（二）涉及依职权追加当事人、中止诉讼、终结诉讼、回避等与实体争议无关的程序事项。

第十六条 除本规定第十五条规定的情形外，人民法院调查收集证据，应当依当事人的申请进行。

第十七条 符合下列条件之一的，当事人及其诉讼代理人可以申请人民法院调查收集证据：

（一）申请调查收集的证据属于国家有关部门保存并须人民法院依职权调取的档案材料；

（二）涉及国家秘密、商业秘密、个人隐私的材料；

（三）当事人及其诉讼代理人确因客观原因不能自行收集的其他材料。

第十八条 当事人及其诉讼代理人申请人民法院调查收集证据，应当提交书面申请。申请书应当载明被调查人的姓名或者单位名称、住所地等基本情况、所要调查收集的证据的内容、需要由人民法院调查收集证据的原因及其要证明的事实。

第十九条 当事人及其诉讼代理人申请人民法院调查收集证据，不得迟于举证期限届满前七日。

人民法院对当事人及其诉讼代理人的申请不予准许的，应当向当事人或其诉讼代理人送达通知书。当事人及其诉讼代理人可以在收到通知书的次日起三日内向受理申请的人民法院书面申请复议一次。人民法院应当在收到复议申请之日起五日内作出答复。

Article 20 The written evidences to be investigated upon and collected by the investigators may be the original document or the reproduction or photocopy thereof which has been verified as correct. In the case of a reproduction or a photocopy, the sources and the collection of evidences shall be specified in the investigation notes.

Article 21 The physical evidences investigated upon and collected by the investigators shall be the original things. If it is indeed difficult for the person investigated to provide the original thing, he may provide a reproduction or a photo thereof. In the case of a reproduction or a photo, the investigation notes shall specify how the evidence is obtained.

Article 22 The investigators who investigate upon and collect computer data or audio-visual materials such as sound recordings and visual recordings, etc. shall request the person investigated to provide the original carrier of the relevant data. If it is difficult to provide the original carrier, a reproduction may be provided. If the case of a reproduction, the investigators shall specify the source of the evidences and the process of its making in the investigation notes.

Article 23 The parties concerned who apply for the preservation of evidences as pursuant to Article 74 of the Civil Procedure Law of the People's Republic of China shall make the application at no later than 7 days prior to the term for producing evidences.

Where any party concerned applies for the preservation of evidences, the People's court may demand the party to provide relevant guarantees.

In case there are different provisions in laws or judicial interpretations concerning the prior-litigation preservation of evidences, such provisions shall prevail.

Article 24 When preserving evidences, the People's court may, according to the specific circumstances, adopt the ways of preservation like sealing up, detaining, taking photos, make sound recordings or visual recordings, making reproductions, authenticating, taking transcripts, etc.

When preserving evidences, the People's court may demand the parties concerned or the agents ad litem thereof to be present at the scene.

Article 25 The parties concerned who applies for the preserving evidences shall make the application within the time period for producing evidences and shall be in conformity with Article 27 of the present Provisions unless the parties concerned apply for re-authentication.

第二十条　调查人员调查收集的书证，可以是原件，也可以是经核对无误的副本或者复制件。是副本或者复制件的，应当在调查笔录中说明来源和取证情况。

第二十一条　调查人员调查收集的物证应当是原物。被调查人提供原物确有困难的，可以提供复制品或者照片。提供复制品或者照片的，应当在调查笔录中说明取证情况。

第二十二条　调查人员调查收集计算机数据或者录音、录像等视听资料的，应当要求被调查人提供有关资料的原始载体。提供原始载体确有困难的，可以提供复制件。提供复制件的，调查人员应当在调查笔录中说明其来源和制作经过。

第二十三条　当事人依据《民事诉讼法》第七十四条的规定向人民法院申请保全证据，不得迟于举证期限届满前七日。

当事人申请保全证据的，人民法院可以要求其提供相应的担保。

法律、司法解释规定诉前保全证据的，依照其规定办理。

第二十四条　人民法院进行证据保全，可以根据具体情况，采取查封、扣押、拍照、录音、录像、复制、鉴定、勘验、制作笔录等方法。

人民法院进行证据保全，可以要求当事人或者诉讼代理人到场。

第二十五条　当事人申请鉴定，应当在举证期限内提出。符合本规定第二十七条规定的情形，当事人申请重新鉴定的除外。

If any party concerned who bear the burden of proof for the matters that need to be authenticated fails to file an application for authentication within the time limit prescribed by the People's court or fails pay in advance the expenses for authentication or refuses to provide relevant materials without good reason so that the facts under disputes cannot be affirmed by way of a conclusion of authentication, it shall undertake the harmful consequences of inability to produce evidences.

Article 26 After the application of the party concerned for authentication is approved by the People's court, both parties shall determine, through negotiations, the eligible authentication institution and the authenticators. In case on such consent may be reached through negotiations, the People's court shall designate the authentication institution and authenticators.

Article 27 In case any party concerned refuses to accept the authentication conclusions made by the authentication institution designated by the People's court and applies for re-authentication, the People's court shall approve the application if there are evidences that can prove the existence of any of the following circumstances:

1. The authentication institution or authenticator does not have relevant qualifications;

2. The process of authentication is seriously illegal;

3. There are obviously inadequate evidences for the authentication conclusions;

4. Other circumstance that, after cross-examinations, cannot be used as evidences.

If any defective authentication conclusion can be made up by way of supplementary authentications, re-authentications or supplementary cross-examinations, it shall not be re-authenticated.

Article 28 If the authentication conclusion is made by relevant departments made upon the independent entrustment of any party concerned and the other party has adequate evidences to rebut and applies for re-authentication, such application shall be approved by the People's court.

Article 29 The judges shall examine the reports of authentication made by the authenticators so as to confirm whether the following contents are included: 1. The name or title of the client, and the content of the entrusted authentication;

对需要鉴定的事项负有举证责任的当事人，在人民法院指定的期限内无正当理由不提出鉴定申请或者不预交鉴定费用或者拒不提供相关材料，致使对案件争议的事实无法通过鉴定结论予以认定的，应当对该事实承担举证不能的法律后果。

第二十六条 当事人申请鉴定经人民法院同意后，由双方当事人协商确定有鉴定资格的鉴定机构、鉴定人员，协商不成的，由人民法院指定。

第二十七条 当事人对人民法院委托的鉴定部门作出的鉴定结论有异议申请重新鉴定，提出证据证明存在下列情形之一的，人民法院应予准许：

（一）鉴定机构或者鉴定人员不具备相关的鉴定资格的；

（二）鉴定程序严重违法的；

（三）鉴定结论明显依据不足的；

（四）经过质证认定不能作为证据使用的其他情形。

对有缺陷的鉴定结论，可以通过补充鉴定、重新质证或者补充质证等方法解决的，不予重新鉴定。

第二十八条 一方当事人自行委托有关部门作出的鉴定结论，另一方当事人有证据足以反驳并申请重新鉴定的，人民法院应予准许。

第二十九条 审判人员对鉴定人出具的鉴定书，应当审查是否具有下列内容：
（一）委托人姓名或者名称、委托鉴定的内容；

2. The materials for the entrusted authentication;

3. The basis of entrustment and the scientific or technological means adopted;

4. Specifications of the authentication process;

5. An definite conclusion of authentication;

6. Specifications of the qualifications of the authenticators;

7. The signatures of the authenticator and the official seal of the authentication institution.

Article 30 The People's court shall take notes for the inquisition of the physical evidences or the spot of scene, recording the time and venue of the inquisition, the inquisitors, the people on the spot of the scene, the process and result of the inquisition, etc and have the notes signed or sealed by the people on the spot of the scene. If any map is drawn, the time and direction of the drawing, the name and identification of the drawers shall be specified in the map.

Article 31 In case excerpts are taken from the relevant documents or materials formulated by relevant departments, the excerpts shall specify the sources and be affixed with the cachet of the entity that has formulated or that keeps the documents or materials, and the person who make the excerpt or other investigators shall put their signatures or seals on the excerpts.

The excerpts of the documents or materials shall be relatively complete in content and may not made unscrupulously.

III. The Time Period for Producing Evidences and the Exchange of Evidences

Article 32 The defendant shall submit a written reply before the expiration of the prescribed time period, specifying his opinions concerning the facts and reasons on which the allegations of the plaintiff are based.

Article 33 The People's court shall service a notice for accepting the case and a notice for responding to the suit to the parties concerned, and at the same time service a notice for producing evidences to them. The notice for producing evidences shall specify the principle and requirements of distributing the burden of proof, the circumstances under which the parties concerned may plead the People's court to investigate upon and collect

（二）委托鉴定的材料；

（三）鉴定的依据及使用的科学技术手段；

（四）对鉴定过程的说明；

（五）明确的鉴定结论；

（六）对鉴定人鉴定资格的说明；

（七）鉴定人员及鉴定机构签名盖章。

第三十条　人民法院勘验物证或者现场，应当制作笔录，记录勘验的时间、地点、勘验人、在场人、勘验的经过、结果，由勘验人、在场人签名或者盖章。对于绘制的现场图应当注明绘制的时间、方位、测绘人姓名、身份等内容。

第三十一条　摘录有关单位制作的与案件事实相关的文件、材料，应当注明出处，并加盖制作单位或者保管单位的印章，摘录人和其他调查人员应当在摘录件上签名或者盖章。

摘录文件、材料应当保持内容相应的完整性，不得断章取义。

三、举证时限与证据交换

第三十二条　被告应当在答辩期届满前提出书面答辩，阐明其对原告诉讼请求及所依据的事实和理由的意见。

第三十三条　人民法院应当在送达案件受理通知书和应诉通知书的同时向当事人送达举证通知书。举证通知书应当载明举证责任的分配原则与要求、可以向人民法院申请调查取证的情形、人民法院根据

evidences, the time period prescribed by the People's court for producing evidences and the harmful consequences for failure to produce evidences during the prescribed time period.

案件情况指定的举证期限以及逾期提供证据的法律后果。

The time period for producing evidences may be agreed upon by the parties concerned and be affirmed by the People's court.

举证期限可以由当事人协商一致，并经人民法院认可。

If the time period for producing evidences is designated by the People's court, the designated time period shall be not less 30 days, starting from the next day when the parties concerned receive the notice of accepting the case the notice for responding to the suit.

由人民法院指定举证期限的，指定的期限不得少于三十日，自当事人收到案件受理通知书和应诉通知书的次日起计算。

Article 34 The parties concerned shall submit evidential materials to the People's court within the time period for producing evidences; in case any party fails to submit evidences during this time period shall be deemed as giving up the right to produce evidences.

第三十四条 当事人应当在举证期限内向人民法院提交证据材料，当事人在举证期限内不提交的，视为放弃举证权利。

The evidential materials submitted by the parties concerned beyond the time period shall not be cross-examined during the court hearing of the People's court, unless both parties agree to have the evidences cross-examined.

对于当事人逾期提交的证据材料，人民法院审理时不组织质证。但对方当事人同意质证的除外。

In case any party makes additional or changes allegations or lodges a counterclaim, he shall do so prior to the expiration of the time period for producing evidences.

当事人增加、变更诉讼请求或者提起反诉的，应当在举证期限届满前提出。

Article 35 If, in the process of litigation, the nature of the legal relations alleged by the parties concerned or the validity of the civil acts are inconsistent with the findings of fact made by the People's court on the basis of the facts of the case, the provisions of Article 34 of the present Provisions shall not be applicable, and the People's court shall inform the parties concerned that the allegations litigation may be changed.

第三十五条 诉讼过程中，当事人主张的法律关系的性质或者民事行为的效力与人民法院根据案件事实作出的认定不一致的，不受本规定第三十四条规定的限制，人民法院应当告知当事人可以变更诉讼请求。

Where the parties concerned change their allegations of litigation, the People's court shall prescribe the time period for producing evidences anew.

当事人变更诉讼请求的，人民法院应当重新指定举证期限。

Article 36 If any party concerned has real difficulty in producing evidences during the prescribed time period, it shall apply to the People's court for extending the period during the time period for producing evidences. It may delay the producing of evidences upon the approval of the People's court. If the party concerned still has difficulty in producing evidences during the extended time period, it may apply to the People's court for another extension of the time period for producing evidences. It is up to the People's court to decide whether to approve the application or not.

第三十六条 当事人在举证期限内提交证据材料确有困难的，应当在举证期限内向人民法院申请延期举证，经人民法院准许，可以适当延长举证期限。当事人在延长的举证期限内提交证据材料仍有困难的，可以再次提出延期申请，是否准许由人民法院决定。

Article 37 The People's court may, upon the application of the parties concerned, arrange for them to exchange evidences prior to holding a session of court hearing.

As for the cases for which there are plenty of evidences or which are difficult in nature, the People's court shall arrange for the parties concerned to exchange evidences after the expiration of the time period for reply but prior to holding a session of court hearing.

Article 38 The time for exchanging evidences may be agreed upon by the parties concerned and be subject to the approval of the People's court, or it may be determined by the People's court.

Where the People's court arranges for the parties concerned to exchange evidences, the day when evidences are exchanged is the day when the time period for producing evidences expires. Where the application of the parties concerned for extending the time period for producing evidences is approved by the People's court, the date for exchanging evidences shall also be extended accordingly.

Article 39 The exchange of evidences shall be conducted under the charge of the judges.

In the process of changing evidences, the judges shall record in the case files the facts and evidences to which the parties concerned have no objection. If they have any objection to any of the evidences, such evidences shall be recorded down according to the classified facts that need to be proved and shall specify the reasons for such objection. Through the exchange of evidences, the major issues about the disputes of both parties concerned are determined.

Article 40 Where any party concerned rebuts and submits new evidences after receiving the evidences exchanged by the other party, the People's court shall inform them to exchange the new evidences at a designated time.

As a general rules, there shall not be more than two exchanges of evidences, unless the case is very important, difficult or very complicated in nature and the People's court believes it necessary to have another exchange of evidences.

Article 41 The "new evidences" as provided in paragraph 1 of Article 125 of the Civil Procedure Law shall refer to any of the following circumstances:

第三十七条　经当事人申请，人民法院可以组织当事人在开庭审理前交换证据。

人民法院对于证据较多或者复杂疑难的案件，应当组织当事人在答辩期届满后、开庭审理前交换证据。

第三十八条　交换证据的时间可以由当事人协商一致并经人民法院认可，也可以由人民法院指定。

人民法院组织当事人交换证据的，交换证据之日举证期限届满。当事人申请延期举证经人民法院准许的，证据交换日相应顺延。

第三十九条　证据交换应当在审判人员的主持下进行。

在证据交换的过程中，审判人员对当事人无异议的事实、证据应当记录在卷；对有异议的证据，按照需要证明的事实分类记录在卷，并记载异议的理由。通过证据交换，确定双方当事人争议的主要问题。

第四十条　当事人收到对方交换的证据后提出反驳并提出新证据的，人民法院应当通知当事人在指定的时间进行交换。

证据交换一般不超过两次。但重大、疑难和案情特别复杂的案件，人民法院认为确有必要再次进行证据交换的除外。

第四十一条　《民事诉讼法》第一百二十五条第一款规定的"新的证据"，是指以下情形：

1. The new evidences of the first instance hearing include: the evidences newly found by the parties concerned after the expiration of the time period for producing evidences in the first instance court hearing; the evidences which the parties concerned cannot provide during the time period for producing evidences due to objective reasons and still cannot provide during the extended time period approved by the People's court;

2. The new evidences of the second instance hearing include: the evidences newly found after the first instances hearing is finished; the evidences which the parties concerned applied, prior to the expiration of the time period for producing evidences in the first instance hearing, to the People's court for investigation and collection but failed to be approved but collected by the second instance court upon the application of the parties concerned which believes it necessary to grant approval to the application thereof.

Article 42 Where any party concerned submits new evidences in the first instance hearing, such evidences shall be submitted prior to the start of the first instance hearing or prior to the holding of a session.

Where any party concerned submits new evidences in the process of the second instance hearing, such evidences shall be submitted prior to the start of the second instance or prior to the holding of a session. Where it is not necessary to hold a session, they shall be submitted during the time period designated by the People's court.

Article 43 Where the evidences submitted by the parties concerned after the time period for producing evidences expires are not new evidences, they shall not be accepted by the People's court.

Where any evidence fails to be provided by the parties concerned during the extended time period upon the approval of the People's court due to objective reasons and the failure to hear such evidence may result in injustice, such evidence may be deemed as new evidence.

Article 44 The term "new evidences" as mentioned in Item 1, Paragraph 1 of Article 179 of the Civil Procedure Law shall refer to the evidences newly found after the court hearing of the original instance is finished.

Where any party concerned submits new evidences in the process of retrial, it shall submit such evidences when it applies for retrial.

（一）一审程序中的新的证据包括：当事人在一审举证期限届满后新发现的证据；当事人因客观原因无法在举证期限内提供，经人民法院准许，在延长的期限内仍无法提供的证据；

（二）二审程序中的新的证据包括：一审庭审结束后新发现的证据；当事人在一审举证期限届满前申请人民法院调查取证未获准许，二审法院经审查认为应当准许并依当事人申请调取的证据。

第四十二条　当事人在一审程序中提供新的证据的，应当在一审开庭前或者开庭审理时提出。

当事人在二审程序中提供新的证据的，应当在二审开庭前或者开庭审理时提出；二审不需要开庭审理的，应当在人民法院指定的期限内提出。

第四十三条　当事人举证期限届满后提供的证据不是新的证据的，人民法院不予采纳。

当事人经人民法院准许延期举证，但因客观原因未能在准许的期限内提供，且不审理该证据可能导致裁判明显不公的，其提供的证据可视为新的证据。

第四十四条　《民事诉讼法》第一百七十九条第一款第（一）项规定的"新的证据"，是指原审庭审结束后新发现的证据。

当事人在再审程序中提供新的证据的，应当在申请再审时提出。

Article 45 Where any party concerned produces new evidences, the People's court shall inform the other party to put forward its opinions or produce evidences during a reasonable period of time.

Article 46 Where a case is remanded for a new trial or the judgment of which is changed during the second trial or retrial as a result that any party concerned failed to produce evidences during the prescribed time limit, the original judgment shall not be considered to be a wrong judgment. Where a party pleads that the other party that produces new evidences bear the reasonable expenses incurred from the traveling, loss of working time, the witness's appearance at court, litigation, etc. and the direct losses incurred therefrom, such pleadings shall be affirmed by the People's court.

## IV. Cross-Examination

Article 47 Evidences shall be presented at court and be cross-examined by the parties concerned. Any evidence that has not been cross-examined shall not be rendered as the basis for affirming the facts of the case.

The evidences that are affirmed and recorded down in the case files in the process of exchanging evidences may, upon the statement of judges at court hearing, be taken as the basis for affirming the facts of the case.

Article 48 The evidences that involve the state secrets, business secrets, personal privacy or other evidences that shall be kept secret according to relevant provisions of law may not be cross-examined in public at the court hearings.

Article 49 When cross-examining written evidences, physical evidences or audio-visual materials, the parties concerned shall be entitled to demand the other party to present the original document or original thing with the except of any of the following circumstances:

1. It is indeed difficult to present the original document or original thing and it is approved by the People's court to present the reproduction or photocopy thereof;

2. The original document or original thing is not existing but evidences show that the production or photocopy is identical to the original document or original thing.

Article 50 When cross-examining evidences, the parties concerned shall concentrate on the genuineness, relativity, lawfulness of the evidences,

第四十五条 一方当事人提出新的证据的，人民法院应当通知对方当事人在合理期限内提出意见或者举证。

第四十六条 由于当事人的原因未能在指定期限内举证，致使案件在二审或者再审期间因提出新的证据被人民法院发回重审或者改判的，原审裁判不属于错误裁判案件。一方当事人请求提出新的证据的另一方当事人负担由此增加的差旅、误工、证人出庭作证、诉讼等合理费用以及由此扩大的直接损失，人民法院应予支持。

四、质证

第四十七条 证据应当在法庭上出示，由当事人质证。未经质证的证据，不能作为认定案件事实的依据。

当事人在证据交换过程中认可并记录在卷的证据，经审判人员在庭审中说明后，可以作为认定案件事实的依据。

第四十八条 涉及国家秘密、商业秘密和个人隐私或者法律规定的其他应当保密的证据，不得在开庭时公开质证。

第四十九条 对书证、物证、视听资料进行质证时，当事人有权要求出示证据的原件或者原物。但有下列情况之一的除外：

（一）出示原件或者原物确有困难并经人民法院准许出示复制件或者复制品的；

（二）原件或者原物已不存在，但有证据证明复制件、复制品与原件或原物一致的。

第五十条 质证时，当事人应当围绕证据的真实性、关联性、合法性，针对证

and make interrogations, accounts and debates concerning the validity and forcefulness of the evidences.

Article 51 The cross-examination shall be conducted in the following sequence:

1. The plaintiff presents evidences, and the defendant or third party cross-examines;

2. The defendant presents evidences, and the plaintiff or third party cross-examines;

3. The third party presents evidences, and the defendant and the plaintiff cross-examines.

The evidences collected by the People's court upon the application of the parties concerned shall be deemed as the evidences provided by the party that has made the application.

The People's court shall present the evidences collected according to its functions, listen to the opinions of the parties concerned and make account of the investigation upon and collection of the evidences.

Article 52 Where there are more than two independent allegations, the parties concerned may present the evidences one by one for cross-examination.

Article 53 Any one who cannot correct express his or her mind may not be a witness.

The persons with no capacity for civil conduct or the persons with limited capacity for civil conduct who are suitable for the facts to be affirmed in terms of age, intelligibility or mental health may be witnesses.

Article 54 The application of the parties concerned for having witnesses to appear at court shall be filed ten days before the time period for producing evidences expires and shall be subject to the approval of the People's court.

In case the People's court approves the application of the party concerned, it shall inform the witnesses involved prior to the opening of the court hearing and inform them that they shall testify on the basis of facts as well as the legal consequences of giving false testimony.

据证明力有无以及证明力大小，进行质疑、说明与辩驳。

第五十一条　质证按下列顺序进行：

（一）原告出示证据，被告、第三人与原告进行质证；

（二）被告出示证据，原告、第三人与被告进行质证；

（三）第三人出示证据，原告、被告与第三人进行质证。

人民法院依照当事人申请调查收集的证据，作为提出申请的一方当事人提供的证据。

人民法院依照职权调查收集的证据应当在庭审时出示，听取当事人意见，并可就调查收集该证据的情况予以说明。

第五十二条　案件有两个以上独立的诉讼请求的，当事人可以逐个出示证据进行质证。

第五十三条　不能正确表达意志的人，不能作为证人。

待证事实与其年龄、智力状况或者精神健康状况相适应的无民事行为能力人和限制民事行为能力人，可作为证人。

第五十四条　当事人申请证人出庭作证，应当在举证期限届满十日前提出，并经人民法院许可。

人民法院对当事人的申请予以准许的，应当在开庭审理前通知证人出庭作证，并告知其应当如实作证及作伪证的法律后果。

The reasonable expenses incurred from the witness's appearance at court for testimony shall be paid in advance by the party that provides the witnesses and be borne by the party that loses the suit.

Article 55 Witnesses shall appear in court to testify and shall accept the cross-examination of the parties concerned.

Where the witness appears at the exchange of evidences organized by the People's court and makes statements as testimony, it may be deemed as having appeared in court as a witness.

Article 56 The phrase "the witness cannot appear in court due to real difficulties" as mentioned in Article 70 of the Civil Procedure Law shall refer to any of the following circumstances:

1. Being unable to appear in court due to old age, debility or unable to travel;

2. Being unable to leave due to the special post thereof;

3. Being unable to appear in court due to long distance and inconvenient communications;

4. Being unable to appear in court due to force majeure such as natural disaster, etc;

5. Other special circumstances of being unable to appear in court.

In any of the circumstances as mentioned in the preceding paragraph, the witness may, upon the approval of the People's court, bear witness by way of submitting a written testimony or audio-visual materials or by means of two-way audio-visual transmission technology.

Article 57 The witness that appears in court to bear witness shall objectively state the facts that he has felt in person. If the witness is deaf or mute, he may bear witness by other means.

When bearing witness, the witnesses may not use language of conjecture, induction or comments.

Article 58 The judges and the parties concerned may interrogate the witnesses. No witness may audit the court hearing. When interrogating a witness, no other witness may be present. When it thinks necessary, the People's court may allow the witnesses to cross-examine each other.

证人因出庭作证而支出的合理费用，由提供证人的一方当事人先行支付，由败诉一方当事人承担。

第五十五条　证人应当出庭作证，接受当事人的质询。

证人在人民法院组织双方当事人交换证据时出席陈述证言的，可视为出庭作证。

第五十六条　《民事诉讼法》第七十条规定的"证人确有困难不能出庭"，是指有下列情形：

（一）年迈体弱或者行动不便无法出庭的；

（二）特殊岗位确实无法离开的；

（三）路途特别遥远，交通不便难以出庭的；

（四）因自然灾害等不可抗力的原因无法出庭的；

（五）其他无法出庭的特殊情况。

前款情形，经人民法院许可，证人可以提交书面证言或者视听资料或者通过双向视听传输技术手段作证。

第五十七条　出庭作证的证人应当客观陈述其亲身感知的事实。证人为聋哑人的，可以其他表达方式作证。

证人作证时，不得使用猜测、推断或者评论性的语言。

第五十八条　审判人员和当事人可以对证人进行询问。证人不得旁听法庭审理；询问证人时，其他证人不得在场。人民法院认为有必要的，可以让证人进行对质。

Article 59 The authenticators shall appear in court to accept the interrogations of the parties concerned.

Where any authenticator is unable to appear in court due to special reasons, he may, upon the approval of the People's court, answer the interrogations of the parties concerned in writing.

Article 60 The parties concerned may, upon the approval of the court, interrogate the witnesses, authenticators and investigators.

When interrogating the witnesses, authenticators or investigators, no menacing, insulting or misleading language or means may be used.

Article 61 The parties concerned may apply to the People's court to have one or two persons with professional knowledge to appear in court to make accounts of the specialized questions relating to the case. If the People's court approves such applications, the relevant expenses shall be borne by the party that makes the application.

The judges and parties concerned may interrogate the persons with professional knowledge that appear in court.

Upon the approval of the People' court, the persons with professional knowledge as applied for by each party concerned may cross-examine the issues concerned in the case.

The persons with professional knowledge may inquire of the authenticators.

Article 62 The court shall write down the interrogations of the parties into the case files which shall be signed or sealed by the parties concerned after verfication.

## V. The Verification and Affirmation of Evidences

Article 63 The People's court shall take the facts that can be proved by evidences as the basis of judgment according to law.

Article 64 The judges shall verify the evidences according to the legal procedures all-roundly and objectively, shall observe the provisions of law, follow the professional ethics of judges, use logic reasoning and daily life experience to make independent judgments concerning the validity and forcefulness of the evidences, and publicize the reasons and result of judgment.

第五十九条　鉴定人应当出庭接受当事人质询。

鉴定人确因特殊原因无法出庭的，经人民法院准许，可以书面答复当事人的质询。

第六十条　经法庭许可，当事人可以向证人、鉴定人、勘验人发问。

询问证人、鉴定人、勘验人不得使用威胁、侮辱及不适当引导证人的言语和方式。

第六十一条　当事人可以向人民法院申请由一至二名具有专门知识的人员出庭就案件的专门性问题进行说明。人民法院准许其申请的，有关费用由提出申请的当事人负担。

审判人员和当事人可以对出庭的具有专门知识的人员进行询问。

经人民法院准许，可以由当事人各自申请的具有专门知识的人员就有案件中的问题进行对质。

具有专门知识的人员可以对鉴定人进行询问。

第六十二条　法庭应当将当事人的质证情况记入笔录，并由当事人核对后签名或者盖章。

五、证据的审核认定

第六十三条　人民法院应当以证据能够证明的案件事实为依据依法作出裁判。

第六十四条　审判人员应当依照法定程序，全面、客观地审核证据，依据法律的规定，遵循法官职业道德，运用逻辑推理和日常生活经验，对证据有无证明力和证明力大小独立进行判断，并公开判断的理由和结果。

Article 65 The judges may examine and verify a single evidence from the following aspects:

1. Whether the evidence is the original document or thing; whether the photocopy or reproduction is identical to the original document or original thing;

2. Whether the evidence is relevant to the facts of the present case;

3. Whether the forms and sources of the evidence is consistent to the legal provisions;

4. Whether the evidence is real;

5. Whether the witness or evidence provider has an interest in any party concerned.

Article 66 The judges shall make a comprehensive examination and judgment of all evidences from the degree of connection of each evidence with the fact of the case and the relations between the evidences.

Article 67 In the process of litigation, the evidences which they have affirmed through compromise for the sake of reaching a mediation or agreement or reconciliation may not be used by the parties concerned in later litigations as an evidence unfavorable to the other party.

Article 68 The evidences obtained by infringing upon the lawful rights and interests of other people or by those means prohibited by law may not be taken as the basis for affirming the facts of the case.

Article 69 The following evidences may not be used independently as the basis for affirming the facts of a case:

1. The testimony of a minor that is not suitable to his age or intelligence;

2. The testimony of a witness that has an interest in a party or the agent thereof;

3. Doubtful audio-visual materials;

4. Photocopies or reproductions that cannot be verified against the original document or original thing;

5. The testimony of a witness that fails to appear in court to bear witness.

第六十五条　审判人员对单一证据可以从下列方面进行审核认定：

（一）证据是否原件、原物，复印件、复制品与原件、原物是否相符；

（二）证据与本案事实是否相关；

（三）证据的形式、来源是否符合法律规定；

（四）证据的内容是否真实；

（五）证人或者提供证据的人，与当事人有无利害关系。

第六十六条　审判人员对案件的全部证据，应当从各证据与案件事实的关联程度、各证据之间的联系等方面进行综合审查判断。

第六十七条　在诉讼中，当事人为达成调解协议或者和解的目的作出妥协所涉及的对案件事实的认可，不得在其后的诉讼中作为对其不利的证据。

第六十八条　以侵害他人合法权益或者违反法律禁止性规定的方法取得的证据，不能作为认定案件事实的依据。

第六十九条　下列证据不能单独作为认定案件事实的依据：

（一）未成年人所作的与其年龄和智力状况不相当的证言；

（二）与一方当事人或者其代理人有利害关系的证人出具的证言；

（三）存有疑点的视听资料；

（四）无法与原件、原物核对的复印件、复制品；

（五）无正当理由未出庭作证的证人证言。

Article 70 If any of the following evidences submitted by any party concerned is objected by the other party who does not have opposite evidences forceful enough to rebut them, the People's court shall affirm the forcefulness thereof:

1. The original document of a written evidence or the photocopy, photo, duplicate, or excerpt that is verified as identical with the original document of the written evidence;

2. The original thing of a physical evidence or the reproduction, photo, or visual recordings that are verified as identical with the original thing of the physical evidence;

3. The audio-visual materials that are obtained by lawful means, without any doubt and are supported by other evidences or the reproductions of the audio-visual materials that have been verified as correct;

4. On-spot inquisition records about the physical evidence or the scene made according to legal procedures by the People's court upon the application of a party concerned.

Article 71 The validity of the authentication conclusions made by the authentication institutions upon the entrustment of the People's court shall be affirmed if the parties concerned do not have opposite evidences or reasons forceful enough to rebut them.

Article 72 If the evidences produced by one of the parties are affirmed by the other party or cannot be rebutted by the opposite evidences produced by the other party, the forcefulness thereof shall be affirmed by the People's court.

If the evidence produced by one of the parties is objected the other party or is rebutted by the opposite evidences of the other party, and if the opposite evidences of the other party are affirmed, the forcefulness of the opposite evidences shall be affirmed.

Article 73 Where both parties concerned produces contradicting evidences to prove a same fact but neither has enough evidence to rebut the evidences of the other party, the People's court shall determine which evidences are obviously more forceful than the other evidences by taking the case into consideration, and shall affirm the evidences that are more forceful.

第七十条 一方当事人提出的下列证据，对方当事人提出异议但没有足以反驳的相反证据的，人民法院应当确认其证明力：

（一）书证原件或者与书证原件核对无误的复印件、照片、副本、节录本；

（二）物证原物或者与物证原物核对无误的复制件、照片、录像资料等；

（三）有其他证据佐证并以合法手段取得的、无疑点的视听资料或者与视听资料核对无误的复制件；

（四）一方当事人申请人民法院依照法定程序制作的对物证或者现场的勘验笔录。

第七十一条 人民法院委托鉴定部门作出的鉴定结论，当事人没有足以反驳的相反证据和理由的，可以认定其证明力。

第七十二条 一方当事人提出的证据，另一方当事人认可或者提出的相反证据不足以反驳的，人民法院可以确认其证明力。

一方当事人提出的证据，另一方当事人有异议并提出反驳证据，对方当事人对反驳证据认可的，可以确认反驳证据的证明力。

第七十三条 双方当事人对同一事实分别举出相反的证据，但都没有足够的依据否定对方证据的，人民法院应当结合案件情况，判断一方提供证据的证明力是否明显大于另一方提供证据的证明力，并对证明力较大的证据予以确认。

If the facts of a case are not identifiable due to the inability to determine the forcefulness of the evidences, the People's court shall make a judgment according to the rules for distributing the burden of proof.

Article 74 In the process of litigation, the facts that are affirmed as unfavorable to a party itself and the evidences that have been affirmed by the parties concerned in the bill of complaint, bill of defense, statements of the parties concerned or the statement of the procurator shall be affirmed by the People's court, unless the party concerned goes back on its own words and has adequate evidences to overthrow the said evidences.

Article 75 Where there are evidences to prove that a party possesses the evidence but refuses to provide it without good reasons and if the other party claims that the evidence is unfavorable to the possessor of the evidence, it may be deduced that the claim stands.

Article 76 Where a party makes statements for its allegations but fails to provide other relevant evidences, the allegations thereof shall not be affirmed, unless the other party so affirms.

Article 77 The forcefulness of more than one evidence concerning a same fact may be determined by the People's court according to the following principles:

1. The documents formulated by state organs or social bodies according to their respective functions are, as a general rules, more forceful than other written evidences;

2. The physical evidences, archive files, authentication conclusions, on-spot inquisition recordings and the written evidences that have been notarized or registered are, as a general rule, more forceful than other written evidences, audio-visual materials and testimonies;

3. The original evidences are, as a general rule, more forceful than the derivative evidences;

4. The direct evidences are, as a general rule, more forceful than indirect evidences;

5. The testimony of a witness that is favorable to the party concerned who is a relation thereof or with whom the party concerned is in other close relations are, as a general rule, less forceful than the testimony of other witnesses.

因证据的证明力无法判断导致争议事实难以认定的，人民法院应当依据举证责任分配的规则作出裁判。

第七十四条 诉讼过程中，当事人在起诉状、答辩状、陈述及其委托代理人的代理词中承认的对己方不利的事实和认可的证据，人民法院应当予以确认，但当事人反悔并有相反证据足以推翻的除外。

第七十五条 有证据证明一方当事人持有证据无正当理由拒不提供，如果对方当事人主张该证据的内容不利于证据持有人，可以推定该主张成立。

第七十六条 当事人对自己的主张，只有本人陈述而不能提出其他相关证据的，其主张不予支持。但对方当事人认可的除外。

第七十七条 人民法院就数个证据对同一事实的证明力，可以依照下列原则认定：

（一）国家机关、社会团体依职权制作的公文书证的证明力一般大于其他书证；

（二）物证、档案、鉴定结论、勘验笔录或者经过公证、登记的书证，其证明力一般大于其他书证、视听资料和证人证言；

（三）原始证据的证明力一般大于传来证据；

（四）直接证据的证明力一般大于间接证据；

（五）证人提供的对与其有亲属或者其他密切关系的当事人有利的证言，其证明力一般小于其他证人证言。

Article 78 When affirming the testimony of a witness, the People's court may decide on the basis of comprehensive analysis of the intelligence, moral character, knowledge, experience, legal consciousness, professional abilities, etc. of the witnesses.

Article 79 The People's court shall specify in the judgments the reasons why an evidence is adopted.

The reasons why the evidences to which the parties concerned have no objection are adopted need not be specified in the judgments.

VI. Other Provisions

Article 80 The lawful rights and interests of the witnesses, authenticators and inquisitors shall be protected.

In case any party concerned or other participant of litigation counterfeits or destroys evidences or produces false evidences or prevents any witness from bearing witness or instigates or bribes or threatens other people to give false testimonies or takes revenge against any witness, authenticator or inquisitor, it shall be dealt with as pursuant to Article 102 of the Civil Procedure Law.

Article 81 The cases heard by the People's court on the basis of simplified procedures shall not be confined to the provisions of Article 32, Paragraph 3 of Article 33 and Article 79 of the present Provisions.

Article 82 Where any of the judicial interpretations made by this court in the past contradicts the present Provisions, the present Provisions shall prevail.

Article 83?The present Provisions shall be implemented as of April 1, 2002. The present Provisions shall not be applicable to the cases of first instance, second instance or retrial that have not been ended by April 1, 2002.

As for the civil cases that have been heard prior to the implementation of the present Provisions, if any party requests for retrial on the ground that the hearing of the case was against the present Provisions, such request shall not be supported by the People's court

For a civil case accepted for retrial after the implementation of the present Provisions, if the people's court hears the case on the basis of the

第七十八条　人民法院认定证人证言，可以通过对证人的智力状况、品德、知识、经验、法律意识和专业技能等的综合分析作出判断。

第七十九条　人民法院应当在裁判文书中阐明证据是否采纳的理由。

对当事人无争议的证据，是否采纳的理由可以不在裁判文书中表述。

六、其他

第八十条　对证人、鉴定人、勘验人的合法权益依法予以保护。

当事人或者其他诉讼参与人伪造、毁灭证据，提供假证据，阻止证人作证，指使、贿买、胁迫他人作伪证，或者对证人、鉴定人、勘验人打击报复的，依照《民事诉讼法》第一百零二条的规定处理。

第八十一条　人民法院适用简易程序审理案件，不受本解释中第三十二条、第三十三条第三款和第七十九条规定的限制。

第八十二条　本院过去的司法解释，与本规定不一致的，以本规定为准。

第八十三条　本规定自２００２年４月１日起施行。２００２年４月１日尚未审结的一审、二审和再审民事案件不适用本规定。

本规定施行前已经审理终结的民事案件，当事人以违反本规定为由申请再审的，人民法院不予支持。

本规定施行后受理的再审民事案件，人民法院依照《民事诉讼法》第一百八十六条的规定进行审理的，适用本规定。

provisions of Article 186 of the Civil Procedure Law, the present Provisions
shall apply.

© Copyright Chinalawinfo Co., Ltd

database@chinalawinfo.com